Brett Foster (#6089)
Mark Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, Delaware limited liability company,<br><br>    Defendant. | **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**<br><br>Civil No. CaseNumber<br><br>Judge |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Blendtec Inc. ("Blendtec") hereby provides this Corporate Disclosure Statement and declares that the following entities own 10% or more of Blendtec's stock: Hansen Guarantees, LLC (16.47%) and Wasatch Guaranty Capital, LLC (14.12%). A supplemental disclosure statement will be filed upon any change in the information provided.

DATED this 11th day of February, 2025.	Dorsey & Whitney LLP


By: /s/ *Brett L. Foster*
Brett L. Foster (#6089)
Mark Miller (#9563)
Tamara Kapaloski (#13471)
DORSEY & WHITNEY LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*