| Attorney or Party without Attorney:<br>Brett Foster, Esq.<br>Dorsey & Whitney LLP<br>111 S. Main Street Suite 200<br>Salt Lake City, UT 84111<br>Telephone No: 801-933-7360<br>Attorney For: Plaintiff | | Ref. No. or File No.:<br>Blendtec v Blendjet | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-District of Utah | | | | |
| Plaintiff: Blendtec, Inc.<br>Defendant: Blendjet, Inc.; et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-00096-DBP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR TRADEMARK INFRINGEMENT AND SUCCESSOR LIABLIITY; CIVIL COVER SHEET

3. a. Party served:     Mavorco IP, LLC
   b. Person served:    Lynanne Gares, Authorized to Accept Service for Corporation Service Company, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   251 Little Falls Drive, Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Feb 17 2025 (2) at: 11:00 AM

6. **Person Who Served Papers:**
   a. Frank Joyce
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/19/25
(Date)                (Signature)



PROOF OF SERVICE

12716097
(400441)

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| Blendtec, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Blendjet, Inc.; Mavorco Holdings, LLC; Mavorco Operations, LLC; and Mavorco IP, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:25-cv-00096-DBP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mavorco IP, LLC
c/o Registered Agent: Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brett Foster
Tamara Kapaloski
Dorsey & Whitney LLP
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 02/11/2025



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: