Brett Foster (#6089)
Mark Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, Delaware limited liability company,<br><br>    Defendants. | **PLAINTIFF'S NOTICE OF FILING OF MOTION TO CONSOLIDATE**<br><br>Civil No. 2:25-cv-00096-DBP<br><br>Judge Dustin B. Pead |

Pursuant to DUCivR 42-1, Plaintiff Blendtec, Inc. ("Plaintiff" or "Blendtec"), by and through its counsel, hereby notifies the Court that a Motion to Consolidate was filed in *Blendtec Inc. v. Blendjet Inc.*, Case No. 2:21-cv-00668-TC-DBP, ECF No. 200 on February 20, 2025, a copy of which is attached hereto as **Exhibit A**.

DATED this 20th day of February, 2025.		Dorsey & Whitney LLP


							By: /s/ *Tamara L. Kapaloski*
							Brett L. Foster (#6089)
							Mark Miller (#9563)
							Tamara Kapaloski (#13471)
							DORSEY & WHITNEY LLP
							111 S. Main Street, Suite 2100
							Salt Lake City, UT 84111
							Telephone:  (801) 933-7360
							Facsimile:  (801) 933-7373
							foster.brett@dorsey.com
							miller.mark@dorsey.com
							kapaloski.tammy@dorsey.com

							*Attorneys for Plaintiff Blendtec Inc.*