George Hofmann (10005)
Kathryn Tunacik (13363)
**Cohne Kinghorn**
**A Professional Corporation**
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378
Email: ghofmann@ck.law
Email: ktunacik@ck.law

*Attorneys for Defendants*
Mavorco Holdings, LLC; Mavorco IP, LLC;
and Mavorco Operations, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,<br><br>    Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Civil No. 2:25-cv-00096-DBP<br><br>Judge Dustin B. Pead |

George Hofmann, and Kathryn Tunacik, of Cohne Kinghorn, P.C., hereby give notice of their appearance as counsel of record for Defendants Mavorco Holdings, LLC,

Mavorco IP, LLC, and Mavorco Operations, LLC in the above-captioned action.  Please direct any further pleadings, orders, papers and correspondence to the following:

>George Hofmann (10005)
>Kathryn Tunacik (13363)
>**COHNE KINGHORN**
>**A PROFESSIONAL CORPORATION**
>111 East Broadway, 11th Floor
>Salt Lake City, Utah 84111
>Email: ghofmann@ck.law
>Email: ktunacik@ck.law

DATED this 10th day of March 2025.

>**COHNE KINGHORN**
>*A Professional Corporation*
>
>By: /s/ George Hofmann
>George Hofmann
>Kathryn Tunacik
>*Attorneys for Defendants*
>*Mavorco Holdings, LLC; Mavorco IP, LLC;*
>*and Mavorco Operations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March 2025, I filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of the Court by using the electronic filing system, which will send a notice of electronic filing to all counsel of record and parties in interest.

/s/ Emma Nilson

4938-0673-1557, v. 2