George Hofmann (10005)
Kathryn Tunacik (13363)
**COHNE KINGHORN**
**A PROFESSIONAL CORPORATION**
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378
Email: ghofmann@ck.law
Email: ktunacik@ck.law

*Attorneys for Defendants*
Mavorco Holdings, LLC; Mavorco IP, LLC;
and Mavorco Operations, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,<br><br>　　　　Defendants. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Civil No. 2:25-cv-00096-DBP<br><br>Judge Dustin B. Pead |

　　　　Pursuant to Federal Rule of Civil Procedure 6(b), IT IS HEREBY STIPULATED

AND AGREED, by and between Plaintiff, Blendtec Inc. and Defendants Mavorco

Holdings, LLC; Mavorco IP, LLC; and Mavorco Operations, LLC, (collectively,

"Mavorco") that the time within which Mavorco must answer, move, or otherwise respond to the Complaint is extended through and including April 9, 2025.

No counsel has appeared for Defendant Blendjet, Inc. ("Blendjet"). Larry Meyer, Blendjet's CFO, reached out to counsel for the other parties in the case, however, and requested a thirty (30) day extension of Blendjet's time to respond to the complaint and agreed to certain conditions related to the requested extension. Blendtec and Mavorco stipulate and agree that Blendjet's time to answer, move, or otherwise respond to the complaint is extended through and including April 9, 2025.

DATED this 10th day of March 2025.

       **COHNE KINGHORN**
       *A Professional Corporation*

       By: /s/ Kathryn Tunacik
           George Hofmann
           Kathryn Tunacik
           Attorneys for Defendants

DATED this 10th day of March 2025.

       **DORSEY & WHITNEY LLP**

       By: /s/ Tammy Kapaloski
           *(signed with permission from Tammy Kapaloski via email)*
           Brett L. Foster
           Mark Miller
           Tamara Kapaloski
           Attorneys for Plaintiff Blendtec Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March 2025, I filed the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court by using the electronic filing system, which will send a notice of electronic filing to all counsel of record and parties in interest.

*/s/ Emma Nilson*