# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,<br><br>    Defendants. | **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Civil No. 2:25-cv-00096-DBP<br><br>Judge Dustin B. Pead |

Pursuant to Federal Rule of Civil Procedure 6(b), and the Stipulation to Extend Time to Respond to Complaint, and for good cause shown, it is hereby ORDERED that that the time within which all Defendants named in this action must answer, move, or otherwise respond to the Complaint is extended through and including April 9, 2025.

Dated: _____, 2025

                          BY THE COURT:

                          _____

                          Dustin B. Pead<br>                          United States Magistrate Judge