# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,<br><br>    Defendants. | **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Civil No. 2:25-cv-00096-DBP<br><br>Chief Judge Dustin B. Pead |

Pursuant to Federal Rule of Civil Procedure 6(b), and the Stipulation to Extend Time to Respond to Complaint, (ECF No. 21.) and for good cause shown, it is hereby ORDERED that that the time within which all Defendants named in this action must answer, move, or otherwise respond to the Complaint is extended through and including April 9, 2025.

DATED this 11 March 2025.

_____
Dustin B. Pead
United States Magistrate Judge