**EXHIBIT 1**

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 2,431,060
Registered Feb. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER

### BLENDTEC

K-TEC, INC. (UTAH CORPORATION)
420 NORTH GENEVA ROAD
LINDON, UT 84042

FOR: BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 5-22-1999; IN COMMERCE 5-22-1999.

SER. NO. 75-801,328, FILED 9-18-1999.

G. T. GLYNN, EXAMINING ATTORNEY