**EXHIBIT 2**

Case 2:25-cv-00096-RJS-DBP   Document 26-2   Filed 03/27/25   PageID.152   Page 1 of 2

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,050,765**  BLENDTEC, INC. (UTAH CORPORATION)
   1206 SOUTH 1680 WEST
**Registered Nov. 1, 2011**  OREM, UT 84058

**Corrected Feb. 17, 2015**  FOR: ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PRE-
   PARATION, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).
**Int. Cl.: 7**
   FIRST USE 3-0-2000; IN COMMERCE 3-0-2000.

**TRADEMARK**   THE MARK CONSISTS OF A SWIRL DESIGN.

**PRINCIPAL REGISTER**   SER. NO. 85-203,654, FILED 12-22-2010.



*Michelle K. Lee*
**Deputy Director of the United States
Patent and Trademark Office**

BLENDTEC743968