**EXHIBIT 3**



Blendtec™
A Division of K-TEC
THE ART OF BLENDING

*Care and Use Manual for the*

**ez blender**™

Blendtec™
A Division of K-TEC
THE ART OF BLENDING

1206 South 1680 West
Orem, Utah 84058
PHONE: (801) 222-0888
FAX: (801) 802-8585
http://www.blendtec.com

©2000 K-TEC Inc. All Rights Reserved    June 2001

BLENDTEC498502



# K-TEC EZ-Blender
## Table of Contents

| Section | Page |
|---|---|
| 1: COMPONENT OVERVIEW | 1 |
| 2: IMPORTANT SAFEGUARDS | 3 |
| 3: UNPACKING | 5 |
| 4: INSTALLATION | 6 |
| 5: OPERATION AND CLEANING | 7 |
| 6: WARRANTY AND SERVICE PROCEDURE | 11 |

EZ-i

## SECTION 1: COMPONENT OVERVIEW

### 1.1 BLENDER BASE
The blender base consists of the blender base cover, touch pad control, Liquid Crystal Display (LCD) information center, and the power unit. See Figures 1 and 2.

- Blender Base Cover: Houses the power unit in a durable, easy-to-clean Lexan® polycarbonate. **Never remove the blender base cover. Removal of the blender base cover will void the warranty.**

- Touch Pad: Consists of six buttons which contain pre-programmed settings including a pulse for selective blender control.

- LCD Information Center: Keeps track of each operating cycle for warranty purposes. It also indicates **overload** or **over-temperature** conditions.

- Power Unit: This unit is located within the blender base and contains the machinery which runs the blender, including the electric motor, drive train, and computerized controls which provide for the management of specific blending cycles.

- Power Switch: Located on the back lower-left corner of the power unit.

- Blender Drive Socket: Located in the top center of the power unit.

### 1.2 BLENDER JAR ASSEMBLY
The blender jar assembly consists of the blender jar, blade assembly, and lid (see figure 1). The blender jar assembly integrates these components to ensure consistently blended drinks and greater operator safety.

- Jar: Made from Lexan® polycarbonate to provide maximum efficiency and clear visibility of blender performance.

- Blade Assembly: Stainless steel, designed to provide fast, consistent blending.

- Lid: Designed to provide ease of handling and quick removal for high speed operations.

### 1.3 POWER SPECIFICATIONS
The EZ-Blender power specifications are listed below.

| Model | Power Requirements | AMPS | Protection Required |
|---|---|---|---|
| EZ-3 | 120 volts | 13 | 20 AMP Ciruit Breaker or Fuse |

EZ-1

## EZ-Blender Overview

**Figure 1 Left Side View**

Labels: Lid, Jar, Blade Assembly, Blender Base Cover, Power Switch, Power Cord

**Figure 2 Front View**

Labels: Blender Drive Socket, Touch Pad, LCD Information Center

EZ-2

## SECTION 2:
# IMPORTANT SAFEGUARDS

**READ ALL INSTRUCTIONS CAREFULLY BEFORE USING YOUR EZ-BLENDER.**

**2.1 SAFETY CERTIFICATION**
The blender and its accessories are certified by ETL and NSF.



**2.2 HEALTH CERTIFICATION**
The EZ-BLENDER and its accessories are certified by the National Sanitation Foundation (NSF) as of November 17, 1995, under the letter K (for K-TEC) in the NSF Official Listing.

**2.3 AVOID CONTACT WITH MOVING PARTS**
- Keep fingers, hands, hair and clothing away from all moving parts.
- Keep all utensils away from the drive socket and blender blades during operation. Metal utensils will damage blades.
- **NEVER** put hands into blender jar or add substances by hand when the blender is operating.
- **NEVER** place jar into drive socket if blender motor is operating.
- **DO NOT** rock the blender when it is operating. Keep the blender jar straight up until the operation is complete.
- These precautions will prevent personal injury and/or damage to the blender.

**2.4 POWER CORD PRECAUTIONS**
- Do not operate with a damaged cord or plug.
- If the supply cord is damaged, it must be replaced by the manufacturer or its service agent or a similarly qualified person in order to avoid a hazard.
- Do not let the cord hang over the edge of the work surface.
- Never use an extension cord with the unit.
- Unplug the blender motor before changing blender locations, or cleaning.

