**EXHIBIT 6**

Redacted

**From:** Thomas Westrup <TWestrup@blendtec.com>
**Sent:** Monday, November 30, 2020 8:09 AM
**To:** Richard Burton <RBurton@blendtec.com>
**Cc:** Stephanie Mecham <SMecham@blendtec.com>
**Subject:** blendjet name and logo

Hello HR Dept.
My wife just sent me an Instagram ad for a company named Blendjet. Logo is very similar to ours and the name sounds like Blendtec as well. Don't know if that's something you should tell the higher ups, but I thought I should let someone know about it. Sorry if it was a waste of your time.

Thanks,
Tom W.

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC632441