**EXHIBIT 7**

Redacted

**From:** Fernando Thomas <fthomas@blendtec.com>
**Sent:** Wednesday, April 3, 2019 4:49 AM
**To:** dg_Customer_Service_Leads <Customer_Service_Leads@blendtec.com>
**Subject:** FW: Informing another company with a similar Blendtec Logo
**Importance:** High


Hello,

The email below is from someone informing another blender company is using a similar Blendtec logo. There is a photo attached.

Thank you,
**Fernando Thomas**
**Customer Support Agent**

**blendtec.**
WORLD'S MOST ADVANCED BLENDER
1206 S. 1680 W., Orem, Utah 84058
800.BLENDTEC


**From:** Megan Brown (Douthett) <medouthett@gmail.com>
**Sent:** Saturday, March 30, 2019 8:04 PM
**To:** Customer Support <support@blendtec.com>
**Subject:** Customer Support

Hi there!
This is just a friendly notice from a loyal Blendtec customer.
I was on pinterest today and saw a promoted pin for 'blendjet' that also has a logo just like yours.
I've attached a photo.
You might want to check your copyright against this.

Regards,

Megan Brown

BLENDTEC002682



 BlendJet

**BlendJet One**

 Promoted by BlendJet