**EXHIBIT 8**

Redacted

---------- Forwarded message ---------
From: **Lisa Rodriguez** <LRodriguez@blendtec.com>
Date: Thu, Dec 3, 2020 at 2:53 PM
Subject: BlendJet
To: Charlie Mock <CMock-v@blendtec.com>


Assuming legal knows about this by now, but sharing just in case. It was sweet of the customer to flag for us.

Lisa

