**EXHIBIT 9**

## New customer message on January 6, 2021 at 8:35 am

**From:**      Blendtec (Shopify) <mailer@shopify.com>
**To:**        Customer Support <support@blendtec.com>
**Date:**      Wed, 06 Jan 2021 15:35:08 +0000

You received a new message from your online store's contact form.

**Name:**
J

**Email:**
iceteabreaker@hotmail.com

**Phone Number:**

**Body:**
I was excited to see you guys have a new small portable product but I don't think it is your company that makes it. Do you guys make the blendjet? Their logo looks similar to yours so I wasn't sure. I saw them on an ad on facebook.


J

CONFIDENTIAL INFORMATION –
ATTORNEYS EYES ONLY

BLENDTEC103356