**EXHIBIT 10**

## New customer message on February 23, 2021 at 10:46 pm

| | |
|---|---|
| **From:** | Blendtec (Shopify) <mailer@shopify.com> |
| **To:** | Customer Support <support@blendtec.com> |
| **Date:** | Wed, 24 Feb 2021 05:46:11 +0000 |

You received a new message from your online store's contact form.

**Name:**
albert

**Email:**
goin4u@yahoo.com

**Phone Number:**
2094566528

**Body:**
There's a company from China kind of looks like they are ripping off on your name and your trademark.
They are calling themselves blendjet.
I wish to remain anonymous
God bless
Al

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC062041