**EXHIBIT 11**



Confidential

BLENDTEC001101