**EXHIBIT 12**

## New customer message on July 13, 2021 at 1:20 pm

**From:** Blendtec (Shopify) <mailer@shopify.com>
**To:** Customer Support <support@blendtec.com>
**Date:** Tue, 13 Jul 2021 19:20:13 +0000

You received a new message from your online store's contact form.

**Name:**
Brian Wong Shui

**Email:**
bwongshui@gmail.com

**Phone Number:**

**Body:**
Hi There,

Love my blendtec.

Just wanted to find out if you are making a battery powered blender called a blendjet. Their logo looks similar but not quite.

Thanks