**EXHIBIT 13**

## Question regarding my broken blendjet

| | |
|---|---|
| **From:** | Ashley Mei <ashleymei95@yahoo.com> |
| **To:** | Customer Support <support@blendtec.com> |
| **Date:** | Sat, 11 Jan 2020 22:06:01 +0000 |

Hello There,
My name is Ashley. Last month I purchased two blendjet blenders. I gave one away as a white elephant gift and I'm using the other one. The one I saved to use for myself, the second cap could not be opened. This caused some trouble for me when I'm trying to drink my smooth for the first time and wash it. Please let know what I can do with it. Thank you!

Ashleyy

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC073673