**<u>EXHIBIT 14</u>**

## Return blender

| | |
|---|---|
| **From:** | raijalecour@hotmail.com |
| **To:** | Customer Support <support@blendtec.com> |
| **Date:** | Wed, 18 Mar 2020 19:33:39 +0000 |

Hello
I have been trying to get a hold of someone for about a week now but with covid19 I am assuming things are a little hectic! I would like to return my blendjet and receive a refund. I am really disappointed by this product unfortunately the quality is quite low. It hardly blends and dies while blending and I have only trying to make an orange juice smoothie so far. Also having the charging port exposed might cause some of the problems as it doesn't seem to be protected from liquids. I have kept the box so could mail the blender back in it. What is the return protocol?
Look forward to hearing back on how to continue with the refund.

Thanks Raija
Sent from my iPhone

CONFIDENTIAL INFORMATION –
ATTORNEYS EYES ONLY