**EXHIBIT 15**

## RE: New customer message on May 12, 2020 at 8:15 am

**From:** Customer Support <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=000d0936b6e1446f800b25083aa4c8a1-customersup">
**To:** amelia.w.pearson@gmail.com
**Date:** Fri, 19 Jun 2020 18:35:51 +0000

Sorry,
Wrong company 😉
We are BLENDTEC

**Shawna Edwards**
**Residential Customer Care Manager**

**blendtec.**
WORLD'S MOST ADVANCED BLENDER
1206 S. 1680 W., Orem, Utah 84058
P: 801-222-0888

**From:** Blendtec (Shopify) <mailer@shopify.com>
**Sent:** Tuesday, May 12, 2020 8:15 AM
**To:** Customer Support <support@blendtec.com>
**Subject:** New customer message on May 12, 2020 at 8:15 am

You received a new message from your online store's contact form.

**Name:**
Amelia Pearson

**Email:**
amelia.w.pearson@gmail.com

**Phone Number:**
2542895711

**Body:**
Good morning, Wednesday May 5 I ordered a black blendjet, I have been checking for it but have not received it. I checked my email and tracked the package it says it was delivered on

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC744210

> Saturday the 9th to my mailbox, but that is not the case. I have checked the mailbox and front porch every day and it has not been delivered. I look forward to hearing from someone, thank you.

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC744211