**EXHIBIT 16**

# New customer message on June 14, 2020 at 9:27 am

**From:** Blendtec (Shopify) <mailer@shopify.com>
**To:** Customer Support <support@blendtec.com>
**Date:** Sun, 14 Jun 2020 15:27:31 +0000

You received a new message from your online store's contact form.

**Name:**
Maung HTway

**Email:**
maunghtway26@outlook.com

**Phone Number:**
3155345023

**Body:**
I ordered my blendjet blender on 05/31/2020 .
Tracking number #758699

I didn't receive email notification since then and didn't received package

I am wondering what is going on with my order.

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC201099