**EXHIBIT 17**

## Re: Thanks for your recent purchase

**From:**     Bhav V <brvyas1@yahoo.com>
**To:**        Customer Support <support@blendtec.com>
**Date:**     Fri, 21 Aug 2020 19:27:28 +0000

Hi

I recently bought  a  Blend-jet and it's not working even after charging overnight . What should I do ?

Bhavana

Sent from my iPhone

> On Aug 18, 2020, at 11:18 PM, Blendtec Notifications <noreply@blendtec.com> wrote:

Review your **Mini WildSide Jar**



Hello,

Thank you for shopping with us! We're so glad you've chosen Blendtec to feed your passion. We hope you'll write about your **Mini WildSide Jar** while it's still fresh on your mind.

### Write a review

Thanks again,
**Blendtec**



Contact Customer Service with questions or concerns. If you no longer wish to receive notifications like this, you can unsubscribe any time.

CONTACT US
Blendtec
1206 South 1680 West
Orem, UT 84058

CONFIDENTIAL INFORMATION –
ATTORNEYS EYES ONLY

1.800.748.5400

CONFIDENTIAL INFORMATION –
ATTORNEYS EYES ONLY

BLENDTEC188467