**EXHIBIT 18**

## New customer message on December 18, 2020 at 9:01 am

| | |
|---|---|
| From: | Blendtec (Shopify) <mailer@shopify.com> |
| To: | Customer Support <support@blendtec.com> |
| Date: | Fri, 18 Dec 2020 16:01:55 +0000 |

You received a new message from your online store's contact form.

**Name:**
Dororhy McKaney

**Email:**
abrightflower1@yahoo.com

**Phone Number:**
928-266-2884

**Body:**
Order # 1081247 placed the first week of December for $174.45
Hello,

I am trying to get in touch with someone regarding my order. I have not recieved it yet and it is the 18th. I'm hoping that it arrives before christmas. I have called and left a message but NOONE has called me back. I love the first blendjet I recieved and use it daily. The one's in the order are for christmas gifts.
Can you please let me have a delivery date?

Thank you Dorothy McKaney

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC220860