**EXHIBIT 19**

## New customer message on March 2, 2020 at 9:30 pm

**From:** Blendtec (Shopify) <mailer@shopify.com>
**To:** Customer Support <support@blendtec.com>
**Date:** Tue, 03 Mar 2020 04:30:54 +0000

You received a new message from your online store's contact form.

**Name:**
Ryan Chambers

**Email:**
ryanchambers43@gmail.com

**Phone Number:**
9259974851

**Body:**
I've owned a blendjet for a few months now and just today it stopped working. I tried charging it and cleaning it yet it still will not turn on. Every time i plug it into the charger the light will flash blue and red and whenever I try to blend anything it will flash blue and red aswell no matter how tight I screw it on.
Thank you!

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC233102