**EXHIBIT 20**

## New customer message on February 19, 2021 at 9:05 am

| | |
|---|---|
| **From:** | Blendtec (Shopify) <mailer@shopify.com> |
| **To:** | Customer Support <support@blendtec.com> |
| **Date:** | Fri, 19 Feb 2021 16:05:29 +0000 |

You received a new message from your online store's contact form.

**Name:**
Icilyn Wilson Greene

**Email:**
iwilsongreene@gmail.com

**Phone Number:**
2157605841

**Body:**

I bought two blendjet 2's. I went to pick up a friend and had my green drinking my green drink. Now she wants one. Presently, Im disappointed. Both Blendjets are not functioning. They flash pink red and maybe another color but the blues aren't spinning.
I have changed outlets so it isn't power. Please help they changed my life around daily nutrition.

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC125874