**EXHIBIT 21**

## Blend jet Malfunction

| | |
|---|---|
| **From:** | fa5099 <fa5099@aol.com> |
| **To:** | Customer Support <support@blendtec.com> |
| **Date:** | Tue, 23 Mar 2021 18:28:28 +0000 |

Customer Service,

My Blendjet will not charge. I have followed the suggested protocol to align arrows , base and jar, and other recommended suggestions.

Unit will not charge base???????????

Fred Anthony, 843-296-0525
Fa5099@aol.com


Sent from the all new AOL app for iOS

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC106325