**EXHIBIT 22**

## New customer message on April 27, 2021 at 4:42 pm

| | |
|---|---|
| **From:** | Blendtec (Shopify) <mailer@shopify.com> |
| **To:** | Customer Support <support@blendtec.com> |
| **Date:** | Tue, 27 Apr 2021 22:42:55 +0000 |

You received a new message from your online store's contact form.

**Name:**
gloria mandell

**Email:**
sidglo1@aol.com

**Phone Number:**
18183487813

**Body:**
I received a charge from paypal on my credit card. I think it came from blendjet - $39.95 on 3-16. trying to track down where it was purchased. I know I have paid for all my orders. Can you call me back about this? Thank you. 818-348-7813

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC169429