**EXHIBIT 23**

Case 2:25-cv-00096-RJS-DBP   Document 26-23   Filed 03/27/25   PageID.217   Page 1 of 3

## Re: Message from Blendtec

**From:** Megan Radtke <meganradtke7@gmail.com>
**To:** Customer Support <support@blendtec.com>
**Date:** Tue, 25 May 2021 14:45:29 +0000

Will I be getting a refund?

Sent from my iPhone

> On May 25, 2021, at 7:11 AM, Megan Radtke <meganradtke7@gmail.com> wrote:
>
> Oh no,.. that was a mistake then... can I get a refund ?!! I thought I was buying a blender not a warranty. I don't need a warranty for a blender I don't have ?!!
>
> Sent from my iPhone
>
>> On May 25, 2021, at 6:44 AM, Customer Support <support@blendtec.com> wrote:
>>
>> Did you order from Blendtec or Blendjet?  We are two different companies.  As you can see from the email you sent us, we only show a purchase for an extended warranty but no actual blender purchase.
>>
>> **From:** Megan Radtke <meganradtke7@gmail.com>
>> **Sent:** Monday, May 24, 2021 7:14 AM
>> **To:** Customer Support <support@blendtec.com>
>> **Subject:** Re: Message from Blendtec
>>
>> Hi I ordered a blender jet a while ago and still haven't received it and I'm wondering why??
>>
>> Sent from my iPhone
>>
>>
>> On May 17, 2021, at 12:59 PM, Blendtec <support@blendtec.com> wrote:



CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC008897

Hello, you recently purchased one of our extended warranties with your order #WEB44641. Our records don't indicate that you currently own a machine to which we can apply this warranty. Can you register your machine on our website (<ins>https://www.blendtec.com/pages/register-product</ins>) so we can apply the extended warranty?

If you have any questions, reply to this email or contact us at <ins>support@blendtec.com</ins>

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC008898