**EXHIBIT 24**

## New customer message on June 12, 2021 at 2:13 pm

| | |
|---|---|
| **From:** | Blendtec (Shopify) <mailer@shopify.com> |
| **To:** | Customer Support <support@blendtec.com> |
| **Date:** | Sat, 12 Jun 2021 20:13:33 +0000 |

You received a new message from your online store's contact form.

**Name:**
Mary Nizio

**Email:**
mn630@aol.com

**Phone Number:**

**Body:**
I purchased a Blendjet from QVC' When I used it for the first time, the liquid drained out of it. I then took the jar off, but I can't get the arrow to go above the light when I screw it on. What do I do?

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC161868