**EXHIBIT 25**

## Order #1685566

| | |
|---|---|
| **From:** | Melissa H <howatmelissa@gmail.com> |
| **To:** | Customer Support <support@blendtec.com> |
| **Date:** | Tue, 03 Aug 2021 21:31:29 +0000 |

Hi there
 I received my blend jet blender and when I ordered it there was free shipping however, when it was delivered there was COD charge.  Can you please let me know why I was never notified that there was a cod charge?! If I had of known this I would have NEVER bought your product.
Extremely disappointing.

Melissa Howat

Melissa Howat On Tue, Aug 3, 2021 at 4:34 PM BlendJet <support@blendjet.com> wrote:



ORDER #1685566

Your order has been delivered

❓ Haven't received your package yet? Let us know

View your order

or Visit our store

Passport tracking number: 1Z556RF30495503932

Items in this shipment



BlendJet 2 × 1
White

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC043977

If you have any questions, reply to this email or contact us at **support@blendjet.com**

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC043978