**EXHIBIT 26**

## FW: Issue from Theresa Salzmann: I order 3 Blendjets a few weeks ago and was wonder...

Redacted

**From:** Social Media <social@blendtec.com>
**Date:** Tuesday, May 30, 2023 at 4:57 PM
**To:** Mike Boswell <MBoswell@blendtec.com>
**Subject:** FW: Issue from Theresa Salzmann: I order 3 Blendjets a few weeks ago and was wonder...

**From:** katequeen=pissedconsumer.com@support.pissedconsumer.com <katequeen=pissedconsumer.com@support.pissedconsumer.com> on behalf of Pissed Consumer <katequeen@pissedconsumer.com>
**Date:** Wednesday, December 21, 2022 at 5:45 PM
**To:** Social Media <social@blendtec.com>
**Subject:** Issue from Theresa Salzmann: I order 3 Blendjets a few weeks ago and was wonder...

**Caution:** This is an external email and may be malicious. Please take care when clicking links, opening attachments and responding to requests.



Hello Blendtec Customer Care,

One of your customers, Theresa Salzmann, decided to contact you through reviews and complaints platform PissedConsumer.com.

Message sent by Theresa Salzmann (btsalzmann@tds.net):

**Phone:**
"+16087786730"

**Message Subject:**
"I order 3 Blendjets a few weeks ago and was wondering when they will arrive. I was told before christmas"

**Message Body:**
"see subject"

Please take a few minutes to answer Theresa Salzmann directly.

Regards,
PissedConsumer.com Team


P.S. Please consider using one of our subscriptions to monitor and address consumer reviews, questions and calls received for Blendtec

To schedule a meeting and discuss any questions, please follow this link:
https://calendly.com/pissedconsumer/business-meetings

This email was sent by Pissedconsumer.com.
No longer want to receive these emails? Unsubscribe.

*Consumer Opinion LLC (DBA PissedConsumer.com)*
*1930 Village Center Circle #3-6853*
*Las Vegas, NV 89134*

    



CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

BLENDTEC744135