**EXHIBIT 27**

## Warranty Claim Submission Form submitted 2021-12-30 13:40:25

**From:** Shogun <no-reply@getshogun.com>
**To:** Customer Support <support@blendtec.com>
**Date:** Thu, 30 Dec 2021 20:40:26 +0000

New **Warranty Claim Submission** form submission through your Shogun page.

First Name: Linda

Last Name: Way

Email Address: elway5579@gmail.com

Phone Number: 4134261261

Shipping Address Line 1: 1508 Plumtree Road

Shipping Address Line 2:

City: Springfield

State: MA

Zip Code: 01119

Country: United States

Jar Number: 5V2A14.8WH

Manufacturers Date (found on bottom of blender base): 11/30/2021

Brief description of the issue(s) you are having with the blender and/or jar::

I received this at a Christmas party used 2x and now doesn;t work... LIght does come on but no spin and no sound. I can't find any sort of date so I just put one in. Also the serial does not have a dash it does say blendjet 2 if that makes a difference. Thank you

Jar Size (in ounces): 450

Blender Serial Number (Please include dash)): 52422012273

Hit REPLY to respond directly to the submitter

BLENDTEC001868