**EXHIBIT 28**

## Re: Blendtec help

**From:**     Alison Webb <alison619@yahoo.com>
**To:**       Customer Support <support@blendtec.com>
**Date:**     Wed, 16 Feb 2022 17:22:55 +0000

I apologize! This needs to go to blendjet support, not blendtec (I love my blendtec blender,
btw)..please disregard!

<u>Sent from Yahoo Mail on Android</u>

> On Wed, Feb 16, 2022 at 11:20 AM, Alison Webb
> <alison619@yahoo.com> wrote:
>> Hi! We got our blendtecs for Christmas. One of ours was getting really hot while charging and
>> melted? Here are pics of the blender and charger. I'm thankful I was standing right there next to
>> it and smelled a strange smell, tried to pull the charging cord out, cord was melted, and the
>> metal stuck in.
>> I appreciate any help on this issue!
>> Thank you,
>> Alison Webb



BLENDTEC001837



BLENDTEC001838



BLENDTEC001839

Sent from Yahoo Mail on Android

BLENDTEC001840