**EXHIBIT 29**

## RE: [BlendJet] Re: BlendJet Support

| | |
|---|---|
| **From:** | Customer Support <support@blendtec.com> |
| **To:** | joanne prince <jprince43@gmail.com> |
| **Date:** | Wed, 23 Mar 2022 16:39:32 +0000 |

Hello,

You have emailed the wrong company. We are not Blendjet. We are Blendtec. 2 different companies.

Have a nice day!

**Fernando Thomas**
Sr. Agent Specialist| Residential Customer Service
*phone*: 260.673.5818



---

**From:** joanne prince <jprince43@gmail.com>
**Sent:** Tuesday, March 22, 2022 5:40 PM
**To:** Customer Support <support@blendtec.com>
**Subject:** Re: [BlendJet] Re: BlendJet Support

I haven't heard from you so thought I would see what I should do next.

Thank You,
Joanne
Sent from my iPad


> On Mar 18, 2022, at 7:03 PM, jprince43@gmail.com wrote:
>
>
> I tried to send video but I'm not very good at it. The blender is just dead!
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Denise (BlendJet Support)" <support@blendjet.com>
>> **Date:** March 18, 2022 at 6:22:09 PM PDT
>> **To:** Joanne Prince <jprince43@gmail.com>
>> **Subject: [BlendJet] Re: BlendJet Support**
>> **Reply-To:** BlendJet Support <support@blendjet.com>

I tried to video but I'm not good at it so sorry. It's just dead!!

##- Please type your reply above this line -##

Your request (1251031) has been updated. To add additional comments, reply to this email.



Denise (BlendJet)

Mar 18, 2022, 18:22 PDT

Hi Joanne,

Thanks for sending that over to me! Can you send us a video of what happens when you try to turn it on? Looking forward to hearing back from you soon!

Best,
Denise

Customer Service Hero
Visit BlendJet.com and follow us on Facebook, Instagram, & Twitter



Joanne Prince

Mar 18, 2022, 18:07 PDT

FYI your recording says I used my Blend Jet 34 times but I said I have used it 3 or 4 times not 34

times.



Sent from my iPhone

---

 **Denise (BlendJet)**

Mar 18, 2022, 17:38 PDT

Hi Joanne,

Thank you for calling us! In the rare case that there's an issue with a blender, we definitely want to make it right.

At your earliest convenience, could you please email me a quick video of the issue that you are experiencing, along with a picture of the sticker on

BLENDTEC001828

the bottom of your blender? The video will be a huge help in identifying what might be happening, and the lot or serial number will help us track any potential issues.

If the files are too large to email or give you any trouble, we recommend using WeTransfer, as it is fast, free, and easy to use: https://wetransfer.com/. All you need to do is attach your files, click the 3 dots next to the "Transfer" button, and then select "Get a transfer link." Next, click "Get a Link" and you'll receive a link that you can email to me here.

Looking forward to hearing back from you soon!

Warmly,
Denise

Customer Service Hero
Visit BlendJet.com and follow us on Facebook, Instagram, & Twitter



Voicemail

Mar 18, 2022, 17:15 PDT

You have a new voicemail from (509) 951-1434

Text of the transcribed voicemail:
Yes, my name is Joanne prince, p R I N C E. My number is 509-951-1434. And I'm calling for customer service because my blend jet is stopped working. And I've only used that 34 times. So I'll wait for your call. Thank you so much. Bye bye..

Click this link to listen to the message:

https://links.twiliocdn.com/ls/click?upn=3kZIcBV84MSbPEonqfrF6fvT-2FDdlSJHhC4HmydmKl-2B7-
2FHCrn301YwyBySc5M9niEp2hrQp5M2XGfHh94GQtfLwgThtsO8dtudfPuUAx3BlOB8lcCghPQS-2FVvh91JFavJ9PK8qs-2FmetiNYjahIVCsgzTPct-
2FfKImLr1j9QOxl6bC0Izy1VxFNIpVtBtMkqX-2FPgGbf_-
2BHB8d5C343hfLp7IjYtuIQxGNPPIbeqhCsDGfaG9clH1UQ-
2BjQF3II8FdtMwxAMyMZ3IPSXgJPtSLAQRwwrtoB1etPkPJnRqib0zamWS7W5Pzua7PxUt037

FIU2Ly8TiSPXkYGiRB-2BcWg0-2BWWQYonnegLueRaQJe7Z9OY9IaBdPWmyHFDw9lk6-2FWDw-2BeE-2FZT3Tn3U2LWxN-2FJSPg8IGnW38w-3D-3D

This email is a service from BlendJet. Delivered by Zendesk

BLENDTEC001830