**EXHIBIT 30**

BLENDTEC001371

Customer: Hello.

Tech: Hi, this is Ashlynn with Blendtec returning your call. How may I help you today?

Customer: Yeah, I received the BlendJet, and I opened it, and I used it a couple of times. It was terrific. And then when I used it one more time, it wasn't working so I assumed it needed to be charged. And I've been charging it and charging it. There's a blue circle on there and I press the button, and nothing happens.

Tech: Yeah, no. I'm so sorry to hear that. Unfortunately, we are Blendtec and not BlendJet, but I do have BlendJet's number for you if you would like.

Customer: Oh, you're not BlendJet. Oh okay.

Tech: Yeah, no. They have our phone number on their website for some reason, so it's a common mistake. But I do have their actual number for you.

Customer: Okay. What is that, please?

Tech: Yeah. It's 844.

Customer: Mm-hmm.

Tech: 588.

Customer: Mm-hmm.

Tech: 1555.

Customer: Mm-hmm. Yeah. Thank you.

Tech: Of course. Anytime. Good Luck.

Customer: Bye.

Tech: Bye-bye now.