**EXHIBIT 31**

BLENDTEC001373

| | |
|---|---|
| Tech: | Thank you for calling Blendtec. My name is Margo. How can we help you today? |
| Customer: | Yes. I bought the BlendJet 2, and I want to know, it came with the plug but not the adapter. The piece on the end that goes into the wall. I want to know if I could possibly order one. |
| Tech: | Alright. Well I do apologize but you have reached Blendtec and not BlendJet. I can give you their direct number if you would like. |
| Customer: | Oh, okay. That would be fine. |
| Tech: | Alright, when you are ready let me know please. |
| Customer: | Okay. I'm ready. |
| Tech: | Okay so their number is actually 844. |
| Customer: | Uh-huh. |
| Tech: | 588. |
| Customer: | Uh-huh. |
| Tech: | 1555. |
| Customer: | Okay. Okay, 'cause I had the wrong one. |
| Tech: | No. That's okay. Google does it to everybody all the time, so not a problem. |
| Customer: | Okay. Thank you very much. I appreciate it. |
| Tech: | No problem. |
| Customer: | Okay. Bye. |
| Tech: | Bye. |