**EXHIBIT 32**

## Complaint

**From:** Mohamed Omrabi <mohamedomrabi@gmail.com>
**To:** Customer Support <support@blendtec.com>
**Date:** Thu, 23 Jun 2022 06:54:43 +0000

Hello
I'm really disappointed that until this moment i didn't received my blendjet2
I ordered since May 30
Estimated delivert date Jun 15 - Jun 17
How long i've to wait befor i receive my blendjet
I need explaining why my shipment too late
When i'm going to receive it ?
My order #2406316
Tracking Number:
20220530003109CGJ95ONH7NT
Redards

BLENDTEC001454