**EXHIBIT 33**

## RE: A Blendjet email claim

| | |
|---|---|
| From: | Fernando Thomas <fthomas@blendtec.com> |
| To: | Crystal Smith <c.smith@blendtec.com> |
| Date: | Tue, 16 Aug 2022 22:39:44 +0000 |
| Attachments: | Screenshot_20220813-152553_Samsung Internet.jpg (515.14 kB) |

Hi Cristal,

Yes, the one I have attached here.

I also requested POP and machine photos but she replied that she had already returned the blender to Bed Bath and Beyond.

Thanks,

**Fernando Thomas**
Sr. Agent Specialist| Residential Customer Service
*phone*: 260.673.5818

**blendtec.**

A Superior Blending Experience

---

**From:** Crystal Smith <c.smith@blendtec.com>
**Sent:** Tuesday, August 16, 2022 3:39 PM
**To:** Fernando Thomas <fthomas@blendtec.com>
**Subject:** RE: A Blendjet email claim

Was there an attachment from her on one of the emails?

Thanks,

Crystal

---

**From:** Fernando Thomas <fthomas@blendtec.com>
**Sent:** Tuesday, August 16, 2022 3:34 PM
**To:** Crystal Smith <c.smith@blendtec.com>
**Subject:** A Blendjet email claim

Hi Crystal,

The below email was sent to support by mistake as it was for a Blendjet.

I suspected that from the very first email, but I wanted to make sure it was a Blendjet and not another blender that can also be charged. 😊

Thank you,
**Fernando Thomas**
Sr. Agent Specialist| Residential Customer Service
*phone*: 260.673.5818



A Superior Blending Experience

---

**From:** Sheryl Rubinoff <S.Rubinoff@hotmail.com>
**Sent:** Tuesday, August 16, 2022 3:30 PM
**To:** Fernando Thomas <fthomas@blendtec.com>
**Subject:** Re: Faulty Blendtec 2

Sorry..it was a blendjet2
Sheryl

# Sheryl Rubinoff

---

**From:** Fernando Thomas <fthomas@blendtec.com>
**Sent:** August 16, 2022 5:22 PM
**To:** 'Sheryl Rubinoff' <s.rubinoff@hotmail.com>
**Subject:** RE: Faulty Blendtec 2

Hello,

Please inform is it was really a Blendtec or if it was a Blendjet.

Please let us know if you have any questions or concerns.

Thank you for choosing Blendtec! 😊 Happy blending!

Have a nice day!
**Fernando Thomas**
Sr. Agent Specialist| Residential Customer Service
*phone*: 260.673.5818



A Superior Blending Experience

**From:** Sheryl Rubinoff <s.rubinoff@hotmail.com>
**Sent:** Tuesday, August 16, 2022 3:14 PM
**To:** Fernando Thomas <fthomas@blendtec.com>
**Subject:** Re: Faulty Blendtec 2

I managed to find my invoice and took it back to Bed Bath and Beyond in Richmond Hill, On for refund yesterday.
I also ordered a new one from same store..and hope it works well.
Thank you,
Sheryl

## Sheryl Rubinoff

**From:** Fernando Thomas <fthomas@blendtec.com>
**Sent:** August 16, 2022 12:14 PM
**To:** 'Sheryl Rubinoff' <s.rubinoff@hotmail.com>
**Subject:** RE: Faulty Blendtec 2

Hello Sheryl,

Please email us 2 photos. One showing the blender and the other one showing the serial number that is located underneath the motor base.

Please let us know if you have any questions or concerns.

Thank you for choosing Blendtec! 😊 Happy blending!

Have a nice day!
**Fernando Thomas**
Sr. Agent Specialist| Residential Customer Service
*phone*: 260.673.5818



A Superior Blending Experience

**From:** Sheryl Rubinoff <s.rubinoff@hotmail.com>
**Sent:** Saturday, August 13, 2022 1:28 PM
**To:** Customer Support <support@blendtec.com>
**Subject:** Fw: Faulty Blendtec 2

Just re sending email as noticed attachment was not complete.

Regarding blendtec2 purchased Jun2022 in Canada at Bed Bath and Beyond.
Look forward to a quick resolution.

Thank you
Sheryl
REDACTED

# Sheryl Rubinoff

_____

**From:** Sheryl Rubinoff
**Sent:** August 13, 2022 3:25 PM
**To:** support@blendtec.com <support@blendtec.com>
**Subject:** Faulty Blendtec 2
I had sent an email to incorrect email. So have attached screenshot of email about blendtec 2 purchased at Bed Bath and Beyond.
Although I charge it fully and when plugged into charger shows fully charged with blue circle. When unplug and go to use it, sh9ws a mauve/pink circle in light and will not power on.
Please read attachment.

Thank you,

# Sheryl Rubinoff
REDACTED