# **EXHIBIT 34**

BLENDTEC001383

| | |
|---|---|
| Tech: | Thank you for calling Blendtec. This is Maryann. How can I help you today? |
| Customer: | Hi Maryann. My name is Steve. I have a BlendJet 2. I have an order number if that would help you. I got it about a week ago, and I charged it, and it was working. Everything was fine until yesterday. I had all my ingredients ready to blend and they're in there. And I'm hitting the button and it's not working. And then I'm looking at the pamphlet, and I'm trying to figure out what' going on. And I can't tell. I think , I don't know if it's not taking a charge, but it's just not, it's just not functioning. |
| Tech: | I'm very sorry to hear that. Before you continue, I just want make sure. Is this a BlendJet call or a Blendtec call? |
| Customer: | BlendJet. |
| Tech: | Okay. No problem. |
| Customer: | BlendJet 2. |
| Tech: | So yes, you are reaching, right now, Blendtec. We are a different blender company. We are not affiliated with BlendJet, but I can give you their phone number so you can reach out to the correct people. |
| Customer: | Oh. Okay. Yeah. |
| Tech: | Yeah. |
| Customer: | Yeah that's confusing. Okay. Thank you. |
| Tech: | Of course. No problem. |
| Customer: | What's the number? |
| Tech: | It is 844. |
| Customer: | 844. |
| Tech: | 588. |
| Customer: | 588. |
| Tech: | 1555. |
| Customer: | Yeah. I got the number off the computer. You must be getting these calls all the time. |

2

| | |
|---|---|
| Tech: | Yes.  Unfortunately for some reason our phone number does pull up whenever you click on BlendJet, but we are working to get that fixed, and that's reason that we have their phone number, so we can direct, redirect you guys. |
| Customer: | Okay.  Thank you very much. |
| Tech: | Of course.  No problem.  You have a lovely rest of your day. |
| Customer: | You too.  Bye-bye. |
| Tech: | Bye-bye. |