**EXHIBIT 35**

## Cyber Monday TV Ad

**Caution:** This is an external email and may be malicious. Please take care when clicking links, opening attachments and responding to requests.

| | |
|---|---|
| From: | michaeltusoni@aol.com |
| To: | Customer Support <support@blendtec.com> |
| Date: | Mon, 28 Nov 2022 07:18:50 +0000 |

Your current TV ads show the Blendjet 2 16oz portable blender; and they mention going to your website for a Cyber Monday major discount.

I spent an hour on your site trying to find the Blendjet 2... to NO AVAIL. So not only could I NOT find the item, I obviously could not find the cost and the Cyber Monday discount!

I've never done business with you, so I'm troubled that your TV ad just might be a scam. By the time you read this and by the time I read your reply (if you send one), Cyber Monday will be gone.

So if you are legit, I suppose you just lost a sale (and good will).

Sincerely,
Michael Tusoni
REDACTED

CONFIDENTIAL INFORMATION –
ATTORNEYS EYES ONLY

BLENDTEC003705