**EXHIBIT 36**

BLENDTEC744203

Tech: Thank you for calling Blendtec. My name is Shari, how may I assist you.

Customer: Hi Shari. Um, I saw an ad for your Blend, um the new smaller little blender, what's it, Blendjet? Is that what it's called?

Tech: Uh, it's the wrong company. We are Blendtec, Blendjet is a separate company.

Customer: Oh it is. So that's not a blender that you guys make that's smaller?

Tech: We do not, no.

Customer: Oh.

Tech: That's a different company. I can give you their number if you'd like.

Customer: Oh, ok. Is that still Tom Dickson's invention though?

Tech: No, Blendjet is- has nothing to do with Blendtec. They are, we are completely a different company.

Customer: Ok, what's their number?

Tech: 844-588-1555

Customer: Ok, thank you so much

Tech: You're very welcome. Have a great rest of your day.