**EXHIBIT 38**

## BLENDTEC744201

| | |
|---|---|
| Tech: | Thank you for calling Blendtec. May name is Kate, how may I help you today? |
| Customer: | Good morning, my name is Cheryl, and I received a notice about the recall on the Blendtec, and I did try to submit that three or four times and it just, it is not going through, so I wanted to get your advice on what I need to try to do next. |
| Tech: | Okay, so first and foremost this is Blendtec, not BlendJet, so we wouldn't, if you're sending them to Blendtec, nothing would happen, because we don't handle those machines. I can give you a number. |
| Customer: | **[UNINTELLIGIBLE]** I'm sorry. |
| Tech: | No problem. I can give you a number that I took off their website. That's all I know about it, but it is 844. |
| Customer: | Okay, let me try again. Just one second. |
| Tech: | Okay. |
| Customer: | 844. |
| Tech: | 588. |
| Customer: | 588. |
| Tech: | 1555. |
| Customer: | 1555. Alright. |
| Tech: | I think the internet is giving our number because we're getting a lot of BlendJet calls. |
| Customer: | Oh, okay. That's probably what happened. Thank you so much. |
| Tech: | You're very welcome. Have a great day. |
| Customer: | Thank you. Bye-bye. You too. |
| Tech: | Bye-bye. Thank you. |