# **EXHIBIT 39**

## RE: BlendJet Recall

**From:** Customer Support <support@blendtec.com>
**To:** karla_ k.i.s <kiskarla65@gmail.com>, Customer Support <support@blendtec.com>
**Date:** Mon, 22 Jan 2024 16:35:40 +0000

Hi Karla,

I hope you are doing well. Blendtec and Blendjet are two separate companies. You will need to reach out to Blendjet regarding the recall.

We have some great blenders available here at Blendtec. Please let us know if you are interested.

Thanks,

**Crystal Smith**
*Manager: Customer Service & Account Management*
*phone: 800.748.5400*

**blendtec**
A Superior Blending Experience.

---

**From:** karla_ k.i.s <kiskarla65@gmail.com>
**Sent:** Friday, January 19, 2024 5:12 PM
**To:** Customer Support <support@blendtec.com>
**Subject:** BlendJet Recall

**Caution:** This is an external email and may be malicious. Please take care when clicking links, opening attachments and responding to requests.

Hi. I'm writing today to ask about an email I received. the email claims that there are Blendjets being recalled and mines was one of them. I've had mine for a while now, but would like to confirm that the email I received was correct, for I haven't used my BlendJet since the email; I'm kind of scared something is wrong with is so I don't want to use it. please let me know if the email is correct, and what I can do next to replace my BlendJet.
Thank You