**EXHIBIT 40**

**BLENDTEC744202**

| | |
|---|---|
| Tech: | This is Shari with Blendtec. How may I assist you? |
| Customer: | Uh, yeah, hi, we saw on the news that there was a recall or something with the blades or the motor or something. |
| Tech: | Uh, you're taking about Blendjet. That's the wrong company. |
| Customer: | Oh. |
| Tech: | We are Blendtec, we don't have any recalls. |
| Customer: | Okay, alright, thanks. |
| Tech: | You're welcome. |
| Customer: | Bye. |
| Tech: | Bye, bye. |