# **EXHIBIT 41**

## BLENDTEC744204

| | |
|---|---|
| Tech: | Thank you for calling Blendtec. My name is Shari. How many I assist you? |
| Customer: | Yes, I'm calling in regards to the recall and I wasn't sure about the serial numbers, I purchased a two pack at Costco. |
| Tech: | Oh, you must be calling for Blendet? |
| Customer: | Yes. |
| Tech: | Okay, you got the wrong number, let me give you the right number. Let me know when you're ready. |
| Customer: | Oh Kay… |
| Tech: | This is Blendtec. So, Blendjet is a different company. |
| Customer: | I guess you get that all the time. |
| Tech: | All the time. |
| Customer: | Okay. |
| Customer: | Hello? |
| Tech: | Oh, hi. Okay, you're ready? |
| Customer: | Yes. |
| Tech: | It's 844- |
| Customer: | Yes. |
| Tech: | 588 |
| Customer: | Mm, hmm |
| Tech: | 1555 |
| Customer: | Thank you, you've been very helpful. |
| Tech: | You're very welcome. Have a great day? |
| Customer: | Ok, thank you. |