# **EXHIBIT 42**

**BLENDTEC744206**

| | |
|---|---|
| Tech: | Thank you for calling Blendtec. My name is Kate, how may I help you? |
| Customer: | Hello, did you say Kate? |
| Tech: | Yes, I did. |
| Customer: | Hi Kate, my name is Katherine. I have three personal blenders that I believe are on recall. |
| Tech: | You're calling for BlendJet? |
| Customer: | Yes. |
| Tech: | Okay, this is Blendtec. I'm happy to give you their number. |
| Customer: | Oh, thank you. Sorry about that. |
| Tech: | Oh, no problem. It is 844. |
| Customer: | Okay. |
| Tech: | 588. |
| Customer: | Mm-hmm. |
| Tech: | 1555. I got that off their website. |
| Customer: | Thank you so much. I'm sorry. Have a great day. |
| Tech: | Thank you. You too. Bye-bye. |
| Customer: | Bye-bye. |