# **EXHIBIT 43**

**BLENDTEC744207**

| | |
|---|---|
| Tech: | Thank you for calling Blendtec. My name is Kate. How may I help you? |
| Customer: | Yes, I would like to speak to somebody about my replacement product that I had to destroy my unit because it was in a recall. |
| Tech: | Oh, this is Blendjet? |
| Customer: | Yes. |
| Tech: | Okay, this is Blendtec, but I can give you the phone number for them. |
| Customer: | Okay, this is Blendtec? |
| Tech: | Yes. |
| Customer: | And that's not the blenders? |
| Tech: | Uh, we do a commercial style blender. We don't do the portable ones. |
| Customer: | Oh. Okay. Um. |
| Tech. | This is the number I got off their website. So, it's 844-588 |
| Customer: | Uh, hold on one second. Okay, 844. |
| Tech.: | 588-1555 |
| Customer: | 1555. Now, um, okay, I don't understand. |
| Tech: | We're a different company. |
| Customer: | A different company? Okay. So, you're Blendtec. |
| Tech: | We are Blendtec. They are Blendjet. |
| Customer: | Gotcha. Okay, thank you. |
| Tech: | You're welcome. Bye bye. |