# **EXHIBIT 44**

**BLENDTEC744208**

| | |
|---|---|
| Tech: | Hello, this is Blendtec customer service returning your call. My name is Fernando, how can I help you? |
| Customer: | Hi Fernando, I'm calling because I know that there is like a recall for the BlendJet 2. There's two BlendJets that I ordered around the same time. One of them doesn't have the serial number sticker, so I wanted to know how I could submit a recall for the one that doesn't have the sticker. The other one I already went through the online process where you have to take a picture and everything to dispose of it. But I'm just concerned how to do the other one. |
| Tech: | Okay, thank you for calling but unfortunately you're calling the wrong company. We are Blendtec, not BlendJet. |
| Customer: | **[UNINTELLIGIBLE]**. |
| Tech: | I can give you the phone number for BlendJet. |
| Customer: | Yeah, 'cause I went online, and this is the number that popped up, but that would be great. |
| Tech: | Yeah, I don't know why is that. But I'm going to give you a phone. |
| Customer: | Okay. |
| Tech: | That phone number is 1-844. |
| Customer: | Okay. |
| Tech: | 588-1555. |
| Customer: | 555. Okay, thank you so much. |
| Tech: | Yeah, you're welcome. Have a good day. |
| Customer: | You too. Bye-bye. |