# **EXHIBIT 45**

## BLENDTEC744209

| | |
|---|---|
| Tech: | Thank you for calling Blendtec. My name is Kate. How may I help you? |
| Customer: | Kate. Thank you for taking my call, honey. I called a few weeks ago, I don't know how long ago. I bought two Blendtecs for my great, for my grandchildren, and they absolutely love them, but guess what they both just totally died. Both of them. |
| Tech: | Really? |
| Customer: | Um, yeah. And, um, we're all like bummed out because every day they made smoothies and now nothing. And, I called and got someone on the phone. Um, um, didn't speak really good English so it was hard to communicate, but we did our best. And, she said she was going to send me two motor replacements. |
| Tech: | Okay. |
| Customer: | Never heard back. Never got any information. I gave her all of the, the serial numbers on the Blendtecs and all that. Um, never heard back. Nothing. Haven't received any confirm, nothing. |
| Tech: | Okay. |
| Customer: | Um, and so. Loved the Blendtecs, but . . . . Blendjet. Yeah, Blendjet. I called Blendjet, right? |
| Tech: | No. this is Blendtec. |
| Customer: | That's why I got a person that speaks English. [Laughing] |
| Tech. | Yeah, we're made here in Utah. |
| Customer: | We're going to get a good laugh out of this, right? |
| Tech.: | I do have a number for them. |
| Customer: | You do have the number? |
| Tech: | I do. We get enough calls that we just keep their number handy. Um, yeah, for several companies. But I do have a number if you've got a pencil. |
| Customer: | Oh, I'm, I'm ready. |
| Tech: | Okay, it is 844. |

| | |
|---|---|
| Customer: | 844. |
| Tech: | Uh huh. 588- |
| Customer: | 588 |
| Tech: | 1555. |
| Customer: | You have been so kind honey. I am so sorry. And, we never have a problem with our Blendtec. It's only Blendjet. [Laughing] |
| Tech: | Well, that's good to hear. We do like that on this end. |
| Customer: | Well, I know you do. But listen, God bless, God loves, and thank you for helping me. |
| Tech: | Oh, you are so welcome. You have a wonderful day. |
| Customer: | You too, hon. Bye. |
| Tech: | Thank you. Bye bye. |