# **EXHIBIT 46**

Case 2:25-cv-00096-RJS-DBP   Document 26-46   Filed 03/27/25   PageID.284   Page 1 of 2

### D517_000738917

| | |
|---|---|
| Tech: | Thank you for calling Blendtec. My name is Sharri, and whom do I have the pleasure of speaking with today? |
| Customer: | My name is John. |
| Tech: | Thank you and John how can I help you? |
| Customer: | So many months ago, you had a recall on your handheld blender. Whether it was a part that needed to be replaced, and the advice was to send it in. Not send it in, but take it apart, take pictures of it, and then submit a form. Which I did, many months ago. I can't even remember when it was. It's been so long, and now I completely forgotten about it, but I've never received it. Is that still in the works? |
| Tech: | Ah. Is this for a Blendtec or a BlendJet? |
| Customer: | Blendtec. |
| Tech: | Do you have the serial number by chance. |
| Customer: | No, I don't. I'd have to go find it. Doesn't have a warranty? |
| Tech: | We haven't had any recalls on our immersion blender [UNINTELLIGIBLE] handheld. |
| Customer: | Okay. Alright, I'll tell you what, I'll do some research and see what I can figure out. Okay? |
| Tech: | Okay. I do know BlendJet had some problems a couple months ago. |
| Customer: | Okay. [UNINTELLIGIBLE]. Well, I appreciate it. Thanks for your help. |
| Tech: | Of course. You're welcome. Have a good one. |
| Customer: | Thanks, bye-bye. |
| Tech: | Bye-bye. |