# **EXHIBIT 47**

```
Chat ID: 7032    |    2024-02-05    MST
----------------------------------------------------

[09:22:38    Virtual Agent: Blendec Va]    Are you contacting us about a
Residential or Commercial Blender?
[09:22:39    Virtual Agent: Blendec Va]    Sticky Button:
                                           - Residential
                                           - Commercial

----------------------------------------------------

[09:22:43    Unknown U.]    Residential

----------------------------------------------------

[09:22:45    Virtual Agent: Blendec Va]    Before I connect you with an
agent, could you tell me how we can help you today?

----------------------------------------------------

[09:31:17    Unknown U.]    We recently purchased your two blender mini
blenders at Costco. They're great blenders and surprisingly powerful.
About two weeks ago my wife was washing her clear plastic cylinder and it
fell on the floor and broke. And then two days ago I grabbed my lunch box
out of my truck, it opened and my blendtec fell out and damaged the base.
It still worked that day however I don't feel safe about charging it so I
won't use it. Is there anything I can do to maybe send in the damaged
parts and replace them with refurbished parts or something like that? I
really don't want to buy another pair of blendtecs and I don't think my
wife will entertain the idea. Any input will be appreciated.

----------------------------------------------------

[09:31:19    Virtual Agent: Blendec Va]    Please rephrase in less words

----------------------------------------------------

[09:32:46    Unknown U.]    Both me and my wife's small blendtecs have
been damaged from falls. Is there anything I can do to maybe send in the
damaged parts and replace them with refurbished parts or something like
that? I really don't want to buy another pair of blendtecs and I don't
think my wife will entertain the idea. Any input will be appreciated.

----------------------------------------------------

[09:32:48    Virtual Agent: Blendec Va]    Please rephrase in less words

----------------------------------------------------

[09:33:41    Unknown U.]    Small blendtecs damaged. Can you help

----------------------------------------------------
```

```
[09:33:44      Virtual Agent: Blendec Va]    Please stand by while I
connect you to a Blendtec agent...

----------------------------------------------------

[09:33:45      System]      Blendec VA is transferring this chat to a human
agent
[09:33:46      System]      Blendec VA left the chat.
[09:40:28      System]      Sharie accepted incoming transfer from Blendec
VA.

----------------------------------------------------

[09:41:31      Agent: Sharie M.]    Hello, Im so sorry to hear you are
experiencing issues, Can you provide the serial number and manufacturing
date to start?

----------------------------------------------------

[09:42:48      Unknown U.]      5561011181
[09:42:58      Unknown U.]      Not sure about the manufacturing date
[09:43:33      Unknown U.]      We recently purchased your two blender mini
blenders at Costco. They're great blenders and surprisingly powerful.
About two weeks ago my wife was washing her clear plastic cylinder and it
fell on the floor and broke. And then two days ago I grabbed my lunch box
out of my truck, it opened and my blendtec fell out and damaged the base.
It still worked that day however I don't feel safe about charging it so I
won't use it. Is there anything I can do to maybe send in the damaged
parts and replace them with refurbished parts or something like that? I
really don't want to buy another pair of blendtecs and I don't think my
wife will entertain the idea. Any input will be appreciated.

----------------------------------------------------

[09:44:01      Agent: Sharie M.]    ==are you talking about Blendjets?==

----------------------------------------------------

[09:44:17      Unknown U.]      ==Yeah. The small pair sold at Costco==

----------------------------------------------------

[09:44:19      Agent: Sharie M.]    This is not the right company.
[09:44:28      Agent: Sharie M.]    I can give you their customer support
number

----------------------------------------------------

[09:44:55      Unknown U.]      K

----------------------------------------------------

[09:45:08      Agent: Sharie M.]    1-844-588-1555
```

```
    --------------------------------------------------

    [09:47:06     System]     The chat is ended.
    [09:47:06     System]     Sharie M. left the chat.
```