# **EXHIBIT 48**

**FW: Safety Recall Product Replacement Update**

REDACTED



**From:** Ben Muell <ben_muell@ymail.com>
**Sent:** Wednesday, April 10, 2024 10:04 PM
**To:** BlendJet <support@blendjet.com>; safety@blendjet.com; Customer Support <support@blendtec.com>
**Subject:** Re: Safety Recall Product Replacement Update

**Caution:** This is an external email and may be malicious. Please take care when clicking links, opening attachments and responding to requests.

This is absolutely ridiculous.

Supply chain, that's a pathetic excuse at this point. Were going on 4 months now of you guys supposedly replacing these recalled blenders and your telling me you need 2 extra months. Respectfully fuck that.

I've seen your product in stores -- at major retailers -- you have stock available online for sale that means you have stock somewhere. You are choosing to value new sales over customer who have spent their money, our time and patience on you. What makes this even funnier is you have the audacity to include "money back guarantee" and 2-day shipping in your email footers (below).

I want my money back for this purchase. Please contact me at 410-980-5334 to discuss how you can issue me a refund. If you don't reach out by the end of the week (4/12) I will be filling a complaint with the Better Business Bureau of Utah, the Utah Division of Consumer Protection, and other consumer protection organizations.



On Tuesday, April 9, 2024 at 08:24:46 AM MDT, BlendJet <support@blendjet.com> wrote:

 Image removed by sender. 535 Getty Court, Suite A   Benicia, CA 94510 USA

Dear BlendJet Customer,
This email serves as an update and does not require any immediate action from you. We are reaching out because our records show you have submitted a request for a replacement base and lid for the BlendJet 2, which was part of our recall announced on December 28, 2023. Due to unforeseen circumstances, we're currently experiencing delays processing and shipping these replacement

parts.

The overwhelming response to this recall, coupled with unforeseen supply chain issues, has led to a shortage of replacement kits. While these kits are currently being shipped, it's important to understand that we won't be able to ship all of them immediately and some customers may not receive their replacements until June 2024. The first recall orders that were received are the first in line to receive replacement bases. Rest assured that we are doing everything we can to expedite this process.

We recognize how integral the BlendJet 2 has become to your daily routines, and we share your frustration over the inconvenience caused by these delays. Rest assured; we are committed to resolving this issue as swiftly as possible.

If you have already completed the online form (available at www.blendjet.com/safetyandrecall), and received confirmation of your order via email, or if you are currently in contact with our support team (safety@blendjet.com), there is no need for further action on your part. Once your kit is dispatched, you will receive an email confirmation with the tracking number of your shipment.

Thank you for your understanding and patience as we work diligently to rectify this situation. Warm regards,

The BlendJet Team

**Responses to this email are not monitored, if you have questions or concerns, please use safety@blendjet.com.**

Image removed by

Created with ❤ in California
©2024 BlendJet®
Unsubscribe
535 Getty Court, Suite A, Benicia, CA 94510