# **EXHIBIT 49**

**BLENDTEC744397**

| | |
|---|---|
| Tech: | Thank you for calling Blendtec, my name is Shari, how may I assist you? |
| Customer: | Hi, I have a stupid question for you. |
| Tech: | Okay. |
| Customer: | And you can roll your eyes. I bought a set of these two Blendtecs at Costco, and I understand that there's a rebate, but gosh, I love this product and I don't know, here's the part that's stupid. I don't know if I want to return it if the recall risk of having a fire or whatever is really low. I'd rather keep my product. |
| Tech: | Hold on, I think you got the wrong company 'cause Blendtec doesn't have any recalls. Are you trying to get BlendJet? |
| Customer: | Oh, maybe it is BlendJet. |
| Tech: | Yes. |
| Customer: | Oh, okay. So, I have the wrong people? |
| Tech: | Yes. |
| Customer: | Okay. |
| Tech: | Do you want their number? |
| Customer: | Actually, I'll look it up. I took this out of my directory. I must have called this number before and went oh, it's the wrong number, well, I'll save it. Okay, well, no, I'll look for the other thing. Thank you very much. |
| Tech: | You're very welcome. |
| Customer: | **[UNINTELLIGIBLE]** think I'm crazy. |
| Tech: | Have a good one. |
| Customer: | Okay, bye-bye. |
| Tech: | Bye-bye. |