# **EXHIBIT 50**

**BLENDTEC744412**

| | |
|---|---|
| Tech: | Thank you for calling Blendtec. My name is Kate. How may I help you? |
| Customer: | Yes, um, I'm calling about the replacement for the BlendJet that we were supposed to receive in six weeks. |
| Tech: | Okay, this is Blendtec. This is not BlendJet. I can give you a number that I've taken off their website. |