**EXHIBIT 51**

**BLENDTEC744413**

| | |
|---|---|
| Tech: | Good morning.  Customer Service.  How can I help you? |
| Customer: | I got a person. |
| Tech: | Hello. |
| Customer: | Hello.  My name is Heather **[UNINTELLIGIBLE]** and I didn't have a phone for over a month, and I had to get rid of the BlendJet that I had. |
| Tech: | BlendJet… |
| Customer: | **[UNINTELLIGIBLE]** |
| Tech: | …We are not BlendJet.  Sorry.  I'm sorry… |
| Customer: | **[UNINTELLIGIBLE]** |
| Tech: | …You're calling.  I'm sorry.  You're calling Blendtec company. |
| Customer: | I'm calling BlendJet.  Huh? |
| Tech: | We are not BlendJet.  We are Blendtec.  This is a different company. |
| Customer: | Oh my God.  Alright well, no matter what, y'all's hold button is annoying as hell.  Like I literally got told to take the phone outside 'cause it was driving everybody nuts in the house. |
| Tech: | Yeah.  You'll have to call… |
| Customer: | I'll call BlendJet. |
| Tech: | Yeah.  The phone number for them is a different one that if you want I can give it to you. |
| Customer: | Yeah.  Yeah.  I'll pull it up on Google.  I'm just trying to get my money back for that stupid thing that blew up. |
| Tech: | Okay.  Sure.  Okay.  That's fine. |
| Customer: | Alright, thank you. |
| Tech: | Have a good day. |