# **EXHIBIT 52**

Case 2:25-cv-00096-RJS-DBP   Document 26-52   Filed 03/27/25   PageID.300   Page 1 of 3

**BLENDTEC744402**

| | |
|---|---|
| Tech: | Thank you for calling Blendtec, my name is Shari. And whom do I have the pleasure of speaking with today? |
| Customer: | My name is David Elliott. |
| Tech: | And David, how can I help you? |
| Customer: | I would like to order the new book for making smoothies. |
| Tech: | The new book? |
| Customer: | Yeah, it says there's a new book. |
| Tech: | Let's see. Where did you see that at? |
| Customer: | On my iPad. |
| Tech: | On your iPad? Are you on, like, social media? |
| Customer: | No, no. Are you BlendJet? |
| Tech: | Oh, no, this is Blendtec. |
| Customer: | Oh, no, I'm looking for BlendJet. |
| Tech: | Let me give you BlendJet's, here, I've got their number. Let me know when you're ready. |
| Customer: | I'm ready. |
| Tech: | Okay. It's 1-844-5… |
| Customer: | 844… |
| Tech: | 588… |
| Customer: | 588… |
| Tech: | 1555. |
| Customer: | I wonder how that happened. |
| Tech: | It happens a lot. |
| Customer: | It does? |
| Tech: | It does. |

| | |
|---|---|
| Customer: | I would be a kind of perturbed about that. |
| Tech: | It's a work in progress. |
| Customer: | Yeah. Well, I won't call this number. I certainly apologize. Yeah, thank you. |
| Tech: | That's okay. You're very welcome. You have a great rest of your day. |
| Customer: | You, too. Bye. |
| Tech: | Thanks. Bye-bye. |