**EXHIBIT 53**

**BLENDTEC744415**

Tech:          Hello, this is Blendtec customer service returning your call, how can I help you?

Customer:    I have one of your little blenders, which I like very much, but I have lost the charger.  The cord.  Can you send me another one?

Tech:          Cord?

Customer:    When you plug it in, what you plug it in with.  You have to charge them.

Tech:          No, what's the serial number underneath the base of the machine?

Customer:    Wait just a minute, let me get it.  Hold on.  What do you mean you don't have a cable, you can't work without it.

Tech:          Is this a Blendtec or a BlendJet?

Customer:    I don't know what you're saying.  Is it a what?

Tech:          The brand.  The brand of the blender.  What is it?

Customer:    Blendtec BlendJet.

Tech:          Yeah, you are calling the wrong company.  This is Blendtec.  We are not BlendJet.

Customer:    Oh, dear.  Okay, okay.  Thank you.

Tech:          I can give you their phone number.

Customer:    That would be great, thank you.

Tech:          Yeah, their phone number is 844-588-1555.

Customer:    Thank you so much.

Tech:          Yeah, no problem.  Have a good day.