**EXHIBIT 54**

**BLENDTEC744366**

| | |
|---|---|
| Customer: | Yes, fine. |
| Tech: | Hi. |
| Customer: | Hello. |
| Tech: | Yes, this is Kate from Blendtec just returning your call. How may I help you? |
| Customer: | Okay, Kate. This is Sharon Gutenberg, and I have a BlendJet which I bought back in July of '22, and then, I guess, in December they said there was an issue, I should cut the, whatever it is, in the bottom so that it is not usable and they will send me a new one. Um I have not gotten it, and I sent that in, uh, I was supposed to photograph it with the cut pieces and the bottom of the BlendJet, and I did that December 30th of '23. |
| Tech: | Okay, let me clarify something before we go any further, Sharon. Are you talking a BlendJet or a Blendtec? |
| Customer: | No, BlendJet. |
| Tech: | Okay, the BlendJet we do not make. We make the Blendtec. |
| Customer: | Well, [sighs] then how did I get a BlendJet from Blendtec? |
| Tech: | Uh, you didn't, 'cause we don't make them. We have nothing to do with that company. So that's why I'm questioning because I'm wondering if you've got a Blendtec but you're just calling it a BlendJet. Is it . . . chargeable? Do you plug it in to recharge it? |
| Customer: | Yes. |
| Tech: | Okay, that's a BlendJet, so that is not us. Let me give you another phone number, do you have a pencil? |
| Customer: | I do. |
| Tech: | Okay, it is 8-4-4… |
| Customer: | 8-4-4… |
| Tech: | 5-8-8… |
| Customer: | 5-8-8… |
| Tech: | 1-5-5-5. |

| | |
|---|---|
| Customer: | 1-5-5-5. |
| Tech: | Yep, that's the BlendJet number.  I took that off their website so that's, I mean, I've never called them but I took that off their website because we get a fair number of BlendJet calls. |
| Customer: | I'm sure you do. |
| Tech: | I do . . . I have you down, I have you down. |
| Customer: | I always thought it was part of Blendtec. |
| Tech: | No, it is not.  We have absolutely nothing to do with them at all.  In fact, I don't even know where they're located but, yeah.  I see, I've got a Sharon Gutenberg that does have a Blendtec. |
| Customer: | Yes, yes I do, and while I have you, I have another question. |
| Tech: | Okay. |
| Customer: | I have the Blendtec WildSide, and I've had it for a while, of course.  And uh the last time I was using it, it seemed, the bottom of it seemed to wobble.  And I, is there a way to tighten that thing up in the bottom? |
| Tech: | There is not.  Yeah, there is not.  People have tried to tighten it and it just won't stay tightened.  It uh, once it goes, it's got something to do with the seal inside the jar in the parts that you can't see, and the jars are sonically welded into one unit, so they don't, they can't be fixed, unfortunately, once they start getting wobbly.  Um, let's see here, and I'm just looking at your, your warranty, Sharon.  Let's take a look here. |
| Customer: | I've had it, I don't know when I got the Wildside.  I got it after I got the Blendtec.  I don't know when that was, I couldn't tell you. |
| Tech: | Okay, it looks like you got the Blendtec in 2010, and that came from Costco. |
| Customer: | Uh, yes, I don't know the date, but I did get it from Costco, yes I did. |
| Tech: | Okay, and it came, let's see, it came with a four-side jar, and it looks like you had a four-side jar replaced um back. |
| Customer: | Yes, that is correct because it literally blew up.  I thought the whole thing was dead. |
| Tech: | Oh dear, alright.  Now let's check and see if you purchased a Wildside through us.  Nope, that's a warranty replacement.  Let's see what it is.  Yeah, that's a four-side.  Okay, so at this point, for the Wildside jar, what I |

|  |  |
|---|---|
|  | can do is just offer you a customer loyalty discount, and that would be $30 off the regular price. So, the WildSide jar would be 109.95. It would come with a three-year warranty, and it would come free shipping. So, if you ever had any issues with it, it would already be pre-registered with us, so we would cover it for you. |
| Customer: | Okay, and you said that's 101 what? |
| Tech: | 109.95. It's normally 139.95. |
| Customer: | Okay, alright. Well, yes. Let's just do it because I use this thing all the time. |
| Tech: | Okay. Uh huh. |
| Customer: | It is a necessary part of my… |
| Tech: | It is, it's just part of your kitchen tools. |
| Customer: | It is, I cannot believe this BlendJet is not yours. |
| Tech: | No. |
| Customer: | You know, I am so taken in. I. . . I. . . Because the, on the package, it is the same symbol, you know, like the swirl? |
| Tech: | Yes, it's not identical. They have chosen to kind of copy ours, it's not identical, but it looks an awful lot like ours, and we've had a lot of people say that. |
| Customer: | I'm so mad. |
| Tech: | They're trying to be associated with us. |
| Customer: | Because you guys are so good and I, you know, this is coming back to me. I talked to you before, I believe. Do you have a cold? |
| Tech: | I did. |
| Customer: | Because you sound a little raspy. I'm remembering this now. Okay, alright. |
| Tech: | Yeah, it could be. Let me look back at this. Let me see if it was me that took care of you. Yep, it was. Wow, that's a remarkable memory. |
| Customer: | Well, it's just, I was so mad at first when you said it's not Blendtec that I, you know, I just cashed out there for a minute. But now it's all coming back to me. So, well, okay, alright. |

