**EXHIBIT 55**

**BLENDTEC744417**

| | |
|---|---|
| Tech: | Good morning.  Thank you for calling Blendtec customer service.  How can I help you today? |
| Customer: | Hi.  My name is Jeanette Woodward, and I had bought a Blendtec.  It quit charging, and so they sent me a Blendtec 2.  So, and I just.  I mean the Blendtec 2 has been working fine.  I just ordered an Orbiter Drink Lid for it.  So yesterday I went to charge it and it wasn't charging.  It didn't charge.  Didn't charge.  I left it on there for a long, long time, and normally you don't have to.  So I worked on it, plugged it in again, and I thought may be I had put the ring in wrong.  But I didn't.  Plugged it in again and it charged.  So it was completely charged.  So I said, okay, I put the ring in wrong. |
| Tech: | Ma'am, I'm sorry to interrupt you, but I think you called the wrong number.  You're talking about a BlendJet, the portable blender? |
| Customer: | Yeah. |
| Tech: | You called Blendtec.  We are a different company. |
| Customer: | Oh my God.  You're kidding? |
| Tech: | Yeah. |
| Customer: | I'm so sorry. |
| Tech: | No.  You're good. |
| Customer: | Alright, thanks.  Bye. |
| Tech: | Have a good day.  Bye-bye. |
| Customer: | You too. |