**EXHIBIT 56**

**BLENDTEC744419**

Customer: Hello.

Tech: Thank you for calling Blendtec. My name is Kate. How may I help you?

Customer: Hi Kate. My name is Mirah Recknor, and I received a BlendJet, the small one, for a gift, and it didn't have a cord in it. Is it possible for me to get one or buy one, or something?

Tech: Okay Mirah. This is Blendtec not BlendJet. And I'm, let me look up their phone number for you real quick.

Customer: I see you've had that happen before, huh?

Tech: Yes, and I'm working the office today. I normally work at home and I've got all those numbers posted on my machine at home but not here. Let's see here. Okay. It's 844-588. And now my page just disappeared. They didn't want me to get that phone number. Let me keep going. Okay. 588-1555.

Customer: 1555?

Tech: Uh-huh.

Customer: Okay. So it's 844-588-1555?

Tech: 1555. Uh-huh.

Customer: Thank you so much.

Tech: You're very welcome. You have a wonderful day.

Customer: You too.

Tech: Thank you. Bye.