**EXHIBIT 57**

## BLENDTEC744420

| | |
|---|---|
| Tech: | Thank you for calling Blendtec, my name is Kate. How may I help you? |
| Customer: | Hey Ms. Kate, how are you? Hey I ordered a Blend Jet and I never used it. I mean it's brand new, matter of fact it was still in the shipping package it came in; however it is a, I opened it and it is a recall on that serial number that goes with that. So what I'm asking is that, and I think this is the Blend Jet 2. Since it has never been used, can I send it back and they just send me another one? |
| Tech: | You know, I do not know what they do. This is Blendtec. This is a totally different company. |
| Customer: | Oh, Blendtec? Oh God. |
| Tech: | But I can give you a phone number for them, if you would like. |
| Customer: | Yes, cause I, oh Lord. |
| Tech: | No problem, not at all not at all. We're happy to help. So the number is 844. |
| Customer: | Okay, wait a minute let me get this, because I'm in the bed with the flu and, okay. The number is, and this is Blend Jet, right? |
| Tech: | Yes, for Blend Jet it is 844 588. |
| Customer: | 588. |
| Tech: | 1555. |
| Customer: | 1555. I'm going to read it back to you. 18445881555. |
| Tech: | That's correct, I got that off their website so that, I just went to contact on them and took down the number they have listed. |
| Customer: | Okay, alright. Thank you. |
| Tech: | You're very welcome. You have a great day. |
| Customer: | You too, bye bye. |
| Tech: | Bye bye. |