**EXHIBIT 58**

**BLENDTEC744403**

| | |
|---|---|
| Tech: | Thank you for calling Blendtec. My name is Shari. And whom do I have the pleasure of speaking with today? |
| Customer: | Hi Shari. This is Terri Kenny. |
| Tech: | Hi Terri, how can I help you? |
| Customer: | Well, I sent, I had the little Blendtec when you had the recall. And I sent the picture of the serial number and then I cut the thing into three pieces. And I sent that all to you and I haven't heard anything, and I just was wondering how long it's supposed to take, because I really use my little Blendtec all the time. |
| Tech: | Is this for BlendJet? The little portable ones? |
| Customer: | Yes, the little BlendJets. |
| Tech: | You got the wrong number. Let me give you their number. |
| Customer: | Okay. I'm sorry. |
| Tech: | That's okay. It happens often. |
| Customer: | Okay, I'm ready. |
| Tech: | Alrighty. That is 1-844. |
| Customer: | Uh-huh. |
| Tech: | 588. |
| Customer: | 588. |
| Tech: | 1555. |
| Customer: | 1555. Well, that's an easy one to remember. I'll give them a call and thank you so much for helping me. |
| Tech: | You're very welcome. Good luck! |
| Customer: | Thanks. Bye-bye. |
| Tech: | Bye-bye. |