**EXHIBIT 59**

**BLENDTEC744422**

| | |
|---|---|
| Tech: | Thank you for calling Blendtec. My name's Kate. How may I help you? |
| Customer: | Uh, hi Kate. Um, I had bought two of the BlendJets at Costco before Christmas for a really good deal. I thought when I went to return them in the recall that they'd be replaced somehow, or we'd get a coupon for a deal on replacing them and obviously did not. They just credited back what we had paid. I'm not real pleased, because, because online one costs more or what two costs at Costco for Christmas. |
| Tech: | Okay. I'm afraid I cannot help you at all because this is Blendtec, not BlendJet. Um, I can give you a number that we've taken off their website, but that's about the best I can do for you I'm afraid… |
| Customer: | Oh, okay. Because I thought I-I'm sorry, I thought I typed in BlendJet on my thing. Okay, and what phone number is there? |
| Tech: | You bet. It is 844-588… |
| Customer: | …844-588. |
| Tech: | 1555. |
| Customer: | I'm sorry. |
| Tech: | You're fine. We get, we get a fair number of calls… |
| Customer: | …I just have to laugh, because somehow it went through differently. Thank you, Kate. I appreciate you. |
| Tech: | Oh, you're very welcome. |
| Customer: | Have a good day. |
| Tech: | Thank you. You too. |
| Customer: | Bye-bye. |
| Tech: | Bye-bye. |
| Customer: | Bye. |