**EXHIBIT 60**

**BLENDTEC744423**

| | |
|---|---|
| Tech: | Good afternoon, thank you for calling Blendtec customer service, my name is Marilyn. How can I help you? |
| Customer: | Yes, I sent in my Blendtec, or I sent in a picture and filled out a recall information, probably like two months ago and I still haven't got a replacement. |
| Tech: | Okay, do you have the serial number for the blender? |
| Customer: | No, I don't have that on me right now. |
| Tech: | Okay, you meant to call Blendtec or Blend Jet? |
| Customer: | I guess I'm not sure now. |
| Tech: | Because you are calling about like the, the portable blender? |
| Customer: | Yeah. Yeah. |
| Tech: | You have the wrong number, you called Blendtec. |
| Customer: | Okay, that's what I wondered. Alright, thank you so much. |
| Tech: | No problem, have a good day. |
| Customer: | You too. Bye. |
| Tech: | Bye. |