**EXHIBIT 61**

**D517_000738817**

| | |
|---|---|
| Tech: | Thank you for calling Blendtec customer service, how can I help you today? |
| Customer: | Yes, I'm calling in reference to the recall of the BlendJet. I had several recalls and I followed the instructions and did everything and I haven't heard from **[UNINTELLIGIBLE]**. |
| Tech: | Okay, I'm sorry, you've called the wrong number. You've called Blendtec, not BlendJet. |
| Customer: | Oh, okay. Alright. Thank you. |
| Tech: | Do you have their phone number? I can look it up for you? |
| Customer: | No, no I'll find it. Thank you. |
| Tech: | Okay, no problem. You have a good day. Bye. |
| Customer: | You too, bye. |