**EXHIBIT 62**

### D517_000738832

| | |
|---|---|
| Tech: | Thank you for calling Blendtec.  My name is Kate, how may I help you? |
| Customer: | Hi Kate, I sent my blender back because of a recall. |
| Tech: | Okay. |
| Customer: | And I waited forever to get it, for it to come back to me, and when it did it was broken. |
| Tech: | Okay, this is a BlendJet? |
| Customer: | Yes, **[UNINTELLIGIBLE]**. |
| Tech: | Okay, this is Blendtec.  This is a different company. I do have a number that you can call.  It is just a number that I've taken off their website, but if you got a pencil, I'm happy to give it to you. |
| Customer: | I'm so sorry. |
| Tech: | Oh, no problem.  We get a lot of their calls, so you are fine. |
| Customer: | Okay go ahead. |
| Tech: | Alright.  It is 844-588-1555. |
| Customer: | 155 is it. |
| Tech: | 1555. |
| Customer: | 5.  Got it.  Thank you so much. |
| Tech: | Oh, you're very welcome.  You have a great day. |
| Customer: | You too.  Bye-bye. |
| Tech: | Thank you.  Bye-bye. |