**EXHIBIT 63**

**D517_000738842**

| | |
|---|---|
| Tech: | Thank you for calling Blendtec. May name is Kate, how may I help you? |
| Customer: | Yes, we had bought a couple of the Blendtecs from Costco, and then you guys had a recall on them back in January. |
| Tech: | Okay, that probably would have been a different machine. We haven't had any recalls. What kind of machine is it? |
| Customer: | Well, it was the, the portable Blendtec **[UNINTELLIGIBLE]**. |
| Tech: | Okay, the BlendJet? Okay that is the BlendJet, and that is a totally different company. I'm happy to give you their number I've gotten off their website. |
| Customer: | Okay, what is it? |
| Tech: | It is 844-588. |
| Customer: | 44-588. |
| Tech: | 1555. |
| Customer: | 1555. Okay, and that's BlendJet, huh? |
| Tech: | That's BlendJet. Uh-huh. |
| Customer: | Okay, thank you. |
| Tech: | You're welcome. Have a good day. |
| Customer: | You too, bye. |
| Tech: | Bye-bye. |