**EXHIBIT 64**

**D517_000738855**

| | |
|---|---|
| Tech: | Thank you for calling Blendtec.  My name is Kate, how may I help you? |
| Customer: | Hi Kate, Kohls informed me about four months ago that they were doing a recall on the Blendtec, and we did what we were supposed to send a picture of the broken parts.  They said it'd be replaced within six weeks.  It's been four months. |
| Tech: | Okay. |
| Customer: | And I haven't received my Blendtec. |
| Tech: | Okay, we have not had any recalls, so it, was it a BlendJet or another company? |
| Customer: | No, I thought it was Blendtec. |
| Tech: | No, Blendtec it's not. |
| Customer: | It was sold at Kohls. |
| Tech: | Okay, yeah, we have not had any recalls. |
| Customer: | Was that the personal, was that the personal blender? |
| Tech: | We do not make a personal blender. |
| Customer: | Oh, you don't. |
| Tech: | No. |
| Customer: | Okay, so it may have been BlendJet? |
| Tech: | It would have been BlendJet, and I can give you a number 'cause we get quite a few of their calls. |
| Customer: | Okay. |
| Tech: | Let me see. |
| Customer: | God almighty.  Sorry about that.  Alrighty. |
| Tech: | Oh, no problem.  There's a couple companies out there right now that are doing recalls, so we're just kind of, we try to find the right one. |
| Customer: | Oh, you're so kind.  So kind to do that for them.  You should get a commission. |

| | |
|---|---|
| Tech: | We should.  I like that. |
| Customer: | I think, okay, so go ahead. |
| Tech: | Okay.  It is 844. |
| Customer: | Okay. |
| Tech: | 588. |
| Customer: | Okay. |
| Tech: | 1555. |
| Customer: | I thank you so much, and you have a wonderful day. |
| Tech: | Thank you very much, you too. |
| Customer: | Okay. |
| Tech: | Now I got that off their website, so I hope it's right. |
| Customer: | Okay.  Thank you. |
| Tech: | You bet.  Have a good day. |
| Customer: | Happy 4th. |
| Tech: | Thank you, you too.  Bye-bye. |
| Customer: | Alrighty babe.  Bye-bye. |