**EXHIBIT 65**

**D517_000738856**

| | |
|---|---|
| Tech: | Thank you for calling Blendtec, my name is Kate, how may I help you? |
| Customer: | Hi Kate, my Blendtec won't charge, and I don't know how to troubleshoot that. And wondering what the options that you can help me? |
| Tech: | Okay. |
| Customer: | I have a Blendtec, the single original, the single one. |
| Tech: | Okay, you have got a BlendJet. |
| Customer: | Jet, yeah. Sorry. |
| Tech: | Okay. That is a different company than us. We have nothing to do with them at all. |
| Customer: | Okay. |
| Tech: | But I can give you a number. It is 844. |
| Customer: | 844. |
| Tech: | 588. |
| Customer: | 844-588. |
| Tech: | 1555. I just took that off their website. |
| Customer: | Okay. |
| Tech: | So, we do get a fair number of their calls. |
| Customer: | You must get them all the time. I appreciate it. Thank you for your help. |
| Tech: | Oh, you are very welcome. You have a great day. |
| Customer: | You too. Enjoy your weekend. Bye-bye. |
| Tech: | Thank you. Bye-bye. |