**EXHIBIT 66**

**D517_000738921**

| | |
|---|---|
| Tech: | Good morning, thank you for calling Blendtec customer service. How can I help you today? |
| Customer: | Hi, yes, my name is Ana Nieves, and I filled out the Blendtec recall for a new Blendtec bottom, so you guys did a recall because the bottom was getting hot and catching fire or something. And I did it online, I sent the picture of the cut plastic and everything, but I haven't received it in the mail, and it's been like over a month. |
| Tech: | Okay. Okay so you filed a warranty claim, you said? |
| Customer: | Yeah. Well, I got a letter from Costco saying that there was a problem with the Blendtec, then I went on Blendtec's website, or, I went to the link that they sent, and it said that you had to throw the bottom away, and keep the top and cut the plastic in three pieces, take a picture and upload the picture with the form done online, I did all of that, but I still haven't received the… |
| Tech: | When was that? Because Costo doesn't sell our Blendtecs, it's been a couple years. |
| Customer: | Sorry? |
| Tech: | When was that? When did you receive the Costco email? |
| Customer: | I did it, I don't know, maybe, I bought it in December of last year, or something like that and I did it probably about three months, two months ago, max, I think. |
| Tech: | Let me check on the warranty. Let me get the serial number please. |
| Customer: | I don't, I don't have it. I threw it away. |
| Tech: | You throw away the blender? |
| Customer: | I threw the bottom away with the serial number. Yeah, it said to throw it away. |
| Tech: | Without the serial number, we are not able to honor the warranty. We need the… |
| Customer: | I understand but I put all the information that you guys asked me on the website, and they said to throw it away, so I threw it away. |
| Tech: | What's your first and last, what's your first and last name? |

2

| | |
|---|---|
| Customer: | Ana, A-N-A, last name, Nieves, N-I-E-V-E-S.  **[UNINTELLIGIBLE]** |
| Tech: | **[UNINTELLIGIBLE]**. |
| Customer: | **[UNINTELLIGIBLE]**. |
| Tech: | **[UNINTELLIGIBLE]**. |
| Customer: | **[UNINTELLIGIBLE]**. |
| Tech: | No, no, no, **[UNINTELLIGIBLE]** Blendtec. |
| Customer: | Oh, **[UNINTELLIGIBLE]** Blendtec.  Okay. |
| Tech: | **[UNINTELLIGIBLE]**. |
| Customer: | **[UNINTELLIGIBLE]**. |
| Tech: | **[UNINTELLIGIBLE]**. |