**EXHIBIT 67**

**BLENDTEC744411**

Tech: Afternoon, thank you for calling Blendtec customer service. How can I help?

Customer: Okay. Several months ago, you had a BlendJet that was recalled. And I following all the procedures and I did get a confirmation that you received the broken part or whatever…

Tech: Ma'am…

Customer: I still have not heard from you.

Tech: Sorry to interrupt you because I think you have the wrong number. You called Blendtec not BlendJet.

Customer: Oh, I'm sorry. Okay. I apologize.

Tech: No, you're good.

Customer: Bye.

Tech: Bye.