**EXHIBIT 68**

Case 2:25-cv-00096-RJS-DBP   Document 26-68   Filed 03/27/25   PageID.340   Page 1 of 3

**D517_000738929**

| | |
|---|---|
| Tech: | Thank you for calling Blendtec. My name is Sharri, and whom do I have the pleasure of speaking with today? |
| Customer: | You're speaking to Queen Person. |
| Tech: | Queen person? |
| Customer: | Queen Person, yes. First name is Queen. |
| Tech: | Queen, Q U E E N? |
| Customer: | Exactly. |
| Tech: | Okay, and how can I help you today? |
| Customer: | Mam, last year, they had a recall on my Blendtec, and I applied for my replacement, and I have not gotten it as of yet. |
| Tech: | Hold on. Do you have a BlendJet? |
| Customer: | The little handheld blender. |
| Tech: | Okay, it's got like the removable battery or rechargeable battery? |
| Customer: | All I know is, there was a recall on this item, and I have not received my replacement yet. And this, and this is over a year. |
| Tech: | Okay. |
| Customer: | So, I'm trying to find out what is the problem. |
| Tech: | So, you've got the wrong company, but I'm gonna give you their number. BlendJet, that's who you're wanting to call. |
| Customer: | So, whom am I calling? |
| Tech: | This is Blendtec. |
| Customer: | Oh. |
| Tech: | We're different. |
| Customer: | I'm sorry. |
| Tech: | That's okay. |

| | |
|---|---|
| Customer: | Well let me just… |
| Tech: | Let me give you their number.  Tell me when you're ready. |
| Customer: | I'm ready.  Thank you so much.  ==I'm sure you get this all the time.== |
| Tech: | Yep.  It's 1-844. |
| Customer: | Uh-huh. |
| Tech: | 588. |
| Customer: | Yes. |
| Tech: | 1555. |
| Customer: | Yeah, they have gotten on my last nerve. |
| Tech: | I am deeply sorry about that.  I hope they can take care of you and get you taken, get you all satisfied.  If not, you're welcome to give us a call.  We've got some pretty good blenders too. |
| Customer: | Yeah, but see I don't have to pay for this.  This is a replacement.  This was a recall. |
| Tech: | Yeah, so you got to get your, you got to get your money's worth for that.  I'd definitely give them a call.  See how they can help you out. |
| Customer: | Well thank you so much.  Have a great day, and stay safe. |
| Tech: | You as well.  Thank you. |
| Customer: | You're welcome.  Bye-bye. |
| Tech: | Bye-bye. |