**EXHIBIT 69**

**D517_000738930**

| | |
|---|---|
| Tech: | Good afternoon, thank you for calling Blendtec customer service. How can I help you today? |
| Customer: | I was calling to find out, there's a, I had a couple of claims in for a sort of replacement stuff for some Blendtecs. Just calling to find out about it. Like how is that looking? Cause this is like months and months ago. |
| Tech: | I'm sorry what was that again? |
| Customer: | I'm calling to find out about a few Blendtec units that I had claims in for, they had a fault to them, so they said they were replacing them, and we had to cut the gaskets on them, and some pictures of the gaskets cut. And that was like four months ago. |
| Tech: | Oh. |
| Customer: | I'm trying to find out where those sit, for getting Blendtec, all that fun stuff. |
| Tech: | Okay, can I get the serial number from the bottom of the blender? |
| Customer: | Yeah, let me try to find the blender really quick. Um, serial number 5357013788. |
| Tech: | That doesn't look like the serial number. The serial number should start with letters. There's a dash and big numbers after. |
| Customer: | Oh, dang it, I called the wrong company. I was looking for BlendJet. |
| Tech: | Oh, we are Blendtec. |
| Customer: | I , I apologize. That's my bad. |
| Tech: | Yeah, no problem. |
| Customer: | It was close. Thank you. |
| Tech: | Okay, you're welcome. |
| Customer: | Bye. |
| Tech: | Mm-hmm. Bye. |
| Customer: | Bye. |