**EXHIBIT 70**

**D517_000738931**

| | |
|---|---|
| Tech: | Hello, this is Blendtec customer service returning your call. How can I help you? |
| Customer: | Yeah, so you guys had a recall on the little, small Blendtec blenders. The little mini ones. You guys had a recall. I got it from Costco, and I did what it said. It told me to cut the, that part out, send it to you, send the, you know the email, the attachment and all that. And I did that, but I have not heard from you guys since, and that's been a while. So how do I? |
| Tech: | Sorry, are you talking… |
| Customer: | Do you know when they had the recall? |
| Tech: | We don't have any recalls. I think you are calling the wrong company. |
| Customer: | You had a, Blendtec? |
| Tech: | We are Blendtec. |
| Customer: | Oh, no, no, not Blendtec. BlendJet. You guys are BlendJet, right? |
| Tech: | Exactly. |
| Customer: | Yeah, so it's BlendJet. |
| Tech: | You are calling Blend. We are Blendtec, not BlendJet. BlendJet is a different company. |
| Customer: | Oh, you. Okay, I got the wrong one. Okay. Okay, thank you. |
| Tech: | Yeah. |
| Customer: | No, but I do have your blender. I got your big one. The red one, but that's not the one. It's the little bitty one that they have a recall on. Okay, thank you. |
| Tech: | Yeah, I can give you their information to call them. |
| Customer: | Yeah. Uh-huh, do you have it? |
| Tech: | Yes. |
| Customer: | Okay. |
| Tech: | Their phone number is, are you ready? |

| | |
|---|---|
| Customer: | Uh-huh. |
| Tech: | 844. |
| Customer: | 844. |
| Tech: | 588. |
| Customer: | 588. 5. |
| Tech: | Uh-huh. |
| Customer: | Okay hold on, wait, wait, wait. |
| Tech: | 1, okay. |
| Customer: | I'm sorry for what you said. |
| Tech: | Sure. |
| Customer: | Okay, so you said 8, wait I'm driving. Maybe I better pull over 'cause I need this. Hold on one second. Let me just pull over. |
| Tech: | Of course. |
| Customer: | Okay. Okay, now I'm ready. Okay, so 844. |
| Tech: | Yes. Then 588. |
| Customer: | 588. |
| Tech: | 1555. |
| Customer: | 1555. Okay, thank you so much. |
| Tech: | No problem. Have a good day. |
| Customer: | You too. |
| Tech: | Thank you. |
| Customer: | Bye-bye. |
| Tech: | Bye. |