**EXHIBIT 71**

**D517_000738932**

| | |
|---|---|
| Tech: | Good morning, thank you for calling Blendtec customer service.  How can I help you today? |
| Customer: | Yes, I am just checking on the status of my replacement base because of the recall.  I received the notice back January 18th.  Sent in my request for the replacement, 'cause I was one of the serial numbers that qualified for the recall.  And that was January 18th, and I have this 32-ounce cup I had ordered.  It's, I'm not able to use it 'cause I don't have my BlendJet base.  So just checking on the status.  I have the order number if you need it. |
| Tech: | Uh, well I think you got the wrong number.  You called Blendtec, not BlendJet. |
| Customer: | Oh, okay.  Never mind, I'm sorry to bother you. |
| Tech: | No, no problem.  You have a good day. |
| Customer: | I'm sorry.  Bye. |
| Tech: | Bye. |