**EXHIBIT 72**

**D517_000738938**

| | |
|---|---|
| Speaker 1: | I think that. |
| Tech: | Good morning. |
| Customer: | I'm sorry. |
| Tech: | Thank you for calling Blendtec customer service. How can I help? |
| Speaker 1: | Activated before or after putting your phone number in. |
| Speaker 2: | After. |
| Speaker 1: | Okay so that's why. |
| Customer: | Hi, just one second, I'm sorry. |
| Speaker 1: | I didn't realize I had to do the button. |
| Speaker 2: | Yeah. |
| Customer: | Hi, I was calling because I had purchased one of, two packs of your Blendtec individual blenders at Costco. And you guys had sent me an email. It's been about a year now. |
| Speaker 2: | **[UNINTELLIGIBLE]**. |
| Customer: | Yeah, hold on one second. |
| Speaker 1: | 916-769-1266. Alright, there you go. |
| Customer: | Thank you so much. And you guys had sent out information about a recall and I followed the instructions in the email that you sent me, and cut the rubber gasket, and sent the pictures in. And then I never heard back from you guys, and also I got an email saying you guys were like, it was taking longer than expected to give people back the replacement. |
| Tech: | I think you got the wrong number. You meant to call BlendJet? |
| Customer: | Yeah. |
| Tech: | Yeah, you called Blendtec. We are a different company. |
| Customer: | Oh, okay. My apologies. |
| Tech: | No, no problem. Do you want me to find their phone number? |

| | |
|---|---|
| Customer: | Um, who did you say I called, Blendtec? |
| Tech: | Blendtec, uh-huh. |
| Customer: | Okay. Thank you. |
| Tech: | You're welcome. Have a good day. |
| Customer: | **[UNINTELLIGIBLE]** number, thank you. |