Brett L. Foster (#6089)
Mark Miller (#9563)
Tamara L. Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC, INC.**, a Utah corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>        Defendants. | **DECLARATION OF DAVID FRANKLYN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Civil Case No. 2:25-cv-00096-DBP<br>Judge Dustin B. Pead |

I, DAVID FRANKLYN, hereby declare as follows:

1.    I am a professor of intellectual property at Arizona State University and a director for the Thomas McCarthy Institute for IP and Technology Law. I have been retained by Blendtec Inc. ("Blendtec") in *Blendtec Inc. v. Blendjet Inc.*, Case No. 2:21-cv-000668-TC-DBP, pending in

the United States District Court for the District of Utah (the "2021 Action") to provide an expert opinion regarding a likelihood of confusion between the parties' respective "BLENDTEC" and "BLENDJET" and Swirl Design Marks in the 2021 Action. I am fully familiar with the facts set forth in this declaration from personal knowledge or from documents that I have reviewed. If called as a witness, I could and would testify competently under oath to the facts contained herein.

2. I conducted a survey regarding the likelihood of confusion and have summarized my opinions to date in an expert report (attached hereto as **Exhibit 1**).

3. Based on the research I describe in the report, it is my opinion that the Blendjet name and swirl logo in connection with the sale of blenders creates a significant level of consumer confusion with Blendtec among past and prospective purchasers of blenders. *See id*. at p. 9, 31.

4. I have found a 26.9% confusion rate for retail stores and a 14.0% confusion rate online, for a combined confusion rate of 20.5%. As stated in my report, the overall confusion rate here strongly supports a likelihood of confusion in this case.

DATED this 24th of March, 2025

_____
David J. Franklyn

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2025, a true and correct copy of the foregoing document was served on counsel of record via the Court's CM/ECF System which sent notice to the following counsel of record:

George B. Hofman, IV: ghofmann@cohnekinghorn.com
Kathryn Tunacik: ktunacik@ck.law

In addition, I hereby certify that on the 27th day of March, 2025, a true and correct copy of the foregoing document was served on Defendant Blendjet Inc., who is unrepresented in this action, via email to John Zheng, Chief Revenue Officer of Blendjet, at john@blendjet.com.

*/s/ Tamara L. Kapaloski*