**EXPERT REPORT OF DAVID FRANKLYN REGARDING LEVEL OF CONFUSION BETWEEN BLENDTEC AND BLENDJET BRANDS**

PREPARED BY:
David Franklyn
5602 E Via Buena Vista
Paradise Valley, AZ 85253

March 24, 2025

# *TABLE OF CONTENTS*

**I. ASSIGNMENT AND BACKGROUND**.................................................................. 3

**II. STUDY AUTHORSHIP AND QUALIFICATIONS**.....................................4

**III. SUMMARY OF SURVEY**....................................................................5

**IV. SUMMARY OF OPINIONS**................................................................ 9

**V. SURVEY METHODOLOGY**.............................................................. **10**

    Experimental Design................................................................... 10

    Relevant Universe of Interest.................................................... 13

    Sampling Plan............................................................................ 19

    Interviewing Period.................................................................... 21

    Quality Control.......................................................................... 22

**VI. SURVEY RESULTS AND DISCUSSION**...........................................**24**

**VII. CONCLUSION**............................................................................. **31**

APPENDIX A:       CURRICULUM VITAE OF STUDY'S AUTHOR
APPENDIX B:       SURVEY QUESTIONNAIRE
APPENDIX C:       SURVEY STIMULI
APPENDIX D:       SURVEY SCREENSHOTS
APPENDIX E:       SURVEY DATA
APPENDIX F:       MARKETPLACE PROXIMITY
APPENDIX G:       MATERIALS CONSIDERED

2

## I.  ASSIGNMENT AND BACKGROUND

Since 1975, Blendtec has manufactured and sold both consumer and professional grade blenders along with blender related accessories.[1] Among these accessories is the Blendtec GO which is a travel bottle that offers a single-serve blend-in-cup function for use with Blendtec blenders. In 1999, Blendtec applied to register the BLENDTEC trademark. In 2010, Blendtec applied to register its "Swirl" logo as a trademark.[2]  The United States Patent and Trademark Office issued registrations for both the BLENDTEC and Swirl trademarks.

During the period of Blendjet's alleged infringement, Blendtec has sold its products in brick and mortar retail stores and through online retailers. Blendtec also sells its blenders online via its own website (www.blendtec.com).[3]

In 2017, Blendjet began selling blenders under the Blendjet name with a similar "swirl" logo design.[4] During the period of Blendjet's alleged infringement, Blendjet has sold its blenders at some of the same stores as Blendtec.

I have been retained to assess the level of confusion, if any, that exists between Blendtec and Blendjet brands, using standard and accepted statistical and consumer market survey methods.

---

[1] Amended complaint filed by Blendtec Inc. on November 12, 2021.
[2] *Id.*
[3] *Id.*
[4] *Id.*

## II.  *STUDY AUTHORSHIP AND QUALIFICATIONS*

This study was designed, supervised, and implemented under my supervision.

I am currently a law professor at Arizona State University, with an appointment in the Sandra Day O'Connor College of Law.  I am also the Executive Director of the McCarthy Institute at ASU Law, which is focused on scholarship and research in intellectual property law, with particular emphasis in the areas of trademark law, branding and consumer perceptions related to brands. I have published extensively on issues relating to intellectual property law and am editor-in-chief and co-author of McCarthy's Desk Encyclopedia of Intellectual Property Law.

Formerly, between 2018 and 2021, I held a joint appointment in both the law school and Ageno School of Business at Golden Gate University in San Francisco. Between 2000 and 2018, I was a law professor and Executive Director of the McCarthy Institute for Intellectual Property and Technology Law at the University of San Francisco and Director of the Center for the Empirical Study of Trademark Law (CEST).

I have consulted and/or qualified as an expert witness on behalf of clients in numerous cases involving consumer perception and behavior issues, including in matters in the United States (federal and state courts), Asia, the European Union, the Middle East, and South America. I have personally designed and executed numerous consumer perception surveys that have been accepted into evidence by state and federal courts.

In addition to my survey research experience, I hold a J.D. from University of Michigan Law School. Additional biographical material, including lists of testimony and publications, is provided in Appendix A.

For my engagement in this matter, I am being compensated at my standard rate. My compensation is not dependent upon the outcome of this proceeding.

## III.    SUMMARY OF SURVEY

To assess consumer perceptions relevant to the likelihood of confusion in this case, I utilized a one-room *Squirt*-style survey design.

After reviewing the results of several on-line searches, both on Google.com and searches within the websites for major retailers, as well as additional information in the marketplace provided by the parties in this litigation, I concluded that consumers could encounter these brands in digital and/or temporal proximity, including but not limited to:

- Consumers can encounter both brands on a single Google search results page when searching, for example, for "blenders," "smoothie blenders," "target blenders," or "walmart blenders."[5]

- Consumers can encounter both brands at issue when searching for blenders on the websites of several major retailers, such as Kohl's, Wal-Mart, Best Buy, Target, and Bed Bath and Beyond.[6]

---

[5] *See* Appendix F.
[6] *Id.*

- Consumers can encounter both brands at issue when looking for blenders in physical store locations.[7]

In addition to the digital and temporal proximity described above, there is evidence of traditional in-store proximity. In the period from January 2020 to December 2022, both Blendtec and Blendjet blenders were sold in overlapping physical stores such as Bed, Bath, and Beyond, Target, Best Buy, Kroger, and HomeGoods.[8]

Given this evidence of proximity, the Squirt survey style is appropriate to assess consumer confusion.

I conducted a survey comprising four cells of respondents. In cell 1 and cell 2, respondents were shown images of blenders isolated against white backgrounds. In cells 3 and 4, respondents were shown images of manufacturers' websites selling the same blenders as depicted in the first survey. Respondents were randomly assigned to one of the four cells.

In the control cell with images of the products (cell 2), the image of Defendant's Blendjet product as depicted in the corresponding test cell (cell 1) was altered to remove the Blendjet mark and swirl logo, replaced with "Pomo," a made-up name (see Figures 1a and 1b below).

---

[7] Id.
[8] Blendtec743648, JET1346434 (Appendix E)

*Figure 1a: Cell 1 Test Stimulus*



*Figure 1b: Cell 2 Control Stimulus*



Similarly, in the control cell with images of the websites (cell 4), the image of the website depicting the Blendjet product from the corresponding test cell (cell 3) was altered to display the made-up name "Pomo," and the Blendjet swirl logo was also removed (Figure 2b). Additionally, all other instances of the word "Blendtec" depicting in the website image were replaced with "Pomo."

*Figure 2a: Cell 3 Test Stimulus*



*Figure 2b: Cell 4 Control Stimulus*



Within the test cells, consumers saw the product or website image for a Blendtec blender, a Blendjet blender, and blenders from four other competitors. Respondents were initially shown each image separately and then all images together. Respondents were asked if they believed any of the products shown were from the same company or affiliated or connected in any way.

Within the control cells, everything was identical to the above, with the exception that the images of the Blendjet product and website were replaced with the altered images of the Blendjet product (the "Pomo" blender).

## IV.  *SUMMARY OF OPINIONS*

1. Among one-room *Squirt*-style confusion survey respondents who were shown images of blenders, **26.9%** of respondents reported confusion between the Blendjet blender and Blendtec blender, after removal of control noise.

2. Among one-room *Squirt*-style confusion survey respondents who were shown images of manufacturers' websites for the same blenders, **14.0%** of respondents reported confusion between Blendjet blender and Blendtec blender, after removal of control noise.

3. Overall, **20.5%** of respondents reported confusion between Blendjet blender and Blendtec blender, after removal of control noise.

4. These confusion rates support a finding of likelihood of confusion between Defendant's Blendjet mark and Plaintiff's Blendtec mark.[9]

---

[9] *McCarthy on Trademarks and Unfair Competition*  § 32:326-327 (5th ed.) "Generally, figures in the range of 25 percent to 50 percent have been viewed as solid support for a finding of likelihood of confusion.  The Ninth Circuit has said that a survey showing a 27.7% level of confusion is alone

## V.    *SURVEY METHODOLOGY*

### <u>**Experimental Design**</u>

After passing screening criteria and qualifying for the survey, respondents were asked to review either six images of various blenders in isolation or six images of product pages for various blenders from the respective blender company website. The images were shown to each respondent in random order.

*Figure 3a: Blendtec blender in isolation*



---

sufficient evidence to prevent a summary judgment that there is no likelihood of confusion....the Second Court found that a 15-20 percent rate corroborates a finding of likely confusion."

*Figure 3b: Blendtec blender product webpage*



While these and subsequent images are reduced in size to fit on this page, the images appeared larger to consumers responding to the survey. Further, respondents were required to take this survey on a non-mobile device (*i.e.*, a laptop, desktop, or tablet) and were told they could adjust the size of the image using standard browser zooming features. Respondents were also asked to state whether they could clearly see the images. Those indicating they could not see the images were terminated and not allowed to proceed further in the survey. Larger survey screenshots and the stimuli images are provided within Appendices C and D of this report.

Within the test cells, the six images shown were of blenders from Blendtec, Blendjet, Calphalon, Hamilton Beach, Tropeaka, and Wolf. In the control cells, the same lineup of brands was shown except the allegedly infringing Blendjet blender was replaced by the altered "Pomo" product. All other content and stimuli were identical across the test and control cells.

Respondents were instructed to "Please review these images as if you were considering the purchase of these items either in store or online."

Respondents were first shown each image individually. To ensure proper review of the images, respondents had to view each image for a minimum of 5 seconds before continuing to the next screen of the survey.

After that, respondents were shown all of the images together on one screen. Respondents were then asked whether they believed each of the products is from a separate company, or if they believed that two or more are from the same company or are affiliated or connected in any way. The order of the first and second answer choices was randomized.

Do you think that each of these products is from a separate company, or do you think that two or more are from the same company or are affiliated or connected in any way?

○ I believe that two or more products are from the same company or are affiliated/connected

○ I believe each product is from a separate company

○ I do not know or have no opinion

Respondents who indicated that they believed all of the products were from separate companies and were not affiliated or connected in any way were taken to the end of the survey.

Respondents who indicated that they believed two or more products were from the same company, or were affiliated or connected in any way were then

asked to identify which two products they believed had this relationship. Then, those respondents were asked "why do you say that?"

Next, consumers who previously indicated that two or more products are from the same company were asked to select if they believed that any *additional* products shown in the images are from the same company or are affiliated or connected in any way.

Once again, respondents who indicated that they believed two or more additional products were from the same company or were affiliated or connected in any way were then asked to identify which two products they believed had this relationship. Then, those respondents were asked "why do you say that?" This line of questioning was repeated once more for individuals who answered affirmatively.

## **Relevant Universe of Interest**

The relevant universe of this study was consumers who have purchased a blender within the past 12 months and/or who intend to purchase a blender in the next 12 months.

13

Respondents were first asked about their age.



Respondents who selected "Under 18" or "Prefer not to answer" were terminated from (*i.e.*, not allowed to proceed further in) the survey.

Next, respondents were asked their gender. Options for "Female" and "Male" were randomized.

Respondents were then asked in which state they currently live and were provided with a drop-down menu of options.



Those selecting "I do not live in the United States" were terminated.

Respondents were then asked if they or anyone in their household work in certain industries. Options were randomized.

15

Respondents were terminated if they selected "For a supplier, retailer, vendor, or sales representative of kitchen appliances" "In market research," or "In advertising."

Respondents were then asked about their purchasing of various appliances in the last 12 months. Options were randomized.

Within the past 12 months, have you purchased any of the following types of products? Select all that apply.

☐ Blenders

☐ Microwaves

☐ Coffee makers

☐ Electric kettles

☐ Air fryers

☐ Cake mixers

☐ None of the above

Next, respondents who selected "blenders" in the previous questions, were asked to identify whether they purchased the product in a physical store or from an online retailer.

In the prior question, you mentioned that you have purchased blenders within the last 12 months. Where have you purchased these products? Select all that apply

☐ In a physical store

☐ From an online retailer

☐ None of the above

Next, respondents were asked whether they were likely to purchase those appliances in the next twelve months. As previously, the answer choices were randomized.

Within the next 12 months, are you likely to purchase any of the following types of products? Select all that apply.

☐ Blenders

☐ Microwaves

☐ Coffee makers

☐ Electric kettles

☐ Air fryers

☐ Cake mixers

☐ None of the above

Respondents who selected "blenders" were then asked to identify whether they intended to purchase the product in a physical store or from an online retailer.

17

If a respondent selected "blenders" to either question (past or next 12 months), they were asked to identify what type of blender they had already, or were likely to, purchase.



In a prior question, you mentioned that you have purchased a blender in the past 12 months or are likely to purchase a blender in the next 12 months. Which type of blender best describes the blender(s) that you have purchased or are likely to purchase? Select all that apply.

☐ Portable blender

☐ Countertop blender

☐ Other/not sure

In order to qualify for the survey, respondents had to select that they had purchased or planned to purchase a blender in the last or next 12 months. In total, I collected 847 qualified survey responses.

Rough quotas were also established to ensure approximately seventy percent of respondents had purchased, or were likely to purchase portable blenders. A total of 584 (68.9%) of qualified respondents were past and/or future purchasers of portable blenders.

*Table 1: Purchasing patterns breakdown*

|  | N | % of respondents |
|---|---|---|
| **Past or future purchaser** | | |
| Past purchaser only | 278 | 32.8% |
| Future purchaser only | 334 | 39.4% |
| Both past and future purchaser | 235 | 27.7% |
| **Type of blender purchased/will purchase** | | |
| Portable blender only | 239 | 28.2% |
| Countertop blender only | 218 | 25.7% |
| Both portable and countertop | 345 | 40.7% |
| Other/not sure | 45 | 5.3% |
| **Online or in-store purchaser** | | |
| Online purchaser only | 220 | 26.0% |
| In-store purchaser only | 217 | 25.7% |
| Both online and in-store purchaser | 409 | 48.3% |

## **Sampling Plan**

The sample of survey respondents was recruited using a randomized selection of survey respondents who participate in online survey panels. Surveys conducted on the internet are well-accepted in both academic and market research, and are viewed by courts as standard and reliable methodological approaches to survey research. Online surveys are now the most common method of conducting market research among consumers. Companies and other entities regularly make

decisions of importance based on data they collect through online surveys. Numerous U.S. District Courts have expressly endorsed and accepted into evidence online surveys in trademark cases.

The sample of panelists used in the survey was provided by Dynata, a leading supplier of online samples for surveys. Dynata is highly regarded as a reputable source of consumers for online surveys within the field of market research. It utilizes appropriate industry procedures for ensuring the integrity and quality of their panels. It ensures data integrity through its continued review of its panelists' behavior on a variety of metrics.

This study was administered under "double-blind" conditions. Consumers were uninformed as to the purpose and sponsorship of the study. The survey is also, by definition, "blind" in that there is no person administering the surveys that can do anything to influence the results (unlike, for instance, a survey where someone asks a respondent questions in person or over the phone).

The online survey questionnaires were constructed, programmed, and hosted under my direction. My staff and I thoroughly tested the programmed surveys prior to any potential consumers receiving the invitation to participate in the survey.

Data was collected through the Qualtrics survey platform. The data sets showing each respondent's answers to all questions are provided in electronic form in Appendix E.

To ensure applicability of the research findings, rough quotas were set up in line with census distributions for age, gender, and region. Overall demographic information about respondents is shown in Table 2.

*Table 2: Respondent Demographics*

|  | N | % of survey respondents | % from 2020 U.S. Census |
|---|---|---|---|
| **Gender** | | | |
| Female | 442 | 52.2% | 50.9% |
| Male | 402 | 47.5% | 49.1% |
| Other | 3 | 0.4% | n/a |
| **Age** | | | |
| 18-24 | 30 | 3.5% | 12.1% |
| 25-35 | 165 | 19.5% | 17.3% |
| 36-45 | 209 | 24.7% | 16.3% |
| 46-65 | 280 | 33.1% | 32.6% |
| 66+ | 163 | 19.2% | 21.6% |
| **Region** | | | |
| Northeast | 130 | 15.4% | 17.2% |
| Midwest | 147 | 17.4% | 20.7% |
| West | 262 | 30.9% | 23.7% |
| South | 308 | 36.4% | 38.4% |

## Interviewing Period

Interviewing was conducted July 14, 2023 through July 21, 2023.

## Quality Control

Several quality control metrics were employed to ensure the validity of responses, including a series of quality control questions, software checks to prevent duplicate respondents, and manual review of the data to remove low-quality respondents.

First, respondents were required to complete a quality assurance question, and were required to enter "west" in the blank next to the "other" option. Respondents who clicked any of the first five options were immediately terminated.

For quality assurance, please type the word "west" in the blank next to the "Other" box below and then click to continue.

○ Strongly agree

○ Agree

○ Neutral

○ Disagree

○ Strongly disagree

○ Other

This ensures that respondents are actively paying attention to the survey questions. Anyone who typed in a response other than "west" was terminated from the survey.

Additionally, respondents were asked to confirm that if they normally require glasses or contact lenses that they would wear them for the duration of the survey. Respondents who failed to confirm were terminated.

If you normally wear eye glasses or contact lenses, please confirm that you will be wearing them for the duration of this survey.

○ Confirmed

○ Not confirmed

Then, respondents were provided with a detailed list of instructions and were asked to agree to these instructions in order to participate in the survey.

You have qualified to take this survey. Before continuing, please carefully read these instructions:

* Please take the survey in one session without interruption.
* Please keep your browser maximized for the entire survey.
* While taking the survey, please do not consult any other websites or other electronic or written materials.
* Please answer all questions on your own without consulting any other person.
* Please do not guess. If you don't know for any question, please indicate so.

○ I understand and agree to the above instructions

○ I do not understand or do not agree to the above instructions

Respondents who indicated that they did not understand or agree to the instructions were terminated from the survey.

The survey was restricted from being taken on mobile devices to ensure clear viewing of the stimuli.

Finally, the dataset was reviewed in detail and "cleaned" prior to analysis. This includes "speeders" (those who took the survey in under 3 minutes) and consumers who entered nonsensical text into open-ended responses.[10] A total of 14 respondents were removed for having nonsensical verbatim responses, representing 1.6% of the total dataset. Those removed responses are included in a separate tab in the dataset in Appendix E.

## VI.    SURVEY RESULTS AND DISCUSSION

As detailed in the Experimental Design section, consumers were randomly assigned to either the test or control cell of a survey, which either showed six images of blenders, or six images of webpages for the blenders from the respective maker's website.

After indicating that they could clearly see each image, respondents were shown all of the images together and then asked whether they believed any of the products were from the same company, or had an affiliation or connection of any kind.

Respondents in the test cell saw products from Blendtec, Blendjet, Calphalon, Hamilton Beach, Tropeaka, and Wolf. Respondents in the control cell

---

[10] Responses were coded as nonsensical by two independent coders, and both independent coders agreed on every code for this dataset.

saw the same products, except the Blendjet product was replaced with an altered version of Blendjet's product (the "Pomo" blender).

*Table 3: Rate of Confusion Among Product Image Cells (Cells 1 and 2)*

|  | Cell 1 (test) N = 216 | Cell 2 (control) N = 211 | **Net** |
|---|---|---|---|
| Count (confused) | 58 | 0 | 58 |
| Percent (confused) | 26.9% | 0% | 26.9% |

*Table 4: Rate of Confusion Among Website Image Cells (Cells 3 and 4)*

|  | Cell 3 (test) N = 208 | Cell 4 (control) N = 212 | **Net** |
|---|---|---|---|
| Count (confused) | 32 | 3 | 29 |
| Percent (confused) | 15.4% | 1.4% | 14.0% |

*Table 5: Rate of Confusion Among All Cells*

|  | Cells 1 and 3 (test) N = 424 | Cells 2 and 4 (control) N = 423 | **Net** |
|---|---|---|---|
| Count (confused) | 90 | 3 | 87 |
| Percent (confused) | 21.2% | 0.7% | 20.5% |

Among Cell 1 respondents, who were shown product images of the blenders including the Blendjet, 26.9% believed the Blendtec and Blendjet products were from the same company or were otherwise affiliated or connected. Among

Cell 2 respondents, who were shown the Pomo blender in lieu of the Blendjet blender, 0% believed that the Blendtec and Pomo products were from the same company or were otherwise affiliated or connected. Therefore, the net confusion for the product image cells is **26.9%** (26.9% - 0%)[11].

Among Cell 3 respondents, who were shown website images of the blenders including the Blendjet, 15.4% believed the Blendtec and Blendjet products were from the same company or were otherwise affiliated or connected. Among Cell 4 respondents, who were shown the website image of the Pomo blender in lieu of the Blendjet blender, 1.4% believed that the Blendtec and Pomo products were from the same company or were otherwise affiliated or connected. Therefore, the net confusion for the product image cells is **14.0%** (15.4% - 1.4%)[12].

When combining the test cells, for both the product image and website image version of the survey, a gross percentage of 20.5% of the respondents believed that the Blendtec and Blendjet products shown were from the same company or otherwise affiliated or connected. Of the respondents in the control cells, for both the product image and website image cells, only 0.7% believed the Blendtec product came from the same company or was otherwise affiliated or connected with the Pomo product.

After controlling for noise, the net level of confusion between Blendtec and Blendjet, between both product image and website image cells, is **<u>20.5%</u>** (21.2% - 0.7%).

Respondents who indicated a relationship between the brands were asked to provide a rationale (i.e., "Why do you say that?"). Below is a table of these

---

[11] The confusion rate does not vary significantly amongst the subcohort of portable blender purchasers.

[12] The confusion rate does not vary significantly amongst the subcohort of portable blender purchasers.

verbatim responses. In my review, a significant percentage of respondents made the connection as a result of the word "blend", the similarity in the "brand" or "name," and the similarity of the swirl logo.

Table 4: *Verbatim responses to "Why do you say that?" among respondents in the Test Cells (1 and 3) who believed the Blendtec and Blendjet products came from the same company or were otherwise affiliated or connected.*

| Cell | "Why do you say that?" |
|---|---|
| 1 (product images) | THE NAME |
| 1 (product images) | They both have the word blend at the beginning of their name and it's in a very similar font, all lowercase |
| 1 (product images) | The same logo and the same beginning word of blend |
| 1 (product images) | The brand names sound the same |
| 1 (product images) | It has the same brand |
| 1 (product images) | both have blend n name |
| 1 (product images) | The logo and the label looks similar. |
| 1 (product images) | Design and name |
| 1 (product images) | It has the same brand name |
| 1 (product images) | Names are so similar |
| 1 (product images) | they seem similar and have blend in their name |
| 1 (product images) | both choices have similar names. |
| 1 (product images) | both have "blend" in the name |
| 1 (product images) | more similar |
| 1 (product images) | it says Blendjet |
| 1 (product images) | Because they have the name blend in them, and i think their design would make sense to me. |
| 1 (product images) | They both start with blend |

| | |
|---|---|
| 1 (product images) | both names are similar beginning with blend and their markings are also similar. |
| 1 (product images) | brand names and logos are almost the same. |
| 1 (product images) | The brand names are similar. |
| 1 (product images) | because they are both using the same logo |
| 1 (product images) | Because this are same company product Newell brand |
| 1 (product images) | because blend is in the name and they are different sizes |
| 1 (product images) | The swirl logo seems similar |
| 1 (product images) | They have the same product. |
| 1 (product images) | They have the same small design, the little spiral circular thing that is by the name on the one and is on the power button on the other. Also the names: Blendjet and Blendtech also seem more than just similar. But I also think I seen that they are one and the same while I was researching which blenders to buy. |
| 1 (product images) | because of the logo |
| 1 (product images) | same logo and the word blend |
| 1 (product images) | The similarity in the names "Blendjet" and "Blendtec". |
| 1 (product images) | Same name |
| 1 (product images) | BOTH HAVE BLEND IN NAME |
| 1 (product images) | Names and features are similar |
| 1 (product images) | similar names |
| 1 (product images) | the name is to simlar |
| 1 (product images) | the names has blend in it |
| 1 (product images) | they have the same logo |
| 1 (product images) | Uniform label |
| 1 (product images) | names were very similar |
| 1 (product images) | similar names |

| | |
|---|---|
| 1 (product images) | I assume this because the names sound similar starting with blend and then end with jet or tec. |
| 1 (product images) | names are similar, lettering style looks the same |
| 1 (product images) | The names are too close to each other |
| 1 (product images) | they were both called Blendjet |
| 1 (product images) | The names are similar, and the external styling is also similar. |
| 1 (product images) | Blend is in the name |
| 1 (product images) | Similar names and similar logos |
| 1 (product images) | Because it is from the same brand |
| 1 (product images) | their logo looks similar |
| 1 (product images) | name printed |
| 1 (product images) | They both have "blend" as the start of their names & I have not heard of either of those names. |
| 1 (product images) | similar name |
| 1 (product images) | The names are very similar, Blendjet, blendtech. |
| 1 (product images) | Because the name of the product starts with "blend". |
| 1 (product images) | Their logos are very similar and they both have blend as the first part of their name. |
| 1 (product images) | Because I saw that the logos of these two products looked like they were made by the same company |
| 1 (product images) | label |
| 3 (website images) | The name of each product, and the logo just to the left of each. |
| 3 (website images) | they start with the same name |
| 3 (website images) | The name is similar |
| 3 (website images) | They have similar names and logos |
| 3 (website images) | Take after |
| 3 (website images) | name is about the same |

| 3 (website images) | The names |
|---|---|
| 3 (website images) | similarity of the names |
| 3 (website images) | similar names |
| 3 (website images) | SIMILAR TYPE BLENDER |
| 3 (website images) | their names are similar |
| 3 (website images) | Because they have the same icon |
| 3 (website images) | they look similiar |
| 3 (website images) | they kind of have same names on the products. |
| 3 (website images) | They both share similar brand name. |
| 3 (website images) | They have very similar names |
| 3 (website images) | they have same insignia |
| 3 (website images) | similar name, same logo/font similar |
| 3 (website images) | Similar names |
| 3 (website images) | The logos look very similar and they brand names start with the word blend |
| 3 (website images) | because the design is similar |
| 3 (website images) | the names looked similar |
| 3 (website images) | look similar in structure |
| 3 (website images) | almost same name could be because different prices |
| 3 (website images) | similar sounding names |
| 3 (website images) | the name |
| 3 (website images) | NAMES OF BLENDERS SOUND SIMILIAR |
| 3 (website images) | the similar names and logo images make me think that these brands are affiliated in some way |
| 3 (website images) | names and logos are similar |
| 3 (website images) | name |
| 3 (website images) | They have same @ sign and blend in their names |
| 3 (website images) | same brand |

All individual responses are available in the data file in Appendix E.

## VII.  CONCLUSION

After removal of control noise, the overall rate of confusion between Defendant's Blendjet blender and the Blendtec blender is  **20.5%**. This confusion rate supports a finding of likelihood of confusion between Defendant's Blendjet's name and swirl logo and Blendtec's registered marks.

Based on the research I describe in this report, it is my opinion that the Blendjet name and swirl logo in connection with the sale of blenders creates a significant level of consumer confusion with Blendtec among past and prospective purchasers of blenders.

Respectfully submitted this 24th day of March, 2025

David J. Franklyn

David J. Franklyn

**EXHIBIT A**

# David J. Franklyn

5602 East Via Buena Vista
Paradise Valley AZ 85253

(650) 436-2815 (mobile)
franklyniplaw@gmail.com

## Academic Appointments

**Arizona State University**
**Sandra Day O'Connor College of Law**
>  Professor of Intellectual Property Law, June 2021- present
>  Executive Director, McCarthy Institute, June 2021 - present

**Golden Gate University**
**School of Law**, August 2018-2021
>  Professor of Intellectual Property Law, July 2018- June 2021

**Golden Gate University,**
**Edward S. Ageno School of Business**
>  Professor of Business, Marketing and Advertising – July 2018- June 2021

**Golden Gate University**
**School of Law and Edward S. Ageno School of Business**
>  Director, McCarthy Institute, July 2018- June 2021
>  Director, Center for Empirical Study of Consumer Perceptions, July 2018- June 2021

**University of San Francisco School of Law**
>  Professor of Intellectual Property Law, 2000 – June 2018
>>  Subjects Taught: Trademark Law; Copyright Law; Right of Publicity; International IP Law; IP Survey; IP Theory Seminar; Moral Philosophy Seminar
>  Director, J. Thomas McCarthy Institute for IP & Technology Law
>  Director, Center for Empirical Study of Trademark Law (CEST)
>  Director, Domestic and International LL.M. Program in IP Law

**University of California, Hastings College of Law**
>  Visiting Professor of Law, January 2006 – May 2006; January 2007 – June 2007

**Salmon P. Chase College of Law, Northern Kentucky University**
>  Associate Professor of Law, 1999 – 2000
>  Assistant Professor of Law, 1996 – 2000
>  *Lukowsky Award for Outstanding Professor of the Year*, 1999

**University of Cincinnati College of Law**
>  Visiting Assistant Professor of Law, August 1999 – December 1999

**Pater Noster High School, Los Angeles**
    Teacher & Dean of Students, 1984-87

## Education and State Bar Admissions

Admitted to practice in California (inactive status) and Illinois (inactive status)

University of Michigan Law School, J.D., 1990, *cum laude*, Order of the Coif

Evangel College, B.A., 1983, *magna cum laude*, History, Philosophy, Religion; Outstanding Philosophy Graduate; Baccalaureate Speaker, 1983

## Publications/Research

*Revisiting Consumer Perceptions of Google Search Results As Google Shifts Labeling Practices* (in progress)  *Can On-line Consumers tell the Difference between Real News and Paid Commercial or Political Advertorials Masquerading as News?*

*Going Native: Can Consumers Recognize Advertising?*, 19 YALE JOURNAL OF LAW & TECHNOLOGY 77 (2017) (with David Hyman and Calla Yee)

*The Problem of Mop Heads in the Era of Apps: Toward More Rigorous Standards of Value Apportionment in Contemporary Patent Law*, 98 JOURNAL OF THE PATENT AND TRADEMARK OFFICE SOCIETY (2016) (with Adam Kuhn) (2016 Rossman Award winning article for most significant contribution to IP scholarship)

*Trademarks As Search Engine Keywords: Much Ado About Something?*, 26 HARVARD JOURNAL OF LAW & TECHNOLOGY 481 (2013) (with David A. Hyman)

*Trademark Surveys: An Undulating Path,* 92 TEXAS LAW REVIEW 2117 (2014) (with Shari Diamond)

*Owning Oneself In a World of Others — Towards a Paid-For First Amendment,* 49 WAKE FOREST LAW REVIEW 977 (2014) (with Adam H. Kuhn)

*Trademarks as Keywords: Who Buys Them,* 92 TEXAS LAW REVIEW 2019 (2014) (with David A. Hyman)

*Trademark Surveys and Icebergs – It's What's Under the Water* ___ TRADEMARK REPORTER ___ (forthcoming) (with Shari Diamond)

*Search Bias and the Limits of Antitrust: An Empirical Perspective on Remedies,* ILLINOIS PROGRAM IN LAW,  BEHAVIOR, AND SOCIAL SCIENCE (2015) (with David A. Hyman)

*An Empirical Analysis of Google's Antitrust Settlement in the EU* (forthcoming) (with David A. Hyman)

*An Empirical Study of Search Results Labeling and Arrangement* (multi-scale empirical research underway in Europe and U.S.)

*An Empirical Study of the Right of Publicity and the First Amendment* (review of all U.S. right of publicity cases  involving first amendment/free speech issues since 1980 to determine common decisional factors)

*The European Court of Justice Rules on Keyword Ads and Trademark Rights*, 14 INTELLECTUAL PROPERTY LAW BULLETIN 89 (2010)

*The New Federal Anti-Dilution Act: Reinstating the Myth of 'Likely' Dilutive Harm as a Mask for Anti-Free-Rider Liability*, 11 INTELLECTUAL PROPERTY LAW BULLETIN 199 (2007)

MCCARTHY'S DESK ENCYCLOPEDIA OF INTELLECTUAL PROPERTY LAW, editor-in-chief and coauthor with J. Thomas McCarthy and Roger Schechter (3d ed. 2005)

*Debunking Dilution Doctrine: Justifying the Anti-Free-Rider Principle in American Trademark Law*, 56 HASTINGS LAW JOURNAL 117 (2004)

*Owning Words in Cyberspace: The Accidental Trademark Regime*, 2001 WISCONSIN LAW REVIEW 1251 (2001)

*The Apparent Manufacturer Doctrine, Trademark Licensors & the Third Restatement of Torts*, 49 CASE WESTERN RESERVE LAW REVIEW 762 (1999)

*The Third Restatement of Torts: Symposium Introduction*, 26 NORTHERN KENTUCKY LAW REVIEW 531 (1999)

*Toward A Coherent Theory of Strict Tort Liability for Trademark Licensors*, 72 SOUTHERN CALIFORNIA LAW REVIEW 1 (1998)

*A Property Theory of Trademark Law* (in progress)

*Trademarks as Keywords: Beyond Confusion* (in progress)

*The First Amendment as a Market Allocation Device in Right of Publicity Cases: Towards a Comprehensive Theory of Add- On Value, Collateral Rights and Free Riding in Intellectual Property Law* (in progress)

## Expert Work

**Keystone Strategy LLC**, San Francisco and New York, December 2013 – present
> Function as a trademark and empirical survey expert and IP consultant in a number of trademark and patent matters.

**Franklyn IP Consulting**, Phoenix, AZ, 2000 – present
> I have served as an expert witness in numerous IP cases (including patent, trade secret, antitrust, copyright, trademark, and right of publicity) on behalf of individuals and corporations, including, among others:

**Representative Clients and Matters:**

ALCON
ALLERGAN (BOTOX)
AMAZON
APEX TOOL GROUP
APPLE
BAD BOY INC (filed affidavits in several foreign countries)

BELVEDERE VODKA
BIG ISLAND CANDIES
BLUE SHIELD OF CALIFORNIA
BOBCAT
BOMBARDIER RECREATIONAL PRODUCTS
BONDURANT HIGH PERFORMANCE DRIVING SCHOOL
THE BUFFALO BILLS
BUGATTI (international trademark issues)
BUZZBALLZ
CHANEL
CHRISTOFF (against TASTERS CHOICE (owned by NESTLE))
THE COCA-COLA COMPANY
CONVERSE
CROCS
DECKERS
DEFENDER
DELTA
DIAGEO BRANDS
DIOPTICS MEDICAL PRODUCTS WINDOW WORLD
DIRECTV
DUFF (against True Religion Jeans)
ELEVEN IP HOLDINGS
EMERSON RADIO
ESTATE OF SIR ARTHUR CONAN DOYLE (protecting SHERLOCK HOLMES)
ESTATE OF WILLIAM CASTE (producer of Rosemary's Baby)
FACEBOOK
FACTORY DIRECT
FAIRSEARCH.org (conducted consumer perception surveys in UK)
FIRST NIAGARA INSURANCE
FIX-IT AUTO
FLORABAMA
FLOWIL, INTERNATIONAL (SYLVANIA – international mark analysis)
FORAY TECHNOLOGIES
FOREST RIVER
FREEFLY SYSTEMS (MOVI)
GERAWAN FARMS (PRIMA brand fruit)
GLIDEWELL Labs (BruxZir dental crown mark)
GoGo SPORTS
GREWAL
HARD ROCK CAFÉ (international licensing issues)
HEARTLAND FOODS (SPLENDA)
HERBALIFE
HOOD RIVER DISTILLERIES
HUBERT HANSEN FAMILY TRUST
HYBRID ATHLETICS
ICANN
IGB ENERGY GROUP

ING FERTILITY

INTERNATIONAL OLYMPIC COMMITTEE (consultation for 2016 Olympics trademarks and copyrights)

ION MEDIA NETWORKS

ISABELA'S KITCHEN

JOIN

KING OF THAI NOODLES

KIMBERLY-CLARK

KITCHEN CAFÉ

KODIAK

LENS.COM

LEVI STRAUSS

LIFEFORCE

LSI INDUSTRIES

MAHINDRA (v. Jeep)

MAUI PINEAPPLE

MERIT MEDICAL SYSTEMS

NEWMARK REALTY CAPITAL

MICROSOFT

MOET HENNESSEY

MOTIVE

NIKE

NISSAN (dealership franchises and co-branding analysis)

NOVADAQ

NUSENDA

ORACLE

OTIS MCCALLISTER

OVERHEAD GARAGE DOOR INC.

PALM RESTAURANTS

THE PENNSYLVANIA STATE UNIVERSITY

PHI THETA KAPPA

PIZZA MAN

POLO RALPH LAUREN

POM WONDERFUL

PURITY COSMETICS

RAYTHEON (filed affidavits in 10 foreign countries re: PAVEWAY mark)

REINSDORF

RIVIANA

ROCKWELL AUTOMATION

ROCKWELL INDUSTRIES

THE ROLL GROUP/Paramount Citrus (CUTIES brand oranges)

SEAPORT HOTELS

SERVICE NOW

SILVERS (GOOGLE children's books)

SITNET

SONIA DAKAR COSMETICS

SPOTIFY

SUNDBERG

THE THINK GROUP
VOLKSWAGEN USA
YETI
WOWWEE
3-FORM CHROMA (3-D trademark)

## **Prior Deposition, Court or Arbitration Testimony**

Omnitracs, LLC, XRS Corporation, and Smartdrive Systems, Inc. v. Motive Technologies, Inc. (U.S. District Court, Northern District of California) November 2024 Deposition

Pennsylvania State University v. Vintage Brand, LLC et al., (U.S. District Court, Middle District of Pennsylvania) November 2024 Trial

Carbyne Biometrics LLC. vs. Apple Inc., (U.S. District Court, Western District of Texas) October 2024 Deposition

Factory Direct Inc. vs. Serta Inc., (U.S. District Court, Western District of Oklahoma) October 2024 Deposition

Phi Theta Kappa Honor Society vs. HonorSociety.org Inc. et al, (U.S. District Court, Southern District of Mississippi) September 2024 Deposition

Infmetry LLC. vs. Message in a Bottle Inc., (U.S. District Court, Eastern District of California) September 2024 Deposition

GR Opco LLC. vs. Eleven IP Holdings LLC et al, (U.S. District Court, Southern District of Florida) June 2024 Deposition

Threshold Enterprises Ltd. v. Lifeforce Digital Inc., (U.S. District Court, Northern District of California) April 2024 Deposition

Roblox Corporation and Jazwares LLC v. WowWee Group Limited et al., (U.S. District Court, Northern District of California) March 2024 Deposition

Forest River Inc. v. InTech Trailers, Inc. (U.S. District Court, Northern District of Indiana) January 2023 Deposition and February 2024 Trial

Chanel Inc v. WGACA LLC, et al., (U.S. District Court, Southern District of New York)  June 2021 Deposition and Trial January 2024

Cole's Wild Bird Products Co. v. Red Bird Enterprises, Inc. (U.S. District Court, Western District of Texas 2023) Deposition

Q Industries, Inc. v. O'Reilly Automotive, Inc. (U.S. District Court, Central District of California 2023) Deposition

O&M Halyard, Inc. v. Sri Trang USA, Inc., Sri Trang Gloves (Thailand) Public Company Limited, and Sri Trang Argo-Industry Public Company Limited (U.S. District Court, Eastern District of Texas 2023) Deposition

Sueros & Bebidas Rehidratantes, S.A. De C.V. And Cab Enterprises, Inc. V. Indus Enterprises, LLC D/B/A Texas
Jasmine (U.S. District Court, Southern District Of Texas 2023) Deposition

Delta Air Lines, Inc. v. Marriott International, Inc. (U.S. District Court, Northern District of Georgia 2023) Deposition

The Pennsylvania State University v. Vintage Brand, LLC (U.S. District Court, Middle District of Pennsylvania 2023)
Deposition

Rockwell Automation, INC v. WI Automation (U.S. District Court, Delaware 2023) Deposition and Trial

SST v. MiTek (U.S. District Court, Northern District of CA) Deposition (2022) and Trial (2023)

Geigtech East Bay, LLC v. Lutron Electronics Co. Inc. (U.S. District Court, Southern District of New York) Deposition

Lerner & Rowe PC v. Brown Engstrand & Shelly LLC et al, (U.S. Dist. Ct. Dist of Arizona) Deposition

Fischer & Frichtel v. Fischer Management, LLC., (U.S. Dist. Ct, Missouri 2021) Deposition

Alcon Vision v. Lens.com, (U.S. Dist. Ct, E. Dist of New York 2021) Deposition

Nike Inc. v. Vans Corp (USPTO 2021) Deposition

Worx4U2 v. Earthwhile (U.S. Dist. Ct. Central Dist. of Ca 2022) Deposition

BMC Software Inc. v. Baker Hughes (U.S. Dist. Ct. Southern District of Texas 2021) Deposition

Kodiak Cakes Inc. v. JRM Nutrisciences (U.S. Dist. Ct. Utah 2022) Deposition

DD Greek Restaurant v. Great Greek Franchising LLC, (U.S. Dist. Ct. Central District of Ca. 2021) Deposition and Trial

Scrum Alliance v. Scrum Inc. (U.S. Dist. Ct. Eastern District of Texas 2021) Deposition

Wildfang Co. v. Target Corp. (U.S. Dist. Ct. Northern District of Ca. 2021) Deposition

Nike Inc. V. Vans Inc. TTAB Opposition No. 91253064, June 2021 Deposition

MGFB Properties Inc. v. Viacom CBS Inc, Case No. 5:19-cv-00257, District Court, N.D. Florida, April 2021

Emerson Radio Corporation v. Emerson Quiet Kool Co. Ltd., et al., Case 2:17-cv-05358-SDW-LDW, October 2020
Deposition

Hubert Hansen Family Trust v. Coca-Cola, San Diego County Superior Court, January 2020, No. 37-2016-00021046-
CU-MC-CTL (Jury Trial Testimony and Deposition)

OGD Equip Co. v. Overhead Door Corp., Eastern District of Texas, November 2019, No. 4:17-cv-0898-ALM-KPJ
(Deposition)

Fix Auto USA v. Mondofix Inc. , Montreal Arbitration, October 2019 (Arbitration Testimony)

FCA v. Mahindra, Eastern District of Michigan, June 2019, No. 2:2018cv12645, (Trial Testimony - ITC Matter; Deposition in both matters)

JLG v. BRP, Eastern District of Michigan, January 2019 2:16-cv-13386-gAD-SDD (Trial Testimony and Deposition)

Mitchell Hyman v. Linda Cummings-Ramone, WL 2447709 (Arbitration Testimony)

Coca-Cola v. Internal Revenue Service, DC Tax Court, 2018, Docket No. 31183-15 (Trial Testimony and Deposition)

Gary Ganzi et al v. Walter Ganzi, New York State Court, 2017 653074/2012 (Trial Testimony and Deposition)

Sound View v. Facebook, Northern District of California, 2017, No: 2:2017cv04275 (Deposition)

Rockwell v. Radwell, US International Trade Commission, 2018, Civil No. 15-5246(RBK/JS) (Deposition)

Rockwell v. Radwell, US District Court, District of New Jersey, 2018, Civil No. 1:15-cv-05246-rbk-js (Deposition)

Singh Management Co., v. Singh Building et al., Eastern District of Michigan, 2016, No: 2:2015cv11478 (Deposition and Arbitration Testimony)

Polo Ralph Lauren USA Holdings v. United States Polo Association, Southern District of New York, 2016,  No. 1:2013cv07147 (Deposition)

Pom Wonderful v. Pur Pom, Federal Court Case in Central District of California, May 2016, CASE NO. CV  13–06917 MMM (CWx) (Deposition)

Reinsdorf v. Lavely & Singer, Los Angeles, March 2016 121003141440 (Deposition and Arbitration Testimony)

Gerawan v. Townsend, Townsend & Crew, Superior Court of the State of California – Fresno, 1 0cec g 034 27 , December 2015 (Deposition)

BMC Software v. ServiceNow, Eastern District of Texas, December 2015, 2:14-CV-903-JRG (Deposition)

Novidaq v. Karl Storz, Northern District of California, July 2015, 333244 (Deposition)

Indacon v. Facebook, Eastern District of Texas, August 2014, SA-10-CA-00966-OLG (Deposition)

Major Brands v. Diageo, Missouri State Court, St. Louis, September 2014, No. 1322-CC00534 (Deposition)

Amazon v. IRS, Federal Tax Court, Seattle, November 2014, No. 17-72922 (Trial Testimony and Deposition)

Rembrandt v. Facebook, Eastern District of Virginia, July 2013, 1:13–CV–158 (Deposition)

Glidewell Labs v Keating, Southern District of California, 2012, SACV 11-1309-DOC ANX (Deposition)

FTC v Direct TV, United States District Court, for the Northern District of California San Francisco Division, 2016, 3:15-cv-01129 HSG (Deposition)

Sun Pacific Group v. Paramount Group, American Arbitration Association Commercial Arbitration Tribunal, 2012, 72/180/y/01187-11 (Deposition and Arbitration Testimony)

Millennium v. Reed Smith, New York State Court, New York City, November 2012 (Deposition)

Milton Okun v. Peter Morton, California Superior Court, Los Angeles, 2010, BC369660 (Deposition)

PWI v. Horizonte, US District Court, Southern District of Florida, 2009, 08-20738CIV-jordan\mcALLIEY (Deposition)

## Law Firm Experience

**Mayer Brown**, *Litigation Attorney*, Chicago, IL, 1991-1996

**United States District Court for the Eastern District of Michigan,** *Law Clerk to the Honorable John Feikens*, 1990 -1991

**Sonnenschein, Nath & Rosenthal**, *Summer Associate*, Chicago, IL, 1990

**O'Melveny & Myers**, *Summer Associate*, Los Angeles, CA, 1989

**Mayer Brown**, *Summer Associate*, Chicago, IL, 1988

## Presentations, Symposiums, and Conferences

*Non-traditional Trademarks in the United States,* Presented at the European Union Intellectual Property Office Conference in Alicante Spain (May 2018).

*Tutorial on the Use of Empirical Surveys in United States Trademark Registration and Litigation,* Presented to Judges and staff of the European Union Intellectual Property Office, in Alicante Spain (May 2018).

The McCarthy Institute Goes to Google: Trademark Law and its Challenges in 2018. Planned, organized, presented and hosted annual conference on trademark law (February 2018).

*Northern Kentucky University Law Review Symposium.* Presented published research findings on native advertising and consumer perceptions (March, 2017).

*The McCarthy Institute Goes to Seattle: Trademark Law and its Challenges in 2017.* Planned, organized, spoke, and presented at a trademark conference co-hosted by Microsoft & INTA and held at Amazon Corporate Conference Center (February 17, 2017).

*The McCarthy Institute Goes to San Francisco: Trademark Law and its Challenges in 2015.* Planned, organized, spoke, and presented at a trademark conference co-hosted by Microsoft & INTA and held at The University of San Francisco (September 26, 2015).

*Trademark Year in Review,* Los Angeles IP Lawyers Assoc. January, 2015

*New Paradigms in Patent Monetization and Damages,* Hanson & Bridget, 2015

*The McCarthy Institute Goes to London: Trademark Law and its Challenges in 2014.* Planned, organized, spoke, and presented empirical research on Internet search regulation at a conference co-hosted by Microsoft and Oxford held at the British Library in London and at Oxford University (March 13-14, 2014).

*The Use of Surveys in Trademark Litigation,* University of Texas Law Review Symposium (January, 2014).

*The Purchase of Trademarks as Keywords,* University of Texas Law Review Symposium (January, 2014).

*Trademarks as Keywords: Much Ado About Something?* Oxford/NYU Empirical Trademark Conference, USPTO, Washington, D.C. (September 26, 2013).

*Patent Trolls,* Keynote Speaker, ABA IP Section Lunch, San Francisco (August, 2013).

*Trademarks as Keywords, Much Ado About Something?* Association of Law and Economics Annual Conference, Vanderbilt Law School (May 9, 2013).

*The McCarthy Institute Goes to L.A.: Trademark Law and its Challenges in 2013* Planned, organized, and spoke at a conference co-hosted by Fox and Microsoft held at Fox Entertainment in Los Angeles (February 28, 2013).

*Presented Empirical scholarship on Internet search algorithms,* Stanford Law School (November, 2012).

*The McCarthy Institute Goes to New York City: Trademark Law and its Challenges in 2012.* Planned, organized, spoke, and presented on topics covering gTLDS, DMCA, and SOPA/PIPA legislation at a conference co-hosted by Time Warner and Microsoft at Time Warner in New York (February 9, 2012).

*The McCarthy Institute Goes to Redmond: Trademark Law and its Challenges in 2011.* Planned, sponsored, moderated, and presented empirical research on keyword advertising, trademarks, and consumer perceptions of the online advertising environment at a conference co-hosted by Microsoft held at Microsoft in Redmond, Washington. Organized panels on dilution; keyword advertising; Chinese trademark law; ICANN's planned roll-out of new gTLDs; keynote address by J. Thomas McCarthy; Horacio Gutierrez (Head of Global IP, Microsoft); and Judge Kong (Chief Judge, Chinese Supreme Court for IP) (February, 2011).

Hosted Horacio Gutierrez (Head of IP-Global; Microsoft) in a discussion on IP in the cloud, USF School of Law (October, 2010).

*Keywords, Trademarks and Consumer Perceptions: What do Consumers Really Want When They Use Trademarks as Keyword Search Terms?* USF School of Law Presentation with McCarthy Institute Academic Affiliates, Professors David Hyman (University of Illinois School of Law) and Ben Edelman (Harvard Business School) (November, 2010).

*The Right of Publicity in Film,* co-presenter with top in-house IP attorneys for PIXAR and LUCASFILM at ABA meeting, San Francisco (August, 2010).

10

*The Effect on Trademark Owners of ICANN's planned roll-out of new top-level generic domain names (gTLDs)*, sponsored by the Center for Domain Name Abuse (CADA) meeting, San Francisco (June 2, 2010).

*Trademark Year in Review 2010*, Los Angeles Intellectual Property Lawyers Meeting, Las Vegas (May, 2010).

*Trademark Year in Review 2010*, San Francisco Intellectual Property Lawyers Meeting, Napa (May, 2010).

*Trademark Year in Review 2009*, California Bar Association IP Section Annual Meeting, San Diego (November 14, 2009).

*The Brand as Property: Trademark Law and its Challenges in the New Era*, organizer, moderator, and speaker; international trademark law symposium co-sponsored by McCarthy Institute, Microsoft, WIPO and Unitalen (a prominent Chinese IP law firm) (November 4, 2009).

*Trademark Use, Wonder Doctrine or Wrong Turn?* Vail Colorado IP Lawyers Association Retreat (January, 2009).

*INTA Conference*, Panelist on Trademark and Internet Blogging, Seattle (May, 2009).

*Symposium on Derivative Works and Fair Use in Copyright Law*, Speaker, moderator, and organizer, McCarthy Institute for IP & Technology Law, USF School of Law (November 1, 2008).

*International Trademark and Copyright Law*, guest lecturer, St. Charles University, Prague (July, 2008). Speaker, California Bar Association Meeting, Intellectual Property Section, (November, 2008).

Speaker, International Association of Trademark Lawyers, Meeting in Aspen Colorado (January, 2009).

*Trademark Year in Review*, California Intellectual Property Lawyer's Association, Santa Barbara (May, 2008).

*Network Neutrality – What is It?* Symposium planner and moderator, University of San Francisco School of Law (January, 2008).

*Trademark Year in Review 2007*, San Francisco Intellectual Property Lawyers Association, Napa (May, 2007).

*Trademark Year in Review 2006*, Silicon Valley Intellectual Property Lawyers Association, Palo Alto (November, 2006).

*Trademark Trends*, California Intellectual Property Lawyers Conference, Santa Barbara (November, 2006).

*The Google Library Project: Fair Use or Misappropriation?* USF School of Law (October, 2006).

*International IP: Who Should be Responsible for Top-Level Domain Name Governance*, Speaker and Panel Moderator, Bay Area High Tech Conference, Stanford Law School (April, 2005).

*Trademark and Copyright Update 2005*, Andrews IP Conference, San Francisco (October, 2005).

*The Anti-Free-Rider Impulse in Intellectual Property Law*, Katz-Kiley Distinguished IP Lecturer, University of Houston Law School (November, 2004).

*Trends in Trademark Law*, Northern and Southern California Associations of Intellectual Property Attorneys, Palm Springs (June, 2005).

*Trademark Year in Review 2005*, Cooley, Gotlieb, San Francisco (June, 2005).

*The Right of Publicity and First Amendment*, panelist with Judge Alex Kozinski; Northern California Chapter of the Copyright Society of America (May, 2005).

*Trademark Update: 2004 Year in Review*, San Francisco Intellectual Property Annual Meeting, Lake Tahoe (June, 2004).

*Toward a New Understanding of Dilution and the Anti-Free Rider Impulse,* Silicon Valley Intellectual Property Lawyer's Association (October, 2003).

*Exploring the Anti-Free-Rider Impulse in American Dilution Law*, Salmon P. Chase College of Law Lecture Series (September, 2003).

*Symposium on Comparative Analysis of Business Method and Software Patenting in the European Union and the United States*, moderator and organizer; co-sponsored by the McCarthy Institute and Kilburn & Strode, a London IP firm (June, 2003).

*Symposium on Biotech Patent Issues*, moderator and organizer; co-sponsored by the McCarthy Institute and Morrison Foerster (March, 2003).

*Victoria's Secret and Dastar: Remaking Trademark Law,* Los Angeles Association of IP Attorneys (June, 2003).

*The Right of Publicity and the First Amendment*, Golden Gate University IP Symposium, San Francisco (October, 2002).

*First Amendment Limits on the Right of Publicity*, ABA Intellectual Property Section Annual Meeting, Philadelphia (June, 2002).

*The Boundaries of Language Commodification On-Line*, Northern Kentucky Law Review Symposium on Trademark and Cyberlaw Issues (February, 2001).

*Symposium on Intellectual Property Law*, moderator and coordinator, Northern Kentucky Law Review (February, 2000).

*Symposium on the Third Restatement of Torts,* moderator, Northern Kentucky Law Review (February, 1999).

*Symposium on the Regulation of Media Violence & the First Amendment*, moderator and coordinator, Northern Kentucky Law Review (November, 1999).

*Trends in Mass Tort Litigation*, Panel on Mass Tort Litigation Joint Meeting of ABA Products Liability and Litigation Sections, Dallas (April, 1999).

**EXHIBIT B**

**SCREENER**

**ASK ALL RESPONDENTS**
**Q1. What is your age?**
   1. Under 18 **TERMINATE**
   2. 18-24
   3. 25-35
   4. 36-45
   5. 46-55
   6. 56-65
   7. 66+
   8. Prefer not to answer **TERMINATE**

**ASK ALL RESPONDENTS, RANDOMIZE ROWS 1-2**
**Q2.** What is your gender?
   1. Male
   2. Female
   3. Other
   4. Prefer not to answer **TERMINATE**

**ASK ALL RESPONDENTS**
**Q3.** In which state do you currently live?
   **DROP DOWN LIST OF STATES, INCLUDE AN OPTION THAT READS 'I DO
   NOT LIVE IN THE US'**
**TERMINATE IF RESPONDENT SELECTS 'I DO NOT LIVE IN THE US'**

**ASK ALL RESPONDENTS, RANDOMIZE ROWS 1-3**
**Q4**. Do you or does anyone in your household work in the following industries? Select all that
apply.
   1. In advertising **TERMINATE**
   2. In market research **TERMINATE**
   3. For a supplier, retailer, vendor, or sales representative of kitchen appliances
      **TERMINATE**
   4. None of the above  **EXCLUSIVE**

**ASK ALL RESPONDENTS, RANDOMIZE ROWS 1-6**
**Q5**. Within the past 12 months, have you purchased any of the following types of products?
Select all that apply.
   1. Blenders
   2. Microwaves
   3. Coffee makers
   4. Electric kettles
   5. Air fryers
   6. Cake mixers
   7. None of the above   **EXCLUSIVE**

1

APPENDIX B - Survey Questionnaire

**ASK RESPONDENTS WHO CHECKED Q5=1, RANDOMIZE ROWS 1-2**
**Q5A**. In the prior question, you mentioned that you have purchased blenders within the last 12 months. Where have you purchased these products? Select all that apply.
1. In a physical store
2. From an online retailer
3. None of the above   **EXCLUSIVE, TERMINATE**

**ASK ALL RESPONDENTS, RANDOMIZE ROWS 1-6**
**Q6**. Within the next 12 months, are you likely to purchase any of the following types of products? Select all that apply.
1. Blenders
2. Microwaves
3. Coffee makers
4. Electric kettles
5. Air fryers
6. Cake mixers
7. None of the above  **EXCLUSIVE**

**TERMINATE IF RESPONDENT DID NOT SELECT Q5=1 OR Q6=1**

**ASK RESPONDENTS WHO CHECKED Q6=1, RANDOMIZE ROWS 1-2**
**Q6A**. In the prior question, you mentioned that you are likely to purchase the following types of products in the next 12 months. Where do you intend to purchase these products? Select all that apply.
1. In a physical store
2. From an online retailer
3. None of the above **EXCLUSIVE, TERMINATE**

**ASK ALL RESPONDENTS, RANDOMIZE ROWS 1-2**
**Q7**. In a prior question, you mentioned that you have purchased a blender in the past 12 months or are likely to purchase a blender in the next 12 months. Which type of blender best describes the blender(s) that you have purchased or are likely to purchase? Select all that apply.

1. Countertop blender
2. Portable blender
3. Other/not sure

**ASK ALL RESPONDENTS**
**Q8**. For quality assurance, please type the word "west" in the blank next to the "Other" box below and  then click to continue.
1. Strongly agree
2. Agree
3. Neutral
4. Disagree
5. Strongly disagree
6. Other _____

2

**TERMINATE IF SELECTED Q9=1-5. TEXT BOX WILL BE CHECKED FOR ACCURACY PRIOR TO ANALYSIS.**

**ASK ALL RESPONDENTS , RANDOMIZE ROWS 1-2**

**Q9:** If you normally wear eye glasses or contact lenses, please confirm that you will be wearing them for the duration of this survey.

1. Confirmed
2. Not confirmed **TERMINATE**

**ASK ALL RESPONDENTS, RANDOMIZE ROWS 1-2**

**Q10.** You have qualified to take this survey. Before continuing, please carefully read these instructions:

\* Please take the survey in one session without interruption.
\* Please keep your browser maximized for the entire survey.
\* While taking the survey, please do not consult any other websites or other electronic or written materials.
\* Please answer all questions on your own without consulting any other person.  \* Please do not guess. If you don't know for any question, please indicate so.

1. I understand and agree to the above instructions
2. I do not understand or do not agree to the above instructions **TERMINATE**

**RANDOMLY ASSIGN RESPONDENT TO ONE OF FOUR CELLS:**
1. **Test Cell 1 - Individual Product Images**
2. **Control Cell 1 - Individual Product Images**
3. **Test Cell 2 - Website Product Images**
4. **Control Cell 2 - Website Product Images**
**(2 test cells, 2 control cells)**

**ASK ALL RESPONDENTS**

The following are six images of blenders currently available for purchase. Please review these images as if you were considering the purchase of these items either in store or online. You are required to view all six images before proceeding in the survey, and you are required to spend at least five seconds looking at each image. Please take as much time as you want to view these images.

**SHOW IN RANDOM ORDER THE SIX IMAGES THAT CORRESPOND TO THE CELL ASSIGNMENT, ONE PER PAGE. REQUIRE A 5-SECOND WAIT BEFORE MOVING ON TO THE NEXT IMAGE.**

**ABOVE EACH IMAGE**
*Use the zoom-in feature on the device you are using if you would like to enlarge the image.*

**BELOW EACH IMAGE:**
**Q101:** Can you see the image clearly?
  1. Yes
  2. No **[TERMINATE]**

**ASK ALL RESPONDENTS, RANDOMIZE ROWS 1&2**
Below is the same set of six product images. Use the zoom-in feature on the device you are using if you would like to enlarge the image.

**SHOW GRID OF THE SIX PREVIOUS IMAGES, IN RANDOM ORDER**

**Q103.** Do you think that each of these products is from a separate company, or do you think that two or more are from the same company or are affiliated or connected in any way?
  1. I believe that two or more products are from the same company or are affiliated/connected
  2. I believe each product is from a separate company **[SEND TO END OF SURVEY]**
  3. I do not know or have no opinion **[SEND TO END OF SURVEY]**

**ASK RESPONDENTS WHO CHECKED Q103=1**
**Q104.** Which two products do you believe are from the same company or are affiliated or connected?

You may select an image by clicking anywhere on or next to the image you are selecting. Please select only two images.

**SHOW ALL IMAGES ON SCREEN WITH VERTICAL SCROLL, IN RANDOMIZED ORDER, WITH A CHECK BOX NEXT TO EACH IMAGE**
**Respondent checks the boxes next to two of the images (more than two not permitted)**

**ASK RESPONDENTS WHO CHECKED Q102=1**
**Q105.** Why do you say that?
        **OPEN END TEXT BOX**

**ASK RESPONDENTS WHO CHECKED Q102=1, RANDOMIZE ROWS 1-2**
**Q106.** Below are the same set of product images.

**SHOW SAME SIX-IMAGE GRID AS IN Q101 IN RE-RANDOMIZED ORDER**

Besides the products you just mentioned, do you think that any <u>additional products shown in the  images </u>are from the same company or are affiliated or connected in any way?
  1. I believe that there are additional products that are from the same company or are affiliated/connected
  2. I believe that all remaining products are from separate companies **[SEND TO END OF SURVEY]**

4

3.  I do not know or have no opinion **[SEND TO END OF SURVEY]**

**ASK RESPONDENTS WHO CHECKED Q106=1**
**Q107**. Which two products do you believe are from the same company or are affiliated or connected?

You may select an image by clicking anywhere on or next to the image you are selecting. Please select only two images.

**SHOW ALL IMAGES ON SCREEN WITH VERTICAL SCROLL, IN RANDOMIZED ORDER, WITH A CHECK BOX NEXT TO EACH IMAGE**
**Respondent checks the boxes next to two of the images (more than two not permitted)**

**ASK RESPONDENTS WHO CHECKED Q106=1**
**Q108.** Why do you say that?
  **OPEN END TEXT BOX**

**ASK RESPONDENTS WHO CHECKED Q106=1, RANDOMIZE ROWS 1-2**
**Q109.** Below are the same set of product images.

**SHOW SAME SIX-IMAGE GRID IN RE-RANDOMIZED ORDER**

Besides the products you just mentioned, do you think that any <u>additional products shown in the images</u> are from the same company or are affiliated or connected in any way?
  1.  I believe that there are additional products that are from the same company or are affiliated/connected
  2.  I believe that all remaining products are from separate companies **[SEND TO END OF SURVEY]**
  3.  I do not know or have no opinion **[SEND TO END OF SURVEY]**

**ASK RESPONDENTS WHO CHECKED Q109=1**
**Q110.** Which two products do you believe are from the same company or are affiliated or connected?

You may select an image by clicking anywhere on or next to the image you are selecting. Please select only two images.

**SHOW ALL IMAGES ON SCREEN WITH VERTICAL SCROLL, IN RANDOMIZED ORDER, WITH A CHECK BOX NEXT TO EACH IMAGE**
**Respondent checks the boxes next to two of the images (more than two not permitted)**

**ASK RESPONDENTS WHO CHECKED Q109=1**
**Q111.** Why do you say that?
  **OPEN END TEXT BOX**

**END OF SURVEY**

5

**EXHIBIT C**



     





**<u>EXHIBIT D</u>**

APPENDIX D - Survey Screenshots

Q1:



Q2:

Q3:



Q4:

Do you or does anyone in your household work in the following
industries? Select all that apply.

☐ In market research

☐ For a supplier, retailer, vendor, or sales representative of kitchen appliances

☐ In advertising

☐ None of the above

→

APPENDIX D - Survey Screenshots

Q5:

Within the past 12 months, have you purchased any of the
following types of products? Select all that apply.

☐ Electric kettles

☐ Microwaves

☐ Coffee makers

☐ Air fryers

☐ Cake mixers

☐ Blenders

☐ None of the above

→

Q5A:

In the prior question, you mentioned that you have purchased
blenders within the last 12 months. Where have you purchased
these products? Select all that apply

☐ From an online retailer

☐ In a physical store

☐ None of the above

→

3

Q6:

Within the next 12 months, are you likely to purchase any of the
following types of products? Select all that apply.

☐ Air fryers

☐ Microwaves

☐ Electric kettles

☐ Coffee makers

☐ Cake mixers

☐ Blenders

☐ None of the above

→

Q6A:

In the prior question, you mentioned that you are likely to
purchase the following types of products in the next 12 months.
Where do you intend to purchase these products? Select all that
apply.

☐ From an online retailer

☐ In a physical store

☐ None of the above

→

4

Q7:

In a prior question, you mentioned that you have purchased a
blender in the past 12 months or are likely to purchase a blender
in the next 12 months. Which type of blender best describes the
blender(s) that you have purchased or are likely to purchase?
Select all that apply.

☐ Portable blender

☐ Countertop blender

☐ Other/not sure

→

Q8:

For quality assurance, please type the word "west" in the blank
next to the "Other" box below and then click to continue.

○ Strongly agree

○ Agree

○ Neutral

○ Disagree

○ Strongly disagree

○ Other

→

Q9:



Q10:

You have qualified to take this survey. Before continuing, please
carefully read these instructions:

* Please take the survey in one session without interruption.
* Please keep your browser maximized for the entire survey.
* While taking the survey, please do not consult any other
websites or other electronic or written materials.
* Please answer all questions on your own without consulting any
other person.
* Please do not guess. If you don't know for any question, please
indicate so.

○ I understand and agree to the above instructions

○ I do not understand or do not agree to the above instructions

→

APPENDIX D - Survey Screenshots

**For cells #1 and #2:**

Q100:

> The following are six images of blenders currently available for purchase. Please review these images as if you were considering the purchase of these items either in store or online. You are required to view all six images before proceeding in the survey, and you are required to spend at least five seconds looking at each image. Please take as much time as you want to view these images.
>
> →

(Q101.1-101.6 are presented in random order)

Q101.1 – Test cell only

*Use the zoom-in feature on the device you are using if you would like to enlarge the image.*



Can you see the image clearly?

○ Yes

○ No

○ Don't know/not sure

→

Q101.1 – Control cell only

*Use the zoom-in feature on the device you are using if you would like to enlarge the image.*





Can you see the image clearly?

○ Yes

○ No

○ Don't know/not sure

9

Q101.2:

*Use the zoom-in feature on the device you are using if you would like to enlarge the image.*



Can you see the image clearly?

○ Yes

○ No

○ Don't know/not sure

→

Q101.3:

*Use the zoom-in feature on the device you are using if you would like to enlarge the image.*





Can you see the image clearly?

○ Yes

○ No

○ Don't know/not sure

→

Q101.4:

*Use the zoom-in feature on the device you are using if you would like to enlarge the image.*





Can you see the image clearly?

○ Yes

○ No

○ Don't know/not sure

→

Q101.5:

*Use the zoom-in feature on the device you are using if you would like to enlarge the image.*





Can you see the image clearly?

○ Yes

○ No

○ Don't know/not sure

→

Q101.6:

*Use the zoom-in feature on the device you are using if you would like to enlarge the image.*



Can you see the image clearly?

◯ Yes

◯ No

◯ Don't know/not sure

→

Q103:

Below is the same set of six product images. Use the zoom-in feature on the device you are using if you would like to enlarge the image.









15

Do you think that each of these products is from a separate company, or do you think
that two or more are from the same company or are affiliated or connected in any way?

○ I believe each product is from a separate company

○ I believe that two or more products are from the same company or are affiliated/connected

○ I do not know or have no opinion

→

Q104:

Which products do you believe are from the same company or
are affiliated or connected?

You may select an image by clicking anywhere on or next to the
image you are selecting. Please select only two images.









Q105:

Why do you say that?

Q106:

Below is the same set of six product images. Use the zoom-in feature on the device you are using if you would like to enlarge the image.



Besides the products you just mentioned, do you think that any <u>additional products shown in the images</u> are from the same company or are affiliated or connected in any way?

○ I believe that there are additional products that are from the same company or are affiliated/connected

○ I believe that all remaining products are from separate companies

○ I do not know or have no opinion

Q107:

Which products do you believe are from the same company or are affiliated or connected?

You may select an image by clicking anywhere on or next to the image you are selecting. Please select only two images.











□



□

→

Q108:

Why do you say that?

→

Q109:

Below is the same set of six product images. Use the zoom-in feature on the device you are using if you would like to enlarge the image.



Besides the products you just mentioned, do you think that any <u>additional products shown in the images</u> are from the same company or are affiliated or connected in any way?

○ I believe that there are additional products that are from the same company or are affiliated/connected

○ I believe that all remaining products are from separate companies

○ I do not know or have no opinion

Q110:

Which products do you believe are from the same company or are affiliated or connected?

You may select an image by clicking anywhere on or next to the image you are selecting. Please select only two images.











Q111:



26

**For cells #3 and #4:**

Q100:

The following are six images of blenders currently available for
purchase. Please review these images as if you were considering
the purchase of these items either in store or online. You are
required to view all six images before proceeding in the survey,
and you are required to spend at least five seconds looking at
each image. Please take as much time as you want to view these
images.



(Q101.1-101.6 are presented in random order)

Q101.1 – Test cell only



Q101.1 – Control cell only



Q101.2:





Q101.3:

*Use the zoom-in feature on the device you are using if you would like to enlarge the image.*



Can you see the image clearly?

○ Yes

○ No

○ Don't know/not sure

→

Q101.4:



Q101.5:

*Use the zoom-in feature on the device you are using if you would like to enlarge the image.*



## Can you see the image clearly?

◯ Yes

◯ No

◯ Don't know/not sure

→

33

Q101.6:

*Use the zoom-in feature on the device you are using if you would like to enlarge the image.*





Q103:

Below is the same set of six product images. Use the zoom-in feature on the device you are using if you would like to enlarge the image.









Besides the products you just mentioned, do you think that any <u>additional products shown in the images</u> are from the same company or are affiliated or connected in any way?

○ I believe that there are additional products that are from the same company or are affiliated/connected

○ I believe that all remaining products are from separate companies

○ I do not know or have no opinion

→

Q104:

Which products do you believe are from the same company or are affiliated or connected?

You may select an image by clicking anywhere on or next to the image you are selecting. Please select only two images.



36









**EXHIBIT F**

APPENDIX F - Marketplace Proximity



| target blenders | | |

Shopping  Images  Maps  News  Videos  Books  Flights  Finance

All filters ▾

On sale  📍 Nearby  Hamilton Beach  Oster  Ninja  Cuisinart  Vitamix  Single Serve  Cordle

About 8,250,000 results (0.44 seconds)

**Sponsored** ⋮



**Vitamix A3500 Ascent Series...**
**$649.95**
Vitamix
(3k+)
White · Silver · 5 speeds · Blende...



**Vitamix E310 Explorian...**
**$349.95**
Vitamix
(3k+)
48-oz · Red · Blender ·...



**Vitamix E310 Explorian...**
**$349.95**
Vitamix
(3k+)
48-oz · Black · 1,400 watts · 10...



**Vitamix A3500 Ascent Series...**
**$649.95**
Vitamix
(3k+)
8-oz, 20-oz, 64-oz, 72-oz · Brushed...



**Vitamix E310 Explorian...**
**$349.95**
Vitamix
(3k+)
48-oz · Slate · 10 speeds · Blender



**Salton Red Power Blende...**
**$149.99**
RC Willey
(214)
Red · 1,500 watts · 2 speeds ·...



**CRUXGG KING 3.5HP Blende...**
**$249.95**
Williams-Son...
Free shipping
64-oz · Black · 1,600 watts · 10...

**BlendTec Professional...**
**$799.99**
Target
(233)
90-oz · Black · 1,800 watts · 11...


Target
https://www.target.com › ... › Kitchen Appliances  ⋮

**Blenders**
Find professional and hand **blenders** at Target. Discover top brands like Ninja,
Vitamix, Nutribullet, KitchenAid, and Oster. Enjoy free shipping on orders ...
Countertop Blender · Sale · Blenders : Blenders


Target
https://www.target.com › Kitchen & Dining  ⋮

**Blender**
Shop Target for **blender** you will love at great low prices. Choose from Same
Day Delivery, Drive Up or Order Pickup plus free shipping on orders $35+.
Free delivery over $35 · Free 90-day returns


Target
https://www.target.com › Kitchen & Dining  ⋮

**Blenders Sale**
Shop Target for **blenders** sale you will love at great low prices. Choose from Same Day Delivery,
Drive Up or Order Pickup plus free shipping on orders $35+.
Free delivery over $35 · Free 90-day returns


Target
https://www.target.com › ... › Kitchen Appliances  ⋮

**Blenders**
Find professional and hand **blenders** at Target. Discover top brands like Ninja,
Vitamix, Nutribullet, KitchenAid, and Oster. Enjoy free shipping on orders ...
Free delivery over $35 · Free 90-day returns


    

Ninja Professional
Blender 1000
**$99.99**
Target, 10+ stores
⚲ 14 mi · In stock
4.6          (3k+)

SALE

NutriBullet
**$69.99**
Target, 10+ stores
⚲ 13 mi · In stock
4.5          (9k+)

Oster Easy-to-Use
5 Speed Blender
**$29.99**
Target, 5+ stores
⚲ 25 mi · In stock
4.0          (143)

Vitamix E310
**$349.99**
Target, 10+ stores
⚲ 13 mi · In stock
4.6          (3k+)

BlendJet 2
**$44.99** $50
Target, 10+ stores
⚲ 13 mi · In stock
4.8          (9k+)

Ninja Fit
**$69.99**
Target, 10+ stores
⚲ 13 mi · In stock
4.5          (554)

Oster Easy-to-
Clean Blender wit…
**$39.99**
Target, 3+ stores
⚲ 13 mi · In stock
4.0          (257)

Oster Blender
MyBlend Plus
**$24.99**
Target, 5+ stores
⚲ 13 mi · In stock
3.7          (234)

## People also ask ⋮

Which type of blender is best?

What is the difference between a blender and a high speed blender?

What is the difference between a portable blender and a normal blender?

What are the three types of blenders?

Feedback

Ninja Foodi Power
Blender Ultimate…
**$239.99**
Target, 10+ stores
⚲ 13 mi · In stock
4.7          (520)

Hamilton Beach
Single-Serve
**$21.99**
Target, 10+ stores
4.1          (2k+)

NutriBullet PRO
1000
**$79.99**
Target, 10+ stores
4.4          (944)

Oster One Touch
Blender
**$49.99**
Target, 1+ stores
⚲ 16 mi · In stock
4.4          (114)

SALE

Google

$99.99                $149.99 $200        $89.99            $19.99
Target, 10+ stores    Target, 4+ stores  Target, 5+ stores Target, 5+ stores
📍 13 mi · In stock   📍 16 mi · In stock 📍 13 mi · In stock 📍 13 mi · In stock
4.7          (890)    4.2          (264) 4.5          (263) 4.1          (1k+)

▶️ YouTube
https://www.youtube.com › Korin Sutton Vegan Live Fit

**Least To Favorite Blenders In Target! - YouTube**

Here are My LEAST 2 Favorite **Blenders** Here in **Target** (& One You NEED to
Get) ❌ You want to stay away from these at all costs.

YouTube · Korin Sutton Vegan Live Fit · Oct 14, 2022                1:01

Hamilton Beach        Magic Bullet        NutriBullet Pro   Magic Bullet
58149                 Kitchen Express     Personal Blender  **$38.99**
**$52.99**            **$69.99**          **$99.99**        Target, 5+ stores
Target, 10+ stores    Target, 10+ stores  Target, 10+ stores 📍 13 mi · In stock
4.2          (661)    📍 Also nearby      📍 13 mi · In stock 3.9          (875)
                      3.9          (243)  4.3          (8k+)

NutriBullet 4         Ninja Nutri Ninja   Pro Blender with  Zwilling Enfinigy
Speed Blender         Blender DUO...      Texture Select... Personal Blender
**$99.99**            **$247.95**         **$99.99**        **$99.95**
Target, 10+ stores    Target, 10+ stores  Target, 10+ stores Target, 10+ stores
📍 16 mi · In stock   4.7          (1k+)  4.4          (74)  4.7          (919)
4.2          (303)

🎯 Target
https://www.target.com › ... › Kitchen Appliances

**Countertop Blender**

Find professional and hand **blenders** at **Target**. Discover top brands like Ninja,
Vitamix, Nutribullet, KitchenAid, and Oster. Enjoy free shipping on orders ...

Free delivery over $35 · Free 90-day returns

🎯 Target
https://www.target.com › ... › Kitchen Appliances

**Sale : Blenders**

Find professional and hand **blenders** at **Target**. Discover top brands like Ninja,
Vitamix, Nutribullet, KitchenAid, and Oster. Enjoy free shipping on orders ...

🎯 Target
https://www.target.com › ... › Kitchen Appliances

**Personal Blender**

Find professional and hand **blenders** at **Target**. Discover top brands like Ninja,
Vitamix, Nutribullet, KitchenAid, and Oster. Enjoy free shipping on orders ...

Free delivery over $35 · Free 90-day returns



 

Blenders : Target

Shop **blenders** at **Target**. Find a wide selection of professional **blenders** and hand **blenders** from top brands like Ninja, Vitamix, Nutribullet, KitchenAid...

Free delivery over $35 · Free 90-day returns

 Target
https://www.target.com › Kitchen & Dining  ⋮

**Shop Blenders**

Shop **Target** for shop **blenders** you will love at great low prices. Choose from Same Day Delivery, Drive Up or Order Pickup plus free shipping on orders...

Free delivery over $35 · Free 90-day returns

### Related searches ⓘ

| | |
|---|---|
| **walmart** blenders | **bed bath and beyond** blenders |
| **amazon** blenders | **best** blenders |
| **best buy** blenders | **best blender at** target |

More results ⌄

Google     albertsons blenders

All    Images    Maps    Shopping    More

Home    Orders    About Google Shopping                                    Sort by: Relevance

South Jordan, UT

**Sponsored · Shop albertsons blenders**

| | | | |
|---|---|---|---|

**Show only**
- Buy on Google
- Available nearby
- On sale

**Price**
- Up to $40
- $40 – $70
- $70 – $150
- Over $150

$ Min — $ Max

**Brand**
- Hamilton Beach
- Oster
- NutriBullet
- Ninja
- KitchenAid
- BLACK+DECKER
- Cuisinart

**Design**
- Countertop Blenders
- Immersion Blenders

**Color**
- Black
- Stainless Steel
- White
- Red
- Silver
- Gray

**Wattage**
- < 200 W
- 200 – 300 W
- 300 – 500 W
- 500 – 700 W
- 700 – 1,000 W
- > 1,000 W

**Number of Speeds**
- 1 – 2

VEVOR Commercial Countertop Blenders 68 oz. Glass Jar Blender...
$69.59
Home Depot
Free shipping

Vitamix Commercial 036019 The Quiet One Countertop Drink Blend...
$1,135.34
KaTom Restaurant Supply
(89)
Free shipping

SALE
Vitamix Explorian 48-oz Variable Speed Blender w/Dry Container ,Red
$289.98  $492.00
QVC
(3,547)
Special offer

BlendJet 2 - Portable Blender - Mint
$49.95
BlendJet
(22,123)
Free shipping

BLENDTEC744059



2 – 5
5 – 10
> 10

Quantity
1 count
2 count

Shipping & returns
Free returns
1-3 day delivery
Free shipping

Discover
Black-owned businesses
Women-owned businesses
Latino-owned businesses

Product rating
4 and up
More

Condition
New items
Used items

Seller
Amazon.com
eBay
JCPenney
Super Arbor
Target
Walmart
Wayfair
More

Ninja Fit Single Serve Blender
4.5    563
Countertop Blender

$49.99
Amazon.com
Free delivery
Top Quality Store · 4.6/5    (2.7K)

Compare prices from 10+ stores

Nutribullet Smart Touch Blender
,Black
4.5    56
Countertop Blender

$116.99 $139.99
Best Buy
Free delivery by Sep 5 & Free 15-day ...
Top Quality Store · 4.7/5    (473)

Compare prices from 10+ stores

KitchenAid K150 Blender with 2
Personal Blender Jars, Size: 48
oz, White
4.5    916
Countertop Blender

$199.95
Crate & Barrel
Free delivery by Thu, Sep 7
Top Quality Store · 4.4/5    (35)

Compare prices from 5+ stores

Nutribullet Pro 1000 Blender
4.4    1,017
Countertop Blender

$79.87
Walmart
Free delivery & Free 90-day returns
Top Quality Store · 4.5/5    (944)

Compare prices from 10+ stores

Ninja - Professional 1000 3-
Speed Blender - Black/Silver
4.6    3,820
Countertop Blender

$99.99
Home Depot
Free delivery
Top Quality Store · 4.3/5    (1K)

Compare prices from 10+ stores

LOW PRICE

Hamilton Beach Power Elite
Multi-function Blender - Black
4.1    748
Variable Speed · Black

$29.99
$10.00 below typical
Super Arbor
Delivery by Thu, Sep 7

Buy now

Compare prices from 20+ stores

BLENDTEC744060



Hamilton Beach Power Elite Blender, Black
5.0    2
Variable Speed

**$44.99**
Wayfair
Free delivery by Tue, Aug 29
Top Quality Store · 4.0/5    (126)

Compare prices from 10+ stores

Hamilton Beach Power Elite Blender, Multi-Function
4.1    748
Variable Speed · Black

**$39.99**
CVS Pharmacy
Free delivery by Fri, Sep 1
Top Quality Store · 4.5/5    (240)

Compare prices from 20+ stores

Vitamix 5200 Standard Blender- Getting Started -Black
4.8    2,796
Variable Speed · Black

**$479.95**
Vitamix
Free delivery by Sep 14 & Free 60-da...
Top Quality Store · 4.5/5    (2K)

Compare prices from 5+ stores

## Top features based on reviews



Easy to clean                    Easy to use

BlendJet - 2 Portable Blender - Black
4.8    22,123
Countertop Blender

**$44.99**
JCPenney
Delivery est. by Sep 11
4.0/5    (136 store reviews)

Compare prices from 20+ stores

Nutribullet 600 W 6-Piece Blender Set, Silver
4.5    18,732
Countertop Blender

**$69.95**
Williams-Sonoma
Free delivery
4.7/5    (30 store reviews)

Compare prices from 10+ stores

Ninja - Professional 1000 3- Speed Blender - Black/Silver
4.6    3,820
Countertop Blender

**$99.99**
Home Depot
Free delivery
4.3/5    (1K store reviews)

Compare prices from 10+ stores

BLENDTEC744061

**LOW PRICE**







| | | |
|---|---|---|
| Oster Precise Blend 200 Blender - Brushed Nickel | Oster Classic Series Blender, Black, 6 cup | Blendtec Total Blender Classic with WildSide+ Jar, Black (Certified |
| 4.3  1,191 | 3.9  473 | 4.8  2,276 |
| Variable Speed | Variable Speed | Countertop Blender |
| **$39.99** | **$68.75** | **$279.99** Refurbished |
| $10.00 below typical | Sears | Verdi.com |
| Hotel Equipment | Free delivery | Free delivery by Fri, Sep 8 |
| Delivery by Mon, Sep 11 | | |
| | | Buy now |
| Compare prices from 10+ stores | Compare prices from 10+ stores | Compare prices from 2 stores |







| | | |
|---|---|---|
| Hamilton Beach Smoothie 10 Speed Blender | Black & Decker PowerCrush Multi-Function Blender | Hamilton Beach Ensemble 40 oz Multi-function Blender - Red/Silver |
| 3.9  460 | 4.5  205 | 4.1  748 |
| Variable Speed · White | Countertop Blender | Variable Speed |
| **$35.99** | **$39.99** | **$69.99** |
| Newegg.com | At Home | Fingerhut |
| Free delivery | Delivery by Thu, Aug 31 · Free 60-day… | $21.99 delivery |
| Top Quality Store · 4.5/5  (502) | | 4.7/5  (store rating) |
| Buy now | | |
| Compare prices from 20+ stores | Compare prices from 10+ stores | Compare prices from 10+ stores |

BLENDTEC744062



High-Performance Countertop
Blender Wolf Gourmet

4.9          54

Black

**$699.95**
Soxy
Free delivery by Sep 7 & Free 30-day ...

Compare prices from 2 stores



Oster Classic Series Blender,
White

4.0          188

Variable Speed

**$44.49**
eBay - kawites0
Free delivery by Tue, Sep 12

Buy now

Compare prices from 10+ stores



Frigidaire Retro Smoothie Maker
- Cream

3.8          53

Countertop Blender

**$34.98**
Sam's Club
Delivery by Sat, Sep 30

Compare prices from 10+ stores



Ninja Professional Plus Blender
with Auto-iQ and 72-Ounce Total
Crushing Pitcher ...

4.7          254

Gray

**$102.24**
Truegether - JasDeals
Free delivery

Compare prices from 10+ stores



Vita Mix Ascent A2500 Blender,
Red

4.7          2,362

Variable Speed · Red

**$1,649.99**
Samstores
$24.99 delivery



Dash Chef Series Deluxe 64 oz
Blender with Stainless Steel
Blades

4.7          15

Stainless Steel

**$279.99**
Dash
Free delivery

Top Quality Store

Compare prices from 5+ stores

BLENDTEC744063




Oster Pro 500 Blender, Brushed Nickel

4.5      943

Variable Speed

**$89.99**

Blain's Farm & Fleet

$7.99 delivery

   Top Quality Store · 4.8/5

Compare prices from 20+ stores

---

Nostalgia Clrb3pcaq Classic Retro Blender, Aqua

5.0      6

Aqua

**$49.99**

Home Depot

Free delivery

   Top Quality Store · 4.3/5    (1K)

Compare prices from 5+ stores

---

PowerXL Boost Blender Plus 4 Speed 800 Watts Glass Jar - Black - 48 oz

3.9      31

Variable Speed

**$49.97**

DHgate online store

Free delivery

Compare prices from 10+ stores

---





Oster Easy-to-Use 5 Speed Blender - Black

3.9      153

Variable Speed · Black

**$20.99** Used

Secondipity

Free delivery

Compare prices from 5+ stores

---

Calphalon Precision Control 1.5L Blender

4.2      35

Variable Speed

**$91.99**

Super.com

Free delivery by Thu, Sep 7

   Top Quality Store · 4.6/5    (102)

Compare prices from 5+ stores

---

Black+decker BL1400DG-P Quiet Blender with Cyclone Glass Jar

4.0      553

Variable Speed · Black

**$52.00**

Newegg.com - Yuen Yee Hang's Mar...

Free delivery

Buy now

Compare prices from 10+ stores

BLENDTEC744064





Beautiful High Performance Touchscreen Blender White Icing by Drew Barrymore

3.0    290

White Icing

**$75.23**

Bonanza · LiAnna's

Free delivery

Compare prices from 10+ stores

Mainstays 6 Speed Blender with 48 Ounce Jar,1.5L Jar, Black

3.8    721

Variable Speed · Black

**$19.99**

eBay

Free delivery

Buy now

Compare prices from 5+ stores

Hamilton Beach Smoothie Blender with 2 Travel Jars and Lids, White

4.4    95

Countertop Blender

**$27.28**

Wayfair

Delivery by Tue, Aug 29

Top Quality Store · 4.0/5    (126)

Compare prices from 5+ stores





Oster Classic Series 5-Speed Blender - White BLSTCP

4.6    48

Variable Speed

**$25.59**

Discount Bandit - Home Accents

Free delivery

Compare prices from 3 stores

Oster Myblend Plus Personal Blender

3.7    244

Countertop Blender

**$14.99**

Smith's

16.3 mi · In stock

Compare prices from 5+ stores

Oster 6 Cup Blender Easy to Clean Smoothie Blender in Black

3.3    301

Variable Speed · Black

**$38.87**

DHgate online store

Free delivery

Compare prices from 10+ stores

BLENDTEC744065







Ninja Blast Portable Blender

4.6       149

Countertop Blender

Oster Simple Blend 100 6706 Blender - white

4.2       1,859

Variable Speed · White

Ninja Bn750eu Glass Blender Grey One Size / EU Plug

4.7       813

Black / Silver

**$59.99**

Target

Free delivery & Free 90-day returns

Top Quality Store · 4.5/5    (650)

Buy now

**$36.99**

$14.00 below typical

Nuthouse Hardware

Delivery by Fri, Sep 1

**$175.08**

Grooves-Inc.com

Free delivery by Tue, Sep 12

4.4/5    (94 store reviews)

Compare prices from 5+ stores

Compare prices from 10+ stores

Compare prices from 2 stores







Cuisinart CBT-1500 Hurricane 2.25 Peak HP Blender

4.2       83

Countertop Blender

West Bend Blender Retro-styled 3 Speeds with 48 oz Glass Blending Jar - Blue

4.8       28

Variable Speed

Blendtec Total Classic Original Blender with Four Side Jar - Black

4.8       2,276

Variable Speed · Black

**$199.99**

McGuckin Hardware

Delivery by Wed, Sep 6

**$47.99**

Amazon.com

Free delivery

Top Quality Store · 4.6/5    (2.7K)

**$399.95**

Blendtec

Free delivery by Thu, Sep 7

Buy now

Compare prices from 10+ stores

Compare prices from 3 stores

Compare prices from 10+ stores

BLENDTEC744066



Instant Pot Ace 60 Blender 220-240 Volts Not for USA
3.9          679

$308.94
Samstores
$35.99 delivery

Bella 12-Piece Rocket Blender, Chrome
4.1          2,190
Countertop Blender

$45.00
Poshmark
Delivery by Tue, Sep 5

Compare prices from 10+ stores

KitchenAid 5 Speed Blender - Empire Red
4.3          1,192
Variable Speed

$149.99
Yame
Delivery by Mon, Sep 11

Buy now

Hamilton Beach Wave-Action Blender, Red
3.7          345
Variable Speed · Clear

$30.23
AliExpress.com
Free delivery

Compare prices from 10+ stores

Hamilton Beach 51182 Blend Now Portable Cordless Blender
4.3          52
Countertop Blender

$29.99
Zulily
$7.99 delivery

Compare prices from 5+ stores

Dash Quest Countertop Blender 1.5L with Stainless Steel Blades for Coffee Drinks
4.5          10
Variable Speed

$79.99
Dash
Free delivery
Top Quality Store

Compare prices from 5+ stores

Deals related to your search

BLENDTEC744067

**5% OFF**

**SALE**



Ninja - Professional 1000 3-Speed Blender - Black/Silver

4.6        3,820

**$79.99**
Discount shown at checkout
BabyLuck Retail Shop
Free delivery by Thu, Aug 31

Nutribullet Personal 24 oz. Countertop Blender

4.5        18,732

**$59.99**  $69.99
Target
Free delivery

Hamilton Beach 14 oz Single Serve Blender with Travel Lid, Black

4.1        2,998

**$22.92**
Save $5 Off $50 Or More. Apply 5off
Shell Lumber and Hardware
Delivery by Thu, Aug 31

**SALE**



**SALE**



Oster 8-Speed Classic Series Blender

4.5        1,002

**$36.70**
Save $5 Off $50 Or More. Apply 5off
Shell Lumber and Hardware
Delivery by Thu, Aug 31

Nutribullet – Pro 32 oz. Personal Blender - Matte White

4.3        8,620

**$70.00**  · Was $94.99
eBay - sunzhiwei66
Free delivery

BlendJet One Plus Portable Blender Black

4.8        3,428

**$19.00**  · Was $27.00
eBay - jcot9929
Delivery by Tue, Sep 5

Filter by color

     

Stainless Steel        Black        White        Red        Silver        Gray

You might like

BLENDTEC744068





| Countertop Blender | Hamilton Beach | Oster | KitchenAid | Ninja | NutriBullet |

Sponsored · Shop albertsons blenders ⋮



VEVOR Commercial Countertop Blenders, 68 oz....
$148.19
Home Depot
Free shipping

Vitamix Explorian 48-oz Variable Speed Blender...
$289.98
QVC
(3,547)
Special offer

Stay in the loop with Google Shopping
Subscribe to emails to find out when sales and deals happen

1 2 3 4 5 6 7    Next

More options in **Quick settings** (⚙)

BLENDTEC744069

Google    kohl's blenders    ✕  🎤  🔍         ⚙  ⦂⦂⦂  M

‹ All    Images    Maps    Shopping    ⋮ More

Home    Orders    About Google Shopping                         Sort by: Relevance

South Jordan, UT          Sponsored · Shop kohl's blenders  ⋮

**Show only**
☐ Buy on Google
☐ Available nearby
☐ On sale

**Price**
○ Up to $20
○ $20 – $35
○ $35 – $50
○ $50 – $100
○ Over $100

[ $ Min ]  –  [ $ Max ]

**Brand**
☐ Hamilton Beach
☐ Ninja
☐ NutriBullet
☐ Oster
☐ BLACK+DECKER
☐ KitchenAid
☐ Cuisinart

**Design**
☐ Countertop Blenders
☐ Immersion Blenders
☐ Stand Mixers

**Color**
☐ Black
☐ Stainless Steel
☐ Silver
☐ White
☐ Red
☐ Gray

**Wattage**
○ < 180 W
○ 180 – 300 W
○ 300 – 500 W
○ 500 – 700 W
○ 700 – 1,000 W
○ > 1,000 W

Blendtec Professional 800 Blender (90 oz.),...
**$799.99**
Kohl's
(288)
Free shipping

SALE · Pick up today
Ninja Professional Plus Blender DUO with Auto-iQ
**$129.99** $179.99
Kohl's
(2,475)

VEVOR Commercial Countertop Blenders, 68 oz....
**$148.19**
Home Depot
Free shipping

Vitamix Certified Reconditioned Explorian Series |...
**$289.95** Refurbish...
Vitamix
(726)
Free shipping

SALE
Vitamix Explor 48-oz Variable Speed Blender
**$289.98** $492.
QVC
(3,54...
Special offer

https://www.google.com/search?sca_esv=559959589&hl=en&sxsrf=AB5stBiCjCKh9QGxjoqca3GO0EbKKdd5jA:1692983872388&q=kohl%27s+blenders&tbm=s...    1/11

BLENDTEC743718



Number of Speeds
- 1 – 2
- 2 – 5
- 5 – 10
- > 10

Category
- Countertop Blenders
- Personal Blenders
- Immersion Blenders

Quantity
- 1 count
- 2 count

Shipping & returns
- Free returns
- 1-3 day delivery
- Free shipping

Discover
- Black-owned businesses
- Women-owned businesses
- Latino-owned businesses

Product rating
- 4 and up
More

Condition
- New items
- Used items

Seller
- Amazon.com - Seller
- eBay
- JCPenney
- Kohl's
- Mercari
- Super Arbor
- Walmart
More

**BlendJet - 2 Portable Blender - Blush**
4.8    22,123
Countertop Blender

$49.99
Kohl's
Free delivery
4.7/5    (208 store reviews)
Compare prices from 5+ stores

**Kitchenaid Blender, K150**
4.5    916
Countertop Blender

$199.99
Kohl's
Free delivery
4.7/5    (208 store reviews)
Compare prices from 10+ stores

**Ninja Fit Single Serve Blender**
4.5    563
Countertop Blender

$49.99
Amazon.com
Free delivery
Top Quality Store · 4.6/5    (2.7K)
Compare prices from 10+ stores

**Ninja - Professional 1000 3-Speed Blender - Black/Silver**
4.6    3,820
Countertop Blender

$99.99
Home Depot
Free delivery
Top Quality Store · 4.3/5    (1K)
Compare prices from 10+ stores

**KitchenAid K150 3 Speed Ice Crushing Blender with 2 Personal Blender Jars Velvet Blue**
4.5    916
Countertop Blender

$249.99
Walmart - Always-Quality
Free delivery
Compare prices from 2 stores

**Nutribullet Pro 1000 Blender**
4.4    1,017
Countertop Blender

$79.87
Wayfair
Free delivery by Tue, Aug 29
Top Quality Store · 4.0/5    (126)
Compare prices from 10+ stores

BLENDTEC743719



BLACK+DECKER PowerCrush Digital Quiet Blender - Silver

4.1      801

Countertop Blender

**$63.99**

Kohl's

Free delivery

4.7/5   (208 store reviews)

Compare prices from 10+ stores

Hamilton Beach Power Elite Blender, Black

5.0      2

Variable Speed

**$44.99**

JCPenney

Delivery est. by Sep 11

Top Quality Store · 4.0/5   (136)

Compare prices from 10+ stores

LOW PRICE

Hamilton Beach Power Elite Multi-function Blender – Black

4.1      748

Variable Speed · Black

**$29.99**

$10.00 below typical

Super Arbor

Delivery by Thu, Sep 7

Buy now

Compare prices from 20+ stores

## Top features based on reviews

Easy to clean        Easy to use



BlendJet - 2 Portable Blender - Blush

4.8      22,123

Countertop Blender

**$49.99**

Kohl's

Free delivery

4.7/5   (208 store reviews)

Compare prices from 5+ stores

SALE

Ninja Professional Plus Kitchen System

4.6      2,293

Countertop Blender

**$199.99**  $229.99

Kohl's

Free delivery

4.7/5   (208 store reviews)

Compare prices from 20+ stores

Ninja - Professional 1000 3-Speed Blender - Black/Silver

4.6      3,820

Countertop Blender

**$99.99**

Home Depot

Free delivery

4.3/5   (1K store reviews)

Compare prices from 10+ stores

BLENDTEC743720

**SALE** 





Ninja Professional Blender 1000 with Auto-iQ

4.6     3,820

Variable Speed · Black

**$102.99** · Was $139.99

Fresh Sents

Free delivery by Wed, Aug 30

Compare prices from 10+ stores

Ninja Professional Plus Blender Duo

4.8     2,475

Countertop Blender

**$129.99** $179.99

Kohl's

Free delivery

4.7/5    (208 store reviews)

Compare prices from 10+ stores

Hamilton Beach Ensemble 40 oz Multi-function Blender - Red/Silver

4.1     748

Variable Speed

**$69.99**

Fingerhut

$21.99 delivery

4.7/5    (store rating)

Compare prices from 10+ stores







BlendJet 2 Blender Jar XL

5.0     1,557

Countertop Blender

**$29.99**

Kohl's

$8.95 delivery

4.7/5    (208 store reviews)

Compare prices from 4 stores

Elite Cuisine 17-Piece Personal Drink Blender - Black

3.8     512

Countertop Blender

**$31.99**

Kohl's

$8.95 delivery

4.7/5    (208 store reviews)

Compare prices from 10+ stores

Magic Bullet Kitchen Express

4.0     246

Countertop Blender

**$109.99**

Montgomery Ward

$30.98 delivery

Compare prices from 10+ stores

BLENDTEC743721



Ninja - Blast 18 oz. Portable
Blender - Black
4.7        210
Countertop Blender

**$69.99**
Kohl's
Free delivery
4.7/5    (208 store reviews)

Compare prices from 5+ stores



Toastmaster Mini Personal
Blender
4.4        29
Countertop Blender

**$12.79**
Kohl's
$8.95 delivery
4.7/5    (208 store reviews)

Compare prices from 10+ stores



KitchenAid K400 Blender with
Tamper - Contour Silver
4.5        1,201
Variable Speed

**$299.99**
Kohl's
Free delivery
4.7/5    (208 store reviews)

Compare prices from 10+ stores



Hamilton Beach Power Elite
Multi-Function Blender, 700
Watts, 40 oz, Red, Model ...
4.2        4
Red

**$49.99**
Kohl's
Free delivery
4.7/5    (208 store reviews)

Compare prices from 4 stores

**LOW PRICE**



Toastmaster Immersion Blender,
Black
4.8        24
Variable Speed

**$12.79**
$3.20 below typical
Kohl's
$8.95 delivery
4.7/5    (208 store reviews)

Compare prices from 10+ stores

**SALE**



PowerXL Boost Blender Plus 4
Speed 800 Watts Glass Jar -
Black - 48 oz
3.9        31
Variable Speed

**$69.99**  $79.99
Kohl's
Free delivery
4.7/5    (208 store reviews)

Compare prices from 10+ stores

BLENDTEC743722



BlendJet - 2 Portable Blender - Galaxy Metallic

4.8          4,322

Countertop Blender

**$69.99**

Kohl's

Free delivery

4.7/5    (208 store reviews)

Compare prices from 4 stores



NutriBullet NBF50400 Blender - 1200W - 2 qt - Dark Gray

4.2          315

Variable Speed

**$109.99**

HSN

$12.22 delivery

  Top Quality Store · 4.5/5    (197)

Compare prices from 10+ stores

Vitamix One Blender

4.3          208

Countertop Blender

**$249.95**

Vitamix

Free delivery by Sep 14 & Free 60-da...

  Top Quality Store · 4.5/5    (2K)

Compare prices from 10+ stores



**SALE**

Cuisinart - Hurricane 2.25 Peak Horsepower Blender

3.9          39

Variable Speed

**$229.99** $349.99

Kohl's

Free delivery

4.7/5    (208 store reviews)

Compare prices from 10+ stores



Nostalgia Clrb3pcaq Classic Retro Blender, Aqua

5.0          6

Aqua

**$49.99**

$30 off $60, First Order. Apply NEWQVC30

QVC

$5.50 delivery

  Top Quality Store · 4.6/5    (1.6K)

Compare prices from 5+ stores



Calphalon Precision Control 1.5L Blender

4.2          35

Variable Speed

**$91.99**

Super.com

Free delivery by Thu, Sep 7

  Top Quality Store · 4.6/5    (102)

Compare prices from 5+ stores

BLENDTEC743723



**Hamilton Beach Wave Crusher Blender - Black**
3.8          109
Stainless Steel

**$64.00**
ModeSens
$35.00 delivery

Compare prices from 5+ stores



**Frigidaire Retro Smoothie Maker - Cream**
3.8          53
Countertop Blender

**$34.98**
Sam's Club
Delivery by Sat, Sep 30

Compare prices from 10+ stores



LOW PRICE

**Magic Bullet Personal Blender, 3-Piece Set, Black**
4.6          403
Countertop Blender

**$19.99**
30-day low        ⊙
Big Lots
8.3 mi · In stock · Curbside

Compare prices from 10+ stores



LOW PRICE

**Hamilton Beach Smoothie Smart Blender, Black**
4.3          180
Variable Speed · Black

**$35.74**
$19.25 below typical
totalhill.com
Delivery by Tue, Sep 5

Compare prices from 10+ stores



**Braun - Triforce Power Blender - Black**
4.7          175
Variable Speed

**$249.95**
Crate & Barrel
Free delivery by Thu, Sep 7
    Top Quality Store · 4.4/5 · (35)

Compare prices from 10+ stores



**Black & Decker Blender Glass White**
3.8          173
Countertop Blender

**$69.99**
Sama Department Store
Google Guarantee · Free 30-day retur...

Compare prices from 5+ stores

BLENDTEC743724







Cuisinart BFP-650 Velocity Ultra Trio Blender/Food Processor

4.2        419

Single Serve · Aluminum

**$151.00**  $158.95

Bed Bath & Beyond

Free delivery

Top Quality Store · 4.2/5    (68)

Buy now

Compare prices from 10+ stores

Oster Pro 1200 Blender Plus Smoothie Cup Brushed Nickel

4.2        871

Variable Speed · Black

**$60.53**

$24.46 below typical

Ventalio

Free delivery by Sep 7 & Free 60-day ...

Compare prices from 10+ stores

Mainstays Single Serve Blender - Black - 16 oz

3.8        821

Countertop Blender

**$40.00**

Mercari

Free delivery

Compare prices from 10+ stores







Mainstays 6 Speed Blender with Jar - Soft Silver - 1.5 L

3.8        721

Variable Speed · Silver

**$19.69**

eBay

Free delivery by Tue, Sep 12

Buy now

Compare prices from 5+ stores

Dash Quest Countertop Blender 1.5L with Stainless Steel Blades for Coffee Drinks

4.5        10

Variable Speed

**$79.99**

Dash

Free delivery

Top Quality Store

Compare prices from 5+ stores

High-Performance Countertop Blender Wolf Gourmet

4.9        54

Black

**$699.95**

Soxy

Free delivery by Sep 7 & Free 30-day ...

Compare prices from 2 stores

BLENDTEC743725





Kenmore Elite 1.3 HP 64 oz Blender with Single-Serve Blending Cup

5.0   2

Countertop Blender

**$191.99**

Kohl's

Free delivery

4.7/5   (208 store reviews)

Compare prices from 5+ stores

Hamilton Beach Smoothie Blender with 2 Travel Jars and Lids, White

4.4   95

Countertop Blender

**$34.99** $41.49

Apply GET5OFF

electroeshop.com

Free delivery

Compare prices from 5+ stores

Hamilton Beach Wave Action Blender, 48 oz. Capacity, Black, 53521

4.2   532

Black

**$37.53**

DHgate online store

Free delivery

Compare prices from 10+ stores







Dash Chef Series Deluxe 64 oz Blender with Stainless Steel Blades

4.7   15

Stainless Steel

**$279.99**

Kohl's

Free delivery

4.7/5   (208 store reviews)

Compare prices from 5+ stores

Kuvings Premium Dual-Power Blender, Grey

Variable Speed · Gray

**$399.99** $699.99

Kohl's

Free delivery

4.7/5   (208 store reviews)

Hamilton Beach 51182 Blend Now Portable Cordless Blender

4.3   52

Countertop Blender

**$29.99**

Zulily

$7.99 delivery

Compare prices from 5+ stores

## Deals related to your search

BLENDTEC743726



**SALE**

Zwilling - Enfinigy Personal
Blender (Black)
4.7          935

**$47.00** $50.00
Mercari
$10.99 delivery

Ninja - Professional 1000 3-
Speed Blender - Black/Silver
4.6          3,820

**$79.99**
Discount shown at checkout
BabyLuck Retail Shop
Free delivery by Thu, Aug 31

**SALE**

Nutribullet Personal 24 oz.
Countertop Blender
4.5          18,732

**$59.99** $69.99
Target
Free delivery

**SALE**

Euro Cuisine Mini Mixx Personal
Blender Red
3.0          8

**$31.99** $39.99
Kohl's
$8.95 delivery

**SALE**

Hamilton Beach Blend Now
Portable Cordless Blender - Black
4.3          52

**$23.99** $32.99
Home Depot
Free delivery



Hamilton Beach 14 oz Single
Serve Blender with Travel Lid,
Black
4.1          2,998

**$22.92**
Save $5 Off $50 Or More. Apply 5off
Shell Lumber and Hardware
Delivery by Thu, Aug 31

View more

Filter by color



Stainless Steel      Black      White      Silver      Red      Gray

Filter by brand

BLENDTEC743727





| Hamilton Beach | Ninja | KitchenAid | Oster | NutriBullet | Cuisinart |

Sponsored · Shop kohl's blenders :



**Blendtec Professional-Grade Total Blender (75...**
$379.99
Kohl's
(2,276)
Free shipping

**Ninja Professional Plus Blender with Auto-iQ**
$109.99  $139.99
Kohl's
(2,229)

**Vitamix Certified Reconditioned Explorian Series |...**
$289.95 Refurbish...
Vitamix
(726)
Free shipping

**VEVOR Commercial Countertop Blenders 68 oz....**
$69.59
Home Depot
Free shipping

**Vitamix Explor 48-oz Variable Speed Blender**
$289.98
QVC
Free shipping
Special offer


Pick up today

Sponsored

Kohl's
www.kohls.com :

**Kohls Blenders - Browse Our Great Selection**

Find Affordable **Blenders** Today at Low Prices. Shop **Kohl's**® and Start Saving! at **Kohl's**®. Hassle-Free Returns. Enjoy Your Favorite...

Rating for kohls.com: 4.7 · 208 reviews · Average delivery time: 1–3 days

Save More With Clearance · Back To School · 20% Off Friends & Family · Get Kohl's Cash

1  2  3  4  5  6  7    Next

More options in **Quick settings** (⚙)

BLENDTEC743728



BLENDTEC744123



Number of Speeds
○ 1 – 2
○ 2 – 3
○ 3 – 4
○ 4 – 6
○ 6 – 10
○ > 10

Category
○ Countertop Blenders
○ Personal Blenders
○ Immersion Blenders

Quantity
○ 1 count
○ 2 count

Shipping & returns
☐ Free returns
☐ 1-3 day delivery
☐ Free shipping

Discover
☐ Black-owned businesses
☐ Women-owned businesses
☐ Veteran-owned businesses
☐ Latino-owned businesses

Product rating
○                    4 and up
       More

Condition
☐ New items
☐ Used items

Seller
☐ Amazon.com - Seller
☐ eBay
☐ JCPenney
☐ Macy's
☐ Super Arbor
☐ Walmart
☐ Wayfair
       More

GREAT PICK

Ninja - Professional 1000 3-Speed Blender - Black/Silver
4.6          3,820
Countertop Blender

$99.95
Macy's
Free delivery by Sep 6 & Free 30-day ...
4.4/5    (276 store reviews)

Compare prices from 10+ stores

BlendJet - 2 Portable Blender - Blush
4.8          22,123
Countertop Blender

$49.95
BlendJet
Free delivery by Tue, Aug 29

Buy now

Compare prices from 5+ stores

Hamilton Beach Ensemble 40 oz Multi-function Blender - Red/Silver
4.1          748
Variable Speed

$39.99
$8.23 below typical
CVS Pharmacy
Free delivery by Fri, Sep 1
   Top Quality Store · 4.5/5    (240)

Compare prices from 10+ stores

Hamilton Beach Power Elite Blender, Black
5.0          2
Variable Speed

$44.99
Wayfair
Free delivery by Tue, Aug 29
   Top Quality Store · 4.0/5    (126)

Compare prices from 10+ stores

Kitchenaid Blender, K150
4.5          916
Countertop Blender

$150.00
eBay
Delivery by Thu, Sep 7

Buy now

Compare prices from 2 stores

Breville BBL620SIL1AUS1 Fresh & Furious 5-speed Food Blender - 110 Volts - Silver
4.4          633
Variable Speed · Green

$199.95
Breville
Free delivery by Sep 5 & Free 30-day ...

Compare prices from 10+ stores

BLENDTEC744124



**Magic Bullet Kitchen Express**

4.0          246

Countertop Blender

**$109.99**
Montgomery Ward
$30.98 delivery

Compare prices from 10+ stores

**Ninja Professional Plus Kitchen System**

4.6          2,293

Countertop Blender

**$219.99**
Apply SUMMER25
Ninja Kitchen USA
Free delivery
3.9/5    (32 store reviews)

Compare prices from 20+ stores

SALE

**Ninja Professional Blender 1000 with Auto-iQ**

4.6          3,820

Variable Speed · Black

**$102.99** · Was $139.99
Fresh Sents
Free delivery by Wed, Aug 30

Compare prices from 10+ stores

## Top features based on reviews

Easy to clean                                        Easy to use



FREE 2-DAY

**BlendJet - 2 Portable Blender - Blush**

4.8          22,123

Countertop Blender

**$49.95**
BlendJet
Free delivery by Tue, Aug 29

Buy now

Compare prices from 5+ stores

**Ninja - Professional 1000 3-Speed Blender - Black/Silver**

4.6          3,820

Countertop Blender

**$99.95**
Macy's
Free delivery by Sep 6 & Free 30-day ...
4.4/5    (276 store reviews)

Compare prices from 10+ stores

**Ninja Black Mega Kitchen System Blender**

4.7          8,766

Single Serve · Black

**$179.99**
Dillard's
Free delivery by Thu, Aug 31
4.6/5    (150 store reviews)

Compare prices from 10+ stores

BLENDTEC744125







Wolf Gourmet High-Performance Blender, Red Knob

4.9        54

Countertop Blender

**$699.95**
Bloomingdale's
Free delivery & Free 90-day returns
    Top Quality Store · 4.8/5    (52)

Compare prices from 10+ stores

Haden Heritage 56oz 5-Speed Retro Blender with Glass Jar - Turquoise

4.3        71

Countertop Blender

**$79.99**
Hadenusa
Free delivery by Fri, Sep 8

Buy now

Compare prices from 10+ stores

Hamilton Beach Brands58149 2-Speed Blender/Chopper-Stainless Steel, Silver

4.2        697

Variable Speed

**$59.99**
Fingerhut
$21.99 delivery
4.7/5    (store rating)

Compare prices from 10+ stores







Elite Cuisine 17-Piece Personal Drink Blender - Black

3.8        512

Countertop Blender

**$32.99**
$30 off $60, First Order. Apply NEWQVC30
QVC
$5.50 delivery
    Top Quality Store · 4.6/5    (1.6K)

Compare prices from 10+ stores

Black & Decker PowerCrush Multi-Function Blender

4.5        205

Countertop Blender

**$39.99**
At Home
Delivery by Thu, Aug 31 · Free 60-day...

Compare prices from 10+ stores

Ninja SS351 Foodi Power Blender & Processor System

4.6        1,103

Variable Speed · Silver

**$205.69**
Office Depot
Free delivery
4.5/5    (35 store reviews)

Compare prices from 10+ stores

BLENDTEC744126



High-Performance Countertop
Blender Wolf Gourmet

4.9          54

Black

**$699.95**

Soxy

Free delivery by Sep 7 & Free 30-day ...

Compare prices from 2 stores



Hamilton Beach Power Elite
Multi-Function Blender (58146)

3.9          135

Variable Speed · Black

**$36.49**

WebstaurantStore.com

Delivery by Fri, Sep 1

4.6/5    (17.8K store reviews)

Compare prices from 5+ stores

Vitamix One Blender

4.3          208

Countertop Blender

**$249.95**

Vitamix

Free delivery by Sep 14 & Free 60-da...

Top Quality Store · 4.5/5    (2K)

Compare prices from 10+ stores

Nutribullet Immersion Blender

4.5          153

Variable Speed

**$29.99**

Home Depot

Free delivery

Top Quality Store · 4.3/5    (1K)

Compare prices from 20+ stores



Hamilton Beach Smoothie 10
Speed Blender

3.9          460

Variable Speed · White

**$35.99**

Newegg.com

Free delivery

Top Quality Store · 4.5/5    (502)



Compare prices from 20+ stores

**$10 OFF**

Hamilton Beach Professional
Blender with Programs

4.6          35

Variable Speed

**$269.99**

Apply happychef

Everything Kitchens

Free delivery by Thu, Aug 31

Top Quality Store · 4.8/5    (2.2K)

Compare prices from 10+ stores

BLENDTEC744127



**Nutribullet 500-Watt Blender -
Gloss White**

4.4          92

Stainless Steel

**$49.99**
Boscov's
$9.95 delivery
    Top Quality Store · 4.6/5   (5.1K)

Compare prices from 3 stores



**Beautiful High Performance
Touchscreen Blender White Icing
by Drew Barrymore**

3.0          290

White Icing

**$75.23**
Bonanza - LiAnna's
Free delivery

Compare prices from 10+ stores



LOW PRICE

**Magic Bullet Personal Blender, 3-
Piece Set, Black**

4.6          403

Countertop Blender

**$19.99**
30-day low                    ⊙
Big Lots
8.3 mi · In stock · Curbside

Compare prices from 10+ stores



**Hamilton Beach Stay Or Go
Blender - Black**

4.2          209

Countertop Blender · 8-oz

**$39.99**
HSN
$7.50 delivery
    Top Quality Store  4.5/5   (197)

Compare prices from 20+ stores



**Hamilton Beach Wave Crusher
Blender - Black**

3.8          109

Stainless Steel

**$64.00**
ModeSens
$35.00 delivery

Compare prices from 5+ stores



**Dash Chef Series Deluxe 64 oz
Blender with Stainless Steel
Blades**

4.7          15

Stainless Steel

**$279.99**
Dash
Free delivery
    Top Quality Store

Compare prices from 5+ stores

BLENDTEC744128





Oster Pro 500 Blender, Brushed
Nickel

4.5          943

Variable Speed

**$89.99**

Blain's Farm & Fleet

$7.99 delivery

Top Quality Store · 4.8/5

Compare prices from 20+ stores

Brentwood Appliances JB-330BL
2-Speed Retro Blender with 50-
Ounce Plastic Jar

4.2          39

Countertop Blender

**$38.99**

Michaels Stores

Delivery by Mon, Sep 11 · Free 60-da...

Top Quality Store · 4.6/5    (128)

Compare prices from 10+ stores

Nostalgia Clrb3pcaq Classic
Retro Blender, Aqua

5.0          6

Aqua

**$49.99**

Amazon.com

Free delivery

Top Quality Store · 4.6/5    (2.7K)

Compare prices from 5+ stores





PowerXL Boost Blender Plus 4
Speed 800 Watts Glass Jar -
Black - 48 oz

3.9          31

Variable Speed

**$49.97**

DHgate online store

Free delivery

Compare prices from 10+ stores

Cuisinart Hurricane 3.5 Peak
Horsepower High Power Blender
- Grey

4.7          44

Variable Speed · Gunmetal

**$399.95**

Nordstrom Rack

Free delivery by Fri, Sep 1

Top Quality Store · 4.7/5    (35)

Compare prices from 10+ stores

Nutribullet White Blender Combo

3.8          4

Countertop Blender

**$129.95**

Macy's

Free delivery by Sep 6 & Free 30-day ...

4.4/5    (276 store reviews)

Compare prices from 4 stores

BLENDTEC744129



Blendtec Total Classic Original
Blender with Four Side Jar - Black
4.8          2,276
Variable Speed · Black

**$399.95**
Blendtec
Free delivery by Thu, Sep 7

Buy now

Compare prices from 10+ stores



Elite EPB-5455 Platinum Hi-Q
Nutri Smart Blender
4.2          42
Countertop Blender

**$129.99**
Stoneberry
$27.99 delivery
4.7/5          (10.2K store reviews)

Compare prices from 10+ stores



Frigidaire Retro Smoothie Maker
- Cream
3.8          53
Countertop Blender

**$34.98**
Sam's Club
Delivery by Sat, Sep 30

Compare prices from 10+ stores



sur La Table FlexBlend Hot and
Cold Blender, Black
1.0          2
Black

**$199.99**
Belk
Free delivery by Mon, Sep 11
Top Quality Store · 4.7/5     (59)

Compare prices from 4 stores



Hamilton Beach 10 Speed
Smoothie Blender - Black,
Countertop Blenders | P.C ...
4.6          55
Variable Speed · Black

**$29.99**
PC Richard & Son
Delivery by Wed, Sep 6 · Free 30-day ...
Top Quality Store   4.8/5     (1.5K)

Compare prices from 10+ stores



Ninja Professional Plus Blender
4.7          2,229
Variable Speed · Gray

**$109.99**
Staples
Free delivery by Wed, Sep 6
Top Quality Store · 4.5/5     (66)

Compare prices from 10+ stores

BLENDTEC744130



Hamilton Beach Wave-Action
Blender, Red

3.7          345

Variable Speed · Clear

**$32.87**

Shopisense

Free delivery by Thu, Sep 7

Compare prices from 10+ stores

Cuisinart SPB-7BC SmartPower
7-Speed Electronic Blender

3.9          543

Variable Speed · Chrome

**$69.99**

BrandsMart USA

Delivery by Mon, Sep 11

5% OFF

Dash Quest Countertop Blender
1.5L with Stainless Steel Blades
for Coffee Drinks

4.5          10

Variable Speed

**$89.99**

Apply GET5OFF

electroeshop.com

Free delivery

Compare prices from 5+ stores

Beautiful Personal Blender, 12
Piece Set, Sage Green by Drew
Barrymore

3.8          92

Countertop Blender

**$29.96**

Walmart

$6.99 delivery · Free 90-day returns

Top Quality Store · 4.5/5    (944)

Compare prices from 2 stores

Kalorik - 1400W High-Powered
Blender - Silver

3.3          44

Variable Speed

**$149.99**

Kalorik

Free delivery by Mon, Sep 11

4.0/5    (371 store reviews)

Compare prices from 10+ stores

Oster 6 Cup Blender Easy to
Clean Smoothie Blender in Black

3.3          301

Variable Speed · Black

**$38.87**

DHgate online store

Free delivery

Compare prices from 10+ stores

Deals related to your search

BLENDTEC744131



SALE



SALE

Costway 1500W Countertop Blender Smoothie Maker High Power Blender w/ 10 Speeds ...

5.0          3

**$75.59** $83.99

Macy's

Free delivery by Wed, Sep 6

Costway Professional Countertop Blender 8-in-1 Smoothie Soup Blender with

3.3          7

**$93.59** $103.99

Macy's

Free delivery by Wed, Sep 6

Zwilling – Enfinigy Personal Blender (Black)

4.7          935

**$47.00** $50.00

Mercari

$10.99 delivery



SALE



SALE



Nutribullet Personal 24 oz. Countertop Blender

4.5          18,732

**$59.99** $69.99

Target

Free delivery

Black & Decker PowerCrush Multi-Function Blender

4.5          205

**$35.99** · Was $44.99

JCPenney

Delivery est. by Sep 11

Hamilton Beach 14 oz Single Serve Blender with Travel Lid, Black

4.1          2,998

**$22.92**

Save $5 Off $50 Or More. Apply 5off

Shell Lumber and Hardware

Delivery by Thu, Aug 31

View more

---

Filter by color


Stainless Steel


Black


White


Silver


Red


Gray

Filter by brand

BLENDTEC744132



Hamilton Beach    Ninja    KitchenAid    Oster    Cuisinart    NutriBullet

Sponsored · Shop macy's blenders    ⋮



| VEVOR Commercial Countertop Blenders, 68 oz.... | Vitamix Commercial 036019 The Quiet One Countertop... | Blendtec C825C11E-A1GA1D Connoisseur 825... | Cooks 5-in-1 Power Blender | Silver | One Size | Blender... | Vitamix Explor 48-oz Variable Speed Blender |
| $148.19 | $1,135.34 | $711.11 | $17.99 | $289.98 |
| Home Depot | KaTom Restaurant... | WebstaurantStore.... | JCPenney | QVC |
| Free shipping | (89) | (6) | | (3,54 |
| | Free shipping | Free shipping | | Special offer |

1  2  3  4  5  6  7    Next

More options in **Quick settings** (⚙)

BLENDTEC744133



Google

bed bath and beyond blenders

< All | Images | Maps | Shopping | ⋮ More

Home | Orders | About Google Shopping | Sort by: Relevance

Utah

**Sponsored** · Shop bed bath and beyond blenders ⋮

Show only
- Buy on Google
- Available nearby
- On sale

Price
- Up to $35
- $35 – $60
- $60 – $100
- Over $100

$ Min – $ Max

Brand
- Hamilton Beach
- Ninja
- BLACK+DECKER
- NutriBullet
- Oster
- Cuisinart
- KitchenAid

Design
- Countertop Blenders
- Immersion Blenders

Color
- Black
- Stainless Steel
- Silver
- White
- Red
- Gray

Wattage
- < 200 W
- 200 – 300 W
- 300 – 500 W
- 500 – 700 W
- 700 – 1,000 W
- > 1,000 W

Number of Speeds
- 1 – 2

AvaMix BL2T482J 2 hp Commercial Blender with Toggl...
**$169.99**
WebstaurantStore....
(11)
Free shipping

Vitamix 5200 Standard High Performance...
**$479.95**
Vitamix
(3,792)
Free shipping

AvaMix BX1000V2J 3 1/2 hp Commercial...
**$309.99**
WebstaurantStore....
(16)
Free shipping

BlendJet 2 - Portable Blender - Carbon Fiber
**$59.95**
BlendJet
(21,045)
Special offer

AvaMix BL2K4 hp Commercia Blender with...
**$169.99**
WebstaurantS
Free shipping

2 – 5
5 – 10
> 10

**Quantity**
1 count
2 count

**Shipping & returns**
Free returns
1-3 day delivery
Free shipping

**Discover**
Black-owned businesses
Women-owned businesses
Veteran-owned businesses
Latino-owned businesses

**Product rating**
4 and up
More

**Condition**
New items
Used items

**Seller**
Amazon.com
eBay
JCPenney
Kohl's
Target
Walmart
Wayfair
More



KitchenAid K150 3 Speed Ice Crushing Blender with 2 Personal Blender Jars Velvet Blue
4.5      798
Countertop Blender

$199.99
Amazon.com
Free delivery
Top Quality Store · 4.5/5    (2.9K)

Compare prices from 3 stores



Vitamix Explorian Series E310 1.5-Quart Blender - Black
4.6      3,420
Countertop Blender

$349.99
Best Buy
Free delivery by Jul 11 & Free 15-day ...
Top Quality Store · 4.7/5    (501)

Compare prices from 10+ stores



SALE

Nutribullet 1200 Watt Blender Combo with Single Serve Cups - Dark Grey
4.3      1,197
Countertop Blender · Gray

$129.99  $159.99
Kohl's
Free delivery
4.4/5    (245 store reviews)

Compare prices from 10+ stores



BlendJet - 2 Portable Blender - Black
4.8      21,045
Countertop Blender

$44.99
JCPenney
$8.95 delivery
4.0/5    (131 store reviews)

Compare prices from 10+ stores



Ninja Professional Plus Kitchen System
4.6      2,255
Countertop Blender

$319.00
Walmart - Infinity Goods
Free delivery

Compare prices from 10+ stores



LOW PRICE

KitchenAid K150 3 Speed Ice Crushing Blender - Onyx Black
4.5      798
Variable Speed

$99.99
$40.00 below typical
KitchenAid
Free delivery by Jul 10 & Free 30-day ...
3.6/5    (30 store reviews)

Compare prices from 2 stores



Magic Bullet Kitchen Express

3.9    243

Countertop Blender

**$79.95**
Macy's
Free delivery by Jul 14 & Free 30-day ...
4.4/5    (294 store reviews)

Compare prices from 10+ stores

LOW PRICE



Black & Decker PowerCrush
Multi-function Blender

4.5    160

Countertop Blender

**$39.99**
$5.00 below typical
At Home
Delivery by Fri, Jul 7 · Free 60-day ret...
Top Quality Store

Compare prices from 10+ stores



Breville The 3X Bluicer

4.6    157

Variable Speed

**$299.95**
Crate & Barrel
Free delivery by Thu, Jul 13
Top Quality Store · 4.4/5    (37)

Compare prices from 20+ stores

## Top features based on reviews

Easy to clean



BlendJet - 2 Portable Blender -
Black

4.8    21,045

Countertop Blender

**$44.99**
JCPenney
$8.95 delivery
4.0/5    (131 store reviews)

Compare prices from 10+ stores

Easy to use



Ninja - Professional 1000 3-
Speed Blender - Black/Silver

4.6    3,659

Countertop Blender

**$99.99**
Home Depot
Free delivery
4.3/5    (1.1K store reviews)

Compare prices from 10+ stores



Magic Bullet - Blender -
Silver/Black

4.2    6,117

Countertop Blender

**$49.99**
Dillard's
Delivery by Fri, Jul 7
4.7/5    (160 store reviews)

Compare prices from 10+ stores



GREAT PICK

Vitamix 5200 Blender - White

4.8    3,792

Variable Speed · White

**$479.95**
Vitamix
Free delivery by Jul 20 & Free 60-day …
Top Quality Store · 4.5/5   (2.1K)

Compare prices from 5+ stores



Breville BBL620SIL1AUS1 Fresh & Furious 5-speed Food Blender - 110 Volts - Silver

4.4    625

Variable Speed · Silver

**$199.95**
Breville
Free delivery by Tue, Jul 11

Compare prices from 10+ stores



Vitamix One Blender

4.3    193

Countertop Blender

**$129.91**
Sam's Club
$46.32 delivery
4.5/5   (57 store reviews)

Compare prices from 10+ stores



Magic Bullet - Blender - Silver/Black

4.2    6,117

Countertop Blender

**$49.99**
Dillard's
Delivery by Fri, Jul 7
Top Quality Store · 4.7/5   (160)

Compare prices from 10+ stores

West Bend Blender Retro-Styled 3 Speeds with 48 oz Glass Blending Jar - Blue

4.8    31

Variable Speed · Blue

**$82.09**
Newegg.com - Mac Marvel's Marketp…
Free delivery

Quick checkout

Compare prices from 3 stores



BLACK+DECKER Countertop 40 oz. 10 Speed Blender Black

3.5    105

Variable Speed

**$44.99**
Ace Hardware
Delivery by Tue, Jul 18
4.4/5   (68 store reviews)

Compare prices from 10+ stores







Total Chef - MBLS-01 Miracle Blender - 12 Piece Set

4.2      23

Countertop Blender

**$69.99**

Koolatron- US

Delivery by Thu, Jul 13

Compare prices from 10+ stores

Ninja Professional Plus Blender

4.7      2,192

Variable Speed · Gray

**$109.99**

BrandsMart USA

Delivery by Mon, Jul 17

Compare prices from 10+ stores

Elite Cuisine 17-Piece Personal Drink Blender - Black

3.8      497

Countertop Blender

**$34.99**

Soxy

Free delivery by Jul 13 & Free 30-day …

Compare prices from 10+ stores





5% OFF



Hamilton Beach 59768 7 Piece Hand Blender Set - Black

4.1      94

Immersion Blender

**$49.99**

Beachcamera

Free delivery

Top Quality Store · 4.5/5    (158)

Compare prices from 5+ stores

Ninja Professional Plus Blender Duo

4.8      1,234

Countertop Blender

**$129.99**

Apply USA5

Wellbots

Free delivery by Mon, Jul 10

4.5/5      (612 store reviews)

Compare prices from 10+ stores

Dash Quest Countertop Blender 1.5L with Stainless Steel Blades for Coffee Drinks

4.5      8

Variable Speed

**$79.99**

Dash

Free delivery

Top Quality Store

Compare prices from 5+ stores

Bed Bath & Beyond blenders - Google Shopping




Beast Blender + Hydration System (Cloud White)

4.8   465

Variable Speed

**$195.00**

Nordstrom

Free delivery by Jul 11 & Free lifetim...

Top Quality Store · 4.8/5   (248)

Compare prices from 10+ stores

GE - 5-Speed 64-oz. Blender - Stainless Steel

4.7   211

Variable Speed

**$89.99**

CasaBoucle

Free delivery by Mon, Jul 17

Quick checkout

Compare prices from 5+ stores

Vitamix 7500 Variable Speed Blender - black

4.6   1,077

Variable Speed · Black

**$560.00**

Perigold

Free delivery by Thu, Jul 6

Top Quality Store · 4.7/5

Compare prices from 3 stores

Breville Hemisphere Control BBL605XL - Stainless Steel

4.2   210

Variable Speed · Silver

**$59.95** Used

eBay - americanht

Delivery by Fri, Jul 14

Quick checkout

Compare prices from 5+ stores

LOW PRICE



Magic Bullet Personal Blender, 3-Piece Set, Black

4.6   388

Countertop Blender

**$19.99**

30-day low

Big Lots

14.8 mi · In stock · Curbside

Compare prices from 5+ stores



BLACK+DECKER PowerCrush Digital Quiet Blender, New Quiet Technology, BL1300DG-P

4.5   8

Variable Speed

**$69.99**

Amazon.com

Free delivery

Top Quality Store · 4.5/5   (2.9K)

Compare prices from 5+ stores



Nutribullet - Immersion Blender - Black

4.6          274

Variable Speed

**$31.00**
iPC Store
Delivery by Mon, Jul 10

Compare prices from 20+ stores



Magic Bullet Essential Personal Blender Silver

4.0          390

Countertop Blender

**$28.99** Used
Bonanza - Ruth's Resale booth
$18.95 delivery

Compare prices from 5+ stores

LOW PRICE



BLACK+DECKER Helix Performance 48 oz. 4-Speed Matte Black Blender

4.9          45

Countertop Blender

**$42.24**
$19.05 below typical
Awardcreationsindy
Delivery by Thu, Jul 13

Quick checkout

Compare prices from 4 stores

SALE



Hamilton Beach Wave Crusher Blender; Stainless Steel

4.2          478

Variable Speed · Silver

**$44.99** ~~$49.99~~
Zulily
$7.99 delivery

Compare prices from 10+ stores



Oster Pro 500 Blender, Brushed Nickel

4.5          914

Variable Speed

**$76.99**
Theisen's
Delivery by Fri, Jul 14
Top Quality Store · 4.8/5    (614)

Compare prices from 10+ stores



Nutribullet Smart Touch Blender ,Black

4.4          55

Countertop Blender

**$76.99** Refurbished
Back Market
Delivery by Tue, Jul 11
Top Quality Store · 4.6/5    (9.9K)

Compare prices from 10+ stores



Oster Classic Series Blender, White

4.1          244

Variable Speed

$41.00
Campanistore
Free delivery by Tue, Jul 11

Compare prices from 5+ stores



Hamilton Beach Perfect One-touch Smoothie Smart Blender with Glass Jar - Black

4.2          86

Countertop Blender

$41.39
AliExpress.com
Free delivery

Compare prices from 5+ stores



Kitchen Selectives Mini Blender - Red

2.9          13

Countertop Blender · Red

$24.99
Select Brands
Free delivery by Tue, Jul 11

    Top Quality Store

Compare prices from 3 stores



LOW PRICE

Nutribullet 32 oz. Pro Personal Blender - White

4.3          8,577

Countertop Blender

$59.00
$25.95 below typical
Ontario Market
Delivery by Wed, Jul 12 · Free 30-day …

Compare prices from 20+ stores



Black & Decker Blender Glass White

3.8          173

Countertop Blender

$53.29
TripleNetPricing.com
Google Guarantee

Compare prices from 5+ stores



Magic Bullet Deluxe 17-Piece Blender Set

4.1          2,779

Countertop Blender

$59.99
Amazon.com - Seller
Free delivery

Compare prices from 5+ stores





**LOW PRICE**

Hamilton Beach Power Elite Blender, Multi-Function

4.1        727

Variable Speed · Black

NutriBullet NBF50400 Blender - 1200W - 2 qt - Dark Gray

4.2        303

Variable Speed · Gray

Oster Easy-to-Use 5 Speed Blender - Black

4.0        143

Variable Speed · Black

**$39.99**

PC Richard & Son

Delivery by Wed, Jul 12 · Free 30-day ...

Top Quality Store · 4.8/5    (1.6K)

**$109.99**

Blain's Farm & Fleet

$7.99 delivery

Top Quality Store · 4.8/5    (1.7K)

**$20.99**

$9.00 below typical

Tanga.com

Free delivery

4.6/5    (5K store reviews)

Compare prices from 20+ stores

Compare prices from 10+ stores

Compare prices from 5+ stores





Nutribullet Pro 1000 Single Serve Blender

4.4        944

Countertop Blender · Gray

Nutribullet Go Blender - Silver

3.9        352

Countertop Blender

Kalorik Personal Blender - Black

4.3        43

Countertop Blender

**$78.00**

Abt Electronics & Appliances

Free delivery

4.8/5    (store rating)

**$34.99**

The Kitchen Clique

Delivery by Thu, Jul 13

**$44.65**

Sears - FastMedia

Free delivery

Compare prices from 20+ stores

Compare prices from 3 stores

## Deals related to your search



SALE

Ninja - Professional 1000 3-Speed Blender - Black/Silver

4.6          3,659

**$65.00** · Was $85.00
eBay
Delivery by Thu, Jul 13



SALE

Zwilling - Enfinigy Personal Blender (Black)

4.7          919

**$49.99** · Was $79.99
eBay
Delivery by Wed, Jul 12



SALE

Black & Decker PowerCrush Multi-function Blender

4.5          160

**$34.99** · Was $44.99
JCPenney
$8.95 delivery



Magic Bullet - Blender - Silver/Black

4.2          6,117

**$35.06**
2% off new customers. Apply 2OFFNEW
Bigeasymart.com
Free delivery by Tue, Jul 18



SALE

Nutribullet Personal 24 oz. Countertop Blender

4.5          19,222

**$49.99**  $79.99
Kohl's
Free delivery



SALE

Beautiful Portable Blender, Sage Green by Drew Barrymore, 70-Watt, 18.5 oz

3.3          57

**$24.97**  $29.97
Walmart
$6.99 delivery

View more

---

Filter by color



Stainless Steel



Black



Silver



White



Red



Gray

You might like

6/30/23, 12:00 AM
Case 2:25-cv-00096-RJS-DBP   Document 28-1   Filed 03/27/25   PageID.534   Page 144 of 390
bed bath and beyond blenders - Google Shopping



Countertop Blender



Hamilton Beach



Ninja



NutriBullet



BLACK+DECKER



Oster

**Sponsored** · Shop bed bath and beyond blenders ⋮



AvaMix BL2T48 2 hp Commercial Blender with Toggl...
**$119.99**
WebstaurantStore....
(11)
Free shipping



BlendJet 2 - Portable Blender - Mint
**$49.95**
BlendJet
(21,045)
Special offer



The Cleanblend Blender | Best Blender for...
**$254.99**
Cleanblend
Free shipping



Blendtec E600A0801-A1GA1A Countert...
**$339.49**
KaTom Restaurant...
Free shipping



Commercial Blender, 68 oz. Professional G...
**$164.99**
Home Depot
Free shipping

---

Searches related to bed bath and beyond blenders

bed bath and beyond blenders **ninja**

bed bath and beyond **kitchenaid** blender

**kohl's** blenders

**walmart** blenders

1  2  3  4  5  6  7        Next

Help      Send feedback      Privacy      Terms      Information for Merchants      Report a Violation




| | best blenders |   |

Shopping  Videos  For smoothies  News  For everything  2023  Brand  Images  Budget    All filters ▾    Tools

About 58,900,000 results (0.54 seconds)

**Sponsored** ⋮

        

| Luvele Blender Stainless Stee... | Vitamix Blender Propel Series... | 📍 Pick up today<br>Vitamix Blender - Explorian... | Breville Commercial - ... | Vitamix - Blender - 520... | Blender - Shop Hurom Hexa... | Blendtec - Blender -... | 📍 Pick up today<br>Vitamix Blende - Ascent 3500... |
|---|---|---|---|---|---|---|---|
| **$448.95** | **$479.95** | **$349.99** | **$599.95** | **$479.95** | **$299.00** | **$711.11** | **$699.95** |
| Luvele US | Vitamix | Best Buy | WebstaurantS... | Vitamix | Hurom | KaTom Resta... | Best Buy |
| (35) | (31) | (3k+) | (20) | (3k+) | (5) | Free shipping | (3k+) |

**Sponsored**

 Amazon.com
https://www.amazon.com › kitchen-gadets ⋮

**Top 10 Top Blenders - Amazon - Amazon Official Site**
Compare Prices on **Top** 10 **top blenders** in Kitchen Gadets. Two days of epic deals. Try Prime.
Prime Day is July 11-12 · Shop with Points · Meet Rivet · Amazon Prime Benefits

**Sponsored**

 guidebyexpert.com
https://www.guidebyexpert.com ⋮

**Top 10 Best Blenders 2023 - There's One Clear Winner**
We Researched Thousands of Products to Find the **Best** One for you. We've Retrieved Real...

 Food Network
https://www.foodnetwork.com › ... › Product Reviews ⋮

**6 Best Blenders of 2023, Tested by Food Network Kitchen**
Jun 14, 2023 — Our **Top Blender** Picks · **Best** Overall: Vitamix Explorian E310 · **Best** Value (and Best for Smoothies): Ninja Professional Blender · **Best Blender**-Food ...
7 **Best** Blenders for Smoothies... · 4 **Best** Spider Skimmers...
You visited this page on 5/17/23.



 Good Housekeeping
https://www.goodhousekeeping.com › blender-reviews ⋮

**7 Best Blenders of 2023, Tested & Reviewed**
May 24, 2023 — Our **top** picks: ; **Best** Overall **Blender**. Vitamix E310 Explorian **Blender**. $350 at Amazon ; **Best** Value **Blender**. NutriBullet **Blender** Combo. $110 at ...
You visited this page on 5/17/23.

 CNN.com
https://www.cnn.com › cnn-underscored › reviews › best... ⋮

**Best blenders in 2023, tested by editors | CNN Underscored**
Jun 8, 2023 — **Best blender** overall: Breville Super Q · **Best** luxury blender: Vitamix Venturist V1200 · **Best** budget blender: Ninja Professional Plus Blender with ...
List includes: From $547 at Amazon or $550 at Wayfair · From $432 (Renewed) at Amazon · $120 $90 at Amazon · View full list



Google [ ] × 🎤 📷 🔍                    ⚙ ⠿ M

**The 4 Best Blenders of 2023 | Reviews by Wirecutter**

Nov 16, 2022 — Our pick. Vitamix 5200 · The **best blender** ; Runner-up. Oster Versa Pro Series Blender · A more affordable but less durable blender ; Also great ...

List includes: The best blender · A more affordable but less durable blender · Powerful blender motor, shorter ... · View full list

RTINGS.com
https://www.rtings.com › Blender › Best    ⋮

**The 5 Best Blenders - Summer 2023: Reviews**

3 days ago — The **best** mid-range **blender** we've tested is the Ninja Foodi Cold & Hot **Blender**. This **blender** has an unusual design with some downsides, but it's ...

You visited this page on 5/17/23.

Homes & Gardens
https://www.homesandgardens.com › Shopping    ⋮

**Best blender 2023: tested by experts**

Jun 2, 2023 — Our reviews of the **best blenders** from Vitamix, KitchenAid, Ninja, Breville, NutriBullet and more will help you choose a buy that's right, ...

Who makes the best blender?

Which blender is best for smoothies?

You visited this page on 5/17/23.

Epicurious
https://www.epicurious.com › Expert Advice › Shopping    ⋮

**The Best Blender (2023) Tested and Reviewed**

Mar 9, 2023 — The **best** personal **blender** : Zwilling Enfinigy Personal **Blender**. The king of all the personal **blenders** we tried, the Zwilling Enfinigy is stylish, ...

New York Magazine
https://nymag.com › strategist › article › best-blenders    ⋮

**11 Best Blenders 2023 | The Strategist**

3 days ago — 11 of the Very **Best Blenders** ; Vitamix Professional Series 750 Blender. $518. $630 now 18% off ; Blendtec Total Blender Classic. $380 ; Hurom Hexa ...

List includes: Best even less expensive blender · Best blender with touchscreen · Best blender for smoothies · View full list

## People also ask    ⋮

Which is the best model of blender?

What blenders do celebrities use?

Is Bullet as good as Vitamix?

Which blender do chefs use?

Feedback

## ▶ Videos    ⋮

▶ 3:22    **Best Blenders, Tested by Food Network Kitchen | Food Network**

YouTube · Food Network
4 days ago







Google

9:30 YouTube · Top 5 Picks
Apr 9, 2023

10 pros and cons in this video

The Best Inexpensive Blenders

3:31 YouTube · America's Test Kitchen
Mar 23, 2023

7 key moments in this video

Feedback

View all →

Tom's Guide
https://www.tomsguide.com › Best Picks › Smart Home

Best blenders in 2023: Tested and rated

Jun 16, 2023 — 1. Breville The Super Q Blender. The **best blender** overall.
You visited this page on 5/17/23.

3D

Ninja Professional Blender 1000
**$99.99**
Target, 10+ stores
13 mi · In stock
4.6 (3k+)

Vitamix E310
**$349.95**
Amazon.... , 10+ stores
Also nearby
4.6 (3k+)

SALE

KitchenAid K150
**$89.99** ~~$100~~
KitchenAid, 10+ stores
4.5 (798)

3D

Ninja Mega Kitchen System...
**$199.99**
Best Buy, 10+ stores
12 mi · In stock
4.7 (8k+)

NutriBullet Pro 900
**$99.87**
Amazon.... , 10+ stores
4.4 (9k+)

Ninja Professional Plus Kitchen...
**$194.00**
Amazon.... , 10+ stores
Also nearby
4.6 (2k+)

SALE

NutriBullet Blender Combo
**$129.99** ~~$160~~
Kohl's, 10+ stores
32 mi · In stock
4.3 (1k+)

Beast Health Beast Blender
**$140.00**
Beast Hea... , 5+ stores
4.8 (527)

## Buying guide: Blenders

Price: How much does a blender cost?

Popular brands: Including Ninja, Vitamix, NutriBullet

Speeds: What speed should a blender be?

Materials: What is the best material for a blender?

More considerations

Ninja Professional
Plus Blender with...
**$119.99**
Best Buy, 10+ stores
📍 16 mi · In stock
4.7          (2k+)

Ninja Professional
Plus Blender DUO...
**$128.99** $150
Best Buy, 10+ stores
📍 12 mi · In stock
4.8          (1k+)

**SALE**

Oster Pro 1200
**$89.99**
Amazon.... , 10+ stores
4.2          (806)

Vitamix 5200
**$479.95**
Vitamix, 10+ stores
4.8          (3k+)

Breville Fresh &
Furious Blender
**$199.95**
Breville, 10+ stores
📍 Also nearby
4.4          (625)

**Sponsored**

BlendJet 2
**$44.96** $50
BlendJet, 10+ stores
📍 Also nearby
4.8          (9k+)

NutriBullet
**$49.99**
Amazon.... , 10+ stores
📍 Also nearby
4.5          (9k+)

Vitamix
Professional 750
**$499.95** 🌿 Refurbis...
Vitamix, 10+ stores
📍 Also nearby
4.8          (2k+)

🟡 Best Buy
https://www.bestbuy.com      ⋮

**Blenders and Juicers - Best Buy**

Shop Small Kitchen Appliances at **Best** Buy. Shop Online or In Store. Discover Air Fryers, **Blenders**, Toasters, and More at **Best** Buy. Ready In An Hour.

Rating for bestbuy.com: 4.7 · 501 reviews · On-time delivery: 96%+

Appliance Questions? · Ready In One Hour · Small Appliance Top Deals · My Best Buy Total™
Orem · 2 locations nearby

Related searches      ⓘ

best blenders **for smoothies and soups**

ninja blender

**vitamix** blenders

ninja professional blender

best **blender for smoothies and ice**

costco blenders

best **professional blender**



Google



Luvele Blender Stainless Ste...

**$448.95**

Luvele US

(35)

Stainless Steel · 500 watts ·

Vitamix - Blender - 520...

**$479.95**

Vitamix

(3k+)

Black · 64-oz · 1,500 watts · 1...

Breville Commercial - ...

**$599.95**

Webstaurant...

(20)

Stainless Steel · 1,800 watts ·

📍 Pick up today

Vitamix Blender Prop...

**$479.95**

Vitamix

(31)

10 speeds · Countertop...

Vitamix Blender - ...

**$699.95**

Best Buy

(3k+)

Black Stainless · Black Stainless...

Blendtec - Blender - ...

**$711.11**

KaTom Resta...

Free shipping

Black · 44-oz, 90-oz · 1,800 watt...

---

Sponsored

 RC Willey
https://www.rcwilley.com › small-appliance

**RC Willey - Shop Our Summer Appliance Sale**

Shop air fryers, coffee makers, ice makers, toasters, **blenders**, and much more. Elevate...

Sponsored

 Lowe's
https://www.lowes.com › appliances › appliances

**Kitchen Appliances - 4th Of July Deals**

Browse Our Variety Of Kitchen Appliances—Make Appliance Shopping Stress Free. Shop...

 Food & Wine
https://www.foodandwine.com › ... › Small Appliances

**The 6 Best Personal Blenders of 2023, Tested and ...**

5 days ago — In This Article ; **Best** : NutriBullet Pro 900 **Blender** at Amazon ; **Best Value** : Ninja **Blender** at Amazon ; **Best Splurge** : NutriBullet Pro 1000 ...

List includes: Best Overall · Best Value · Best Splurge · View full list

Rating: 5 · Review by Bridget Degnan

 TechRadar
https://www.techradar.com › ... › Juicers › Blenders

**The best blender 2023: the very best from Breville, Vitamix ...**

Apr 6, 2023 — 1 · Breville BBL620 Fresh & Furious **Blender**. Breville ; 2 · Acekool **Blender** BC2. Acekool ; 3 · Vitamix A3500 Ascent Series **Blender**. Vitamix ; 4 · Ninja ...

List includes: What can you use a blender for · Which blender is best for smoothies · Blenders vs juicers · View full list

You visited this page on 5/17/23.

 Wired
https://www.wired.com › Gear › buying guides

**The Best Blenders for Making Smoothies, Soups, and Sauces**

Jun 10, 2023 — The **Best Blenders** for Making Smoothies, Soups, and Sauces ; Best All-Rounder. Ninja Professional Plus Kitchen System with Auto-iQ · $220 ; If ...

 Tech Gear Lab
https://www.techgearlab.com › kitchen › best-blender

**The 5 Best Blenders of 2023 | Tested by GearLab**

Mar 15, 2023 — The Cuisinart Hurricane Pro takes the cake for the **best blender** on the market. While there may be another model in our test suite that slightly ...

List includes: Best Premium Blender · Runner Up Blender · Best Bang for the Buck · View full list

Rating: 4.8 · Review by Austin Palmer





Google    best blenders    ✕  🎤  📷  🔍         ⚙️  ⚏  Ⓜ

We Tested 9 Mid-Priced Blenders To ... - Serious Eats

We Tested 9 Mid-Priced **Blenders** To Find One That Blends With Ease ; The **Best** Mid-Priced **Blender**. Cuisinart CBT-1500 Hurricane 2.25 Peak HP **Blender**.

 CNET
https://www.cnet.com › Home › Kitchen & Household    ⋮

**Best Blenders of 2022**

May 8, 2023 — After running high-level tests on more than 15 models, the Vitamix
Explorian emerged victorious as the **best blender** for 2023 with a huge punch ...

You visited this page on 5/17/23.

 New York Post
https://nypost.com › article › best-blenders    ⋮

**The 20 best blenders to buy in 2023: Vitamix, Ninja, more**

Mar 29, 2023

Ninja Professional ...    Beast Blender    BLACK+DECKER P...    Hamilton Beach Pe...
Magic Bullet Blender    Redmond Personal ...    Mueller Ultra Bullet ...    Vitamix Immersion ...
KitchenAid Variable...    Mueller Ultra-Stick I...    Vitamix 5200 Blend...    Blendtec Classic Or...

✕ The Spruce Eats
https://www.thespruceeats.com › ... › Small Appliances    ⋮

**The 7 Best Blenders of 2023**

Jan 5, 2023 — **Best** Overall: Vitamix Professional Series 750 **Blender** at Amazon ;
Runner-Up, **Best** Overall: KitchenAid K400 **Blender** at Amazon ; **Best** Budget: Ninja ...

List includes: Best Personal Blender · Best Immersion Blender · Runner-Up, Best
Overall · View full list

 3D

Ninja Nutri Ninja        Vitamix Ascent          Beast Blender          Ninja Foodi Power
Blender DUO...          Series A3500            (Cloud White)          Blender Ultimate...
**$159.99**             **$649.95**             **$140.00**            **$239.99**
Amazon...., 10+ stores  Vitamix, 10+ stores     Beast Hea..., 3+ stores Amazon...., 10+ stores
4.7          (1k+)      📍 Also nearby                                 📍 Also nearby
                        4.7          (3k+)       4.8          (491)     4.7          (520)

                                            LOW PRICE

NutriBullet PRO         Ninja Fit               Hamilton Beach         NutriBullet Rx
1000                    **$59.99**              Power Elite 58148      **$116.02** Usually $130
**$59.87** 🌱 Pre-owned  Amazon...., 10+ stores  **$39.99**             Amazon...., 10+ stores
Amazon...., 10+ stores  📍 Also nearby           Amazon...., 10+ stores 📍 Also nearby
4.4          (944)      4.5          (554)       📍 Also nearby          4.4          (5k+)
                                                4.1          (727)

CR Consumer Reports
https://www.consumerreports.org › ... › Blenders    ⋮

**Best Blenders for Your Buck | Breville, Oster, Vitamix**



Google

List includes: $35 to $70 Blenders · $75 to $175 Blenders · $200 to $400 Blenders ·
View full list

| Vitamix ONE Blender | Blendtec Total Classic Original… | Blendtec Professional 800 | Ninja Nutri Blender Pro with Auto-iQ |
|---|---|---|---|
| **$249.95** | **$379.95** | **$799.95** | **$99.99** |
| Vitamix, 10+ stores | Amazon.… , 10+ stores | Amazon.… , 10+ stores | Ninja Kit… , 10+ stores |
| 4.3          (193) | 4.8          (2k+) | 4.6          (233) | 📍 Also nearby |
| | | | 4.7          (890) |

LOW PRICE

| BLACK+DECKER PowerCrush Mult… | Ninja AMZ493BRN Compact Kitchen… | Breville the Q Blender | The Original Magic Bullet |
|---|---|---|---|
| **$39.99** Usually $45 | **$153.59** 🌱 Pre-owned | **$399.95** | **$59.99** |
| Amazon.c… , 5+ stores | Amazon.c… , 2+ stores | Breville, 10+ stores | Amazon.com - Seller |
| 📍 Also nearby | 5.0          (1) | 4.8          (120) | 4.1          (2k+) |
| 4.5          (160) | | | |

**Sponsored**

 JCPenney
https://www.jcpenney.com    ⋮

## Blenders at JCPenney® - Up to 50% off Small Electrics

Tackle Your Home Projects. Make Room for New Styles. There's So Much to Love at JCPenney.
Find Deep Discounts and Deals on Everything You Need for Your Home In One Place—JCPenney.
Save on Mattresses. Free Shipping Available. Free Same Day Pickup.

Rating for jcpenney.com: 4.0 · 131 reviews · Return policy: Most items 60+ days

Blenders · Toasters · Back to College Sale 2023 · Bedding & Bath · Home Sale · Air Fryers

1200 Towne Centre Blvd Ste B, Provo, UT

6/30/23, 12:11 PM
best blenders - Google Search
Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 03/27/25    PageID.542    Page 152 of 390



Google





| Luvele Blender Stainless Ste... | Vitamix - V1200... | Blendtec - Blender -... | Breville Commercial -... | Value Series - Blender -... |
|---|---|---|---|---|
| **$448.95** | **$499.99** | **$711.11** | **$599.95** | **$389.95** |
| Luvele US | Best Buy | KaTom Resta... | Webstaurant... | Central Resta... |
| (35) | (1k+) | Free shipping | (20) | 🚚 Get it by 7... |
| Stainless Steel · | 20-oz, 64-oz · | 44-oz, 90-oz · | Stainless Steel · | 64-oz · Stainless |
| 500 watts · ... | Red · 10 speed... | Black · 1,800... | 1,800 watts · 1... | Steel · Blender |

 Food & Wine
https://www.foodandwine.com › ... › Small Appliances ⋮
**The 8 Best Blenders for Smoothies, Soups, and Frozen ...**
Feb 16, 2023 — **Best** Overall: Vitamix Explorian **Blender** at Amazon ; **Best** Personal **Blender** : Ninja Nutri **Blender** Pro with Auto-iQ at Amazon ; **Best** Smart **Blender**..
List includes: Best Personal Blender · Best Smart Blender · Best Portable Blender ·
View full list
Rating: 4.8 · Review by Alyssa Longobucco

 Serious Eats
https://www.seriouseats.com › ... › Electric Appliances ⋮
**The Best Blender for You: Expensive Versus Budget Buys, ...**
Vitamix 5200 Professional-Grade **Blender** · Blendtec Designer Series · Cuisinart CBT-1500 Hurricane 2.25 Peak HP **Blender** · KitchenAid 5-Speed Diamond **Blender**.

 Best Products
https://www.bestproducts.com › ... › Small Appliances ⋮
**6 Best Blenders to Buy in 2023 - Top Blenders Reviews**
Feb 22, 2023 — The **Best Blenders**. BN801 Professional Plus Kitchen System. Best All-in-One Blender · BL610 Professional Countertop Blender. Best Budget · 5200 ...
Watts: 1,400                    Speeds: 3 speeds, pulse, and 5 preset f...



 Consumer Reports
https://www.consumerreports.org › ... › Blenders ⋮
**Best Blenders for Making Smoothies**
May 7, 2023 — The **best blenders** for making smoothies, according to Consumer Reports, include models from Breville, Cuisinart, Dash, Ninja, and more.

Vice
https://www.vice.com › Home › Shopping ⋮
**The 6 Best Blenders, From Vitamix to Magic Bullet**
Mar 8, 2023 — The **Best Blenders** (That Aren't Just a Vitamix) ; Unleash the Beastmaster within · Beast Health. Beast Blender. $165 at Amazon ; A strength/ ...
$6.90 delivery · 14-day returns





  



**Vitamix Ascent Series A2300**

**$499.95**

Amazon…. , 10+ stores

📍 Also nearby

4.6     (1k+)

**Ninja Master Prep QB900**

**$41.87**

Amazon…. , 10+ stores

4.6     (1k+)

**KitchenAid KHBV53**

**$59.99**

KitchenAid, 10+ stores

📍 Also nearby

4.7     (1k+)

**Ninja Nutri-Blender Pro with Auto IQ**

**$89.00**

Walmart, 5+ stores

📍 12 mi · In stock

4.7     (292)

LOW PRICE

**Ninja Foodi Cold & Hot Blender**

**$157.35**

Amazon.c… , 2+ stores

4.6     (143)

**Wolf Gourmet Blender**

**$609.98** Usually $624

Amazon…. , 10+ stores

📍 Also nearby

5.0     (46)

**Breville Super Q Blender**

**$549.95**

Amazon…. , 10+ stores

4.7     (261)

**Ninja Nutri-Blender Plus**

**$79.99**

Amazon…. , 10+ stores

4.8     (240)

---

 Bon Appétit
https://www.bonappetit.com › shopping › Shopping   ⋮

### The Best Blenders for Smoothies, Soups, and Slushy ...

Feb 1, 2023 — According to her and our other BA test kitchen staffers, the **best blender** overall is the Vitamix 5200—but that's not the only one she loves.

 Wall Street Journal
https://www.wsj.com › home › best-blender-44073c05   ⋮

### The Best Blenders for Smoothies, Soups, Nut Butter and ...

Feb 27, 2023 — The **Best Blenders** for Smoothies, Soups, Nut Butter and More ... The Breville Fresh and Furious Blender performs as well as models that cost twice ...

 Woman and Home
https://www.womanandhome.com › Homes   ⋮

### The best blenders in 2023 for smoothies, soups, sauces ...

Feb 17, 2023 — 1. Vitamix Ascent A2300i. The **best blender** for doing it all.

 Amazon.com
https://www.amazon.com › Best-Blenders › k=Best+Bl…   ⋮

### Best Blenders

Hamilton Beach Power Elite Wave Action **Blender**-for Shakes and Smoothies, Puree, Crush Ice, 40 Oz Glass Jar, 12 Functions, Stainless Steel Ice Sabre-Blades, ...

 Tiffy Cooks
https://tiffycooks.com › best-blenders-on-amazon   ⋮

### BEST BLENDERS ON AMAZON

Jun 14, 2022 — BEST BLENDERS ON AMAZON · Summer is here, so you know what that means – SMOOTHIE SEASON! · Ninja NJ601AMZ Professional Blender · Hamilton Beach ...





Vitamix Ascent Series A2500
**$399.95** ♻ Refurbis...
Vitamix, 10+ stores
4.7      (2k+)

Oster Versa Blender 1400...
**$199.99**
Amazon.c... , 1+ stores
4.8      (4)

Hamilton Beach Professional Qui...
**$169.99**
hamilton... , 10+ stores
4.4      (22)

Ninja Professional BL660
**$119.99** Usually $180
kohls.com, 10+ stores
4.7      (2k+)

LOW PRICE

Ninja Master Prep Pro QB1004
**$49.99**
Amazon.c... , 5+ stores
4.7      (1k+)

Beast Blender Hydration System
**$165.00**
Beast He... , 10+ stores
4.8      (465)

Braun TriForce Power Blender
**$180.99** Usually $220
Amazon.... , 10+ stores
4.7      (169)

Vitamix Propel Series 750
**$629.95**
Vitamix, 1+ stores
5.0      (32)

Sponsored

 Target
https://www.target.com

**Blenders : Target**

Find Great Savings Today. Shop Online & Save at Target.com.
Rating for target.com: 4.6 · 704 reviews · Return policy: Most items 90+ days

Target Store Locator · Weekly Deals · Weekly Ad · Top Deals · Kitchen & Dining Sale
Orem · 3 locations nearby

Sponsored







Vitamix - Blender - 520...
**$479.95**
Vitamix
     (3k+)
Red · 64-oz · 10 speeds · 1,380...

Vitamix - Blender - 520...
**$479.95**
Vitamix
     (3k+)
White · 64-oz · 10 speeds ·

Vitamix - Blender - 520...
**$479.95**
Vitamix
     (3k+)
Black · 64-oz · 10 speeds · 1,500...

Vitamix Commercial - ...
**$1,720.37**
KaTom Resta...
Free shipping
Black · 8-oz, 64-oz · 1 speed ·

Vitamix Blender - ...
**$699.95**
Best Buy
     (3k+)
Black Stainless - Black Stainless...

Luvele Blender Stainless Ste...
**$448.95**
Luvele US
     (35)
Stainless Steel · 500 watts · ...

 amazon.com
https://www.amazon.com › zgbs › kitchen

**Best Countertop Blenders**

Discover the **best** Countertop **Blenders** in **Best** Sellers. Find the **top** 100 most popular items in Amazon Kitchen & Dining **Best** Sellers.

30-day returns

6/30/23, 12:11 AM
best blenders - Google Search
Case 2:25-cv-00096-RJS-DBP   Document 28-1   Filed 03/27/25   PageID.545   Page 155 of 390

  

Google

Best Rated and Reviewed in Blenders

Best Rated and Reviewed in **Blenders**(973) · Magic Bullet Mini 14 oz. · Vitamix ONE **Blender**, 32 fl oz · Vavsea Immersion Hand **Blender**, 12-Speed Multi-Function ...

 America's Test Kitchen
https://www.americastestkitchen.com › 2640-the-best-... ⋮

### The Best Blenders of 2023

Jun 7, 2023 — We tested a few additional midpriced **blenders**. Our winners remain the same. **Top** Picks. Winner. Vitamix 5200.

| Zwilling Enfinigy Power Blender | Pro Blender with Texture Select… | BLACK+DECKER BD Blender Glass… | Oster Classic Series 5 Speed… |
|---|---|---|---|
| **$236.42** | **$81.52** | **$28.02** | **$29.99** |
| MK2Shop …, 5+ stores | Home De…, 10+ stores | Amazon…, 10+ stores | Walmart, 10+ stores |
| | | 📍 Also nearby | 📍 12 mi · In stock |
| 4.5          (237) | 4.4          (74) | 3.9          (1k+) | 3.9          (452) |

| Ninja Supra Kitchen System… | Oster 8-Speed Classic Series… | KitchenAid Artisan K400 | Bionic Blade Portable Blender |
|---|---|---|---|
| **$189.99** | **$44.99** | **$354.88** | **$28.97** |
| Walmart - …, 5+ stores | Kohl's, 10+ stores | Kelsostore, 5+ stores | Amazon…, 10+ stores |
| | 📍 13 mi · In stock | | 📍 Also nearby |
| 4.5          (711) | 4.6          (990) | 4.8          (1k+) | 3.8          (141) |

 Runner's World
https://www.runnersworld.com › nutrition-weight-loss ⋮

### The Best Blenders for Smoothies, Soups, and More

Feb 28, 2023 — **Best Blenders** ; Best Smoothie Maker. Nutribullet Blender Combo. $150 at nutribullet.com ; Best Value. Ninja Professional Blender. $100 at Amazon.

 Laura Fuentes
https://www.laurafuentes.com › Lifestyle › Gift Ideas ⋮

### The Best Blenders for Frozen Drinks (Tested & Reviewed)

May 15, 2023 — Check out the **best blenders** for frozen drinks like homemade slushies, margaritas, and blended coffee!

List includes: Best Blender for Frozen Drinks Under $100 · High-End Blender for Frozen Drinks · Personal Size ... · View full list

 PerfectSmoothie.com
http://perfectsmoothie.com › smoothie-blenders ⋮

### Best Blenders for Smoothies

**Best Blenders** for Smoothies: We review the best smoothie blenders from the high end Vitamix 5200 smoothie blender to the lower priced Oster Beehive smoothie ...

  

Google

## Top Blenders

Shop for **top blenders** at Best Buy. Find low everyday prices and buy online for delivery or in-store pick-up.
Free delivery over $35 · Free 15-day returns



M money.com
https://money.com › Shopping › Blending

### The Best Blenders for Smoothies for Your Money

Feb 14, 2023 — With a large 72-ounce pitcher and robust 1,100-watt blending power, it's really no wonder why the Ninja BL660 **blender** for smoothies is our ...

List includes: Professional-grade · Multipurpose Appliance · High Powered ·

View full list

| Black+decker Quiet Blender wit... | NutriBullet Pro Plus | Vitamix E320 | Ninja 2-in-1 Blender with Auto... |
|---|---|---|---|
| **$65.00** | **$98.99** | **$289.95** 🔋 Refurbis... | **$165.26** |
| Walmart, 10+ stores | Amazon.... , 10+ stores | Vitamix, 3+ stores | eBay, 5+ stores |
| 📍 12 mi · In stock | 📍 Also nearby | 4.6        (718) | 4.7        (1k+) |
| 4.1        (533) | 4.5        (719) | | |

LOW PRICE

| Oster Pro 500 | Magic Bullet Mini | KitchenAid K400 Variable Speed... | KitchenAid K400 Variable Speed... |
|---|---|---|---|
| **$64.99** | **$24.97** | **$179.99** Usually $270 | **$299.99** |
| Best Buy, 10+ stores | 📍 12 mi · In stock | eBay - dh..., 10+ stores | Amazon.c... , 2+ stores |
| 4.5        (914) | 3.9        (734) | 4.5        (1k+) | 4.5        (42) |

LOW PRICE          SALE

| Smeg BLF01 | Ninja Nutri Ninja Auto-iQ 1000W | Blendjet 2 the Original Portable... | Nutri Ninja Pro BL455 |
|---|---|---|---|
| **$160.22** | **$59.99** Usually $70 | **$53.96** $60 | **$94.99** |
| tattahom..., 10+ stores | Walmart ... , 10+ stores | BlendJet, 5+ stores | Amazon.c... , 4+ stores |
| 4.4        (798) | 📍 Also nearby | 4.9        (3k+) | 4.7        (318) |
| | 4.6        (5k+) | | |



| $99.95 | $89.00 | $289.99 | $69.87 |
|---|---|---|---|
| Amazon..., 10+ stores | Walmart, 10+ stores | KitchenAid, 5+ stores | Amazon.c..., 2+ stores |
| 📍 Also nearby | 📍 14 mi · In stock | 4.5 (682) | 5.0 (1) |
| 4.0 (177) | 4.7 (184) | | |

 **Healthy Kitchen 101**
https://healthykitchen101.com › Blenders › Reviews ⋮

### The 9 Best Blenders in 2023 - Tested and Reviewed
Jun 19, 2023 — 1. **Best** Overall: Vitamix 5200 **Blender**. Our Rating: ...

 **USA Today**
https://reviewed.usatoday.com › best-right-now › the-... ⋮

### The Best Blenders of 2023 - Reviewed - USA Today
May 26, 2023
Why trust Reviewed? · Cuisinart Hurricane... · Vitamix Ascent A35... · Breville BBL920 Su...
Cleanblend Classic · Vitamix Profession...

**Sponsored**

 **RC Willey**
https://www.rcwilley.com › small-appliance ⋮

### RC Willey - In Stock and Available Now
Shop air fryers, coffee makers, ice makers, toasters, **blenders**, and much more. Elevate your
cooking with a brand new small kitchen appliance from RC Willey. Locations: Utah, Idaho.

Rating for rcwilley.com: 4.7 · 1,185 reviews · Average delivery time: 1–4 days

Blenders · Mixers · Air Fryers · Ice Makers · Coupons Available · Log In

📍 693 E University Pkwy, Orem, UT · Open today · 10:00 AM – 8:00 PM ▾

**Sponsored** ⋮

  

| Vitamix Commercial - Blender - 05202 XL... | Vitamix - V1200 Venturist Blender - Red | Luvele Blender Stainless Steel High Speed Blender... |
|---|---|---|
| **$1,720.37** | **$499.99** | **$448.95** |
| KaTom Restaurant Supply | Best Buy | Luvele US |
| Free shipping | (1k+) | (35) |
| Black · 8-oz, 64-oz · 1 speed · Countertop Blender | Red · 20-oz, 64-oz · 10 speeds · Countertop Blender | Stainless Steel · 500 watts · Countertop Blender · Blender |

 **Whisk**
https://whisk.com › blog › the-best-blenders-for-home-... ⋮

### The Best Blenders For Home Cooks and Smoothie Lovers
Mar 28, 2023 — Whisk's Choices for the **Best Blenders** · Vitamix E310 Explorian Blender ($349) –
best overall high performance blender · Ninja Professional ...
List includes: best overall high performance blender · Best performance blender for smoothie
enthusiasts · View full list

 **Minimalist Baker**
https://minimalistbaker.com › best-blenders-review-vit... ⋮

### Best Blenders Review (Vitamix, KitchenAid, Blendtec)
Review of the **best blenders** on the market: KitchenAid, Blendtec, and Vitamix. See how we put
them to the test, and which blender took the top prize!

6/30/23, 12:11 PM
best blenders - Google Search
Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 03/27/25    PageID.548    Page 158 of 390

 Google

Ninja Foodi Smoothie Bowl…
**$89.99**
Target, 5+ stores
📍 12 mi · In stock
4.5          (263)

Ninja Nutri-Blender Pro
**$113.99**
Amazon.c… , 5+ stores
4.5          (246)

Oster Easy-to-Clean Blender wit…
**$39.99**
Target, 3+ stores
📍 12 mi · In stock
4.0          (257)

Bear Blender, 700W Smoothie…
**$29.99**
Amazon…. , 10+ stores
5.0          (1)

Cuisinart SmartPower SPB-7
**$78.95**
Wayfair, 10+ stores
3.9          (530)

Cuisinart Hurricane Pro 3.5…
**$399.95**
Cuisinart, 10+ stores
4.7          (41)

Oster Touchscreen Blender 6-speed …
**$76.07**
Amazon.c… , 4+ stores
4.3          (4)

Kitchenaid Ksb1575cb 5-…
**$139.99**
Walmart - … , 2+ stores
4.6          (1k+)

 Facebook
https://www.facebook.com › … › Food Network › Videos

**Best Blenders, Tested by Food Network Kitchen | Facebook**

 — **Best** Overall, Vitamix Explorian 310: https: foodtv. com/3MMeaU6 — **Best** Value, Ninja Professional **Blender**: https: //foodtv.com …

Facebook · **Food Network** · 4 weeks ago

 Culinary Hill
https://www.culinaryhill.com › What to Buy

**The 5 Best Blenders for Margaritas and Frozen Drinks of …**

Jan 31, 2023 — Our **Top** Picks: · What's in Meggan's Kitchen: Vitamix Professional Series 750 **Blender** – $516 at Amazon · **Best** Frozen Drink **Blender** Runner-Up: …

 InsideHook
https://www.insidehook.com › … › Home Goods

**The Best Blenders for Every Type of Kitchen**

May 2, 2023 — The **Best Blenders** for Every Type of Kitchen ; Vitamix Propel Series 750 · Buy it now : $630$580 ; Nutribullet Pro 900 · Buy it now : $120 ; Ninja …

 cozyhomehub.org
https://cozyhomehub.org › Kitchen › Blenders

**11 Best Blenders Under 50 (Summer 2023)**

Cheap and useful kitchen helper for creating new delicious meals everyday - buy the **best blender** under 50 dollars and serve masterpieces from now on.

 Macy's
https://www.macys.com › shop › best-blenders

**Best Blender - Best Sellers**

Customer's **Top** Rated · Ninja. BL660 Professional **Blender** & Nutri Ninja® Cups. Limited-Time Special. $139.95 · Bella. Rocket 12-Piece Personal **Blender** & …

Free 30-day returns

 Google

9 Best Blenders for Smoothies and Shakes

Jun 14, 2023 — Our **Top Blender** Picks · Best Value: Ninja Professional Countertop Blender · Best Splurge: Vitamix 5200 Professional-Grade Blender · Best Vitamix ...

| Zwilling - Enfinigy Power Blender -... | Ninja Pro Edge BL456 | Oster Easy-to-Use 5 Speed Blender | Blendtec Classic 575 |
|---|---|---|---|
| **$299.99** | **$105.00** | **$29.99** | **$379.95** |
| Zwilling ... , 10+ stores | Amazon.c... , 5+ stores | 📍 Target, 5+ stores | Home De..., 10+ stores |
| 4.6 (221) | 4.7 (4k+) | 📍 25 mi · In stock | 4.8 (890) |
| | | 4.0 (143) | |

| Magic Bullet | Frigidaire Retro Smoothie Maker | Magic Bullet Personal Blender | Hamilton Beach Wave Crusher... |
|---|---|---|---|
| **$38.95** | **$34.98** | **$36.98** | **$44.98** |
| Amazon.c... , 5+ stores | Amazon...., 10+ stores | Amazon...., 10+ stores | Amazon..., 10+ stores |
| 📍 Also nearby | 3.8 (52) | 4.6 (388) | 4.3 (478) |
| 3.9 (875) | | | |

 21Ninety
https://21ninety.com › these-5-best-blenders-will-put-... ⋮

**These 5 Best Blenders Will Put You In Smoothie Heaven**

Mar 5, 2023 — ... to smoothie heaven but only the **best blenders** will get you there. ... smoothies will be noticeably easier with a top-tier blender.

 joyofsmoothies.com
http://www.joyofsmoothies.com › best-blenders ⋮

**Best Blenders for Making Smoothies**

Fancy High Performance Blenders. Not sure which one is right for you? Read on as I describe these categories in more detail... **Best Blender** For ...

Sponsored

 Kohl's
https://www.kohls.com ⋮

**Great High Speed Food & Smoothie Blenders | Kohl's**

Shop **Top** Brands at the **Best** Prices. Browse **Top** Products at Kohl's® Now! Shop the **Best** Brands. Save Up to 35% on Your First Kohl's Charge Order! Mobile Sale Alerts.

Rating for kohls.com: 4.4 · 245 reviews · On-time delivery: 99%+

Save More With Clearance · Fast + Free Pickup · Shop Outdoor Play Toys · Boys' Outfits

📍 Orem · 2 locations nearby

 Taste
https://www.taste.au.au › Taste-test-kitchen ⋮

**The 10 best blenders to buy in 2023**

The Vitamix A2300i is a total winner when it comes to making smoothies – "the **best blender** for green smoothies", according to Michelle. It produced the ...






 Eater
https://www.eater.com › drinks-reviews › review-these...

### These Are the Seven Best High-Performance Drink Blenders

May 7, 2015 — If you are willing to spend $450 and like to cook, the Vitamix 5200 is the **best**, most graceful **blender** you can buy. The Blendtec Designer 675 is ...

Pros and cons: Variable speed dial is really easy to use · Performs every task elegantly ·

View full list

The Telegraph
https://www.telegraph.co.uk › recommended › home

### the best blenders of 2023 for making smoothies, soups ...

Feb 16, 2023 — What are the **best blenders** in 2023? At a glance · Best overall – KitchenAid Artisan A400 · Best portable blender – Nutribullet 900 Series · Best ...

 Insider
https://www.insider.com › guides › kitchen › best-blen...

### The 3 best blenders we tested in 2023

Nov 16, 2022 — **Best blender** overall. Vitamix blender with pineapples, limes, bananas and an apple in front, one of · Best mid-priced blender. Cleanblend blender ...

List includes: Best blender overall · Best mid-priced blender · Best blender for smoothies · View full list

| Ninja Foodi Power Mixer System... | Kuvings Vacuum Blender | Blendi Portable Blender | DASH Quest Blender |
|---|---|---|---|
| **$99.99** | **$649.99** | **$59.99** | **$79.99** |
| Ninja Kit... , 10+ stores | kuvingsus... , 5+ stores | Amazon.... , 10+ stores | Amazon.c... , 3+ stores |
| 📍 Also nearby | 4.3          (22) | 4.8          (952) | 4.5          (8) |
| 4.7          (257) | | | |

| NutriBullet 1200 Watt 5-Speed... | Beautiful High Performance... | Breville the 3X Bluicer | SPECIAL OFFER  Vitamix 7500 |
|---|---|---|---|
| **$139.95** | **$39.96** | **$299.95** | **$559.95** |
| eBay, 5+ stores | Walmart, 10+ stores | Amazon.... , 10+ stores | QVC, 10+ stores |
| 4.5          (1k+) | 2.9          (186) | 4.6          (157) | 4.6          (1k+) |

 health.com
https://www.health.com › food › best-blender-for-smo...

### The 9 Best Blenders for Smoothies of 2023 | by Health

Mar 27, 2023 — **Best** Overall: Beast **Blender** at Amazon ; **Best** Budget: Oster My Blend at Amazon ; **Best** Small: Magic Bullet **Blender** at Amazon ; **Best** Portable:.

List includes: Best Overall · Best Budget · Best Small · View full list

Rating: 4.2 · Review by Isabella Ubaldi

6/30/23, 12:14 PM
best blenders - Google Search
Case 2:25-cv-00096-RJS-DBP   Document 28-1   Filed 03/27/25   PageID.551   Page 161 of 390



Google

  

Ninja Foodi 72 oz Power Blender...
**$199.00**
Walmart, 5+ stores
16 mi · In stock
4.6                    (35)

Blendtec Designer WildSide
**$449.95**
Amazon.c... , 4+ stores
4.8                  (109)

Magic Bullet 11pc Blender
**$49.99**
Home Dep..., 5+ stores
3.8                  (560)

Hamilton Beach 50190 Smoothie...
**$29.99**
hamilton... , 10+ stores
3.7                  (873)

Ninja Fit Personal Single-Serve...
**$59.00**
Walmart, 5+ stores
12 mi · In stock
4.7                  (581)

NutriBullet NB9-1301K Pro 13 Pc...
**$109.99**
Amazon.c... , 2+ stores
5.0                    (2)

Vitamix Pro 750 Heritage Series Professional-Gra...
**$629.95**
Amazon.com - Seller

Vitamix 5300
**$499.00**
Amazon.c... , 5+ stores
4.7                  (1k+)


awning.com
https://awning.com › post › best-airbnb-blenders    ⋮
**6 Best Blenders for Airbnbs and Vacation Rentals - Awning**
Mar 13, 2023 — Vitamix E310 Explorian **Blender**: Best Overall **Blender** · Hamilton Beach Power Elite Wave Action **Blender**: Best Budget-Friendly **Blender** · Blendtec ...


Study Finds
https://studyfinds.org › best-blenders    ⋮
**Best Blenders: Top 5 Mixers Most Recommended By Experts**
May 2, 2023 — The List: **Best Blenders**, According to Culinary Experts · 1. Vitamix E310 Explorian Blender · 2. Vitamix 5200 · 3. Vitamix A3500 Ascent · 4.


KTEN
https://www.kten.com › story › discover-the-5-best-blen...    ⋮
**Discover the 5 Best Blenders for Smoothies and Ice -**
Jun 21, 2023 — Photo from Unsplash Originally Posted On: https://homecooksrecipes.com/5-**best-blenders**-for-smoothies-and-ice/


Expert Reviews
https://www.expertreviews.co.uk › Blenders    ⋮
**The best blenders and smoothie makers to buy in 2023**
Mar 2, 2023 — 1. Sage the Boss To Go: **Best** worktop **blender** · 2. BlendJet 2: **Best** affordable cordless **blender** · 3. Nutribullet 600 Series: **Best** high-powered ...


Healthline
https://www.healthline.com › ... › Nutrition    ⋮
**The 9 Best Blenders for Smoothies**
Feb 28, 2023 — The secret behind every great smoothie is a great blender. Here are the 9 **best blenders** for making smoothies.
List includes: Best overall · Best high power · Best for single-serve batches ·
View full list



best blenders - Google Search

[search bar]  

**Capital One Shopping® - Deals - Get Discounts On Top Blender**

Capital One Shopping® Finds Discounts While You Shop. Save On Stoves. Download The Capital One Shopping® Extension To Find Hot Deals On Appliances. Deals On **Top** Brands.

More results ⌄

**84058, Utah** - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms

  
Google    best buy blenders      M

Shopping    News    Images    Videos    Maps    Books    Flights    Finance        All filters ▾    Too...

On sale    Nearby    Under $50    Black    Vitamix    KitchenAid    NutriBullet    Ninja    Hamilton Beach

About 60,700,000 results (0.48 seconds)

**Sponsored** ⋮



Vitamix Blender - Explorian...
**$349.99**
Best Buy
(3k+)



Vitamix Blender - Ascent 3500...
**$699.95**
Best Buy
(3k+)



Breville Commercial -...
**$599.95**
WebstaurantS...
(20)



Ninja Blender - Professional...
**$128.99** $150
Best Buy
(1k+)



Blendtec - Blender -...
**$711.11**
KaTom Resta...
Free shipping



Vitamix Blender - Professional...
**$629.95**
Best Buy
(2k+)



Vitamix Blender - Ascent 2500...
**$549.95**
Best Buy
(2k+)



Vitamix - V1200...
**$499.99**
Best Buy
(1k+)

**Sponsored**

 Best Buy
https://www.bestbuy.com    ⋮

**Blenders and Juicers - Best Buy**

Shop Small Kitchen Appliances at **Best Buy**. Shop Online or In Store. Discover Air Fryers, **Blenders**, Toasters, and More at **Best Buy**. Ready In An Hour.

Electronics store · Orem · Open · Closes 8 PM

**Small Appliance Top Deals**
See This Week's Special Offers On Small Appliances At Best Buy®.

**Appliance Questions?**
Chat with our knowledgeable in-home advisors today

 Best Buy
https://www.bestbuy.com › site › abcat0912011    ⋮

**Blenders and Juicers - Best Buy**

Items 1 - 18 of 145 — Shop for **blenders** and juicers at **Best Buy** to create healthy beverages, snacks and meals with fruits and vegetables.

Free delivery over $35 · Free 15-day returns

Blenders · Single-serve blenders · Full-Sized Blenders

SALE

Ninja Mega Kitchen System...
**$199.99**
Best Buy, 10+ stores
13 mi · In stock
4.7    (8k+)

Magic Bullet 250W
**$49.99**
Best Buy, 10+ stores
Also nearby
4.2    (6k+)

Vitamix E310
**$349.99**
Best Buy, 10+ stores
13 mi · In stock
4.6    (3k+)

Ninja Professional Plus Blender DUO...
**$128.99** $150
Best Buy, 10+ stores
13 mi · In stock
4.8    (1k+)

SALE

| Ninja Professional Plus Blender with… | NutriBullet | BlendJet 2 | Oster Pro 500 |
|---|---|---|---|
| **$119.99** | **$69.99** | **$44.95** $50 | **$64.99** |
| Best Buy, 10+ stores | Best Buy, 10+ stores | Best Buy, 10+ stores | Best Buy, 10+ stores |
| 📍 16 mi · In stock | 📍 Also nearby | 📍 Also nearby | 4.5     (914) |
| 4.7     (2k+) | 4.5     (9k+) | 4.8     (9k+) | |

## People also ask   ⋮

Which type of blender is best?

Which hand blender is best for daily use?

What is a good price for a blender?

What are the three types of blenders?

Feedback


Best Buy
https://www.bestbuy.com › site › searchpage › st=blen…   ⋮

### blenders

Items 1 - 18 of 145 — Shop for **blenders** at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.
Free delivery over $35 · Free 15-day returns


Best Buy
https://www.bestbuy.com › … › Blenders Directory   ⋮

### Kitchen Blenders

Shop for kitchen **blenders** at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.
Free delivery over $35 · Free 15-day returns


Best Buy
https://www.bestbuy.com › … › Small Kitchen Appliances   ⋮

### On Sale Blenders & Juicers

Items 1 - 18 of 19 — Shop for On Sale **Blenders** & Juicers at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.
Free delivery over $35 · Free 15-day returns

| NutriBullet Blender Combo | Ninja Foodi Power Blender Ultimate… | NutriBullet Pro Plus | Ninja Nutri Blender Pro with Auto-iQ |
|---|---|---|---|
| **$129.99** | **$239.99** | **$101.99** | **$91.99** |
| Best Buy, 10+ stores | Best Buy, 10+ stores | Best Buy, 10+ stores | Best Buy, 10+ stores |
| 📍 13 mi · In stock | 📍 13 mi · In stock | 📍 13 mi · In stock | 📍 13 mi · In stock |
| 4.3     (1k+) | 4.7     (520) | 4.5     (719) | 4.7     (890) |

NutriBullet PRO 1000
**$85.99**
Best Buy, 10+ stores
4.4          (944)

Vitamix Ascent Series A3500
**$699.95**
Best Buy, 10+ stores
📍 16 mi · In stock
4.7              (3k+)

Ninja Foodi SS351
**$159.99**
Best Buy, 10+ stores
📍 16 mi · In stock
4.6          (1k+)

Ninja Master Prep Pro QB1004
**$59.99**
Best Buy, 5+ stores
4.7          (1k+)


Best Buy
https://www.bestbuy.com › site › shop › top-blenders ⋮

## Top Blenders

Shop for top **blenders** at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.
Free delivery over $35 · Free 15-day returns


Best Buy
https://www.bestbuy.com › site › shop › blenders-for-... ⋮

## Blenders For Smoothies

Shop for **blenders** for smoothies at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.
Free delivery over $35 · Free 15-day returns


Best Buy
https://www.bestbuy.com › ... › Blenders ⋮

## Personal Blenders: Smoothie Blenders

Items 1 - 18 of 27 — **Best Buy** has personal **blenders**. Buy a new mini **blender** and see why portable **blenders** are considered the best **blenders** for…
Free delivery over $35 · Free 15-day returns


Best Buy
https://www.bestbuy.com › site › shop › top-rated-ble... ⋮

## Top Rated Blenders

Shop for top rated **blenders** at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.
Free delivery over $35 · Free 15-day returns


Best Buy
https://www.bestbuy.com › ... › Top-Rated Products ⋮

## Top-Rated Blenders & Juicers

Items 1 - 18 of 61 — **Top**-Rated **Blenders** & Juicers · NutriBullet · Ninja · Vitamix · KitchenAid · Breville · Blendtec · Hamilton Beach · Kuvings.
Free delivery over $35 · Free 15-day returns

Best Buy
https://www.bestbuy.com › ... › Blenders Directory ⋮

## Oster Blenders

Shop for oster **blenders** at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.
Free delivery over $35 · Free 15-day returns

Hamilton Beach
Power Elite 58148
**$49.99**
Best Buy, 10+ stores
4.1            (727)

NutriBullet Rx
**$129.99**
Best Buy, 10+ stores
📍 34 mi · In stock
4.4            (5k+)

Magic Bullet
Kitchen Express
**$75.99**
Best Buy, 10+ stores
📍 Also nearby
3.9            (243)

KitchenAid
KHBV53
**$59.99**
Best Buy, 10+ stores
📍 13 mi · In stock
4.7            (1k+)

Blendtec
Professional 800
**$799.99**
Best Buy, 10+ stores
4.6            (233)

Vitamix Ascent
Series A2500
**$549.95**
Best Buy, 10+ stores
📍 13 mi · In stock
4.7            (2k+)

Vitamix
Professional 750
**$629.95**
Best Buy, 10+ stores
📍 16 mi · In stock
4.8            (2k+)

Elite Cuisine EPB-
1800
**$29.99**
Best Buy, 10+ stores
3.8            (497)

## Related searches    ⋮

**target** blenders

**walmart** blenders

**bed bath and beyond** blenders

blenders **on sale**

best blenders

best **blender and juicer all in
one**

More results  ⌄



blenders

About 362,000,000 results (0.61 seconds)

Results for **Orem, UT 84058** · Choose area

**Sponsored** ⓘ










| MMXR-3221 - MudMixer | AvaMix BL2T482J Blender 2 hp Commercial... | Kalorik 1800W High-Powered Blender, Silver | Luvele Blender Stainless Steel High Speed Blender with... | Blenders Arctic Xpress | Nebula | Vitamix Blender Propel Series 510 | Breville Fresh & Furious Blender, Damson Blue ... | Havana Speed Aura |
|---|---|---|---|---|---|---|---|
| **$2,995.00** | **$169.99** | **$149.99** | **$448.95** | **$120.00** | **$479.95** | **$199.95** | **$95.00** |
| MudMixer | WebstaurantS... | Kalorik | Luvele US | Blenders Eye... | Vitamix | Williams-Son... | Blenders Eye... |
| (69) | (11) | (46) | (35) | (214) | (31) | (625) | (587) |
| Mixer · Stand Mixer | Stainless Steel · 48-oz · 1,500... | Stainless Steel · 4 speeds · 1,400... | Stainless Steel · 500 watts · ... | | 10 speeds · Blender · ... | Damson Blue · 5 speeds · 1,000... | |

---

ⓦ **Blenders Eyewear**
https://www.blenderseyewear.com

**Blenders Eyewear - Sunglasses, Snowboard & Ski Goggles ...**

Next-level sunglasses. Slope-scorching ski and snowboard goggles. **Blenders** Eyewear has the look you need and the performance to match. Shop today.

**Women's Sunglasses**
The right pair of sunglasses can make a huge difference when ...

**Men's Sunglasses**
If you're looking for sunglasses for men, you're in the right place ...

**Sale**
From sunnies to reading and blue light glasses, we'll help you find ...

**Sunglasses**
Sunglasses are a must-have accessory. These stylish shades ...

More results from blenderseyewear.com »

| **See results about** |
|---|
| **Blender** ›<br>A blender is a kitchen and laboratory appliance used to ... |

 **Walmart**
https://www.walmart.com › ... › Blenders

**Blenders**

**Blenders** come in two major types: upright **blenders**, or stand **blenders**, and handheld **blenders**. An upright **blender** consists of a pitcher on top of a base, which ...

Free 90-day returns

Locations ⋮



**A**   Bosch Kitchen Center
Orem, UT · (801) 224-1616
Open · Closes 5 PM
✓ In stock: **blenders** · Updated 1 day ago


Website    Directions

**B**   Janitorial & Restaurant Supply
Orem, UT · (801) 224-1148
Open · Closes 6 PM
In-store shopping · Delivery

Directions

More locations →

 Target
https://www.target.com › ... › Kitchen Appliances   ⋮

**Blenders**
Find professional and hand **blenders** at Target. Discover top brands like Ninja, Vitamix, Nutribullet, KitchenAid, and Oster. Enjoy free shipping on orders ...
You visited this page on 6/30/23.

 Amazon.com
https://www.amazon.com › blenders   ⋮

**Blenders - Small Appliances: Home & Kitchen**
Discover Household **Blenders** on Amazon.com at a great price. Our Small Appliances category offers a great selection of Household **Blenders** and...
30-day returns

 Best Buy
https://www.bestbuy.com › site › abcat0912011   ⋮

**Blenders and Juicers - Best Buy**
Items 1 - 18 of 145 — Shop for **blenders** and juicers at Best Buy to create healthy beverages, snacks and meals with fruits and vegetables.
Free delivery over $35 · Free 15-day returns
You visited this page on 6/30/23.

 Wired
https://www.wired.com › Gear › buying guides

**Best Blenders (2023): Smoothies, Soups, Sauces | WIRED**
Jun 10, 2023 — The perfect kitchen companion, these versatile **blenders** can whip up breakfast, dinner party dips, and everything in between.

 Food & Wine
https://www.foodandwine.com › ... › Small Appliances

**The Best Personal Blenders, According to Our Rigorous Testing**
5 days ago — After earning perfect scores across all categories, we named the NutriBullet Pro 900 our ...
List includes: Best Overall · Best Value · Best Splurge · View full list
Rating: 5 · Review by Bridget Degnan

Food Network
https://www.foodnetwork.com › ... › Product Reviews

**6 Best Blenders of 2023, Tested by Food Network Kitchen**

Jun 14, 2023 — Best Overall: Vitamix Explorian E310 · Best Value (and Best for Smoothies): Ninja
Professional **Blender** · Best **Blender**-Food Processor Combo: Ninja ...

Sponsored

 Williams-Sonoma
https://www.williams-sonoma.com ⋮

**Williams Sonoma® Electrics - Free Shipping on Electrics**

Shop Premium Electrics & More Exclusively at Williams Sonoma®. Cooking Inspiration. Recipes
In Season Now. Share a Meal. Culinary Events & Classes. Innovative Cooking.

Rating for williams-sonoma.com: 4.6 · 30 reviews · Average delivery time: 1–3 days

Blenders · Buy Online, Get it Today · Electrics Ship Free · Air Fryers · The College Kitchen

Deal: Up to 45% off Zwilling Cutlery

## Related searches ⋮

**women's** blenders **sunglasses**             **cheap blender walmart**

**men's** blenders **sunglasses**

Sponsored

 webstaurantstore.com
https://www.webstaurantstore.com ⋮

**Food Blenders Available - Shop Wholesale Blenders**

Commercial **Blenders** & Mixers At WebstaurantStore® | Fast Shipping! | Shop Now

Sponsored

 homedepot.com
https://www.homedepot.com ⋮

**Blenders At The Home Depot - Everyday Savings On Blenders**

If Your **Blender** Is Going To Sit Out On Your Kitchen Counter, Choose A Look You Like.
Enjoy...

Home improvement store · Lindon · Open · Closes 10 PM

Sponsored

 KitchenAid
https://www.kitchenaid.com › shop › blenders ⋮

**Cooking blenders - KitchenAid Official Site**

Learn More About Our Collection Of Kitchen **Blenders** And Choose The Right One For You.

 Facebook
https://www.facebook.com › ... › Blenders ⋮

**Blenders | San Diego CA**

**Blenders**, San Diego, California. 1003935 likes · 17811 talking about this · 775
were here. Fresh, vibrant, comfortable eyewear. Designed in San Diego,...

Rating: 4.3 · 5,294 votes

 Blenders In The Grass
https://www.drinkblenders.com ⋮

**Blenders In The Grass – Fresh-Quick-Nutritious-Delicious**

**Blender's** Headquarters 6487B Calle Real Goleta, CA 93117. Office Hours: 7am-3pm Mon - Fri.
Phone: 805-683-5858. Customer Service Hotline/E-Mail ...

 Instagram
https://www.instagram.com › blenders ⋮

**Blenders**

Introducing @legends x @**blenders** a bold collaboration blending two lifestyle
& performance brands. Elevate your every day // @legends x @**blenders**...



TylersTx
https://www.tylerstx.com › blenders-eyewear

**Blenders Eyewear | Sunglasses & Ski Goggles**

**Blender** Eyewear aims to deliver the world's coolest and most affordable eyewear that inspires people to Live Life in Forward Motion. Based out of Sa...

Free delivery over $75 · 30-day returns



The Spruce Eats
https://www.thespruceeats.com › ... › Small Appliances



**The 7 Best Blenders of 2023**

Jan 5, 2023 — Best Overall: Vitamix Professional Series 750 **Blender** at Amazon ; Runner-Up, Best Overall: KitchenAid K400 **Blender** at Amazon ; Bes...

List includes: Best Personal Blender · Best Immersion Blender · Runner-Up, Best Overall · View full list



New York Magazine
https://nymag.com › strategist › article › best-blenders

**11 Best Blenders 2023 | The Strategist**

3 days ago — We spoke to experts to find the very best **blenders**, including Vitamix Professional Series 750 **Blender**, Blendtec Total **Blender** Classic, ...

List includes: Best even less expensive blender · Best blender with touchscreen · Best blender for smoothies · View full list



YouTube
https://www.youtube.com › Curtis Holt


13:14

**Blender 3.6 is Here! - What are the NEW Features? - YouTube**

**Blender** 3.6 is here!Support my work: https://curtisholt.online/patreonGet **Blender** Resources: https://curtisholt.online/storeSecond Channel: ...

YouTube · Curtis Holt · 1 day ago



Wikipedia
https://en.wikipedia.org › wiki › Blender



**Blender**

A **blender** is a kitchen and laboratory appliance used to mix, crush, purée or emulsify food and other substances. A stationary **blender** consists of a...



Williams-Sonoma
https://www.williams-sonoma.com › shop › electrics



**Electric Kitchen Blenders**

Shop top-rated **blenders** from trusted brands at Williams Sonoma. FREE SHIPPING! From smoothies to soups, our collection of electric **blenders**...

30-day returns



Vitamix
https://www.vitamix.com › en_us › shop › blenders

**Shop All Vitamix Blenders - Smart System, Classic, and ...**

Results 1 - 12 of 40 — All **Blenders** · Product Series · Product Collections · Compatible with · Color · Product Type.

Free delivery · Free 60-day returns

**Sponsored**

JCPenney
https://www.jcpenney.com



**Blenders at JCPenney® - Up to 50% off Small Electrics**

Save on **Blenders** at JCPenney®. Free Shipping Every Day at JCPenney®. Find Deep Discounts and Deals on Everything You Need for Your Home In One Place—JCPenney.

Department store · Provo · Open · Closes 8 PM

Rating for jcpenney.com: 4.0 · 131 reviews

Blenders · Toasters · Bedding & Bath · Back to College Sale 2023 · Home Sale · Air Fryers

Sponsored






| Kalorik 1800W High-Powere... | Luvele Blender Stainless Ste... | AvaMix BL2T482J... | Blendtec - Blender -... | Vitamix A3300 Ascent Serie... |
|---|---|---|---|---|
| **$149.99** | **$448.95** | **$169.99** | **$711.11** | **$549.95** |
| Kalorik | Luvele US | Webstaurant... | KaTom Resta... | Vitamix |
| (46) | (35) | (11) | Free shipping | (464) |
| Stainless Steel · | Stainless Steel · | Stainless Steel · | Black · 44-oz, 90- | Black Diamond · |
| 4 speeds · 1,40... | 500 watts · ... | 48-oz · 1,500... | oz · 1,800 watt... | 64-oz · 3 speed... |

 Zumiez
https://www.zumiez.com › brands › blenders-eyewear    ⋮

### Blenders Eyewear

**Blenders** sunglasses are based in the sunshine state of California in the heart
of San Diego, where you needs to have a pair of sunglasses everyday....
30-day returns

 Home Depot
https://www.homedepot.com › Appliances-Small-Kitchen...    ⋮

### Blenders - Small Kitchen Appliances

Results 1 - 48 of 222 — Get free shipping on qualified **Blenders** products or
Buy Online Pick Up in Store today in the Appliances Department.
90-day returns

 Consumer Reports
https://www.consumerreports.org › blenders    ⋮

### Best Blender Reviews – Consumer Reports

Looking for the best **blender**? Consumer Reports has honest ratings and
reviews on **blenders** from the unbiased experts you can trust.

 WebstaurantStore
https://www.webstaurantstore.com › ... › Food Preparation    ⋮

### Commercial Blenders

Get the right heavy-duty commercial **blender** for your bar or your high-volume
kitchen! Shop WebstaurantStore for wholesale prices on kitchen equipment!
30-day returns

 KitchenAid
https://www.kitchenaid.com › countertop-appliances    ⋮

### Kitchen Blenders that are Maker-Inspired

**BLENDER** COLLECTION · EXPLORE YOUR BEST TASTE AND TEXTURE ·
CAPTIVATE WITH HIBISCUS · Craft Taste Sensations MADE FOR MORE THA...

https://www.kitchenaid.com › ... › Blenders    ⋮

### Blenders

**Blenders** are categorized into two main types: countertop **blenders** and immersion **blenders**.
Many factors can play into which kitchen **blender** is best for you, like ...
Free delivery · 30-day returns


BlendJet
https://blendjet.com

**BlendJet® Portable Blender | The Next-Gen Blender®**

The BlendJet 2 portable **blender** packs big **blender** power on the go. It crushes ice or almost anything. It even cleans itself. It's USB-C rechargeable and ...

Free delivery · 30-day returns


Ninja Kitchen
https://www.ninjakitchen.com › page › blenders    ⋮

**Personal Smoothie Blender**

**Blenders** & kitchen systems. Better when blended. Whether you're making single-serve smoothies or crafting big-batch blends, Ninja® can help you whip up ...


YouTube
https://www.youtube.com › Blenders Eyewear    ⋮

**Blenders Eyewear: Founder Story - YouTube**

People said he was crazy to do this...so he fkn' did it. Starting as a surf coach in San Diego, our CEO and Founder, Chase Fisher, ...

YouTube · Blenders Eyewear · Apr 8, 2022




YouTube
https://www.youtube.com › Josh Gambrell    ⋮

**The TRUTH About Blender Addons... - YouTube**

**Blender** addons. Are they good? Bad? Should we use them? What's the deal? Let's discuss.Learn hard surface with our '9 Secrets' **Blender** ...

YouTube · Josh Gambrell · 5 hours ago

Sponsored


Best Buy
https://www.bestbuy.com

**Blenders and Juicers - Best Buy**

Shop Small Kitchen Appliances at Best Buy. Shop Online or In Store. Discover Air Fryers, **Blenders**, Toasters, and More at Best Buy. Ready In An Hour.

Rating for bestbuy.com: 4.7 · 501 reviews · Order accuracy: 95–100%

Small Appliance Top Deals · All Best Buy® Appliances · Ready In One Hour · Free Shipping
Orem · 2 locations nearby

Sponsored    ⋮







MMXR-3221 - MudMixer

**$2,995.00**
MudMixer

(69)

Stand Mixer · Mixer

Kalorik 1800W High-Powere...

**$149.95**
Kalorik

(46)

Stainless Steel · 1,400 watts · 4...

Breville Commercial - ...

**$599.95**
Webstaurant...

(20)

Stainless Steel · 1,800 watts · 1...

Luvele Blender Stainless Ste...

**$448.95**
Luvele US

(35)

Stainless Steel · 500 watts · ...

Havana Spee... | Aura

**$95.00**
Blenders Eye...

(587)


LinkedIn
https://www.linkedin.com › company › blenders-eyew...    ⋮

**Blenders Eyewear**

At **Blenders** Eyewear, we're about looking good, feeling good, and helping others do the same with steezy gear that launches their lives into Forward Motion.



**Hamilton Beach**
https://hamiltonbeach.com › blenders    ⋮

### Blenders | HamiltonBeach.com

Discover Hamilton Beach® **blenders**, known worldwide for making smooth and delicious shakes, smoothies, icy drinks and more.

Free 60-day returns



**Cuisinart**
https://www.cuisinart.com › ... › Appliances    ⋮

### Countertop and Kitchen Blenders

Our kitchen **blenders** come with varying speeds and settings for a wide range of tasks like blending, puréeing, chopping and liquefying. Shop for yours now.

Free delivery · 45-day returns



**Good Housekeeping**
https://www.goodhousekeeping.com › blender-reviews    ⋮

### 7 Best Blenders of 2023, Tested & Reviewed

May 24, 2023 — The best powerful **blenders** include personal **blenders**, **blender** food processor combos, Vitamix and Ninja **blenders** that are great f...

You visited this page on 5/17/23.



**Blender**
https://www.blender.org › download    ⋮

### Download — blender.org

Featuring simulation nodes, a new UV packing engine, performance improvements in Cycles, and so much more. Discover the freedom to create...



**Tillys**
https://www.tillys.com › BRANDS    ⋮

### Blenders Eyewear

Get It Fast · **BLENDERS** EYEWEAR Eclipse X2 Polarized Sunglasses · **BLENDERS** EYEWEAR Fortunate Gina Polarized Sunglasses · **BLENDERS**...

Free 60-day returns



**Blendtec**
https://www.blendtec.com › collections › blenders    ⋮

### Premium Commercial Kitchen Blenders

The Blendtec **blender** is the perfect small appliance for your kitchen. Make smoothies, hot soup, juice and more with our all-in-one designs.

Free delivery · 30-day returns



**RTINGS.com**
https://www.rtings.com › blender    ⋮

### Blender Reviews: Best of 2023

91 **Blender** reviews. Start with our picks for the best **blenders** below. These are the ones we recommend based on our testing and in-depth **blender**...



**Wayfair**
https://www.wayfair.com › blenders-c419247    ⋮

### Blenders You'll Love in 2023

Find **Blenders** at Wayfair. Enjoy Free Shipping & browse our great selection of Small Appliances, Hot Plates & Burners, Roaster Ovens & Convection Ovens...

Free delivery · 30-day returns

**The Adult Man**
https://theadultman.com › Style    ⋮

### Blenders Eyewear Review: Take Note, Beach Bros

Jan 10, 2022 — **Blenders** Eyewear aims to take on designer shades with their unique San Diego surfer-style sunglasses. We review six different pairs.

Rating: 5 · Review by William Barton

Sponsored



homedepot.com
https://www.homedepot.com ⋮

**Blenders At The Home Depot - Shop Blenders & Mixers**

Nobody Beats Our Price Match Guarantee. Free Shipping & Free In Store Returns. Shop
Now. Enjoy Everyday Low Prices On Small Kitchen Appliances. Savings at Home Depot.

Home improvement store · Lindon · Open · Closes 10 PM

Rating for homedepot.com: 4.3 · 1,103 reviews · Return policy: Most items 90+ days

Sponsored ⋮

       

| Cold Smoke \| Aura | Kalorik 1800W High-Powered Blender, Silver | Luvele Blender Stainless Steel High Speed Blender with... | Breville Commercial - Blender - CBL920 Sup... | AvaMix - Blender - BL2T48 2 hp Commercial... | Vitamix Blender - Professional Series 10-... | Kuvings Blender Professional Auto with... | Dynamic BL001.1.T BlendPro 1T Countertop... |
|---|---|---|---|---|---|---|---|
| $95.00 | $149.99 | $448.95 | $599.95 | $119.99 | $629.95 | $1,999.95 | $449.00 |
| Blenders Eye... | Kalorik | Luvele US | Webstaurant... | Webstaurant... | Best Buy | Free shipping | KaTom Resta... |
| (587) | (46) | (35) | (20) | (11) | (2k+) | Free shipping | Free shipping |
| | Stainless Steel · 1,400 watts · 4... | Stainless Steel · 500 watts · ... | Stainless Steel · 1,800 watts · 1... | Stainless Steel · 48-oz · 1,500... | Pearl Gray · 64-oz · 10 speeds ... | Stainless Steel · 1,875 watts · ... | Stainless Steel · 1,050 watts · 4... |

📍 Pick up today



Oster Appliances
https://www.oster.com › blenders-juicers › kitchen-ble... ⋮

**Kitchen Blenders**

Find amazing products in Kitchen **Blenders** today | Oster. ... Oster Pro®
**Blender** with Texture Select Settings, 2 Blend-N-Go Cups.



Lowe's
https://www.lowes.com › ... › Blenders & Juicers ⋮

**Blenders at Lowes.com**

Find **blenders** at Lowe's today. Free Shipping On Orders $45+. Shop **blenders**
and a variety of appliances products online at Lowes.com.

Free 90-day returns



Returnly
https://blenderseyewear.returnly.com ⋮

**Blenders Eyewear - Returns Center**

Start with an order number Start with an email address Returning a Gift? By continuing, you
agree to the Terms and Privacy Policy.



GE Appliances
https://www.geappliances.com › blenders ⋮

**Discover Blenders | GE Appliances**

GE **BLENDERS** · SHOP **BLENDERS** · features you'll love · Large 64 Ounce **Blender** Jar · Vortex
Action · **Blender** Counter Grip · EXPLORE OUR SMALL APPLIANCES · GE APPLIANCES ...

· 30-day returns

Zwilling
https://www.zwilling.com › kitchen-appliances › blenders ⋮

**Blenders with high quality**

Our **blenders** are equipped with original ZWILLING blades that work at full
speed. A safety system is good here: Your ZWILLING ENFINIGY **blender** will...

Free delivery over $59





The New York Times
https://www.nytimes.com › reviews › best-blender    ⋮

### The 4 Best Blenders of 2023 | Reviews by Wirecutter

Nov 16, 2022 — Our best **blender** pick on a counter half-filled with a fruit smoothie, surrounded
Photo: Sarah Kobos. FYI. After new testing, ...

List includes: The best blender · A more affordable but less durable blender · Powerful blender
motor, shorter ... · View full list



Alabama Outdoors
https://alabamaoutdoors.com › brands › blenders    ⋮

### Blenders - Alabama Outdoors

Based out of San Diego, **Blenders** Eyewear's mission is to provide people with
a mid-priced eyewear option with the same cool factor as leading styles.

60-day returns



Breville
https://www.breville.com › products › blenders    ⋮

### Blender Machines & Smoothie Makers

Experience commercial grade **blenders** at home for delicious smoothies and purees with
Breville's high quality **blenders**. Order today for free shipping.

Free delivery · 30-day returns

Proctor Silex
https://www.proctorsilex.com › blenders    ⋮

### Blenders | ProctorSilex.com

Make smooth drinks and sauces with a powerful **blender**. ... Proctor Silex®
**blenders** deliver delicious smoothies, creamy milkshakes and decadent…
· 60-day returns



Calphalon
https://www.calphalon.com › kitchen-appliances › ble...    ⋮

### Stainless Steel Blenders

The ActiveSense™ **Blender** with Blend-N-Go® Smoothie Cup features
ActiveSense Technology to sense the mixture in the jar and automatically…

60-day returns

**Sponsored**

Crate and Barrel
https://www.crateandbarrel.com    ⋮

### Kitchen Blenders & Electric Countertop Blenders | Crate & Barrel

Find Juicers and **Blenders** for Your Kitchen. Shop Online at Crate & Barrel Today!

Rating for crateandbarrel.com: 4.4 - 37 reviews · Return policy: Most items 90+ days

Up To 60% Off · Up To 30% Off · The Kitchen by Crate · Introducing Molly Baz

**Deal:** Up to 60% off Fresh Markdowns

6207 S State St, Murray, UT - Open today · 10:00 AM – 9:00 PM ▾

Sponsored ⋮







**MMXR-3221 - MudMixer**
**$2,995.00**
MudMixer
(69)
Stand Mixer · Mixer

**Kalorik 1800W High-Powere...**
**$149.99**
Kalorik
(46)
Stainless Steel · 1,400 watts · 4...

**Luvele Blender Stainless Ste...**
**$448.95**
Luvele US
(35)
Stainless Steel · 500 watts · ...

**Blendtec - Blender -...**
**$1,077.14**
KaTom Resta...
(6)
Black · 32-oz, 90-oz · 1,800 watt...

**Breville Commercial -...**
**$599.95**
Webstaurant...
(20)
Stainless Steel · 1,800 watts · 1...

 Nutribullet
https://www.nutribullet.com › shop › blenders › all    ⋮

**Shop & Buy the Best Blenders Online**

Shop for the best **blenders** online. Browse and buy from our selection of the best nutribullet smoothie **blenders**, juicers, kitchen **blenders**, and more here.

Free delivery over $75 · 30-day returns

 Shop QVC
https://www.qvc.com › ... › Blenders › _ › N-ztcw3z    ⋮

**Blenders & Food Processors**

An immersion **blender** can be your new go-to tool in the kitchen, for everything from pureeing homemade soups to making pesto or whipped cream. Immersion **blenders** ...

30-day returns

 Weston Brands
https://www.westonbrands.com › blenders    ⋮

**Blenders**

Weston **Blender** with Sound Shield and Personal Jar. ON SALE. Weston **Blender** with Sound Shield and Personal Jar. MODEL: 58918. $79.98 $169.99. ADD TO CART ...

· 30-day returns

 Klarna
https://www.klarna.com › ... › Small Home Appliances    ⋮

**Blenders**

Compare prices on **Blenders** and shop the perfect **Blender** at the best price on the market. ✓ Easy, fast and convenient. Welcome to Klarna!

 Blenders Cafe
https://www.blenderscafe.com    ⋮

**Blenders Cafe**

We have great selections of smoothies, juices, wraps, sandwiches, salads and a full espresso bar! CHECK OUT OUR MENU ITEMS! **Blenders** smoothie20170525 5477 ...

 CNN.com
https://www.cnn.com › cnn-underscored › reviews › best...    ⋮

**Best blenders in 2023, tested by editors | CNN Underscored**

Jun 8, 2023 — We tried out everything from Breville and Ninja to Vitamix and more. Read on to see which **blender** beat out the competition.

List includes: From $547 at Amazon or $550 at Wayfair · From $432 (Renewed) at Amazon · $120 $90 at Amazon · View full list



### HSN
https://www.hsn.com › ... › Kitchen Appliances   ⋮

### Blenders

exclusive! Ninja Stor...    exclusive! NutriBullet ...    new! Nutribullet Blend...    exclusive! Ninja TWIS...

Nutribullet 600-Watt B...    KitchenAid Variable S...    Ninja Nutri-Ninja Pers...    Hamilton Beach Hand...

Hamilton Beach Wave...    Ninja Nutri Pro with A...    Ninja Mega Kitchen S...    Kalorik Personal Blen...



### Serious Eats
https://www.seriouseats.com › ... › Electric Appliances   ⋮

### The Best Blender for You: Expensive Versus Budget Buys, ...

We tested both affordable and high-end **blenders** before choosing our top two picks. ... We like the Cuisinart Hurricane **Blender** and the Vitamix 5200 **Blender**.



### Gem Blenders
https://www.gemblenders.com   ⋮

### Gem Blenders: Home

Mix and match gems, explore blend synergies, and command your heroes to outwit your opponent in this lo-fi TCG by Steve Sekula.



### Beautyblender
https://beautyblender.com › collections › blenders   ⋮

### Blenders

**Blenders**. Iconic award-winning foam for an easy flawless application. CATEGORIES. Close menu. Categories. Categories. Featured, Best selling, Alphabetically ...

Rating: 4.3 · 16 reviews

**Sponsored**

qvc.com
https://www.qvc.com   ⋮

### Blenders & Food Processors - QVC.com

Shop QVC today - your one-stop destination for all things skincare. Shop Online At The Official QVC Website.

Rating for qvc.com: 4.5 - 1,986 reviews - Return policy: Most items 30+ days

Deal: $10 off 1st Order $25+ · Code SURPRISE

More results ⌄

84058, Utah - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms

 Feel better fast

Sponsored



**There's Only One Real Vitamix**

Sponsored by Vitamix

[ Shop now ]

**Now $129.95** ~~$249.95~~
Vitamix ONE
Blender, 32 fl oz
★★★★☆ 245

**$359.95**
Restored Premium
Vitamix 5300...
★★★★★ 1371

**$149.95**
Vitamix® Immersion
Blender
★★★★★ 587

**$629.95**
Vitamix Profe...
Series 750 Bl...
★★★★★ 1787

---

🏠 In-store    ⓢ Price ⌄    Brand ⌄    ⚡ Speed ⌄                    Sort by | Best Match ⌄

| Ninja blenders | Nutribullet | Vitamix | Immersion blenders | Oster blenders | Magic Bullet blenders | Portable blenders | KitchenAid blenders | ⟩ |

---

Price when purchased online ⓘ

100+ bought since yesterday     100+ bought since yesterday     In 100+ people's carts     Best seller

♡                              ♡                              ♡                         ♡

 

( + Add )        ( + Add )        ( + Add )        ( Options )

Sponsored          Sponsored          Sponsored          Sponsored

**Now $24.97** ~~$34.97~~   **$38.95**                **$58.00**         **$32.99** ~~$99.99~~
Magic Bullet® Mini 14 oz.   Magic Bullet® 11 Piece Personal   nutribullet 600 Watt 24 oz. Cup   Vavsea Immersion Hand Blender,
Compact Personal Blender   Blender MBR-1101 – Silver /   Personal Blender   12-Speed Multi-Function
Silver/Black               Black                                           Handheld Stick Blender with...
★★★★☆ 1556              ★★★★☆ 2503              ★★★★☆ 12064       ★★★★☆ 1726

Save with W+           Save with W+           Save with W+           Save with W+

Pickup  Delivery  2-day shipping   Pickup  Delivery  1-day shipping   Pickup  Delivery  2-day shipping   2-day shipping

---

♡                              ♡                              ♡                         ♡

                                 

( + Add )        ( + Add )        ( Options )        ( + Add )

**$58.00**         **$89.99**         **$79.90**         **$54.99**

Magic Bullet Healthy EssentialMini Blender, 7 Piece Set, 250 Watts with Cross Blad...

3+ day shipping

Nutribullet NB9-1301ANB Pro Single Serve Blender (900W) All Matte Navy Blue, 32 oz

★★★★★ 1

3+ day shipping

More options from $76.99

Haden 56 Ounce 5-Speed Retro Blender with Glass Jar, Turquoise - 75029

★★★★★ 3

1-day shipping

KitchenAid Variable Speed Corded Hand Blender - KHBV53

★★★★½ 240

3+ day shipping

**In 100+ people's carts**









+ Add

+ Add

Sponsored

+ Add

+ Add

$54.99

KitchenAid Variable Speed Corded Hand Blender - KHBV53

★★★★½ 241

Save with W+

3+ day shipping

$79.87

NutriBullet ZNB30100Z Pro 1000 Personal Blender, 32-Ounce, Light Gray

★★★★☆ 2

3+ day shipping

$49.88

BlendJet 2, the Original Portable Blender, 20 oz, Black

★★★★★ 14605

Save with W+

2-day shipping

**Now $99.99** $112.00

Costway Professional Countertop Blender 8-in-1 Smoothie Soup Blender with...

★★★★☆ 7

3+ day shipping



Feel better fast

Sponsored



+ Add

+ Add

+ Add

+ Add

$59.99

Proctor Silex Blender, 950 Watts of Peak Power, 52 oz. Capacity, Black & Silver, 53560

★★★★½ 34

Save with W+

3+ day shipping

$374.99

Hamilton Beach Professional 2.2 HP 120V Juicer Mixer Grinder with 3 Stainless Steel Jars, 1.5...

★★★★½ 10

Save with W+

3+ day shipping

$139.99

KitchenAid KHB2361 5 Speed Hand Blender

★★★★★ 10

3+ day shipping

$114.51

Ninja Foodi Smoothie 72 fl. oz. Bowl Maker and Nutrient Extractor Black Silver (SS101)

★★★★☆ 115

3+ day shipping









+ Add

Options

+ Add

+ Add

**$99.87**

NutriBullet Rx Blender, Black , medium Used

3+ day shipping

**Now $229.99** ~~$299.87~~



KitchenAid K400 Variable Speed Blender - KSB4027

★★★★★ 2

3+ day shipping

**$199.99**

KitchenAid K150 3 Speed Ice Crushing Blender with 2 Personal Blender Jars - KSB1332

★★★★½ 99

3+ day shipping

**$75.99**

KitchenAid Used 3-Speed Hand Blender, RKHB2351

★★★★☆ 35

3+ day shipping

Best seller

















+ Add

+ Add

+ Add

+ Add

Sponsored

**$99.00**

nutribullet® Pro 32 oz. 900 Watt Personal Blender - Matte Black

★★★★½ 9184

Save with W+

Pickup    Delivery    2-day shipping

Sponsored

**Now $129.95** ~~$249.95~~

Vitamix ONE Blender, 32 fl oz

★★★★½ 245

Save with W+

2-day shipping

**$548.14**

Blendtec - Total Classic Original Blender - WildSide+ Jar (90 oz) - Professional-Grade Power - 6...

★★★★½ 24

Save with W+

2-day shipping

**$54.99**

KitchenAid Variable Speed Corded Hand Blender - KHBV53

★★★★½ 158

3+ day shipping









+ Add

+ Add

Options

+ Add

**$95.88**

Restored Ninja BL710WM Professional 72oz 1000-Watt Blender (Black) (Refurbished)

**Now $274.78** ~~$374.99~~

Blendtec Classic 570 with Wildside Jar 5 Speed Blender Black (C570A2301C)

**$299.95**

ZWILLING Enfinigy Power Blender

★★★★½ 163

**Now $144.80** ~~$210.66~~

Galanz 60 Ounce 1000 Watts High Speed Cooking Blender in Stainless Steel with Glass Jar

**Departments** ⌄

**Price** ⌄

**Brand** ⌄

**Speed** ⌄

Sponsored

★★★★★ 2
3+ day shipping

★★★★½ 307
3+ day shipping

★★★★½ 21
Save with W✦
3+ day shipping



**$103.95**
Restored Ninja Foodi SS201
Power Blender & Processor. 3in1
1400WP smartTORQUE 6 Auto...
★★★★★ 1
3+ day shipping

**$149.95**
Cuisinart Velocity Ultra Trio
Blender and Food Processor with
Travel Cups, Silver (BFP-650),5...
★★★★☆ 134
3+ day shipping

Sponsored
**$49.88**  $2.49/fl oz
BlendJet 2, the Original Portable
Blender, 20 oz, Lavender
★★★★★ 694
Save with W✦
3+ day shipping

Sponsored
**$24.99**
Options from $24.99 – $29.99
La Reveuse Smoothies Blender
Personal Size 300 Watts with 18
oz (Silver)
★★★★½ 588
Save with W✦
2-day shipping

**$299.99**
Nuwave 64 OZ Infinity High-
Performance Blender; Lifetime
Warranty; NSF
★★★★★ 486
Save with W✦
3+ day shipping

**$854.00**
Robot Coupe - MP450Turbo - 18
in Hand Held Commercial
Immersion Blender
3+ day shipping

**$124.67**
Ninja Professional 72 Oz
Countertop Blender with 1000-
Watt Base and Total Crushing...
3+ day shipping

**$139.95**
Restored Ninja CO351B SS351
Foodi Power Pitcher System 4in1
Single Serve Blender 72 oz,...
★☆☆☆☆ 1
3+ day shipping

In 200+ people's carts

**Availability**
**Color**
**Blender Features**
**Blender Capacity**
**Jar Material**
**Watts**
**Power Type**
**Cleaning Care and Maintenance**
**Special Offers**
**Customer Rating**
**Retailer**
**Gifting**

6/30/23, 10:32 AM



+ Add

+ Add

+ Add

$89.87

nutribullet 56 oz. Blender Combo with Single Serve Cups, 1000W

⭐⭐⭐⭐⭐ 673

Out of stock

Shop similar

$89.00

Ninja Professional Blender

⭐⭐⭐⭐⭐ 1153

Out of stock

Shop similar

$159.00

Ninja Auto-iQ Kitchen System, Blender, and Food Processor 1200 Watts, BL910

⭐⭐⭐⭐⭐ 447

Out of stock

Shop similar

$69.99

BLACK+DECKER PowerCrush Digital Blender with Quiet Technology, Stainless Steel,...

⭐⭐⭐⭐☆ 708

Out of stock

Shop similar



$15.00

Magic Bullet Essential Personal Blender, Silver

⭐⭐⭐⭐☆ 154

Out of stock

Shop similar

$52.30

Oster Smash Blend 14 Speed 300 Blender with Smoothie Cup

⭐⭐⭐⭐☆ 212

Out of stock

Shop similar

$44.89

NutriBullet 500 Personal Blender with 3 Pieces, Matte White & Gold

⭐⭐⭐⭐⭐ 331

Out of stock

Shop similar

$149.00

Ninja Foodi Power Blender & Processor System with Nutrient Extractor* 3in1 Blender 1200W ...

⭐⭐⭐⭐⭐ 57

Out of stock

Shop similar



$119.99

Ninja BL688 Professional Auto iQ Countertop Blender with Total Crushing Technology...

★★★★★ 40

Out of stock

Shop similar

**Related searches**

| blenders for kitchen | blender | ninja blenders | toaster | oster blenders | air fryer |

⟨ 1 ... 6 **7** 8 ... 25 ⟩

Menu

What can we help you find today? 🔍

Jantzen Beach

Cart

Top Deals    Deal of the Day    My Best Buy Memberships    Credit Cards    Account    Recently Viewed    Order Status    Saved Items

Best Buy ▸ Appliances ▸ Small Kitchen Appliances

## Blenders & Juicers

**Brand**

- [ ] Americana
- [ ] BlendJet
- [ ] Blendtec
- [ ] Braun
- [ ] Breville
- [ ] Cuisinart
- [ ] Elite Gourmet
- [ ] Haden
- [ ] Hamilton Beach
- [ ] Kalorik
- [ ] KitchenAid
- [ ] Kuvings
- [ ] Magic Bullet
- [ ] Margaritaville
- [ ] Ninja
- [ ] NutriBullet
- [ ] Omega
- [ ] Oster
- [ ] Proctor
- [ ] SMEG
- [ ] Uncanny
- [ ] Vitamix
- [ ] West
- [ ] Wolf

Full-size blenders

Single-serve blenders

Hand blenders

### Featured products

Sponsored

Show Results (147)    Cancel

‹

Vitamix - Explorian Series E310 Blender - Black
(626)
$349.99

Vitamix - Professional Series 10-Speed Blender - Pearl Gray
(145)
$629.95

Vitamix - A Bowl Start
$139.95

›

Juicers

**Current Deals**
- [ ] On Sale
- [ ] Plus & Total Member Deals
- [ ] Free Shipping Eligible
- [ ] Clearance
- [ ] Price Drop

**Brand**

Search Brand

- [ ] Ninja
- [ ] Vitamix
- [ ] KitchenAid
- [ ] NutriBullet
- [ ] Cuisinart
- [ ] Breville
- [ ] Hamilton Beach
- [ ] Oster

Show More

**Price**

min. to max. ›

---

147 items

Sort By: Best Selling ▾

Sponsored
**Vitamix - Explorian Series E310 Blender - Black**
Model: 64068    SKU: 6006801
(626)

**$349.99**

🛒 Add to Cart

**Get it today**

📍 **Pickup:** Ready in 1 hour at Jantzen Beach
Act Fast – Only 3 left at your store!
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save

---

**NutriBullet - Juicer Pro - 27oz Juice Pitcher, 1000 Watt - Silver**
Model: NBJ50200    SKU: 6422482
(297)

**$109.99**
Save $40    Was $149.99

🛒 Add to Cart

Open-Box: from $81.99

**Get it today nearby**

📍 **Pickup:** Order now for pickup on Wed, Jul 12 at Jantzen Beach
Available today at a location 8 miles away
See all pickup locations

🚚 **FREE Shipping:** Get it by Thu, Jul 6
See all shipping options for 98660

☐ Compare    🔖 Save



ADVERTISEMENT

## Brand

- Americana
- Bella Pro Series
- BlendJet
- Blendtec
- Braun
- Breville
- Cuisinart
- Elite Gourmet
- Haden
- Hamilton Beach
- KitchenAid
- Kuvings
- Magic Bullet
- Margaritaville
- Ninja
- Nutri
- NutriBullet
- Oster
- SMEG
- Our L
- Vitan
- West
- Wahi
- Unca



**Ninja - Professional Plus Blender DUO with Auto-IQ - Black/Stainless Steel**

Model: BN751    SKU: 6448487

(1,073)

**$128.99**
Save $21    Was $149.99

☐ Cart

🛒 **Add to Cart**

### Get it today

🏬 **Pickup:** Ready in 1 hour at Jantzen Beach
Act Fast – Only 1 left at one store!
See all pickup locations

🚚 **FREE Shipping:** Get it by Wed, Jul 5
See all shipping options for 98660

☐ Compare    🔖 Save

---



**Ninja - Foodi Power Blender & Processor System, Smoothie Bowl Maker & Nutrient Extractor*, 1400WP smartTORQUE 6 Auto-iQ - Silver**

Model: SS351    SKU: 6421834

(662)

**$159.99**
Was $199.99

☐ Compare    🔖 Save

---



**Ninja - Nutri-Blender Pro Personal Blender with Auto-iQ - Cloud Silver**

Model: BN401    SKU: 6460517

(659)

☐ Compare    🔖 Save

---

**BlendJet - 2 Portable Blender - Black**

Model: blendjet-2-black    SKU: 6475315

Color: Black

    

(454)

☐ Compare    🔖 Save



Cart

## Brand

Americana
Bella Pro Series
BlendJet
Blendtec
Braun
Breville
Cuisinart
Elite Gourmet
Haden

Hamilton Beach
Kalorik
KitchenAid
Kuvings
Magic Bullet
Margaritaville
Ninja
Nutr
NutriBullet

One
Oster
Proct
Smeg
Sur L
Vinca
Vitan
West
Wolf



Sponsored

**Vitamix - Professional Series 10-Speed Blender - Pearl Gray**

**Model:** 66791    **SKU:** 6368031

(145)

$629.95

🛒 **Add to Cart**

**Get it today**

🏬 **Pickup:** Ready in 1 hour at Jantzen Beach
Act Fast – Only 2 left in store!
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save



**Elite Gourmet - 16-Oz. Citrus Juicer - White**

**Model:** ETS-411    **SKU:** 5728804

(41)

☐ Compare    🔖 Save



**Margaritaville - Key West Frozen Concoction Maker with Easy Pour Jar and XL Ice Reservoir - Silver**

**Model:** DM1900000000    **SKU:** 5396808

(32)

☐ Compare    🔖 Save

ADVERTISEMENT



**NutriBullet - PRO+ Single Serve Blender - Silver**

**Model:** N12-1001    **SKU:** 6288522

(447)

☐ Compare    🔖 Save



Cart

## Brand

Americana
Bella Pro Series
BlendJet
Blendtec
Braun
Breville
Cuisinart
Elite Gourmet
Haden
Hamilton Beach
Kalorik
KitchenAid
Kuvings
Magic Bullet
Margaritaville
Ninja
Nutr
NutriBullet
Ome
Oste
Proct
SME(
Sur L
Unca
Vitam
West
Wolf



Breville - Juice Fountain® Cold Electric Juicer - Silver

**Model:** BJE430SIL    **SKU:** 4922501

(1,322)

☐ Compare    🔖 Save



Sponsored

Vitamix - Ascent 2500 Series 64-Oz Blender - White

**Model:** 62069    **SKU:** 6367778

(493)

**$549.95**

🛒 Add to Cart

**Get it in 6 days**

📍 Pickup: Order now for pickup on Sun, Jul 9 at Jantzen Beach
See all pickup locations

🚚 FREE Shipping: Get it by Thu, Jul 6
See all shipping options for 98660

☐ Compare    🔖 Save



Breville - the Juice Fountain Cold XL Juicer - Brushed Stainless Steel

**Model:** BJE830BSS1USC1    **SKU:** 6323690

(153)

☐ Compare    🔖 Save



Vitamix - Explorian Series E310 Blender - Black

**Model:** 64068    **SKU:** 6006801

(626)

☐ Compare    🔖 Save



Ninja - Professional Plus Blender with Auto-iQ - Grey

**Model:** BN701    **SKU:** 6395885

(1,488)

☐ Compare    🔖 Save



**Cart**

### Brand

Americana
Bella Pro Series
BlendJet
Blendtec
Braun
Breville
Cuisinart
Elite Gourmet
Haden

Hamilton Beach
Kalorik
KitchenAid
Kuvings
Magic Bullet
Margaritaville
Ninja
NutriBullet
nutribullet

Ome
Oster
Proct
SMEG
Sur L
Vitan
West
Wolf



Ninja - Foodi Power Blender Ultimate System 72-Oz. Blender, Smoothie Bowl Maker, Food Processor - Platinum
**Model:** SS401    **SKU:** 6471101
(376)

☐ Compare    ⬜ Save



Ninja - Mega Kitchen System 72-Oz. Blender - Black
**Model:** BL770    **SKU:** 1693988
(6,824)

☐ Compare    ⬜ Save




Ninja NeverClog Cold Press Juicer - Charcoal
**Model:** JC151    **SKU:** 6535802
(4)

☐ Compare    ⬜ Save



Oster - JusSimple Centrifugal Juice Extractor - Stainless Steel
**Model:** FPSTJE9010000    **SKU:** 6405351
(90)

☐ Compare    ⬜ Save

**Notify Me**

Breville - Juice Fountain Compact Electric Juicer - Silver
**Model:** BJE200XL    **SKU:** 8627337
(1,450)

☐ Compare    ⬜ Save



Cart

NutriBullet - Immersion Blender - Black
**Model:** NBI50100    **SKU:** 6459989

(65)

Compare    Save

## Brand

| | | |
|---|---|---|
| Americana | Hamilton Beach | Ome |
| Bella Pro Series | Kalorik | Oste |
| BlendJet | KitchenAid | Proct |
| Blendtec | Kuvings | SMEG |
| Braun | Magic Bullet | Sur L |
| Breville | Margaritaville | Unco |
| Cuisinart | Ninja | Vitan |
| Elite Gourmet | Nutr | West |
| Haden | NutriBullet | Wolf |

1-18 of 147 items

Related Searches    blender | food processor | juicer | ninja creami | ninja blender

‹  1  **2**  3  ...  9  ›

## Similar products from outside of Best Buy ⓘ

### KitchenAid® Blenders - Celebrate Black Friday in July
Sponsored · https://www.kitchenaid.com/ ▾
Celebrate With Big Deals On Select KitchenAid® **Blenders**. Click For Details. Keep It Cool With
The KitchenAid Black Friday In July Sale! Shop Online Now. Free Shipping.

Browse KitchenAid® Sale        Shop Bowls For Your Mixer
KitchenAid® Top Sellers       New Limited Edition Mixer
Easy Payment Plans            Gift Guide For Newlyweds

### All Juicers and Blenders
Sponsored · https://www.kuvingsusa.com/ ▾
Kuvings Cold Press **Juicer** | Juicing Made Easy | Free Shipping to 48 US. Healthy living has
never...

EVO820 Whole Slow Juicer       NEW - REVO830 Slow Juicer
Kuvings Whole Slow Juicer      Kuvings Recipes
Commercial Slow Juicers        Kuvings USA Official Page

### Blender & Juicer on Huge Sales - Free Shipping & Return Today
Sponsored · https://www.temu.com/ ▾
Upgrade your appliances with discounts up to 90%! Everything you need is on sale now. Don't
miss out on our major appliance sale! Score discounts on all categories. Low Price. Free
Returns. Free Shipping. All Categories. Types: Women's Clothing, Shoes, Beauty & Health,
Home & Kitchen, Kid's Fashion, Patio, Lawn & Garden.

Best Sellers          Temu's Story
Shop Like A Billionaire

### Introducing BlendJet 2 Next-Gen Portable Blender
Sponsored · https://www.blendjet.com/ ▾
Enjoy The Next-Gen Portable **Blender**. Perfectly Blended Smoothies Anywhere. Get Yours Now!



ADVERTISEMENT

ADVERTISEMENT

Visit our Support Center    Check your Order Status    Shipping, Delivery & Store Pickup    Returns & Exchanges    Price Match Guara

**Order & Purchases**

Check Order Status

Shipping, Delivery & Pickup

Returns & Exchanges

Price Match Guarantee

Product Recalls

Trade-In Program

Gift Cards

**Payment Options**

My Best Buy® Credit Card

Pay Your Bill at Citibank

Lease to Own

**Brand**

Americana

Bella Pro Series

BlendJet

Blendtec

Braun

Breville

Cuisinart

Cafe Gourmet

Haden

**Support & Services**

Visit our Support Center

Shop with an Expert

Schedule a Service

Manage an Appointment

Protection & Support Plans

Haul Away & Recycling

Contact Us

Hamilton Beach

Kalorik

KitchenAid

Kuvings

**Rewards & Membership**

My Best Buy Memberships

View Points & Certificates

Member Offers

Magic Bullet

Margaritaville

Ninja

Nutr

NutriBullet

**Partnerships**

Affiliate Program

Advertise with Us

Developers

Best Buy Health

Best Buy Education

Best Buy Business

**About Best Buy**

Corporate Information

Careers

Corporate Responsibility & Sustainability

Discover & Learn

Omega

Oster

Procter

SMEG

Sur La

Uncanny

Vitamix

Wear

Wolf

Sign in or Create Account

Cart

**Get the latest deals and more.**

Enter email address

Sign Up

**Best Buy app**

Learn more ›

Blogger Network, videos & more

How was your experience?

Give feedback about our website

Mobile Site    Best Buy Canada

Accessibility    Terms & Conditions    Privacy    Interest-Based Ads    State Privacy Rights    CA Do Not Sell/Share My Personal Information    Limit Use of My Sensitive Personal Information    Targeted Advertising Opt Out    CA Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2023 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.



Menu

What can we help you find today?

Jantzen Beach

**Cart**

Top Deals    Deal of the Day    My Best Buy Memberships    Credit Cards    Account    Recently Viewed    Order Status    Saved Items

Best Buy › Appliances › Small Kitchen Appliances

## Blenders & Juicers

 Full-size blenders

 Single-serve blenders

 Hand blenders



### Featured products

Sponsored







Personal Cup Adapter Kit for Vitamix Legacy Series Blenders - Clear/Transparent

(84)

$144.95

KitchenAid - Cordless Variable Speed Hand Blender - Black Matte

(268)

$88.99
$99.99

Blending B[...]
Ascent Se[...]

$39.95

---

**147 items**

Sort By: Best Selling ▼



Sponsored

KitchenAid Cordless Variable Speed Hand Blender with Chopper and Whisk attachment - KHBBV83 - Empire Red

**Model:** KHBBV83ER    **SKU:** 6523324

(4)

**$159.99**

🛒 Add to Cart

**Get it in 5 days**

🏪 **Pickup:** Order now for pickup on Sun, Jul 9 at Jantzen Beach
See all pickup locations

🚚 **FREE Shipping:** Get it by Wed, Jul 5
See all shipping options for 98660

☐ Compare    🔖 Save

---

Vitamix - Ascent 3500 Series 64-Oz Blender - Black Stainless

**Model:** 63344    **SKU:** 6424314

(259)

**$699.95**

🛒 Add to Cart

**Get it today**

🏪 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 1 left at your store!
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save





### Breville - Juice Fountain Compact Electric Juicer - Silver

Model: BJE200XL     SKU: 8627337

(1,450)

**Get it today**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 2 left at your store!
See all pickup locations

🚚 **FREE SHIPPING:** Get it by tomorrow
See all shipping options for 98660

☐ Compare     🔖 Save

**$99.99**

**Cart**

🛒 Add to Cart

**Open-Box:** from $87.99

---



### KitchenAid - Cordless Variable Speed Hand Blender - Black Matte

Model: KHBBV53BM     SKU: 6412159

**Color:** Black Matte

  



(268)

**Get it today**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 1 left at your store!
See all pickup locations

🚚 **FREE SHIPPING:** Get it by Mon, Jul 3
See all shipping options for 98660

☐ Compare     🔖 Save

**$88.99**

Save $11     Was $99.99

🛒 Add to Cart

---



### Ninja - Mega Kitchen System 72-Oz. Blender - Black

Model: BL770     SKU: 6957188

(6,824)

**Get it today**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 1 left at your store!
See all pickup locations

🚚 **FREE SHIPPING:** Get it by tomorrow
See all shipping options for 98660

☐ Compare     🔖 Save

**$199.99**

+ Save $20 with Plus or Total ›

🛒 Add to Cart

---



### NutriBullet - Pro 32 oz. Personal Blender - Matte White

Model: NB9-0901AW     SKU: 6513478

(34)

**Get it today**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 2 left at your store!
See all pickup locations

🚚 **FREE SHIPPING:** Get it by Mon, Jul 3
See all shipping options for 98660

☐ Compare     🔖 Save

**$99.99**

🛒 Add to Cart





Sponsored

KitchenAid Variable Speed Corded Hand Blender - KHBV53 - Onyx Black

**Model:** KHBV53OB  **SKU:** 6413343

(680)

$59.99

<u>Cart</u>

🛒 **Add to Cart**

**Get it in 5 days**

🏬 **Pickup:** Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

🚚 **FREE Shipping:** Get it by Wed, Jul 5
See all shipping options for 98660

☐ Compare  🔖 Save

---



Hamilton Beach - Big Mouth Juice Extractor - Black

**Model:** 67601  **SKU:** 3154152

(160)

$69.85

🛒 **Add to Cart**

**Get it in 11 days**

🏬 **Pickup:** Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

🚚 **FREE Shipping:** Get it by Tue, Jul 11
See all shipping options for 98660

☐ Compare  🔖 Save

---



Vitamix - Professional Series 10-Speed Blender - Pearl Gray

**Model:** 66791  **SKU:** 6368031

(145)

$629.95

🛒 **Add to Cart**

**Get it today**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 2 left at your store!
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare  🔖 Save

ADVERTISEMENT





**Ninja - Foodi Power Blender Ultimate System 72-Oz. Blender, Smoothie Bowl Maker, Food Processor - Platinum**

**Model:** SS401    **SKU:** 6471101

(376)

**$239.99**

🛒 Add to Cart

**Get it today**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 2 left at your store!
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save

---



**Vitamix - Ascent Series Blending Cup & Bowl Starter Kit - Black**

**Model:** 69333    **SKU:** 6452835

(51)

**$139.95**

🛒 Add to Cart

**Get it today nearby**

🏬 **Pickup:** Order now for pickup on Sun, Jul 9 at Jantzen Beach
Available today at a location 5 miles away
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save

---



Sponsored

**Vitamix - Ascent Series Blending Cup & Bowl Starter Kit - Black**

**Model:** 69333    **SKU:** 6452835

(51)

**$139.95**

🛒 Add to Cart

**Get it today nearby**

🏬 **Pickup:** Order now for pickup on Sun, Jul 9 at Jantzen Beach
Available today at a location 5 miles away
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save

---



**Vitamix - Explorian Series E310 Blender - Black**

**Model:** 64068    **SKU:** 6006801

(626)

**$349.99**

🛒 Add to Cart

**Get it today**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 3 left at your store!
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save







Oster - JusSimple Centrifugal Juice Extractor - Stainless Steel

**Model:** FPSTJE9010000   **SKU:** 6405351

(90)

**$84.99**

~~Save $45~~   ~~Was $129.99~~

Cart

+ Save $6 with Plus or Total ›

Get it in 11 days

Pickup: Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

FREE Shipping: Get it by Tue, Jul 11
See all shipping options for 98660

🛒 Add to Cart

☐ Compare   🔖 Save

---



Haden - 56 Oz Countertop Blender - Turquoise

**Model:** 75029   **SKU:** 6472726

(2)

**$79.99**

🛒 Add to Cart

Get it in 7 days

Pickup: Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

FREE Shipping: Get it by Fri, Jul 7
See all shipping options for 98660

☐ Compare   🔖 Save

---



Blendtec - Professional 800 11-Speed Blender - Black/Clear

**Model:** P800C2901-A1AP1D   **SKU:** 6315941

(11)

**$799.99**

🛒 Add to Cart

Get it in 7 days

Pickup: Order now for pickup on Thu, Jul 13 at Jantzen Beach
See all pickup locations

FREE Shipping: Get it by Fri, Jul 7
See all shipping options for 98660

☐ Compare   🔖 Save

---

### Get it fast

**Store Pickup** at
Jantzen Beach and nearby stores

☐ Ready today - Fri, Jun 30

**Shipping** to 98660

☐ Get it today - Fri, Jun 30

---

### Availability

☐ Exclude Out of Stock Items

---

### Category

Blenders
Juicers

---

### Current Deals

☐ On Sale

☐ Plus & Total Member Deals

Kuvings - NSF Commercial Whole Slow Master Chef Masticating Juicer - Chrome

**Model:** CS700   **SKU:** 6390266

(1)

**$1,799.99**

🛒 Add to Cart

Get it in 10 days

Pickup: Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

FREE Shipping: Get it by Mon, Jul 10
See all shipping options for 98660

☐ Compare   🔖 Save



☐ Plus & Total Member Deals

☐ Free Shipping Eligible

☐ Clearance

☐ Price Drop

### Brand

Search Brand

☐ Ninja

---

Omega - Cold Press 365 Vertical Masticating Juicer, White - White

**$149.95**    **Cart**

**Model:** JC3000WH13    **SKU:** 6504110

(20 from omegajuicers.com)

🛒 Add to Cart

**Get it in 11 days**

📦 **Pickup:** Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

🚚 **FREE Shipping:** Get it by Tue, Jul 11
See all shipping options for 98660

☐ Compare    🔖 Save

---

Haden - 56 Oz Countertop Blender - Ivory

**$79.99**

**Model:** 75062    **SKU:** 6472724

(2)

🛒 Add to Cart

**Get it in 7 days**

📦 **Pickup:** Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

🚚 **FREE Shipping:** Get it by Fri, Jul 7
See all shipping options for 98660

☐ Compare    🔖 Save

---

Blendtec - Go 30-Oz. Travel Bottle - Clear/Black

**$129.99**

**Model:** 41-610-50    **SKU:** 6315940

(2)

🛒 Add to Cart

**Get it in 7 days**

📦 **Pickup:** Order now for pickup on Thu, Jul 13 at Jantzen Beach
See all pickup locations

🚚 **FREE Shipping:** Get it by Fri, Jul 7
See all shipping options for 98660

☐ Compare    🔖 Save

---

Americana - Retro Personal Blender - Coral

**$34.99**

**Model:** EPB399C    **SKU:** 6440571

(11)

🛒 Add to Cart

**Get it in 7 days**

📦 **Pickup:** Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

🚚 **$6.99 Shipping:** Get it by Fri, Jul 7
See all shipping options for 98660

☐ Compare    🔖 Save

---

19-36 of 147 items

‹ **1** 2 3 4 ... 9 ›

Related Searches   blender | food processor | juicer | ninja creami | ninja blender

**DELL** Technologies

Latitude 5000

$1,219.00

Step up performance today.

Shop Now

View legal

intel CORE vPRO i7

Intel® Core™ i7 vPRO® processor

ADVERTISEMENT

## You recently viewed (2 items)





**Cart**



Blendtec - Designer 650 Blender - Stainless Steel

(222)

**$499.99**

Blendtec - Classic 575 5-Speed Blender - Black

(162)

**$379.95**

## People also viewed (20 items)






NutriBullet - 5-Speed Blender - Dark Gray

(414)

**$129.99**
~~$149.99~~

NutriBullet - Juicer Pro - 27oz Juice Pitcher, 1000 Watt - Silver

(297)

**$109.99**
~~$149.99~~

Hamilton Beach - Wave Crusher Multi-Function Blender with 40...

(53)

**$44.99**

BlendJet - 2 Portable Blender - Black

(454)

**$44.95**
~~$49.95~~

## Similar products from outside of Best Buy ⓘ

### All Juicers and Blenders

Sponsored · https://www.kuvingsusa.com/ ▾

Kuvings Cold Press **Juicer** | **Juicing** Made Easy | Free Shipping to 48 US. Healthy living has never...



EVO820 Whole Slow Juicer     NEW - REVO830 Slow Juicer
Kuvings Whole Slow Juicer     Kuvings Recipes
Kuvings USA Official Page     Commercial Slow Juicers

### KitchenAid® Blenders - Celebrate Black Friday in July

Sponsored · https://www.kitchenaid.com/ ▾

Celebrate With Big Deals On Select KitchenAid® **Blenders**. Click For Details. Keep It Cool With The KitchenAid Black Friday In July Sale! Shop Online Now. Free Shipping.

Browse KitchenAid® Sale     Shop Bowls For Your Mixer
KitchenAid® Top Sellers     New Limited Edition Mixer
Easy Payment Plans     Gift Guide For Newlyweds

### Get Up to 90% Temu Discount - Fruit Juicer Machine on Huge Sales

Sponsored · https://www.temu.com/ ▾

Discover a world of convenience with our Clearance. Best sellers up to 90% off. Come and check everything at a surprisingly low price, you'd never want to miss it. Free Returns. Free Shipping. Low Price. All Categories. Types: Women's Clothing, Shoes, Beauty & Health, Home & Kitchen, Kid's Fashion, Patio, Lawn & Garden.

Best Sellers     Temu's Story
Shop Like A Billionaire     Install Temu App now
Temu App New User Gift

ADVERTISEMENT

ADVERTISEMENT





Cart

| Visit our Support Center | Check your Order Status | Shipping, Delivery & Store Pickup | Returns & Exchanges | Price Match Guarantee |

**Order & Purchases**

Check Order Status

Shipping, Delivery & Pickup

Returns & Exchanges

Price Match Guarantee

Product Recalls

Trade-In Program

Gift Cards

**Payment Options**

My Best Buy® Credit Card

Pay Your Bill at Citibank

Lease to Own

**Support & Services**

Visit our Support Center

Shop with an Expert

Schedule a Service

Manage an Appointment

Protection & Support Plans

Haul Away & Recycling

Contact Us

**Rewards & Membership**

My Best Buy Memberships

View Points & Certificates

Member Offers

**Partnerships**

Affiliate Program

Advertise with Us

Developers

Best Buy Health

Best Buy Education

Best Buy Business

**About Best Buy**

Corporate Information

Careers

Corporate Responsibility & Sustainability

Discover & Learn

Sign in or Create Account

### Get the latest deals and more.

Enter email address

**Sign Up**

## Best Buy app
**Learn more ›**

Blogger Network, videos & more

How was your experience?
Give feedback about our website

Mobile Site        Best Buy Canada

Accessibility    Terms & Conditions    Privacy    Interest-Based Ads    State Privacy Rights    CA Do Not Sell/Share My Personal Information    Limit Use of My Sensitive Personal Information    Targeted Advertising Opt Out    CA Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2023 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.



Google    costco blenders    ✕    🎤  📷  🔍    ⚙️  ⠿  Ⓜ

Shopping    Images    News    Videos    Maps    Books    Flights    Finance    All filters ▾    Too

On sale    Vitamix    Ninja    NutriBullet    Blendtec    📍 Nearby    Single Serve    Black    ⚪ Red    Stainless St

About 14,800,000 results (0.38 seconds)

**Sponsored** ⋮

      

| | | | | | | |
|---|---|---|---|---|---|---|
| Vitamix Blender Propel Series... | Vitamix - Blender - 520... | Vitamix Blender - Ascent 3500... | Blendtec - Blender -... | Vitamix Blender A3500 Ascent... | Vitamix E310 Explorian... | 2200W Best Blender for... | Vitamix Blend - Explorian... |
| $479.95 | $479.95 | $699.95 | $1,077.14 | $649.95 | $349.95 | $156.99 | $349.99 |
| Vitamix | Vitamix | Best Buy | KaTom Resta... | Vitamix | Vitamix | Cncest | Best Buy |
| (31) | (3k+) | (3k+) | (6) | (3k+) | (3k+) | 🚚 Free by 7/13 | (3k+) |
| 10 speeds · Blender ... | 64-oz · White · 10 speeds · Blender | 64-oz · Black Stainless · Black... | 32-oz, 90-oz · Black · 1,800... | White · Silver · 5 speeds · Blende... | 48-oz · Red · Blender · ... | 64-oz · Black · 2,200 watts · ... | 48-oz · Black · 10 speeds · 1,400... |

📍 Pick up today (Vitamix Ascent 3500)   📍 Pick up today (Vitamix Explorian)

 Costco
https://www.costco.com › ... › Small Kitchen Appliances ⋮

**Blenders & Juicers**
Find a great collection of **Blenders** & Juicers at **Costco**. Enjoy low warehouse prices on name-brand **Blenders** & Juicers products.
Free delivery · Free 90-day returns

 Costco
https://www.costco.com › ... › Small Kitchen Appliances ⋮

**Vitamix Blenders & Juicers**
Find a great collection of Vitamix **Blenders** & Juicers at **Costco**. Enjoy low warehouse prices on name-brand **Blenders** & Juicers products.
Free delivery · Free 90-day returns

🖼 **Images for costco blenders** ⋮



🏷 Product                                    🏷 Product

Feedback

View all →



Costco
https://www.costco.com › ... › Small Kitchen Appliances ⋮

**Countertop Blenders & Juicers**
Find a great collection of Countertop **Blenders** & Juicers at **Costco**. Enjoy low warehouse prices on name-brand **Blenders** & Juicers products.


Free delivery · Free 90-day returns

 Costco
https://www.costco.com › ... › Small Kitchen Appliances    ⋮

### Multi Blenders & Juicers

Find a great collection of Multi **Blenders** & Juicers at **Costco**. Enjoy low warehouse prices on name-brand **Blenders** & Juicers products.

Free delivery · Free 90-day returns

 Costco
https://www.costco.com › blendjet-2-portable-blender,...    ⋮

### BlendJet 2 Portable Blender, 2-pack

BlendJet 2 Portable **Blender**, 2-pack Portable: Blend Smoothies, Shakes, Margaritas, Baby Food and More – Anytime, Anywhere Powerful: Patented Turbojet ...

Free delivery · Free 90-day returns

 Costco
https://www.costco.com › ninja-professional-blender-100...    ⋮

### Ninja Professional Blender 1000 with Auto-iQ

Features: 1000 Watts of Professional Power; Unique Pulsing and Pausing Patterns to Deliver Delicious Smoothies; 72-Oz* Capacity to Blend Your...

Capacity: 72 Ounce                    Number of Containers: 1

· Free delivery · Free 90-day returns

## People also ask    ⋮

What is the warranty on Costco blenders?

How much does a BlendJet hold?

How much volume is in the BlendJet 2?

How many watts is a BlendJet 2?

Feedback

 YouTube
https://www.youtube.com › YES or NO Item REVIEWS    ⋮

### Ninja Pro Blender On Sale in COSTCO (Exp. May 14, 2023)

0:33

Ninja Pro **Blender** On Sale in **COSTCO** (Exp. May 14, 2023). YES or NO Item REVIEWS. YES or NO Item REVIEWS. 13.2K subscribers. Subscribe.

YouTube · YES or NO Item REVIEWS · 1 month ago

 Costco
https://www.costco.com › vitamix    ⋮

### Vitamix

Find a great collection of Vitamix at **Costco**. Enjoy low warehouse prices on name-brand Vitamix products.

Costco
https://www.costco.com › ...    ⋮

### Vitamix 7500 Blender Super Package with 2

Features: 7500 Machine; 64oz Low Profile Container; 32oz Dry Grains Container; 2- 20oz To-Go Cups. Share Share Print. facebook pinterest...

Free delivery · Free 90-day returns

## Related searches    ⋮

**vitamix blender**                    costco **blendjet**

costco **ninja blender 1000**

**target** blenders

**ninja blender**

**blendjet 2**

More results ⌄



Google    jc penney blenders

Shopping    News    Images    Maps    Videos    Books    Flights    Finance    All filters ▾    Too

On sale    Nearby    Ninja    Hamilton Beach    Cuisinart    Oster    KitchenAid    Under $35    Black    Red

About 274,000 results (0.52 seconds)

Showing results for **jcpenney** blenders
Search instead for jc penney blenders

Sponsored ⋮

        

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NuWave - Blender - Moxi... | Blendtec Classic 575... | Blendtec Classic 575... | Cooks 48oz Speed Blende... | Kalorik 1800W High-Powered... | Blenders Commercial... | Black+Decker Power Crush... | Kenmore Elite Blender 1.3 H... |
| $224.99 | $377.99 | $377.99 | $44.99 | $149.99 | $93.99 | $44.99 | $224.99 |
| JCPenney | JCPenney | JCPenney | JCPenney | Kalorik | JCPenney | JCPenney | JCPenney |
| (450) | (890) | (890) | 60-day returns | (46) | Free shipping | (160) | Free shipping |

Sponsored

 JCPenney
https://www.jcpenney.com ⋮

**Shop Online or In-Store - Extra 25% Off Coupon Ends Soon**
Find Coupons and Discounts on Everything You Need in One Place - **JCPenney**.

**Women's Clothing**
Everything You Need at JCPenney. Get Hot Deals on 1000s of Products.

**JCPenney Beauty**
Shop Beauty Brands You Love at JCP! Find Great Deals Online & In Store.

**Home Sale**
Everything You Need for Your Home at JCPenney. Shop Great Deals Now!

 JCPenney
https://www.jcpenney.com › ... › small appliances ⋮

**Blenders & Juicers | Small Kitchen Appliances**
Shop High-Quality Smoothie **Blenders** and Juicers at **JCPenney**. Whip up breakfast smoothies, nutrient-packed healthy drinks, and more with a blende...
60-day returns

 JCPenney
https://www.jcpenney.com › ... › small appliances ⋮

**Blenders Small Appliances For The Home**
FREE SHIPPING AVAILABLE! Shop **JCPenney**.com and save on **Blenders** Immersion **Blenders** Small Appliances.
60-day returns

 Google

**Cooks 5-in-1 Power Blender**
$22.49
JCPenney, 4+ stores
📍 11 mi · In stock

**BlendJet 2**
$44.99 $70
JCPenney, 10+ stores
📍 11 mi · In stock
4.8    (9k+)

**Magic Bullet 250W**
$49.99
JCPenney, 10+ stores
📍 33 mi · In stock
4.2    (6k+)

**NutriBullet PRO 1000**
$89.99
JCPenney, 10+ stores
4.4    (944)

**NutriBullet Blender Combo**
$134.99
JCPenney, 10+ stores
📍 11 mi · In stock
4.3    (1k+)

**Cooks 48oz Speed Blender | Stainless Steel | One Size |...**
$44.99
JCPenney
📍 11 mi · In stock

**Toastmaster 5 Speed Blender**
$44.99
JCPenney, 5+ stores
3.0    (1)

**Magic Bullet Kitchen Express**
$71.99
JCPenney, 10+ stores
📍 Also nearby
3.9    (243)

 JCPenney
https://www.jcpenney.com › shops › doorbuster   ⋮

**Doorbuster Shops Department: Blenders**

Doorbuster Shops Department: **blenders** ; Cuisinart® 2.25 Horse Power **Blender** · $250. 23 ; Starfrit Electric Personal **Blender** · $64. 537 ; Proctor Sile...
60-day returns

 JCPenney
https://www.jcpenney.com › clearance › closeouts   ⋮

**Blenders + Juicers Closeouts for Clearance**

Shop **JCPenney**.com and save on **Blenders** + Juicers Closeouts. ... NutriBullet® PRO Nutrient Extractor Single Serve **Blender**. $79.99sale. $150....
60-day returns

 JCPenney
https://www.jcpenney.com › ... › view all kitchen   ⋮

**Blenders View All Kitchen For The Home**

Shop **JCPenney**.com and save on **Blenders** Espresso Machines View All Kitchen. ... NutriBullet® PRO Nutrient Extractor Single Serve **Blender**. Open...
60-day returns

 JCPenney
https://m.jcpenney.com › home store › kitchen & dining   ⋮

**Kitchen & Dining For The Home Department**

Shop **JCPenney**.com and save on **Blenders** 0 Online Only Kitchen & Dining. ... Total Chef 6-Speed Countertop **Blender** with Glass Jar- 6-cup- 500 Watts.
60-day returns

 JCPenney
https://www.jcpenney.com › ... › view all kitchen   ⋮

**Blenders View All Kitchen For The Home**

**blenders** - view all kitchen dining ; Cuisinart Rechargeable Cord-Free Compact **Blender**. $79.99sale. $100. 14 ; Hamilton Beach Big Mouth® Juice & Blend 2...
60-day returns



Google

**Immersion Blenders View All Kitchen For The Home**

Shop **JCPenney**.com and save on Immersion **Blenders** View All Kitchen. ...
Total Chef Variable Speed Immersion **Blender** with Turbo Boost- 225 Watts.
60-day returns

SALE

**Hamilton Beach 58149**
**$57.99**
JCPenney, 10+ stores
4.2          (661)

**NutriBullet Smart Touch Blender**
**$125.99**
JCPenney, 10+ stores
4.4          (55)

**NuWave Moxie Vacuum Blender**
**$224.99**
JCPenney, 4+ stores
4.9          (450)

**Cuisinart Smart Stick Two-Speed...**
**$49.99** $74
JCPenney, 10+ stores
4.4          (371)

SALE

**Bella Essentials Personal Blender Black**
**$17.99**
JCPenney

**NutriBullet Immersion Blender**
**$26.99**
JCPenney, 10+ stores
📍 11 mi · In stock
4.6          (274)

LOW PRICE

**Hamilton Beach Power Blender...**
**$61.99**
JCPenney, 10+ stores
4.3          (66)

SALE

**Hamilton Beach MultiBlend Blend...**
**$49.99** $70
JCPenney, 5+ stores
4.1          (77)

**NutriBullet**
**$79.99**
JCPenney, 10+ stores
📍 11 mi · In stock
4.5          (9k+)

**BLACK+DECKER PowerCrush Mult...**
**$39.99** Usually $45
Amazon.c... , 5+ stores
📍 Also nearby
4.4          (160)

**Hamilton Beach 5016x**
**$37.99** $47
JCPenney, 10+ stores
3.9          (453)

SALE

**Cuisinart EvolutionX...**
**$79.99**
JCPenney, 10+ stores
3.4          (38)

**Blendjet 2 the Original Portable...**
**$53.99**
JCPenney, 5+ stores
4.9          (3k+)

**Bionic Blade Portable Blender**
**$29.99**
JCPenney, 10+ stores
📍 Also nearby
3.8          (141)

**NutriBullet Pro Plus**
**$116.99** $159
JCPenney, 10+ stores
📍 Also nearby
4.5          (719)

**Hamilton Beach PowerMax...**
**$89.99**
JCPenney, 10+ stores
4.4          (33)

 

Cuisinart **Blenders** + Juicers Small Appliances For The Home

FREE SHIPPING AVAILABLE! Shop **JCPenney**.com and save on Cuisinart **Blenders** + Juicers Small Appliances.

JCPenney
https://www.jcpenney.com › ... › kitchen & dining

**Ninja Blenders & Ninja Coffee Bar**

Ninja **blenders** designed to break down fruits, vegetables, seeds, stems and ice in seconds without stalling the engine to create refreshing smoothies,...

Rating: 4.6 · 10 reviews · 60-day returns

Related searches

jcpenney **juicers**                          **macy's blender**

**target blender**                            **blendjet** jcpenney

**walmart blender**                           **kohl's blender**

More results ⌄

Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 03/27/25    PageID.596    Page 206 of 390

**Up to 65% Off Doorbusters!**

Excluded from coupons. <u>Shop All</u>





<u>home store</u> > <u>kitchen & dining</u> > small appliances

## Blenders & Juicers

| Filter (1) | Sort |
|---|---|

○ OFF  **Same Day Pickup**
Valley Fair Mall <u>change</u>

96 Results

Feedback

Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 03/27/25    PageID.597    Page 207 of 390







### Cooks 5-in-1 Power Blender
**$19.99** *sale*
~~$40 - $50~~
*DOORBUSTER!*
★★★★⯪ 340



### Black+Decker Power Crush Blender
**$34.99** *sale*
~~$70~~
*DOORBUSTER!*
★★★★☆ 148



### NutriBullet® PRO Nutrient Extractor Single Serve Blender
**$79.99** *sale*
~~$150~~
*ADVERTISED DEAL!*
★★★★⯪ 8,343

Candace Nguyen - Small Kitchen Appliances | JCPenney













### BlendJet 2 Personal Blender
**$44.99** *sale*
~~$70~~
*LIMITED TIME SPECIAL!*
★★★★★ 14,515

### Ninja Professional Plus Blender DUO with Auto-iQ
**$129.99** *sale*
~~$160~~
★★★★⯪ 10

### Cooks 700 Watt Juice Extractor
**$53.99** *with code*
~~$100~~
★★★★☆ 37











Cuisinart® Juice Extractor CJE-1000

**$184.99** *sale*
~~$200~~

★★★★⯪ 79



NutriBullet NB-50100C PRO 1000 Single-Serve Blender

**$89.99** *with code*
~~$129~~

★★★★☆ 278



NutriBullet® Nutrient Extractor Single Serve Blender

**$79.99** *sale*
~~$109~~

★★★★⯪ 9,450











### Vinci Hands Free Citrus Juicer

**$80.99** *with code*
~~$130~~



### NutriBullet NBJ50300 Slow Juicer

**$197.99** *with code*
~~$279~~

★★★★☆   96



### Cuisinart® Compact Juice Extractor

**$59.99** *sale*
~~$130~~

★★★★☆   44



**Save on Universal Orlando Theme Park Tickets**

SPONSORED BY UNIVERSAL ORLANDO RESORT

EXPLORE











Megachef Wide Mouth With Dual Speed Electric Juicer

**$62.99** *with code*
$85

★★★★☆ 3



Cuisinart® Smart Stick™ Two-Speed Hand Blender

**$49.99** *sale*
$74

★★★★⯨ 292



Nutribullet® Juicer Pro™

**$143.99** *with code*
$230

★★★★☆ 214









### Magic Bullet® Personal Blender
**$49.99** *sale*
~~$65~~
★★★☆☆ 896





### NutriBullet Smart Touch Blender
**$125.99** *with code*
~~$200~~
★★★★⯪ 38







### BlendJet 2 Disney Personal Blender
**$53.99** *sale*
~~$84~~
*LIMITED TIME SPECIAL!*
★★★★★ 692

Outdoor Fun Zob - Small Kitchen Appliances | JCPenney













Hamilton Beach Whole Fruit Juice Extractor

**$89.99** *with code*

~~$130~~

Total Chef Slow Juicer- Masticating Cold Press Extractor

**$233.10** *with code*

Hamilton Beach® Big Mouth® Pro Juice Extractor

**$99.99** *sale*

~~$125~~

★★★★½   38















Ninja 24-Oz. Tritan Nutri Ninja Cups

**$22.50** *with code*

★★★★☆  2



**New!** Hamilton Beach Smoothie Smart Blender

**$59.99** *sale*

~~$80~~



NuWave Moxie High Performance Vacuum Blender

**$224.99** *with code*

~~$300~~

★★★★★  447

Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 03/27/25    PageID.605    Page 215 of 390










**Cuisinart Combo Juice Extractor/Citrus Juicer**

**$179.99** *sale*
~~$250~~

★★★★★ 1

Proctor Silex High Performance Blender with 52 oz. Jar

**$69.99** *sale*
~~$100~~

★★★★⯪ 30

**New!** Nostalgia CLRB3PCRR Classic Retro Blender

**$90** *with code*

★★★★★ 10









### Hamilton Beach Wave Crusher Blender

**$44.99** *sale*
~~$70~~






### Kitchen Selectives Personal Blender

**$26.99** *with code*
~~$40~~

 1







### Hamilton Beach® Professional 1800 Watt Peak Power Blender with Programs

**$339.99** *sale*
~~$470~~

 16

Case 2:25-cv-00096-RJS-DBP Document 28-1 Filed 03/27/25 PageID.607 Page 217 of 390









Toastmaster 5-Speed Countertop Blender

**$44.99** *with code*

~~$65~~



Total Chef Miracle Blender- Bullet Blender with Travel Cups- 12 pc Set

**$63** *with code*

Hamilton Beach Blend Now Portable Cordless Blender

**$45** *with code*

★★★★☆ [17](#)







**Kenmore Elite 1.3 HP 64 oz Blender With Single-Serve Blending Cup**

**$224.99** *with code*
$350

**Star Wars Lightsaber Immersion Blender**

**$39.99** *sale*
$45

**Hamilton Beach® Power Blender™ Plus**

**$61.99** *sale*
$87

★★★★⯪ 16











Hamilton Beach® Wave Crusher Multi-Function Blender

**$59.99** *sale*
~~$68~~

★★★★⯪ 19

Star Wars Darth Vader Lightsaber Hand Blender

**$37.99** *sale*
~~$39.99~~

**New!** Blender

**$81** *with code*









**New!** Blender

**$81** *with code*



Euro Cuisine Tritan Bottles with lid for Euro Cuisine Personal Blender - 2pcs

**$20**
*BEST VALUE!*

Euro Cuisine MM2G Personal Blender With 2 - 10OZ Tritan Bottles - Green

**$39.99**
*BEST VALUE!*










**New!** Blender
**$81** *with code*



Euro Cuisine MM1R Personal Blender With 2 - 10OZ Tritan Bottles - Red
**$39.99**
*BEST VALUE!*



**New!** Blender
**$81** *with code*







### Nutribullet® Immersion Blender

**$26.99** *with code*
~~$69~~

★★★★½   24

### Cuisinart® 2.25 Horse Power Blender

**$199.99** *sale*
~~$250~~

★★★★☆   23

### Blendtec Classic 575 Blender with WildSide Jar

**$377.99** *with code*
~~$525~~

★★★★★   214

1    **2**    Next ⟩

## Popular Items





**Home Expressions Solid and Stripe Bath Towel Collection**

**$2.09 - $3.49**  *with code*
~~$7 - $10~~

★★★★½ 2,321

**Toile Garden Cotton Quilt**

**$62.99 - $76.99**  *with code*
~~$180 - $220~~

★★★★½ 142

**Home Expressions Cool a**

**$24.49 - $45.49**  *with co*
~~$60 - $110~~

★★★★☆ 219

**Shop High-Quality Smoothie Blenders and Juicers at JCPenney**

Whip up breakfast smoothies, nutrient-packed healthy drinks, and more with a blender from JCPenney. It saves time and takes very little space in your kitchen. Find the right blender depending on your usage and needs, and create your favorite smoothies in no time. Your daily intake of whole fruits and veggies can be a lot easier with an electric or cold-pressed juicer. Whether it's a citrus juicer or a juice extractor, we have a high-performance juicer or blender that will fit your needs, from quiet motors to powerful dual speed motors. Browse through our collection of high-quality blenders that are designed for blending, mixing, crushing ice, and pureeing!

**High-Performance Food Processors**

Does your recipe call for grinding spices, chopping nuts, shredding veggies, or kneading dough? A high-performance food processor can do this job with ease. Whether you are mixing, chopping, slicing, or shredding, a reliable food processor is an essential kitchen appliance. A good food processor can handle all these elements in a matter of minutes. Delve into JCPenney's versatile collection of food processors and blenders from the brands you love, including Cuisinart, Ninja, Magic Bullet, and many more. Shop online and save today with free shipping available!

Shop Kitchen & Dining >>>
Shop Dinnerware Sets >>>
Shop Active & Wellness Lifestyle Essentials >>>

## My Account

Track My Order

Pay Bill & Manage Account

My JCP.com Account

Apply for JCP Credit Card

Credit Card Benefits

JCPenney Rewards

## Stores & Services

Find A Store

Curbside Pickup

Weekly Ad

JCP Salon

Portraits

Optical

Kids Zone

## Customer Service

Contact Us

Return Policy

Shipping Information

Rebates

Recalls

Gift Cards

Servicio Al Cliente

## About Us

Careers

Company Info

Newsroom

Corporate Responsibility

JCPenney Giving

Style Blog by JCPenney

Site Map



Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 03/27/25    PageID.615    Page 225 of 390

Be the first to know about the latest deals and more!

| Phone Number or Email | Sign Up |

*Text Alerts: Message and data rates may apply.

<u>See Details</u>.



    

📱 **Download Our App**

This site is protected by reCAPTCHA and the Google <u>Privacy Policy</u> and <u>Terms of Service</u> apply.

**Privacy Notice**

**Cookies**

**Do Not Sell or Share My Personal Information**

**Privacy Rights**

**CA Supply Chain Act**

**CA Privacy Rights**

Terms & Conditions     Legal     Ad Choices ▷

© 2023 Penney IP LLC

6/30/23, 10:49 AM
kohl's blenders - Google Search



Google    kohl's blenders    ✕  🎤  📷  🔍

   M

Shopping   Maps   News   Images   Videos   Books   Flights   Finance                    All filters ▾    Too

On sale   📍Nearby   Cuisinart   Oster   Ninja   Hamilton Beach   NutriBullet   Under $70   ⚪ Black   Cord

About 433,000 results (0.45 seconds)

**Sponsored** ⋮

                     

| Blendtec Professional... | Blendtec Blender... | Ninja Professional... | KitchenAid K400 Blender... | Dash Chef Series Deluxe... | Blendtec - Blender -... | Dash Chef Series Deluxe... | KitchenAid K400 Blender... |
|---|---|---|---|---|---|---|---|
| $799.99 | $379.99 | **$129.99** ~~$180~~ | $299.99 | $279.99 | $379.99 | $279.99 | $299.99 |
| Kohl's | Kohl's | Kohl's | Kohl's | Kohl's | Kohl's | Kohl's | Kohl's |
| (233) | (2k+) | (1k+) | (1k+) | (12) | Free shipping | (12) | (1k+) |

**Sponsored**

 Kohl's
https://www.kohls.com

### Kohls Blenders - Blenders at Kohl's®

Find Affordable **Blenders** Today at Low Prices. Shop **Kohl's**® and Start Saving! at **Kohl's**®. Enjoy Your Favorite Brands at Great Low Prices Today. Fast and Free Store Pickup! Hassle-Free Returns. Incredible Savings. Earn **Kohl's** Rewards. Mobile Sale Alerts.

Orem · 2 locations nearby

#### Shop Epic Deals
Don't Miss These Epic Deals! 100s of Deals, No Coupon Needed.

#### Save More With Clearance
Shop Great Brands and Save More with our Clearance Deals.

 Kohl's
https://www.kohls.com › catalog › blenders-small-applia...

### Great High Speed Food & Smoothie Blenders

Shop **Blenders** ; Ninja Professional Plus Kitchen System with Auto-iQ. $199.99 · (2151) ; BlendJet 2 Portable **Blender**. $44.99 · (15848) ; Ninja Nutri-**Blender**...
180-day returns

 Kohl's
https://www.kohls.com › catalog › personal-size-blenders...

### Personal Blenders - Kohl's

Personal **Blenders** ; NutriBullet® 1700 Watt **Blender**. $199.99 · (3566) ; Hamilton Beach Go Sport Personal **Blender**. $32.99 · (410) ; Magic Bullet...

SALE          SALE          SALE

| Ninja Professional Plus Blender DUO | Oster 8-Speed Classic Series | NutriBullet $49.99  $69.99 | Ninja Professional Plus Blender with |
|---|---|---|---|

Google    kohls blenders | google search    ✕  🎤  📷  🔍    ⚙  ⠿  Ⓜ

🔵 13 mi · In stock        🔵 13 mi · In stock            🔵 13 mi · In stock
4.8              (1k+)    4.6              (990)          4.7              (2k+)

SALE              SALE          SALE

Ninja Professional    NutriBullet Blender    BlendJet 2          Magic Bullet
Plus Kitchen…         Combo                  **$44.99** $50      Blender/Mixer
**$199.99** $230      **$129.99** $160       Kohl's, 10+ stores  **$39.99**
Kohl's, 10+ stores    Kohl's, 10+ stores     🔵 13 mi · In stock  Kohl's, 5+ stores
🔵 23 mi · In stock    🔵 32 mi · In stock     4.8        (9k+)    🔵 13 mi · In stock
4.6          (1k+)    4.3          (1k+)                          4.2          (1k+)

🔶 Kohl's
   https://www.kohls.com › catalog › countertop-blenders-s…  ⋮

**Countertop Blenders**

Countertop **Blenders** · NutriBullet Smart Touch **Blender**. $149.99 · NutriBullet
Smart Touch **Blender** Combo. $199.99 · Blendtec Professional-Grade Total…

180-day returns

## People also ask  ⋮

Which type of blender is best?

What are the three types of blenders?

What is the difference between a portable blender and a normal blender?

Which smoothie blender is good?

Feedback

LOW PRICE                              SALE

Ninja Professional    KitchenAid K150        Hamilton Beach      Oster 2-in-1
BL660                 **$199.99**            Stay or Go 5240     Blender System…
**$119.99** Usually $180  4.5        (798)   **$49.99**          **$69.99** $80
kohls.com, 10+ stores                        Kohl's, 5+ stores   Kohl's, 3+ stores
4.7          (2k+)                           4.2        (238)    🔵 13 mi · In stock
                                                                 4.7          (120)

SALE

Ninja Foodi Power     Toastmaster Mini       Magic Bullet        Ninja Fit
Blender Ultimate…     Personal Blender       Kitchen Express     **$79.99**
**$239.99**           **$15.99**             **$79.99** $100     Kohl's, 10+ stores

6/30/23, 10:14 AM
kohl's blenders - Google Search
Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 09/27/25    PageID.618    Page 228 of 390

 Google

 Kohl's
https://www.kohls.com › catalog › black-blenders-small-...

**Black Blenders Small Appliances, Kitchen & Dining**

Black **Blenders** Small Appliances ; BlendJet 2 Portable **Blender**. $49.99 · (15825) ; Ninja Master Prep Professional **Blender** (QB1004). $79.99 · (661) ;...

180-day returns

Kohl's
https://www.kohls.com › catalog › hamilton-beach-blend...

**Hamilton Beach Blenders**

$32.99. Hamilton Beach 10-Speed Smoothie **Blender**. (447) · Hamilton Beach Go Sport Personal **Blender**. $32.99. Hamilton Beach Go Sport Personal...

180-day returns

| SALE | SALE | | SALE |
|---|---|---|---|

| Ninja Master Prep Pro QB1004 | Ninja Nutri Blender Pro with Auto-iQ | Black & Decker Cyclone BL2010BP | NutriBullet Rx |
|---|---|---|---|
| **$59.99** ~~$80~~ | **$89.99** ~~$110~~ | **$29.99** | **$159.99** ~~$200~~ |
| Kohl's, 5+ stores | Kohl's, 10+ stores | Kohl's, 10+ stores | Kohl's, 10+ stores |
| 4.7       (1k+) | 📍 13 mi · In stock | 📍 46 mi · In stock | 📍 Also nearby |
| | 4.7       (890) | 3.7       (79) | 4.4       (5k+) |

| SALE | | SALE | SALE |
|---|---|---|---|

| Blendtec Total Classic Original... | Cuisinart Velocity Ultra 1 HP Blender | Blendjet 2 the Original Portable... | Cuisinart Smart Stick Variable... |
|---|---|---|---|
| **$379.99** | **$99.99** ~~$130~~ | **$53.99** ~~$60~~ | **$69.99** ~~$80~~ |
| Kohl's, 10+ stores | Kohl's, 10+ stores | Kohl's, 5+ stores | Kohl's, 10+ stores |
| 4.8       (2k+) | 4.0       (90) | 4.9       (3k+) | 📍 13 mi · In stock |
| | | | 4.6       (464) |

 Kohl's
https://www.kohls.com › catalog › ninja-blenders-small-a...

**Ninja Blenders - Kohl's**

Enjoy free shipping and easy returns every day at **Kohl's**. Find great deals on Ninja **Blenders** at **Kohl's** today!

180-day returns

 Kohl's
https://www.kohls.com › catalog › handheld-blenders-sm...

**Hand Blenders - Kohl's**

Enjoy free shipping and easy returns every day at **Kohl's**. Find great deals on Handheld **Blenders** at **Kohl's** today!

 Kohl's
https://www.kohls.com › catalog › cuisinart-blenders-sm...

**Cuisinart Blenders**

  

180-day returns

Kohl's
https://www.kohls.com › catalog › immersion-blenders-s...  ⋮

### Immersion Blenders

Immersion **Blenders** ; NutriBullet® Immersion **Blender** Deluxe. $49.99 · (103) ; KitchenAid® KHBV53 Variable Speed Corded Hand **Blender**. $59.99 · (597) ;...

Kohl's
https://www.kohls.com › catalog › kitchenaid-blenders-s...  ⋮

### KitchenAid Blenders

These **blenders** can take on bigger tasks and create larger quantities of dips, soups, and other tasty dishes. No matter which option you choose, know tha...

180-day returns

### Related searches ⋮

**target** blenders **on sale**

**walmart** blenders

**walmart** blenders **on sale**

**costco** blenders

**jcpenney blender**

**bed bath and beyond** blenders

More results ⌄



KOHL'S

What are you looking for today?

 Sign-In

 $0.00

≡ Shop by Category    ★ My Store: West Jordan    ⊙ Kohl's Card    Ⓢ Kohl's Coupons    ⊙ Help


EPIC DEALS
100s of deals. No coupons needed.
Select styles on sale now through July 4. Shop Now
+ Earn $10 Kohl's Cash®
for every $50 spent through July 4.
Redeemable July 5-23.
Not valid on Sephora at Kohl's. coupon details & exclusions


## Juicers Small Appliances

**106 products**

Sort by: Featured ▾

Kitchen & Dining ✕    Small Appliances ✕    Blenders ✕    Juicers ✕

---

BEST SELLER





**$199.99** Sale
$229.99 Reg.

Ninja Professional Plus Kitchen System with Auto-iQ

★★★★½ (2151)

---

TOP RATED



**$44.99** Sale
$49.99 Reg.

BlendJet 2 Portable Blender

★★★★★ (15848)

   

🚚 Free ship to store

---

BEST SELLER



**$89.99** Sale
$109.99 Reg.

Ninja Nutri-Blender Pro with Auto-iQ

★★★★½ (1146)

📍 Free store pickup today

---

BEST SELLER



**$129.99** Sale
$179.99 Reg.

Ninja Professional Plus Blender DUO with Auto-iQ

★★★★★ (1752)

---

BEST SELLER



**$109.99** Sale
$139.99 Reg.

Ninja Professional Plus Blender with Auto-iQ

★★★★½ (2094)

---

BEST SELLER



**$79.99** Sale
$109.99 Reg.

NutriBullet PRO 900W Nutrient Extractor Blender

★★★★½ (10970)



 

Sign-In

$0.00

---

**BEST SELLER**



**$44.99** Sale
~~$49.99 Reg.~~

Oster Classic Series 8-Speed Blender

★★★★☆ (1195)

📍 Free store pickup today



**$429.99**

Kuvings Wide-Mouth Slow Juicer

★★★★☆ (34)

**BEST SELLER**

 

**$39.99** Sale
~~$59.99 Reg.~~

Magic Bullet® Single-Serve Blender

★★★★☆ (3073)

📍 Free store pickup today

---



**$59.99** Sale
~~$69.99 Reg.~~

Magic Bullet Mini Juicer

★★★★☆ (160)

🚚 Free ship to store



**$79.99** Sale
~~$89.99 Reg.~~

Ninja Nutri-Blender Plus Personal Blender

★★★★☆ (262)



**$199.99** Sale
~~$229.99 Reg.~~

NutriBullet® Slow Juicer

★★★★☆ (173)

**KOHL'S**

 Sign-In

 $0.00



**$129.99** Sale
$159.99 Reg.
NutriBullet® 1200 Watt Blender Combo with Single Serve Cups

★★★★½ (1181)

Free ship to store



**$99.99** Sale
$119.99 Reg.
NutriBullet Juicer

★★★★☆ (1450)



**$149.99** Sale
$159.99 Reg.
NutriBullet Juicer Pro

★★★★☆ (290)

Free ship to store



**$89.99** Sale
$99.99 Reg.
NutriBullet® PRO 1000 Watt Blender, Nutrient Extractor

★★★★½ (598)

Free ship to store



**$479.99**
Omega VSJ843RS Vertical Cold-Press Masticating Slow Juicer

★★★★★ (43)



**$119.99** Sale
$159.99 Reg.
Ninja TWISTi High-Speed Blender DUO

★★★★½ (245)

Free ship to store



**$79.99** Sale
$109.99 Reg.
NutriBullet PRO 900W Nutrient Extractor Blender

  



**$159.99** Sale
$219.99 Reg.
Ninja Foodi Power Blender & Processor System with Smoothie Bowl Maker and Nutrient Extractor 1400 Watts



**$69.99** Sale
$79.99 Reg.
Cuisinart® Smart Stick® Variable Speed Hand Blender

★★★★½ (703)



Pickup & Shipping ＋

Appliance Type －

Clear

☑ Blenders (77)

☑ Juicers (30)

Juicers Small Appliances, Kitchen & Dining | Kohl's

**KOHL'S**

 Sign-In

 $0.00

- [ ] Toasters (56)
- [ ] Food Processors (37)
- [ ] Toaster Ovens (52)
- [ ] Microwaves (17)
- [ ] Waffle Makers (38)
- [ ] Slow Cookers (43)
- [ ] Vacuum Sealers (13)
- [ ] Pressure Cookers (16)
- [ ] Accessories (31)
- [ ] Attachments (8)
- [ ] Beaters (4)
- [ ] Blender Accessories (11)
- [ ] Bowls (5)
- [ ] Breadmakers (10)
- [ ] Buffet Warmers (3)
- [ ] Cappuccino Makers (19)
- [ ] Chocolate Fountains (2)
- [ ] Coffee Accessories (30)
- [ ] Coffee Grinders (23)
- [ ] Coffee Roasters (2)





**$59.99** Sale
$79.99 Reg.
Ninja Master Prep Professional Blender (QB1004)

★★★★★ (661)

**$299.99**

KitchenAid® K400 Variable Speed Blender with Tamper

★★★★½ (677)

 ⊕

🚚 Free ship to store

**$19.99** Sale
$32.99 Reg.
Hamilton Beach 10-Speed Smoothie Blender

★★★★☆ (447)

📍 Free store pickup today







**$159.99** Sale
$199.99 Reg.
NutriBullet® 1700 Watt Blender

★★★★½ (3566)

🚚 Free ship to store

**$79.99** Sale
$99.99 Reg.
Cuisinart® Compact Blender Juice Extractor Combo

★★★★☆ (37)

**$429.99**

Kuvings Whole Slow Juicer

★★★★½ (42)

TOP RATED

KOHL'S

Sign-In

$0.00







**$79.99** Sale
~~$119.99~~ Reg.

NutriBullet® 1200 Watt Blender

★★★★½ (770)

**$799.99**

Blendtec Professional 800 Blender (90 oz.)

★★★★½ (76)

**$62.99** Sale
~~$69.99~~ Reg.

BlendJet 2 Next-Gen Blender

★★★★★ (701)

🚚 Free ship to store







**$19.99** Sale
~~$32.99~~ Reg.

Hamilton Beach Go Sport Personal Blender

★★★★½ (410)

📍 Free store pickup today

**$299.99**

Omega CNC80S Horizontal Slow Juicer

★★★★★ (14)

**$159.99**

KitchenAid® KHBBV83 Cordless Variable Speed Hand Blender with Chopper & Whisk Attachment

★★★★½ (134)

   







**$99.99** Sale
~~$119.99~~ Reg.

NutriBullet Baby Steam + Blend Blender

★★★★½ (94)

**$49.99**

Cuisinart® Smart Stick 2-Speed Hand Blender

★★★★½ (416)

**$53.99** Sale
~~$59.99~~ Reg.

BlendJet 2 Portable Blender

★★★★★ (854)



 Sign-In

 $0.00



**$199.99**

KitchenAid® KSB1332 3-Speed Ice
Crushing Blender with 2 Personal
Blender Jars

★★★★½ (116)



🚚 Free ship to store



**$59.99**

KitchenAid® KHBV53 Variable Speed
Corded Hand Blender

★★★★½ (597)



📍 Free store pickup today



**$49.99** Sale
$54.99 Reg.

NutriBullet® Immersion Blender
Deluxe

★★★★½ (103)

🚚 Free ship to store



**$99.99** Sale
$129.99 Reg.

Cuisinart® Velocity Ultra 1 HP Blender

★★★★½ (92)



**$149.99 - $179.99**
$179.99 Reg.

Omega H3000R Cold Press 365
Slow Masticating Juicer

★★★★☆ (80)





**$79.99** Sale
$99.99 Reg.

Magic Bullet Kitchen Express
Blender and Food Processor

★★★★☆ (447)

🚚 Free ship to store

Case 2:25-cv-00096-RJS-DBP     Document 28-1     Filed 03/27/25     PageID.626     Page 236 of 390

**KOHL'S**                     Sign-In     $0.00







**$69.99** Sale
~~$79.99 Reg.~~
Oster 2-in-1 Blender System with Blend-n-Go Cup

★★★★½ (192)

📍 Free store pickup today

**$99.95** Sale
~~$119.99 Reg.~~
Braun MultiQuick 7 Immersion Hand Blender

★★★★½ (151)

🚚 Free ship to store

**$189.99** Sale
~~$199.99 Reg.~~
Cuisinart® Juicer

★★★★½ (199)







**$189.99**

Oster Self-Cleaning Professional Juice Extractor

★★★★☆ (115)

🚚 Free ship to store

**$79.99** Sale
~~$89.99 Reg.~~
Cuisinart® Compact Portable Blending & Chopping System

★★★★½ (98)

🚚 Free ship to store

**$229.99** Sale
~~$349.99 Reg.~~
Cuisinart® Hurricane™ 2.25 Peak HP Blender

★★★★½ (44)



‹   **1**   ›   of 3

## Best Sellers available for store pick up!

‹



Get $20 Kohl's Cash!

Sale **$129.99**
Regular $179.99
Ninja Professional Plus Blender DUO with Auto-iQ

★★★★★ (1752)



Get $30 Kohl's Cash!

Sale **$159.99**
Regular $209.99
Emeril Lagasse Power Grill 360

★★★★☆ (50)



Get $50 Kohl's Cash!

Sale **$249.99**
Regular $279.99
Ninja Espresso & Coffee Barista System, Single-Serve Coffee ...

★★★★½ (313)



Sale **$299.9**
Regular $319.!
Emeril Lagasse Fren
Air Fryer 360 As See

★★★★½ (1...

›




Sign-In


$0.00



**$408.99** Regular

Zojirushi Home Bakery
Maestro Breadmaker

★★★★☆ (57)



**$219.99** Sale
Regular $241.99

Zojirushi Micom 4-Liter
Water Boiler & Warmer

★★★★★ (80)



**$112.99** Regular

Zojirushi Dome Brew
Classic Coffee Maker

★★★★★ (55)



**$284.99** Sale
Regular $299.99

Zojirushi VE Hybrid 4-Liter
Water Boiler & Warmer

★★★★★ (91)

Sponsored ⓘ

## BACK TO TOP


[+] Share Feedback

## MY ACCOUNT

6/30/23, 10:13 AM · · · · · · · · · · · · · · · · · · · · · · · · · Juicers : Small Appliances : Kitchen & Dining : Kohl's

Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 03/27/25    PageID.628    Page 238 of 390






Sign-In

$0.00

| | |
|---|---|
| Update Password | Order Status |
| Rewards Account | Gift Card Balance & Kohl's Cash Balance |

## SHOP KOHL'S

| | |
|---|---|
| Today's Ad | Get 15% off when you sign up for our emails |
| Site Map | Store Locator |
| Gift Cards | Kohl's Coupons |
| Kohl's Blog | |

## CUSTOMER SERVICE

| | |
|---|---|
| Contact Us | Order Status |
| Exclusions | Shipping |
| Returns | Rebates |
| Recalls | Product Guides |



 Sign-In

 $0.00

## KOHL'S CARD & REWARDS

Kohl's Card

Kohl's Rewards

Manage my Card

Apply for a Kohl's Card

See if you prequalify

## ABOUT KOHL'S

Community

Diversity & Inclusion

Sustainability

Careers

Apply for Seasonal Jobs

Associate Services

Investor Relations

Affiliate Program

Advertise with Us

© 2023 Kohl's,Inc.

KOHL'S® and Kohl's brand names are trademarks owned by KIN,Inc.

All rights reserved.

**KOHL'S**


Sign-In


$0.00

LEGAL NOTICES, PRIVACY POLICY, CALIFORNIA PRIVACY POLICY, DO NOT SELL OR
SHARE MY PERSONAL INFORMATION, ABOUT OUR ADS, CALIFORNIA
TRANSPARENCY IN SUPPLY CHAINS ACT

   

Google

smoothie blender

Shopping  Images  Videos  News  Books  Maps  Flights  Finance

All filters ▾  Tool

Ninja  Vitamix  NutriBullet  Oster  Breville  ✦ Walmart  ◎ Target  a amazon.com  Single Ser

About 77,800,000 results (0.52 seconds)

Sponsored ⋮

       

| Breville Commercial -... | Blendtec - Blender -... | BlendJet 2 Blender -... | Kalorik 1800W High-Powered... | Value Series - Blender -... | Vitamix Blender - Explorian... | Smoothie Blender 2200... | The Beast Health Blende... |
|---|---|---|---|---|---|---|---|
| $599.95 | $711.11 | $49.95 | $149.99 | $389.95 | $349.99 | $156.99 | $140.00 |
| WebstaurantS... | KaTom Resta... | BlendJet | Kalorik | Central Resta... | Best Buy | Cncest | Beast Health |
| (20) | Free shipping | $44.96 at... | (46) | Get it by 7/... | (3k+) | Free by 7/13 | (527) |
| Stainless Steel · 12 speeds · 1,80... | Black · 44-oz, 90-oz · 1,800 watts ... | Mint · 16-oz, 20-oz · Countertop... | Stainless Steel · 4 speeds · 1,400... | Stainless Steel · 64-oz · Blender | Black · 48-oz · 10 speeds · 1,400... | Black · 64-oz · 2,200 watts ... | Pebble Grey · 2 speeds · 1,000... |

a Amazon.com
https://www.amazon.com › smoothie-blender › k=smo... ⋮

**Smoothie Blender**

nutribullet Personal **Blender** for Shakes, **Smoothies**, Food Prep, and Frozen Blending, 24 Ounces, 600 Watt, Gray, (NBR-0601) · 4.7★4.7 out of 5 stars...

30-day returns

 Food Network
https://www.foodnetwork.com › ... › Product Reviews ⋮

**7 Best Blenders for Smoothies 2023 Reviewed**

May 10, 2023 — Our Top **Blenders** for **Smoothies**: Best Full Size **Blender** for **Smoothies**: Ninja Professional **Blender** · Best Glass **Blender**: Instant Ace No...

 Walmart
https://www.walmart.com › ... › Blenders ⋮

**Smoothie Makers**

Fimilo 600ML Portable **Blenders** with 18000 rpm, USB Rechargeable Personal **Blender** for Shakes and **Smoothies** with 6 Blades,20 Oz Pulse Mini Ice Blend...

Free 90-day returns

SALE

| NutriBullet | Ninja Professional Blender 1000 | Magic Bullet Mini | BlendJet 2 |
|---|---|---|---|
| $49.99 | $99.99 | $24.97 | $44.96 $50 |
| Amazon.... , 10+ stores | | Walmart, 10+ stores | BlendJet, 10+ stores |

Also nearby    Target, 10+ stores    12 mi · In stock    smoothie blender - Google Search
4.5              (9k+)    13 mi · In stock    3.9              (734)    4.8              (9k+)
                 4.6              (3k+)

Ninja Fit    NutriBullet Blender    Frigidaire Retro    Hamilton Beach
$59.99       Combo               Smoothie Maker      Smoothie Blende…
Amazon.… , 10+ stores    $109.87    $34.98             $26.99
                 Amazon.… , 10+ stores    Amazon.… , 10+ stores    Amazon.c… , 5+ stores
Also nearby    Also nearby    3.8              (52)    4.4              (84)
4.5              (554)    4.3              (1k+)

## People also ask ⋮

Which blender to buy for smoothies?

What is the difference between a smoothie blender and a regular blender?

Are smoothie makers worth it?

What is the best blender for ice and vegetables?

Feedback

Food & Wine
https://www.foodandwine.com › ... › Small Appliances    ⋮

### The 8 Best Blenders for Smoothies, Soups, and ...

Feb 16, 2023 — The 8 Best Blenders for Smoothies, Soups, and Frozen Drinks
; Best Personal Blender. Ninja BN401 Nutri Blender Pro with Auto-iQ.
                 Rating: 4.8 · Review by Alyssa Longobucco

Our top picks · Reviews · Factors to Consider

Target
https://www.target.com › Kitchen & Dining    ⋮

### Personal Smoothie Blender

Shop Target for personal **smoothie blender** you will love at great low prices.
Choose from Same Day Delivery, Drive Up or Order Pickup plus free shipping…
Free delivery over $35 · Free 90-day returns

New York Magazine
https://nymag.com › strategist › article › best-blenders    ⋮

### 11 Best Blenders 2023 | The Strategist

3 days ago — 11 of the Very Best **Blenders**. Powerful machines to make **smoothies**, soups, nut
butters, sauces, salsas, dressings, and more.
List includes: Best blender for smoothies · Best even less expensive blender · Best blender with
touchscreen · View full list

Good Housekeeping
https://www.goodhousekeeping.com › electricals › bes…    ⋮

### 13 best smoothie makers for 2023

Jun 15, 2023 — 13 best **smoothie** makers for 2023 · Ninja **Blender** with Auto-
iQ BN495UK · Ninja Foodi Power Nutri **Blender** 2 in 1 with Smart Torque &…

Hamilton Beach 50190 Smoothie…
**$29.99**
hamilton… , 10+ stores
3.7          (873)

NutriBullet Pro 900
**$99.87**
Amazon.… , 10+ stores
4.4          (9k+)

Ninja Nutri Blender Pro with Auto-iQ
**$99.99**
Ninja Kit… , 10+ stores
📍 Also nearby
4.7          (890)

Beast Health Beast Blender
**$140.00**
Beast Hea… , 5+ stores
4.8          (527)

Vitamix E310
**$349.95**
Vitamix, 10+ stores
📍 Also nearby
4.6          (3k+)

Smoothie Blender, Homeleader Personal Blender…
**$43.99**
Amazon.c… , 1+ stores

Ninja Foodi Smoothie Bowl…
**$89.99**
Target, 5+ stores
📍 12 mi · In stock
4.5          (263)

NutriBullet GO
**$38.99**
Amazon.c… , 3+ stores
3.9          (352)

▶ YouTube
https://www.youtube.com › Valid Consumer  ⋮

**Best Smoothie Blenders 2023 [don't buy one before…**
Best **Smoothie Blenders** 2023 [don't buy one before watching this]Links to the Best **Smoothie Blenders** 2023 are listed below.
YouTube · Valid Consumer · Feb 2, 2023


6:31

RTINGS.com
https://www.rtings.com › Blender › Best  ⋮

**The 6 Best Blenders For Smoothies - Summer 2023**
Jun 22, 2023 — The best **blenders** for **smoothies** make it easy to whip up a silky, ... The Vitamix 5200 is the best **blender** for **smoothies** we've tested.
Ninja Blender Duo with Auto...   KitchenAid K400

Magic Bullet Personal Blender
**$37.99**
Amazon.… , 10+ stores
4.6          (388)

NutriBullet PRO 1000
**$59.87**  🌱 Pre-owned
Amazon.… , 10+ stores
4.4          (944)

Ninja Nutri-Blender Pro with Auto IQ
**$89.00**
Walmart, 5+ stores
📍 12 mi · In stock
4.7          (292)

Ninja Nutri-Blender Plus
**$79.99**
Amazon.… , 10+ stores
4.8          (240)

LOW PRICE

KitchenAid K150              NutriBullet Rx              Breville Fresh &              Vitamix 5200
**$99.99**                  **$116.02** Usually $130     Furious Blender              **$479.95**
KitchenAid, 10+ stores      Amazon.... , 10+ stores      **$199.95**                  Vitamix, 10+ stores
4.5              (798)      4.4              (5k+)        Breville, 10+ stores         4.8              (3k+)
                            📍 Also nearby               📍 Also nearby
                                                         4.4              (625)

 Consumer Reports
https://www.consumerreports.org › ... › Blenders     ⋮

## Best Blenders for Making Smoothies

May 7, 2023 — The best **blenders** for making **smoothies**, according to
Consumer Reports, include models from Breville, Cuisinart, Dash, Ninja, and...

**Sponsored**

Kohl's
https://www.kohls.com          ⋮

## Blenders: Great High Speed Food & Smoothie Blenders | Kohl's

Shop Top Brands at the Best Prices. Browse Top Products at Kohl's® Now! Shop the Best
Brands. Save Up to 35% On Your First Kohl's Charge Order! Mobile Sale Alerts.
                    Rating for kohls.com: 4.4 · 245 reviews · Average delivery time: 1–3 days
Save More With Clearance · Fast + Free Pickup · Shop Outdoor Play Toys · Girls' Outfits
Orem · 2 locations nearby

## Related searches   ⓘ

**best cheap** blender **for
smoothies**

**Sponsored**   ⋮

            

Vitamix -              Breville              Vitamix -              Vitamix -              Vitamix A3300
Blender - 520...       Commercial -...       Kalorik 1800W         Blender - 530...       Ascent Serie...
                                             High-Powere...
**$479.95**            **$599.95**           **$149.99**           **$559.95**            **$549.95**
Vitamix                Webstaurant...        Kalorik                Vitamix                Vitamix
       (3k+)                  (20)                  (46)                  (1k+)                  (464)
White · 64-oz ·        Stainless Steel ·     Stainless Steel ·     Black · 64-oz · 10    Black Diamond ·
10 speeds · ...        1,800 watts · 1...    1,400 watts · 4...    speeds · Blender      64-oz · 3 speed...

 Best Buy
https://www.bestbuy.com › ... › Blenders Directory     ⋮

## Smoothie Blender

A **blender** is a kitchen workhorse, and the best models can make a **smoothie**
in seconds. But with so many **blenders** on the market, how do you know whi...
Free delivery over $35 · Free 15-day returns

 Forbes
https://www.forbes.com › sites › article › best-blenders...     ⋮

## The Absolute Best Blenders For Smoothies

Feb 6, 2023 — Best **Blender** For **Smoothies** Overall: NutriBullet **Blender** · Best
Budget **Blender** For **Smoothies**: Hamilton Beach Power Elite **Blender** · Best...



List includes: A Blender For Thick, Spoonable Smoothies · This Blender Was Made For Frozen Produce · View full list

Oster Pro 1200
$89.99
Amazon.… , 10+ stores
4.2                    (806)

Ninja Professional Plus Kitchen…
$194.00
Amazon.… , 10+ stores
📍 Also nearby
4.6                    (2k+)

Enfmay Smoothie Blender Maker 1450W High…
$92.99
Amazon.com - Seller

Bear Blender, 700W Smoothie…
$29.99
Amazon.… , 10+ stores
5.0          (1)

Hamilton Beach Single Serve…
$22.99
hamilton… , 10+ stores
4.0                    (1k+)

Ninja Foodi Power Blender Ultimate…
$239.99
Amazon.… , 10+ stores
📍 Also nearby
4.7          (520)

Hamilton Beach Personal Blender…
$16.96
Walmart, 5+ stores
📍 12 mi · In stock
4.1          (1k+)

VEWIOR 850W Smoothie Bullet Blender for Shak…
$39.99
Amazon.com - Seller

HB   Hamilton Beach
     https://hamiltonbeach.com › smoothie-blenders   ⋮

**Smoothie Blenders | HamiltonBeach.com**

Try a single-serve **smoothie blender** that comes with a travel lid – mix a …
Whatever your lifestyle, Hamilton Beach® offers blenders for smoothies ma… · Free 60-day returns

LOW PRICE

Blendtec Total Classic Original…
$379.95
Amazon.… , 10+ stores
4.8                    (2k+)

Ninja Nutri Ninja Auto-iQ 1000W
$59.99  Usually $70
Walmart … , 10+ stores
📍 Also nearby
4.6          (5k+)

Ninja NJ601AMZ Professional Blender with 100…
$99.99
Amazon.c… , 5+ stores

Hamilton Beach Single-Serve
$21.99
hamilton… , 10+ stores
📍 Also nearby
4.1          (2k+)

Ninja Professional Plus Blender with…
$119.99
Best Buy, 10+ stores

Hamilton Beach Personal Blender…
$19.85
Amazon.com

Hamilton Beach Professional Qui…
$169.99
Amazon.… , 10+ stores

Hamilton Beach Smoothie Smart…
$44.99
Best Buy, 5+ stores

16 mi · In stock          2.7          (3)          4.4
4.7              (2k+)                    (22)                        (86)

**B.** Breville
https://www.breville.com › products › blenders    ⋮

**Blender Machines & Smoothie Makers**

Experience commercial grade **blenders** at home for delicious **smoothies** and purees with Breville's high quality **blenders**. Order today for free shipping.

Free delivery · 30-day returns

⭐ Macy's
https://www.macys.com › shop › featured › smoothie-ble...    ⋮

**Smoothie Blender**

92 items — Shop for and buy **smoothie blender** online at Macy's. Find **smoothie blender** at Macy's.

Free 30-day returns

Silly Farm Supplies
https://sillyfarm.com › products › disposable-eco-smo...    ⋮

**Disposable Eco Smoothie Blender**

Environmentally friendly and disposable **smoothie blenders** make face painting a breeze! Use **Smoothie Blenders** to cover large areas or eye areas.

Rating: 5 · 3 reviews · 30-day returns

SALE

Hamilton Beach Smoothie Smart...        Mueller Personal Blender for Shakes and Smoothies...        Bionic Blade Portable Blender        Ninja Professional Plus Blender DUO...
**$49.98**        **$21.98**        **$28.97**        **$128.99**  $150
hamilton... , 10+ stores        Amazon.c... , 5+ stores        Amazon.... , 10+ stores        Best Buy, 10+ stores
4.2          (176)                📍 Also nearby          📍 12 mi · In stock
                                        3.8          (141)        4.8          (1k+)

SALE

Hamilton Beach Smoothie Blende...        Blendjet 2 the Original Portable...        Oster Blender MyBlend Plus        Ninja Foodi SS351
**$22.96**        **$53.96**  $60        **$24.99**        **$139.99**  🌿 Refurbis...
Walmart, 4+ stores        BlendJet, 5+ stores        Target, 5+ stores        Amazon.... , 10+ stores
📍 12 mi · In stock        4.9          (3k+)        📍 12 mi · In stock        4.6          (1k+)
4.3          (245)                                3.7          (234)

Home Depot
https://www.homedepot.com › Smoothie    ⋮

**Smoothie - Blenders - Small Kitchen Appliances**

Get free shipping on qualified **Smoothie Blenders** products or Buy Online Pick Up in Store today in the Appliances Department.

90-day returns

LOW PRICE

Ninja Mega
Kitchen System…
**$199.99**
Best Buy, 10+ stores
📍 12 mi · In stock
4.7                    (8k+)

NutriBullet Pro 900
Hi-Speed…
**$69.87**
Amazon.c… , 2+ stores
5.0              (1)

Hamilton Beach
Personal Blender…
**$19.85**
Amazon.c… , 5+ stores
4.6              (5)

Balzano Yoga
Blender/Smoothie
Maker/Juicer/So…
**$73.92** Usually $86
Amazon.c… , 2+ stores

Smoothie Blender,
Personal Blender
for Shakes and…
**$34.99**
Amazon.com - Seller

Oster 6 Cup
Blender Easy to…
**$28.97**
Walmart, 10+ stores
📍 12 mi · In stock
3.3              (171)

Smoothie Maker
**$61.01**
eBay

Vitamix 7500
**$559.95**
Vitamix, 10+ stores
4.6              (1k+)

 Kohl's
https://www.kohls.com › … › Hamilton Beach    ⋮

### Hamilton Beach 10-Speed Smoothie Blender

The Hamilton Beach **Smoothie Blender** delivers all the delicious-tasting
flavors of restaurant smoothies and frozen drinks at a fraction of the price…
· 180-day returns

 YouTube
https://www.youtube.com › TOP PICKS    ⋮

### Top 5 Best Blenders Of 2023 | Smoothie Blender 2023

Price and More Details5. Ninja BN401 Nutri Pro Compact Personal **Blender**
✓https://amzn.to/3FMxzAz4. Nutri Ninja BL642 Personal and …
YouTube · TOP PICKS · Mar 18, 2023


7:12

 10 key moments in this video    ⌄

BLACK+DECKER
BD Blender Glass…
**$28.02**
Amazon… , 10+ stores
📍 Also nearby
3.9              (1k+)

Vitamix ONE
Blender
**$249.95**
Vitamix, 10+ stores
4.3              (193)

Powerful Portable
Blender for Shak…
**$28.99**
Amazon.c… , 5+ stores
1.0              (1)

Oster Blend-N-Go
My Blend
**$34.99**
Amazon… , 10+ stores
4.2              (1k+)

South Jordan, UT

Sponsored · Shop albertsons blenders

**Show only**
- Buy on Google
- Available nearby
- On sale

**Price**
- Up to $40
- $40 – $70
- $70 – $150
- Over $150

$ Min — $ Max

**Brand**
- Hamilton Beach
- Oster
- NutriBullet
- Ninja
- KitchenAid
- BLACK+DECKER
- Cuisinart

**Design**
- Countertop Blenders
- Immersion Blenders

**Color**
- Black
- Stainless Steel
- White
- Red
- Silver
- Gray

**Wattage**
- < 200 W
- 200 – 300 W
- 300 – 500 W
- 500 – 700 W
- 700 – 1,000 W
- > 1,000 W

**Number of Speeds**
- 1 – 2

VEVOR Commercial Countertop Blenders 68 oz. Glass Jar Blender...
$69.59
Home Depot
Free shipping

Vitamix Commercial 036019 The Quiet One Countertop Drink Blend...
$1,135.34
KaTom Restaurant Supply
(89)
Free shipping

SALE
Vitamix Explorian 48-oz Variable Speed Blender w/Dry Container ,Red
$289.98  $492.00
QVC
(3,547)
Special offer

BlendJet 2 – Portable Blender - Mint
$49.95
BlendJet
(22,123)
Free shipping

BLENDTEC744059



BLENDTEC744060



Hamilton Beach Power Elite
Blender, Black
5.0        2
Variable Speed

**$44.99**
Wayfair
Free delivery by Tue, Aug 29
   Top Quality Store · 4.0/5   (126)

Compare prices from 10+ stores

Hamilton Beach Power Elite
Blender, Multi-Function
4.1        748
Variable Speed · Black

**$39.99**
CVS Pharmacy
Free delivery by Fri, Sep 1
   Top Quality Store · 4.5/5   (240)

Compare prices from 20+ stores

Vitamix 5200 Standard Blender-
Getting Started -Black
4.8        2,796
Variable Speed · Black

**$479.95**
Vitamix
Free delivery by Sep 14 & Free 60-da...
   Top Quality Store · 4.5/5   (2K)

Compare prices from 5+ stores

## Top features based on reviews



Easy to clean                    Easy to use

BlendJet - 2 Portable Blender -
Black
4.8        22,123
Countertop Blender

**$44.99**
JCPenney
Delivery est. by Sep 11
4.0/5   (136 store reviews)

Compare prices from 20+ stores

Nutribullet 600 W 6-Piece
Blender Set, Silver
4.5        18,732
Countertop Blender

**$69.95**
Williams-Sonoma
Free delivery
4.7/5   (30 store reviews)

Compare prices from 10+ stores

Ninja - Professional 1000 3-
Speed Blender - Black/Silver
4.6        3,820
Countertop Blender

**$99.99**
Home Depot
Free delivery
4.3/5   (1K store reviews)

Compare prices from 10+ stores

BLENDTEC744061



**LOW PRICE**

Oster Precise Blend 200 Blender
– Brushed Nickel

4.3          1,191

Variable Speed

**$39.99**
$10.00 below typical
Hotel Equipment
Delivery by Mon, Sep 11

Compare prices from 10+ stores



Oster Classic Series Blender,
Black, 6 cup

3.9          473

Variable Speed

**$68.75**
Sears
Free delivery

Compare prices from 10+ stores



Blendtec Total Blender Classic
with WildSide+ Jar, Black
(Certified

4.8          2,276

Countertop Blender

**$279.99** Refurbished
Verdi.com
Free delivery by Fri, Sep 8

Buy now

Compare prices from 2 stores

Hamilton Beach Smoothie 10
Speed Blender

3.9          460

Variable Speed · White

**$35.99**
Newegg.com
Free delivery
  Top Quality Store · 4.5/5   (502)

Buy now

Compare prices from 20+ stores




Black & Decker PowerCrush
Multi-Function Blender

4.5          205

Countertop Blender

**$39.99**
At Home
Delivery by Thu, Aug 31 · Free 60-day...

Compare prices from 10+ stores



Hamilton Beach Ensemble 40 oz
Multi-function Blender -
Red/Silver

4.1          748

Variable Speed

**$69.99**
Fingerhut
$21.99 delivery
4.7/5   (store rating)

Compare prices from 10+ stores

BLENDTEC744062







High-Performance Countertop
Blender Wolf Gourmet

4.9          54

Black

**$699.95**
Soxy
Free delivery by Sep 7 & Free 30-day …

Compare prices from 2 stores

Oster Classic Series Blender,
White

4.0          188

Variable Speed

**$44.49**
eBay - kawites0
Free delivery by Tue, Sep 12

Buy now

Compare prices from 10+ stores

Frigidaire Retro Smoothie Maker
- Cream

3.8          53

Countertop Blender

**$34.98**
Sam's Club
Delivery by Sat, Sep 30

Compare prices from 10+ stores







Ninja Professional Plus Blender
with Auto-iQ and 72-Ounce Total
Crushing Pitcher …

4.7          254

Gray

**$102.24**
Truegether - JasDeals
Free delivery

Compare prices from 10+ stores

Vita Mix Ascent A2500 Blender,
Red

4.7          2,362

Variable Speed · Red

**$1,649.99**
Samstores
$24.99 delivery

Dash Chef Series Deluxe 64 oz
Blender with Stainless Steel
Blades

4.7          15

Stainless Steel

**$279.99**
Dash
Free delivery

   Top Quality Store

Compare prices from 5+ stores

BLENDTEC744063





Oster Pro 500 Blender, Brushed
Nickel

4.5          943

Variable Speed

**$89.99**

Blain's Farm & Fleet

$7.99 delivery

Top Quality Store · 4.8/5

Compare prices from 20+ stores

Nostalgia Clrb3pcaq Classic
Retro Blender, Aqua

5.0          6

Aqua

**$49.99**

Home Depot

Free delivery

Top Quality Store · 4.3/5    (1K)

Compare prices from 5+ stores

PowerXL Boost Blender Plus 4
Speed 800 Watts Glass Jar -
Black - 48 oz

3.9          31

Variable Speed

**$49.97**

DHgate online store

Free delivery

Compare prices from 10+ stores







Oster Easy-to-Use 5 Speed
Blender - Black

3.9          153

Variable Speed · Black

**$20.99** Used

Secondipity

Free delivery

Compare prices from 5+ stores

Calphalon Precision Control 1.5L
Blender

4.2          35

Variable Speed

**$91.99**

Super.com

Free delivery by Thu, Sep 7

Top Quality Store · 4.6/5    (102)

Compare prices from 5+ stores

Black+decker BL1400DG-P Quiet
Blender with Cyclone Glass Jar

4.0          553

Variable Speed · Black

**$52.00**

Newegg.com - Yuen Yee Hang's Mar...

Free delivery

Buy now

Compare prices from 10+ stores

BLENDTEC744064



Beautiful High Performance Touchscreen Blender White Icing by Drew Barrymore

3.0     290

White Icing

**$75.23**

Bonanza · LiAnna's

Free delivery

Compare prices from 10+ stores



Mainstays 6 Speed Blender with 48 Ounce Jar,1.5L Jar, Black

3.8     721

Variable Speed · Black

**$19.99**

eBay

Free delivery

Buy now

Compare prices from 5+ stores



Hamilton Beach Smoothie Blender with 2 Travel Jars and Lids, White

4.4     95

Countertop Blender

**$27.28**

Wayfair

Delivery by Tue, Aug 29

Top Quality Store · 4.0/5    (126)

Compare prices from 5+ stores



Oster Classic Series 5-Speed Blender - White BLSTCP

4.6     48

Variable Speed

**$25.59**

Discount Bandit · Home Accents

Free delivery

Compare prices from 3 stores



Oster Myblend Plus Personal Blender

3.7     244

Countertop Blender

**$14.99**

Smith's

16.3 mi · In stock

Compare prices from 5+ stores



Oster 6 Cup Blender Easy to Clean Smoothie Blender in Black

3.3     301

Variable Speed · Black

**$38.87**

DHgate online store

Free delivery

Compare prices from 10+ stores

BLENDTEC744065



**Ninja Blast Portable Blender**

4.6        149

Countertop Blender

**$59.99**
Target
Free delivery & Free 90-day returns
Top Quality Store · 4.5/5   (650)

Buy now

Compare prices from 5+ stores



**Oster Simple Blend 100 6706 Blender - white**

4.2        1,859

Variable Speed · White

**$36.99**
$14.00 below typical
Nuthouse Hardware
Delivery by Fri, Sep 1

Compare prices from 10+ stores



**Ninja Bn750eu Glass Blender Grey One Size / EU Plug**

4.7        813

Black / Silver

**$175.08**
Grooves-Inc.com
Free delivery by Tue, Sep 12
4.4/5   (94 store reviews)

Compare prices from 2 stores



**Cuisinart CBT-1500 Hurricane 2.25 Peak HP Blender**

4.2        83

Countertop Blender

**$199.99**
McGuckin Hardware
Delivery by Wed, Sep 6

Compare prices from 10+ stores

**West Bend Blender Retro-styled 3 Speeds with 48 oz Glass Blending Jar - Blue**

4.8        28

Variable Speed

**$47.99**
Amazon.com
Free delivery
Top Quality Store · 4.6/5   (2.7K)

Compare prices from 3 stores



**Blendtec Total Classic Original Blender with Four Side Jar - Black**

4.8        2,276

Variable Speed · Black

**$399.95**
Blendtec
Free delivery by Thu, Sep 7

Buy now

Compare prices from 10+ stores

BLENDTEC744066



Instant Pot Ace 60 Blender 220-240 Volts Not for USA
3.9        679

$308.94
Samstores
$35.99 delivery

Bella 12-Piece Rocket Blender, Chrome
4.1        2,190
Countertop Blender

$45.00
Poshmark
Delivery by Tue, Sep 5

Compare prices from 10+ stores

KitchenAid 5 Speed Blender - Empire Red
4.3        1,192
Variable Speed

$149.99
Yame
Delivery by Mon, Sep 11

Buy now

Hamilton Beach Wave-Action Blender, Red
3.7        345
Variable Speed · Clear

$30.23
AliExpress.com
Free delivery

Compare prices from 10+ stores

Hamilton Beach 51182 Blend Now Portable Cordless Blender
4.3        52
Countertop Blender

$29.99
Zulily
$7.99 delivery

Compare prices from 5+ stores

Dash Quest Countertop Blender 1.5L with Stainless Steel Blades for Coffee Drinks
4.5        10
Variable Speed

$79.99
Dash
Free delivery
Top Quality Store

Compare prices from 5+ stores

Deals related to your search

BLENDTEC744067



5% OFF

Ninja - Professional 1000 3-Speed Blender - Black/Silver

4.6    3,820

**$79.99**

Discount shown at checkout

BabyLuck Retail Shop

Free delivery by Thu, Aug 31

Nutribullet Personal 24 oz. Countertop Blender

4.5    18,732

**$59.99** ~~$69.99~~

Target

Free delivery



Hamilton Beach 14 oz Single Serve Blender with Travel Lid, Black

4.1    2,998

**$22.92**

Save $5 Off $50 Or More. Apply 5off

Shell Lumber and Hardware

Delivery by Thu, Aug 31



Oster 8-Speed Classic Series Blender

4.5    1,002

**$36.70**

Save $5 Off $50 Or More. Apply 5off

Shell Lumber and Hardware

Delivery by Thu, Aug 31

SALE

Nutribullet – Pro 32 oz. Personal Blender - Matte White

4.3    8,620

**$70.00**  · Was $94.99

eBay - sunzhiwei66

Free delivery



SALE

BlendJet One Plus Portable Blender Black

4.8    3,428

**$19.00**  · Was $27.00

eBay - jcot9929

Delivery by Tue, Sep 5

Filter by color


Stainless Steel


Black


White


Red


Silver


Gray

You might like

BLENDTEC744068







| Countertop Blender | Hamilton Beach | Oster | KitchenAid | Ninja | NutriBullet |

Sponsored · Shop albertsons blenders ⋮



VEVOR Commercial
Countertop
Blenders, 68 oz....
**$148.19**
Home Depot
Free shipping

Vitamix Explorian
48-oz Variable
Speed Blender...
**$289.98**
QVC
(3,547)
Special offer

Stay in the loop with Google Shopping
Subscribe to emails to find out when sales and deals happen

1  2  3  4  5  6  7          Next

More options in **Quick settings** (⚙)

BLENDTEC744069

Google    kohl's blenders    ✕  🎤  🔍            ⚙  ▦  M

< All   Images   Maps   Shopping   ⋮ More

Home    Orders    About Google Shopping                    Sort by: Relevance

South Jordan, UT          Sponsored · Shop kohl's blenders  ⋮

**Show only**
☐ Buy on Google
☐ Available nearby
☐ On sale

**Price**
○ Up to $20
○ $20 – $35
○ $35 – $50
○ $50 – $100
○ Over $100
[ $ Min ] – [ $ Max ]

**Brand**
☐ Hamilton Beach
☐ Ninja
☐ NutriBullet
☐ Oster
☐ BLACK+DECKER
☐ KitchenAid
☐ Cuisinart

**Design**
☐ Countertop Blenders
☐ Immersion Blenders
☐ Stand Mixers

**Color**
☐ Black
☐ Stainless Steel
☐ Silver
☐ White
☐ Red
☐ Gray

**Wattage**
○ < 180 W
○ 180 – 300 W
○ 300 – 500 W
○ 500 – 700 W
○ 700 – 1,000 W
○ > 1,000 W

Blendtec Professional 800 Blender (90 oz.),....
**$799.99**
Kohl's
(288)
Free shipping

SALE  Pick up today
Ninja Professional Plus Blender DUO with Auto-iQ
**$129.99**  $179.99
Kohl's
(2,475)

VEVOR Commercial Countertop Blenders, 68 oz....
**$148.19**
Home Depot
Free shipping

Vitamix Certified Reconditioned Explorian Series |....
**$289.95** Refurbish...
Vitamix
(726)
Free shipping

SALE
Vitamix Explor 48-oz Variable Speed Blender
**$289.98** $492.
QVC
(3,54
Special offer

BLENDTEC743718



**Number of Speeds**
- ○ 1 – 2
- ○ 2 – 5
- ○ 5 – 10
- ○ > 10

**Category**
- ○ Countertop Blenders
- ○ Personal Blenders
- ○ Immersion Blenders

**Quantity**
- ○ 1 count
- ○ 2 count

**Shipping & returns**
- ☐ Free returns
- ☐ 1-3 day delivery
- ☐ Free shipping

**Discover**
- ☐ Black-owned businesses
- ☐ Women-owned businesses
- ☐ Latino-owned businesses

**Product rating**
- ○           4 and up
  More

**Condition**
- ☐ New items
- ☐ Used items

**Seller**
- ☐ Amazon.com - Seller
- ☐ eBay
- ☐ JCPenney
- ☐ Kohl's
- ☐ Mercari
- ☐ Super Arbor
- ☐ Walmart
  More

BlendJet - 2 Portable Blender - Blush
4.8       22,123
Countertop Blender

$49.99
Kohl's
Free delivery
4.7/5    (208 store reviews)
Compare prices from 5+ stores

Kitchenaid Blender, K150
4.5       916
Countertop Blender

$199.99
Kohl's
Free delivery
4.7/5    (208 store reviews)
Compare prices from 10+ stores

Ninja Fit Single Serve Blender
4.5       563
Countertop Blender

$49.99
Amazon.com
Free delivery
Top Quality Store · 4.6/5    (2.7K)
Compare prices from 10+ stores

Ninja - Professional 1000 3-Speed Blender - Black/Silver
4.6       3,820
Countertop Blender

$99.99
Home Depot
Free delivery
Top Quality Store · 4.3/5    (1K)
Compare prices from 10+ stores

KitchenAid K150 3 Speed Ice Crushing Blender with 2 Personal Blender Jars Velvet Blue
4.5       916
Countertop Blender

$249.99
Walmart - Always-Quality
Free delivery
Compare prices from 2 stores

Nutribullet Pro 1000 Blender
4.4       1,017
Countertop Blender

$79.87
Wayfair
Free delivery by Tue, Aug 29
Top Quality Store · 4.0/5    (126)
Compare prices from 10+ stores

BLENDTEC743719



**BLACK+DECKER PowerCrush Digital Quiet Blender - Silver**

4.1        801

Countertop Blender

**$63.99**

Kohl's

Free delivery

4.7/5    (208 store reviews)

Compare prices from 10+ stores

**Hamilton Beach Power Elite Blender, Black**

5.0        2

Variable Speed

**$44.99**

JCPenney

Delivery est. by Sep 11

Top Quality Store · 4.0/5    (136)

Compare prices from 10+ stores

**Hamilton Beach Power Elite Multi-function Blender - Black**

4.1        748

Variable Speed · Black

**$29.99**

$10.00 below typical

Super Arbor

Delivery by Thu, Sep 7

Buy now

Compare prices from 20+ stores

## Top features based on reviews



Easy to clean                Easy to use

**BlendJet - 2 Portable Blender - Blush**

4.8        22,123

Countertop Blender

**$49.99**

Kohl's

Free delivery

4.7/5    (208 store reviews)

Compare prices from 5+ stores

**Ninja Professional Plus Kitchen System**

4.6        2,293

Countertop Blender

**$199.99**  $229.99

Kohl's

Free delivery

4.7/5    (208 store reviews)

Compare prices from 20+ stores

**Ninja - Professional 1000 3-Speed Blender - Black/Silver**

4.6        3,820

Countertop Blender

**$99.99**

Home Depot

Free delivery

4.3/5    (1K store reviews)

Compare prices from 10+ stores

BLENDTEC743720







**Ninja Professional Blender 1000 with Auto-iQ**
4.6    3,820
Variable Speed · Black

**$102.99** · Was $139.99
Fresh Sents
Free delivery by Wed, Aug 30

Compare prices from 10+ stores

**Ninja Professional Plus Blender Duo**
4.8    2,475
Countertop Blender

**$129.99** $179.99
Kohl's
Free delivery
4.7/5    (208 store reviews)

Compare prices from 10+ stores

**Hamilton Beach Ensemble 40 oz Multi-function Blender - Red/Silver**
4.1    748
Variable Speed

**$69.99**
Fingerhut
$21.99 delivery
4.7/5    (store rating)

Compare prices from 10+ stores







**BlendJet 2 Blender Jar XL**
5.0    1,557
Countertop Blender

**$29.99**
Kohl's
$8.95 delivery
4.7/5    (208 store reviews)

Compare prices from 4 stores

**Elite Cuisine 17-Piece Personal Drink Blender - Black**
3.8    512
Countertop Blender

**$31.99**
Kohl's
$8.95 delivery
4.7/5    (208 store reviews)

Compare prices from 10+ stores

**Magic Bullet Kitchen Express**
4.0    246
Countertop Blender

**$109.99**
Montgomery Ward
$30.98 delivery

Compare prices from 10+ stores

BLENDTEC743721



**Ninja - Blast 18 oz. Portable Blender - Black**

4.7       210

Countertop Blender

**$69.99**
Kohl's
Free delivery
4.7/5    (208 store reviews)

Compare prices from 5+ stores



**Toastmaster Mini Personal Blender**

4.4       29

Countertop Blender

**$12.79**
Kohl's
$8.95 delivery
4.7/5    (208 store reviews)

Compare prices from 10+ stores



**KitchenAid K400 Blender with Tamper - Contour Silver**

4.5       1,201

Variable Speed

**$299.99**
Kohl's
Free delivery
4.7/5    (208 store reviews)

Compare prices from 10+ stores



**Hamilton Beach Power Elite Multi-Function Blender, 700 Watts, 40 oz, Red, Model ...**

4.2       4

Red

**$49.99**
Kohl's
Free delivery
4.7/5    (208 store reviews)

Compare prices from 4 stores

LOW PRICE



**Toastmaster Immersion Blender, Black**

4.8       24

Variable Speed

**$12.79**
$3.20 below typical
Kohl's
$8.95 delivery
4.7/5    (208 store reviews)

Compare prices from 10+ stores

SALE



**PowerXL Boost Blender Plus 4 Speed 800 Watts Glass Jar - Black - 48 oz**

3.9       31

Variable Speed

**$69.99** $79.99
Kohl's
Free delivery
4.7/5    (208 store reviews)

Compare prices from 10+ stores

BLENDTEC743722







BlendJet - 2 Portable Blender - Galaxy Metallic

4.8        4,322

Countertop Blender

**$69.99**

Kohl's

Free delivery

4.7/5    (208 store reviews)

Compare prices from 4 stores

NutriBullet NBF50400 Blender - 1200W - 2 qt - Dark Gray

4.2        315

Variable Speed

**$109.99**

HSN

$12.22 delivery

Top Quality Store · 4.5/5    (197)

Compare prices from 10+ stores

Vitamix One Blender

4.3        208

Countertop Blender

**$249.95**

Vitamix

Free delivery by Sep 14 & Free 60-da...

Top Quality Store · 4.5/5    (2K)

Compare prices from 10+ stores

SALE







Cuisinart - Hurricane 2.25 Peak Horsepower Blender

3.9        39

Variable Speed

**$229.99** $349.99

Kohl's

Free delivery

4.7/5    (208 store reviews)

Compare prices from 10+ stores

Nostalgia Clrb3pcaq Classic Retro Blender, Aqua

5.0        6

Aqua

**$49.99**

$30 off $60, First Order. Apply NEWQVC30

QVC

$5.50 delivery

Top Quality Store · 4.6/5    (1.6K)

Compare prices from 5+ stores

Calphalon Precision Control 1.5L Blender

4.2        35

Variable Speed

**$91.99**

Super.com

Free delivery by Thu, Sep 7

Top Quality Store · 4.6/5    (102)

Compare prices from 5+ stores

BLENDTEC743723



Hamilton Beach Wave Crusher
Blender - Black

3.8          109

Stainless Steel

**$64.00**
ModeSens
$35.00 delivery

Compare prices from 5+ stores



Frigidaire Retro Smoothie Maker
- Cream

3.8          53

Countertop Blender

**$34.98**
Sam's Club
Delivery by Sat, Sep 30

Compare prices from 10+ stores



LOW PRICE

Magic Bullet Personal Blender, 3-
Piece Set, Black

4.6          403

Countertop Blender

**$19.99**
30-day low
Big Lots
8.3 mi · In stock · Curbside

Compare prices from 10+ stores



LOW PRICE

Hamilton Beach Smoothie Smart
Blender, Black

4.3          180

Variable Speed · Black

**$35.74**
$19.25 below typical
totalhill.com
Delivery by Tue, Sep 5

Compare prices from 10+ stores



Braun - Triforce Power Blender –
Black

4.7          175

Variable Speed

**$249.95**
Crate & Barrel
Free delivery by Thu, Sep 7
    Top Quality Store · 4.4/5    (35)

Compare prices from 10+ stores



Black & Decker Blender Glass
White

3.8          173

Countertop Blender

**$69.99**
Sama Department Store
Google Guarantee · Free 30-day retur...

Compare prices from 5+ stores

BLENDTEC743724



Cuisinart BFP-650 Velocity Ultra Trio Blender/Food Processor

4.2      419

Single Serve · Aluminum

**$151.00**  $158.95
Bed Bath & Beyond
Free delivery
    Top Quality Store · 4.2/5    (68)

    Buy now

Compare prices from 10+ stores



Oster Pro 1200 Blender Plus Smoothie Cup Brushed Nickel

4.2      871

Variable Speed · Black

**$60.53**
$24.46 below typical
Ventalio
Free delivery by Sep 7 & Free 60-day ...

Compare prices from 10+ stores



Mainstays Single Serve Blender - Black - 16 oz

3.8      821

Countertop Blender

**$40.00**
Mercari
Free delivery

Compare prices from 10+ stores



Mainstays 6 Speed Blender with Jar - Soft Silver - 1.5 L

3.8      721

Variable Speed · Silver

**$19.69**
eBay
Free delivery by Tue, Sep 12

    Buy now

Compare prices from 5+ stores



Dash Quest Countertop Blender 1.5L with Stainless Steel Blades for Coffee Drinks

4.5      10

Variable Speed

**$79.99**
Dash
Free delivery
    Top Quality Store

Compare prices from 5+ stores



High-Performance Countertop Blender Wolf Gourmet

4.9      54

Black

**$699.95**
Soxy
Free delivery by Sep 7 & Free 30-day ...

Compare prices from 2 stores

BLENDTEC743725





Kenmore Elite 1.3 HP 64 oz
Blender with Single-Serve
Blending Cup
5.0            2
Countertop Blender

**$191.99**
Kohl's
Free delivery
4.7/5    (208 store reviews)

Compare prices from 5+ stores

Hamilton Beach Smoothie
Blender with 2 Travel Jars and
Lids, White
4.4           95
Countertop Blender

**$34.99** $41.49
Apply GET5OFF
electroeshop.com
Free delivery

Compare prices from 5+ stores

Hamilton Beach Wave Action
Blender, 48 oz. Capacity, Black,
53521
4.2           532
Black

**$37.53**
DHgate online store
Free delivery

Compare prices from 10+ stores







Dash Chef Series Deluxe 64 oz
Blender with Stainless Steel
Blades
4.7           15
Stainless Steel

**$279.99**
Kohl's
Free delivery
4.7/5    (208 store reviews)

Compare prices from 5+ stores

Kuvings Premium Dual-Power
Blender, Grey
Variable Speed · Gray

**$399.99** $699.99
Kohl's
Free delivery
4.7/5    (208 store reviews)

Compare prices from 5+ stores

Hamilton Beach 51182 Blend Now
Portable Cordless Blender
4.3           52
Countertop Blender

**$29.99**
Zulily
$7.99 delivery

Compare prices from 5+ stores

**Deals related to your search**

BLENDTEC743726



**SALE**

Zwilling - Enfinigy Personal
Blender (Black)

4.7          935

**$47.00** $50.00
Mercari
$10.99 delivery

Ninja - Professional 1000 3-
Speed Blender - Black/Silver

4.6          3,820

**$79.99**
Discount shown at checkout
BabyLuck Retail Shop
Free delivery by Thu, Aug 31

**SALE**

Nutribullet Personal 24 oz.
Countertop Blender

4.5          18,732

**$59.99** $69.99
Target
Free delivery

**SALE**

Euro Cuisine Mini Mixx Personal
Blender Red

3.0          8

**$31.99** $39.99
Kohl's
$8.95 delivery

**SALE**

Hamilton Beach Blend Now
Portable Cordless Blender - Black

4.3          52

**$23.99** $32.99
Home Depot
Free delivery



Hamilton Beach 14 oz Single
Serve Blender with Travel Lid,
Black

4.1          2,998

**$22.92**
Save $5 Off $50 Or More. Apply 5off
Shell Lumber and Hardware
Delivery by Thu, Aug 31

View more

Filter by color



| Stainless Steel | Black | White | Silver | Red | Gray |

Filter by brand

BLENDTEC743727








Hamilton Beach · Ninja · KitchenAid · Oster · NutriBullet · Cuisinart

Sponsored · Shop kohl's blenders :








| Blendtec Professional-Grade Total Blender (75... | Ninja Professional Plus Blender with Auto-iQ | Vitamix Certified Reconditioned Explorian Series \|... | VEVOR Commercial Countertop Blenders 68 oz.... | Vitamix Explor 48-oz Variable Speed Blender |
|---|---|---|---|---|
| $379.99 | $109.99 $139.99 | $289.95 Refurbish... | $69.59 | $289.98 |
| Kohl's | Kohl's | Vitamix | Home Depot | QVC |
| (2,276) | (2,229) | (726) | Free shipping | Free shipping |
| Free shipping | | Free shipping | | Special offer |

SALE — Pick up today

Sponsored

Kohl's
www.kohls.com :

**Kohls Blenders - Browse Our Great Selection**

Find Affordable **Blenders** Today at Low Prices. Shop **Kohl's**® and Start Saving! at **Kohl's**®. Hassle-Free Returns. Enjoy Your Favorite...

Rating for kohls.com: 4.7 · 208 reviews · Average delivery time: 1–3 days

Save More With Clearance · Back To School · 20% Off Friends & Family · Get Kohl's Cash

1 2 3 4 5 6 7   Next

More options in **Quick settings** (⚙)

BLENDTEC743728



BLENDTEC744123



**Number of Speeds**
- ○ 1 – 2
- ○ 2 – 3
- ○ 3 – 4
- ○ 4 – 6
- ○ 6 – 10
- ○ > 10

**Category**
- ○ Countertop Blenders
- ○ Personal Blenders
- ○ Immersion Blenders

**Quantity**
- ○ 1 count
- ○ 2 count

**Shipping & returns**
- ☐ Free returns
- ☐ 1-3 day delivery
- ☐ Free shipping

**Discover**
- ☐ Black-owned businesses
- ☐ Women-owned businesses
- ☐ Veteran-owned businesses
- ☐ Latino-owned businesses

**Product rating**
- ○ 4 and up
  More

**Condition**
- ☐ New items
- ☐ Used items

**Seller**
- ☐ Amazon.com - Seller
- ☐ eBay
- ☐ JCPenney
- ☐ Macy's
- ☐ Super Arbor
- ☐ Walmart
- ☐ Wayfair
  More

Ninja - Professional 1000 3-Speed Blender - Black/Silver
4.6          3,820
Countertop Blender

$99.95
Macy's
Free delivery by Sep 6 & Free 30-day ...
4.4/5    (276 store reviews)

Compare prices from 10+ stores

BlendJet - 2 Portable Blender - Blush
4.8          22,123
Countertop Blender

$49.95
BlendJet
Free delivery by Tue, Aug 29

Buy now

Compare prices from 5+ stores

GREAT PICK
Hamilton Beach Ensemble 40 oz Multi-function Blender - Red/Silver
4.1          748
Variable Speed

$39.99
$8.23 below typical
CVS Pharmacy
Free delivery by Fri, Sep 1
    Top Quality Store · 4.5/5    (240)

Compare prices from 10+ stores

Hamilton Beach Power Elite Blender, Black
5.0          2
Variable Speed

$44.99
Wayfair
Free delivery by Tue, Aug 29
    Top Quality Store · 4.0/5    (126)

Compare prices from 10+ stores

Kitchenaid Blender, K150
4.5          916
Countertop Blender

$150.00
eBay
Delivery by Thu, Sep 7

Buy now

Compare prices from 2 stores

Breville BBL620SIL1AUS1 Fresh & Furious 5-speed Food Blender - 110 Volts - Silver
4.4          633
Variable Speed · Green

$199.95
Breville
Free delivery by Sep 5 & Free 30-day ...

Compare prices from 10+ stores

BLENDTEC744124



Magic Bullet Kitchen Express

4.0      246

Countertop Blender

**$109.99**

Montgomery Ward

$30.98 delivery

Compare prices from 10+ stores

Ninja Professional Plus Kitchen System

4.6      2,293

Countertop Blender

**$219.99**

Apply SUMMER25

Ninja Kitchen USA

Free delivery

3.9/5    (32 store reviews)

Compare prices from 20+ stores

SALE

Ninja Professional Blender 1000 with Auto-iQ

4.6      3,820

Variable Speed · Black

**$102.99** · Was $139.99

Fresh Sents

Free delivery by Wed, Aug 30

Compare prices from 10+ stores

## Top features based on reviews

Easy to clean              Easy to use



FREE 2-DAY

BlendJet - 2 Portable Blender - Blush

4.8      22,123

Countertop Blender

**$49.95**

BlendJet

Free delivery by Tue, Aug 29

Buy now

Compare prices from 5+ stores

Ninja - Professional 1000 3-Speed Blender - Black/Silver

4.6      3,820

Countertop Blender

**$99.95**

Macy's

Free delivery by Sep 6 & Free 30-day ...

4.4/5    (276 store reviews)

Compare prices from 10+ stores

Ninja Black Mega Kitchen System Blender

4.7      8,766

Single Serve · Black

**$179.99**

Dillard's

Free delivery by Thu, Aug 31

4.6/5    (150 store reviews)

Compare prices from 10+ stores

BLENDTEC744125





Wolf Gourmet High-Performance Blender, Red Knob

4.9　　54

Countertop Blender

**$699.95**

Bloomingdale's

Free delivery & Free 90-day returns

Top Quality Store · 4.8/5　(52)

Compare prices from 10+ stores

Haden Heritage 56oz 5-Speed Retro Blender with Glass Jar - Turquoise

4.3　　71

Countertop Blender

**$79.99**

Hadenusa

Free delivery by Fri, Sep 8

Buy now

Compare prices from 10+ stores

Hamilton Beach Brands58149 2-Speed Blender/Chopper-Stainless Steel, Silver

4.2　　697

Variable Speed

**$59.99**

Fingerhut

$21.99 delivery

4.7/5　(store rating)

Compare prices from 10+ stores







Elite Cuisine 17-Piece Personal Drink Blender - Black

3.8　　512

Countertop Blender

**$32.99**

$30 off $60, First Order. Apply NEWQVC30

QVC

$5.50 delivery

Top Quality Store · 4.6/5　(1.6K)

Compare prices from 10+ stores

Black & Decker PowerCrush Multi-Function Blender

4.5　　205

Countertop Blender

**$39.99**

At Home

Delivery by Thu, Aug 31 · Free 60-day...

Compare prices from 10+ stores

Ninja SS351 Foodi Power Blender & Processor System

4.6　　1,103

Variable Speed · Silver

**$205.69**

Office Depot

Free delivery

4.5/5　(35 store reviews)

Compare prices from 10+ stores

BLENDTEC744126




High-Performance Countertop
Blender Wolf Gourmet
4.9          54
Black

Hamilton Beach Power Elite
Multi-Function Blender (58146)
3.9          135
Variable Speed · Black

Vitamix One Blender
4.3          208
Countertop Blender

$699.95
Soxy
Free delivery by Sep 7 & Free 30-day ...

$36.49
WebstaurantStore.com
Delivery by Fri, Sep 1
4.6/5      (17.8K store reviews)

$249.95
Vitamix
Free delivery by Sep 14 & Free 60-da...
Top Quality Store · 4.5/5    (2K)

Compare prices from 2 stores

Compare prices from 5+ stores

Compare prices from 10+ stores





Nutribullet Immersion Blender
4.5          153
Variable Speed

Hamilton Beach Smoothie 10
Speed Blender
3.9          460
Variable Speed · White

$10 OFF
Hamilton Beach Professional
Blender with Programs
4.6          35
Variable Speed

$29.99
Home Depot
Free delivery
    Top Quality Store · 4.3/5    (1K)

$35.99
Newegg.com
Free delivery
    Top Quality Store · 4.5/5    (502)

    Buy now

$269.99
Apply happychef
Everything Kitchens
Free delivery by Thu, Aug 31
    Top Quality Store · 4.8/5    (2.2K)

Compare prices from 20+ stores

Compare prices from 20+ stores

Compare prices from 10+ stores

BLENDTEC744127



Nutribullet 500-Watt Blender - Gloss White

4.4        92

Stainless Steel

**$49.99**

Boscov's

$9.95 delivery

  Top Quality Store · 4.6/5   (5.1K)

Compare prices from 3 stores



Beautiful High Performance Touchscreen Blender White Icing by Drew Barrymore

3.0        290

White Icing

**$75.23**

Bonanza - LiAnna's

Free delivery

Compare prices from 10+ stores



LOW PRICE

Magic Bullet Personal Blender, 3-Piece Set, Black

4.6        403

Countertop Blender

**$19.99**

30-day low                    ⊙

Big Lots

8.3 mi · In stock · Curbside

Compare prices from 10+ stores



Hamilton Beach Stay Or Go Blender - Black

4.2        209

Countertop Blender · 8-oz

**$39.99**

HSN

$7.50 delivery

  Top Quality Store   4.5/5   (197)

Compare prices from 20+ stores



Hamilton Beach Wave Crusher Blender - Black

3.8        109

Stainless Steel

**$64.00**

ModeSens

$35.00 delivery

Compare prices from 5+ stores



Dash Chef Series Deluxe 64 oz Blender with Stainless Steel Blades

4.7        15

Stainless Steel

**$279.99**

Dash

Free delivery

  Top Quality Store

Compare prices from 5+ stores

BLENDTEC744128







Oster Pro 500 Blender, Brushed Nickel

4.5        943

Variable Speed

**$89.99**

Blain's Farm & Fleet

$7.99 delivery

Top Quality Store · 4.8/5

Compare prices from 20+ stores

Brentwood Appliances JB-330BL 2-Speed Retro Blender with 50-Ounce Plastic Jar

4.2        39

Countertop Blender

**$38.99**

Michaels Stores

Delivery by Mon, Sep 11 · Free 60-da...

Top Quality Store · 4.6/5    (128)

Compare prices from 10+ stores

Nostalgia Clrb3pcaq Classic Retro Blender, Aqua

5.0        6

Aqua

**$49.99**

Amazon.com

Free delivery

Top Quality Store · 4.6/5    (2.7K)

Compare prices from 5+ stores







PowerXL Boost Blender Plus 4 Speed 800 Watts Glass Jar - Black - 48 oz

3.9        31

Variable Speed

**$49.97**

DHgate online store

Free delivery

Compare prices from 10+ stores

Cuisinart Hurricane 3.5 Peak Horsepower High Power Blender - Grey

4.7        44

Variable Speed · Gunmetal

**$399.95**

Nordstrom Rack

Free delivery by Fri, Sep 1

Top Quality Store · 4.7/5    (35)

Compare prices from 10+ stores

Nutribullet White Blender Combo

3.8        4

Countertop Blender

**$129.95**

Macy's

Free delivery by Sep 6 & Free 30-day ...

4.4/5    (276 store reviews)

Compare prices from 4 stores

BLENDTEC744129



Blendtec Total Classic Original
Blender with Four Side Jar – Black
4.8        2,276
Variable Speed · Black

$399.95
Blendtec
Free delivery by Thu, Sep 7

Buy now

Compare prices from 10+ stores



Elite EPB-5455 Platinum Hi-Q
Nutri Smart Blender
4.2        42
Countertop Blender

$129.99
Stoneberry
$27.99 delivery
4.7/5    (10.2K store reviews)

Compare prices from 10+ stores

Frigidaire Retro Smoothie Maker
– Cream
3.8        53
Countertop Blender

$34.98
Sam's Club
Delivery by Sat, Sep 30

Compare prices from 10+ stores



sur La Table FlexBlend Hot and
Cold Blender, Black
1.0        2
Black

$199.99
Belk
Free delivery by Mon, Sep 11
Top Quality Store · 4.7/5    (59)

Compare prices from 4 stores



Hamilton Beach 10 Speed
Smoothie Blender - Black,
Countertop Blenders | P.C ...
4.6        55
Variable Speed · Black

$29.99
PC Richard & Son
Delivery by Wed, Sep 6 · Free 30-day ...
Top Quality Store    4.8/5    (1.5K)

Compare prices from 10+ stores



Ninja Professional Plus Blender
4.7        2,229
Variable Speed · Gray

$109.99
Staples
Free delivery by Wed, Sep 6
Top Quality Store · 4.5/5    (66)

Compare prices from 10+ stores

BLENDTEC744130



Hamilton Beach Wave-Action Blender, Red

3.7          345

Variable Speed · Clear

**$32.87**

Shopisense

Free delivery by Thu, Sep 7

Compare prices from 10+ stores

Cuisinart SPB-7BC SmartPower 7-Speed Electronic Blender

3.9          543

Variable Speed · Chrome

**$69.99**

BrandsMart USA

Delivery by Mon, Sep 11

5% OFF

Dash Quest Countertop Blender 1.5L with Stainless Steel Blades for Coffee Drinks

4.5          10

Variable Speed

**$89.99**

Apply GET5OFF

electroeshop.com

Free delivery

Compare prices from 5+ stores

Beautiful Personal Blender, 12 Piece Set, Sage Green by Drew Barrymore

3.8          92

Countertop Blender

**$29.96**

Walmart

$6.99 delivery · Free 90-day returns

Top Quality Store · 4.5/5    (944)

Compare prices from 2 stores

Kalorik - 1400W High-Powered Blender - Silver

3.3          44

Variable Speed

**$149.99**

Kalorik

Free delivery by Mon, Sep 11

4.0/5    (371 store reviews)

Compare prices from 10+ stores

Oster 6 Cup Blender Easy to Clean Smoothie Blender in Black

3.3          301

Variable Speed · Black

**$38.87**

DHgate online store

Free delivery

Compare prices from 10+ stores

Deals related to your search

BLENDTEC744131





SALE

Costway 1500W Countertop Blender Smoothie Maker High Power Blender w/ 10 Speeds ...

5.0          3

**$75.59** $83.99

Macy's

Free delivery by Wed, Sep 6

Costway Professional Countertop Blender 8-in-1 Smoothie Soup Blender with

3.3          7

**$93.59** $103.99

Macy's

Free delivery by Wed, Sep 6

Zwilling – Enfinigy Personal Blender (Black)

4.7          935

**$47.00** $50.00

Mercari

$10.99 delivery







SALE

SALE

Nutribullet Personal 24 oz. Countertop Blender

4.5          18,732

**$59.99** $69.99

Target

Free delivery

Black & Decker PowerCrush Multi-Function Blender

4.5          205

**$35.99** · Was $44.99

JCPenney

Delivery est. by Sep 11

Hamilton Beach 14 oz Single Serve Blender with Travel Lid, Black

4.1          2,998

**$22.92**

Save $5 Off $50 Or More. Apply 5off

Shell Lumber and Hardware

Delivery by Thu, Aug 31

View more

Filter by color



Stainless Steel



Black



White



Silver



Red



Gray

Filter by brand

BLENDTEC744132


Hamilton Beach

Ninja


KitchenAid


Oster


Cuisinart


NutriBullet

Sponsored · Shop macy's blenders  ⋮



VEVOR Commercial Countertop Blenders, 68 oz....
**$148.19**
Home Depot
Free shipping

Vitamix Commercial 036019 The Quiet One Countertop...
**$1,135.34**
KaTom Restaurant...
(89)
Free shipping

Blendtec C825C11E-A1GA1D Connoisseur 825...
**$711.11**
WebstaurantStore....
(6)
Free shipping

Cooks 5-in-1 Power Blender | Silver | One Size | Blender...
**$17.99**
JCPenney

Vitamix Explor... 48-oz Variable Speed Blende...
**$289.98**
QVC
(3,54...
Special offer

1  2  3  4  5  6  7      Next

More options in **Quick settings** (⚙)

BLENDTEC744133

bed bath and beyond blenders - Google Shopping

**Google** | bed bath and beyond blenders

All · Images · Maps · **Shopping** · ⋮ More

Home · Orders · About Google Shopping

Sort by: Relevance

Utah

**Show only**
- ☐ Buy on Google
- ☐ Available nearby
- ☐ On sale

**Price**
- ○ Up to $35
- ○ $35 – $60
- ○ $60 – $100
- ○ Over $100

$ Min — $ Max

**Brand**
- ☐ Hamilton Beach
- ☐ Ninja
- ☐ BLACK+DECKER
- ☐ NutriBullet
- ☐ Oster
- ☐ Cuisinart
- ☐ KitchenAid

**Design**
- ☐ Countertop Blenders
- ☐ Immersion Blenders

**Color**
- ☐ Black
- ☐ Stainless Steel
- ☐ Silver
- ☐ White
- ☐ Red
- ☐ Gray

**Wattage**
- ○ < 200 W
- ○ 200 – 300 W
- ○ 300 – 500 W
- ○ 500 – 700 W
- ○ 700 – 1,000 W
- ○ > 1,000 W

**Number of Speeds**
- ○ 1 – 2

Sponsored · Shop bed bath and beyond blenders ⋮


AvaMix BL2T482J 2 hp Commercial Blender with Toggl...
$169.99
WebstaurantStore...
(11)
Free shipping


Vitamix 5200 Standard High Performance...
$479.95
Vitamix
(3,792)
Free shipping


AvaMix BX1000V2J 3 1/2 hp Commercial...
$309.99
WebstaurantStore...
(16)
Free shipping


BlendJet 2 - Portable Blender - Carbon Fiber
$59.95
BlendJet
(21,045)
Special offer


AvaMix BL2K4 hp Commercial Blender with...
$169.99
WebstaurantSt...
Free shipping

- 2 – 5
- 5 – 10
- \> 10

**Quantity**
- 1 count
- 2 count

**Shipping & returns**
- Free returns
- 1-3 day delivery
- Free shipping

**Discover**
- Black-owned businesses
- Women-owned businesses
- Veteran-owned businesses
- Latino-owned businesses

**Product rating**
- ◯  4 and up
  More

**Condition**
- New items
- Used items

**Seller**
- Amazon.com
- eBay
- JCPenney
- Kohl's
- Target
- Walmart
- Wayfair
  More

---

KitchenAid K150 3 Speed Ice Crushing Blender with 2 Personal Blender Jars Velvet Blue

4.5    798

Countertop Blender

**$199.99**
Amazon.com
Free delivery

Top Quality Store · 4.5/5    (2.9K)

Compare prices from 3 stores

---

Vitamix Explorian Series E310 1.5-Quart Blender - Black

4.6    3,420

Countertop Blender

**$349.99**
Best Buy
Free delivery by Jul 11 & Free 15-day ...

Top Quality Store · 4.7/5    (501)

Compare prices from 10+ stores

---

**SALE**

Nutribullet 1200 Watt Blender Combo with Single Serve Cups - Dark Grey

4.3    1,197

Countertop Blender · Gray

**$129.99**  $159.99
Kohl's
Free delivery

4.4/5    (245 store reviews)

Compare prices from 10+ stores

---

BlendJet - 2 Portable Blender - Black

4.8    21,045

Countertop Blender

**$44.99**
JCPenney
$8.95 delivery

4.0/5    (131 store reviews)

Compare prices from 10+ stores

---

Ninja Professional Plus Kitchen System

4.6    2,255

Countertop Blender

**$319.00**
Walmart - Infinity Goods
Free delivery

Compare prices from 10+ stores

---

**LOW PRICE**

KitchenAid K150 3 Speed Ice Crushing Blender - Onyx Black

4.5    798

Variable Speed

**$99.99**
$40.00 below typical
KitchenAid
Free delivery by Jul 10 & Free 30-day ...

3.6/5    (30 store reviews)

Compare prices from 2 stores





LOW PRICE

Magic Bullet Kitchen Express

3.9          243

Countertop Blender

Black & Decker PowerCrush Multi-function Blender

4.5          160

Countertop Blender

Breville The 3X Bluicer

4.6          157

Variable Speed

**$79.95**
Macy's
Free delivery by Jul 14 & Free 30-day ...
4.4/5    (294 store reviews)

**$39.99**
$5.00 below typical
At Home
Delivery by Fri, Jul 7 · Free 60-day ret...
Top Quality Store

**$299.95**
Crate & Barrel
Free delivery by Thu, Jul 13
Top Quality Store · 4.4/5    (37)

Compare prices from 10+ stores

Compare prices from 10+ stores

Compare prices from 20+ stores

## Top features based on reviews

Easy to clean                                      Easy to use




BlendJet - 2 Portable Blender - Black

4.8          21,045

Countertop Blender

Ninja - Professional 1000 3-Speed Blender - Black/Silver

4.6          3,659

Countertop Blender

Magic Bullet - Blender - Silver/Black

4.2          6,117

Countertop Blender

**$44.99**
JCPenney
$8.95 delivery
4.0/5    (131 store reviews)

**$99.99**
Home Depot
Free delivery
4.3/5    (1.1K store reviews)

**$49.99**
Dillard's
Delivery by Fri, Jul 7
4.7/5    (160 store reviews)

Compare prices from 10+ stores

Compare prices from 10+ stores

Compare prices from 10+ stores



**GREAT PICK**

Vitamix 5200 Blender - White

4.8    3,792

Variable Speed · White

**$479.95**
Vitamix
Free delivery by Jul 20 & Free 60-day ...
Top Quality Store · 4.5/5    (2.1K)

Compare prices from 5+ stores

Breville BBL620SIL1AUS1 Fresh & Furious 5-speed Food Blender - 110 Volts - Silver

4.4    625

Variable Speed · Silver

**$199.95**
Breville
Free delivery by Tue, Jul 11

Compare prices from 10+ stores



Vitamix One Blender

4.3    193

Countertop Blender

**$129.91**
Sam's Club
$46.32 delivery
4.5/5    (57 store reviews)

Compare prices from 10+ stores



Magic Bullet - Blender - Silver/Black

4.2    6,117

Countertop Blender

**$49.99**
Dillard's
Delivery by Fri, Jul 7
Top Quality Store · 4.7/5    (160)

Compare prices from 10+ stores

West Bend Blender Retro-Styled 3 Speeds with 48 oz Glass Blending Jar - Blue

4.8    31

Variable Speed · Blue

**$82.09**
Newegg.com - Mac Marvel's Marketp...
Free delivery

Quick checkout

Compare prices from 3 stores



BLACK+DECKER Countertop 40 oz. 10 Speed Blender Black

3.5    105

Variable Speed

**$44.99**
Ace Hardware
Delivery by Tue, Jul 18
4.4/5    (68 store reviews)

Compare prices from 10+ stores



Total Chef - MBLS-01 Miracle
Blender - 12 Piece Set

4.2          23

Countertop Blender

**$69.99**
Koolatron- US
Delivery by Thu, Jul 13

Compare prices from 10+ stores



Ninja Professional Plus Blender

4.7          2,192

Variable Speed · Gray

**$109.99**
BrandsMart USA
Delivery by Mon, Jul 17

Compare prices from 10+ stores



Elite Cuisine 17-Piece Personal
Drink Blender - Black

3.8          497

Countertop Blender

**$34.99**
Soxy
Free delivery by Jul 13 & Free 30-day …

Compare prices from 10+ stores



Hamilton Beach 59768 7 Piece
Hand Blender Set - Black

4.1          94

Immersion Blender

**$49.99**
Beachcamera
Free delivery

Top Quality Store  · 4.5/5    (158)

Compare prices from 5+ stores

5% OFF



Ninja Professional Plus Blender
Duo

4.8          1,234

Countertop Blender

**$129.99**
Apply USA5
Wellbots
Free delivery by Mon, Jul 10
4.5/5    (612 store reviews)

Compare prices from 10+ stores



Dash Quest Countertop Blender
1.5L with Stainless Steel Blades
for Coffee Drinks

4.5          8

Variable Speed

**$79.99**
Dash
Free delivery

Top Quality Store

Compare prices from 5+ stores

Bed bath and beyond blenders - Google Shopping

Beast Blender + Hydration System (Cloud White)

4.8    465

Variable Speed

**$195.00**

Nordstrom

Free delivery by Jul 11 & Free lifetim...

Top Quality Store · 4.8/5    (248)

Compare prices from 10+ stores

GE - 5-Speed 64-oz. Blender - Stainless Steel

4.7    211

Variable Speed

**$89.99**

CasaBoucle

Free delivery by Mon, Jul 17

Quick checkout

Compare prices from 5+ stores

Vitamix 7500 Variable Speed Blender - black

4.6    1,077

Variable Speed · Black

**$560.00**

Perigold

Free delivery by Thu, Jul 6

Top Quality Store · 4.7/5

Compare prices from 3 stores



Breville Hemisphere Control BBL605XL - Stainless Steel

4.2    210

Variable Speed · Silver

**$59.95** Used

eBay - americanht

Delivery by Fri, Jul 14

Quick checkout

Compare prices from 5+ stores

**LOW PRICE**

Magic Bullet Personal Blender, 3-Piece Set, Black

4.6    388

Countertop Blender

**$19.99**

30-day low

Big Lots

14.8 mi · In stock · Curbside

Compare prices from 5+ stores



BLACK+DECKER PowerCrush Digital Quiet Blender, New Quiet Technology, BL1300DG-P

4.5    8

Variable Speed

**$69.99**

Amazon.com

Free delivery

Top Quality Store · 4.5/5    (2.9K)



Nutribullet - Immersion Blender - Black

4.6          274

Variable Speed

**$31.00**
iPC Store
Delivery by Mon, Jul 10

Compare prices from 20+ stores

---

Magic Bullet Essential Personal Blender Silver

4.0          390

Countertop Blender

**$28.99** Used
Bonanza - Ruth's Resale booth
$18.95 delivery

Compare prices from 5+ stores

---

LOW PRICE

BLACK+DECKER Helix Performance 48 oz. 4-Speed Matte Black Blender

4.9          45

Countertop Blender

**$42.24**
$19.05 below typical
Awardcreationsindy
Delivery by Thu, Jul 13

Quick checkout

Compare prices from 4 stores

---

SALE



Hamilton Beach Wave Crusher Blender; Stainless Steel

4.2          478

Variable Speed · Silver

**$44.99** $49.99
Zulily
$7.99 delivery

Compare prices from 10+ stores

---

Oster Pro 500 Blender, Brushed Nickel

4.5          914

Variable Speed

**$76.99**
Theisen's
Delivery by Fri, Jul 14
Top Quality Store · 4.8/5    (614)

Compare prices from 10+ stores

---



Nutribullet Smart Touch Blender ,Black

4.4          55

Countertop Blender

**$76.99** Refurbished
Back Market
Delivery by Tue, Jul 11
Top Quality Store · 4.6/5    (9.9K)

Compare prices from 10+ stores



Oster Classic Series Blender, White

4.1          244

Variable Speed

**$41.00**
Campanistore
Free delivery by Tue, Jul 11

Compare prices from 5+ stores



Hamilton Beach Perfect One-touch Smoothie Smart Blender with Glass Jar - Black

4.2          86

Countertop Blender

**$41.39**
AliExpress.com
Free delivery

Compare prices from 5+ stores



Kitchen Selectives Mini Blender - Red

2.9          13

Countertop Blender · Red

**$24.99**
Select Brands
Free delivery by Tue, Jul 11

Top Quality Store

Compare prices from 3 stores

LOW PRICE



Nutribullet 32 oz. Pro Personal Blender - White

4.3          8,577

Countertop Blender

**$59.00**
$25.95 below typical
Ontario Market
Delivery by Wed, Jul 12 · Free 30-day ...

Compare prices from 20+ stores



Black & Decker Blender Glass White

3.8          173

Countertop Blender

**$53.29**
TripleNetPricing.com
Google Guarantee

Compare prices from 5+ stores



Magic Bullet Deluxe 17-Piece Blender Set

4.1          2,779

Countertop Blender

**$59.99**
Amazon.com - Seller
Free delivery

Compare prices from 5+ stores



Hamilton Beach Power Elite Blender, Multi-Function

4.1        727

Variable Speed · Black

**$39.99**
PC Richard & Son
Delivery by Wed, Jul 12 · Free 30-day ...
Top Quality Store · 4.8/5    (1.6K)

Compare prices from 20+ stores



NutriBullet NBF50400 Blender - 1200W - 2 qt - Dark Gray

4.2        303

Variable Speed · Gray

**$109.99**
Blain's Farm & Fleet
$7.99 delivery
Top Quality Store · 4.8/5    (1.7K)

Compare prices from 10+ stores

LOW PRICE

Oster Easy-to-Use 5 Speed Blender - Black

4.0        143

Variable Speed · Black

**$20.99**
$9.00 below typical
Tanga.com
Free delivery
4.6/5    (5K store reviews)

Compare prices from 5+ stores



Nutribullet Pro 1000 Single Serve Blender

4.4        944

Countertop Blender · Gray

**$78.00**
Abt Electronics & Appliances
Free delivery
4.8/5    (store rating)

Compare prices from 20+ stores



Nutribullet Go Blender - Silver

3.9        352

Countertop Blender

**$34.99**
The Kitchen Clique
Delivery by Thu, Jul 13



Kalorik Personal Blender - Black

4.3        43

Countertop Blender

**$44.65**
Sears - FastMedia
Free delivery

Compare prices from 3 stores

## Deals related to your search



SALE

Ninja - Professional 1000 3-Speed Blender - Black/Silver

4.6          3,659

**$65.00** · Was $85.00

eBay

Delivery by Thu, Jul 13



SALE

Zwilling - Enfinigy Personal Blender (Black)

4.7          919

**$49.99** · Was $79.99

eBay

Delivery by Wed, Jul 12



SALE

Black & Decker PowerCrush Multi-function Blender

4.5          160

**$34.99** · Was $44.99

JCPenney

$8.95 delivery



Magic Bullet - Blender - Silver/Black

4.2          6,117

**$35.06**

2% off new customers. Apply 2OFFNEW

Bigeasymart.com

Free delivery by Tue, Jul 18



SALE

Nutribullet Personal 24 oz. Countertop Blender

4.5          19,222

**$49.99**  $79.99

Kohl's

Free delivery



SALE

Beautiful Portable Blender, Sage Green by Drew Barrymore, 70-Watt, 18.5 oz

3.3          57

**$24.97**  $29.97

Walmart

$6.99 delivery

View more

Filter by color



Stainless Steel



Black

Silver

White





Red



Gray

You might like

bed bath and beyond blenders - Google Shopping



 

| Countertop Blender | Hamilton Beach | Ninja | NutriBullet | BLACK+DECKER | Oster |

**Sponsored · Shop bed bath and beyond blenders**  ⋮

    

AvaMix BL2T48 2 hp Commercial Blender with Toggl...
$119.99
WebstaurantStore....
(11)
Free shipping

BlendJet 2 - Portable Blender - Mint
$49.95
BlendJet
(21,045)
Special offer

The Cleanblend Blender | Best Blender for...
$254.99
Cleanblend
Free shipping

Blendtec E600A0801-A1GA1A Countert...
$339.49
KaTom Restaurant...
Free shipping

Commercial Blender, 68 oz. Professional G...
$164.99
Home Depot
Free shipping

---

Searches related to bed bath and beyond blenders

bed bath and beyond blenders **ninja**

bed bath and beyond **kitchenaid** blender

**kohl's** blenders

**walmart** blenders

1  2  3  4  5  6  7    Next

---

Help    Send feedback    Privacy    Terms    Information for Merchants    Report a Violation

6/30/23, 12:41 AM
best blenders - Google Search
Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 03/27/25    PageID.682    Page 292 of 390

 Google    best blenders    ✕  🎤 📷 🔍    ⚙  ⠿  Ⓜ

Shopping    Videos    For smoothies    News    For everything    2023    Brand    Images    Budget    All filters ▾    Too

About 58,900,000 results (0.54 seconds)

**Sponsored** ⋮

         📍Pick up today                     📍Pick up today

Luvele Blender Stainless Stee...    Vitamix Blender Propel Series...    Vitamix Blender - Explorian...    Breville Commercial - ...    Vitamix - Blender - 520...    Blender - Shop Hurom Hexa...    Blendtec - Blender - ...    Vitamix Blende - Ascent 3500...

$448.95    $479.95    $349.99    $599.95    $479.95    $299.00    $711.11    $699.95
Luvele US    Vitamix    Best Buy    WebstaurantS...    Vitamix    Hurom    KaTom Resta...    Best Buy
(35)    (31)    (3k+)    (20)    (3k+)    (5)    Free shipping    (3k+)

**Sponsored**

 a    Amazon.com
https://www.amazon.com › kitchen-gadets    ⋮
**Top 10 Top Blenders - Amazon - Amazon Official Site**
Compare Prices on **Top** 10 **top blenders** in Kitchen Gadets. Two days of epic deals. Try Prime.
Prime Day is July 11-12 · Shop with Points · Meet Rivet · Amazon Prime Benefits

**Sponsored**

 🌐    guidebyexpert.com
https://www.guidebyexpert.com    ⋮
**Top 10 Best Blenders 2023 - There's One Clear Winner**
We Researched Thousands of Products to Find the **Best** One for you. We've Retrieved Real...

 🔴    Food Network
https://www.foodnetwork.com › ... › Product Reviews    ⋮
**6 Best Blenders of 2023, Tested by Food Network Kitchen**
Jun 14, 2023 — Our **Top Blender** Picks · **Best Overall**: Vitamix Explorian E310 · **Best Value** (and Best for Smoothies): Ninja Professional Blender · **Best Blender**-Food ...
7 Best Blenders for Smoothies... · 4 Best Spider Skimmers...
You visited this page on 5/17/23.    

 GH    Good Housekeeping
https://www.goodhousekeeping.com › blender-reviews    ⋮
**7 Best Blenders of 2023, Tested & Reviewed**
May 24, 2023 — Our **top picks**: ; **Best Overall Blender**. Vitamix E310 Explorian **Blender**. $350 at Amazon ; **Best Value Blender**. NutriBullet **Blender** Combo. $110 at ...
You visited this page on 5/17/23.

 CNN    CNN.com
https://www.cnn.com › cnn-underscored › reviews › best...    ⋮
**Best blenders in 2023, tested by editors | CNN Underscored**
Jun 8, 2023 — **Best blender** overall: Breville Super Q · **Best luxury blender**: Vitamix Venturist V1200 · **Best budget blender**: Ninja Professional Plus Blender with ...
List includes: From $547 at Amazon or $550 at Wayfair · From $432 (Renewed) at Amazon · $120 $90 at Amazon · View full list

Google [best blenders] ✕ 🎤 📷 🔍

⚙ ⠿ Ⓜ

The 4 Best Blenders of 2023 | Reviews by Wirecutter

Nov 16, 2022 — Our pick. Vitamix 5200 · The **best blender** ; Runner-up. Oster Versa Pro Series Blender · A more affordable but less durable blender ; Also great ...

List includes: The best blender · A more affordable but less durable blender · Powerful blender motor, shorter ... · View full list

🔴 RTINGS.com
https://www.rtings.com › Blender › Best ⋮

**The 5 Best Blenders - Summer 2023: Reviews**

3 days ago — The **best** mid-range **blender** we've tested is the Ninja Foodi Cold & Hot **Blender**. This **blender** has an unusual design with some downsides, but it's ...

You visited this page on 5/17/23.

◼ Homes & Gardens
https://www.homesandgardens.com › Shopping ⋮

**Best blender 2023: tested by experts**

Jun 2, 2023 — Our reviews of the **best blenders** from Vitamix, KitchenAid, Ninja, Breville, NutriBullet and more will help you choose a buy that's right, ...

Who makes the best blender?

Which blender is best for smoothies?

You visited this page on 5/17/23.

🔴 Epicurious
https://www.epicurious.com › Expert Advice › Shopping ⋮

**The Best Blender (2023) Tested and Reviewed**

Mar 9, 2023 — The **best** personal **blender**: Zwilling Enfinigy Personal **Blender**. The king of all the personal **blenders** we tried, the Zwilling Enfinigy is stylish, ...

◼ New York Magazine
https://nymag.com › strategist › article › best-blenders ⋮

**11 Best Blenders 2023 | The Strategist**

3 days ago — 11 of the Very **Best Blenders** ; Vitamix Professional Series 750 Blender. $518. $630 now 18% off ; Blendtec Total Blender Classic. $380 ; Hurom Hexa ...

List includes: Best even less expensive blender · Best blender with touchscreen · Best blender for smoothies · View full list

## People also ask ⋮

Which is the best model of blender?

What blenders do celebrities use?

Is Bullet as good as Vitamix?

Which blender do chefs use?

Feedback

## ▶ Videos ⋮

**Best Blenders, Tested by Food Network Kitchen | Food Network**

YouTube · Food Network
4 days ago





Google

9:30
YouTube · Top 5 Picks
Apr 9, 2023

10 pros and cons in this video

The Best Inexpensive Blenders

3:31
YouTube · America's Test Kitchen
Mar 23, 2023

7 key moments in this video

Feedback

View all →

Tom's Guide
https://www.tomsguide.com › Best Picks › Smart Home

Best blenders in 2023: Tested and rated

Jun 16, 2023 — 1. Breville The Super Q Blender. The **best blender** overall.
You visited this page on 5/17/23.

3D

Ninja Professional Blender 1000
**$99.99**
Target, 10+ stores
13 mi · In stock
4.6 (3k+)

Vitamix E310
**$349.95**
Amazon.... , 10+ stores
Also nearby
4.6 (3k+)

SALE

KitchenAid K150
**$89.99** ~~$100~~
KitchenAid, 10+ stores
4.5 (798)

3D

Ninja Mega Kitchen System...
**$199.99**
Best Buy, 10+ stores
12 mi · In stock
4.7 (8k+)

NutriBullet Pro 900
**$99.87**
Amazon.... , 10+ stores
4.4 (9k+)

Ninja Professional Plus Kitchen...
**$194.00**
Amazon.... , 10+ stores
Also nearby
4.6 (2k+)

SALE

NutriBullet Blender Combo
**$129.99** ~~$160~~
Kohl's, 10+ stores
32 mi · In stock
4.3 (1k+)

Beast Health Beast Blender
**$140.00**
Beast Hea... , 5+ stores
4.8 (527)

## Buying guide: Blenders

Price: How much does a blender cost?

Popular brands: Including Ninja, Vitamix, NutriBullet

Speeds: What speed should a blender be?

Materials: What is the best material for a blender?

More considerations

Google

Ninja Professional Plus Blender with...
**$119.99**
Best Buy, 10+ stores
📍 16 mi · In stock
4.7          (2k+)

Ninja Professional Plus Blender DUO...
**$128.99**  $150
Best Buy, 10+ stores
📍 12 mi · In stock
4.8          (1k+)
SALE

Oster Pro 1200
**$89.99**
Amazon.... , 10+ stores
4.2          (806)

Vitamix 5200
**$479.95**
Vitamix, 10+ stores
4.8          (3k+)

Breville Fresh & Furious Blender
**$199.95**
Breville, 10+ stores
📍 Also nearby
4.4          (625)

BlendJet 2
**$44.96**  $50
BlendJet, 10+ stores
📍 Also nearby
4.8          (9k+)

NutriBullet
**$49.99**
Amazon.... , 10+ stores
📍 Also nearby
4.5          (9k+)

Vitamix Professional 750
**$499.95**  🍃 Refurbis...
Vitamix, 10+ stores
📍 Also nearby
4.8          (2k+)

**Sponsored**

🟡  Best Buy
    https://www.bestbuy.com  ⋮

**Blenders and Juicers - Best Buy**
Shop Small Kitchen Appliances at **Best** Buy. Shop Online Or In Store. Discover Air Fryers, **Blenders**, Toasters, and More at **Best** Buy. Ready In An Hour.
            Rating for bestbuy.com: 4.7 - 501 reviews · On-time delivery: 96%+
Appliance Questions? · Ready In One Hour · Small Appliance Top Deals · My Best Buy Total™
Orem · 2 locations nearby

## Related searches  ⓘ

best blenders **for smoothies and soups**          **ninja blender**

**vitamix** blenders          **ninja professional blender**

best **blender for smoothies and ice**          **costco** blenders

best **professional blender**

    

Google      

| Luvele Blender Stainless Ste... | Vitamix - Blender - 520... | Breville Commercial -... | Vitamix Blender Prop... | Vitamix Blender -... | Blendtec - Blender -... |
|---|---|---|---|---|---|
| **$448.95** | **$479.95** | **$599.95** | **$479.95** | **$699.95** | **$711.11** |
| Luvele US | Vitamix | Webstaurant... | Vitamix | Best Buy | KaTom Resta... |
| (35) | (3k+) | (20) | (31) | (3k+) | Free shipping |
| Stainless Steel · 500 watts · ... | Black · 64-oz · 1,500 watts · 1... | Stainless Steel · 1,800 watts · ... | 10 speeds · Countertop... | Black Stainless · Black Stainless... | Black · 44-oz, 90-oz · 1,800 watt... |

📍 Pick up today

**Sponsored**

 RC Willey
https://www.rcwilley.com › small-appliance

**RC Willey - Shop Our Summer Appliance Sale**

Shop air fryers, coffee makers, ice makers, toasters, **blenders**, and much more. Elevate...

**Sponsored**

 Lowe's
https://www.lowes.com › appliances › appliances

**Kitchen Appliances - 4th Of July Deals**

Browse Our Variety Of Kitchen Appliances—Make Appliance Shopping Stress Free. Shop...

 Food & Wine
https://www.foodandwine.com › ... › Small Appliances

**The 6 Best Personal Blenders of 2023, Tested and ...**

5 days ago — In This Article ; **Best** Overall: NutriBullet Pro 900 **Blender** at Amazon ; **Best** Value: Ninja **Blender** at Amazon ; **Best** Splurge: NutriBullet Pro 1000 ...

List includes: Best Overall · Best Value · Best Splurge · View full list

⭐ Rating: 5 · Review by Bridget Degnan

 TechRadar
https://www.techradar.com › ... › Juicers & Blenders

**The best blender 2023: the very best from Breville, Vitamix ...**

Apr 6, 2023 — 1 · Breville BBL620 Fresh & Furious **Blender**. Breville ; 2 · Acekool **Blender** BC2. Acekool ; 3 · Vitamix A3500 Ascent Series **Blender**. Vitamix ; 4 · Ninja ...

List includes: What can you use a blender for · Which blender is best for smoothies · Blenders vs juicers · View full list

You visited this page on 5/17/23.

 Wired
https://www.wired.com › Gear › buying guides

**The Best Blenders for Making Smoothies, Soups, and Sauces**

Jun 10, 2023 — The **Best Blenders** for Making Smoothies, Soups, and Sauces ; Best All-Rounder. Ninja Professional Plus Kitchen System with Auto-iQ · $220 ; If ...

 Tech Gear Lab
https://www.techgearlab.com › kitchen › best-blender

**The 5 Best Blenders of 2023 | Tested by GearLab**

Mar 15, 2023 — The Cuisinart Hurricane Pro takes the cake for the **best blender** on the market. While there may be another model in our test suite that slightly ...

List includes: Best Premium Blender · Runner Up Blender · Best Bang for the Buck · View full list

⭐ Rating: 4.8 · Review by Austin Palmer



 Google

We Tested 9 Mid-Priced Blenders To ... - Serious Eats

We Tested 9 Mid-Priced **Blenders** To Find One That Blends With Ease ; The **Best** Mid-Priced **Blender**. Cuisinart CBT-1500 Hurricane 2.25 Peak HP **Blender**.

 **CNET**
https://www.cnet.com › Home › Kitchen & Household    ⋮

**Best Blenders of 2022**

May 8, 2023 — After running high-level tests on more than 15 models, the Vitamix Explorian emerged victorious as the **best blender** for 2023 with a huge punch ...

You visited this page on 5/17/23.

**New York Post**
https://nypost.com › article › best-blenders    ⋮

**The 20 best blenders to buy in 2023: Vitamix, Ninja, more**

Mar 29, 2023

Ninja Professional ...    Beast Blender    BLACK+DECKER P...    Hamilton Beach Pe...

Magic Bullet Blender    Redmond Personal ...    Mueller Ultra Bullet ...    Vitamix Immersion ...

KitchenAid Variable...    Mueller Ultra-Stick I...    Vitamix 5200 Blend...    Blendtec Classic Or...

**The Spruce Eats**
https://www.thespruceeats.com › ... › Small Appliances    ⋮

**The 7 Best Blenders of 2023**

Jan 5, 2023 — **Best** Overall: Vitamix Professional Series 750 **Blender** at Amazon ; Runner-Up, **Best** Overall: KitchenAid K400 **Blender** at Amazon ; **Best** Budget: Ninja ...

List includes: Best Personal Blender · Best Immersion Blender · Runner-Up, Best Overall · View full list

🔲 **3D**

| Ninja Nutri Ninja Blender DUO... | Vitamix Ascent Series A3500 | Beast Blender (Cloud White) | Ninja Foodi Power Blender Ultimate... |
| --- | --- | --- | --- |
| **$159.99** | **$649.95** | **$140.00** | **$239.99** |
| Amazon.... , 10+ stores | Vitamix, 10+ stores | Beast Hea... , 3+ stores | Amazon.... , 10+ stores |
| 4.7 (1k+) | 📍 Also nearby | 4.8 (491) | 📍 Also nearby |
| | 4.7 (3k+) | | 4.7 (520) |

LOW PRICE

| NutriBullet PRO 1000 | Ninja Fit | Hamilton Beach Power Elite 58148 | NutriBullet Rx |
| --- | --- | --- | --- |
| **$59.87** 🌱 Pre-owned | **$59.99** | **$39.99** | **$116.02** Usually $130 |
| Amazon.... , 10+ stores | Amazon.... , 10+ stores | Amazon.... , 10+ stores | Amazon.... , 10+ stores |
| 4.4 (944) | 📍 Also nearby | 📍 Also nearby | 📍 Also nearby |
| | 4.5 (554) | 4.1 (727) | 4.4 (5k+) |

 **Consumer Reports**
https://www.consumerreports.org › ... › Blenders    ⋮

**Best Blenders for Your Buck | Breville, Oster, Vitamix**






List includes: $35 to $70 Blenders · $75 to $175 Blenders · $200 to $400 Blenders ·
View full list

Vitamix ONE Blender
**$249.95**
Vitamix, 10+ stores
4.3      (193)

Blendtec Total Classic Original...
**$379.95**
Amazon.... , 10+ stores
4.8      (2k+)

Blendtec Professional 800
**$799.95**
Amazon.... , 10+ stores
4.6      (233)

Ninja Nutri Blender Pro with Auto-iQ
**$99.99**
Ninja Kit... , 10+ stores
📍 Also nearby
4.7      (890)

LOW PRICE

BLACK+DECKER PowerCrush Mult...
**$39.99** Usually $45
Amazon.c... , 5+ stores
📍 Also nearby
4.5      (160)

Ninja AMZ493BRN Compact Kitchen...
**$153.59** 🌿 Pre-owned
Amazon.c... , 2+ stores
5.0      (1)

Breville the Q Blender
**$399.95**
Breville, 10+ stores
4.8      (120)

The Original Magic Bullet
**$59.99**
Amazon.com - Seller
4.1      (2k+)

Sponsored

 JCPenney
https://www.jcpenney.com ⋮

**Blenders at JCPenney® - Up to 50% off Small Electrics**

Tackle Your Home Projects. Make Room for New Styles. There's So Much to Love at JCPenney.
Find Deep Discounts and Deals on Everything You Need for Your Home In One Place—JCPenney.
Save on Mattresses. Free Shipping Available. Free Same Day Pickup.

Rating for jcpenney.com: 4.0 · 131 reviews · Return policy: Most items 60+ days

Blenders · Toasters · Back to College Sale 2023 · Bedding & Bath · Home Sale · Air Fryers

1200 Towne Centre Blvd Ste B, Provo, UT



Google



| Luvele Blender Stainless Ste... | Vitamix - V1200... | Blendtec - Blender -... | Breville Commercial -... | Value Series - Blender -... |
|---|---|---|---|---|
| **$448.95** | **$499.99** | **$711.11** | **$599.95** | **$389.95** |
| Luvele US | Best Buy | KaTom Resta... | Webstaurant... | Central Resta... |
| (35) | (1k+) | Free shipping | (20) | ⚡ Get it by 7... |
| Stainless Steel · | 20-oz, 64-oz · | 44-oz, 90-oz · | Stainless Steel · | 64-oz · Stainless |
| 500 watts · ... | Red · 10 speed... | Black · 1,800... | 1,800 watts · 1... | Steel · Blender |

 Food & Wine
https://www.foodandwine.com › ... › Small Appliances ⋮

**The 8 Best Blenders for Smoothies, Soups, and Frozen ...**

Feb 16, 2023 — **Best** Overall: Vitamix Explorian **Blender** at Amazon ; **Best** Personal **Blender**: Ninja Nutri **Blender** Pro with Auto-iQ at Amazon ; **Best** Smart **Blender**..

List includes: Best Personal Blender · Best Smart Blender · Best Portable Blender · View full list

⭐ Rating: 4.8 · Review by Alyssa Longobucco



 Serious Eats
https://www.seriouseats.com › ... › Electric Appliances ⋮

**The Best Blender for You: Expensive Versus Budget Buys, ...**

Vitamix 5200 Professional-Grade **Blender** · Blendtec Designer Series · Cuisinart CBT-1500 Hurricane 2.25 Peak HP **Blender** · KitchenAid 5-Speed Diamond **Blender**.



 Best Products
https://www.bestproducts.com › ... › Small Appliances ⋮

**6 Best Blenders to Buy in 2023 - Top Blenders Reviews**

Feb 22, 2023 — The **Best Blenders** · BN801 Professional Plus Kitchen System. Best All-in-One Blender · BL610 Professional Countertop Blender. Best Budget · 5200 ...

Watts: 1,400     Speeds: 3 speeds, pulse, and 5 preset f...



 Consumer Reports
https://www.consumerreports.org › ... › Blenders ⋮

**Best Blenders for Making Smoothies**

May 7, 2023 — The **best blenders** for making smoothies, according to Consumer Reports, include models from Breville, Cuisinart, Dash, Ninja, and more.

 Vice
https://www.vice.com › Home › Shopping ⋮

**The 6 Best Blenders, From Vitamix to Magic Bullet**

Mar 8, 2023 — The **Best Blenders** (That Aren't Just a Vitamix) ; Unleash the Beastmaster within · Beast Health. Beast Blender. $165 at Amazon ; A strength/ ...

$6.90 delivery · 14-day returns



 Google

  

Vitamix Ascent
Series A2300
**$499.95**
Amazon.… , 10+ stores
📍 Also nearby
4.6                    (1k+)

Ninja Master Prep
QB900
**$41.87**
Amazon.… , 10+ stores
4.6                    (1k+)

KitchenAid
KHBV53
**$59.99**
KitchenAid, 10+ stores
📍 Also nearby
4.7                    (1k+)

Ninja Nutri-Blender
Pro with Auto IQ
**$89.00**
Walmart, 5+ stores
📍 12 mi · In stock
4.7                    (292)

LOW PRICE

Ninja Foodi Cold &
Hot Blender
**$157.35**
Amazon.c… , 2+ stores
4.6                    (143)

Wolf Gourmet
Blender
**$609.98** Usually $624
Amazon.… , 10+ stores
📍 Also nearby
5.0                    (46)

Breville Super Q
Blender
**$549.00**
Amazon.… , 10+ stores
4.7                    (261)

Ninja Nutri-Blender
Plus
**$79.99**
Amazon.… , 10+ stores
4.8                    (240)

 Bon Appétit
https://www.bonappetit.com › shopping › Shopping    ⋮

**The Best Blenders for Smoothies, Soups, and Slushy …**

Feb 1, 2023 — According to her and our other BA test kitchen staffers, the **best blender**
overall is the Vitamix 5200—but that's not the only one she loves.

 Wall Street Journal
https://www.wsj.com › home › best-blender-44073c05    ⋮

**The Best Blenders for Smoothies, Soups, Nut Butter and …**

Feb 27, 2023 — The **Best Blenders** for Smoothies, Soups, Nut Butter and More … The
Breville Fresh and Furious Blender performs as well as models that cost twice …

 Woman and Home
https://www.womanandhome.com › Homes    ⋮

**The best blenders in 2023 for smoothies, soups, sauces …**

Feb 17, 2023 — 1. Vitamix Ascent A2300i. The **best blender** for doing it all.

 Amazon.com
https://www.amazon.com › Best-Blenders › k=Best+Bl…    ⋮

**Best Blenders**

Hamilton Beach Power Elite Wave Action **Blender**-for Shakes and Smoothies, Puree, Crush Ice,
40 Oz Glass Jar, 12 Functions, Stainless Steel Ice Sabre-Blades, …

 Tiffy Cooks
https://tiffycooks.com › best-blenders-on-amazon    ⋮

**BEST BLENDERS ON AMAZON**

Jun 14, 2022 — BEST BLENDERS ON AMAZON · Summer is here, so you know what
that means – SMOOTHIE SEASON! · Ninja NJ601AMZ Professional Blender · Hamilton
Beach …



Google

  

Vitamix Ascent Series A2500
**$399.95** 🍃 Refurbis...
Vitamix, 10+ stores
4.7          (2k+)

Oster Versa Blender 1400...
**$199.99**
Amazon.c..., 1+ stores
4.8          (4)

Hamilton Beach Professional Qui...
**$169.99**
hamilton..., 10+ stores
4.4          (22)

Ninja Professional BL660
**$119.99** Usually $180
kohls.com, 10+ stores
4.7          (2k+)

LOW PRICE

Ninja Master Prep Pro QB1004
**$49.99**
Amazon.c..., 5+ stores
4.7          (1k+)

Beast Blender Hydration System
**$165.00**
Beast He..., 10+ stores
4.8          (465)

Braun TriForce Power Blender
**$180.99** Usually $220
Amazon..., 10+ stores
4.7          (169)

Vitamix Propel Series 750
**$629.95**
Vitamix, 1+ stores
5.0          (32)

Sponsored

 Target
https://www.target.com

**Blenders : Target**

Find Great Savings Today. Shop Online & Save at Target.com.

Rating for target.com: 4.6 · 704 reviews · Return policy: Most items 90+ days

Target Store Locator · Weekly Deals · Weekly Ad · Top Deals · Kitchen & Dining Sale

Orem · 3 locations nearby

Sponsored

      

Vitamix - Blender - 520...
**$479.95**
Vitamix
        (3k+)
Red · 64-oz · 10 speeds · 1,380...

Vitamix - Blender - 520...
**$479.95**
Vitamix
        (3k+)
White · 64-oz · 10 speeds ·

Vitamix - Blender - 520...
**$479.95**
Vitamix
        (3k+)
Black · 64-oz · 10 speeds · 1,500...

Vitamix Commercial - ...
**$1,720.37**
KaTom Resta...
Free shipping
Black · 8-oz, 64-oz · 1 speed

Vitamix Blender - ...
**$699.95**
Best Buy
        (3k+)
Black Stainless - Black Stainless...

Luvele Blender Stainless Ste...
**$448.95**
Luvele US
        (35)
Stainless Steel · 500 watts ·

 Amazon.com
https://www.amazon.com › zgbs › kitchen

**Best Countertop Blenders**

Discover the **best** Countertop **Blenders** in **Best** Sellers. Find the **top** 100 most popular items in Amazon Kitchen & Dining **Best** Sellers.

30-day returns

6/30/23, 12:11 AM
best blenders - Google Search
Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 03/27/25    PageID.692    Page 302 of 390

 Google

  M

Best Rated and Reviewed in Blenders

Best Rated and Reviewed in **Blenders**(973) · Magic Bullet Mini 14 oz. · Vitamix ONE **Blender**, 32 fl oz · Vavsea Immersion Hand **Blender**, 12-Speed Multi-Function ...

 America's Test Kitchen
https://www.americastestkitchen.com › 2640-the-best-... ⋮

### The Best Blenders of 2023

Jun 7, 2023 — We tested a few additional midpriced **blenders**. Our winners remain the same. **Top** Picks. Winner. Vitamix 5200.

| Zwilling Enfinigy Power Blender | Pro Blender with Texture Select… | BLACK+DECKER BD Blender Glass… | Oster Classic Series 5 Speed… |
|---|---|---|---|
| $236.42 | $81.52 | $28.02 | $29.99 |
| MK2Shop …, 5+ stores | Home De…, 10+ stores | Amazon…, 10+ stores  📍 Also nearby | Walmart, 10+ stores  📍 12 mi · In stock |
| 4.5          (237) | 4.4          (74) | 3.9          (1k+) | 3.9          (452) |

| Ninja Supra Kitchen System… | Oster 8-Speed Classic Series… | KitchenAid Artisan K400 | Bionic Blade Portable Blender |
|---|---|---|---|
| $189.99 | $44.99 | $354.88 | $28.97 |
| Walmart - …, 5+ stores | Kohl's, 10+ stores  📍 13 mi · In stock | Kelsostore, 5+ stores | Amazon…, 10+ stores  📍 Also nearby |
| 4.5          (711) | 4.6          (990) | 4.8          (1k+) | 3.8          (141) |

 Runner's World
https://www.runnersworld.com › nutrition-weight-loss ⋮

### The Best Blenders for Smoothies, Soups, and More

Feb 28, 2023 — **Best Blenders** ; Best Smoothie Maker. Nutribullet Blender Combo. $150 at nutribullet.com ; Best Value. Ninja Professional Blender. $100 at Amazon.

 Laura Fuentes
https://www.laurafuentes.com › Lifestyle › Gift Ideas ⋮

### The Best Blenders for Frozen Drinks (Tested & Reviewed)

May 15, 2023 — Check out the **best blenders** for frozen drinks like homemade slushies, margaritas, and blended coffee!

List includes: Best Blender for Frozen Drinks Under $100 · High-End Blender for Frozen Drinks · Personal Size ... · View full list

 PerfectSmoothie.com
http://perfectsmoothie.com › smoothie-blenders ⋮

### Best Blenders for Smoothies

**Best Blenders** for Smoothies: We review the best smoothie blenders from the high end Vitamix 5200 smoothie blender to the lower priced Oster Beehive smoothie ...



Top Blenders

Shop for **top blenders** at Best Buy. Find low everyday prices and buy online for delivery or in-store pick-up.

Free delivery over $35 · Free 15-day returns

  money.com
https://money.com › Shopping › Blending    ⋮

**The Best Blenders for Smoothies for Your Money**

Feb 14, 2023 — With a large 72-ounce pitcher and robust 1,100-watt blending power, it's really no wonder why the Ninja BL660 **blender** for smoothies is our ...

List includes: Professional-grade · Multipurpose Appliance · High Powered ·

View full list

| Black+decker Quiet Blender wit... | NutriBullet Pro Plus | Vitamix E320 | Ninja 2-in-1 Blender with Auto... |
|---|---|---|---|
| **$65.00** | **$98.99** | **$289.95** 🌱 Refurbis... | **$165.26** |
| Walmart, 10+ stores | Amazon.... , 10+ stores | Vitamix, 3+ stores | eBay, 5+ stores |
| 📍 12 mi · In stock | 📍 Also nearby | 4.6        (718) | 4.7        (1k+) |
| 4.1        (533) | 4.5        (719) | | |

LOW PRICE

| Oster Pro 500 | Magic Bullet Mini | KitchenAid K400 Variable Speed... | KitchenAid K400 Variable Speed... |
|---|---|---|---|
| **$64.99** | **$24.97** | **$179.99** Usually $270 | **$299.99** |
| Best Buy, 10+ stores | Walmart, 10+ stores | eBay - dh..., 10+ stores | Amazon.c... , 2+ stores |
| 4.5        (914) | 📍 12 mi · In stock | 4.5        (1k+) | 4.5        (42) |
| | 3.9        (734) | | |

LOW PRICE        SALE

| Smeg BLF01 | Ninja Nutri Ninja Auto-iQ 1000W | Blendjet 2 the Original Portable... | Nutri Ninja Pro BL455 |
|---|---|---|---|
| **$160.22** | **$59.99** Usually $70 | **$53.96** $60 | **$94.99** |
| tattahom..., 10+ stores | Walmart ... , 10+ stores | BlendJet, 5+ stores | Amazon.c... , 4+ stores |
| 4.4        (798) | 📍 Also nearby | 4.9        (3k+) | 4.7        (318) |
| | 4.6        (5k+) | | |



**$99.95**
Amazon.... , 10+ stores
📍 Also nearby
4.0          (177)

**$89.00**
Walmart, 10+ stores
📍 14 mi · In stock
4.7          (184)

**$289.99**
KitchenAid, 5+ stores
4.5          (682)

**$69.87**
Amazon.c... , 2+ stores
5.0          (1)


Healthy Kitchen 101
https://healthykitchen101.com › Blenders › Reviews            ⋮

### The 9 Best Blenders in 2023 - Tested and Reviewed
Jun 19, 2023 — 1. **Best** Overall: Vitamix 5200 **Blender**. Our Rating: ...


USA Today
https://reviewed.usatoday.com › best-right-now › the-...            ⋮

### The Best Blenders of 2023 - Reviewed - USA Today
May 26, 2023

Why trust Reviewed?   Cuisinart Hurrican...   Vitamix Ascent A35...   Breville BBL920 Su...
Cleanblend Classic   Vitamix Profession...

**Sponsored**

🔵 RC Willey
https://www.rcwilley.com › small-appliance            ⋮

### RC Willey - In Stock and Available Now
Shop air fryers, coffee makers, ice makers, toasters, **blenders**, and much more. Elevate your
cooking with a brand new small kitchen appliance from RC Willey. Locations: Utah, Idaho.

Rating for rcwilley.com: 4.7 - 1,185 reviews · Average delivery time: 1–4 days

Blenders · Mixers · Air Fryers · Ice Makers · Coupons Available · Log In

📍 693 E University Pkwy, Orem, UT · Open today · 10:00 AM – 8:00 PM ▾

**Sponsored**   ⋮



**Vitamix Commercial -
Blender - 05202 XL...**
**$1,720.37**
KaTom Restaurant Supply
**Free shipping**

Black · 8-oz, 64-oz · 1 speed ·
Countertop Blender



**Vitamix - V1200 Venturist
Blender - Red**
**$499.99**
Best Buy
        (1k+)

Red · 20-oz, 64-oz · 10 speeds ·
Countertop Blender



**Luvele Blender Stainless
Steel High Speed Blender...**
**$448.95**
Luvele US
        (35)

Stainless Steel · 500 watts ·
Countertop Blender · Blender


Whisk
https://whisk.com › blog › the-best-blenders-for-home-...            ⋮

### The Best Blenders For Home Cooks and Smoothie Lovers
Mar 28, 2023 — Whisk's Choices for the **Best Blenders** · Vitamix E310 Explorian Blender ($349) –
best overall high performance blender · Ninja Professional ...

List includes: best overall high performance blender · Best performance blender for smoothie
enthusiasts · View full list


Minimalist Baker
https://minimalistbaker.com › best-blenders-review-vit...            ⋮

### Best Blenders Review (Vitamix, KitchenAid, Blendtec)
Review of the **best blenders** on the market: KitchenAid, Blendtec, and Vitamix. See how we put
them to the test, and which blender took the top prize!



Google      ✕   🎤   📷   🔍     ⚙️   ⚏   

**Ninja Foodi Smoothie Bowl…**
$89.99
Target, 5+ stores
📍 12 mi · In stock
4.5     (263)

**Ninja Nutri-Blender Pro**
$113.99
Amazon.c… , 5+ stores
4.5     (246)

**Oster Easy-to-Clean Blender wit…**
$39.99
Target, 3+ stores
📍 12 mi · In stock
4.0     (257)

**Bear Blender, 700W Smoothie…**
$29.99
Amazon.… , 10+ stores
5.0     (1)

**Cuisinart SmartPower SPB-7**
$78.95
Wayfair, 10+ stores
3.9     (530)

**Cuisinart Hurricane Pro 3.5…**
$399.95
Cuisinart, 10+ stores
4.7     (41)

**Oster Touchscreen Blender 6-speed …**
$76.07
Amazon.c… , 4+ stores
4.3     (4)

**Kitchenaid Ksb1575cb 5-…**
$139.99
Walmart - … , 2+ stores
4.6     (1k+)

---

 Facebook
https://www.facebook.com › … › Food Network › Videos   ⋮

**Best Blenders, Tested by Food Network Kitchen | Facebook**

 3:12    ▬ **Best** Overall, Vitamix Explorian 310: https://foodtv. com/3MMeaU6 ▬
**Best** Value, Ninja Professional **Blender**: https: //foodtv.com …
Facebook · **Food Network** · 4 weeks ago

 Culinary Hill
https://www.culinaryhill.com › What to Buy   ⋮

**The 5 Best Blenders for Margaritas and Frozen Drinks of …**
Jan 31, 2023 — Our **Top** Picks: · What's in Meggan's Kitchen: Vitamix Professional
Series 750 **Blender** – $516 at Amazon · **Best** Frozen Drink **Blender** Runner-Up: …

 InsideHook
https://www.insidehook.com › … › Home Goods   ⋮

**The Best Blenders for Every Type of Kitchen**
May 2, 2023 — The **Best Blenders** for Every Type of Kitchen ; Vitamix Propel Series 750
· Buy it now : $630 $580 ; Nutribullet Pro 900 · Buy it now : $120 ; Ninja …

 cozyhomehub.org
https://cozyhomehub.org › Kitchen › Blenders   ⋮

**11 Best Blenders Under 50 (Summer 2023)**
Cheap and useful kitchen helper for creating new delicious meals everyday - buy the **best
blender** under 50 dollars and serve masterpieces from now on.

 Macy's
https://www.macys.com › shop › best-blenders   ⋮

**Best Blender - Best Sellers**
Customer's **Top** Rated · Ninja. BL660 Professional **Blender** & Nutri Ninja® Cups. Limited-Time
Special. $139.95 · Bella. Rocket 12-Piece Personal **Blender** & …
Free 30-day returns



Google

9 Best Blenders for Smoothies and Shakes

Jun 14, 2023 — Our **Top Blender** Picks · **Best** Value: Ninja Professional Countertop Blender · **Best** Splurge: Vitamix 5200 Professional-Grade Blender · Best Vitamix ...

| | | | |
|---|---|---|---|
| **Zwilling - Enfinigy Power Blender -...** | **Ninja Pro Edge BL456** | **Oster Easy-to-Use 5 Speed Blender** | **Blendtec Classic 575** |
| $299.99 | $105.00 | $29.99 | $379.95 |
| Zwilling ... , 10+ stores | Amazon.c... , 5+ stores | Target, 5+ stores | Home De... , 10+ stores |
| 4.6     (221) | 4.7     (4k+) | 📍 25 mi · In stock | 4.8     (890) |
| | | 4.0     (143) | |

| | | | |
|---|---|---|---|
| **Magic Bullet** | **Frigidaire Retro Smoothie Maker** | **Magic Bullet Personal Blender** | **Hamilton Beach Wave Crusher...** |
| $38.95 | $34.98 | $36.98 | $44.98 |
| Amazon.c... , 5+ stores | Amazon.... , 10+ stores | Amazon.... , 10+ stores | Amazon... , 10+ stores |
| 📍 Also nearby | 3.8     (52) | 4.6     (388) | 4.3     (478) |
| 3.9     (875) | | | |

 21Ninety
https://21ninety.com › these-5-best-blenders-will-put-... ⋮

**These 5 Best Blenders Will Put You In Smoothie Heaven**

Mar 5, 2023 — ... to smoothie heaven but only the **best blenders** will get you there. ... smoothies will be noticeably easier with a top-tier blender.

 joyofsmoothies.com
http://www.joyofsmoothies.com › best-blenders ⋮

**Best Blenders for Making Smoothies**

Fancy High Performance Blenders. Not sure which one is right for you? Read on as I describe these categories in more detail... **Best Blender** For ...

Sponsored

 Kohl's
https://www.kohls.com ⋮

**Great High Speed Food & Smoothie Blenders | Kohl's**

Shop **Top** Brands at the **Best** Prices. Browse **Top** Products at Kohl's® Now! Shop the **Best** Brands. Save Up to 35% on Your First Kohl's Charge Order! Mobile Sale Alerts.

Rating for kohls.com: 4.4 · 245 reviews · On-time delivery: 99%+

Save More With Clearance · Fast + Free Pickup · Shop Outdoor Play Toys · Boys' Outfits

📍 Orem · 2 locations nearby

 Taste
https://www.taste.com.au › Taste-test-kitchen ⋮

**The 10 best blenders to buy in 2023**

The Vitamix A2300i is a total winner when it comes to making smoothies – "the **best blender** for green smoothies", according to Michelle. It produced the ...



  

 Eater
https://www.eater.com › drinks-reviews › review-these...

**These Are the Seven Best High-Performance Drink Blenders**

May 7, 2015 — If you are willing to spend $450 and like to cook, the Vitamix 5200 is the **best**, most graceful **blender** you can buy. The Blendtec Designer 675 is ...

Pros and cons: Variable speed dial is really easy to use · Performs every task elegantly · View full list

 The Telegraph
https://www.telegraph.co.uk › recommended › home

**the best blenders of 2023 for making smoothies, soups ...**

Feb 16, 2023 — What are the **best blenders** in 2023? At a glance. Best overall – KitchenAid Artisan A400 · Best portable blender – Nutribullet 900 Series · Best ...

Insider
https://www.insider.com › guides › kitchen › best-blen...

**The 3 best blenders we tested in 2023**

Nov 16, 2022 — **Best blender** overall. Vitamix blender with pineapples, limes, bananas and an apple in front, one of · Best mid-priced blender. Cleanblend blender ...

List includes: Best blender overall · Best mid-priced blender · Best blender for smoothies · View full list

| Ninja Foodi Power Mixer System... | Kuvings Vacuum Blender | Blendi Portable Blender | DASH Quest Blender |
|---|---|---|---|
| **$99.99** | **$649.99** | **$59.99** | **$79.99** |
| Ninja Kit..., 10+ stores | kuvingsus..., 5+ stores | Amazon...., 10+ stores | Amazon.c..., 3+ stores |
| ⦿ Also nearby | 4.3       (22) | 4.8       (952) | 4.5       (8) |
| 4.7       (257) | | | |



SPECIAL OFFER

| NutriBullet 1200 Watt 5-Speed... | Beautiful High Performance... | Breville the 3X Bluicer | Vitamix 7500 |
|---|---|---|---|
| **$139.95** | **$39.96** | **$299.95** | **$559.95** |
| eBay, 5+ stores | Walmart, 10+ stores | Amazon...., 10+ stores | QVC, 10+ stores |
| 4.5       (1k+) | 2.9       (186) | 4.6       (157) | 4.6       (1k+) |

 health.com
https://www.health.com › food › best-blender-for-smo...

**The 9 Best Blenders for Smoothies of 2023 | by Health**

Mar 27, 2023 — **Best** Overall: Beast **Blender** at Amazon ; **Best** Budget: Oster My Blend at Amazon ; **Best** Small: Magic Bullet **Blender** at Amazon ; **Best** Portable:.

List includes: Best Overall · Best Budget · Best Small · View full list

Rating: 4.2 · Review by Isabella Ubaldi

 Google

---

**Ninja Foodi 72 oz Power Blender…**
**$199.00**
Walmart, 5+ stores
16 mi · In stock
4.6      (35)

**Blendtec Designer WildSide**
**$449.95**
Amazon.c… , 4+ stores
4.8      (109)

**Magic Bullet 11pc Blender**
**$49.99**
Home Dep… , 5+ stores
3.8      (560)

**Hamilton Beach 50190 Smoothie…**
**$29.99**
hamilton… , 10+ stores
3.7      (873)

**Ninja Fit Personal Single-Serve…**
**$59.00**
Walmart, 5+ stores
12 mi · In stock
4.7      (581)

**NutriBullet NB9-1301K Pro 13 Pc…**
**$109.99**
Amazon.c… , 2+ stores
5.0      (2)

**Vitamix Pro 750 Heritage Series Professional-Gra…**
**$629.95**
Amazon.com - Seller

**Vitamix 5300**
**$499.00**
Amazon.c… , 5+ stores
4.7      (1k+)

---

 awning.com
https://awning.com › post › best-airbnb-blenders

**6 Best Blenders for Airbnbs and Vacation Rentals - Awning**

Mar 13, 2023 — Vitamix E310 Explorian **Blender** : Best Overall **Blender** · Hamilton Beach Power Elite Wave Action **Blender** : Best Budget-Friendly **Blender** · Blendtec ...

 Study Finds
https://studyfinds.org › best-blenders

**Best Blenders: Top 5 Mixers Most Recommended By Experts**

May 2, 2023 — The List: Best **Blenders**, According to Culinary Experts · 1. Vitamix E310 Explorian Blender · 2. Vitamix 5200 · 3. Vitamix A3500 Ascent · 4.

 KTEN
https://www.kten.com › story › discover-the-5-best-blen…

**Discover the 5 Best Blenders for Smoothies and Ice -**

Jun 21, 2023 — Photo from Unsplash Originally Posted On: https://homecooksrecipes.com/5-**best-blenders**-for-smoothies-and-ice/

 Expert Reviews
https://www.expertreviews.co.uk › Blenders

**The best blenders and smoothie makers to buy in 2023**

Mar 2, 2023 — 1. Sage the Boss To Go: **Best** worktop **blender** · 2. BlendJet 2: **Best** affordable cordless **blender** · 3. Nutribullet 600 Series: **Best** high-powered ...

 Healthline
https://www.healthline.com › … › Nutrition

**The 9 Best Blenders for Smoothies**

Feb 28, 2023 — The secret behind every great smoothie is a great blender. Here are the 9 **best blenders** for making smoothies.

List includes: Best overall · Best high power · Best for single-serve batches ·

View full list

---

6/30/23, 12:11 AM
Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 03/27/25    PageID.699    Page 309 of 390
best blenders - Google Search

Google



**Capital One Shopping® - Deals - Get Discounts On Top Blender**

Capital One Shopping® Finds Discounts While You Shop. Save On Stoves. Download The Capital
One Shopping® Extension To Find Hot Deals On Appliances. Deals On **Top** Brands.

More results ⌄

**84058, Utah** - Based on your past activity - Update location

Help     Send feedback     Privacy     Terms

 
 Google

best buy blenders

Shopping    News    Images    Videos    Maps    Books    Flights    Finance

All filters ▾    Too

On sale    Nearby    Under $50    Black    Vitamix    KitchenAid    NutriBullet    Ninja    Hamilton Beach

About 60,700,000 results (0.48 seconds)

**Sponsored**  ⋮










| ◉ Pick up today | ◉ Pick up today | | SALE<br>◉ Pick up today | | ◉ Pick up today | ◉ Pick up today | |
|---|---|---|---|---|---|---|---|
| Vitamix Blender - Explorian... | Vitamix Blender - Ascent 3500... | Breville Commercial - ... | Ninja Blender - Professional... | Blendtec - Blender - ... | Vitamix Blender - Professional... | Vitamix Blender - Ascent 2500... | Vitamix - V1200 - ... |
| $349.99 | $699.95 | $599.95 | $128.99 $150 | $711.11 | $629.95 | $549.95 | $499.99 |
| Best Buy | Best Buy | WebstaurantS... | Best Buy | KaTom Resta... | Best Buy | Best Buy | Best Buy |
| (3k+) | (3k+) | (20) | (1k+) | Free shipping | (2k+) | (2k+) | (1k+) |

**Sponsored**

 Best Buy
https://www.bestbuy.com  ⋮

**Blenders and Juicers - Best Buy**

Shop Small Kitchen Appliances at **Best Buy**. Shop Online or In Store. Discover Air Fryers, **Blenders**, Toasters, and More at **Best Buy**. Ready In An Hour.

Electronics store · Orem · Open · Closes 8 PM

**Small Appliance Top Deals**
See This Week's Special Offers On Small Appliances At Best Buy®.

**Appliance Questions?**
Chat with our knowledgeable in-home advisors today

Best Buy
https://www.bestbuy.com › site › abcat0912011  ⋮

**Blenders and Juicers - Best Buy**

Items 1 - 18 of 145 — Shop for **blenders** and juicers at **Best Buy** to create healthy beverages, snacks and meals with fruits and vegetables.

Free delivery over $35 · Free 15-day returns

Blenders · Single-serve blenders · Full-Sized Blenders

SALE

| Ninja Mega Kitchen System... | Magic Bullet 250W | Vitamix E310 | Ninja Professional Plus Blender DUO... |
|---|---|---|---|
| $199.99 | $49.99 | $349.99 | $128.99 $150 |
| Best Buy, 10+ stores | Best Buy, 10+ stores | Best Buy, 10+ stores | Best Buy, 10+ stores |
| 📍 13 mi · In stock | 📍 Also nearby | 📍 13 mi · In stock | 📍 13 mi · In stock |
| 4.7        (8k+) | 4.2        (6k+) | 4.6        (3k+) | 4.8        (1k+) |

best buy blenders - Google Search

SALE

| Ninja Professional Plus Blender with... | NutriBullet | BlendJet 2 | Oster Pro 500 |
|---|---|---|---|
| **$119.99** | **$69.99** | **$44.95** $50 | **$64.99** |
| Best Buy, 10+ stores | Best Buy, 10+ stores | Best Buy, 10+ stores | Best Buy, 10+ stores |
| 📍 16 mi · In stock | 📍 Also nearby | 📍 Also nearby | 4.5          (914) |
| 4.7          (2k+) | 4.5          (9k+) | 4.8          (9k+) | |

## People also ask  ⋮

Which type of blender is best?

Which hand blender is best for daily use?

What is a good price for a blender?

What are the three types of blenders?

Feedback


Best Buy
https://www.bestbuy.com › site › searchpage › st=blen...   ⋮

### blenders

Items 1 - 18 of 145 — Shop for **blenders** at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.
Free delivery over $35 · Free 15-day returns


Best Buy
https://www.bestbuy.com › ... › Blenders Directory   ⋮

### Kitchen Blenders

Shop for kitchen **blenders** at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.
Free delivery over $35 · Free 15-day returns


Best Buy
https://www.bestbuy.com › ... › Small Kitchen Appliances   ⋮

### On Sale Blenders & Juicers

Items 1 - 18 of 19 — Shop for On Sale **Blenders** & Juicers at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.
Free delivery over $35 · Free 15-day returns

| NutriBullet Blender Combo | Ninja Foodi Power Blender Ultimate... | NutriBullet Pro Plus | Ninja Nutri Blender Pro with Auto-iQ |
|---|---|---|---|
| **$129.99** | **$239.99** | **$101.99** | **$91.99** |
| Best Buy, 10+ stores | Best Buy, 10+ stores | Best Buy, 10+ stores | Best Buy, 10+ stores |
| 📍 13 mi · In stock | 📍 13 mi · In stock | 📍 13 mi · In stock | 📍 13 mi · In stock |
| 4.3          (1k+) | 4.7          (520) | 4.5          (719) | 4.7          (890) |

NutriBullet PRO 1000

**$85.99**

Best Buy, 10+ stores

4.4            (944)

Vitamix Ascent Series A3500

**$699.95**

Best Buy, 10+ stores

📍 16 mi · In stock

4.7            (3k+)

Ninja Foodi SS351

**$159.99**

Best Buy, 10+ stores

📍 16 mi · In stock

4.6            (1k+)

Ninja Master Prep Pro QB1004

**$59.99**

Best Buy, 5+ stores

4.7            (1k+)



Best Buy

https://www.bestbuy.com › site › shop › top-blenders    ⋮

## Top Blenders

Shop for top **blenders** at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.

Free delivery over $35 · Free 15-day returns



Best Buy

https://www.bestbuy.com › site › shop › blenders-for-...    ⋮

## Blenders For Smoothies

Shop for **blenders** for smoothies at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.

Free delivery over $35 · Free 15-day returns

Best Buy

https://www.bestbuy.com › ... › Blenders    ⋮

## Personal Blenders: Smoothie Blenders

Items 1 - 18 of 27 — **Best Buy** has personal **blenders**. Buy a new mini **blender** and see why portable **blenders** are considered the best **blenders** for…

Free delivery over $35 · Free 15-day returns



Best Buy

https://www.bestbuy.com › site › shop › top-rated-ble...    ⋮

## Top Rated Blenders

Shop for top rated **blenders** at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.

Free delivery over $35 · Free 15-day returns



Best Buy

https://www.bestbuy.com › ... › Top-Rated Products    ⋮

## Top-Rated Blenders & Juicers

Items 1 - 18 of 61 — **Top**-Rated **Blenders** & Juicers · NutriBullet · Ninja · Vitamix · KitchenAid · Breville · Blendtec · Hamilton Beach · Kuvings.

Free delivery over $35 · Free 15-day returns



Best Buy

https://www.bestbuy.com › ... › Blenders Directory    ⋮

## Oster Blenders

Shop for oster **blenders** at **Best Buy**. Find low everyday prices and buy online for delivery or in-store pick-up.

Free delivery over $35 · Free 15-day returns

Hamilton Beach
Power Elite 58148
**$49.99**
Best Buy, 10+ stores
4.1                    (727)

NutriBullet Rx
**$129.99**
Best Buy, 10+ stores
📍 34 mi · In stock
4.4                    (5k+)

Magic Bullet
Kitchen Express
**$75.99**
Best Buy, 10+ stores
📍 Also nearby
3.9                    (243)

KitchenAid
KHBV53
**$59.99**
Best Buy, 10+ stores
📍 13 mi · In stock
4.7                    (1k+)

Blendtec
Professional 800
**$799.99**
Best Buy, 10+ stores
4.6                    (233)

Vitamix Ascent
Series A2500
**$549.95**
Best Buy, 10+ stores
📍 13 mi · In stock
4.7                    (2k+)

Vitamix
Professional 750
**$629.95**
Best Buy, 10+ stores
📍 16 mi · In stock
4.8                    (2k+)

Elite Cuisine EPB-
1800
**$29.99**
Best Buy, 10+ stores
3.8                    (497)

## Related searches ⋮

**target** blenders

**walmart** blenders

**bed bath and beyond** blenders

blenders **on sale**

best blenders

best **blender and juicer all in
one**

More results ⌄



Google    blenders

Shopping    Images    News    Maps    Videos    Books    Flights    Finance    All filters ⌄    Tools

On sale    Nearby    Walmart    amazon.com    Target    Ninja    Vitamix    KitchenAid    Hamilton Beac

About 362,000,000 results (0.61 seconds)

Results for **Orem, UT 84058** · Choose area ⋮

**Sponsored** ⓘ









| MMXR-3221 - MudMixer | AvaMix BL2T482J Blender 2 hp Commercial... | Kalorik 1800W High-Powered Blender, Silver | Luvele Blender Stainless Steel High Speed Blender with... | Blenders Arctic Xpress \| Nebula | Vitamix Blender Propel Series 510 | Breville Fresh & Furious Blender, Damson Blue ... | Havana Speed Aura |
|---|---|---|---|---|---|---|---|
| $2,995.00 | $169.99 | $149.99 | $448.95 | $120.00 | $479.95 | $199.95 | $95.00 |
| MudMixer | WebstaurantS... | Kalorik | Luvele US | Blenders Eye... | Vitamix | Williams-Son... | Blenders Eye... |
| (69) | (11) | (46) | (35) | (214) | (31) | (625) | (587) |
| Mixer · Stand Mixer | Stainless Steel · 48-oz · 1,500... | Stainless Steel · 4 speeds · 1,400... | Stainless Steel · 500 watts ·... | | 10 speeds · Blender ·... | Damson Blue · 5 speeds · 1,000... | |

---

ⓦ Blenders Eyewear
https://www.blenderseyewear.com ⋮

**Blenders Eyewear - Sunglasses, Snowboard & Ski Goggles ...**

Next-level sunglasses. Slope-scorching ski and snowboard goggles. **Blenders** Eyewear has the look you need and the performance to match. Shop today.

**Women's Sunglasses**
The right pair of sunglasses can make a huge difference when ...

**Men's Sunglasses**
If you're looking for sunglasses for men, you're in the right place ...

**Sale**
From sunnies to reading and blue light glasses, we'll help you find ...

**Sunglasses**
Sunglasses are a must-have accessory. These stylish shades ...

More results from blenderseyewear.com »

| See results about |
|---|
| **Blender** ›<br>A blender is a kitchen and laboratory appliance used to ... |

⚜ Walmart
https://www.walmart.com › ... › Blenders ⋮

**Blenders**

**Blenders** come in two major types: upright **blenders**, or stand **blenders**, and handheld **blenders**. An upright **blender** consists of a pitcher on top of a base, which ...

Free 90-day returns

Locations   ⋮



**A**   **Bosch Kitchen Center**
Orem, UT · (801) 224-1616
Open · Closes 5 PM
☑ In stock: **blenders** · Updated 1 day ago



Website    Directions

**B**   **Janitorial & Restaurant Supply**
Orem, UT · (801) 224-1148
Open · Closes 6 PM
In-store shopping · Delivery

Directions

More locations →


Target
https://www.target.com › ... › Kitchen Appliances   ⋮

**Blenders**
Find professional and hand **blenders** at Target. Discover top brands like Ninja, Vitamix, Nutribullet, KitchenAid, and Oster. Enjoy free shipping on orders ...
You visited this page on 6/30/23.


Amazon.com
https://www.amazon.com › blenders   ⋮

**Blenders - Small Appliances: Home & Kitchen**
Discover Household **Blenders** on Amazon.com at a great price. Our Small Appliances category offers a great selection of Household **Blenders** and...
30-day returns


Best Buy
https://www.bestbuy.com › site › abcat0912011   ⋮

**Blenders and Juicers - Best Buy**
Items 1 - 18 of 145 — Shop for **blenders** and juicers at Best Buy to create healthy beverages, snacks and meals with fruits and vegetables.
Free delivery over $35 · Free 15-day returns
You visited this page on 6/30/23.


Wired
https://www.wired.com › Gear › buying guides

**Best Blenders (2023): Smoothies, Soups, Sauces | WIRED**
Jun 10, 2023 — The perfect kitchen companion, these versatile **blenders** can whip up breakfast, dinner party dips, and everything in between.


Food & Wine
https://www.foodandwine.com › ... › Small Appliances

**The Best Personal Blenders, According to Our Rigorous Testing**
5 days ago — After earning perfect scores across all categories, we named the NutriBullet Pro 900 our ...
List includes: Best Overall · Best Value · Best Splurge · View full list
     Rating: 5 · Review by Bridget Degnan


Food Network
https://www.foodnetwork.com › ... › Product Reviews

**6 Best Blenders of 2023, Tested by Food Network Kitchen**

Jun 14, 2023 — Best Overall: Vitamix Explorian E310 · Best Value (and Best for Smoothies): Ninja Professional **Blender** · Best **Blender**-Food Processor Combo: Ninja ...

Sponsored

 Williams-Sonoma
https://www.williams-sonoma.com ⋮

### Williams Sonoma® Electrics - Free Shipping on Electrics

Shop Premium Electrics & More Exclusively at Williams Sonoma®. Cooking Inspiration. Recipes In Season Now. Share a Meal. Culinary Events & Classes. Innovative Cooking.

Rating for williams-sonoma.com: 4.6 · 30 reviews · Average delivery time: 1–3 days

Blenders · Buy Online, Get it Today · Electrics Ship Free · Air Fryers · The College Kitchen

Deal: Up to 45% off Zwilling Cutlery

---

Related searches  ⋮

women's blenders sunglasses          cheap blender walmart

men's blenders sunglasses

---

Sponsored

 webstaurantstore.com
https://www.webstaurantstore.com ⋮

### Food Blenders Available - Shop Wholesale Blenders

Commercial **Blenders** & Mixers At WebstaurantStore® | Fast Shipping! | Shop Now

Sponsored

 homedepot.com
https://www.homedepot.com ⋮

### Blenders At The Home Depot - Everyday Savings On Blenders

If Your **Blender** Is Going To Sit Out On Your Kitchen Counter, Choose A Look You Like. Enjoy...

Home improvement store · Lindon · Open · Closes 10 PM

Sponsored

 KitchenAid
https://www.kitchenaid.com › shop › blenders ⋮

### Cooking blenders - KitchenAid Official Site

Learn More About Our Collection Of Kitchen **Blenders** And Choose The Right One For You.

 Facebook
https://www.facebook.com › ... › Blenders ⋮

### Blenders | San Diego CA

**Blenders**, San Diego, California. 1003935 likes · 17811 talking about this · 775 were here. Fresh, vibrant, comfortable eyewear. Designed in San Diego,...

Rating: 4.3 · 5,294 votes

 Blenders In The Grass
https://www.drinkblenders.com ⋮

### Blenders In The Grass – Fresh-Quick-Nutritious-Delicious

**Blender's** Headquarters 6487B Calle Real Goleta, CA 93117. Office Hours: 7am-3pm Mon - Fri. Phone: 805-683-5858. Customer Service Hotline/E-Mail ...

Instagram
https://www.instagram.com › blenders ⋮

### Blenders

Introducing @legends x @**blenders** a bold collaboration blending two lifestyle & performance brands. Elevate your every day // @legends x @**blenders**...



TylersTx
https://www.tylerstx.com › blenders-eyewear

**Blenders Eyewear | Sunglasses & Ski Goggles**

**Blender** Eyewear aims to deliver the world's coolest and most affordable eyewear that inspires people to Live Life in Forward Motion. Based out of Sa...

Free delivery over $75 · 30-day returns

The Spruce Eats
https://www.thespruceeats.com › ... › Small Appliances



**The 7 Best Blenders of 2023**

Jan 5, 2023 — Best Overall: Vitamix Professional Series 750 **Blender** at Amazon ; Runner-Up, Best Overall: KitchenAid K400 **Blender** at Amazon ; Bes...

List includes: Best Personal Blender · Best Immersion Blender · Runner-Up, Best Overall · View full list

New York Magazine
https://nymag.com › strategist › article › best-blenders

**11 Best Blenders 2023 | The Strategist**

3 days ago — We spoke to experts to find the very best **blenders**, including Vitamix Professional Series 750 **Blender**, Blendtec Total **Blender** Classic, ...

List includes: Best even less expensive blender · Best blender with touchscreen · Best blender for smoothies · View full list

YouTube
https://www.youtube.com › Curtis Holt


13:14

**Blender 3.6 is Here! - What are the NEW Features? - YouTube**

**Blender** 3.6 is here!Support my work: https://curtisholt.online/patreonGet **Blender** Resources: https://curtisholt.online/storeSecond Channel: ...

YouTube · **Curtis Holt** · 1 day ago



Wikipedia
https://en.wikipedia.org › wiki › Blender



**Blender**

A **blender** is a kitchen and laboratory appliance used to mix, crush, purée or emulsify food and other substances. A stationary **blender** consists of a...



Williams-Sonoma
https://www.williams-sonoma.com › shop › electrics




**Electric Kitchen Blenders**

Shop top-rated **blenders** from trusted brands at Williams Sonoma. FREE SHIPPING! From smoothies to soups, our collection of electric **blenders**...

30-day returns

Vitamix
https://www.vitamix.com › en_us › shop › blenders

**Shop All Vitamix Blenders - Smart System, Classic, and ...**

Results 1 - 12 of 40 — All **Blenders** · Product Series · Product Collections · Compatible with · Color · Product Type.

Free delivery · Free 60-day returns

**Sponsored**



JCPenney
https://www.jcpenney.com



**Blenders at JCPenney® - Up to 50% off Small Electrics**

Save on **Blenders** at JCPenney®. Free Shipping Every Day at JCPenney®. Find Deep Discounts and Deals on Everything You Need for Your Home In One Place—JCPenney.

Department store · Provo · Open · Closes 8 PM

Rating for jcpenney.com: 4.0 · 131 reviews

Blenders · Toasters · Bedding & Bath · Back to College Sale 2023 · Home Sale · Air Fryers

Sponsored ⋮



**Kalorik 1800W**
High-Powere...

**$149.99**

Kalorik

(46)

Stainless Steel ·
4 speeds · 1,40...



**Luvele Blender**
Stainless Ste...

**$448.95**

Luvele US

(35)

Stainless Steel ·
500 watts · ...



**AvaMix**
BL2T482J...

**$169.99**

Webstaurant...

(11)

Stainless Steel ·
48-oz · 1,500...



**Blendtec -**
Blender -...

**$711.11**

KaTom Resta...

Free shipping

Black · 44-oz, 90-
oz · 1,800 watt...



**Vitamix A3300**
Ascent Serie...

**$549.95**

Vitamix

(464)

Black Diamond ·
64-oz · 3 speed...

 Zumiez
https://www.zumiez.com › brands › blenders-eyewear  ⋮

### Blenders Eyewear

**Blenders** sunglasses are based in the sunshine state of California in the heart
of San Diego, where you needs to have a pair of sunglasses everyday....

30-day returns

 Home Depot
https://www.homedepot.com › Appliances-Small-Kitchen...  ⋮

### Blenders - Small Kitchen Appliances

Results 1 - 48 of 222 — Get free shipping on qualified **Blenders** products or
Buy Online Pick Up in Store today in the Appliances Department.

90-day returns

 Consumer Reports
https://www.consumerreports.org › blenders  ⋮

### Best Blender Reviews – Consumer Reports

Looking for the best **blender**? Consumer Reports has honest ratings and
reviews on **blenders** from the unbiased experts you can trust.

 WebstaurantStore
https://www.webstaurantstore.com › ... › Food Preparation  ⋮

### Commercial Blenders

Get the right heavy-duty commercial **blender** for your bar or your high-volume
kitchen! Shop WebstaurantStore for wholesale prices on kitchen equipment!

30-day returns

 KitchenAid
https://www.kitchenaid.com › countertop-appliances  ⋮

### Kitchen Blenders that are Maker-Inspired

**BLENDER** COLLECTION · EXPLORE YOUR BEST TASTE AND TEXTURE ·
CAPTIVATE WITH HIBISCUS · Craft Taste Sensations MADE FOR MORE THA...

https://www.kitchenaid.com › ... › Blenders  ⋮

### Blenders

**Blenders** are categorized into two main types: countertop **blenders** and immersion **blenders**.
Many factors can play into which kitchen **blender** is best for you, like ...

Free delivery · 30-day returns



**BlendJet**
https://blendjet.com   ⋮

**BlendJet® Portable Blender | The Next-Gen Blender®**

The BlendJet 2 portable **blender** packs big **blender** power on the go. It crushes ice or almost anything. It even cleans itself. It's USB-C rechargeable and ...

Free delivery · 30-day returns

**Ninja Kitchen**
https://www.ninjakitchen.com › page › blenders   ⋮

**Personal Smoothie Blender**

**Blenders** & kitchen systems. Better when blended. Whether you're making single-serve smoothies or crafting big-batch blends, Ninja® can help you whip up ...



**YouTube**
https://www.youtube.com › Blenders Eyewear   ⋮

**Blenders Eyewear: Founder Story - YouTube**

People said he was crazy to do this...so he fkn' did it. Starting as a surf coach in San Diego, our CEO and Founder, Chase Fisher, ...

YouTube · Blenders Eyewear · Apr 8, 2022



**YouTube**
https://www.youtube.com › Josh Gambrell   ⋮

**The TRUTH About Blender Addons... - YouTube**

**Blender** addons. Are they good? Bad? Should we use them? What's the deal? Let's discuss.Learn hard surface with our '9 Secrets' **Blender** ...

YouTube · Josh Gambrell · 5 hours ago

---

**Sponsored**



**Best Buy**
https://www.bestbuy.com

**Blenders and Juicers - Best Buy**

Shop Small Kitchen Appliances at Best Buy. Shop Online or In Store. Discover Air Fryers, **Blenders**, Toasters, and More at Best Buy. Ready In An Hour.

Rating for bestbuy.com: 4.7 · 501 reviews · Order accuracy: 95–100%

Small Appliance Top Deals · All Best Buy® Appliances · Ready In One Hour · Free Shipping
Orem · 2 locations nearby

**Sponsored**   ⋮

    

| MMXR-3221 - MudMixer | Kalorik 1800W High-Powere... | Breville Commercial - ... | Luvele Blender Stainless Ste... | Havana Spee... \| Aura |
|---|---|---|---|---|
| **$2,995.00** | **$149.95** | **$599.95** | **$448.95** | **$95.00** |
| MudMixer | Kalorik | Webstaurant... | Luvele US | Blenders Eye... |
| (69) | (46) | (20) | (35) | (587) |
| Stand Mixer · Mixer | Stainless Steel · 1,400 watts · 4... | Stainless Steel · 1,800 watts · 1... | Stainless Steel · 500 watts · ... | |

**LinkedIn**
https://www.linkedin.com › company › blenders-eyew...   ⋮

**Blenders Eyewear**

At **Blenders** Eyewear, we're about looking good, feeling good, and helping others do the same with steezy gear that launches their lives into Forward Motion.



**Hamilton Beach**
https://hamiltonbeach.com › blenders

**Blenders | HamiltonBeach.com**

Discover Hamilton Beach® **blenders**, known worldwide for making smooth and delicious shakes, smoothies, icy drinks and more.

Free 60-day returns



**Cuisinart**
https://www.cuisinart.com › ... › Appliances

**Countertop and Kitchen Blenders**

Our kitchen **blenders** come with varying speeds and settings for a wide range of tasks like blending, puréeing, chopping and liquefying. Shop for yours now.

Free delivery · 45-day returns



**Good Housekeeping**
https://www.goodhousekeeping.com › blender-reviews

**7 Best Blenders of 2023, Tested & Reviewed**

May 24, 2023 — The best powerful **blenders** include personal **blenders**, **blender** food processor combos, Vitamix and Ninja **blenders** that are great f...

You visited this page on 5/17/23.



**Blender**
https://www.blender.org › download

**Download — blender.org**

Featuring simulation nodes, a new UV packing engine, performance improvements in Cycles, and so much more. Discover the freedom to create...



**Tillys**
https://www.tillys.com › BRANDS

**Blenders Eyewear**

Get It Fast · **BLENDERS** EYEWEAR Eclipse X2 Polarized Sunglasses · **BLENDERS** EYEWEAR Fortunate Gina Polarized Sunglasses · **BLENDERS**...

Free 60-day returns



**Blendtec**
https://www.blendtec.com › collections › blenders

**Premium Commercial Kitchen Blenders**

The Blendtec **blender** is the perfect small appliance for your kitchen. Make smoothies, hot soup, juice and more with our all-in-one designs.

Free delivery · 30-day returns



**RTINGS.com**
https://www.rtings.com › blender

**Blender Reviews: Best of 2023**

91 **Blender** reviews. Start with our picks for the best **blenders** below. These are the ones we recommend based on our testing and in-depth **blender**...



**Wayfair**
https://www.wayfair.com › blenders-c419247

**Blenders You'll Love in 2023**

Find **Blenders** at Wayfair. Enjoy Free Shipping & browse our great selection of Small Appliances, Hot Plates & Burners, Roaster Ovens & Convection Ovens...

Free delivery · 30-day returns

**The Adult Man**
https://theadultman.com › Style

**Blenders Eyewear Review: Take Note, Beach Bros**

Jan 10, 2022 — **Blenders** Eyewear aims to take on designer shades with their unique San Diego surfer-style sunglasses. We review six different pairs.

Rating: 5 · Review by William Barton

Sponsored

 homedepot.com
https://www.homedepot.com    ⋮

**Blenders At The Home Depot - Shop Blenders & Mixers**

Nobody Beats Our Price Match Guarantee. Free Shipping & Free In Store Returns. Shop Now. Enjoy Everyday Low Prices On Small Kitchen Appliances. Savings at Home Depot.

Home improvement store · Lindon · Open · Closes 10 PM

Rating for homedepot.com: 4.3 - 1,103 reviews - Return policy: Most items 90+ days

Sponsored ⋮

       

| Cold Smoke \| Aura | Kalorik 1800W High-Powered Blender, Silver | Luvele Blender Stainless Steel High Speed Blender with... | Breville Commercial - Blender - CBL920 Sup... | AvaMix - Blender - BL2T48 2 hp Commercial... | Vitamix Blender - Professional Series 10-... | Kuvings Blender Professional Auto with... | Dynamic BL001.1.T BlendPro 1T Countertop... |
|---|---|---|---|---|---|---|---|
| $95.00 | $149.99 | $448.95 | $599.95 | $119.99 | $629.95 | $1,999.95 | $449.00 |
| Blenders Eye... | Kalorik | Luvele US | Webstaurant... | Webstaurant... | Best Buy | Williams-Son... | KaTom Resta... |
| (587) | (46) | (35) | (20) | (11) | (2k+) | Free shipping | Free shipping |
| | Stainless Steel · 1,400 watts · 4... | Stainless Steel · 500 watts · ... | Stainless Steel · 1,800 watts · 1... | Stainless Steel · 48-oz · 1,500... | Pearl Gray · 64-oz · 10 speeds ... | Stainless Steel · 1,875 watts · ... | Stainless Steel · 1,050 watts · 4... |

 Oster Appliances
https://www.oster.com › blenders-juicers › kitchen-ble...    ⋮

**Kitchen Blenders**

Find amazing products in Kitchen **Blenders'** today | Oster. ... Oster Pro® **Blender** with Texture Select Settings, 2 Blend-N-Go Cups.

 Lowe's
https://www.lowes.com › ... › Blenders & Juicers    ⋮

**Blenders at Lowes.com**

Find **blenders** at Lowe's today. Free Shipping On Orders $45+. Shop **blenders** and a variety of appliances products online at Lowes.com.

Free 90-day returns

 Returnly
https://blenderseyewear.returnly.com    ⋮

**Blenders Eyewear - Returns Center**

Start with an order number Start with an email address Returning a Gift? By continuing, you agree to the Terms and Privacy Policy.

 GE Appliances
https://www.geappliances.com › blenders    ⋮

**Discover Blenders | GE Appliances**

GE **BLENDERS** · SHOP **BLENDERS** · features you'll love · Large 64 Ounce **Blender** Jar · Vortex Action · **Blender** Counter Grip · EXPLORE OUR SMALL APPLIANCES · GE APPLIANCES ... · 30-day returns

Zwilling
https://www.zwilling.com › kitchen-appliances › blenders    ⋮

**Blenders with high quality**

Our **blenders** are equipped with original ZWILLING blades that work at full speed. A safety system is good here: Your ZWILLING ENFINIGY **blender** will...

Free delivery over $59



The New York Times
https://www.nytimes.com › reviews › best-blender

**The 4 Best Blenders of 2023 | Reviews by Wirecutter**

Nov 16, 2022 — Our best **blender** pick on a counter half-filled with a fruit smoothie, surrounded
Photo: Sarah Kobos. FYI. After new testing, ...

List includes: The best blender · A more affordable but less durable blender · Powerful blender
motor, shorter ... · View full list

Alabama Outdoors
https://alabamaoutdoors.com › brands › blenders

**Blenders - Alabama Outdoors**

Based out of San Diego, **Blenders** Eyewear's mission is to provide people with
a mid-priced eyewear option with the same cool factor as leading styles.

60-day returns

Breville
https://www.breville.com › products › blenders

**Blender Machines & Smoothie Makers**

Experience commercial grade **blenders** at home for delicious smoothies and purees with
Breville's high quality **blenders**. Order today for free shipping.

Free delivery · 30-day returns

Proctor Silex
https://www.proctorsilex.com › blenders

**Blenders | ProctorSilex.com**

Make smooth drinks and sauces with a powerful **blender**. ... Proctor Silex®
**blenders** deliver delicious smoothies, creamy milkshakes and decadent…
· 60-day returns

Calphalon
https://www.calphalon.com › kitchen-appliances › ble...

**Stainless Steel Blenders**

The ActiveSense™ **Blender** with Blend-N-Go® Smoothie Cup features
ActiveSense Technology to sense the mixture in the jar and automatically…

60-day returns

**Sponsored**



Crate and Barrel
https://www.crateandbarrel.com

**Kitchen Blenders & Electric Countertop Blenders | Crate & Barrel**

Find Juicers and **Blenders** for Your Kitchen. Shop Online at Crate & Barrel Today!

Rating for crateandbarrel.com: 4.4 - 37 reviews · Return policy: Most items 90+ days

Up To 60% Off · Up To 30% Off · The Kitchen by Crate · Introducing Molly Baz

**Deal:** Up to 60% off Fresh Markdowns

6207 S State St, Murray, UT - Open today · 10:00 AM – 9:00 PM ▾

Sponsored






| MMXR-3221 - MudMixer | Kalorik 1800W High-Powere... | Luvele Blender Stainless Ste... | Blendtec - Blender -... | Breville Commercial -... |
|---|---|---|---|---|
| **$2,995.00** | **$149.99** | **$448.95** | **$1,077.14** | **$599.95** |
| MudMixer | Kalorik | Luvele US | KaTom Resta... | Webstaurant... |
| (69) | (46) | (35) | (6) | (20) |
| Stand Mixer · Mixer | Stainless Steel · 1,400 watts · 4... | Stainless Steel · 500 watts · ... | Black · 32-oz, 90-oz · 1,800 watt... | Stainless Steel · 1,800 watts · 1... |

 Nutribullet
https://www.nutribullet.com › shop › blenders › all   ⋮

**Shop & Buy the Best Blenders Online**

Shop for the best **blenders** online. Browse and buy from our selection of the best nutribullet smoothie **blenders**, juicers, kitchen **blenders**, and more here.

Free delivery over $75 · 30-day returns

 Shop QVC
https://www.qvc.com › ... › Blenders › _ › N-ztcw3z   ⋮

**Blenders & Food Processors**

An immersion **blender** can be your new go-to tool in the kitchen, for everything from pureeing homemade soups to making pesto or whipped cream. Immersion **blenders** ...

30-day returns

 Weston Brands
https://www.westonbrands.com › blenders   ⋮

**Blenders**

Weston **Blender** with Sound Shield and Personal Jar. ON SALE. Weston **Blender** with Sound Shield and Personal Jar. MODEL: 58918. $79.98 $169.99. ADD TO CART ...

· 30-day returns

 Klarna
https://www.klarna.com › ... › Small Home Appliances   ⋮

**Blenders**

Compare prices on **Blenders** and shop the perfect **Blender** at the best price on the market. ✓ Easy, fast and convenient. Welcome to Klarna!

 Blenders Cafe
https://www.blenderscafe.com   ⋮

**Blenders Cafe**

We have great selections of smoothies, juices, wraps, sandwiches, salads and a full espresso bar! CHECK OUT OUR MENU ITEMS! **Blenders** smoothie20170525 5477 ...

 CNN.com
https://www.cnn.com › cnn-underscored › reviews › best...   ⋮

**Best blenders in 2023, tested by editors | CNN Underscored**

Jun 8, 2023 — We tried out everything from Breville and Ninja to Vitamix and more. Read on to see which **blender** beat out the competition.

List includes: From $547 at Amazon or $550 at Wayfair · From $432 (Renewed) at Amazon · $120 $90 at Amazon · View full list



**HSN**
https://www.hsn.com › ... › Kitchen Appliances ⋮

## Blenders

exclusive! Ninja Stor...    exclusive! NutriBullet ...    new! Nutribullet Blend...    exclusive! Ninja TWIS...
Nutribullet 600-Watt B...    KitchenAid Variable S...    Ninja Nutri-Ninja Pers...    Hamilton Beach Hand...
Hamilton Beach Wave...    Ninja Nutri Pro with A...    Ninja Mega Kitchen S...    Kalorik Personal Blen...



**Serious Eats**
https://www.seriouseats.com › ... › Electric Appliances ⋮

## The Best Blender for You: Expensive Versus Budget Buys, ...

We tested both affordable and high-end **blenders** before choosing our top two picks. ... We like the Cuisinart Hurricane **Blender** and the Vitamix 5200 **Blender**.



**Gem Blenders**
https://www.gemblenders.com ⋮

## Gem Blenders: Home

Mix and match gems, explore blend synergies, and command your heroes to outwit your opponent in this lo-fi TCG by Steve Sekula.



**Beautyblender**
https://beautyblender.com › collections › blenders ⋮

## Blenders

**Blenders**. Iconic award-winning foam for an easy flawless application. CATEGORIES. Close menu. Categories. Categories. Featured, Best selling, Alphabetically ...

Rating: 4.3 · 16 reviews

**Sponsored**



qvc.com
https://www.qvc.com ⋮

## Blenders & Food Processors - QVC.com

Shop QVC today - your one-stop destination for all things skincare. Shop Online At The Official QVC Website.

Rating for qvc.com: 4.5 - 1,986 reviews - Return policy: Most items 30+ days

Deal: $10 off 1st Order $25+ · Code SURPRISE

More results ⌄

84058, Utah - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms

Pedialyte SPORT **Feel better fast**

Sponsored



### There's Only One Real Vitamix
Sponsored by Vitamix

**Shop now**

Now **$129.95** ~~$249.95~~
Vitamix ONE Blender, 32 fl oz
★★★★½ 245

**$359.95**
Restored Premium Vitamix 5300...
★★★★★ 1371

**$149.95**
Vitamix® Immersion Blender
★★★★★ 587

**$629.95**
Vitamix Profe Series 750 Bl
★★★★★ 1787

---

🏠 In-store    ◎ Price ⌄    Brand ⌄    ◎ Speed ⌄        Sort by | Best Match ⌄

Ninja blenders | Nutribullet | Vitamix | Immersion blenders | Oster blenders | Magic Bullet blenders | Portable blenders | KitchenAid blenders | ➜

---

Price when purchased online ⓘ



**100+ bought since yesterday** | **100+ bought since yesterday** | **In 100+ people's carts** | Best seller

+ Add | + Add | + Add | Options

Sponsored | Sponsored | Sponsored | Sponsored

Now **$24.97** ~~$34.97~~ | **$38.95** | **$58.00** | **$32.99** ~~$99.99~~

Magic Bullet® Mini 14 oz. Compact Personal Blender Silver/Black | Magic Bullet® 11 Piece Personal Blender MBR-1101 – Silver / Black | nutribullet 600 Watt 24 oz. Cup Personal Blender | Vavsea Immersion Hand Blender, 12-Speed Multi-Function Handheld Stick Blender with...

★★★★½ 1556 | ★★★★ 2503 | ★★★★½ 12064 | ★★★★½ 1726

Save with W+ | Save with W+ | Save with W+ | Save with W+

Pickup   Delivery   2-day shipping | Pickup   Delivery   1-day shipping | Pickup   Delivery   2-day shipping | 2-day shipping



+ Add | + Add | Options | + Add

**$58.00** | **$89.99** | **$79.99** | **$54.99**

Magic Bullet Healthy EssentialMini Blender, 7 Piece Set, 250 Watts with Cross Blad...

3+ day shipping

Nutribullet NB9-1301ANB Pro Single Serve Blender (900W) All Matte Navy Blue, 32 oz

★★★★★ 1

3+ day shipping

More options from $76.99

Haden 56 Ounce 5-Speed Retro Blender with Glass Jar, Turquoise - 75029

★★★★★ 3

1-day shipping

KitchenAid Variable Speed Corded Hand Blender - KHBV53

★★★★☆ 240

3+ day shipping

**In 100+ people's carts**









Sponsored



+ Add

$54.99

KitchenAid Variable Speed Corded Hand Blender - KHBV53

★★★★☆ 241

Save with W+

3+ day shipping

+ Add

$79.87

NutriBullet ZNB30100Z Pro 1000 Personal Blender, 32-Ounce, Light Gray

★★★★☆ 2

3+ day shipping

+ Add

$49.88

BlendJet 2, the Original Portable Blender, 20 oz, Black

★★★★★ 14605

Save with W+

2-day shipping

+ Add

**Now $99.99** ~~$112.00~~

Costway Professional Countertop Blender 8-in-1 Smoothie Soup Blender with...

★★★★☆ 7

3+ day shipping

Feel better fast



Sponsored



+ Add

$59.99

Proctor Silex Blender, 950 Watts of Peak Power, 52 oz. Capacity, Black & Silver, 53560

★★★★☆ 34

Save with W+

3+ day shipping

+ Add

$374.99

Hamilton Beach Professional 2.2 HP 120V Juicer Mixer Grinder with 3 Stainless Steel Jars, 1.5...

★★★★☆ 10

Save with W+

3+ day shipping

+ Add

$139.99

KitchenAid KHB2361 5 Speed Hand Blender

★★★★★ 10

3+ day shipping

+ Add

$114.51

Ninja Foodi Smoothie 72 fl. oz. Bowl Maker and Nutrient Extractor Black Silver (SS101)

★★★★☆ 115

3+ day shipping







**$99.87**

NutriBullet Rx Blender, Black , medium Used

3+ day shipping

**Now $229.99** $299.87

KitchenAid K400 Variable Speed Blender - KSB4027

★★★★★ 2

3+ day shipping

**$199.99**

KitchenAid K150 3 Speed Ice Crushing Blender with 2 Personal Blender Jars - KSB1332

★★★★½ 99

3+ day shipping

**$75.99**

KitchenAid Used 3-Speed Hand Blender, RKHB2351

★★★★ 35

3+ day shipping

Best seller









Sponsored

**$99.00**

nutribullet® Pro 32 oz. 900 Watt Personal Blender - Matte Black

★★★★½ 9184

Save with W+

Pickup    Delivery    2-day shipping

Sponsored

**Now $129.95** $249.95

Vitamix ONE Blender, 32 fl oz

★★★★½ 245

Save with W+

2-day shipping

**$548.14**

Blendtec - Total Classic Original Blender - WildSide+ Jar (90 oz) - Professional-Grade Power - 6...

★★★★½ 24

Save with W+

2-day shipping

**$54.99**

KitchenAid Variable Speed Corded Hand Blender - KHBV53

★★★★½ 158

3+ day shipping









**Departments** ⌄

**Price** ⌄

**Brand** ⌄

**Speed** ⌄

**$95.88**

Restored Ninja BL710WM Professional 72oz 1000-Watt Blender (Black) (Refurbished)

**Now $274.78** $374.99

Blendtec Classic 570 with Wildside Jar 5 Speed Blender Black (C570A2301C)

**$299.95**

ZWILLING Enfinigy Power Blender

★★★★½ 163

**Now $144.80** $210.66

Galanz 60 Ounce 1000 Watts High Speed Cooking Blender in Stainless Steel with Glass Jar

☆☆☆☆☆ 2

3+ day shipping

★★★★☆ 307

3+ day shipping

★★★★☆ 21

Save with W+

3+ day shipping

★★★★☆ 21

Save with W+

3+ day shipping



+ Add



+ Add



Sponsored

Options



Sponsored

Options

**$103.95**

Restored Ninja Foodi SS201 Power Blender & Processor. 3in1 1400WP smartTORQUE 6 Auto...

★★★★★ 1

3+ day shipping

**$149.95**

Cuisinart Velocity Ultra Trio Blender and Food Processor with Travel Cups, Silver (BFP-650),5...

★★★★☆ 134

3+ day shipping

**$49.88** $2.49/fl oz

BlendJet 2, the Original Portable Blender, 20 oz, Lavender

★★★★★ 694

Save with W+

3+ day shipping

**$24.99**

Options from $24.99 – $29.99

La Reveuse Smoothies Blender Personal Size 300 Watts with 18 oz (Silver)

★★★★☆ 588

Save with W+

2-day shipping

+ Add

+ Add

+ Add

+ Add

**$299.99**

Nuwave 64 OZ Infinity High-Performance Blender; Lifetime Warranty; NSF

★★★★★ 486

Save with W+

3+ day shipping

**$854.00**

Robot Coupe - MP450Turbo - 18 in Hand Held Commercial Immersion Blender

3+ day shipping

**$124.67**

Ninja Professional 72 Oz Countertop Blender with 1000-Watt Base and Total Crushing...

3+ day shipping

**$139.95**

Restored Ninja CO351B SS351 Foodi Power Pitcher System 4in1 Single Serve Blender 72 oz,...

★☆☆☆☆ 1

3+ day shipping

In 200+ people's carts

6/30/23, 10:32 AM





$89.87

nutribullet 56 oz. Blender Combo with Single Serve Cups, 1000W

⭐⭐⭐⭐ 673

Out of stock
**Shop similar**

$89.00

Ninja Professional Blender

⭐⭐⭐⭐ 1153

Out of stock
**Shop similar**

$159.00

Ninja Auto-iQ Kitchen System, Blender, and Food Processor 1200 Watts, BL910

⭐⭐⭐⭐ 447

Out of stock
**Shop similar**

$69.99

BLACK+DECKER PowerCrush Digital Blender with Quiet Technology, Stainless Steel,...

⭐⭐⭐⭐ 708

Out of stock
**Shop similar**

$15.00

Magic Bullet Essential Personal Blender, Silver

⭐⭐⭐⭐ 154

Out of stock
**Shop similar**

$52.30

Oster Smash Blend 14 Speed 300 Blender with Smoothie Cup

⭐⭐⭐⭐ 212

Out of stock
**Shop similar**

$44.89

NutriBullet 500 Personal Blender with 3 Pieces, Matte White & Gold

⭐⭐⭐⭐ 331

Out of stock
**Shop similar**

$149.00

Ninja Foodi Power Blender & Processor System with Nutrient Extractor* 3in1 Blender 1200W ...

⭐⭐⭐⭐ 57

Out of stock
**Shop similar**



$119.99

Ninja BL688 Professional Auto iQ Countertop Blender with Total Crushing Technology,...

★★★★★ 40

Out of stock

Shop similar

**Related searches**

| 🔍 blenders for kitchen | 🔍 blender | 🔍 ninja blenders | 🔍 toaster | 🔍 oster blenders | 🔍 air fryer |

‹   1   …   6   **7**   8   …   25   ›

Menu   What can we help you find today? 🔍   Jantzen Beach   **Cart**

Best Buy › Appliances › Small Kitchen Appliances

## Brand

**Blenders & Juicers**

- [ ] Americana
- [ ] BELLA
- [ ] BlendJet
- [ ] Blendtec
- [ ] Braun
- [ ] Breville
- [ ] Cuisinart
- [ ] Elite Gourmet
- [ ] Haden

- [ ] Hamilton Beach
- [ ] Kalorik
- [ ] KitchenAid
- [ ] Kuvings
- [ ] Magic Bullet
- [ ] Margaritaville
- [ ] Ninja
- [ ] Nutri
- [ ] NutriBullet

- [ ] Ome
- [ ] Oste
- [ ] Proct
- [ ] SMEG
- [ ] Unca
- [ ] Vitan
- [ ] West
- [ ] Wolf

Single-serve blenders

Full-size blenders

Hand blenders

Sponsored

**Show Results (147)**   **Cancel**

### Featured products

Sponsored

‹

Vitamix - Explorian Series E310 Blender - Black
(626)
$349.99

Vitamix - Professional Series 10-Speed Blender - Pearl Gray
(145)
$629.95

Vitamix - A Bowl Start
$139.95

›

---

**Juicers**

**Current Deals**
- [ ] On Sale
- [ ] Plus & Total Member Deals
- [ ] Free Shipping Eligible
- [ ] Clearance
- [ ] Price Drop

**Brand**

Search Brand

- [ ] Ninja
- [ ] Vitamix
- [ ] KitchenAid
- [ ] NutriBullet
- [ ] Cuisinart
- [ ] Breville
- [ ] Hamilton Beach
- [ ] Oster

Show More

**Price**

min. ___ to ___ max. ›

---

**147 items**   Sort By: **Best Selling ▾**

Sponsored
**Vitamix - Explorian Series E310 Blender - Black**
Model: 64068   SKU: 6006801
(626)

**$349.99**

🛒 **Add to Cart**

**Get it today**

📍 **Pickup:** Ready in 1 hour at Jantzen Beach
Act Fast - Only 3 left at your store!
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

[ ] Compare   🔖 Save

---

**NutriBullet - Juicer Pro - 27oz Juice Pitcher, 1000 Watt - Silver**
Model: NBJ50200   SKU: 6422482
(297)

**$109.99**
Save $40   Was $149.99

🛒 **Add to Cart**

Open-Box: from $81.99

**Get it today nearby**

📍 **Pickup:** Order now for pickup on Wed, Jul 12 at Jantzen Beach
Available today at a location 8 miles away
See all pickup locations

🚚 **FREE Shipping:** Get it by Thu, Jul 6
See all shipping options for 98660

[ ] Compare   🔖 Save



ADVERTISEMENT



Cart

## Brand

Americana

Bella Pro Series

BlendJet

Blendtec

Braun

Breville

Cuisinart

Elite Gourmet

Haden



Hamilton Beach
KitchenAid
Kuvings
Magic Bullet
Margaritaville
Ninja
Nutri
NutriBullet

Oster
Our L
Vitan
West

Ninja - Professional Plus Blender DUO with Auto-IQ - Black/Stainless Steel

**Model:** BN751    **SKU:** 6448487
(1,073)

**$128.99**
~~Save $21~~    ~~Was $149.99~~

🛒 **Add to Cart**

**Get it today**

🏪 **Pickup:** Ready in 1 hour at Jantzen Beach
Act Fast – Only 1 left at one store!
See all pickup locations

🚚 **FREE Shipping:** Get it by Wed, Jul 5
See all shipping options for 98660

☐ Compare    🔖 Save





Ninja - Foodi Power Blender & Processor System, Smoothie Bowl Maker & Nutrient Extractor*, 1400WP smartTORQUE 6 Auto-iQ - Silver

**Model:** SS351    **SKU:** 6421834
(662)

**$159.99**
Was $199.99

☐ Compare    🔖 Save



Ninja - Nutri-Blender Pro Personal Blender with Auto-iQ - Cloud Silver

**Model:** BN401    **SKU:** 6460517
(659)

☐ Compare    🔖 Save

BlendJet - 2 Portable Blender - Black

**Model:** blendjet-2-black    **SKU:** 6475315

**Color:** Black

   

(454)

☐ Compare    🔖 Save





## Brand

- Americana
- Bella Pro Series
- BlendJet
- Blendtec
- Braun
- Breville
- Cuisinart
- Elite Gourmet
- Haden

Hamilton Beach
Kalorik
KitchenAid
Kuvings
Magic Bullet
Margaritaville
Ninja
Nutr
NutriBullet



Sponsored

**Vitamix - Professional Series 10-Speed Blender - Pearl Gray**

Model:  66791    SKU:  6368031

(145)

### Get it today

Pickup: Ready in 1 hour at Jantzen Beach
Act Fast – Only 2 left at your store!
See all pickup locations

FREE Shipping: Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save

One
Oster
Proct
Smeg
Sur L
Unca
Vitan
West
Wolf

**$629.95**

<u>Cart</u>

🛒 **Add to Cart**

---



**Elite Gourmet - 16-Oz. Citrus Juicer - White**

Model:  ETS-411    SKU:  5728804

(41)

☐ Compare    🔖 Save

---



**Margaritaville - Key West Frozen Concoction Maker with Easy Pour Jar and XL Ice Reservoir - Silver**

Model:  DM1900000000    SKU:  5396808

(32)

☐ Compare    🔖 Save

---

ADVERTISEMENT

---



**NutriBullet - PRO+ Single Serve Blender - Silver**

Model:  N12-1001    SKU:  6288522

(447)

☐ Compare    🔖 Save



Cart

## Brand

Americana
Bella Pro Series
BlendJet
Blendtec
Braun
Breville
Cuisinart
Elite Gourmet
Haden
Hamilton Beach
Kalorik
KitchenAid
Kuvings
Magic Bullet
Margaritaville
Ninja
Nutr
NutriBullet

Ome
Oste
Proct
SMEC
Sur L
Unca
Vitam
West
Wolf



**Breville - Juice Fountain® Cold Electric Juicer - Silver**
Model: BJE430SIL   SKU: 4922501
(1,322)

☐ Compare   🔖 Save



Sponsored

**Vitamix - Ascent 2500 Series 64-Oz Blender - White**
Model: 62069   SKU: 5747778
(493)

**Get it in 6 days**

🏬 Pickup: Order now for pickup on Sun, Jul 9 at Jantzen Beach
See all pickup locations

🚚 FREE Shipping: Get it by Thu, Jul 6
See all shipping options for 98660

☐ Compare   🔖 Save

**$549.95**

🛒 Add to Cart



**Breville - the Juice Fountain Cold XL Juicer - Brushed Stainless Steel**
Model: BJE830BSS1USC1   SKU: 6323690
(153)

☐ Compare   🔖 Save



**Vitamix - Explorian Series E310 Blender - Black**
Model: 64068   SKU: 6006801
(626)

☐ Compare   🔖 Save



**Ninja - Professional Plus Blender with Auto-iQ - Grey**
Model: BN701   SKU: 6395885
(1,488)

☐ Compare   🔖 Save



**Cart**

## Brand

- Americana
- Bella Pro Series
- BlendJet
- Blendtec
- Braun
- Breville
- Cuisinart
- Elite Gourmet
- Haden

Hamilton Beach
Kalorik
KitchenAid
Kuvings
Magic Bullet
Margaritaville
Ninja
NutriBullet
NutriBullet

Ome
Oste
Proct
SMEC
Surl
Vitan
West
Wolf



Ninja - Foodi Power Blender Ultimate System 72-
Oz. Blender, Smoothie Bowl Maker, Food
Processor - Platinum
**Model:**  SS401    **SKU:**  6471101
(376)

☐ Compare    🔖 Save



Ninja - Mega Kitchen System 72-Oz. Blender -
Black
**Model:**  BL770    **SKU:**  4804362
(6,824)

☐ Compare    🔖 Save



Ninja NeverClog Cold Press Juicer - Charcoal
**Model:**  JC151    **SKU:**  6535802
(4)

☐ Compare    🔖 Save



Oster - JusSimple Centrifugal Juice Extractor -
Stainless Steel
**Model:**  FPSTJE9010000    **SKU:**  6405351
(90)

**Notify Me**

☐ Compare    🔖 Save

Breville - Juice Fountain Compact Electric Juicer
- Silver
**Model:**  BJE200XL    **SKU:**  8627337
(1,450)

☐ Compare    🔖 Save





Brand

| | | |
|---|---|---|
| Americana | Hamilton Beach | Ome |
| Bella Pro Series | Kalorik | Oste |
| BlendJet | KitchenAid | Proct |
| Blendtec | Kuvings | SMEG |
| Braun | Magic Bullet | Sur L |
| Breville | Margaritaville | Unco |
| Cuisinart | Ninja | Vitan |
| Elite Gourmet | Nutr | West |
| Haden | NutriBullet | Wolf |

NutriBullet - Immersion Blender - Black
Model:  NBI50100    SKU:  6459989
(65)

☐ Compare    🔖 Save

1-18 of 147 items

‹  1  2  3  ...  9  ›

Related Searches  blender | food processor | juicer | ninja creami | ninja blender

## Similar products from outside of Best Buy ⓘ

### KitchenAid® Blenders - Celebrate Black Friday in July
Sponsored · https://www.kitchenaid.com/ ▾
Celebrate With Big Deals On Select KitchenAid® Blenders. Click For Details. Keep It Cool With The KitchenAid Black Friday In July Sale! Shop Online Now. Free Shipping.

Browse KitchenAid® Sale          Shop Bowls For Your Mixer
KitchenAid® Top Sellers          New Limited Edition Mixer
Easy Payment Plans               Gift Guide For Newlyweds

### All Juicers and Blenders
Sponsored · https://www.kuvingsusa.com/ ▾
Kuvings Cold Press Juicer | Juicing Made Easy | Free Shipping to 48 US. Healthy living has never...

EVO820 Whole Slow Juicer          NEW - REVO830 Slow Juicer
Kuvings Whole Slow Juicer         Kuvings Recipes
Commercial Slow Juicers           Kuvings USA Official Page



### Blender & Juicer on Huge Sales - Free Shipping & Return Today
Sponsored · https://www.temu.com/ ▾
Upgrade your appliances with discounts up to 90%! Everything you need is on sale now. Don't miss out on our major appliance sale! Score discounts on all categories. Low Price. Free Returns. Free Shipping. All Categories. Types: Women's Clothing, Shoes, Beauty & Health, Home & Kitchen, Kid's Fashion, Patio, Lawn & Garden.

Best Sellers          Temu's Story
Shop Like A Billionaire

### Introducing BlendJet 2 Next-Gen Portable Blender
Sponsored · https://www.blendjet.com/ ▾
Enjoy The Next-Gen Portable Blender. Perfectly Blended Smoothies Anywhere. Get Yours Now!

ADVERTISEMENT

Visit our Support Center    Check your Order Status    Shipping, Delivery & Store Pickup    Returns & Exchanges    Price Match Guara



**Order & Purchases**

Check Order Status

Shipping, Delivery & Pickup

Returns & Exchanges

Price Match Guarantee

Product Recalls

Trade-In Program

Gift Cards

**Payment Options**

My Best Buy® Credit Card

Pay Your Bill at Citibank

Lease to Own

**Brand**

Americana

Bella Pro Series

BlendJet

Blendtec

Braun

Breville

Cuisinart

One Gourmet

Haden

Hamilton Beach

KitchenAid

Kalorik

Kuvings

Magic Bullet

Margaritaville

Ninja

Nutr

NutriBullet

**Support & Services**

Visit our Support Center

Shop with an Expert

Schedule a Service

Manage an Appointment

Protection & Support Plans

Haul Away & Recycling

Contact Us

**Rewards & Membership**

My Best Buy Memberships

View Points & Certificates

Member Offers

**Partnerships**

Affiliate Program

Advertise with Us

Developers

Best Buy Health

Best Buy Education

Best Buy Business

**About Best Buy**

Corporate Information

Careers

Corporate Responsibility & Sustainability

Discover & Learn

Omega

Oster

Proctor

SMEG

Sur La

Uncar

Vitamix

Weigh

Wolf

Sign in or Create Account

**Cart**

**Get the latest deals and more.**

Enter email address

**Sign Up**

**Best Buy app**

Learn more ›

Blogger Network, videos & more

How was your experience?

Give feedback about our website

Mobile Site    Best Buy Canada

Accessibility    Terms & Conditions    Privacy    Interest-Based Ads    State Privacy Rights    CA Do Not Sell/Share My Personal Information    Limit Use of My Sensitive Personal Information    Targeted Advertising Opt Out    CA Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2023 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.



Menu          What can we help you find today?          🔍                    Jantzen Beach          **Cart**

Best Buy › Appliances › Small Kitchen Appliances

## Blenders & Juicers

 Full-size blenders

 Single-serve blenders

 Hand blenders



### Featured products                                                                 Sponsored

          

‹

Personal Cup Adapter Kit for Vitamix Legacy Series Blenders - Clear/Transparent

KitchenAid - Cordless Variable Speed Hand Blender - Black Matte

Blending B Ascent Ser

(84)

(268)

$144.95

$88.99
$99.99

$39.95

›

---

**147 items**                                                      Sort By:  Best Selling ⌄



Sponsored

KitchenAid Cordless Variable Speed Hand Blender with Chopper and Whisk attachment - KHBBV83 - Empire Red

**Model:** KHBBV83ER    **SKU:** 6523324

(4)

**$159.99**

🛒 Add to Cart

**Get it in 5 days**

🏬 **Pickup:** Order now for pickup on Sun, Jul 9 at Jantzen Beach
See all pickup locations

🚚 **FREE Shipping:** Get it by Wed, Jul 5
See all shipping options for 98660

☐ Compare    🔖 Save

---

Vitamix - Ascent 3500 Series 64-Oz Blender - Black Stainless

**Model:** 63344    **SKU:** 6424314

(259)

**$699.95**

🛒 Add to Cart

**Get it today**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 1 left at your store!
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save







[Breville - Juice Fountain Compact Electric Juicer - Silver](#)

**$99.99**

**Cart**

Model: BJE200XL     SKU: 8627337

(1,450)

Open-Box: from $87.99

**Get it today**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 2 left at your store!
See all pickup locations

🚚 **FREE SHIPPING:** Get it by tomorrow
See all shipping options for 98660

☐ Compare     🔖 Save

---

[KitchenAid - Cordless Variable Speed Hand Blender - Black Matte](#)

**$88.99**

Save $11   Was $99.99

Model: KHBBV53BM     SKU: 6412159

**Add to Cart**

**Color:** Black Matte

  



(268)

**Get it today**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 1 left at your store!
See all pickup locations

🚚 **FREE SHIPPING:** Get it by Mon, Jul 3
See all shipping options for 98660

☐ Compare     🔖 Save

---



[Ninja - Mega Kitchen System 72-Oz. Blender - Black](#)

**$199.99**

Model: BL770     SKU: 6957188

(6,824)

+ Save $20 with Plus or Total

**Get it today**

**Add to Cart**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 1 left at your store!
See all pickup locations

🚚 **FREE SHIPPING:** Get it by tomorrow
See all shipping options for 98660

☐ Compare     🔖 Save

---



[NutriBullet - Pro 32 oz. Personal Blender - Matte White](#)

**$99.99**

Model: NB9-0901AW     SKU: 6513478

**Add to Cart**

(34)

**Get it today**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 2 left at your store!
See all pickup locations

🚚 **FREE SHIPPING:** Get it by Mon, Jul 3
See all shipping options for 98660

☐ Compare     🔖 Save





Sponsored

KitchenAid Variable Speed Corded Hand
Blender - KHBV53 - Onyx Black

**Model:** KHBV53OB    **SKU:** 6413343

**$59.99**



🛒   Add to Cart

(680)

**Get it in 5 days**

🏬   **Pickup:** Order now for pickup on Wed, Jul
12 at Jantzen Beach
See all pickup locations

🚚   **FREE Shipping:** Get it by Wed, Jul 5
See all shipping options for 98660

☐ Compare    🔖 Save

---



Hamilton Beach - Big Mouth Juice Extractor -
Black

**Model:** 67601    **SKU:** 3154152

**$69.85**

🛒   Add to Cart

(160)

**Get it in 11 days**

🏬   **Pickup:** Order now for pickup on Wed, Jul
12 at Jantzen Beach
See all pickup locations

🚚   **FREE Shipping:** Get it by Tue, Jul 11
See all shipping options for 98660

☐ Compare    🔖 Save

---



Vitamix - Professional Series 10-Speed Blender -
Pearl Gray

**Model:** 66791    **SKU:** 6368031

**$629.95**

🛒   Add to Cart

(145)

**Get it today**

🏬   **Pickup:** Available today at Jantzen Beach
Act Fast - Only 2 left at your store!
See all pickup locations

🚚   **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save

---

ADVERTISEMENT



Blenders and Juicers - Best Buy

**Cart**



Ninja - Foodi Power Blender Ultimate System 72-Oz. Blender, Smoothie Bowl Maker, Food Processor - Platinum

**Model:** SS401    **SKU:** 6471101

(376)

**$239.99**

🛒 **Add to Cart**

**Get it today**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 2 left at your store!
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save

---



Vitamix - Ascent Series Blending Cup & Bowl Starter Kit - Black

**Model:** 69333    **SKU:** 6452835

(51)

**$139.95**

🛒 **Add to Cart**

**Get it today nearby**

🏬 **Pickup:** Order now for pickup on Sun, Jul 9 at Jantzen Beach
Available today at a location 5 miles away
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save

---



Sponsored

Vitamix - Ascent Series Blending Cup & Bowl Starter Kit - Black

**Model:** 69333    **SKU:** 6452835

(51)

**$139.95**

🛒 **Add to Cart**

**Get it today nearby**

🏬 **Pickup:** Order now for pickup on Sun, Jul 9 at Jantzen Beach
Available today at a location 5 miles away
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save

---



Vitamix - Explorian Series E310 Blender - Black

**Model:** 64068    **SKU:** 6006801

(626)

**$349.99**

🛒 **Add to Cart**

**Get it today**

🏬 **Pickup:** Available today at Jantzen Beach
Act Fast – Only 3 left at your store!
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 98660

☐ Compare    🔖 Save



Blenders and Juicers - Best Buy


Cart



Oster - JusSimple Centrifugal Juice Extractor - Stainless Steel

**Model:** FPSTJE9010000    **SKU:** 6405351

(90)

**Get it in 11 days**

Pickup: Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

FREE Shipping: Get it by Tue, Jul 11
See all shipping options for 98660

☐ Compare    🔖 Save

**$84.99**
~~Save $45~~    ~~Was $129.99~~

+ Save $6 with Plus or Total    ›

🛒 Add to Cart

---



Haden - 56 Oz Countertop Blender - Turquoise

**Model:** 75029    **SKU:** 6472726

(2)

**Get it in 7 days**

Pickup: Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

FREE Shipping: Get it by Fri, Jul 7
See all shipping options for 98660

☐ Compare    🔖 Save

**$79.99**

🛒 Add to Cart

---

Blendtec - Professional 800 11-Speed Blender - Black/Clear

**Model:** P800C2901-A1AP1D    **SKU:** 6315941

(11)

**Get it in 7 days**

Pickup: Order now for pickup on Thu, Jul 13 at Jantzen Beach
See all pickup locations

FREE Shipping: Get it by Fri, Jul 7
See all shipping options for 98660

☐ Compare    🔖 Save

**$799.99**

🛒 Add to Cart

---

**Get it fast**

**Store Pickup** at
Jantzen Beach and nearby stores

☐ Ready today - Fri, Jun 30

**Shipping** to 98660

☐ Get it today - Fri, Jun 30

---

**Availability**

☐ Exclude Out of Stock Items

---

**Category**

Blenders
Juicers

---

**Current Deals**

☐ On Sale

Kuvings - NSF Commercial Whole Slow Master Chef Masticating Juicer - Chrome

**Model:** CS700    **SKU:** 6390266

(1)

**Get it in 10 days**

Pickup: Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

FREE Shipping: Get it by Mon, Jul 10
See all shipping options for 98660

☐ Compare    🔖 Save

**$1,799.99**

🛒 Add to Cart



☐ Plus & Total Member Deals

☐ Free Shipping Eligible

☐ Clearance

☐ Price Drop

**Brand**

Search Brand

☐ Ninja

---

Omega - Cold Press 365 Vertical Masticating Juicer, White - White

**$149.95**    **Cart**

**Model:** JC3000WH13    **SKU:** 6504110

(20 from omegajuicers.com)

🛒 Add to Cart

Get it in 11 days

📍 **Pickup:** Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

🚚 **FREE Shipping:** Get it by Tue, Jul 11
See all shipping options for 98660

☐ Compare    🔖 Save

---

Haden - 56 Oz Countertop Blender - Ivory

**$79.99**

**Model:** 75062    **SKU:** 6472724

(2)

🛒 Add to Cart

Get it in 7 days

📍 **Pickup:** Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

🚚 **FREE Shipping:** Get it by Fri, Jul 7
See all shipping options for 98660

☐ Compare    🔖 Save

---

Blendtec - Go 30-Oz. Travel Bottle - Clear/Black

**$129.99**

**Model:** 41-610-50    **SKU:** 6315940

(2)

🛒 Add to Cart

Get it in 7 days

📍 **Pickup:** Order now for pickup on Thu, Jul 13 at Jantzen Beach
See all pickup locations

🚚 **FREE Shipping:** Get it by Fri, Jul 7
See all shipping options for 98660

☐ Compare    🔖 Save

---

Americana - Retro Personal Blender - Coral

**$34.99**

**Model:** EPB399C    **SKU:** 6440571

(11)

🛒 Add to Cart

Get it in 7 days

📍 **Pickup:** Order now for pickup on Wed, Jul 12 at Jantzen Beach
See all pickup locations

🚚 **$6.99 Shipping:** Get it by Fri, Jul 7
See all shipping options for 98660

☐ Compare    🔖 Save

---

19-36 of 147 items

‹  **1**  2  3  4  ...  9  ›

Related Searches  blender | food processor | juicer | ninja creami | ninja blender

**DELL** Technologies

Latitude 5000

$1,219.00

Step up performance today.

**Shop Now**

View legal

intel CORE i7 vPRO

Intel® Core™ i7 vPro® processor

ADVERTISEMENT

**You recently viewed** (2 items)






Cart



Blendtec - Designer 650 Blender
- Stainless Steel

(222)

**$499.99**

Blendtec - Classic 575 5-Speed
Blender - Black

(162)

**$379.95**

## People also viewed (20 items)





NutriBullet - 5-Speed Blender -
Dark Gray

(414)

**$129.99**
~~$149.99~~

NutriBullet - Juicer Pro - 27oz
Juice Pitcher, 1000 Watt - Silver

(297)

**$109.99**
~~$149.99~~

Hamilton Beach - Wave Crusher
Multi-Function Blender with 40...

(53)

**$44.99**

BlendJet - 2 Portable Blender -
Black

(454)

**$44.95**
~~$49.95~~

## Similar products from outside of Best Buy ⓘ

### All Juicers and Blenders
Sponsored · https://www.kuvingsusa.com/ ▾

Kuvings Cold Press **Juicer** | **Juicing** Made Easy | Free Shipping to 48 US. Healthy living has never...



EVO820 Whole Slow Juicer        NEW - REVO830 Slow Juicer
Kuvings Whole Slow Juicer        Kuvings Recipes
Kuvings USA Official Page        Commercial Slow Juicers

### KitchenAid® Blenders - Celebrate Black Friday in July
Sponsored · https://www.kitchenaid.com/ ▾

Celebrate With Big Deals On Select KitchenAid® **Blenders**. Click For Details. Keep It Cool With The KitchenAid Black Friday In July Sale! Shop Online Now. Free Shipping.

Browse KitchenAid® Sale        Shop Bowls For Your Mixer
KitchenAid® Top Sellers        New Limited Edition Mixer
Easy Payment Plans        Gift Guide For Newlyweds

### Get Up to 90% Temu Discount - Fruit Juicer Machine on Huge Sales
Sponsored · https://www.temu.com/ ▾

Discover a world of convenience with our Clearance. Best sellers up to 90% off. Come and check everything at a surprisingly low price, you'd never want to miss it. Free Returns. Free Shipping. Low Price. All Categories. Types: Women's Clothing, Shoes, Beauty & Health, Home & Kitchen, Kid's Fashion, Patio, Lawn & Garden.

Best Sellers        Temu's Story
Shop Like A Billionaire        Install Temu App now
Temu App New User Gift

ADVERTISEMENT

ADVERTISEMENT



**Cart**

| Visit our Support Center | Check your Order Status | Shipping, Delivery & Store Pickup | Returns & Exchanges | Price Match Guarantee |
|---|---|---|---|---|

**Order & Purchases**

Check Order Status

Shipping, Delivery & Pickup

Returns & Exchanges

Price Match Guarantee

Product Recalls

Trade-In Program

Gift Cards

**Payment Options**

My Best Buy® Credit Card

Pay Your Bill at Citibank

Lease to Own

**Support & Services**

Visit our Support Center

Shop with an Expert

Schedule a Service

Manage an Appointment

Protection & Support Plans

Haul Away & Recycling

Contact Us

**Rewards & Membership**

My Best Buy Memberships

View Points & Certificates

Member Offers

**Partnerships**

Affiliate Program

Advertise with Us

Developers

Best Buy Health

Best Buy Education

Best Buy Business

**About Best Buy**

Corporate Information

Careers

Corporate Responsibility & Sustainability

Discover & Learn

Sign in or Create Account

### Get the latest deals and more.

Enter email address

**Sign Up**

### Best Buy app

**Learn more ›**

Blogger Network, videos & more

How was your experience?
Give feedback about our website

Mobile Site    Best Buy Canada

Accessibility    Terms & Conditions    Privacy    Interest-Based Ads    State Privacy Rights    CA Do Not Sell/Share My Personal Information    Limit Use of My Sensitive Personal Information    Targeted Advertising Opt Out    CA Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2023 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.



6/30/23, 10:10 AM
costco blenders - Google Search
Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 03/27/25    PageID.736    Page 346 of 390



Google    costco blenders    ✕  🎤  📷  🔍                    ⚙️  ⠿  M

Shopping   Images   News   Videos   Maps   Books   Flights   Finance          All filters ▾        Too

On sale    Vitamix    Ninja    NutriBullet    Blendtec    📍 Nearby    Single Serve    ● Black    ○ Red    Stainless St

About 14,800,000 results (0.38 seconds)

**Sponsored** ⋮










| Vitamix Blender Propel Series... | Vitamix - Blender - 520... | 📍 Pick up today Vitamix Blender - Ascent 3500... | Blendtec - Blender -... | Vitamix Blender A3500 Ascent... | Vitamix E310 Explorian... | 2200W Best Blender for... | 📍 Pick up today Vitamix Blend - Explorian... |
|---|---|---|---|---|---|---|---|
| $479.95 | $479.95 | $699.95 | $1,077.14 | $649.95 | $349.95 | $156.99 | $349.99 |
| Vitamix | Vitamix | Best Buy | KaTom Resta... | Vitamix | Vitamix | Cncest | Best Buy |
| (31) | (3k+) | (3k+) | (6) | (3k+) | (3k+) | 🚚 Free by 7/13 | (3k+) |
| 10 speeds · Blender ·... | 64-oz · White · 10 speeds · Blender | 64-oz · Black · Stainless · Black... | 32-oz, 90-oz · Black · 1,800... | White · Silver · 5 speeds · Blende... | 48-oz · Red · Blender ·... | 64-oz · Black · 2,200 watts ·... | 48-oz · Black · 10 speeds · 1,400... |

 Costco
https://www.costco.com › ... › Small Kitchen Appliances    ⋮
**Blenders & Juicers**
Find a great collection of **Blenders** & Juicers at **Costco**. Enjoy low warehouse prices on name-brand **Blenders** & Juicers products.
Free delivery · Free 90-day returns

 Costco
https://www.costco.com › ... › Small Kitchen Appliances    ⋮
**Vitamix Blenders & Juicers**
Find a great collection of Vitamix **Blenders** & Juicers at **Costco**. Enjoy low warehouse prices on name-brand **Blenders** & Juicers products.
Free delivery · Free 90-day returns

🖾 Images for costco blenders    ⋮





🏷 Product            🏷 Product
                          Feedback

View all  →

 Costco
https://www.costco.com › ... › Small Kitchen Appliances    ⋮
**Countertop Blenders & Juicers**
Find a great collection of Countertop **Blenders** & Juicers at **Costco**. Enjoy low warehouse prices on name-brand **Blenders** & Juicers products.

Free delivery · Free 90-day returns


Costco
https://www.costco.com › ... › Small Kitchen Appliances    ⋮

### Multi Blenders & Juicers

Find a great collection of Multi **Blenders** & Juicers at **Costco**. Enjoy low warehouse prices on name-brand **Blenders** & Juicers products.

Free delivery · Free 90-day returns


Costco
https://www.costco.com › blendjet-2-portable-blender,...    ⋮

### BlendJet 2 Portable Blender, 2-pack

BlendJet 2 Portable **Blender**, 2-pack Portable: Blend Smoothies, Shakes, Margaritas, Baby Food and More – Anytime, Anywhere Powerful: Patented Turbojet ...

Free delivery · Free 90-day returns

Costco
https://www.costco.com › ninja-professional-blender-100...    ⋮

### Ninja Professional Blender 1000 with Auto-iQ

Features: 1000 Watts of Professional Power; Unique Pulsing and Pausing Patterns to Deliver Delicious Smoothies; 72-Oz* Capacity to Blend Your...

Capacity: 72 Ounce                    Number of Containers: 1

· Free delivery · Free 90-day returns

## People also ask    ⋮

What is the warranty on Costco blenders?

How much does a BlendJet hold?

How much volume is in the BlendJet 2?

How many watts is a BlendJet 2?

Feedback


YouTube
https://www.youtube.com › YES or NO Item REVIEWS    ⋮

### Ninja Pro Blender On Sale in COSTCO (Exp. May 14, 2023)

0:33

Ninja Pro **Blender** On Sale in **COSTCO** (Exp. May 14, 2023). YES or NO Item REVIEWS. YES or NO Item REVIEWS. 13.2K subscribers. Subscribe.

YouTube · YES or NO Item REVIEWS · 1 month ago


Costco
https://www.costco.com › vitamix    ⋮

### Vitamix

Find a great collection of Vitamix at **Costco**. Enjoy low warehouse prices on name-brand Vitamix products.


Costco
https://www.costco.com › ...    ⋮

### Vitamix 7500 Blender Super Package with 2

Features: 7500 Machine; 64oz Low Profile Container; 32oz Dry Grains Container; 2- 20oz To-Go Cups. Share Share Print. facebook pinterest...

Free delivery · Free 90-day returns

### Related searches    ⋮

**vitamix blender**                    costco **blendjet**

costco ninja blender 1000

target blenders

ninja blender

blendjet 2

More results ⌄

Google    jc penney blenders

Shopping    News    Images    Maps    Videos    Books    Flights    Finance        All filters ▾    Too

On sale    📍 Nearby    Ninja    Hamilton Beach    Cuisinart    Oster    KitchenAid    Under $35    ⚫ Black    Red

About 274,000 results (0.52 seconds)

Showing results for **jcpenney** blenders
Search instead for jc penney blenders

**Sponsored** ⋮


NuWave - Blender - Moxi...
**$224.99**
JCPenney
(450)


Blendtec Classic 575...
**$377.99**
JCPenney
(890)


Blendtec Classic 575...
**$377.99**
JCPenney
(890)


Cooks 48oz Speed Blende...
**$44.99**
JCPenney
60-day returns


Kalorik 1800W High-Powered...
**$149.99**
Kalorik
(46)


Blenders Commercial...
**$93.99**
JCPenney
Free shipping


📍 In store
Black+Decker Power Crush...
**$44.99**
JCPenney
(160)


Kenmore Elite Blender 1.3 H...
**$224.99**
JCPenney
Free shipping

**Sponsored**


JCPenney
https://www.jcpenney.com    ⋮

**Shop Online or In-Store - Extra 25% Off Coupon Ends Soon**
Find Coupons and Discounts on Everything You Need in One Place - **JCPenney**.

**Women's Clothing**
Everything You Need at JCPenney. Get Hot Deals on 1000s of Products.

**JCPenney Beauty**
Shop Beauty Brands You Love at JCP! Find Great Deals Online & In Store.

**Home Sale**
Everything You Need for Your Home at JCPenney. Shop Great Deals Now!


JCPenney
https://www.jcpenney.com › ... › small appliances    ⋮

**Blenders & Juicers | Small Kitchen Appliances**
Shop High-Quality Smoothie **Blenders** and Juicers at **JCPenney**. Whip up
breakfast smoothies, nutrient-packed healthy drinks, and more with a blende...
60-day returns


JCPenney
https://www.jcpenney.com › ... › small appliances    ⋮

**Blenders Small Appliances For The Home**
FREE SHIPPING AVAILABLE! Shop **JCPenney**.com and save on **Blenders**
Immersion **Blenders** Small Appliances.
60-day returns

 Google

**Cooks 5-in-1 Power Blender**
$22.49
JCPenney, 4+ stores
📍 11 mi · In stock

**BlendJet 2**
$44.99 $70
JCPenney, 10+ stores
📍 11 mi · In stock
4.8          (9k+)

**Magic Bullet 250W**
$49.99
JCPenney, 10+ stores
📍 33 mi · In stock
4.2          (6k+)

**NutriBullet PRO 1000**
$89.99
JCPenney, 10+ stores
4.4          (944)

**NutriBullet Blender Combo**
$134.99
JCPenney, 10+ stores
📍 11 mi · In stock
4.3          (1k+)

**Cooks 48oz Speed Blender | Stainless Steel | One Size |...**
$44.99
JCPenney
📍 11 mi · In stock

**Toastmaster 5 Speed Blender**
$44.99
JCPenney, 5+ stores
3.0          (1)

**Magic Bullet Kitchen Express**
$71.99
JCPenney, 10+ stores
📍 Also nearby
3.9          (243)

 JCPenney
https://www.jcpenney.com › shops › doorbuster ⋮

**Doorbuster Shops Department: Blenders**
Doorbuster Shops Department: **blenders** ; Cuisinart® 2.25 Horse Power **Blender** · $250. 23 ; Starfrit Electric Personal **Blender** · $64. 537 ; Proctor Sile...
60-day returns

 JCPenney
https://www.jcpenney.com › clearance › closeouts ⋮

**Blenders + Juicers Closeouts for Clearance**
Shop **JCPenney**.com and save on **Blenders** + Juicers Closeouts. ... NutriBullet® PRO Nutrient Extractor Single Serve **Blender**. $79.99sale. $150....
60-day returns

 JCPenney
https://www.jcpenney.com › ... › view all kitchen ⋮

**Blenders View All Kitchen For The Home**
Shop **JCPenney**.com and save on **Blenders** Espresso Machines View All Kitchen. ... NutriBullet® PRO Nutrient Extractor Single Serve **Blender**. Open...
60-day returns

 JCPenney
https://m.jcpenney.com › home store › kitchen & dining ⋮

**Kitchen & Dining For The Home Department**
Shop **JCPenney**.com and save on **Blenders** 0 Online Only Kitchen & Dining. ... Total Chef 6-Speed Countertop **Blender** with Glass Jar- 6-cup- 500 Watts.
60-day returns

 JCPenney
https://www.jcpenney.com › ... › view all kitchen ⋮

**Blenders View All Kitchen For The Home**
**blenders** - view all kitchen dining ; Cuisinart Rechargeable Cord-Free Compact **Blender**. $79.99sale. $100. 14 ; Hamilton Beach Big Mouth® Juice & Blend 2...
60-day returns

Google

**Immersion Blenders View All Kitchen For The Home**

Shop **JCPenney**.com and save on Immersion **Blenders** View All Kitchen. ...

Total Chef Variable Speed Immersion **Blender** with Turbo Boost- 225 Watts.

60-day returns

SALE

| | | | |
|---|---|---|---|
| Hamilton Beach 58149 | NutriBullet Smart Touch Blender | NuWave Moxie Vacuum Blender | Cuisinart Smart Stick Two-Speed... |
| **$57.99** | **$125.99** | **$224.99** | **$49.99** ~~$74~~ |
| JCPenney, 10+ stores | JCPenney, 10+ stores | JCPenney, 4+ stores | JCPenney, 10+ stores |
| 4.2    (661) | 4.4    (55) | 4.9    (450) | 4.4    (371) |

SALE

| | | | |
|---|---|---|---|
| Bella Essentials Personal Blender Black | NutriBullet Immersion Blender | Hamilton Beach Power Blender... | Hamilton Beach MultiBlend Blend... |
| **$17.99** | **$26.99** | **$61.99** | **$49.99** ~~$70~~ |
| JCPenney | JCPenney, 10+ stores | JCPenney, 10+ stores | JCPenney, 5+ stores |
| | 📍 11 mi · In stock | 4.3    (66) | 4.1    (77) |
| | 4.6    (274) | | |

LOW PRICE        SALE

| | | | |
|---|---|---|---|
| NutriBullet | BLACK+DECKER PowerCrush Mult... | Hamilton Beach 5016x | Cuisinart EvolutionX... |
| **$79.99** | **$39.99** Usually $45 | **$37.99** ~~$47~~ | **$79.99** |
| JCPenney, 10+ stores | Amazon.c... , 5+ stores | JCPenney, 10+ stores | JCPenney, 10+ stores |
| 📍 11 mi · In stock | 📍 Also nearby | 3.9    (453) | 3.4    (38) |
| 4.5    (9k+) | 4.5    (160) | | |

SALE

| | | | |
|---|---|---|---|
| Blendjet 2 the Original Portable... | Bionic Blade Portable Blender | NutriBullet Pro Plus | Hamilton Beach PowerMax... |
| **$53.99** | **$29.99** | **$116.99** ~~$159~~ | **$89.99** |
| JCPenney, 5+ stores | JCPenney, 10+ stores | JCPenney, 10+ stores | JCPenney, 10+ stores |
| 4.9    (3k+) | 📍 Also nearby | 📍 Also nearby | 4.4    (33) |
| | 3.8    (141) | 4.5    (719) | |



Google

Cuisinart **Blenders** + Juicers Small Appliances For The Home

FREE SHIPPING AVAILABLE! Shop **JCPenney**.com and save on Cuisinart **Blenders** + Juicers Small Appliances.

JCPenney
https://www.jcpenney.com › ... › kitchen & dining

**Ninja Blenders & Ninja Coffee Bar**

Ninja **blenders** designed to break down fruits, vegetables, seeds, stems and ice in seconds without stalling the engine to create refreshing smoothies,...

Rating: 4.6 · 10 reviews · 60-day returns

## Related searches

jcpenney **juicers**

**target blender**

**walmart blender**

macy's blender

**blendjet** jcpenney

**kohl's blender**

More results ⌄

Blenders & Juicers | Small Kitchen Appliances | JCPenney

**Up to 65% Off Doorbusters!**

Excluded from coupons. <u>Shop All</u>



| JCPenney | What can we help you find? 🔍 | | 🏛 **Valley Fair Mall** West Valley City, UT | 👤 **My Account** Sign In | 🛒 |

| Back To School | Trending Now | Home & Lifestyle | Women | Men | Young Adult | Baby & Kids | Shoes & Accessories | Jewelry | Beauty & Salon | Inspiration | Sale |



<u>home store</u> › <u>kitchen & dining</u> › small appliances

## Blenders & Juicers

| ⇄ Filter (1) | ↕ Sort |

Feedback

◯ OFF  **Same Day Pickup**
Valley Fair Mall <u>change</u>

96 Results







**Cooks 5-in-1 Power Blender**

**$19.99** *sale*

~~$40 - $50~~

*DOORBUSTER!*

★★★★½   340

**Black+Decker Power Crush Blender**

**$34.99** *sale*

~~$70~~

*DOORBUSTER!*

★★★★☆   148

**NutriBullet® PRO Nutrient Extractor Single Serve Blender**

**$79.99** *sale*

~~$150~~

*ADVERTISED DEAL!*

★★★★½   8,343

Blenders + Juicers | Small Kitchen Appliances | JCPenney

















**BlendJet 2 Personal Blender**

**$44.99** *sale*
~~$70~~

*LIMITED TIME SPECIAL!*

★★★★★  14,515

**Ninja Professional Plus Blender DUO with Auto-iQ**

**$129.99** *sale*
~~$160~~

★★★★⯪  10

**Cooks 700 Watt Juice Extractor**

**$53.99** *with code*
~~$100~~

★★★★☆  37








Cuisinart® Juice Extractor CJE-1000

**$184.99** *sale*
~~$200~~

★★★★⯪ <u>79</u>


NutriBullet NB-50100C PRO 1000 Single-Serve
Blender

**$89.99** *with code*
~~$129~~

★★★★☆ <u>278</u>


NutriBullet® Nutrient Extractor Single Serve
Blender

**$79.99** *sale*
~~$109~~

★★★★⯪ <u>9,450</u>













### Vinci Hands Free Citrus Juicer

**$80.99** *with code*
~~$130~~



### NutriBullet NBJ50300 Slow Juicer

**$197.99** *with code*
~~$279~~

★★★★☆  96



### Cuisinart® Compact Juice Extractor

**$59.99** *sale*
~~$130~~

★★★★☆  44



**Save on Universal Orlando Theme Park Tickets**

SPONSORED BY UNIVERSAL ORLANDO RESORT

EXPLORE

















Megachef Wide Mouth With Dual Speed Electric Juicer

**$62.99** *with code*

$85

★★★★☆  3

Cuisinart® Smart Stick™ Two-Speed Hand Blender

**$49.99** *sale*

$74

★★★★⯪  292

Nutribullet® Juicer Pro™

**$143.99** *with code*

$230

★★★★☆  214









**Magic Bullet® Personal Blender**
**$49.99** *sale*
~~$65~~
 896



**NutriBullet Smart Touch Blender**
**$125.99** *with code*
~~$200~~
38

**BlendJet 2 Disney Personal Blender**
**$53.99** *sale*
~~$84~~
*LIMITED TIME SPECIAL!*
692







Hamilton Beach Whole Fruit Juice Extractor

**$89.99** *with code*
~~$130~~

Total Chef Slow Juicer- Masticating Cold Press Extractor

**$233.10** *with code*

Hamilton Beach® Big Mouth® Pro Juice Extractor

**$99.99** *sale*
~~$125~~

★★★★⯪  38

Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 03/27/25    PageID.751    Page 361 of 390









Ninja 24-Oz. Tritan Nutri Ninja Cups

**$22.50** *with code*

★★★★☆ 2



**New!** Hamilton Beach Smoothie Smart Blender

**$59.99** *sale*

~~$80~~



NuWave Moxie High Performance Vacuum Blender

**$224.99** *with code*

~~$300~~

★★★★★ 447





Cuisinart Combo Juice Extractor/Citrus Juicer

**$179.99** *sale*
~~$250~~

★★★★★  1

Proctor Silex High Performance Blender with
52 oz. Jar

**$69.99** *sale*
~~$100~~

★★★★½   30

**New!** Nostalgia CLRB3PCRR Classic Retro
Blender

**$90** *with code*

★★★★★  10
















Hamilton Beach Wave Crusher Blender
**$44.99** *sale*
$70




Kitchen Selectives Personal Blender
**$26.99** *with code*
$40
 1

Hamilton Beach® Professional 1800 Watt Peak
Power Blender with Programs
**$339.99** *sale*
$470
★★★★★   16

Glasses + Juices | Small Kitchen Appliances | JCPenney









Toastmaster 5-Speed Countertop Blender

**$44.99** *with code*

~~$65~~



Total Chef Miracle Blender- Bullet Blender with Travel Cups- 12 pc Set

**$63** *with code*

Hamilton Beach Blend Now Portable Cordless Blender

**$45** *with code*

★★★★☆  17







### Kenmore Elite 1.3 HP 64 oz Blender With Single-Serve Blending Cup

**$224.99** *with code*
$350

### Star Wars Lightsaber Immersion Blender

**$39.99** *sale*
$45

### Hamilton Beach® Power Blender™ Plus

**$61.99** *sale*
$87

★★★★⯨   16

Case 2:25-cv-00096-RJS-DBP    Document 28-1    Filed 03/27/25    PageID.756    Page 366 of 390








**Hamilton Beach® Wave Crusher Multi-Function Blender**

**$59.99** *sale*
*$68*

★★★★⯨ 19

**Star Wars Darth Vader Lightsaber Hand Blender**

**$37.99** *sale*
*$39.99*

**New!** Blender

**$81** *with code*







**New!** Blender
**$81** *with code*

Euro Cuisine Tritan Bottles with lid for Euro Cuisine Personal Blender - 2pcs
**$20**
*BEST VALUE!*

Euro Cuisine MM2G Personal Blender With 2 - 10OZ Tritan Bottles - Green
**$39.99**
*BEST VALUE!*









**New!** Blender

**$81** *with code*

Euro Cuisine MM1R Personal Blender With 2 -
10OZ Tritan Bottles - Red

**$39.99**

*BEST VALUE!*



**New!** Blender

**$81** *with code*









### Nutribullet® Immersion Blender

**$26.99** *with code*
$69

★★★★⯪ 24

### Cuisinart® 2.25 Horse Power Blender

**$199.99** *sale*
$250

★★★★☆ 23

### Blendtec Classic 575 Blender with WildSide Jar

**$377.99** *with code*
$525

★★★★★ 214

1    **2**    Next ›

## Popular Items





**Home Expressions Solid and Stripe Bath Towel Collection**

**$2.09 - $3.49** *with code*
~~$7 - $10~~

★★★★½ 2,321

**Toile Garden Cotton Quilt**

**$62.99 - $76.99** *with code*
~~$180 - $220~~

★★★★½ 142

**Home Expressions Cool a**

**$24.49 - $45.49** *with c*
~~$60 - $110~~

★★★★☆ 219

**Shop High-Quality Smoothie Blenders and Juicers at JCPenney**

Whip up breakfast smoothies, nutrient-packed healthy drinks, and more with a blender from JCPenney. It saves time and takes very little space in your kitchen. Find the right blender depending on your usage and needs, and create your favorite smoothies in no time. Your daily intake of whole fruits and veggies can be a lot easier with an electric or cold-pressed juicer. Whether it's a citrus juicer or a juice extractor, we have a high-performance juicer or blender that will fit your needs, from quiet motors to powerful dual speed motors. Browse through our collection of high-quality blenders that are designed for blending, mixing, crushing ice, and pureeing!

**High-Performance Food Processors**

Does your recipe call for grinding spices, chopping nuts, shredding veggies, or kneading dough? A high-performance food processor can do this job with ease. Whether you are mixing, chopping, slicing, or shredding, a reliable food processor is an essential kitchen appliance. A good food processor can handle all these elements in a matter of minutes. Delve into JCPenney's versatile collection of food processors and blenders from the brands you love, including Cuisinart, Ninja, Magic Bullet, and many more. Shop online and save today with free shipping available!

Shop Kitchen & Dining >>>
Shop Dinnerware Sets >>>
Shop Active & Wellness Lifestyle Essentials >>>

## My Account

Track My Order

Pay Bill & Manage Account

My JCP.com Account

Apply for JCP Credit Card

Credit Card Benefits

JCPenney Rewards

## Stores & Services

Find A Store

Curbside Pickup

Weekly Ad

JCP Salon

Portraits

Optical

Kids Zone

## Customer Service

Contact Us

Return Policy

Shipping Information

Rebates

Recalls

Gift Cards

Servicio Al Cliente

## About Us

Careers

Company Info

Newsroom

Corporate Responsibility

JCPenney Giving

Style Blog by JCPenney

Site Map



Be the first to know about the latest deals and more!

| Phone Number or Email | Sign Up |

*Text Alerts: Message and data rates may apply.

See Details.

    

📱 **Download Our App**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Privacy Notice**

**Cookies**

**Do Not Sell or Share My Personal Information**

**Privacy Rights**

**CA Supply Chain Act**

**CA Privacy Rights**

Terms & Conditions        Legal        Ad Choices ▷

© 2023 Penney IP LLC



kohl's blenders

Shopping | Maps | News | Images | Videos | Books | Flights | Finance

All filters ▾    Too

On sale · Nearby · Cuisinart · Oster · Ninja · Hamilton Beach · NutriBullet · Under $70 · Black · Cord

About 433,000 results (0.45 seconds)

**Sponsored** ⋮


Blendtec Professional...
$799.99
Kohl's    (233)


Blendtec Blender...
$379.99
Kohl's    (2k+)


SALE
Ninja Professional...
$129.99 $180
Kohl's    (1k+)


KitchenAid K400 Blender...
$299.99
Kohl's    (1k+)


Dash Chef Series Deluxe...
$279.99
Kohl's    (12)


Blendtec - Blender -...
$379.99
Kohl's    Free shipping


Dash Chef Series Deluxe...
$279.99
Kohl's    (12)


KitchenAid K400 Blender...
$299.99
Kohl's    (1k+)

**Sponsored**


Kohl's
https://www.kohls.com

**Kohls Blenders - Blenders at Kohl's®**

Find Affordable **Blenders** Today at Low Prices. Shop **Kohl's**® and Start Saving! at **Kohl's**®. Enjoy
Your Favorite Brands at Great Low Prices Today. Fast and Free Store Pickup! Hassle-Free
Returns. Incredible Savings. Earn **Kohl's** Rewards. Mobile Sale Alerts.

Orem · 2 locations nearby

**Shop Epic Deals**

Don't Miss These Epic Deals! 100s of Deals, No Coupon Needed.

**Save More With Clearance**

Shop Great Brands and Save More with our Clearance Deals.


Kohl's
https://www.kohls.com › catalog › blenders-small-applia...

**Great High Speed Food & Smoothie Blenders**

Shop **Blenders** ; Ninja Professional Plus Kitchen System with Auto-iQ. $199.99
· (2151) ; BlendJet 2 Portable **Blender**. $44.99 · (15848) ; Ninja Nutri-**Blender**...
180-day returns


Kohl's
https://www.kohls.com › catalog › personal-size-blenders...

**Personal Blenders - Kohl's**

Personal **Blenders** ; NutriBullet® 1700 Watt **Blender**. $199.99 · (3566) ;
Hamilton Beach Go Sport Personal **Blender**. $32.99 · (410) ; Magic Bullet...

SALE          SALE          SALE

Ninja Professional          Oster 8-Speed          NutriBullet          Ninja Professional
Plus Blender DUO          Classic Series                              Plus Blender with

Google

13 mi · In stock    13 mi · In stock                13 mi · In stock
4.8            (1k+)    4.6            (990)    4.5        (9k+)    4.7            (2k+)

SALE        SALE        SALE

Ninja Professional    NutriBullet Blender    BlendJet 2    Magic Bullet
Plus Kitchen…    Combo    $44.99  $50    Blender/Mixer
$199.99  $230    $129.99  $160    Kohl's, 10+ stores    $39.99
Kohl's, 10+ stores    Kohl's, 10+ stores    13 mi · In stock    Kohl's, 5+ stores
23 mi · In stock    32 mi · In stock    4.8        (9k+)    13 mi · In stock
4.6            (2k+)    4.3            (1k+)            4.2            (1k+)

Kohl's
https://www.kohls.com › catalog › countertop-blenders-s...  ⋮

**Countertop Blenders**

Countertop **Blenders** · NutriBullet Smart Touch **Blender**. $149.99 · NutriBullet
Smart Touch **Blender** Combo. $199.99 · Blendtec Professional-Grade Total…

180-day returns

## People also ask  ⋮

Which type of blender is best?

What are the three types of blenders?

What is the difference between a portable blender and a normal blender?

Which smoothie blender is good?

Feedback

LOW PRICE        SALE

Ninja Professional    KitchenAid K150    Hamilton Beach    Oster 2-in-1
BL660    $199.99    Stay or Go 5240    Blender System…
$119.99  Usually $180    Kohl's, 10+ stores    $49.99    $69.99  $80
kohls.com, 10+ stores    4.5        (798)    Kohl's, 5+ stores    Kohl's, 3+ stores
4.7            (2k+)            4.2        (238)    13 mi · In stock
                        4.7        (120)

SALE

Ninja Foodi Power    Toastmaster Mini    Magic Bullet    Ninja Fit
Blender Ultimate…    Personal Blender    Kitchen Express    $79.99
$239.99    $15.99    $79.99  $100    Kohl's, 10+ stores

Google

Kohl's
https://www.kohls.com › catalog › black-blenders-small-...

**Black Blenders Small Appliances, Kitchen & Dining**

Black **Blenders** Small Appliances ; BlendJet 2 Portable **Blender**. $49.99 ·
(15825) ; Ninja Master Prep Professional **Blender** (QB1004). $79.99 · (661) ;...

180-day returns

Kohl's
https://www.kohls.com › catalog › hamilton-beach-blend...

**Hamilton Beach Blenders**

$32.99. Hamilton Beach 10-Speed Smoothie **Blender**. (447) · Hamilton Beach
Go Sport Personal **Blender**. $32.99. Hamilton Beach Go Sport Personal...

180-day returns



| SALE | SALE | | SALE |

Ninja Master Prep Pro QB1004
**$59.99** $80
Kohl's, 5+ stores
4.7      (1k+)

Ninja Nutri Blender Pro with Auto-iQ
**$89.99** $110
Kohl's, 10+ stores
📍 13 mi · In stock
4.7      (890)

Black & Decker Cyclone BL2010BP
**$29.99**
Kohl's, 10+ stores
📍 46 mi · In stock
3.7      (79)

NutriBullet Rx
**$159.99** $200
Kohl's, 10+ stores
📍 Also nearby
4.4      (5k+)

| SALE | SALE | | SALE |

Blendtec Total Classic Original...
**$379.99**
Kohl's, 10+ stores
4.8      (2k+)

Cuisinart Velocity Ultra 1 HP Blender
**$99.99** $130
Kohl's, 10+ stores
4.0      (90)

Blendjet 2 the Original Portable...
**$53.99** $60
Kohl's, 5+ stores
4.9      (3k+)

Cuisinart Smart Stick Variable...
**$69.99** $80
Kohl's, 10+ stores
📍 13 mi · In stock
4.6      (464)

 Kohl's
https://www.kohls.com › catalog › ninja-blenders-small-a...

**Ninja Blenders - Kohl's**

Enjoy free shipping and easy returns every day at **Kohl's**. Find great deals on
Ninja **Blenders** at **Kohl's** today!

180-day returns

 Kohl's
https://www.kohls.com › catalog › handheld-blenders-sm...

**Hand Blenders - Kohl's**

Enjoy free shipping and easy returns every day at **Kohl's**. Find great deals on
Handheld **Blenders** at **Kohl's** today!

 Kohl's
https://www.kohls.com › catalog › cuisinart-blenders-sm...

**Cuisinart Blenders**



Google

180-day returns

Kohl's
https://www.kohls.com › catalog › immersion-blenders-s...

### Immersion Blenders

Immersion **Blenders** ; NutriBullet® Immersion **Blender** Deluxe. $49.99 · (103) ; KitchenAid® KHBV53 Variable Speed Corded Hand **Blender**. $59.99 · (597) ;...

Kohl's
https://www.kohls.com › catalog › kitchenaid-blenders-s...

### KitchenAid Blenders

These **blenders** can take on bigger tasks and create larger quantities of dips, soups, and other tasty dishes. No matter which option you choose, know tha...
180-day returns

### Related searches

| | |
|---|---|
| **target** blenders **on sale** | **costco** blenders |
| **walmart** blenders | **jcpenney blender** |
| **walmart** blenders **on sale** | **bed bath and beyond** blenders |

More results ⌄

 

**KOHL'S**

What are you looking for today?

Sign-In

0
$0.00

☰ Shop by Category   ★ My Store: West Jordan          ⊙ Kohl's Card   $ Kohl's Coupons   ⊘ Help


**EPIC DEALS**
100s of deals. No coupons needed.
Select styles on sale now through July 4. **Shop Now**

**+ Earn $10 Kohl's Cash®**
for every $50 spent through July 4.
**Redeemable July 5-23.**
Not valid on Sephora at Kohl's. coupon details & exclusions



## Juicers Small Appliances

**106 products**

Sort by: Featured ▾

Kitchen & Dining ✕   Small Appliances ✕   Blenders ✕   Juicers ✕

---

BEST SELLER



**$199.99** Sale
$229.99 Reg.
Ninja Professional Plus Kitchen
System with Auto-iQ

★★★★½ (2151)

---

TOP RATED



**$44.99** Sale
$49.99 Reg.
BlendJet 2 Portable Blender

★★★★★ (15848)

   

🚚 Free ship to store

---

BEST SELLER

**$89.99** Sale
$109.99 Reg.
Ninja Nutri-Blender Pro with Auto-iQ

★★★★½ (1146)

📍 Free store pickup today

---

BEST SELLER



**$129.99** Sale
$179.99 Reg.
Ninja Professional Plus Blender DUO
with Auto-iQ

★★★★★ (1752)

---

BEST SELLER



**$109.99** Sale
$139.99 Reg.
Ninja Professional Plus Blender with
Auto-iQ

★★★★½ (2094)

---

BEST SELLER



**$79.99** Sale
$109.99 Reg.
NutriBullet PRO 900W Nutrient
Extractor Blender

★★★★½ (10970)

Juicers Small Appliances, Kitchen & Dining | Kohl's



 **Sign-In**

 $0.00

BEST SELLER





BEST SELLER




**$44.99** Sale
$49.99 Reg.
Oster Classic Series 8-Speed Blender

★★★★½ (1195)

📍 Free store pickup today

**$429.99**
Kuvings Wide-Mouth Slow Juicer

★★★★½ (34)

**$39.99** Sale
$59.99 Reg.
Magic Bullet® Single-Serve Blender

★★★★ (3073)

📍 Free store pickup today







**$59.99** Sale
$69.99 Reg.
Magic Bullet Mini Juicer

★★★★½ (160)

🚚 Free ship to store

**$79.99** Sale
$89.99 Reg.
Ninja Nutri-Blender Plus Personal Blender

★★★★½ (262)

**$199.99** Sale
$229.99 Reg.
NutriBullet® Slow Juicer

★★★★ (173)

Case 2:25-cv-00096-RJS-DBP     Document 28-1     Filed 03/27/25     PageID.769     Page 379 of 390

**KOHL'S**


Sign-In


$0.00







**$129.99** Sale
~~$159.99 Reg.~~
NutriBullet® 1200 Watt Blender Combo with Single Serve Cups

★★★★½ (1181)

🚚 Free ship to store

**$99.99** Sale
~~$119.99 Reg.~~
NutriBullet Juicer

★★★★ (1450)

**$149.99** Sale
~~$159.99 Reg.~~
NutriBullet Juicer Pro

★★★★ (290)

🚚 Free ship to store







**$89.99** Sale
~~$99.99 Reg.~~
NutriBullet® PRO 1000 Watt Blender, Nutrient Extractor

★★★★½ (598)

🚚 Free ship to store

**$479.99**
Omega VSJ843RS Vertical Cold-Press Masticating Slow Juicer

★★★★★ (43)

**$119.99** Sale
~~$159.99 Reg.~~
Ninja TWISTi High-Speed Blender DUO

★★★★½ (245)

🚚 Free ship to store







**$79.99** Sale
~~$109.99 Reg.~~
NutriBullet PRO 900W Nutrient Extractor Blender


  

**$159.99** Sale
~~$219.99 Reg.~~
Ninja Foodi Power Blender & Processor System with Smoothie Bowl Maker and Nutrient Extractor 1400 Watts

**$69.99** Sale
~~$79.99 Reg.~~
Cuisinart® Smart Stick® Variable Speed Hand Blender

★★★★½ (703)



Pickup & Shipping   +

Appliance Type   −

Clear

☑ Blenders (77)

☑ Juicers (30)

**KOHL'S**    Sign-In    $0.00

- ☐ Toasters (56)
- ☐ Food Processors (37)
- ☐ Toaster Ovens (52)
- ☐ Microwaves (17)
- ☐ Waffle Makers (38)
- ☐ Slow Cookers (43)
- ☐ Vacuum Sealers (13)
- ☐ Pressure Cookers (16)
- ☐ Accessories (31)
- ☐ Attachments (8)
- ☐ Beaters (4)
- ☐ Blender Accessories (11)
- ☐ Bowls (5)
- ☐ Breadmakers (10)
- ☐ Buffet Warmers (3)
- ☐ Cappuccino Makers (19)
- ☐ Chocolate Fountains (2)
- ☐ Coffee Accessories (30)
- ☐ Coffee Grinders (23)
- ☐ Coffee Roasters (2)



**$59.99** Sale
$79.99 Reg.

Ninja Master Prep Professional Blender (QB1004)

★★★★½ (661)



**$299.99**

KitchenAid® K400 Variable Speed Blender with Tamper

★★★★½ (677)



🚚 Free ship to store



**$19.99** Sale
$32.99 Reg.

Hamilton Beach 10-Speed Smoothie Blender

★★★★☆ (447)

📍 Free store pickup today



**$159.99** Sale
$199.99 Reg.

NutriBullet® 1700 Watt Blender

★★★★½ (3566)

🚚 Free ship to store



**$79.99** Sale
$99.99 Reg.

Cuisinart® Compact Blender Juice Extractor Combo

★★★★☆ (37)



**$429.99**

Kuvings Whole Slow Juicer

★★★★½ (42)

TOP RATED

Juicers Small Appliances, Kitchen & Dining | Kohl's

**KOHL'S**

 Sign-In

 $0.00







**$79.99** Sale
~~$119.99 Reg.~~
NutriBullet® 1200 Watt Blender

★★★★½ (770)

🚚 Free ship to store

**$799.99**

Blendtec Professional 800 Blender
(90 oz.)

★★★★½ (76)

**$62.99** Sale
~~$69.99 Reg.~~
BlendJet 2 Next-Gen Blender

★★★★★ (701)







**$19.99** Sale
~~$32.99 Reg.~~
Hamilton Beach Go Sport Personal
Blender

★★★★½ (410)

📍 Free store pickup today

**$299.99**

Omega CNC80S Horizontal Slow
Juicer

★★★★½ (14)

**$159.99**

KitchenAid® KHBBV83 Cordless
Variable Speed Hand Blender with
Chopper & Whisk Attachment

★★★★½ (134)

   







**$99.99** Sale
~~$119.99 Reg.~~
NutriBullet Baby Steam + Blend
Blender

★★★★½ (94)

**$49.99**

Cuisinart® Smart Stick 2-Speed Hand
Blender

★★★★½ (416)

**$53.99** Sale
~~$59.99 Reg.~~
BlendJet 2 Portable Blender

★★★★★ (854)

Juicers, Small Appliances, Kitchen & Dining | Kohl's




Sign-In


$0.00





**$199.99**

KitchenAid® KSB1332 3-Speed Ice Crushing Blender with 2 Personal Blender Jars

★★★★½ (116)



🚚 Free ship to store

**$59.99**

KitchenAid® KHBV53 Variable Speed Corded Hand Blender

★★★★½ (597)

📍 Free store pickup today

**$49.99** Sale
$54.99 Reg.

NutriBullet® Immersion Blender Deluxe

★★★★½ (103)

🚚 Free ship to store







**$99.99** Sale
$129.99 Reg.

Cuisinart® Velocity Ultra 1 HP Blender

★★★★½ (92)

**$149.99 - $179.99**
$179.99 Reg.

Omega H3000R Cold Press 365 Slow Masticating Juicer

★★★★☆ (80)



**$79.99** Sale
$99.99 Reg.

Magic Bullet Kitchen Express Blender and Food Processor

★★★★☆ (447)

🚚 Free ship to store

**KOHL'S**

Sign-In

$0.00





**$69.99** Sale
~~$79.99~~ Reg.
Oster 2-in-1 Blender System with Blend-n-Go Cup

★★★★⯨ (192)

📍 Free store pickup today

**$99.95** Sale
~~$119.99~~ Reg.
Braun MultiQuick 7 Immersion Hand Blender

★★★★⯨ (151)

🚚 Free ship to store

**$189.99** Sale
~~$199.99~~ Reg.
Cuisinart® Juicer

★★★★⯨ (199)





**$189.99**

Oster Self-Cleaning Professional Juice Extractor

★★★★☆ (115)

🚚 Free ship to store

**$79.99** Sale
~~$89.99~~ Reg.
Cuisinart® Compact Portable Blending & Chopping System

★★★★⯨ (98)

🚚 Free ship to store

**$229.99** Sale
~~$349.99~~ Reg.
Cuisinart® Hurricane™ 2.25 Peak HP Blender

★★★★⯨ (44)

⟨   1   ⟩  of 3

## Best Sellers available for store pick up!

<           >

Get $20 Kohl's Cash!

Get $30 Kohl's Cash!

Get $50 Kohl's Cash!

Sale **$129.99**
Regular $179.99
Ninja Professional Plus Blender DUO with Auto-iQ
★★★★★ (1752)

Sale **$159.99**
Regular $209.99
Emeril Lagasse Power Grill 360
★★★★☆ (50)

Sale **$249.99**
Regular $279.99
Ninja Espresso & Coffee Barista System, Single-Serve Coffee ...
★★★★⯨ (313)

Sale **$299.9**
Regular $319.9
Emeril Lagasse Fren Air Fryer 360 As Se
★★★★⯨ (1...




Sign-In


$0.00









**$408.99** Regular

Zojirushi Home Bakery Maestro Breadmaker

★★★★⯨ (57)

**$219.99** Sale
Regular $241.99

Zojirushi Micom 4-Liter Water Boiler & Warmer

★★★★★ (80)

**$112.99** Regular

Zojirushi Dome Brew Classic Coffee Maker

★★★★★ (55)

**$284.99** Sale
Regular $299.99

Zojirushi VE Hybrid 4-Liter Water Boiler & Warmer

★★★★★ (91)

Sponsored ⓘ

︿
BACK TO TOP


[+] Share Feedback

MY ACCOUNT




Sign-In


$0.00

Update Password

Order Status

Rewards Account

Gift Card Balance & Kohl's Cash Balance

## SHOP KOHL'S

Today's Ad

Get 15% off when you sign up for our emails

Site Map

Store Locator

Gift Cards

Kohl's Coupons

Kohl's Blog

## CUSTOMER SERVICE

Contact Us

Order Status

Exclusions

Shipping

Returns

Rebates

Recalls

Product Guides




Sign-In


$0.00

## KOHL'S CARD & REWARDS

Kohl's Card                              Kohl's Rewards

Manage my Card                          Apply for a Kohl's Card

See if you prequalify

## ABOUT KOHL'S

Community                               Diversity & Inclusion

Sustainability                          Careers

Apply for Seasonal Jobs                 Associate Services

Investor Relations                      Affiliate Program

Advertise with Us

© 2023 Kohl's,Inc.
KOHL'S® and Kohl's brand names are trademarks owned by KIN,Inc.
All rights reserved.

**KOHL'S**


Sign-In


$0.00

LEGAL NOTICES, PRIVACY POLICY, CALIFORNIA PRIVACY POLICY, DO NOT SELL OR SHARE MY PERSONAL INFORMATION, ABOUT OUR ADS, CALIFORNIA TRANSPARENCY IN SUPPLY CHAINS ACT

Black+decker
Quiet Blender wit...
**$65.00**
Walmart, 10+ stores
📍 12 mi · In stock
4.1          (533)

Vitamix
Professional 750
**$629.95**
Vitamix, 10+ stores
📍 Also nearby
4.8          (2k+)

Vitamix Ascent
Series A3500
**$649.95**
Vitamix, 10+ stores
4.7          (3k+)

NutriBullet Pro
Personal Blender
**$99.99**
Target, 10+ stores
📍 12 mi · In stock
4.3          (8k+)



Oster Appliances
https://www.oster.com › single-serve-blenders › actifit... ⋮

## Oster® ActiFit Smoothie Blender

The Oster® ActiFit **Smoothie Blender** was designed for healthy living on the go! Crush ice and blend through tough ingredients with the 700-watt motor.

Rating: 4.7 · 102 reviews

**Sponsored**



Best Buy
https://www.bestbuy.com ⋮

## Best Buy® Has The Deals - Best small appliances

Great Small Appliance Deals Happening Right Now. Shop Today's Featured Deals And Top Tech. The Brands You Want At The Prices You'll Love. Shop Top Deals At Best Buy® Today.

Rating for bestbuy.com: 4.7 · 501 reviews · On-time delivery: 96%+

Deal Of The Day · Hottest Deals At Best Buy · Virtual Home Consultation

Orem · 2 locations nearby

More results ⌄

**EXHIBIT G**

APPENDIX G - Materials Considered

**Materials Considered**

- Amended complaint filed by Blendtec Inc. on November 12, 2021
- Web Page and Google search result screenshots (Appendix E)
- BLENDTEC743678 (Blendtec customer sales 2017-2023)
- JET01346434 (Blendjet retailers updated through December 2022)
- JET00106451 (excerpt on Blendjet retailers CIM)
- *McCarthy on Trademarks and Unfair Competition* (5th ed.)