George Hofmann (10005)
Kathryn Tunacik (13363)
**Cohne Kinghorn, P.C.**
111 East Broadway
11th Floor
Salt Lake City, Utah 84111
T: (801) 363-4300
F: (801) 363-4378
Email: ghofmann@ck.law
        ktunacik@ck.law

*Attorneys for Defendants*
*Mavorco Holdings, LLC; Mavorco IP,*
*LLC; and Mavorco Operations, LLC*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company, <br><br> Defendants. | Civil No. 2:25-cv-00096-RJS <br><br> Judge Robert J. Shelby |

---

## MOTION FOR PRO HAC VICE ADMISSION

---

I move for the pro hac vice admission of Lucy Jewett Wheatley (Applicant) as counsel for Belvac Production Machinery, Inc., and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

Dated: March 27, 2025.

Respectfully submitted,

/s/ George Hofmann
George Hofmann
Kathryn Tunacik