

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | George Hofmann |
| Firm: | **Cohne Kinghorn, P.C.** |
| Address: | 111 East Broadway, 11th Floor |
| | Salt Lake City, Utah 84111 |
| Telephone: | (801) 363-4300 |
| Email: | ghofmann@ck.law |
| | |
| Pro Hac Vice Applicant: | Lucy Jewett Wheatley |
| Firm: | McGuireWoods LLP |
| Address: | 800 East Canal Street |
| | Richmond, VA 23219 |
| Telephone: | (804) 775-1000 |
| Email: | lwheatley@mcguirewoods.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

Admission by Bar Examination
Admission by UBE Transfer
Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Virginia | 77459 | 10/27/2008 |
| District of Columbia | 991564 | 12/07/2009 |
| Supreme Court of the United States | 317558 | 1/9/2023 |
| U.S. Court of Appeals for the First Circuit | | 02/02/2021 |
| U.S. Court of Appeals for the Second Circuit | | 05/11/2022 |
| U.S. Court of Appeals for the Fourth Circuit | | 05/03/2023 |
| U.S. Court of Appeals for the Fifth Circuit | | 10/29/2019 |
| U.S. Court of Appeals for the Sixth Circuit | | 10/08/2019 |
| U.S. Court of Appeals for the Seventh Circuit | | 10/15/2010 |
| U.S. Court of Appeals for the Ninth Circuit | | 09/15/2014 |
| U.S. District Court for the Eastern District of Virginia | | 10/27/2011 |

| | | |
|---|---|---|
| District of Columbia Court of Appeals | | 12/07/2009 |
| U.S. District Court for the District of Columbia | | 07/07/2010 |

| | | |
|---|---|---|
| Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted? | Yes | X No |

If yes, please explain:

|  |
|---|
|   |

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

|  |
|---|
|   |

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | X Yes | No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | X Yes | No |
| I certify that I am not a member of the Utah State Bar. | X Yes | No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | X Yes | No |
| I certify that I do not maintain a law office in Utah. | X Yes | No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | X Yes | No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

| | |
|---|---|
| /s/Lucy Jewett Wheatley | March 26, 2025 |
| Signature | Date |