

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | George Hofmann |
| Firm: | **Cohne Kinghorn, P.C.** |
| Address: | 111 East Broadway, 11th Floor |
| | Salt Lake City, Utah 84111 |
| | |
| Telephone: | (801) 363-4300 |
| Email: | ghofmann@ck.law |

| | |
|---|---|
| Pro Hac Vice Applicant: | Kyle Steven Smith |
| Firm: | McGuireWoods LLP |
| Address: | 501 Fayetteville Street, Suite 500 |
| | Raleigh, NC  27601-3071 |
| | |
| Telephone: | (919) 755-6600 |
| Email: | ksmith@mcguirewoods.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

Admission by Bar Examination
Admission by UBE Transfer
Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| North Carolina | 60572 | 06/09/2023 |
| United States Court of Federal Claims | | 04/04/2022 |
| District of Columbia | 1600258 | 01/09/2019 |
| Pennsylvania | 324700 | 11/17/2017 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?       Yes       X No

If yes, please explain:

|  |
|--|
|  |

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|-----------|-------------|-------------------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

|  |
|--|
|  |

| | | |
|--|--|--|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | X Yes | No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | X Yes | No |
| I certify that I am not a member of the Utah State Bar. | X Yes | No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | X Yes | No |
| I certify that I do not maintain a law office in Utah. | X Yes | No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | X Yes | No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

/s/ Kyle S. Smith_____       March 28, 2025_____
Signature                                                   Date

2