## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>       Plaintiff,<br><br> v.<br><br>BLENDJET INC., a Delaware corporation,<br>MAVORCO HOLDINGS, LLC, a Delaware limited liability company,<br>MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,<br><br>       Defendant. | ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION<br><br>CASE NO: 2:25-cv-00096-RJS |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Jessica Seiders Maupin. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.


DATED this _____ day of _____, 20_____.


BY THE COURT:


_____
Name
Title