George Hofmann (10005)
Kathryn Tunacik (13363)
**Cohne Kinghorn, P.C.**
111 East Broadway
11th Floor
Salt Lake City, Utah 84111
T: (801) 363-4300
F: (801) 363-4378
Email: ghofmann@ck.law
ktunacik@ck.law

*Attorneys for Defendants*
*Mavorco Holdings, LLC; Mavorco IP,*
*LLC; and Mavorco Operations, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,<br><br>    Defendants. | Civil No. 2:25-cv-00096-RJS<br><br>Judge Robert J. Shelby |

## ORDER EXTENDING TIME TO FILE MEMORANDUM OPPOSING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 6(b), and the Stipulation to Extend Time to File Memorandum Opposing Plaintiff's Motion for Preliminary Injunction, and for good cause shown, it is hereby ORDERED that that the time within which Defendants Mavorco Holdings, LLC, Mavorco IP, LLC, and Mavorco Operations, LLC (collectively "Mavorco") must file Defendants' memorandum opposing Plaintiff's motion for preliminary injunction is extended through and including April 24, 2025.

Dated: _____, 2025

BY THE COURT:

_____
Robert J. Shelby
United States Judge