| Attorney or Party without Attorney: <br> Brett L. Foster <br> Dorsey & Whitney LLP <br> 111 S. Main Street Suite 200 <br> Salt Lake City, UT 84111 <br> Telephone No: 801-933-7360 <br> Attorney For: Plaintiff | Ref. No. or File No.: <br> BLENDTEC V BLENDJET | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court: <br> USDC-District of Utah |
|---|

| Plaintiff: Blendtec, Inc. <br> Defendant: Blendjet, Inc.; et al. |
|---|

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:25-cv-00096-DBP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT; DECLARATION OF BRIAN BUCHANAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF TAMARA KAPALOSKI IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF DAVID FRANKLYN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

3. a. Party served: Blendjet, Inc.
   b. Person served: John Downey, Authorized to Accept Service for Harvard Business Services, Agent for Service of Process

4. Address where the party was served: 16192 Coastal Highway, Lewes, DE 19958

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Mar 28 2025 (2) at: 03:38 PM

6. **Person Who Served Papers:**
   a. Sean Boykevich
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

   d. **The Fee** for Service was:

7. *I declare under penalty of perjury that the foregoing is true and correct.*

4/1/25
(Date)                    (Signature)



PROOF OF SERVICE

12992104
(403213)