THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>    Plaintiff,<br><br> v.<br><br>BLENDJET INC., a Delaware corporation,<br>MAVORCO HOLDINGS, LLC, a Delaware limited liability company,<br>MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,<br><br>    Defendant. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br>CASE NO: 2:25-cv-00096-RJS-DBP<br><br>District Court Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Kyle Steven Smith. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED (ECF No. 34).

DATED this 4th day of April, 2025.

BY THE COURT:

_____
Dustin B. Pead
U.S. Magistrate Judge