George B. Hofmann, IV (10005)
Kathryn Tunacik (13363)
**Cohne Kinghorn, P.C.**
111 E Broadway 11th Fl
Salt Lake City, Ut 84111
Tel: (801) 363-4300
Fax: (801) 363-4378
Ghofmann@Cohnekinghorn.Com
Ktunacik@Ck.Law

Lucy Jewett Wheatley (*Pro Hac Vice*)
**McGuireWoods LLP**
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4320
Fax: (804) 698-2130
Email:  lwheatley@mcguirewoods.com

Kyle S. Smith (*Pro Hac Vice*)
**McGuireWoods LLP**
501 Fayetteville St., Ste. 500
Raleigh, NC 27601
Tel: 919-835-5966
Fax: 919-755-6607
Email: ksmith@mcguirewoods.com

Jessica S. Maupin (*Pro Hac Vice*)
**McGuireWoods LLP**
2601 Olive Street, Suite 2100
Dallas, TX 75201
Tel: (214) 932.6400
Fax:  (214) 932.6499
Email: jmaupin@mcguirewoods.com

***Attorneys for Defendants***
***MavorCo Holdings, LLC; MavorCo IP, LLC; and MavorCo Operations, LLC***

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah Corporation<br><br>*Plaintiff*,<br><br>v.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, Delaware limited liability company,<br><br>*Defendants*. | **ORDER GRANTING MAVORCO'S MOTION TO DISMISS IN PART PLAINTIFF'S COMPLAINT**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

This matter comes before the Court on the Motion to Dismiss in Part Plaintiff's Complaint filed by Defendants MavorCo Holding, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC (collectively, "MavorCo") (Dkt. 43), pursuant to Federal Rule of Civil Procedure 12(b)(6). The Motion seeks dismissal of Counts V and VI of Plaintiff Blendtec, Inc.'s ("Plaintiff" or "Blendtec") Complaint, which assert claims of successor liability against MavorCo.

1

Upon consideration of the motion, the supporting and opposing memoranda, and all other matters before this Court, the Court finds that the Plaintiff has failed to state a claim upon which relief can be granted with respect to its successor liability claims against MavorCo.

Accordingly, it is hereby ORDERED:

1. The Motion to Dismiss-in-Part filed by Defendants MavorCo is GRANTED.

2. Counts V and VI of Plaintiff Blendtec, Inc.'s Complaint are DISMISSED WITH PREJUDICE.

3. Each party shall bear its own costs and fees associated with this motion.

IT IS SO ORDERED

DATED: _____, 2025,

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge