**EXHIBIT B**

| | |
|---|---|
| **From:** | Larry Meyer |
| **To:** | Kapaloski, Tammy; Foster, Brett |
| **Cc:** | Patrick McGill; Martin Bader; jsalen@sheppardmullin.com; nthomas@parsonsbehle.com |
| **Subject:** | Request for Extension for BlendJet Inc. to Respond to Complaint in 2025 Action |
| **Date:** | Friday, March 7, 2025 3:02:12 PM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Dear Tammy,

As you may remember, I am CFO of BlendJet, Inc. On behalf of BlendJet, I hereby request a thirty (30) day extension for BlendJet, Inc. to respond to the complaint in Case No. 25-cv-96 (the 2025 Action). We agree not to argue that the fact of the extension should impact the court's consideration of any motion for preliminary injunction that may be filed by Blendtec in the 2025 Action. We understand that MavorCo and Blendtec have agreed to an extension on the same terms.

Additionally, we ask that Blendtec incorporate the parties' request for an extension into the forthcoming stipulation and joint motion filed by Blendtec and the MavorCo entities.

Please confirm.

With thanks,
Larry