# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC, INC., a Utah corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, DELAWARE limited liability company,<br><br>  Defendant. | **[PROPOSED] CERTIFICATE OF DEFAULT AGAINST DEFENDANT BLENDJET, INC.**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

  Before the Clerk is Plaintiff's Motion for Entry of Default against Defendant Blendjet Inc. ("Blendjet") pursuant to Rule 55(a) and DUCiv 55-1(a).

  Having considered Plaintiff's Motion and the Affidavit of Tamara L. Kapaloski, and finding that service of the Summons and Complaint has been effected on Blendjet, that the time for response has expired, that Blendjet has failed to plead or otherwise defend in response to the Complaint, the default of Blendjet is hereby entered pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule DUCiv 55-1(a).

IT IS SO ORDERED.

Dated _____, 2025

                    BY THE CLERK OF COURT

                    _____