# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC., a Utah Corporation**<br><br>*Plaintiff,*<br><br>v.<br><br>**BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,**<br><br>*Defendants.* | **TRANSMITTAL DECLARATION OF JESSICA S. MAUPIN IN SUPPORT OF MAVORCO'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

I, Jessica S. Maupin, declare as follows:

1.      I am over the age of twenty-one (21), under no legal disability, and have never been convicted of a felony or a crime involving moral turpitude.  I am fully competent to make this declaration.  The statements set forth herein are based on my personal knowledge and are true and correct.

2.      I am an attorney licensed to practice law in the State of Texas, and I am an attorney at the law firm of McGuireWoods LLP, 2601 Olive Street, Suite 2100, Dallas, TX 75201.  I represent Defendants MavorCo Holding, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC (collectively "MavorCo") in this matter.

3.      I submit this declaration in support of Defendants' opposition to the motion for a preliminary injunction filed by Plaintiff Blendtec Inc. ("Blendtec").

4.      Attached as ***Exhibit 1*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark, BLENDJET (U.S. Reg. No. 5,750,510).

5.      Attached as ***Exhibit 2*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for MavorCo's swirl design trademark (U.S. Reg. No. 5,950,040).

6.      Attached as ***Exhibit 3*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDOR trademark (U.S. Reg. No. 585,384).

7.      Attached as ***Exhibit 4*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDER PLUS + trademark (U.S. Reg. No. 1,036,620).

8.      Attached as ***Exhibit 5*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the ULTRA BLEND trademark (U.S. Reg. No. 1,671,452).

9.      Attached as ***Exhibit 6*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDER QUEEN trademark (U.S. Reg. No. 1,764,060).

10.     Attached as ***Exhibit 7*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the P-K BLEND MASTER trademark (U.S. Reg. No. 1,834,334).

11.     Attached as ***Exhibit 8*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the TOUCH BLEND trademark (U.S. Reg. No. 1,946,050).

12.     Attached as ***Exhibit 9*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the ITTY BITTY BLENDER trademark (U.S. Reg. No. 1,907,085).

13.     Attached as ***Exhibit 10*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the ASTRO BLENDER trademark (U.S. Reg. No. 2,006,174).

14.     Attached as ***Exhibit 11*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDMASTER trademark (U.S. Reg. No. 2,172,105).

15.     Attached as ***Exhibit 12*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the SMART BLENDER trademark (U.S. Reg. No. 2,586,700).

16.     Attached as ***Exhibit 13*** is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the SENORITA BLENDER trademark (U.S. Ser. No. 75548803).

17.     Attached as *Exhibit 14* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the TURBOBLEND trademark (U.S. Reg. No. 2,414,553).

18.     Attached as *Exhibit 15* is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the BLENDFAST trademark (U.S. Ser. No. 75637372).

19.     Attached as *Exhibit 16* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDING STATION trademark (U.S. Reg. No. 2,168,570).

20.     Attached as *Exhibit 17* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the AERO-BLEND trademark (U.S. Reg. No. 1,831,893).

21.     Attached as *Exhibit 18* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the ACCU-BLEND trademark (U.S. Reg. No. 2,006,683).

22.     Attached as *Exhibit 19* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLEND-IN-CAN trademark (U.S. Reg. No. 2,034,164).

23.     Attached as *Exhibit 20* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the STARBLEND 2000 trademark (U.S. Reg. No. 2,278,987).

24.     Attached as *Exhibit 21* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the PORTION BLENDING SYSTEM trademark (U.S. Reg. No. 2,511,260).

25.     Attached as *Exhibit 22* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the MASS/BLEND trademark (U.S. Reg. No. 2,646,348).

26.     Attached as *Exhibit 23* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLEND-N-GO trademark (U.S. Reg. No. 2,869,717).

27.     Attached as *Exhibit 24* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BULLET BLENDER trademark (U.S. Reg. No. 2,947,491).

28.     Attached as *Exhibit 25* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the PRECISION BLEND SYSTEM trademark (U.S. Reg. No. 3,300,692).

29.     Attached as *Exhibit 26* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the WILLITBLEND? trademark (U.S. Reg. No. 3,576,702).

30.     Attached as *Exhibit 27* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the TOTAL BLENDER trademark (U.S. Reg. No. 3,338,347).

31.     Attached as *Exhibit 28* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENZER trademark (U.S. Reg. No. 3,471,153).

32.     Attached as *Exhibit 29* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the MY BLEND trademark (U.S. Reg. No. 4,081,003).

33.     Attached as *Exhibit 30* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the MAGNABLEND trademark (U.S. Reg. No. 4,832,643).

34.     Attached as *Exhibit 31* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BABY BLENDY trademark (U.S. Reg. No. 5,418,494).

35.     Attached as *Exhibit 32* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDER DUO trademark (U.S. Reg. No. 5,200,245).

36.     Attached as *Exhibit 33* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDERMATE trademark (U.S. Reg. No. 5,149,086).

37.     Attached as *Exhibit 34* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDPLUS trademark (U.S. Reg. No. 5,026,355).

38.     Attached as *Exhibit 35* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BABY BLENDY trademark (U.S. Reg. No. 5,408,212).

39.    Attached as ***Exhibit 36*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDIN trademark (U.S. Reg. No. 5,348,785).

40.    Attached as ***Exhibit 37*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the SMART BLEND trademark (U.S. Reg. No. 5,318,787).

41.    Attached as ***Exhibit 38*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDID trademark (U.S. Reg. No. 6,608,661).

42.    Attached as ***Exhibit 39*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the FLO-BLEND trademark (U.S. Reg. No. 5,791,645).

43.    Attached as ***Exhibit 40*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the AIRLESS BLENDING trademark (U.S. Reg. No. 5,928,954).

44.    Attached as ***Exhibit 41*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the THE BLEND FRIEND trademark (U.S. Reg. No. 6,234,269).

45.    Attached as ***Exhibit 42*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the THE ORIGINAL PORTABLE BLENDER trademark (U.S. Reg. No. 5,783,996).

46.    Attached as ***Exhibit 43*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the POLAR BLEND trademark (U.S. Reg. No. 6,126,527).

47.    Attached as ***Exhibit 44*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the MULTIBLEND trademark (U.S. Reg. No. 6,002,087).

48.    Attached as ***Exhibit 45*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the HYDRATION BLEND trademark (U.S. Reg. No. 6,441,867).

49.    Attached as ***Exhibit 46*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDERX trademark (U.S. Reg. No. 6,074,514).

50.    Attached as *Exhibit 47* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the MOST CONVENIENT BLENDER trademark (U.S. Reg. No. 6,112,680).

51.    Attached as *Exhibit 48* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLEND SIP CHILL trademark (U.S. Reg. No. 6,117,872).

52.    Attached as *Exhibit 49* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the POLAR BLEND trademark (U.S. Reg. No. 6,226,288).

53.    Attached as *Exhibit 50* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the NEXT-GEN BLENDER trademark (U.S. Reg. No. 6,220,824).

54.    Attached as *Exhibit 51* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the XBLENDZ trademark (U.S. Reg. No. 6,371,512).

55.    Attached as *Exhibit 52* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the ECOBLEND trademark (U.S. Reg. No. 6,662,919).

56.    Attached as *Exhibit 53* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDERMASTER trademark (U.S. Reg. No. 6,561,179).

57.    Attached as *Exhibit 54* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the CLEANBLEND trademark (U.S. Reg. No. 6,580,957).

58.    Attached as *Exhibit 55* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDAR trademark (U.S. Reg. No. 6,689,888).

59.    Attached as *Exhibit 56* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDBLACK trademark (U.S. Reg. No. 6,663,962).

60.    Attached as *Exhibit 57* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the NUTRIBLEND trademark (U.S. Reg. No. 7,134,171).

61.    Attached as *Exhibit 58* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDERCOZY trademark (U.S. Reg. No. 7,178,920).

62.    Attached as *Exhibit 59* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLEND GENIX trademark (U.S. Reg. No. 6,994,837).

63.    Attached as *Exhibit 60* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the EASY BLEND trademark (U.S. Reg. No. 6,977,743).

64.    Attached as *Exhibit 61* is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the BLENDZALL trademark (U.S. Ser. No. 97177485).

65.    Attached as *Exhibit 62* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDERCAP trademark (U.S. Reg. No. 7,264,809).

66.    Attached as *Exhibit 63* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDER BIT trademark (U.S. Reg. No. 7,186,994).

67.    Attached as *Exhibit 64* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDQUIK trademark (U.S. Reg. No. 7,349,097).

68.    Attached as *Exhibit 65* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the B BLENDNOW trademark (U.S. Reg. No. 7,378,348).

69.    Attached as *Exhibit 66* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the BLENDTIDE trademark (U.S. Reg. No. 7,401,373).

70.    Attached as *Exhibit 67* is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the BLENDER PITCHER trademark (U.S. Ser. No. 98032506).

71.    Attached as *Exhibit 68* is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the SPLENDOR BLENDER trademark (U.S. Reg. No. 7,509,739).

72.     Attached as ***Exhibit 69*** is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the BLENDING JUST GOT SMARTER trademark (U.S. Ser. No. 98137477).

73.     Attached as ***Exhibit 70*** is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the BLENSET trademark (U.S. Ser. No. 98299866).

74.     Attached as ***Exhibit 71*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the VITAMIN BLENDER trademark (U.S. Reg. No. 7,701,797).

75.     Attached as ***Exhibit 72*** is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the FLIP N - BLENDER - trademark (U.S. Ser. No. 98516718).

76.     Attached as ***Exhibit 73*** is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the BLENDCRAFT trademark (U.S. Ser. No. 98577920).

77.     Attached as ***Exhibit 74*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the FLIP N - BLENDER - trademark (U.S. Reg. No. 7662810).

78.     Attached as ***Exhibit 75*** is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the BLENDMAX trademark (U.S. Ser. No. 98775812).

79.     Attached as ***Exhibit 76*** is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the PARTY BLENDER trademark (U.S. Ser. No. 98929214).

80.     Attached as ***Exhibit 77*** is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the BLENDSENSE trademark (U.S. Ser. No. 99029503).

81.     Attached as ***Exhibit 78*** is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the BLENTIX trademark (U.S. Ser. No. 99056645).

82.     Attached as ***Exhibit 79*** is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the BLEND BLASTER trademark (U.S. Ser. No. 99061793).

83.     Attached as ***Exhibit 80*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 3,722,198).

84.     Attached as ***Exhibit 81*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 3,901,615).

85.     Attached as ***Exhibit 82*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 4,406,665).

86.     Attached as ***Exhibit 83*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 5,620,499).

87.     Attached as ***Exhibit 84*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 5,923,915).

88.     Attached as ***Exhibit 85*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 5,923,479).

89.     Attached as ***Exhibit 86*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 6,420,367).

90.     Attached as ***Exhibit 87*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 5,842,947).

91.     Attached as ***Exhibit 88*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 6,749,656).

92.     Attached as ***Exhibit 89*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 6,189,207).

93.     Attached as ***Exhibit 90*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 6,319,816).

94.     Attached as ***Exhibit 91*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 6,245,626).

95.     Attached as ***Exhibit 92*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 7,156,070).

96.     Attached as ***Exhibit 93*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 7,254,164).

97.     Attached as ***Exhibit 94*** is a true and correct copy from the United States Patent and Trademark Office of the Registration Certificate for the trademark (U.S. Reg. No. 7,416,500).

98.    Attached as **Exhibit 95** is a true and correct copy of a printout from the United States Patent and Trademark Office website of the TSDR for the trademark (U.S. Ser. No. 97855480).

99.    I have personally reviewed the prosecution history for MavorCo's BLENDJET mark, U.S. Reg. No. 5,750,510.

100.    The trademark Examiner's Amendment for the BLENDJET mark, with an Issue/Mailing date of January 4, 2019, states that: "The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d)." A true and correct copy of the trademark examining attorney's search, that was conducted on January 2, 2019, is attached hereto as **Exhibit 96**. A true and correct copy of the trademark Examiner's Amendment entered on January 4, 2019 is attached hereto as **Exhibit 97**.

101.    On February 26, 2019, the BLENDJET mark was published in the Trademark Official Gazette. A *Trademark Official Gazette* Publication Confirmation was added to the prosecution history file of the BLENDJET mark, notifying "any party who believes it will be damages by the registration of the mark" that it "may file a notice of opposition." Based on my review of the prosecution history of the BLENDJET mark, no such oppositions were filed.

102.    I have personally reviewed the prosecution history for MavorCo's Swirl Design, U.S. Reg. No. 5,950,040.

103.    The trademark Examiner's Amendment for Mavorco's Swirl Design mark, with an Issue date of September 10, 2019, states that: "The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d)." A true and correct copy of the trademark examining attorney search is attached hereto as **Exhibit 98**. A true and correct copy of the trademark Examiner's Amendment entered on September, 2019 is attached hereto as **Exhibit 99**.

104.    On October 15, 2019, the BLENDJET mark was published in the Trademark Official Gazette. A *Trademark Official Gazette* Publication Confirmation was added to the prosecution history file of the Mavorco Swirl Design, notifying "any party who believes it will be damages by the registration of the mark" that it "may file a notice of opposition." Based on my review of the prosecution history of the MavorCo Swirl Design, no such oppositions were filed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on:  25 day of April, 2025.

*/s/ Jessica S. Maupin*
Jessica S. Maupin

# EXHIBIT 1



# United States of America

## United States Patent and Trademark Office

# BlendJet

**Reg. No. 5,750,510**

**Registered May 14, 2019**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Miramore Inc.  (DELAWARE CORPORATION)
1320 Harbor Bay Parkway, Suite 180
Alameda, CALIFORNIA 94502

CLASS 7: Electric food processors; Food processors, electric; Electric mixers; Electric food blenders; Electric hand-held mixers for household purposes; Hand-held electric-powered food processors

FIRST USE 10-12-2017; IN COMMERCE 6-2-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-125,709, FILED 09-20-2018



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,950,040**

**Registered Dec. 31, 2019**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Miramore Inc.  (DELAWARE CORPORATION), DBA BlendJet
5153 Commercial Circle
Suite B
Concord, CALIFORNIA 94520

CLASS 7: Electric food processors; Electric mixers; Electric mixers for household purposes; Electric hand-held mixers for household purposes; Food processors, electric; Hand-held electric-powered food processors

FIRST USE 5-23-2019; IN COMMERCE 6-3-2019

The mark consists of a swirl that originates from the left of the center, that is thinner on both ends of the mark and thicker in the middle, and moves counterclockwise in a circular motion, forming two rings that conclude with a sharp point in the top left.

SER. NO. 88-480,647, FILED 06-19-2019



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

EXHIBIT 3

Registered Feb. 9, 1954

Registration No. 585,384

PRINCIPAL REGISTER
Trade-Mark

# UNITED STATES PATENT OFFICE

Waring Products Corporation, New York, N. Y.

Act of 1946

Application November 17, 1950, Serial No. 606,582

# BLENDOR

## STATEMENT

Waring Products Corporation, a corporation duly organized under the laws of the State of Delaware, located at New York, New York, and doing business at 25 West 43rd Street, New York 18, New York, has adopted and is using the trade-mark shown in the accompanying drawing, for ELECTRICAL DISINTEGRATORS AND MIXERS FOR PRODUCING FLUID SUBSTANCES FROM SOLID FOODS AND OTHER ORGANIC MATTER AND FOR INTERMIXING FLUIDS, in Class 21, Electrical apparatus, machines, and supplies, and presents herewith five (5) specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods and to containers for the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with section 2(f) of the act of July 5, 1946.

