**UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

| | |
|---|---|
| BLENDTEC, INC., a Utah corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, DELAWARE limited liability company,<br><br>        Defendant. | **CERTIFICATE OF DEFAULT AGAINST DEFENDANT BLENDJET, INC.**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

        Before the Clerk is Plaintiff's (Blendtec) Motion for Entry of Default against Defendant

Blendjet Inc. (Blendjet) under Rule 55(a) and DUCiv 55-1(a). Blendtec filed its Complaint for

Trademark Infringement and Successor Liability on February 11, 2025.[1] The Summons and

Complaint were served on Blendjet on February 17, 2025.[2] Blendjet was served via personal

delivery to Jack Downey, the Registered Agent of Blendjet, as described in the Proof of Service

filed with the Court on or about February 20, 2025.[3] The Court extended Blendjet's time to

answer or otherwise respond to the Complaint to April 9, 2025.[4] This deadline has now passed

---

[1] ECF No. 1.

[2] ECF No. 13.

[3] *Id*.

[4] ECF No. 24.

and Blendjet has not retained counsel or filed a response to the Complaint.

Accordingly, the default of Defendant is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this 29th day of April, 2025.

GARY P. SERDAR, CLERK OF COURT:

BY: _____