# Exhibit 1

| | |
|---|---|
| **From:** | Lisa Martens |
| **To:** | Foster, Brett |
| **Cc:** | Martin Bader; Patrick McGill; NATHAN THOMAS; Liz Butler; Foster, Grant; Kapaloski, Tammy |
| **Subject:** | Blendtec v. BlendJet (Our Ref: 65XB-344939) |
| **Date:** | Thursday, January 20, 2022 6:02:32 PM |

EXTERNAL: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Brett,

The CEO of BlendJet, Ryan Pamplin, would like to speak directly with the CEO of Blendtec, Tom Dickson, regarding Blendtec's allegations and the suit in general (without counsel present). We propose that the parties agree that the conversation would take place under Fed. R. Evid. 408 and that anything said during the conversation cannot be used at deposition or trial. If that is agreeable, and Mr. Dickson is willing to participate in such discussion, please let us know and we can coordinate on scheduling.

With thanks,
Lisa


**Lisa M. Martens** | Partner
+1 858-720-7491 | direct
LMartens@sheppardmullin.com | Bio

**Sheppard**Mullin
12275 El Camino Real, Suite 200
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.