# Exhibit 2

**From:** Lloyd Greif
**Sent:** Friday, June 17, 2022 2:29:52 PM
**To:** Keith Titus
**Cc:** Ben Kaufmann
**Subject:** RE: Follow Up - Blendtec Framework

Hi, Keith.

Thank you for your constructive proposal below. I think we just set a new record for response time—nine days vs. one month, which I just broke with my one-day reply! Now, *that's* what I call progress!

For purposes of this email, I am going to reserve comment on certain aspects of your proposal below—specifically, your references to: (i) the potential ground rules for the parties exploring a business resolution of this matter including BlendJet stipulating to rebrand itself; (ii) assigning a discount to BlendJet's fair market value because of the pending litigation; and (iii) tying a potential "sizing" of a breakup fee to our client's financial performance should our discussions not lead to BlendTec acquiring the Company.

In order for BlendJet to provide you with the three-statement financial summaries you have requested for its fiscal years ended December 31, 2019 – 2021; we will need to execute an NDA (please see attached). We will also need you to agree to push the discovery deadlines out for four months, not three. This will take the pressure off both parties during the holidays, when all hands should be on deck to maximize financial performance during the most important selling season of the year.

Keith, I would be happy to discuss this further with you and Ben by phone or Zoom today or Monday, should you so desire. I look forward to working with you on this transaction.

Best,

Lloyd

Lloyd Greif | President & CEO | **Greif & Co.**

633 West Fifth Street, 65th Floor | Los Angeles, CA 90071

213.346.9255 direct | 213.346.9260 fax

greif@greifco.com | www.greifco.com

**From:** Keith Titus
**Sent:** Thursday, June 16, 2022 2:16 PM

**To:** Lloyd Greif ; Ryan Pamplin
**Cc:** Ben Kaufmann
**Subject:** Follow Up - Blendtec Framework

Dear Lloyd and Ryan,

Per our last phone call, I am following up with a proposed approach for your consideration. In our last call, you proposed a liquidated damages provision which would go into effect if a business resolution to the current litigation cannot be reached. We appreciate the collaborative spirit of your proposal and share your desire to create a productive business outcome; however, without access to Blendjet's historical financials, we are unable to size a reasonable liquidated damages provision. Any such agreement would also need to stipulate a rebrand of the infringing marks. Furthermore, while any business resolution would need to incorporate a discount from fair market value anchored to the sizing of the agreed to liquidated damages, any offer for a full acquisition would be accompanied by a generous earnout provision to ensure that both parties can align interests and motivations moving forward.

As you may be aware, on the litigation side, July 28, 2022, is the cutoff for filing a motion to amend the pleadings and join additional parties. Other discovery deadlines follow shortly thereafter. We have, in good faith, held off on pursuing discovery, but are now at a point where we can no longer do so absent a real prospect of resolving this matter through a negotiated settlement.

If you are serious about pursuing a liquidated damages/rebrand agreement, please send a 3-year summary of financial information to include detailed full year income statements, EOY balance sheet(s), and EOY statement of cash flow(s) for Blendjet no later than the end of business on Monday, June 20, 2022, appropriately designated as confidential. We remain open and willing to sign an NDA, as previously communicated.

If we don't hear from you by then, our next steps will be to have our attorneys send to your legal counsel a stipulated motion to amend the scheduling order, which will push out the discovery deadlines for three months (in line with our past schedule). During these three months, we will remain open to settlement discussions but will proceed with discovery in parallel.

I'm still optimistic we can reach an agreement short of protracted litigation and hope to see something from you by Monday.

Sincerely,

Keith Titus