## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC, INC., a Utah corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, DELAWARE limited liability company,<br><br>      Defendant. | **ORDER GRANTING BLENDTEC'S MOTION TO STRIKE MAVORCO'S THIRTEENTH AFFIRMATIVE DEFENSE**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

This matter comes before the Court on Plaintiff's Motion to Strike MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC's (collectively, "MavorCo") Thirteenth Affirmative Defense pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

Having considered Plaintiff's Motion and the parties' pleadings, the Court hereby finds that MavorCo has failed to allege any facts showing that Plaintiff used its trademarks for the purpose of violating antitrust laws and, accordingly, strikes MavorCo's Thirteenth Affirmative Defense pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated _____, 2025

BY THE COURT:

_____
DUSTIN B. PEAD
United States Magistrate Judge