# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC, INC., a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, DELAWARE limited liability company,<br><br>    Defendant. | **[PROPOSED] ORDER DENYING MAVORCO'S MOTION TO DISMISS BLENDTEC'S CLAIMS FOR SUCCESSOR LIABILITY**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

This matter comes before the Court on the Motion to Dismiss Plaintiff Blendtec Inc.'s Successor Liability Claims filed by Mavorco Holdings, LLC, Mavorco IP LLC, and Mavorco Operations, LLC (collectively "Mavorco").

Having considered Mavorco's motion to dismiss and the supporting and opposing memoranda, the Court finds that Blendtec has stated a claim upon which relief can be granted with respect to its successor liability claims against MavorCo. Accordingly, it is hereby ORDERED: Mavorco's Motion to Dismiss is DENIED.

IT IS SO ORDERED.

Dated _____, 2025

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge