Brett Foster (#6089)
Mark Miller (#9563)
Tamara L. Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff BLENDTEC, INC.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, DELAWARE limited liability company,<br><br>Defendant. | **BLENDTEC'S NOTICE OF FILING OF REQUEST TO SUBMIT MOTION TO CONSOLIDATE FOR DECISION**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff Blendtec, Inc. ("Plaintiff" or "Blendtec") hereby notifies the Court that Blendtec has filed a Request to Submit For Decision its Motion to Consolidate this action into Case No. 2:21-cv-00668-TC-DBP (the "2021 Action") on the grounds that the Motion to Consolidate is unopposed. A copy of the Request to Submit is attached hereto as **Exhibit A**.

1

DATED this 5th day of May, 2025.    Dorsey & Whitney LLP


*/s/ Tamara L. Kapaloski*
Brett Foster
Mark Miller
Tamara L. Kapaloski
Attorneys for Plaintiff BLENDTEC, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2025, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification to counsel of record.

/s/ Tamara L. Kapaloski