**2.5 NEVER ATTEMPT TO REPAIR THE POWER UNIT**
Never remove the blender base cover. The blender base does not contain self-adjustable or serviceable parts. All service and adjustments must be made by a qualified service agent. **Removing the cover or attempting to service the blender will void the warranty.**

**2.6 TURN THE POWER SWITCH OFF WHEN NOT IN USE**
This on/off switch is located on the back of the blender base cover (See Figure 1).

**2.7 THE 120 VOLT RECEPTACLE FOR EACH MOTOR BASE MUST BE PROTECTED BY A DEDICATED 20 AMP CIRCUIT BREAKER OR FUSE.**

Do not use any other electrical equipment on the same circuit as the blender or you risk overloading the circuit and either damaging the blender electronics or blowing the circuit protection.

**2.8 NEVER OPERATE IF THE UNIT APPEARS DAMAGED**
If the blender malfunctions call the service agent first. If it is dropped or damaged in any way, return the blender to a K-TEC service agent immediately for examination, repair, electrical or mechanical adjustment, or possible replacement.

**2.9 NEVER OPERATE IN LIQUID**
Do not operate the blender motor in water or any other liquid. Avoid any contact between the motor and water. Do not use the blender outdoors where it is subject to precipitation.

**2.10 NEVER PUT ITEMS SUCH AS METAL, ROCKS, OR OTHER HARD MATERIALS INTO BLENDER JAR**
Metal utensils and other hard materials are dangerous if placed in jar. They can cause injury or damage. Damage caused by such foreign objects will void the warranty.

**2.11 NEVER OPERATE USING ATTACHMENTS NOT SOLD BY K-TEC.**
The use of unauthorized attachments may cause fire, electric shock, or injury.

**2.12 ALWAYS SECURE THE BLENDER LID BEFORE STARTING THE MACHINE**
Make sure you place a lid on the blender jar.

**2.13 AVOID TOUCHING THE BLENDER DRIVE SOCKET AFTER EXTENSIVE USE.** The blender drive socket may become hot after numerous cycles.

**2.14 BLADES ARE SHARP! HANDLE CAREFULLY**

## SAVE THESE INSTRUCTIONS

BLENDTEC498505

## SECTION 3: UNPACKING

SAVE THE TWO FOAM INSERTS AND ALL PACKAGING FOR FUTURE STORAGE OR SHIPPING. SAVE THESE INSTRUCTIONS FOR FUTURE REFERENCE.

### 3.1 UNPACKING YOUR BLENDER
1. You should have received the following items:
   - EZ-BLENDER Base
   - Blender Jar with Lid
   - Additional Blender Jars (optional)

2. Remove blender base, blender jar and lid from carton.

3. Unwind the power cord.

4. Check for any packing material which may have blocked ventilation holes in the blender base.

5. Inspect all items to ensure no damage occurred in shipment.

6. If any damage has occurred contact your K-TEC service agent immediately.

### 3.2 RECORDING YOUR SERIAL NUMBER AND DATE OF SHIPMENT
Record your blender base serial number and date of purchase in the space below. You will need these when contacting K-TEC for service.

Motor Base Serial #: _____

Date of Purchase: _____

Purchased from: _____

Refer to these whenever contacting your K-TEC service agent.

## SECTION 4: INSTALLATION

NOTE: The EZ-BLENDER requires a 110/120 volt recepticle with 20 Amp circuit protection. Due to the computerized controls within the blender it is recommended that surge protection be placed between the 110 volt receptacle and the blender motor.

### 4.1 EZ-BLENDER Installation

1. Place blender base on clean, dry surface.

2. Make sure a 110/120 volt plug outlet with 20 Amp circuit protection is available within four feet of the blender base.

3. Ensure that blender vents are unobstructed to allow proper cooling during use.

BLENDTEC498506

## SECTION 5: OPERATION AND CLEANING
### 5.1 OPERATIONAL OVERVIEW

1. Turn on the main power switch located on the back of the blender base in the lower left corner.

2. Place the properly filled blender jar on the base, making sure the jar is seated all the way down. Attach the blender lid securely. If the jar is more than half-full of liquid, holding the lid down with your hand during start up is recommended.

3. Press the desired touch pad button once. To cancel the cycle or stop the blender at any time, press the touch pad a second time.

4. When the cycle is complete, remove the blender jar, and serve.

### 5.2 AUTOMATIC CYCLE OPERATION
Buttons 1, 2, 3, 4 and 5 on the touch pad are pre-programmed cycles designed for various drink combinations.

**NOTE:** The following cycle instructions are for the standard K-TEC program installed in the microprocessor. If your machine possesses a customized program setting, your cycles will be different than those listed below.