| | |
|---|---|
| Tech: | Yeah, yeah. Unfortunately, and we do get quite a few calls for BlendJet… |
| Customer: | I'm sure. |
| Tech: | …because the symbol is alike, and people think they're calling BlendJet, but yeah, no, we have absolutely nothing to do with them at all. |
| Customer: | Yeah, I am so mad. Okay, alright. I will get over it later today. |
| Tech: | Okay. |
| Customer: | Alright. |
| Tech: | Let me get this information here. I do need to check your address to make sure everything is current. |
| Customer: | Yeah. Still 19 San Gabriel. |
| Tech: | Okay, good. And billing address is the same as shipping address? |
| Customer: | Correct. |
| Tech: | And I have frg798@gmail? |
| Customer: | That is correct. |
| Tech: | Okay. Wow, I can't believe you recognized my voice. That's crazy. You're good. |
| Customer: | You sound a little raspy. |
| Tech: | I am, I'm getting over a cold and flu that I've had for probably a month. |
| Customer: | Ooh. |
| Tech: | It just, it got hold of me and went down into my lungs and I've had a really hard time getting rid of it. |
| Customer: | Yeah, I'm sorry about that. But, you know, sometimes when it gets lodged in there, it's awfully hard to get rid of. |
| Tech: | Yeah, that's exactly what I have found, and I'm hardly going out at all and, you know, it turned into a sinus infection for a while, and you name it, it just ran the gambit. |
| Customer: | And you're exhausted. |
| Tech: | And I'm exhausted. Yeah, 'cause I wasn't sleeping. |

4

| | |
|---|---|
| Customer: | No. |
| Tech: | Yep. And I'm old, darn it. I'm old. |
| Customer: | You're not as old as I am, missy. |
| Tech: | Well, I don't know. I'm looking at 70 here in a couple months. |
| Customer: | Well, I got, I got eight years on top of you, girl. |
| Tech: | Oh, okay. Good for you. That's going to be a painful one when that hits. I tell my kids, yeah, just ignore this one, please? |
| Customer: | You know, it's uh, in the long run it's a gift, you know? It is. Time is a gift. |
| Tech: | It is a gift, there's no question about that. |
| Customer: | Right. |
| Tech: | Alright, so it did come to the 109.95. We don't charge any online tax in Florida. There's a couple states out there we still don't charge tax to. |
| Customer: | Yay. |
| Tech: | Yours is one of them. |
| Customer: | Okay, thank you. |
| Tech: | You bet. Alright I'm ready for your card whenever you are. |
| Customer: | Okay it is um, it is Citi Mastercard. |
| Tech: | Okay. |
| Customer: | REDACTED |
| Tech: | And expiration? |
| Customer: | REDACTED |
| Tech: | And security? |
| Customer: | REDACTED |
| Tech: | And that did go right through so you will be receiving a confirmation e-mail shortly. |
| Customer: | Okay. |

5

| | |
|---|---|
| Tech: | That will come from wecare@Blendtec.com, and as I mentioned earlier, it is all registered with us since you bought it directly from us, so you do have that three-year warranty in place. |
| Customer: | Oh, wonderful.  Well, it'll last longer than three years, that much I know. |
| Tech: | [Laughing] Well, good luck with BlendJet.  I hope you get through to them.  Like I said, I don't know anything about the company at all. |
| Customer: | <mark>I am so mad.</mark> |
| Tech: | Yeah, I just took that number off their website, so hopefully it's a good one. |
| Customer: | Well, thank you.  I appreciate that.  Otherwise, I'm here like I'm going down a rat hole.  [laughing] Okay, thank you. |
| Tech: | You're welcome, have a good day. |
| Customer: | Have a good one. |
| Tech: | Thank you. |
| Customer: | Bye. |
| Tech: | Bye-bye. |