The trade-mark was first used on May 18, 1939, and first used in commerce among the several States which may lawfully be regulated by Congress on May 18, 1939.

The mark is claimed to have become distinctive of the applicant's goods in commerce which may lawfully be regulated by Congress through substantially exclusive and continuous use thereof as a mark by the applicant in commerce among the several States for the five years next preceding the date of the filing of this application.

WARING PRODUCTS CORPO-
RATION,
By JAMES P. McILHENNY,
Vice-President-Sales.

# EXHIBIT 4

Int. Cl.: 7

Prior U.S. Cl.: 21

**United States Patent Office**

Reg. No. 1,036,620

Registered Mar. 30, 1976

## TRADEMARK
### Principal Register



Scovill Manufacturing Company (Connecticut corporation)
99 Mill St.
Waterbury, Conn.

For: ELECTRIC FOOD BLENDERS, in CLASS 7 (U.S. CL. 21).

First use on or about Oct. 11, 1971; in commerce on or about Oct. 11, 1971.

Applicant disclaims the word "Blender" apart from the mark as shown.

Ser. No. 40,476, filed Dec. 26, 1974.

PHILIP YARNALL, Examiner

Int. Cl.: 7

Prior U.S. Cl.: 21

## United States Patent Office

Reg. No. 1,036,620

Registered Mar. 30, 1976

## TRADEMARK
### Principal Register



Scovill Manufacturing Company (Connecticut corporation)
99 Mill St.
Waterbury, Conn.

For: ELECTRIC FOOD BLENDERS, in CLASS 7 (U.S. CL. 21).

First use on or about Oct. 11, 1971; in commerce on or about Oct. 11, 1971.

Applicant disclaims the word "Blender" apart from the mark as shown.

Ser. No. 40,476, filed Dec. 26, 1974.

PHILIP YARNALL, Examiner

Int. Cl.: 7

Prior U.S. Cl.: 21

**United States Patent and Trademark Office**

Reg. No. 1,036,620
Registered Mar. 30, 1976

10 Year Renewal

Renewal Term Begins Mar. 30, 1996

## TRADEMARK
## PRINCIPAL REGISTER



HAMILTON BEACH/PROCTOR-SILEX, INC. (DELAWARE CORPORATION)
4421 WATERFRONT DRIVE
GLEN ALLEN, VA 23060, BY CHANGE OF NAME, ASSIGNMENT AND ASSIGNMENT FROM SCOVILL MANUFACTURING COMPANY (CONNECTICUT CORPORATION) WATERBURG, CT

APPLICANT DISCLAIMS THE WORD "BLENDER" APART FROM THE MARK AS SHOWN.

FOR: ELECTRIC FOOD BLENDERS, IN CLASS 7 (U.S. CL. 21).

FIRST USE 10-11-1971; IN COMMERCE 10-11-1971.

SER. NO. 73-040,476, FILED 12-26-1974.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 30, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# EXHIBIT 5

Int. Cl.: 7

Prior U.S. Cl.: 23

Reg. No. 1,671,452

## United States Patent and Trademark Office     Registered Jan. 7, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## ULTRA BLEND

RIVAL MANUFACTURING COMPANY (DELA-
WARE CORPORATION)
36TH AND BENNINGTON
KANSAS CITY, MO 64129

FOR: ELECTRONIC FOOD BLENDERS, IN
CLASS 7 (U.S. CL. 23).

FIRST USE 9–18–1990; IN COMMERCE
9–18–1990.

SN 74–072,289, FILED 6–25–1990.

RANDY RICARDO, EXAMINING ATTORNEY

EXHIBIT 6

Int. Cl.: 7

Prior U.S. Cls.: 21 and 23

United States Patent and Trademark Office

Reg. No. 1,764,060
Registered Apr. 13, 1993

## TRADEMARK
### PRINCIPAL REGISTER

### BLENDER QUEEN

WESTMINSTER INTERNATIONAL COMPANY, INC. (GEORGIA CORPORATION)
436 ARMOUR CIRCLE, N.E.
ATLANTA, GA 30324

FOR: ELECTRIC FOOD BLENDER USED IN MIXING, LIQUEFYING AND BLENDING ALL TYPES OF EDIBLE MATERIALS AND LIQUIDS, IN CLASS 7 (U.S. CLS. 21 AND 23).

FIRST USE 4–1–1983; IN COMMERCE 4–1–1983.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLENDER", APART FROM THE MARK AS SHOWN.

SER. NO. 74–257,815, FILED 3–23–1992.

ALAN ATCHISON, EXAMINING ATTORNEY

# EXHIBIT 7

Int. Cl.: 7

Prior U.S. Cls.: 21 and 23

## United States Patent and Trademark Office

Reg. No. 1,834,334
Registered May 3, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## P-K BLEND MASTER

HARSCO CORPORATION (DELAWARE COR-
PORATION)
350 POPLAR CHURCH ROAD
WORMLEYSBURG, PA 17011

FOR: ELECTRIC FOOD BLENDERS FOR
COMMERCIAL USE, IN CLASS 7 (U.S. CLS. 21
AND 23).
FIRST USE 9–3–1993; IN COMMERCE
10–26–1993.

OWNER OF U.S. REG. NOS. 812,742, 1,063,738,
AND 1,267,780.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BLEND", APART FROM THE
MARK AS SHOWN.

SN 74–263,700, FILED 4–8–1992.

SAMUEL E. SHARPER JR., EXAMINING AT-
TORNEY

# EXHIBIT 8

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

## United States Patent and Trademark Office

Reg. No. 1,946,050
Registered Jan. 2, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## TOUCH BLEND

DYNAMICS CORPORATION OF AMERICA
(NEW YORK CORPORATION)
283 MAIN STREET
NEW HARTFORD, CT 06057

FOR: ELECTRIC FOOD BLENDERS FOR DOMESTIC USE, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 10-0-1994; IN COMMERCE 10-0-1994.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLEND", APART FROM THE MARK AS SHOWN.

SN 74–482,563, FILED 1–24–1994.

DAVID H. STINE, EXAMINING ATTORNEY

# EXHIBIT 9

Int. Cl.: 7

Prior U.S. Cls.: 21 and 23

United States Patent and Trademark Office

Reg. No. 1,907,085
Registered July 25, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## ITTY BITTY BLENDER

AMS INDUSTRIES, INC. (CALIFORNIA COR-
PORATION), DBA FITTING IMAGE
2075 ADAMS AVENUE
OAKLAND, CA 94577

FOR: HAND HELD BATTERY OPERATED
BLENDER, IN CLASS 7 (U.S. CLS. 21 AND 23).
FIRST USE 3–7–1994; IN COMMERCE
3–7–1994.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BLENDER" , APART FROM
THE MARK AS SHOWN.

SER. NO. 74–525,038, FILED 5–16–1994.

CYNTHIA GREER, EXAMINING ATTORNEY

# EXHIBIT 10

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

## United States Patent and Trademark Office

Reg. No. 2,006,174
Registered Oct. 8, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## ASTRO BLENDER

COMMERCIAL REFRIGERATION COMPANY, INC. (IOWA CORPORATION)
3218 NEBRASKA AVENUE
COUNCIL BLUFFS, IA 51501

FOR: ELECTRIC BLENDERS USED FOR ICE CREAM AND OTHER FOOD PRODUCTS FOR COMMERCIAL USE, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 4–1–1985; IN COMMERCE 4–1–1985.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLENDER", APART FROM THE MARK AS SHOWN.

SER. NO. 75–011,152, FILED 10–27–1995.

BARBARA GAYNOR, EXAMINING ATTORNEY

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

## United States Patent and Trademark Office

Reg. No. 2,006,174
Registered Oct. 8, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## ASTRO BLENDER

COMMERCIAL REFRIGERATION COMPANY, INC. (IOWA CORPORATION)
3218 NEBRASKA AVENUE
COUNCIL BLUFFS, IA 51501

FOR: ELECTRIC BLENDERS USED FOR ICE CREAM AND OTHER FOOD PRODUCTS FOR COMMERCIAL USE, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 4-1-1985; IN COMMERCE 4-1-1985.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLENDER", APART FROM THE MARK AS SHOWN.

SER. NO. 75-011,152, FILED 10-27-1995.

BARBARA GAYNOR, EXAMINING ATTORNEY

# EXHIBIT 11

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 2,172,105

Registered July 14, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## BLENDMASTER

HAMILTON BEACH/PROCTOR-SILEX, INC. (DELAWARE CORPORATION)
4421 WATERFRONT DRIVE
GLEN ALLEN, VA 23060

FOR: ELECTRIC FOOD BLENDERS FOR DOMESTIC USE, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 1-0-1992; IN COMMERCE 2-0-1992.

SER. NO. 74-645,105, FILED 3-6-1995.

K. MARGARET LE, EXAMINING ATTORNEY

EXHIBIT 12

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

**United States Patent and Trademark Office**

Reg. No. 2,586,700

Registered June 25, 2002

## TRADEMARK
### SUPPLEMENTAL REGISTER

## SMART BLENDER

HAMILTON BEACH/PROCTOR-SILEX, INC. (DE-
LAWARE CORPORATION)
4421 WATERFRONT DRIVE
GLEN ALLEN, VA 23960

FOR: ELECTRIC FOOD BLENDERS, IN CLASS 7
(U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 3-23-1998; IN COMMERCE 3-23-1998.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BLENDER", APART FROM THE
MARK AS SHOWN.

SER. NO. 75-476,118, FILED P.R. 4-28-1998; AM. S.R.
2-7-2002.

PAULA MAYS, EXAMINING ATTORNEY

# EXHIBIT 13

**Generated on:** This page was generated by TSDR on 2025-04-25 15:27:51 EDT

**Mark:** SENORITA BLENDER

*Señorita Blender*

**US Serial Number:** 75548803

**Application Filing Date:** Sep. 08, 1998

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because no Statement of Use or Extension Request timely filed after Notice of Allowance was issued. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Aug. 23, 2000

**Publication Date:** Nov. 30, 1999 **Notice of Allowance Date:** Feb. 22, 2000

**Date Abandoned:** Aug. 23, 2000

# Mark Information

**Mark Literal Elements:** SENORITA BLENDER

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM

**Disclaimer:** "BLENDER"

**Translation:** SENORITA IS THE SPANISH WORD MEANING YOUNG LADY OR MISS.

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** electric food blenders and electric juicers for domestic use

**International Class(es):** 007 - Primary Class

**U.S Class(es):** 013, 019, 021, 023, 031, 034, 035

**Class Status:** ACTIVE

**For:** electric irons

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**For:** electric coffee makers for domestic use electric rice cookers, electric toaster ovens and electric pressure cookers

**International Class(es):** 011 - Primary Class

**U.S Class(es):** 013, 021, 023, 031, 034

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

| | | | | |
|---|---|---|---|---|
| **Filed 44E:** | No | | **Currently 44E:** | No |
| **Filed 66A:** | No | | **Currently 66A:** | No |
| **Filed No Basis:** | No | | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** PICK FIVE IMPORTS, INC.

**Owner Address:** 1201 S. Jellick Avenue
City of Industry, CALIFORNIA UNITED STATES 91748

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** PICK FIVE IMPORTS, INC
1201 S JELLICK AVE
CITY OF INDUSTRY, CALIFORNIA UNITED STATES 91748

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 15, 2000 | ABANDONMENT - NO USE STATEMENT FILED | |
| Feb. 22, 2000 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Nov. 30, 1999 | PUBLISHED FOR OPPOSITION | |
| Oct. 29, 1999 | NOTICE OF PUBLICATION | |
| Jul. 23, 1999 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 15, 1999 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 11, 1999 | NON-FINAL ACTION MAILED | |
| May 03, 1999 | ASSIGNED TO EXAMINER | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:**

**Law Office Assigned:** LAW OFFICE 114

**File Location**

**Current Location:** FILE REPOSITORY (FRANCONIA)

**Date in Location:** Nov. 16, 2000

# EXHIBIT 14

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

**United States Patent and Trademark Office**

Reg. No. 2,414,553

Registered Dec. 19, 2000

## TRADEMARK
### PRINCIPAL REGISTER

### TURBOBLEND

VITA-MIX CORPORATION (OHIO CORPORATION)
8615 USHER ROAD
CLEVELAND, OH 44138

FOR: ELECTRIC FOOD PROCESSORS FOR DO-
MESTIC USE, IN CLASS 7 (U.S. CLS. 13, 19, 21,
23, 31, 34 AND 35).

FIRST USE 5-28-1999; IN COMMERCE 5-28-1999.

SN 75-604,867, FILED 12-14-1998.

JODI LAUTERBACH, EXAMINING ATTORNEY

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

**Reg. No. 2,414,553**

## United States Patent and Trademark Office

Registered Dec. 19, 2000

### TRADEMARK
#### PRINCIPAL REGISTER

## TURBOBLEND

VITA-MIX CORPORATION (OHIO CORPORATION)
8615 USHER ROAD
CLEVELAND, OH 44138

    FOR: ELECTRIC FOOD PROCESSORS FOR DO-
MESTIC USE, IN CLASS 7 (U.S. CLS. 13, 19, 21,
23, 31, 34 AND 35).

FIRST USE 5–28–1999; IN COMMERCE 5–28–1999.

SN 75–604,867, FILED 12–14–1998.

JODI LAUTERBACH, EXAMINING ATTORNEY

# EXHIBIT 15

**Generated on:** This page was generated by TSDR on 2025-04-25 15:28:21 EDT

**Mark:** BLENDFAST

| | | | |
|---|---|---|---|
| **US Serial Number:** | 75637372 | **Application Filing Date:** | Feb. 10, 1999 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Mar. 27, 2000

**Date Abandoned:** Feb. 01, 2000

# Mark Information

**Mark Literal Elements:** BLENDFAST

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** BLENDERS

**International Class(es):** 007 - Primary Class

**U.S Class(es):** 013, 019, 021, 023, 031, 034, 035

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** CONAIR CORPORATION

| | |
|---|---|
| **Owner Address:** | 1 Cummings Point Road<br>Stamford, CONNECTICUT UNITED STATES 06904 |
| **Legal Entity Type:** | CORPORATION |

| **State or Country Where Organized:** | DELAWARE |
|---|---|

## Attorney/Correspondence Information

| **Attorney of Record** |
|---|

| **Attorney Name:** | Jeffrey A. Word |
|---|---|

| **Correspondent** |
|---|

| **Correspondent Name/Address:** | JEFFREY A WORD<br>CONAIR CORPORATION<br>1 CUMMINGS POINT RD<br>STAMFORD, CONNECTICUT UNITED STATES 06904 |
|---|---|

| **Domestic Representative - Not Found** |
|---|

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 27, 2000 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Jul. 29, 1999 | NON-FINAL ACTION MAILED | |
| Jul. 19, 1999 | ASSIGNED TO EXAMINER | |

## TM Staff and Location Information

| **TM Staff Information** |
|---|

| **TM Attorney:** | | **Law Office Assigned:** | LAW OFFICE 112 |
|---|---|---|---|

| **File Location** |
|---|

| **Current Location:** | FILE REPOSITORY (FRANCONIA) | **Date in Location:** | Aug. 03, 2000 |
|---|---|---|---|

# EXHIBIT 16

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

**Reg. No. 2,168,570**

## United States Patent and Trademark Office

Registered June 23, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## BLENDING STATION

VITA-MIX CORPORATION (OHIO CORPORA-
TION)
8615 USHER ROAD
CLEVELAND, OH 44138

FOR: ELECTRIC FOOD PROCESSORS WITH
INTEGRAL SOUND REDUCTION CHAMBER
FOR COMMERCIAL AND/OR DOMESTIC USE,
IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND
35).