**Button 1:** Runs at low speed for 13 seconds. Used for making milk shakes with hard ice cream. Ice cream should be 10 degrees F (-12 degrees Celsius) or above. Stack ice cream balls on top of each other while loading the blender jar.

**Button 2:** Low energy cycle running 12 seconds. Used for bar drinks like Daiquiris.

**Button 3:** Medium energy cycle running 14 seconds. Used for ice drinks like Granitas.

**Button 4:** High energy cycle running 23 seconds. Used for easy-to-blend fruit smoothies.

**Button 5:** Higher energy cycle running 34 seconds. Used for hard-to-blend fruit smoothies.

**Pulse:** To blend the drink for a few additional seconds, hold the "Pulse" button down for the length of time needed. For warranty purposes, a single cycle is incremented on the cycle counter for every 20 seconds of pulse.

### 5.3 MANUAL OPERATION
**Pulse Button:** Blends mixture at a constant HIGH speed (70 percent power). This button is normally used for additional blending once a programmed cycle has already been used.

EZ-7

### 5.4 TROUBLESHOOTING SUGGESTIONS

**BLENDER MOTOR WILL NOT TURN ON:** If the blender motor will not turn on, try the following:

- Make sure the main power switch on the back lower-left corner is turned on.
- Check the (house) circuit breaker switch or fuse to make sure it is set to the on position.
- Unplug, then re-plug in the power cord.
- Determine if the numbers on the Liquid Crystal Display (LCD) indicator are lighted. An absence of lighted LCD indicates a lack of power to the microprocessor.
- Remove the blender jar from the blender base and check to make sure the blade turns freely while unattached to the base. If the blade does not move freely, the problem may be in the jar, not the base.
- Check the LCD:

A reading of "**OVERTEMP**" indicates an overheated condition has been detected and the motor has been disabled until the unit cools to operating temperatures. Switch motor off and allow to cool for at least 20 minutes.

A reading of "**OVERLOAD**" indicates an overload on the motor. Turn the motor off for 10 seconds (using the switch). Turn the motor on again to clear the overload condition. **Check the blender jar for blockage.** If overload condition reoccurs, contact your K-TEC service agent.

**BLADE STOPS:** If the overload switch stops the blender, remove the blender jar and carefully check for blockage of the blade. If no blockage is found, replace jar and use the "pulse" button on the touch pad to quickly pulse the blade through the mixture. Once the blade spins freely a programmed button may be used.

**NOISE LEVEL CHANGES:** If the blender noise level has increased significantly from original levels, determine whether the sound is coming from the blender base or jar.

- **Blender Base:** Check to see if the excess noise is coming from the blender base. Remove the jar and press cycle number one. Listen to the motor sound without a jar attached. If it is excessively noisy, contact your K-TEC service center.

- **Jar:** Check to see if the excess noise is coming from the jar. Place the jar back on the base. Run the motor for a few seconds using the "P" button. Test several different jars to determine whether the sound changes as different jars are used. If a jar is excessively noisy, or if the blade assembly seems loose or sounds "gravelly" when turned by hand, contact your K-TEC service center.

EZ-8

**BLENDED TEXTURE UNSATISFACTORY:** If the blended texture of product is lumpy or uneven, do the following:

- Ensure the mixture is not cavitating during the cycle. Cavitation is a condition in which the blender blade spins freely in an air pocket within the drink mix because the mix is too cold or too solid. This problem can be corrected by increasing the mix temperature (by reducing ice, increasing liquid and/or ensuring that the frozen ingredients used in the recipe are never colder than 10 degrees Fahrenheit or -12 degrees Celsius). When the right combination of correctly tempered ingredients is used, the resulting drink is <u>always</u> smooth, thick and blendable without operator attention.

- Increase cycle time. If the drink is mixing well but has not had enough time for complete blending, try a longer cycle (usually by using a higher button number to start the blender) or touch and hold the "Pulse" button for required extra blending time.

- Make sure the drive shaft on the jar is fully engaged into the drive socket and that the blade is firmly affixed to the drive shaft.

**TRIED EVERYTHING?** If none of the preceding suggestions work, contact your K-TEC service agent for further assistance.

### 5.5 CLEAN THE BLENDER JAR DAILY

1. Using hot tap water, add 4 cups (1 liter) of water and 1 1/2 teaspoons (7 ml) of liquid dish washing soap to the blender jar.

2. Place the lid on the jar. Place the blender jar on the blender base and press the "pulse" button for 15 seconds.

3. Rinse with clear water until all soap is rinsed from jar and lid.

4. Store the jar right side up whenever possible. If jars are stored upside down, shake the jar right side up first to insure that no water is allowed to stand in the bottom around the blade drive shaft.