FIRST USE 5–28–1997; IN COMMERCE
5–28–1997.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BLENDING", APART FROM
THE MARK AS SHOWN.

SN 75–238,761, FILED 2–10–1997.

K. MARGARET LE, EXAMINING ATTORNEY

# EXHIBIT 17

Int. Cl.: 7

Prior U.S. Cl.: 23

**United States Patent and Trademark Office**

Reg. No. 1,831,893
Registered Apr. 19, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## AERO-BLEND

SALES MAGIC, INC. (FLORIDA CORPORA-
TION)
634 SOUTH MILITARY TRAIL
DEERFIELD BEACH, FL 33442

    FOR: NON-ELECTRIC FOOD PROCESSOR
COMPONENTS; NAMELY, BLADES, IN CLASS
7 (U.S. CL. 23).

FIRST USE 5–1–1992; IN COMMERCE
5–1–1992.

    SN 74–245,219, FILED 2–7–1992.

STEPHEN JEFFRIES, EXAMINING ATTOR-
NEY

# EXHIBIT 18

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

## United States Patent and Trademark Office

Reg. No. 2,006,683
Registered Oct. 8, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## ACCU-BLEND

ACCURATE METERING SYSTEMS, INC. (ILLI-
NOIS CORPORATION)
1651 WILKENING ROAD
SCHAUMBURG, IL 60173

FOR: MACHINES FOR BLENDING LIQUIDS,
IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND
35).

FIRST USE 11–0–1995; IN COMMERCE
11–0–1995.

SN 74–533,311, FILED 6–6–1994.

KAREN K. BUSH, EXAMINING ATTORNEY

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

Reg. No. 2,006,683

## United States Patent and Trademark Office

Registered Oct. 8, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## ACCU-BLEND

ACCURATE METERING SYSTEMS, INC. (ILLI-
NOIS CORPORATION)
1651 WILKENING ROAD
SCHAUMBURG, IL 60173

FOR: MACHINES FOR BLENDING LIQUIDS,
IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND
35).

FIRST USE 11-0-1995; IN COMMERCE
11-0-1995.

SN 74-533,311, FILED 6-6-1994.

KAREN K. BUSH, EXAMINING ATTORNEY

# EXHIBIT 19

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

Reg. No. 2,034,164

## United States Patent and Trademark Office

Registered Jan. 28, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## BLEND-IN-CAN

FLUID MANAGEMENT LIMITED PARTNER-
SHIP (ILLINOIS LIMITED PARTNERSHIP)
1023 SOUTH WHEELING ROAD
WHEELING, IL 60090

FOR: FLUID DISPENSING MACHINES FOR
ADDING INGREDIENTS TO FOODS, BEVER-
AGES, PHARMACEUTICALS, VITAMINS AND
COSMETICS, AND FOR INDUSTRIAL AND

COMMERCIAL USE, IN CLASS 7 (U.S. CLS. 13,
19, 21, 23, 31, 34 AND 35).
FIRST USE 8–30–1995; IN COMMERCE
8–30–1995.

SN 74–563,479, FILED 8–19–1994.

BARBARA GAYNOR, EXAMINING ATTOR-
NEY

# EXHIBIT 20

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

Reg. No. 2,278,987

## United States Patent and Trademark Office

Registered Sep. 21, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## STARBLEND 2000

SASIB BEVERAGE AND FOOD NORTH AMER-
ICA, INC. (DELAWARE CORPORATION)
300 EAGLE ROAD
GOOSE CREEK, SC 29445

FOR: MACHINES, NAMELY, BEVERAGE
PROCESSORS, IN CLASS 7 (U.S. CLS. 13, 19, 21,
23, 31, 34 AND 35).

FIRST USE 7-1-1996; IN COMMERCE
9-1-1996.

SER. NO. 75-449,141, FILED 3-12-1998.

CINDY GREENBAUM, EXAMINING ATTOR-
NEY

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 2,278,987
Registered Sep. 21, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## STARBLEND 2000

SASIB BEVERAGE AND FOOD NORTH AMER-
ICA, INC. (DELAWARE CORPORATION)
300 EAGLE ROAD
GOOSE CREEK, SC 29445

FOR: MACHINES, NAMELY, BEVERAGE
PROCESSORS, IN CLASS 7 (U.S. CLS. 13, 19, 21,
23, 31, 34 AND 35).

FIRST USE 7-1-1996; IN COMMERCE
9-1-1996.

SER. NO. 75-449,141, FILED 3-12-1998.

CINDY GREENBAUM, EXAMINING ATTOR-
NEY

# EXHIBIT 21

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

## United States Patent and Trademark Office

Reg. No. 2,511,260

Registered Nov. 20, 2001

## TRADEMARK
### SUPPLEMENTAL REGISTER

## PORTION BLENDING SYSTEM

VITA-MIX CORPORATION (OHIO CORPORA-
TION)
8615 USHER ROAD
CLEVELAND, OH 44138

FOR: MACHINES FOR SHAVING ICE AND DIS-
PENSING THE SHAVED ICE INTO CONTAINER, IN
CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 11-7-2000; IN COMMERCE 11-7-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SYSTEM", APART FROM THE
MARK AS SHOWN.

SER. NO. 75-587,365, FILED P.R. 11-12-1998; AM.
S.R. 2-12-2001.

ESTHER BELENKER, EXAMINING ATTORNEY

# EXHIBIT 22

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

**Reg. No. 2,646,348**

## United States Patent and Trademark Office

Registered Nov. 5, 2002

### TRADEMARK
**PRINCIPAL REGISTER**

## MASS/BLEND

ODEN CORPORATION (NEW YORK CORPORA-
TION)
255 GREAT ARROW AVENUE
BUFFALO, NY 14207

    FOR: MACHINES USED TO BLEND LIQUIDS;
AND PACKAGING MACHINES USED TO BLEND
LIQUIDS AND FILL CONTAINERS, IN CLASS 7
(U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 4-25-2001; IN COMMERCE 4-25-2001.

SN 75-851,066, FILED 11-17-1999.

BRIAN NEVILLE, EXAMINING ATTORNEY

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

Reg. No. 2,646,348

United States Patent and Trademark Office

Registered Nov. 5, 2002

## TRADEMARK
## PRINCIPAL REGISTER

## MASS/BLEND

ODEN CORPORATION (NEW YORK CORPORA-
TION)
255 GREAT ARROW AVENUE
BUFFALO, NY 14207

FOR: MACHINES USED TO BLEND LIQUIDS;
AND PACKAGING MACHINES USED TO BLEND
LIQUIDS AND FILL CONTAINERS, IN CLASS 7
(U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 4-25-2001; IN COMMERCE 4-25-2001.

SN 75-851,066, FILED 11-17-1999.

BRIAN NEVILLE, EXAMINING ATTORNEY

# EXHIBIT 23

**Int. Cl.: 7**

**Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35**

**Reg. No. 2,869,717**

## United States Patent and Trademark Office

Registered Aug. 3, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## BLEND-N-GO

SUNBEAM PRODUCTS, INC. (DELAWARE COR-
PORATION)
2381 EXECUTIVE CENTER DRIVE
BOCA RATON, FL 33073

    FOR: ELECTRIC FOOD BLENDERS FEATURING
A PORTABLE BLENDING FEATURE THAT ALSO
CAN FUNCTION AS A CUP, IN CLASS 7 (U.S. CLS.
13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 10-15-2001; IN COMMERCE 10-15-2001.

SER. NO. 78-287,352, FILED 8-14-2003.

DORITT L. CARROLL, EXAMINING ATTORNEY

EXHIBIT 24

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 2,947,491

Registered May 10, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# BULLET BLENDER

HOMELAND HOUSEWARES, LLC (CALIFORNIA CORPORATION)

11755 WILSHIRE BOULEVARD, SUITE 1150

LOS ANGELES, CA 90025

FOR: ELECTRONIC KITCHEN APPLIANCES, NAMELY, FOOD PROCESSORS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 8-19-2003; IN COMMERCE 8-19-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLENDER", APART FROM THE MARK AS SHOWN.

SER. NO. 76-584,752, FILED 4-5-2004.

IRA J. GOODSAID, EXAMINING ATTORNEY

# EXHIBIT 25

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 3,300,692
Registered Oct. 2, 2007

## TRADEMARK
### PRINCIPAL REGISTER



RECKITT BENCKISER INC. (DELAWARE COR-
PORATION)
399 INTERPACE PARKWAY
PARSIPPANY, NJ 07054

FOR: MACHINE FOR BLENDING AND DISPEN-
SING CLEANING PREPARATIONS, IN CLASS 7
(U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 1-8-1998; IN COMMERCE 1-8-1998.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BLEND SYSTEM", APART FROM
THE MARK AS SHOWN.

SER. NO. 77-007,262, FILED 9-26-2006.

SCOTT BIBB, EXAMINING ATTORNEY

# EXHIBIT 26

**Int. Cl.: 7**

**Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35**

**United States Patent and Trademark Office**

Reg. No. 3,576,702

Registered Feb. 17, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# WILLITBLEND?

K-TEC, INC. (UTAH CORPORATION)
1206 SOUTH 1680 WEST
OREM, UT 84058

FOR: MIXERS AND ELECTRIC FOOD BLEN-DERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 10-23-2006; IN COMMERCE 10-23-2006.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-046,021, FILED 11-16-2006.

NORA BUCHANAN WILL, EXAMINING ATTOR-NEY

# EXHIBIT 27

**Int. Cl.: 7**

**Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35**

**United States Patent and Trademark Office**

**Reg. No. 3,338,347**

Registered Nov. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# TOTAL BLENDER

K-TEC, INC. (UTAH CORPORATION)

1206 SOUTH 1680 WEST

OREM, UT 84058

FOR: MIXERS AND ELECTRIC FOOD BLEN-
DERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34
AND 35).

FIRST USE 12-1-2004; IN COMMERCE 12-1-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BLENDER", APART FROM THE
MARK AS SHOWN.

SER. NO. 77-082,847, FILED 1-15-2007.

NORA BUCHANAN WILL, EXAMINING ATTOR-
NEY

# EXHIBIT 28

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 3,471,153

Registered July 22, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# BLENZER

DAIRY SERVICE & MFG., INC. (MISSOURI CORPORATION), DBA DSI PROCESS SYSTEMS
4630 WEST FLORISSANT AVE.
ST. LOUIS, MO 63115

FOR: BEVERAGE MAKING MACHINES FOR MIXING NON-ALCOHOLIC AND ALCOHOLIC BEVERAGES; INDUSTRIAL MACHINES FOR FOOD AND BEVERAGE PROCESSING; MIXING MACHINES FOR MAKING BEVERAGES; COMBINATION RINSING, CLEANING AND STERILIZING MACHINES WITH ON-BOARD CLEAN IN PLACE CAPABILITY FOR USE IN THE FOOD AND BEV-

ERAGE PROCESSING INDUSTRY, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 1-21-2008; IN COMMERCE 1-21-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-333,108, FILED 11-19-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

# EXHIBIT 29



# United States of America
### United States Patent and Trademark Office

# MY BLEND

**Reg. No. 4,081,003**
**Registered Jan. 3, 2012**

SUNBEAM PRODUCTS, INC. (DELAWARE CORPORATION)
2381 EXECUTIVE CENTER DRIVE
BOCA RATON, FL 33431

**Int. Cl.: 7**

FOR: ELECTRIC FOOD PREPARATION APPLIANCES, NAMELY, BLENDERS AND FOOD PROCESSORS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

**TRADEMARK**

FIRST USE 2-28-2011; IN COMMERCE 2-28-2011.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLEND", APART FROM THE MARK AS SHOWN.

SN 85-132,124, FILED 9-17-2010.

MICHAEL WEBSTER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# EXHIBIT 30



# United States of America

## United States Patent and Trademark Office

# MAGNABLEND

**Reg. No. 4,832,643**
**Registered Oct. 13, 2015**

CARRIER COMMERCIAL REFRIGERATION, INC. (DELAWARE CORPORATION)
ONE CARRIER PLACE
FARMINGTON, CT 06032

**Int. Cls.: 7 and 11**

FOR: BEVERAGE PROCESSING MACHINES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

**TRADEMARK**

FIRST USE 11-4-2014; IN COMMERCE 11-4-2014.

**PRINCIPAL REGISTER**

FOR: FROZEN BEVERAGE EQUIPMENT, NAMELY, BEVERAGE-COOLING APPARATUS; FROZEN BEVERAGE DISPENSING MACHINES; FROZEN BEVERAGE DISPENSING EQUIPMENT, NAMELY, BEVERAGE CHILLING UNITS; REFRIGERATED BEVERAGE DISPENSING UNITS; PARTS AND STRUCTURAL COMPONENTS THEREOF FOR THE AFOREMENTIONED GOODS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 11-4-2014; IN COMMERCE 11-4-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-190,138, FILED 2-11-2014.

BRIAN PINO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 31

# United States of America

## United States Patent and Trademark Office

# BABY BLENDY

**Reg. No. 5,418,494**

**Registered Mar. 06, 2018**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Gonzalez, Omar (UNITED STATES INDIVIDUAL)
10119 Nw 135th St.
Hialeah Gardens, FLORIDA 33018

Gonzalez, Osmay (UNITED STATES INDIVIDUAL)
10119 Nw 135th St.
Hialeah Gardens, FLORIDA 33018

CLASS 7: Electric food blenders

FIRST USE 1-4-2018; IN COMMERCE 1-4-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BABY"

SER. NO. 86-249,009, FILED 04-10-2014



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 32



# United States of America

## United States Patent and Trademark Office

# BLENDER DUO

**Reg. No. 5,200,245**

**Registered May 09, 2017**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

SHARKNINJA OPERATING LLC (DELAWARE LIMITED LIABILITY COMPANY)
180 WELLS AVENUE, SUITE 200
NEWTON, MA 02459

CLASS 7: ELECTRIC KITCHEN APPLIANCES FOR HOUSEHOLD USE, NAMELY, ELECTRIC FOOD BLENDERS, ELECTRIC FOOD CHOPPERS AND ELECTRIC FOOD PROCESSORS, ELECTRIC MIXERS, ELECTRIC FOOD AND MEAT GRINDERS, ELECTRIC COFFEE GRINDERS, ELECTRIC JUICERS, ELECTRIC JUICE EXTRACTORS, ELECTRIC FRUIT PRESSES, ELECTRIC FRUIT PEELERS, ELECTRIC FOOD SLICERS, ELECTRIC EGG BEATERS, ELECTRIC WHISKS, ELECTRIC GRATERS, ELECTRIC VEGETABLE PEELERS, ELECTRIC PASTA MAKERS

FIRST USE 9-30-2014; IN COMMERCE 9-30-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLENDER"

SER. NO. 86-289,321, FILED 05-22-2014
LAUREN ELAN BURKE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

EXHIBIT 33



# United States of America

## United States Patent and Trademark Office

# BLENDERMATE

**Reg. No. 5,149,086**

**Registered Feb. 28, 2017**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Adrian Van Luven (UNITED STATES INDIVIDUAL)
75 N Woodward Ave Ste 82983
Tallahassee, FL 32313

CLASS 7: Household utensil, namely, a basket accessory for electric food blenders

FIRST USE 11-10-2015; IN COMMERCE 11-10-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-853,819, FILED 12-18-2015
AISHA CLARKE JOHNSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.  See  15  U.S.C.  §§1058,  1141k.  If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do  not  file  renewal  applications  at  the  USPTO.  Instead,  the  holder  must  file  a  renewal  of  the  underlying international  registration  at  the  International  Bureau  of  the  World  Intellectual  Property  Organization,  under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 34

# United States of America

## United States Patent and Trademark Office

# Blendplus

**Reg. No. 5,026,355**

**Registered Aug. 23, 2016**

**Int. Cl.: 7, 11, 21**

**Trademark**

**Principal Register**

VITA PLUS ELECTRICAL INC. (UTAH CORPORATION)
2038 S 500 E
SALT LAKE CITY, UT 84057

CLASS 7: Beverage preparation machines, electromechanical; Fruit presses, electric, for household purposes; Kitchen machines, namely, electric standing mixers; Mixing machines; Spin driers; Washing machines for household purposes; Food waste disposals; Laundry centers, namely, a clothes washer combined with a clothes dryer; Lifting jacks other than hand-operated; Multi-purpose, electric countertop food preparation apparatus, namely, a combination meat tenderizer and marinator, for household use

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 11: Air purifying apparatus and machines; Bread-making machines; Drinking fountains; Electric griddles; Electric radiators; Fitted liners for baths and showers; Lighting apparatus, namely, lighting installations; Refrigerators; Sterilizers; Water purification installations

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 21: Beverage glassware; China ornaments; Containers for household use; Cooking pot sets; Drinking vessels; Industrial packaging containers of glass or porcelain; Kitchen utensils, namely, splatter screens; Rags for cleaning; Rails and rings for towels; Thermally insulated containers for food

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

The mark consists of the stylized words "BLENDPLUS".