5. Jars may be stacked one inside the other, but ensure that the handles are alternated. **NEVER STACK JARS WITH HANDLES INTERLOCKED!**

**NOTE:** Jars may be washed in a dishwasher. Blender jars are dishwasher safe up to 220 degrees Fahrenheit (104 degrees Celsius).

### 5.6 LONG-TERM SANITATION OF JAR

1. For long-term sanitation, periodically fill the blender jar with hot tap water.

2. Add one teaspoon (5 ml) of liquid chlorine bleach.

3. Stir for 10 seconds to mix water and bleach. Let mixture stand in blender jar for five minutes.

4. Empty water/bleach mixture. Rinse well and store jar as described in 5.5.

### 5.7 DAILY CLEANING OF BLENDER BASE

1. Make sure the main power switch is off and motor is unplugged before cleaning.

2. When necessary, wipe the top and sides of the blender motor clean with a damp cloth. Mild cleaners like WINDEX® may be used.

### 5.8 WEEKLY CLEANING BLENDER BASE

1. Fill the blender drive socket (see figure 2) with a strong cleaning solution such as 409® or Simple Green®. DO NOT OVERFILL. Let stand for 5 minutes.

2. Clean the inside ridges and grooves of drive socket with an dental pick, tooth pick or some other hard, pointed tool.

3. Turn the blender base upside down to drain the material from the drive socket. Use a paper towel or cloth to dry the area and replace the blender base.

### 5.9 CLEANING TIPS AND CAUTIONS

- Do not use abrasives or stiff brushes to clean the blender base, or jar as this will dull or scratch the surface.

- **NEVER submerge the blender base in water.**

- Avoid submerging blender jars for more than 5 minutes. Water penetration through the lower jar seals will reduce the jar life. When you have cleaned the jar we recommend you store it right side up. If you choose to store it upside down, **do not allow water to stand in the lower seal area.**

BLENDTEC498508

## SECTION 6: WARRANTY AND SERVICE PROCEDURE

### 6.1 WARRANTY DESCRIPTION
K-TEC warrants the EZ-BLENDER base for 1 year or 5,000 cycles, whichever happens first. The jar assembly, including all moving jar parts, is covered against leaking or breakage for 180 days. Warranties begin from date of purchase. Cosmetic damage and abuse are not included.

### 6.2 SERVICE PROCEDURE
Should you experience any difficulty in using your K-TEC blender, please do the following:

#### UNDER WARRANTY
1. Contact K-TEC immediately at **1-800-748-5400** or your sales representative to diagnose the difficulty. Please have your serial number ready as well as a description of the problem. **Do not attempt to do your own repairs**. Repairs made by persons other than K-TEC authorized service representatives will void the warranty. Many issues can be resolved simply and quickly over the phone.

2. If the difficulty cannot be resolved over the phone, your unit may require replacement. If you are under warranty K-TEC will repair or replace your unit at no cost. Cosmetic damage and abuse are not included.

3. Upon receiving instructions from K-TEC, box up your existing unit and enclose the following:

    Your name:
    Your company name (include store #):
    Address:
    Phone number:
    The blender base serial number:
    (located on the bottom of the blender base)
    Cycle Count (from the LCD indicator):
    Your purchase date:    Place of purchase:
    An explanation of the problem:

Ship the unit to:

    K-TEC, Inc.
    ATTN: Service Department
    1206 South 1680 West
    Orem, UT 84058

EZ-11

#### OUT OF WARRANTY
1. 1. Contact K-TEC immediately at **1-800-748-5400** or your sales representative to diagnose the difficulty. Please have your serial number ready as well as a description of the problem. **Do not attempt to do your own repairs**. Repairs made by persons other than K-TEC authorized service representatives will void the warranty. Many issues can be resolved simply and quickly over the phone.

2. Box up your broken or damaged unit and ship it to us.

**K-TEC will bill you for services rendered.**

3. When you ship your unit please enclose the following:

    Your name:
    Your company name (include store #):
    Address:
    Phone number:
    The blender base serial number:
    (located on the bottom of the blender base)
    Cycle Count (from the LCD indicator):
    Your purchase date:    Place of purchase:
    An explanation of the problem:

Ship the unit to:

    K-TEC, Inc.
    ATTN: Service Department
    1206 South 1680 West
    Orem, UT 84058

EZ-12

BLENDTEC498509



BLENDTEC498510

Intentially Left Blank



EZ-15