SER. NO. 86-870,853, FILED 01-11-2016
JOHN SALVADOR MIRANDA, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 35

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,408,212**

**Registered Feb. 20, 2018**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Gonzalez, Omar (UNITED STATES INDIVIDUAL)
10119 Nw 135th St.
Hialeah Gardens, FLORIDA 33018

Gonzalez, Osmay (UNITED STATES INDIVIDUAL)
10119 Nw 135th St
Hialeah Gardens, FLORIDA 33018

CLASS 7: Electric food blenders

FIRST USE 1-4-2018; IN COMMERCE 1-4-2018

The mark consists of the stylized wording "Baby Blendy", with the term "Baby" appearing above "Blendy". To the left of the wording is a stylized design of a monkey with a circular head and ears, a cylindrical torso, and two long curved arms projecting downward from the area where the head meets the torso.

No claim is made to the exclusive right to use the following apart from the mark as shown: "BABY"

SER. NO. 87-044,037, FILED 05-19-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 36



# United States of America
## United States Patent and Trademark Office

# BLENDIN

**Reg. No. 5,348,785**

**Registered Dec. 05, 2017**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Blendin Parts Inc. (CALIFORNIA CORPORATION)
7942 Woodley Avenue, #1
Van Nuys, CALIFORNIA 91406

CLASS 7: Replacement parts for blenders, food processors, and coffee grinders, namely, blades, jars, gaskets, nuts, couplings, gears, clutches, filter holders, water filters

FIRST USE 2-00-2016; IN COMMERCE 2-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-204,266, FILED 10-14-2016



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 37



# United States of America

## United States Patent and Trademark Office

# SMART BLEND

**Reg. No. 5,318,787**

**Registered Oct. 24, 2017**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

L'Chef, LLC (DELAWARE LIMITED LIABILITY COMPANY)
150 E 100 S Ste 201
St. George, UTAH 84770

CLASS 7: Electric food blenders

FIRST USE 3-17-2017; IN COMMERCE 6-1-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLEND"

SER. NO. 87-329,939, FILED 02-09-2017



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 38



# United States of America
## United States Patent and Trademark Office

# BLENDID

**Reg. No. 6,608,661**
**Registered Jan. 04, 2022**
**Int. Cl.: 7, 9**
**Trademark**
**Principal Register**

6d bytes inc.  (DELAWARE CORPORATION)
440 N Wolfe Rd
Sunnyvale, CALIFORNIA 94085

CLASS 7: Automated food and beverage preparation machine consisting of software-controlled food and beverage dispensing, mixing, preparation, and delivery apparatus; Software-controlled food and beverage preparation and delivery machines; Automatic and autonomous food and beverage preparation machine consisting of dispensing, mixing, preparation, delivery, calibration, self-diagnosis, and self-repair units used in the preparation and delivery of food and beverage; Software-controlled robotic machine for food and beverage preparation and delivery; robotic food preparation machines which comprise machine tools for preparing and delivering food

FIRST USE 4-1-2018; IN COMMERCE 7-1-2020

CLASS 9: Software and hardware for use in operating an automated and autonomous food and drinks preparation kiosk; Software and hardware for use in operating an automated food and drinks preparation system; Software-driven robotic food and drinks preparation system comprised of a robot with artificial intelligence, operating software for operating the robot, and optical digital cameras, which features self-calibration and self- servicing modules; Cloud-based networking system, comprised of software for controlling food and beverage preparation hardware; Computer hardware and software modules, namely, robot operating software, for use in an automated food preparation and delivery system which features self-diagnosis and self-calibration; Computer application software and software all for use with smartphones, interactive touch screens, and tablets computers, for operating a kiosk that allows a user to order food and beverages; Smart devices, namely, smartphones, interactive touch screens, and tablets computers, used in association with a food and drinks kiosk; graphical user interface software for use with smartphones, interactive touch screens, and tablets computers, for displaying the user interface of a food and beverage preparation kiosk; Interactive computer kiosks comprising computers, computer hardware, computer peripherals, and computer operating software, for use with automated and autonomous food and drinks preparation and delivery

FIRST USE 4-1-2018; IN COMMERCE 7-1-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

SER. NO. 87-840,486, FILED 03-19-2018

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 39



# United States of America

### United States Patent and Trademark Office

# FLO-BLEND

**Reg. No. 5,791,645**

**Registered Jul. 02, 2019**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Mojonnier USA, LLC  (OHIO LIMITED LIABILITY COMPANY)
Suite N
10325 State Route 43
Streetsboro, OHIO 44241

CLASS 7: beverage meter-based carbon control mixing apparatus, namely, machine for mixing syrups, carbon dioxide, and water in the preparation of beverages

FIRST USE 9-14-2018; IN COMMERCE 9-14-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-862,220, FILED 04-04-2018



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 40



# United States of America
## United States Patent and Trademark Office

# AIRLESS BLENDING

**Reg. No. 5,928,954**

**Registered Dec. 03, 2019**

**Int. Cl.: 7**

**Trademark**

**Supplemental Register**

NuWave, LLC  (ILLINOIS LIMITED LIABILITY COMPANY)
1795 N. Butterfield Rd.
Libertyville, ILLINOIS 60048

CLASS 7: Electric food blenders

FIRST USE 5-19-2017; IN COMMERCE 12-22-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-914,142, FILED P.R. 05-09-2018; AM. S.R. 09-26-2019



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 41



# United States of America

## United States Patent and Trademark Office

# The Blend Friend

**Reg. No. 6,234,269**

**Registered Dec. 29, 2020**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

BMS Products  (NEW YORK LIMITED LIABILITY COMPANY)
57 West 38th St Suite 500
New York, NEW YORK 10018

CLASS 7: Electric food blender accessory comprised of a hard outer shell cup, with lid, designed to accept a disposable cup, for attachment to electric food blenders

FIRST USE 00-00-2020; IN COMMERCE 00-00-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLEND"

SER. NO. 88-083,945, FILED 08-19-2018



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

EXHIBIT 42



# United States of America
## United States Patent and Trademark Office

# The Original Portable Blender

**Reg. No. 5,783,996**

**Registered Jun. 18, 2019**

**Int. Cl.: 7**

**Trademark**

**Supplemental Register**

Miramore Inc.  (DELAWARE CORPORATION), DBA BlendJet
1320 Harborbay Parkway
Suite 180
Alameda, CALIFORNIA 94502

CLASS 7: Electric food processors; Electric mixers; Electric mixers for household purposes;
Electric hand-held mixers for household purposes; Food processors, electric; Hand-held
electric-powered food processors

FIRST USE 10-12-2017; IN COMMERCE 6-2-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:
"PORTABLE BLENDER"

SER. NO. 88-295,231, FILED P.R. 02-09-2019; AM. S.R. 05-01-2019



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 43

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,126,527**

**Registered Aug. 11, 2020**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

ENEGI BRANDS INC. (NEW YORK CORPORATION)
2445 Hubbard Street
Brooklyn, NEW YORK 11235

CLASS 7: Portable and non-portable electric food blenders; electric mixers

FIRST USE 1-1-2019; IN COMMERCE 2-1-2020

The mark consists of of the wording "POLAR BLEND" with a hypnotic spiral inside the letter "P" and two lines above the letter "P".

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLEND"

SER. NO. 88-978,287, FILED 03-13-2019



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 44



# United States of America
## United States Patent and Trademark Office

# MULTIBLEND

**Reg. No. 6,002,087**

**Registered Mar. 03, 2020**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Hamilton Beach Brands, Inc.  (DELAWARE CORPORATION)
4421 Waterfront Drive
Glen Allen, VIRGINIA 23060

CLASS 7: Electric food blenders

FIRST USE 9-30-2013; IN COMMERCE 9-30-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4581971

SEC.2(F)

SER. NO. 88-571,233, FILED 08-08-2019



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 45



# United States of America
## United States Patent and Trademark Office

# HYDRATION BLEND

**Reg. No. 6,441,867**

**Registered Aug. 03, 2021**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Beast Health, LLC  (CALIFORNIA LIMITED LIABILITY COMPANY)
1501 Umeo Road
Pacific Palisades, CALIFORNIA 90272

CLASS 7: Electric food processors; electric food blenders

FIRST USE 6-14-2021; IN COMMERCE 6-14-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLEND"

SER. NO. 88-645,113, FILED 10-07-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

EXHIBIT 46



# United States of America

## United States Patent and Trademark Office

# BlenderX

**Reg. No. 6,074,514**

**Registered Jun. 09, 2020**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Modern Comfort Home Products, LLC  (NEW JERSEY LIMITED LIABILITY COMPANY)
359 Monroe Avenue
Wyckoff, NEW JERSEY 07481

CLASS 7: Electric food blenders

FIRST USE 11-3-2019; IN COMMERCE 11-3-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-685,416, FILED 11-08-2019



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 47



# United States of America

## United States Patent and Trademark Office

## Most Convenient Blender

**Reg. No. 6,112,680**

**Registered Jul. 28, 2020**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

BLENDJET INC. (DELAWARE CORPORATION)
5159 Commercial Circle, Suite B
Concord, CALIFORNIA 94520

CLASS 7: Electric food processors; Electric mixers; Electric mixers for household purposes; Electric hand-held mixers for household purposes; Food processors, electric; Hand-held electric-powered food processors

FIRST USE 10-12-2017; IN COMMERCE 6-2-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLENDER"

SER. NO. 88-748,845, FILED 01-07-2020



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

EXHIBIT 48

# United States of America
## United States Patent and Trademark Office

BLEND SIP CHILL

**Reg. No. 6,117,872**

**Registered Aug. 04, 2020**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Freal! Foods, LLC  (CALIFORNIA LIMITED LIABILITY COMPANY)
6121 Hollis Street
Emeryville, CALIFORNIA 94608

CLASS 7: machines for blending milkshakes, smoothies and other frozen or chilled drinks; machines, namely, electric food blenders and electric ice crushers for production of milkshakes, smoothies and other drinks

FIRST USE 10-00-2019; IN COMMERCE 10-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLEND" AND "CHILL"

SER. NO. 88-760,066, FILED 01-15-2020



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 49

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,226,288**

**Registered Dec. 22, 2020**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

ENEGI BRANDS INC.  (NEW YORK CORPORATION)
2445 Hubbard Street
Brooklyn, NEW YORK 11235

CLASS 7: Portable and non-portable electric food blenders; electric mixers

FIRST USE 1-1-2019; IN COMMERCE 2-1-2020

The mark consists of the wording "Polar Blend" with a hypnotic spiral inside the letter "P" and two lines above the letter "P".

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLEND"

SER. NO. 88-921,388, FILED 05-18-2020



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 50



# United States of America
## United States Patent and Trademark Office

# Next-Gen Blender

**Reg. No. 6,220,824**

**Registered Dec. 15, 2020**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

BlendJet Inc.  (DELAWARE CORPORATION)
5159 Commercial Circle, Suite B
Concord, CALIFORNIA 94520

CLASS 7: Electric food blenders; Electric food processors; Electric hand-held mixers for household purposes; Electric mixers; Electric mixers for household purposes; Food processors, electric; Hand-held electric-powered food processors

FIRST USE 5-13-2020; IN COMMERCE 5-18-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLENDER"

SER. NO. 88-923,985, FILED 05-19-2020



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 51



# United States of America

## United States Patent and Trademark Office

# XBLENDZ

**Reg. No. 6,371,512**

**Registered Jun. 01, 2021**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Jamall Lynch  (UNITED STATES INDIVIDUAL)
58 Osborne Rd
West Hempstead, NEW YORK 11552

CLASS 7: Electric food blenders; Electric food processors; Hand-held electric-powered food processors

FIRST USE 9-17-2020; IN COMMERCE 9-17-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-201,087, FILED 09-22-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 52



# United States of America
### United States Patent and Trademark Office

# ECOBLEND

**Reg. No. 6,662,919**

**Registered Mar. 08, 2022**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Fresh Blends Ltd.  (BAHAMAS LIMITED LIABILITY COMPANY)
51 FREDERICK STREET
Nassau, BAHAMAS

CLASS 7: professional electric food and beverage mixers and blenders with storage and refrigeration capabilities

FIRST USE 12-30-2019; IN COMMERCE 12-30-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-366,339, FILED 12-08-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address  Forms available at** http://www.uspto.gov.

# EXHIBIT 53



# United States of America

## United States Patent and Trademark Office

# BlenderMaster

**Reg. No. 6,561,179**

**Registered Nov. 16, 2021**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

DONGGUAN RUIYING MOTOR INDUSTRIAL CO., LTD.
 (CHINA LIMITED LIABILITY COMPANY)
4th Floor, B Building, Hengyi Industrial
Huilong Road,Dakan Village, Huangjiang
Dongguan, Guangdong, CHINA 523000

CLASS 7: Dishwashers; Agitators for circulating liquid media; Centrifugal mills; Coffee grinders, other than hand-operated; Crushers for kitchen use, electric; Electric juice extractors; Electric whisks for household purposes; Electric egg beaters; Electric food blenders; Fruit presses, electric, for household purposes; Grinding tools for grinding machines; Kitchen grinders, electric; Kitchen machines, namely, electric standing mixers; Mixing machines; Electric mixers

FIRST USE 12-8-2020; IN COMMERCE 12-8-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-463,194, FILED 01-13-2021



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 54



# United States of America

### United States Patent and Trademark Office

# Cleanblend

**Reg. No. 6,580,957**

**Registered Dec. 07, 2021**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

PODELL & HALL INC.  (CALIFORNIA CORPORATION)
SUITE 222
4603 MISSION BLVD.
SAN DIEGO, CALIFORNIA 92109

CLASS 7: Electric food blenders

FIRST USE 1-1-2012; IN COMMERCE 1-1-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-481,629, FILED 01-22-2021







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner  Address  Forms available at** http://www.uspto.gov.

EXHIBIT 55

# United States of America

## United States Patent and Trademark Office

# blendAR

**Reg. No. 6,689,888**

**Registered Apr. 05, 2022**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Apollonia Jordan (UNITED STATES INDIVIDUAL), DBA Apollonia Jordan, LLC
222 Beale street Apt 404B
San Francisco, CALIFORNIA 94105

CLASS 7: Electric food blenders; Electric food blenders

FIRST USE 3-9-2021; IN COMMERCE 3-9-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-574,884, FILED 03-12-2021







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System (TEAS) Correspondence  Address  and Change of Owner  Address  Forms available at** http://www.uspto.gov.

# EXHIBIT 56



# United States of America
## United States Patent and Trademark Office

# BlendBlack

**Reg. No. 6,663,962**

**Registered Mar. 08, 2022**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

BlendBlack LLC  (NEW YORK LIMITED LIABILITY COMPANY)
465 E 188th St, PO Box 912
Bronx, NEW YORK 10458

CLASS 7: Electric food blenders

FIRST USE 1-00-2021; IN COMMERCE 1-00-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-605,795, FILED 03-26-2021







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

EXHIBIT 57



# United States of America
## United States Patent and Trademark Office

# NUTRIBLEND

**Reg. No. 7,134,171**

**Registered Aug. 08, 2023**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

L'Chef, LLC  (UTAH LIMITED LIABILITY COMPANY)
4196 S 950 E
St. George, UTAH 84790

CLASS 7: Interchangeable blades sold as a component of electric kitchen mixers

FIRST USE 12-8-2021; IN COMMERCE 12-8-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-027,302, FILED 09-14-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



<div style="border:1px solid black; padding:10px">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 58



# United States of America

## United States Patent and Trademark Office

# BlenderCozy

**Reg. No. 7,178,920**

**Registered Oct. 03, 2023**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

OPLET CORPORATION  (WASHINGTON CORPORATION)
10944 243RD AVE NE
Redmond, WASHINGTON 98053

CLASS 7: Kitchen appliance covers, namely, a covering for electric food blenders for sound reduction purposes

FIRST USE 10-1-2021; IN COMMERCE 10-1-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-088,730, FILED 10-22-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 59

Digitally signed by United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2023.02.19 02:53:17 -05'00'

# United States of America

## United States Patent and Trademark Office

# BLEND GENIX

**Reg. No. 6,994,837**

**Registered Mar. 07, 2023**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Cusumano, Thomas J.  (UNITED STATES INDIVIDUAL)
P.O. Box 10561
Palm Desert, CALIFORNIA 92255

CLASS 7: Electric food blenders

FIRST USE 10-15-2021; IN COMMERCE 10-15-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLEND"

SER. NO. 97-096,832, FILED 10-28-2021





Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 60

Digitally signed by United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2023.01.29 03:05:59 -05'00'

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,977,743**

**Registered Feb. 14, 2023**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

JaMac LLC  (COLORADO LIMITED LIABILITY COMPANY)
36 S Holman Way, Apt. 1F
Golden, COLORADO 80401

CLASS 7: Consumer electronics, namely,electric blenders for household purposes;portable electric food blenders, handheld electric food blenders, kitchen appliances, namely, electrically-powered kitchen appliance for dicing, mincing, slicing and chopping food

FIRST USE 5-2-2021; IN COMMERCE 5-2-2021

The mark consists of a blending swirl on top of the wording EASY in capital letters next to the wording "Blend" in boldface letters.

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLEND"

SER. NO. 97-178,472, FILED 12-17-2021





Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 61

**Generated on:** This page was generated by TSDR on 2025-04-25 15:28:44 EDT

**Mark:** BLENDZALL

# BLENDZALL

**US Serial Number:** 97177485

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Dec. 17, 2021

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A fourth request for extension of time to file a Statement of Use has been granted.

**Status Date:** Dec. 05, 2024

**Publication Date:** Nov. 01, 2022 **Notice of Allowance Date:** Dec. 27, 2022

## Mark Information

**Mark Literal Elements:** BLENDZALL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Hand blenders, namely, electric food blenders; apparatus for blending, namely, electric food blenders; electrical hand-held stick food blender; Electric food blenders; blender apparatus, namely, electric food blenders

**International Class(es):** 007 - Primary Class

**U.S Class(es):** 013, 019, 021, 023, 024, 031, 034, 035

**Class Status:** ACTIVE

## Basis Information (Case Level)

**Filed Use:** No                    **Currently Use:** No

**Filed ITU:** Yes                    **Currently ITU:** Yes

**Filed 44D:** No                    **Currently 44D:** No

**Filed 44E:** No                    **Currently 44E:** No

**Filed 66A:** No                    **Currently 66A:** No

**Filed No Basis:** No               **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Booker & Dax, LLC

**Owner Address:** 5th Floor
60 E. 11th Street
New York, NEW YORK UNITED STATES 10003

**Legal Entity Type:** LIMITED LIABILITY COMPANY          **State or Country** DELAWARE

Where Organized:

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Silas K. Alexander | **Docket Number:** | BDLLC.011T |
| **Attorney Primary Email Address:** | efiling@knobbe.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Silas K. Alexander<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 MAIN STREET<br>14TH FLOOR<br>IRVINE, CALIFORNIA United States 92614 | | |
| **Phone:** | 949-760-0404 | **Fax:** | 9497609502 |
| **Correspondent e-mail:** | efiling@knobbe.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 03, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Dec. 06, 2024 | SOU EXTENSION 4 GRANTED | |
| Dec. 05, 2024 | SOU EXTENSION 4 FILED | |
| Dec. 05, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Jun. 25, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 25, 2024 | SOU EXTENSION 3 GRANTED | 88889 |
| Jun. 25, 2024 | SOU EXTENSION 3 FILED | 88889 |
| Jun. 25, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Jan. 18, 2024 | ASSIGNED TO EXAMINER | |
| Dec. 20, 2023 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Dec. 18, 2023 | SOU EXTENSION 2 GRANTED | |
| Dec. 18, 2023 | SOU EXTENSION 2 FILED | |
| Dec. 18, 2023 | SOU TEAS EXTENSION RECEIVED | |
| Jun. 17, 2023 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 15, 2023 | SOU EXTENSION 1 GRANTED | |
| Jun. 15, 2023 | SOU EXTENSION 1 FILED | |
| Jun. 15, 2023 | SOU TEAS EXTENSION RECEIVED | |
| Dec. 27, 2022 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Nov. 01, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 01, 2022 | PUBLISHED FOR OPPOSITION | |
| Oct. 12, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 23, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 23, 2022 | ASSIGNED TO EXAMINER | |
| Dec. 21, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 21, 2021 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | TRUSILO, KELLY | **Law Office Assigned:** | LAW OFFICE 107 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Dec. 27, 2022 |

# EXHIBIT 62



# United States of America
## United States Patent and Trademark Office

# BLENDERCAP

**Reg. No. 7,264,809**

**Registered Jan. 02, 2024**

**Int. Cl.: 7**

**Trademark**

**Supplemental Register**

Trojan Horse Incorporated  (CALIFORNIA CORPORATION)
1500 Green Hills Rd, STE 104
Scotts Valley, CALIFORNIA 65066

CLASS 7: portable electric blenders for food and beverages

FIRST USE 4-6-2023; IN COMMERCE 4-6-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-393,009, FILED P.R. 05-03-2022; AM. S.R. 05-12-2023



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- **First Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- **Second Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 63

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,186,994**

**Registered Oct. 10, 2023**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Deviceful LLC  (SOUTH CAROLINA LIMITED LIABILITY COMPANY)
520 FOLLY RD STE 25 Unit 116
CHARLESTON, SOUTH CAROLINA 29412

CLASS 7: Tool bits for machines

FIRST USE 1-5-2021; IN COMMERCE 7-5-2022

The mark consists of a solid circle with negative space cut out in the shape of a blender blade with four points above the wording "BLENDERBIT" in stylized text.

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLENDER BIT"

SER. NO. 97-534,383, FILED 08-04-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 64

# United States of America
## United States Patent and Trademark Office



# BlendQuik

**Reg. No. 7,349,097**

**Registered Apr. 02, 2024**

**Int. Cl.: 7, 35**

**Service Mark**

**Trademark**

**Supplemental Register**

BlendQuik  (WYOMING LIMITED LIABILITY COMPANY)
49034 Wedge Grass Terrace
Fremont, CALIFORNIA 94539

CLASS 7: Kitchen appliances, namely, electric portable blenders for household purposes

FIRST USE 9-10-2022; IN COMMERCE 9-10-2022

CLASS 35: Online retail store services featuring kitchen appliances

FIRST USE 9-10-2022; IN COMMERCE 9-10-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-676,365, FILED P.R. 11-14-2022; AM. S.R. 02-15-2024



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 65

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,378,348**

**Registered May 07, 2024**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Arikan, Ramazan Gokhan (TURKEY INDIVIDUAL)
bagatur sokak, no 11/14
Bahcelievler mahallesi, sultanmurat cad
Istanbul, Uskudar, TÜRKİYE 34688

CLASS 7: Electric food blenders; Electric food choppers; Electric food grinders

OWNER OF TURKEY , REG. NO. 2022119168, DATED 12-20-2022, EXPIRES 08-18-2032

SER. NO. 97-864,624, FILED 03-30-2023



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- **First Filing Deadline:**  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- **Second Filing Deadline:**  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

EXHIBIT 66



# United States of America

## United States Patent and Trademark Office

# BlendTide

**Reg. No. 7,401,373**

**Registered May 28, 2024**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Shenzhen Zhicheng Yige Trading Co., Ltd.  (CHINA limited company (ltd.))
1002, Build. C, Cuihu Mingyuan
2 Qingcui Road, Longhua District
Shenzhen, Guangdong, CHINA 518109

CLASS 7: Crushers for kitchen use, electric; Electric food blenders; Electric food processors; Electric juice extractors; Electric lawnmowers; Electric mixers for household purposes; Electric vacuum cleaners; Electric vacuum food sealers for household purposes; Electrical coffee grinders; Kitchen machines, namely, electric standing mixers

FIRST USE 5-3-2023; IN COMMERCE 5-3-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-937,472, FILED 05-15-2023



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 67

**Generated on:** This page was generated by TSDR on 2025-04-25 15:29:10 EDT

**Mark:** BLENDER PITCHER

BLENDER PITCHER

**US Serial Number:** 98032506

**Filed as TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Jun. 07, 2023

**Currently TEAS Plus:** Yes

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** Suspension check completed. Application remains suspended.

**Status Date:** Jan. 31, 2025

## Mark Information

**Mark Literal Elements:** BLENDER PITCHER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Translation:** The wording "BLENDER PITCHER" has no meaning in a foreign language.

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Electric food blenders; Electric food blenders for household purposes; Electric fruit squeezers for household purposes; Electric hand-held mixers for household purposes; Electric infant formula mixers for household use; Electric juice extractors; Electric juicers; Electric kitchen mixers; Electric mixers for household purposes; Electrical juice extractors for fruit; Electrical squeezers for fruits and vegetables; Juice extractors, electric; Juice machines; Kitchen machines, namely, electric standing mixers; Meat and food grinder attachments for electric mixers for household use

**International Class(es):** 007 - Primary Class

**U.S Class(es):** 013, 019, 021, 023, 024, 031, 034, 035

**Class Status:** ACTIVE

**First Use:** Apr. 15, 2023

**Use in Commerce:** Apr. 15, 2023

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Yiwu Bangbu Household Products Co., Ltd. |
| **Owner Address:** | Room 201, Unit 8, Bldg 2, Xiangzhangyuan<br>Danxi 3rd District, Beiyuan Street<br>Yiwu, Zhejiang CHINA 322000 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country Where Organized:** CHINA

## Attorney/Correspondence Information

### Attorney of Record - None

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Yiwu Bangbu Household Products Co., Ltd.<br>Room 201, Unit 8, Bldg 2, Xiangzhangyuan<br>Danxi 3rd District, Beiyuan Street<br>Yiwu, Zhejiang CHINA 322000 |
| **Correspondent e-mail:** | 260856156@qq.com |

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 31, 2025 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| May 28, 2024 | NOTICE OF SUSPENSION SENT - PENDING REVIEW | |
| May 28, 2024 | LETTER OF SUSPENSION E-MAILED | |
| May 09, 2024 | AMENDMENT CORRESPONDENCE ENTERED | |
| Apr. 06, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 06, 2024 | NON-FINAL ACTION E-MAILED | |
| Apr. 06, 2024 | NON-FINAL ACTION WRITTEN | |
| Feb. 27, 2024 | ASSIGNED TO EXAMINER | |
| Jul. 12, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 10, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** | MCCLELLAN, MATTHEW |

**Law Office Assigned:** Not Assigned

### File Location

| | |
|---|---|
| **Current Location:** | TMO LAW OFFICE 121 |

**Date in Location:** Jan. 31, 2025

# EXHIBIT 68



# United States of America
## United States Patent and Trademark Office

# SPLENDOR BLENDER

**Reg. No. 7,509,739**

**Registered Sep. 17, 2024**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Lagom Kitchen Company  (DELAWARE CORPORATION)
3924 Tuller Avenue
Culver City, CALIFORNIA 90230

CLASS 7: electric mixers for household purposes; electric kitchen mixers; electric blenders for household purposes; electric food blenders; electric food processors; electric blenders and mixers for making beverages, smoothies; electrically-powered kitchen appliance for dicing, mincing, slicing and chopping food

FIRST USE 1-22-2024; IN COMMERCE 1-22-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLENDER"

SER. NO. 98-038,476, FILED 06-12-2023





Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 69

**Generated on:** This page was generated by TSDR on 2025-04-25 15:29:38 EDT

**Mark:** BLENDING JUST GOT SMARTER

BLENDING JUST GOT SMARTER

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98137477 | **Application Filing Date:** | Aug. 17, 2023 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A first request for extension of time to file a Statement of Use has been granted.

**Status Date:** Sep. 05, 2024

**Publication Date:** Jan. 23, 2024 **Notice of Allowance Date:** Mar. 19, 2024

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | BLENDING JUST GOT SMARTER |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Juice machines; Electric blenders for household purposes; Electric juice extractors; Electric juicers; Electric food blenders; Electric food blenders for household purposes

| | | | |
|---|---|---|---|
| **International Class(es):** | 007 - Primary Class | **U.S Class(es):** | 013, 019, 021, 023, 024, 031, 034, 035 |
| **Class Status:** | ACTIVE | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Greenfield World Trade, Inc. |
| **DBA, AKA, Formerly:** | DBA The Legacy Companies |

| | |
|---|---|
| **Owner Address:** | 3355 Enterprise Ave., Suite 160<br>Fort Lauderdale, FLORIDA UNITED STATES 33331 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** FLORIDA |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** Michael E. Dockins | **Docket Number:** 282974 |
| **Attorney Primary Email Address:** mdockins@shumaker.com | **Attorney Email Authorized:** Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Michael E. Dockins<br>SHUMAKER LOOP & KENDRICK<br>1000 JACKSON ST.<br>TOLEDO, OHIO United States 43604 |
| **Phone:** 419-321-1473 | **Fax:** 4192416894 |
| **Correspondent e-mail:** mdockins@shumaker.com hpeppard@shumaker.com tlopez@shumaker.com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 05, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 05, 2024 | SOU EXTENSION 1 GRANTED | |
| Sep. 05, 2024 | SOU EXTENSION 1 FILED | |
| Sep. 05, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Mar. 19, 2024 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 23, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 23, 2024 | PUBLISHED FOR OPPOSITION | |
| Jan. 03, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 16, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 16, 2023 | ASSIGNED TO EXAMINER | |
| Sep. 15, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 21, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** PATEL, SHEENA | **Law Office Assigned:** LAW OFFICE 106 |

### File Location

| | |
|---|---|
| **Current Location:** INTENT TO USE SECTION | **Date in Location:** Mar. 19, 2024 |

# EXHIBIT 70

**Generated on:** This page was generated by TSDR on 2025-04-25 15:29:53 EDT

**Mark:** BLENSET

# Blenset

**US Serial Number:** 98299866

**Application Filing Date:** Dec. 05, 2023

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Jan. 07, 2025

**Publication Date:** Nov. 26, 2024  **Notice of Allowance Date:** Jan. 07, 2025

## Mark Information

**Mark Literal Elements:** BLENSET

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Electric blenders for household purposes

**International Class(es):** 007 - Primary Class

**U.S Class(es):** 013, 019, 021, 023, 024, 031, 034, 035

**Class Status:** ACTIVE

## Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** No

**Filed ITU:** No

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Esdras Hernandez

**Owner Address:** 35904 Burgundy Court
Winchester, CALIFORNIA UNITED STATES 92596

| | | |
|---|---|---|
| **Legal Entity Type:** INDIVIDUAL | **Citizenship:** UNITED STATES | |

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Esdras Hernandez<br>35904 Burgundy Court<br>Winchester, CALIFORNIA United States 92596 |
| **Phone:** | 6196368551 |
| **Correspondent e-mail:** | arkezra@gmail.com blenset@gmail.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 07, 2025 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Nov. 26, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 26, 2024 | PUBLISHED FOR OPPOSITION | |
| Nov. 20, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 29, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 25, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 25, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 25, 2024 | ASSIGNED TO LIE | 99830 |
| Jul. 23, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 09, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 09, 2024 | NON-FINAL ACTION E-MAILED | |
| Jul. 09, 2024 | NON-FINAL ACTION WRITTEN | |
| Jul. 03, 2024 | ASSIGNED TO EXAMINER | 92449 |
| Mar. 01, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 01, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 05, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

| | | |
|---|---|---|
| **TM Attorney:** CHADAB, SETH | **Law Office Assigned:** LAW OFFICE 104 | |

**File Location**

| | |
|---|---|
| **Current Location:** INTENT TO USE SECTION | **Date in Location:** Jan. 07, 2025 |

# EXHIBIT 71

# United States of America

## United States Patent and Trademark Office

# Vitamin Blender

**Reg. No. 7,701,797**

**Registered Feb. 25, 2025**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Organic Greek, LLC  (California LIMITED LIABILITY COMPANY)
10120 Wexted Way
Elk Grove, CALIFORNIA 95757

CLASS 7: Electric blenders for household purposes; Electric food blenders; Electric food blenders for household purposes

FIRST USE 2-1-2024; IN COMMERCE 2-1-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 6400031, 6698823

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLENDER"

SER. NO. 98-410,443, FILED 02-19-2024





Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 72

Generated on: This page was generated by TSDR on 2025-04-25 15:30:44 EDT

Mark: FLIP N - BLENDER -



US Serial Number: 98516718

Application Filing Date: Apr. 24, 2024

Filed as TEAS Plus: Yes

Currently TEAS Plus: Yes

Register: Principal

Mark Type: Trademark

TM5 Common Status Descriptor:



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

Status: Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

Status Date: Jan. 14, 2025

**Publication Date:** Dec. 03, 2024 **Notice of Allowance Date:** Jan. 14, 2025

# Mark Information

Mark Literal Elements: FLIP N - BLENDER -

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

Description of Mark: The mark consists of the words "FLIP N BLENDER" in black with glob of liquid in orange and gold, all on a white background.

Color Drawing: Yes

Color(s) Claimed: The color(s) orange, gold, black, and white is/are claimed as a feature of the mark.

Disclaimer: "blender"

Design Search Code(s): 01.15.25 - Coal; Dust; Light rays; Liquids, spilling; Pouring liquids; Sand; Spilling liquids
26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)
26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Electric food blenders

International Class(es): 007 - Primary Class

U.S Class(es): 013, 019, 021, 023, 024, 031, 034, 035

Class Status: ACTIVE

# Basis Information (Case Level)

Filed Use: No

Currently Use: No

Filed ITU: Yes

Currently ITU: Yes

Filed 44D: No

Currently 44D: No

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Thomas Lee Binns |
| **Owner Address:** | 17200 Latrobe Rd.<br>Plymouth, CALIFORNIA UNITED STATES 95669 |
| **Legal Entity Type:** | INDIVIDUAL | **Citizenship:** UNITED STATES |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Craig Simmermon | | |
| **Attorney Primary Email Address:** | craig@simmermonlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Craig Simmermon<br>Law Office of Craig A. Simmermon<br>3017 Douglas Blvd., Ste. 300<br>Roseville, CALIFORNIA United States 95661 | | |
| **Phone:** | 916-878-6656 | | |
| **Correspondent e-mail:** | craig@simmermonlaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 14, 2025 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 03, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 03, 2024 | PUBLISHED FOR OPPOSITION | |
| Nov. 27, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 07, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 07, 2024 | ASSIGNED TO EXAMINER | 69965 |
| Oct. 16, 2024 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Oct. 16, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 24, 2024 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | FIRST, VIVIAN | **Law Office Assigned:** | LAW OFFICE 114 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Jan. 14, 2025 |

# EXHIBIT 73

**Generated on:** This page was generated by TSDR on 2025-04-25 15:31:12 EDT

**Mark:** BLENDCRAFT

# BLENDCRAFT

**US Serial Number:** 98577920

**Application Filing Date:** May 31, 2024

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Mar. 04, 2025

**Publication Date:** Jan. 07, 2025 **Notice of Allowance Date:** Mar. 04, 2025

---

## Mark Information

**Mark Literal Elements:** BLENDCRAFT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

---

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Electric food blenders; Electric food processors; Electric hand-held mixers for household purposes; Electric vacuum cleaners and their components

**International Class(es):** 007 - Primary Class

**U.S Class(es):** 013, 019, 021, 023, 024, 031, 034, 035

**Class Status:** ACTIVE

---

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

---

## Current Owner(s) Information

**Owner Name:** Darby, Alan Roger

**Owner Address:** 5333 W Leitner Drive

Coral Springs, FLORIDA UNITED STATES 33067

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | INDIVIDUAL | **Citizenship:** | UNITED STATES |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Derek Fahey |
| **Attorney Primary Email Address:** | derek@plusfirm.com |

| | |
|---|---|
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Derek Fahey |
| | The Plus IP Firm |
| | 101 NE 3rd Avenue, Suite 1500 |
| | Fort Lauderdale, FLORIDA United States 33301 |
| **Phone:** | 954-332-3584 |
| **Correspondent e-mail:** | derek@plusfirm.com docket@plusfirm.com austin @plusfirm.com jacqueline@plusfirm.com |

| | |
|---|---|
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 23, 2025 | TEAS STATEMENT OF USE RECEIVED | |
| Mar. 04, 2025 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 07, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 07, 2025 | PUBLISHED FOR OPPOSITION | |
| Jan. 01, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 13, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 12, 2024 | ASSIGNED TO EXAMINER | 76843 |
| Dec. 09, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 31, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | HWANG, JOHN | **Law Office Assigned:** | LAW OFFICE 114 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Mar. 04, 2025 |

# EXHIBIT 74

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,662,810**

**Registered Jan. 21, 2025**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Thomas Lee Binns  (UNITED STATES INDIVIDUAL)
17200 Latrobe Rd.
Plymouth, CALIFORNIA 95669

CLASS 7: Electric food blenders

FIRST USE 8-15-2024; IN COMMERCE 8-15-2024

The color(s) orange, gold, black, and white is/are claimed as a feature of the mark.

The mark consists of the words "FLIP N BLENDER" in white with glob of liquid in orange and gold, all on a black background.

No claim is made to the exclusive right to use the following apart from the mark as shown: "blender"

SER. NO. 98-768,029, FILED 09-24-2024





Acting Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 75

Generated on: This page was generated by TSDR on 2025-04-25 15:31:36 EDT

Mark: BLENDMAX

**Blendmax**

| | | | |
|---|---|---|---|
| US Serial Number: | 98775812 | Application Filing Date: | Sep. 28, 2024 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |

TM5 Common Status Descriptor: 

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

Status: Review prior to publication completed.

Status Date: Apr. 22, 2025

**Publication Date:** May 13, 2025

# Mark Information

| | |
|---|---|
| Mark Literal Elements: | BLENDMAX |
| Standard Character Claim: | No |
| Mark Drawing Type: | 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| Description of Mark: | The mark consists of the wording "Blendmax" in stylized font. |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Electric can openers; Electric food grinders; Electric fruit squeezers for household purposes; Electric mixers for household purposes; Electric whisks for household purposes; Electrically-powered kitchen appliance for dicing, mincing, slicing and chopping food; Meat processing machines

| | | | |
|---|---|---|---|
| International Class(es): | 007 - Primary Class | U.S Class(es): | 013, 019, 021, 023, 024, 031, 034, 035 |
| Class Status: | ACTIVE | | |
| First Use: | Jul. 24, 2024 | Use in Commerce: | Jul. 24, 2024 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |

**Filed No Basis:** No                                    **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Shenzhen Limon E-commerce Co., LTD

**Owner Address:** South China city, Pinghu St, Longgang
1308, Building 12, East Logistics Zone
Shenzhen CHINA 518000

**Legal Entity Type:** limited company (ltd.)          **State or Country** CHINA
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Xinshuo Wang                    **Docket Number:** H928F24A8

**Attorney Primary** info@newunionlaw.com          **Attorney Email** Yes
**Email Address:**                                 **Authorized:**

### Correspondent

**Correspondent** Xinshuo Wang
**Name/Address:** New Union Law, APC
2570 N. 1st St.
Suite 200
San Jose, CALIFORNIA United States 95131

**Correspondent e-** info@newunionlaw.com  newunionlaw@gmail.com          **Correspondent e-** Yes
**mail:**                                                                  **mail Authorized:**

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Apr. 10, 2025 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 04, 2025 | ASSIGNED TO EXAMINER | 92449 |
| Apr. 03, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 29, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** CHADAB, SETH          **Law Office** LAW OFFICE 104
**Assigned:**

### File Location

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Apr. 22, 2025

# EXHIBIT 76

**Generated on:** This page was generated by TSDR on 2025-04-25 15:32:22 EDT

**Mark:** PARTY BLENDER

<div align="right">

# Party Blender

</div>

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98929214 | **Application Filing Date:** | Dec. 30, 2024 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2024

## Mark Information

**Mark Literal Elements:** PARTY BLENDER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "BLENDER"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Electric blenders for household purposes; Electric food blenders

| | | | |
|---|---|---|---|
| **International Class(es):** | 007 - Primary Class | **U.S Class(es):** | 013, 019, 021, 023, 024, 031, 034, 035 |
| **Class Status:** | ACTIVE | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | ZAMBRANDS LLC | | |
| **Owner Address:** | 12848 Spirit Bound Way<br>Charlotte, NORTH CAROLINA UNITED STATES 28273 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country:** | NORTH CAROLINA |

Where Organized:

# Attorney/Correspondence Information

| Attorney of Record | | | |
|---|---|---|---|
| **Attorney Name:** | Georgia Nackley | **Docket Number:** | E576784042 |
| **Attorney Primary Email Address:** | tm@lzlegalservices.com | **Attorney Email Authorized:** | Yes |

| Correspondent | |
|---|---|
| **Correspondent Name/Address:** | Georgia Nackley<br>LZ Legal Services, LLC<br>2828 N Central Ave, PMB #1510<br>Phoenix, ARIZONA United States 85004 |
| **Phone:** | 213-838-0473 |
| **Correspondent e-mail:** | tm@lzlegalservices.com |

| | | **Correspondent e-mail Authorized:** | Yes |
|---|---|---|---|

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 30, 2024 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

| TM Staff Information | | | |
|---|---|---|---|
| **TM Attorney:** | | **Law Office Assigned:** | Not Assigned |

| File Location | | | |
|---|---|---|---|
| **Current Location:** | Not Found | **Date in Location:** | Dec. 31, 2024 |

# EXHIBIT 77

**Generated on:** This page was generated by TSDR on 2025-04-25 15:32:37 EDT

**Mark:** BLENDSENSE

<div align="right">

# BLENDSENSE

</div>

**US Serial Number:** 99029503

**Application Filing Date:** Feb. 05, 2025

**generalStatus.filedAsBaseApp!:** Yes

**generalStatus.currentlyAsBaseApp!:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Feb. 05, 2025

---

## Mark Information

---

**Mark Literal Elements:** BLENDSENSE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

---

## Goods and Services

---

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Electric blenders for household purposes

**International Class(es):** 007 - Primary Class

**U.S Class(es):** 013, 019, 021, 023, 024, 031, 034, 035

**Class Status:** ACTIVE

---

## Basis Information (Case Level)

---

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

---

## Current Owner(s) Information

---

**Owner Name:** SharkNinja Operating LLC

**Owner Address:** 89 A Street, Suite 100
Needham, MASSACHUSETTS UNITED STATES 02494

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country:** DELAWARE

Where Organized:

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Brooke A Penrose | **Docket Number:** | 807813.029200 |
| **Attorney Primary Email Address:** | trademarks@daypitney.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Brooke A Penrose<br>Day Pitney LLP<br>One Federal Street<br>29th Floor<br>Boston, MASSACHUSETTS United States 02110 | | |
| **Correspondent e-mail:** | trademarks@daypitney.com pgagliardi@daypitney.com bpenrose@daypitney.com gshea@daypitney.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 05, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Feb. 05, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | Not Found | **Date in Location:** | Not Found |

# EXHIBIT 78

**Generated on:** This page was generated by TSDR on 2025-04-25 15:33:00 EDT

**Mark:** BLENTIX

# BLENTIX

**US Serial Number:** 99056645

**Application Filing Date:** Feb. 25, 2025

**generalStatus.filedAsBaseApp!:** ! Yes

**generalStatus.currentlyAsBaseApp!:** ! Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Feb. 25, 2025

## Mark Information

**Mark Literal Elements:** BLENTIX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Electric food grinders; Electric juice extractors; Electric milk frothers; Electric mixers for household purposes; Electric vacuum food sealers for household purposes; Electrical squeezers for fruits and vegetables; Juice machines; Meat and food grinder attachments for electric mixers for household use; Electric food blenders for household purposes; Electric coffee grinders

**International Class(es):** 007 - Primary Class

**U.S Class(es):** 013, 019, 021, 023, 024, 031, 034, 035

**Class Status:** ACTIVE

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Rutal E-Life Technology (Shenzhen) Co., Ltd

**Owner Address:** Kanghuai Indus. Park Factory 1, Fl 8, 60 Ping'an Rd, Guanlan St, Longhua Dist Shenzhen, Guangdong CHINA 518000

| | |
|---|---|
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** CHINA |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** Justin Lampel | |
| **Attorney Primary Email Address:** jlampel@lampellaw.com | **Attorney Email Authorized:** Yes |

**Correspondent**

**Correspondent Name/Address:** Justin Lampel
LAMPEL LAW. P.C.
555 Skokie Blvd. Suite 500
Northbrook, ILLINOIS United States 60062

**Phone:** 1-(847) 845-4345

| | |
|---|---|
| **Correspondent e-mail:** jlampel@lampellaw.com oversea@dianzhiyuanip.cn | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 25, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Feb. 25, 2025 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| **Current Location:** Not Found | **Date in Location:** Not Found |

# EXHIBIT 79

**Generated on:** This page was generated by TSDR on 2025-04-25 15:33:30 EDT

**Mark:** BLEND BLASTER

# Blend Blaster

**US Serial Number:** 99061793

**Application Filing Date:** Feb. 28, 2025

**generalStatus.filedAsBaseAppl!:** ! Yes

**generalStatus.currentlyAsBaseAppl!:** ! Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Feb. 28, 2025

## Mark Information

**Mark Literal Elements:** BLEND BLASTER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Electric food blenders; Electric food blenders for household purposes

**International Class(es):** 007 - Primary Class

**U.S Class(es):** 013, 019, 021, 023, 024, 031, 034, 035

**Class Status:** ACTIVE

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Alex Langer Design

**Owner Address:** 4443 Bancroft St
Unit B
San Diego, CALIFORNIA UNITED STATES 92116

**Legal Entity Type:** LIMITED LIABILITY COMPANY        **State or Country Where Organized:** CONNECTICUT

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** Alex Langer Design
4443 Bancroft St
Unit B
San Diego, CALIFORNIA United States 92116

**Phone:** 1-(860) 729-6442

**Correspondent e-mail:** alexlanger.ald@gmail.com langerale@gmail.com
mondohondo@yahoo.com          **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Feb. 28, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Feb. 28, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 28, 2025 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:**        **Law Office Assigned:** Not Assigned

**File Location**

**Current Location:** Not Found        **Date in Location:** Mar. 01, 2025

# EXHIBIT 80

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,722,198**
Registered Dec. 8, 2009

**Int. Cl.: 21**

**TRADEMARK
PRINCIPAL REGISTER**

RUNWAY BLUE, LLC (UTAH LIMITED LIABILITY COMPANY)
1953 NORTH 960 EAST
OREM, UT 84097

FOR: WHISKS, NAMELY, AGITATORS FOR MIXING AND BLENDING FOOD AND DRINKS; CONTAINERS, NAMELY, BOTTLES WITH INTERNAL AGITATORS FOR MIXING INGREDI- ENTS AND SHAKER CUPS, THE AFORESAID CONTAINERS SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-5-2000; IN COMMERCE 9-5-2000.

THE MARK CONSISTS OF A SPIRAL TYPE BALL.

SER. NO. 77-738,497, FILED 5-15-2009.

ELI HELLMAN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT 81

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,901,615**

**Registered Jan. 4, 2011**

**Int. Cls.: 7 and 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

VITA-MIX CORPORATION (OHIO CORPORATION)
8615 USHER ROAD
CLEVELAND, OH 44138

FOR: ELECTRIC BLENDERS AND FOOD PROCESSORS AND STRUCTURAL PARTS THEREFOR, AND MACHINES FOR SHAVING AND DISPENSING ICE TO THE PITCHER OF A BLENDER WHICH THEREAFTER MAKES DRINKS AND STRUCTURAL PARTS THEREFOR, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 1-0-2010; IN COMMERCE 1-0-2010.

FOR: RECIPE BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-0-2010; IN COMMERCE 2-0-2010.

THE MARK CONSISTS OF A CIRCLE COMPOSED OF FOUR CURVED "V"'S.

SN 77-830,103, FILED 9-18-2009.

DORITT L. CARROLL, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# EXHIBIT 82

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,406,665**

**Registered Sep. 24, 2013**

**New Cert. Jun. 01, 2021**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

YIP, LLC  (FLORIDA LIMITED LIABILITY COMPANY)
3355 Enterprise Ave.
Suite 160
Fort Lauderdale, FLORIDA 33331

CLASS 7: Electric Food Processors

FIRST USE 3-31-2012; IN COMMERCE 3-31-2012

The mark consists of swirl design without claim of color or colors as feature of the mark.

SER. NO. 85-849,829, FILED 02-14-2013







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 83

# United States of America

## United States Patent and Trademark Office

# OVATION

**Reg. No. 5,620,499**

**Registered Dec. 04, 2018**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

KCD IP, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3333 Beverly Road
Hoffman Estates, ILLINOIS 60179

CLASS 7: Kitchen machines, namely, electric standing mixers

FIRST USE 12-1-2017; IN COMMERCE 12-1-2017

The mark consists of the word "OVATION", with the second "O" in the image of a swirl.

SER. NO. 87-707,476, FILED 12-04-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 84

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,923,915**

**Registered Dec. 03, 2019**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

KCD IP, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3333 Beverly Road
Hoffman Estates, ILLINOIS 60179

CLASS 7: Kitchen machines, namely, electric standing mixers

FIRST USE 5-23-2018; IN COMMERCE 5-23-2018

The mark consists of a swirl.

SER. NO. 87-933,656, FILED 05-23-2018

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 85



# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,923,479**

**Registered Dec. 03, 2019**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Koninklijke Philips N.V.  (NETHERLANDS Public Limited Liability Company )
High Tech Campus 5
Nl-5656 Ae Eindhoven
NETHERLANDS

CLASS 7: Small electric appliances and kitchen machines for domestic use, namely, food processors, electric food blenders, mixers, hand mixers, immersion blenders, can openers, electric fruit presses and juicers

The mark consists of the stylized wording "STAYFRESH" above the wording "VACUUM TECHNOLOGY" to the right of a stylized spiral design with an arrow arising from three drops.

PRIORITY DATE OF 05-15-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1453460 DATED 10-09-2018, EXPIRES 10-09-2028

No claim is made to the exclusive right to use the following apart from the mark as shown: "VACUUM TECHNOLOGY"

SER. NO. 79-253,415, FILED 10-09-2018



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 86





**Reg. No. 6,420,367**

**Registered Jul. 13, 2021**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Stacey Venables  (CANADA INDIVIDUAL)
590 West Queens Road
North Vancouver, Bc, CANADA V7N2L1

CLASS 7: Electric mixers

FIRST USE 6-2-2021; IN COMMERCE 6-2-2021

The mark consists of a stylized "PB", wherein the letter "P" in "PB" is comprised of a swirl design and the wording "PEANUT BUTLER" appears below

No claim is made to the exclusive right to use the following apart from the mark as shown: "PB" AND "PEANUT"

SER. NO. 88-182,139, FILED 11-05-2018







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 87

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,842,947**

**Registered Aug. 27, 2019**

**Amended May 12, 2020**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Porifera, Inc.  (DELAWARE CORPORATION)
1575 Alvarado Street
San Leandro, CALIFORNIA 94577

CLASS 7: Liquid processing machines for industrial use, namely, osmosis units for filtering a wide variety of liquids in the oil and gas, food and beverage, manufacturing and municipal water industries; filters being parts of liquid processing machines for industrial use comprised of semipermeable membranes for liquid osmosis encapsulated in metal hardware

FIRST USE 12-13-2013; IN COMMERCE 12-13-2013

The mark consists of a hexagon with rounded corners having a circular swirl in the center thereof.

SER. NO. 88-183,951, FILED 11-06-2018



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 88

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,749,656**

**Registered Jun. 07, 2022**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

VinoFlux  (SWITZERLAND CORPORATION)
101 Gregory Lane suite 46
Pleasant Hill, CALIFORNIA 94523

CLASS 7: Beverage preparation machines, electromechanical; Beverage processing machines

FIRST USE 1-1-2016; IN COMMERCE 7-1-2016

The mark consists of spiral.

SER. NO. 88-771,560, FILED 01-23-2020



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 89

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,189,207**

**Registered Nov. 03, 2020**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Capbran Holdings, LLC  (CALIFORNIA LIMITED LIABILITY COMPANY)
11601 Wilshire Blvd., Suite 2300
Los Angeles, CALIFORNIA 90025

CLASS 7: Electric food processors; Electric juicers; Electric food blenders; Electric food choppers

FIRST USE 9-22-2019; IN COMMERCE 9-22-2019

The mark consists of a counterclockwise swirl positioned above the word "MAGIC", which is written in bold lowercase letters. The word "BULLET" is positioned below the word "MAGIC". "BULLET" is written in upper case letters, which are spaced apart to match the length of the word "MAGIC". The word "MINI" is centered below "BULLET" with a dash positioned to the left and right of "MINI".

OWNER OF U.S. REG. NO. 2947492, 2947494, 2929383

No claim is made to the exclusive right to use the following apart from the mark as shown: "MINI"

SER. NO. 88-875,327, FILED 04-16-2020





Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 90

# United States of America

## United States Patent and Trademark Office



**Jovokich**

**Reg. No. 6,319,816**

**Registered Apr. 13, 2021**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Shenzhen Wanshuo Information TechnologyCo., Ltd.  (CHINA limited company (ltd.) )
202a, 2nd Floor, Building 18,
Guangqian Industrial Zone, Nanshan Dist.
Shenzhen, Guangdong, CHINA 518055

CLASS 7: Electric can openers; Electric coffee grinders; Electric food grinders; Electric juice extractors; Electric milk frothers; Fruit presses, electric, for household purposes; Packaging machines for food

FIRST USE 8-3-2020; IN COMMERCE 8-3-2020

The mark consists of the wording "Jovokich" in stylized font and there is a spiral line inside the letter "O".

The wording Jovokich has no meaning in a foreign language.

SER. NO. 90-125,677, FILED 08-20-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 91

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,245,626**

**Registered Jan. 12, 2021**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Runway Blue, LLC  (UTAH LIMITED LIABILITY COMPANY)
250 South 850 East
Lehi, UTAH 84043

CLASS 21: Non-electric agitators for mixing and blending food and drink

FIRST USE 9-5-2000; IN COMMERCE 9-5-2000

The mark consists of a three-dimensional configuration of a beverage agitator consisting of a wire that is wound to symmetrically define the shape of a sphere.

OWNER OF U.S. REG. NO. 4919711

SEC.2(F)

SER. NO. 90-132,881, FILED 08-24-2020



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 92

# United States of America
## United States Patent and Trademark Office



Reg. No. 7,156,070

Registered Sep. 05, 2023

Int. Cl.: 7

Trademark

Principal Register

HOMEART (HK) ELECTRIC MFG CO., LIMITED  (CHINA limited company (ltd.) )
UNIT B 8/F
HENFA COMMERCIAL BUILDING
348-350 LOCKHART ROAD, HONG KONG 999077

CLASS 7: Electric coffee grinders; Electric egg beaters; Electric food blenders for household purposes; Electric fruit presses for household use; Electric fruit squeezers for household purposes; Electric hand-held mixers for household purposes; Electric juice extractors; Electrically-powered kitchen appliance for dicing, mincing, slicing and chopping food; Meat and food grinder attachments for electric mixers for household use; Power-operated meat grinders

FIRST USE 5-27-2022; IN COMMERCE 5-27-2022

The mark consists of stylized wording of "evoloop".

SER. NO. 97-521,276, FILED 07-26-2022



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 93

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,254,164**

**Registered Dec. 26, 2023**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

SUNMIX S.R.L.  (ITALY LIMITED LIABILITY COMPANY)
Via Lago Di Vico, 4/B
Schio (VI), ITALY 36015

CLASS 7: Mixing machines; Pasta making machines, electric

FIRST USE 9-9-2020; IN COMMERCE 9-9-2020

The mark consists of a stylized spiral design.

SER. NO. 97-687,751, FILED 11-22-2022



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 94

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,416,500**

**Registered Jun. 18, 2024**

**Int. Cl.: 7, 8, 9, 10, 11, 12, 18, 20, 21, 25, 27, 28**

**Trademark**

**Principal Register**

BABYMOOV GROUP  (FRANCE societá in accomandita semplice (sas))
16 rue Jacqueline Auriol,
Parc Industriel des Gravanches F-63100 CLERMONT-FERRAND
FRANCE

CLASS 7: Electric food processors; electric apparatus and machines for the kitchen, namely, grinders, mixers, crushers; electric apparatus for mixing meals, namely, grinders, mixers, crushers; electric fruit presses for household use; electromechanical food preparation machines, namely, tumblers for marinating food; infant formula mixers, namely, electric apparatus for mixing water with infant formula

CLASS 8: Cutlery, namely, forks and spoons; ergonomic cutlery for children, namely, forks, spoons; scissors; nail clippers

CLASS 9: Thermometers for non-medical use; acoustic alarms and sound amplification and transmission apparatus, electric sound and/or visual monitoring apparatus, namely, video cameras; video surveillance cameras; measuring and weighing, checking and life-saving apparatus and instruments specially adapted to the needs of children, babies, newborns, namely, scales; heat regulating apparatus, namely, electric control devices for heating management; weighing scales for milk; milk powder dosage dispensers, not for medical use; baby scales; magic lanterns; bath thermometers, not for medical use, and thermometers for measuring the temperature of a liquid to be drunk by a child, baby or newborns, not for medical use; hygrometers; downloadable software applications for smartphones for transmitting, processing and displaying information relating to electric audio and/or visual monitoring apparatus; downloadable software applications for smartphones for controlling electric audio and/or visual monitoring apparatus; downloadable software applications for smartphones for operation and remote control of home appliances, small electrical appliances, lighting systems

CLASS 10: Child-care apparatus and instruments, namely, feeding bottle drying racks, drying racks for baby bottles; pads and cushions for medical use for pressure relief, especially intended for the needs of pregnant women; cushions for medical use;



Director of the United States
Patent and Trademark Office



cushions for medical use for supporting infants; anatomical cushions for pediatric and medical use; babies' pacifiers; cases for pacifiers; thermometers for medical use; nasal aspirator specially adapted for the care of children, babies, newborns; nasal aspirators for babies; feeding bottles; feeding bottle teats; teething rings

CLASS 11: Apparatus for lighting, heating, steam generation, cooking, defrosting, refrigerating, drying, ventilating, water supply and sanitary installation, namely, wall lamps, space heater, ovens, refrigerators, defroster for vehicles, clothes dryer, heat recovery ventilators, water purification installations, wash basins being parts of sanitary installations; humidifier, sterilizer, bottle warmer; cooking apparatus, namely, cooktops, microwave ovens; electric apparatus for cooking or reheating meals, namely, hotplates, microwave ovens; sterilizers; electric heaters for feeding bottles; electric baby food jar warmers; apparatus for cooling beverages; ionization apparatus for the treatment of milk; pasteurizers, for use in the baby and toddler food, baby and toddler beverage industry; protective covering devices for child safety for bathtub spouts; toilet seat reducer especially adapted for the needs of children, namely, training seats; electric night lights; lighting apparatus, namely, electric night lights, wall lamps; air humidifiers; refrigerating containers, namely, ice boxes; air purifiers for household use

CLASS 12: Booster seats for children for use in vehicles; baby strollers; strollers; stroller components, namely, canopies, covers, hoods; stroller connectors to affix umbrellas to strollers; safety seats and safety Moses baskets for children and babies for use in vehicles; child seats for attachment to cycles or mopeds; anti-dazzle screens adapted for automobile windows; parasols and umbrellas to be affixed to a stroller; storage adapted for car seat backs; foot muffs adapted for strollers; mosquito nets adapted for strollers

CLASS 18: Luggage and transport bags for groceries; bags in the nature of a tote bags; baby-changing bags, namely, diaper bags incorporating diaper changing pads; backpacks; traveling bags; bags adapted for pushchairs; sunshades as parasols; backpacks for carrying babies; slings for carrying infants; back and front baby carriers worn on the body; sun protectors for baby carriers, namely, sun visors being an accessory for baby carriers worn on the body; vanity cases sold empty and small unfitted vanity cases

CLASS 20: safety barriers of metal or not of metal for babies and children, namely gates; bed rails; bath seats for babies; portable, reusable baby diaper changing mats; baby changing tables; vehicle booster seats for children; accessories for seats, namely, vehicle seat covers; vehicle safety seats for babies, and safety child harnesses for vehicle seats; seat covers for children's carriages, namely, protective cover for carriage seats; travel beds for babies and children; bouncers for babies and newborns and parts and component parts therefor; bouncing cradles for babies and newborns and parts and component parts therefor; playpens for babies; high chairs for babies and children; support cushions for car safety seats for babies; anti-roll cushions for babies; head positioning pillows for babies; sloping surfaces for babies, namely, wedge cushions; infant walkers; stools; step ladders, not of metal; decorative mobiles; mattresses; infant cradles; infant cradles adaptable to a bed; nursing pillows; pads and cushions for pressure relief specially adapted to the needs of pregnant women

CLASS 21: non-electric kitchen utensils specially adapted to the needs of children, babies and newborns, namely, serving spoons and trays; kitchen crockery and containers specially adapted to the needs of children, babies and newborns, namely, pots, dishes, drinking cups and saucers; training cups for babies and children; drying racks for feeding bottles; thermally insulated containers for food or beverages; table plates; bowls; drinking glasses; goblets, flasks, articles for toilet purposes especially adapted to the needs of children and babies, namely, combs, brushes; brushes for cleaning feeding bottles; portable baby baths; portable baby bath stands; potty-training potties; thermally insulated bags for food or beverages

CLASS 25: Footmuffs, not electrically heated; bibs not of paper for babies and children;

visors for the bath

CLASS 27: Non-slip bath mats, namely, shower, floor mats

CLASS 28: games, namely, jigsaw puzzles, board games; toys, namely, dolls, sports balls; games and mats for infant development; plush toys; bath toys, infant development toys; toys for attachment to baby bouncers; toy tents

The mark consists of a spiral design.

PRIORITY DATE OF 07-25-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1726657 DATED 01-17-2023, EXPIRES 01-17-2033

SER. NO. 79-368,392, FILED 01-17-2023

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 95

**Generated on:** This page was generated by TSDR on 2025-04-25 16:49:02 EDT

**Mark:**



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97855480 | **Application Filing Date:** | Mar. 24, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A third request for extension of time to file a Statement of Use has been granted.

**Status Date:** Mar. 26, 2025

**Publication Date:** Aug. 01, 2023 **Notice of Allowance Date:** Sep. 26, 2023

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of a spiral design. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 26.01.26 - Coils; Spirals; Swirls |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** distributing machines, namely, crushers, impact mills, breakers, pulverizers, mixers and blenders and parts therefor, for industrial and commercial applications

**International Class(es):** 007 - Primary Class    **U.S Class(es):** 013, 019, 021, 023, 024, 031, 034, 035

**Class Status:** ACTIVE

**For:** distributorship services in the field of distributing machines, namely, crushers, impact mills, breakers, pulverizers, mixers and blenders and parts therefor, for industrial and commercial applications

**International Class(es):** 035 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**For:** custom manufacturing of machines, namely, crushers, impact mills, breakers, pulverizers, mixers and blenders and parts therefor, for industrial and commercial applications

| | | |
|---|---|---|
| **International Class(es):** 040 - Primary Class | **U.S Class(es):** 100, 103, 106 | |
| **Class Status:** ACTIVE | | |

## Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes |
| **Filed 44D:** No | **Currently 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No |
| **Filed No Basis:** No | **Currently No Basis:** No |

## Current Owner(s) Information

**Owner Name:** Flacktek Inc.

**Owner Address:** Bldg G
1708 Highway 11
Landrum, SOUTH CAROLINA UNITED STATES 29356

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** SOUTH CAROLINA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Sara Centioni Kanos    **Docket Number:** 057566-00033

**Attorney Primary Email Address:** ustrademark@nexsenpruet.com    **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Sara Centioni Kanos
NEXSEN PRUET, LLC
P.O. DRAWER 10648
GREENVILLE, SOUTH CAROLINA United States 29601

**Phone:** 864-282-1171    **Fax:** 864-282-1177

**Correspondent e-mail:** ustrademark@nexsenpruet.com skanos@maynardnexsen.com tebbert@maynardnexsen.com    **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 27, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 26, 2025 | SOU EXTENSION 3 GRANTED | |
| Mar. 26, 2025 | SOU EXTENSION 3 FILED | |
| Mar. 26, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 26, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 26, 2024 | SOU EXTENSION 2 GRANTED | |
| Sep. 26, 2024 | SOU EXTENSION 2 FILED | |
| Sep. 26, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Mar. 27, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 26, 2024 | SOU EXTENSION 1 GRANTED | |
| Mar. 26, 2024 | SOU EXTENSION 1 FILED | |
| Mar. 26, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 26, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 01, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 01, 2023 | PUBLISHED FOR OPPOSITION | |
| Jul. 12, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |

| | |
|---|---|
| Jun. 23, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jun. 23, 2023 | ASSIGNED TO EXAMINER |
| Apr. 18, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Apr. 16, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Mar. 28, 2023 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** LAMONT, MIAH

**Law Office Assigned:** LAW OFFICE 117

### File Location

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Sep. 26, 2023

# EXHIBIT 96

User: Michael FitzSimons

| | Statistics for Case 97558791 | | | | | |
|---|---|---|---|---|---|---|
| **#** | **Search** | **Total Marks** | **Dead Marks** | **Live Viewed Docs** | **Live Viewed Images** | **Status/Search Duration** |
| **1** | *b{"l":2}e{"n":2}{"dt"}{"gj":2}e{"dt"}*[bi,ti] not dead[ld] | 2 | 0 | 2 | 2 | 0:01 |
| **2** | *blend*[bi,ti]not dead[ld] | 2730 | 0 | 0 | 0 | 0:01 |
| **3** | 2 and "007"[cc] | 361 | 0 | 361 | 361 | 0:00 |
| **4** | *jet*[bi,ti]not dead[ld] | 3597 | 0 | 0 | 0 | 0:01 |
| **5** | 4 and "007"[cc] | 1546 | 0 | 0 | 0 | 0:00 |
| **6** | 4 and ("007" a b 200)[ic] | 589 | 0 | 589 | 589 | 0:01 |

Session started 01/28/2023 11:15 am
Session ended 01/28/2023 11:22 am
Total search duration 4.00
Session duration 6 minutes 48 seconds
Adjacency Level 1
Near Level 1

# EXHIBIT 97

| To: | Miramore Inc. (ryan@blendjet.com) |
| Subject: | U.S. TRADEMARK APPLICATION NO. 88125709 - BLENDJET - N/A |
| Sent: | 1/4/2019 9:32:13 AM |
| Sent As: | ECOM127@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.** 88125709

**MARK:** BLENDJET     ✱88125709✱

**CORRESPONDENT ADDRESS:**
   MIRAMORE INC.
   MIRAMORE INC.
   1320 HARBOR BAY PARKWAY, SUITE 180
   ALAMEDA, CA 94502

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/trademarks/index.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Miramore Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
   N/A

**CORRESPONDENT E-MAIL ADDRESS:**
   ryan@blendjet.com

### EXAMINER'S AMENDMENT

**ISSUE/MAILING DATE:** 1/4/2019

**DATABASE SEARCH:** The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

**APPLICATION HAS BEEN AMENDED:** The trademark examining attorney is amending the application as follows. No prior approval or authorization from applicant or applicant's attorney is required. TMEP §707.02.

**IDENTIFICATION OF GOODS**

The identification of goods is amended to delete the duplicate identification of "electric food blenders".   As amended, the identification of goods of record is as follows:

Class 7: Electric food processors; Food processors, electric; Electric mixers; Electric food blenders; Electric hand-held mixers for household purposes; Hand-held electric-powered food processors

*See* TMEP §§1402.01, 1402.01(e).

**WHAT HAPPENS NEXT AFTER EXAMINER'S AMENDMENT:**

After the trademark examining attorney issues the examiner's amendment, applicant will not receive a registration on the Principal Register for the applied-for mark until the mark makes it through the publication process and opposition period. The publication process starts once the trademark examining attorney issues the examiner's amendment and the mark is approved for publication in the USPTO's *Trademark Official Gazette,* a weekly online publication. The USPTO will then send a "Notice of Publication" to the applicant specifying the date its mark will publish in this publication.

The USPTO publishes applicant's mark in the *Trademark Official Gazette* to provide third parties who believe they may be damaged by registration of applicant's mark an opportunity to oppose registration of that mark within thirty (30) days from the publication date. An "opposition" is similar to a federal court proceeding, but this proceeding is held before the Trademark Trial and Appeal Board, a USPTO administrative tribunal of administrative judges who issue decisions on these matters. If a third party opposes registration of applicant's mark by instituting an opposition proceeding, the USPTO will send applicant notice of this opposition. When this occurs, an applicant may wish to hire an attorney due to the complexity of these proceedings.

If no one opposes registration of the mark, and the mark was published based upon an applicant's actual use of the mark in commerce or on a foreign registration, the USPTO generally registers the mark and issues a registration certificate within approximately twelve (12) weeks after the publication date.

If no one opposes registration of the mark, and the mark was published based upon an applicant's bona fide intention to use the mark in commerce, the USPTO generally issues a "Notice of Allowance" within approximately eight (8) weeks after the publication date. Applicant then has six (6) months from the date of the Notice of Allowance to timely file a "Statement of Use" or to file a request for a six-month "Extension of Time to file a Statement of Use" (extension request). Extension requests are granted in six-month increments and a maximum of five extension requests can be filed after the issuance of the Notice of Allowance. If a Statement of Use is not filed within the six months after the Notice of Allowance issued, a Statement of Use must be filed within the time period of a previously granted extension request. The USPTO will only issue a registration certificate after the trademark examining attorney approves a Statement of Use.

For an overview of the time frames for when an applicant should file and the USPTO will issue documents related to a trademark application, see Trademark Application and Post-Registration Process Timelines. Forms for Statements of Use and extension requests, and additional requirements for intent to use applications, are available online at Intent to Use (ITU) Forms.

/James McNamara/

Trademark Examining Attorney

Law Office 127

James.McNamara@uspto.gov

571-272-0923

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the

Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the Trademark Electronic Application System (TEAS) form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

| To: | Miramore Inc. (ryan@blendjet.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 88125709 - BLENDJET - N/A |
| **Sent:** | 1/4/2019 9:32:15 AM |
| **Sent As:** | ECOM127@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

### IMPORTANT NOTICE REGARDING YOUR
### U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED

ON 1/4/2019 FOR U.S. APPLICATION SERIAL NO.88125709

Please follow the instructions below:

**(1)  TO READ THE LETTER:**  Click on this  link  or go to  http://tsdr.uspto.gov/,  enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2)  QUESTIONS:**  For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

### WARNING

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:**  Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation.  All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."  For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

# EXHIBIT 98

*** User:ommeje ***

| #  | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|----|-------------|------------|------------------|--------------------|-------------------------|--------|
| 01 | 7 | 0 | 7 | 7 | 0:01 | (Miramore and Inc)[on] |
| 02 | 10352 | N/A | 0 | 0 | 0:02 | (260126 spirals)[dc] not dead[ld] |
| 03 | 3318 | N/A | 0 | 0 | 0:01 | 2 and "007"[cc] |
| 04 | 449 | 0 | 6 | 449 | 0:01 | 2 and ("007" a b 200)[ic] |
| 05 | 1551 | N/A | 0 | 0 | 0:02 | 2 and ("035" a b 200)[ic] |
| 06 | 24177 | N/A | 0 | 0 | 0:02 | (mixer$1 processor$1)[gs] not dead[ld] |
| 07 | 18 | 0 | 1 | 18 | 0:01 | 5 and 6 |
| 08 | 60 | 0 | 3 | 60 | 0:02 | 5 and ("008" a b 200)[ic] |
| 09 | 75 | 0 | 3 | 75 | 0:01 | 5 and ("011" a b 200)[ic] |

Session started 9/10/2019 4:32:26 PM

Session finished 9/10/2019 4:41:39 PM

Total search duration 0 minutes 13 seconds

Session duration 9 minutes 13 seconds

Defaut NEAR limit=1ADJ limit=1


Sent to TICRS as Serial Number: 88480647

# EXHIBIT 99

| **To:** | Miramore Inc. (legal@blendjet.com) |
| **Subject:** | U.S. Trademark Application Serial No. 88480647 - N/A |
| **Sent:** | September 10, 2019 04:53:50 PM |
| **Sent As:** | ecom122@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application
Serial No.**
88480647

**Mark:**

**Correspondence
Address:**
    MIRAMORE
INC.
    MIRAMORE
INC.
    5153
COMMERCIAL
CIRCLE
    SUITE B
    CONCORD,
CA 94520
**Applicant:**
Miramore Inc.

**Reference/Docket
No.** N/A

**Correspondence
Email Address:**

legal@blendjet.com

# EXAMINER'S AMENDMENT

**Issue date:** <span style="color:red">September 10, 2019</span>

**USPTO database searched; no conflicting marks found.** The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

The trademark examining attorney is amending the application as follows. No prior approval or authorization from applicant or applicant's attorney is required. TMEP §707.02.

## MARK DESCRIPTION AMENDED

The redundant wording "The mark consists of" has been deleted from the mark description. Therefore, the following description of the mark replaces the current description of record:

The mark consists of a swirl that originates from the left of the center, that is thinner on both ends of the mark and thicker in the middle,

and moves counterclockwise in a circular motion, forming two rings that conclude with a sharp point in the top left.

*See* 37 C.F.R. §§2.37, 2.72; TMEP §§808 *et seq.*

/Obieze Mmeje/
Examining Attorney
Law Office 122
(571) 272-7694
Obieze.Mmeje@uspto.gov

| To: | Miramore Inc. (legal@blendjet.com) |
| Subject: | U.S. Trademark Application Serial No. 88480647 - N/A |
| Sent: | September 10, 2019 04:53:51 PM |
| Sent As: | ecom122@uspto.gov |
| Attachments: | |

### United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **September 10, 2019** for
**U.S. Trademark Application Serial No. 88480647**

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter. Please follow the steps below.

**(1) Read the official letter.** No response is necessary.

**(2) Direct questions** about the contents of the Office action to the assigned attorney below.

/Obieze Mmeje/
Examining Attorney
Law Office 122
(571) 272-7694
Obieze.Mmeje@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

## GENERAL GUIDANCE

· **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

· **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

· **Beware of misleading notices sent by private companies about your application.** Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**