**EXHIBIT 1**



# blend  1 of 2  *verb*



**blended** *also* **blent**  ˈblent 🔊  ; **blending**

Synonyms of *blend* >

*transitive verb*

**1**  : **MIX**

  *especially* : to combine or associate so that the separate constituents or the line of
  demarcation cannot be distinguished

**2**  : to prepare by thoroughly intermingling different varieties or grades

*intransitive verb*

**1**  **a** : to mingle intimately or unobtrusively

  **b** : to combine into an integrated whole

**2**  : to produce a harmonious effect

- **blendable**  ˈblen-də-bəl 🔊  **adjective**

# blend  2 of 2  *noun*

**1**  : something produced by blending: such as

  **a** : a product prepared by blending

  **b** : a word (such as *brunch*) produced by combining other words or parts of words



## Synonyms

**Verb**

amalgamate

comingle

commix

concrete

fuse

immingle

incorporate

interfuse

intermix

merge

mix

combine

commingle

composite

conflate

homogenize

immix

integrate

intermingle

meld

mingle

**Noun**

admixture

amalgam

cocktail

composite

conflation

fusion

meld

mixture

alloy

amalgamation

combination

compound

emulsion

intermixture

mix

synthesis



Choose the Right Synonym for *blend*

**MIX**, **MINGLE**, **COMMINGLE**, **BLEND**, **MERGE**, **COALESCE**, **AMALGAMATE**, **FUSE** mean to combine into a more or less uniform whole.

**MIX** may or may not imply loss of each element's identity.

| *mix* the salad greens

| *mix* a drink

**MINGLE** usually suggests that the elements are still somewhat distinguishable or separately active.

| fear *mingled* with anticipation in my mind

**COMMINGLE** implies a closer or more thorough mingling.

| a sense of duty *commingled* with a fierce pride drove her

**BLEND** implies that the elements as such disappear in the resulting mixture.

| *blended* several teas to create a balanced flavor

**MERGE** suggests a combining in which one or more elements are lost in the whole.

| in his mind reality and fantasy *merged*

**COALESCE** implies an affinity in the merging elements and usually a resulting organic unity.

| telling details that *coalesce* into a striking portrait

**AMALGAMATE** implies the forming of a close union without complete loss of individual identities.

| refugees who were readily *amalgamated* into the community

**FUSE** stresses oneness and indissolubility of the resulting product.

| a building in which modernism and classicism are *fused*



The music **blends** traditional and modern melodies.

She **blends** psychology and crime in her new novel.

## Noun

a **blend** of cream and eggs

a **blend** of traditional and modern melodies

## Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** Read More

### Verb

In Canada, many producers ferment and distill the different grains in the mash bill separately and then **blend** them post-distillation.
— Joseph V Micallef, *Forbes.com*, 26 Apr. 2025

Read Next California Estate designed 'to **blend** with the river and foothills' lists near Fresno.
— Tj Maclas, *Fort Worth Star-Telegram*, 26 Apr. 2025

### Noun

With a menu designed to have something for everyone, Angry Ale's has classic bar bites and a **blend** of comfort food with elevated, high quality dishes — including its fry lineup.
— Chyna Blackmon, *Charlotte Observer*, 28 Apr. 2025

This stunning park features a **blend** of serene coastline, dramatic rock outcroppings, a deep gorge, and a river lined with towering redwoods.
— Evie Carrick, *Travel + Leisure*, 27 Apr. 2025



## Word History

### Etymology

#### Verb

Middle English *blenden, blinden* "to mix, blend, intersperse, have dealings (with)," probably borrowed from an Old Norse predecessor of Old Icelandic *blend* (1st singular), *blendr* (3rd singular), present tense forms of *blanda* "to mix in, blend," going back to Germanic *\*blanda-* "to mix, mingle," probably originally "to make murky or obscure" (whence also Old English *blandan, blondan, geblandan* "to mix, blend," Old Saxon *giblandan* "blended, mingled," Middle Dutch *blanden* "to mix," Old High German *blantan* "to produce, bring about" [Middle High German *blanden* "to make turbid, mix, bring about"], Gothic *sik blandan* "to associate with"), o-grade causative from a dialectal Indo-European base *$\*b^hlendh$-* "become murky or cloudy, see poorly" whence also Old Church Slavic *blędǫ, blęsti* "to chatter, talk nonsense," *blǫždǫ, blǫditi* "to wander," Polish *błąd* "error," Lithuanian *bleñdžiasi, blęstis* "to become dark," *blandùs* "impure, murky, dark"

NOTE: The verb *$\*b^hlendh$-* is among a group of roots that J. Pokorny (*Indogermanisches etymologisches Wörterbuch*) took as "extensions" (*Erweiterungen*) from zero-grade of *$\*b^hel$-* "shine" (see BALD entry 1). But, aside from semantic issues, this use of extensions is so unconstrained that any phonotactically appropriate verbal base beginning with *$\*b^hl$-* that might have the vaguest figurative connection to light or vision can be claimed as a derivative of *$\*b^hel$-*. If such extensions explain so little, there is little reason to evoke them, and etyma such as *$\*b^hlendh$-* stand on their own. See also BLIND entry 1, BLENDE, BLUNDER entry 1.

#### Noun

derivative of BLEND entry 1

### First Known Use

#### Verb



## Time Traveler

**The first known use of *blend* was in the 14th century**

See more words from the same century

### Phrases Containing *blend*

blend in                          blend into

blend well

### Rhymes for *blend*

blende                            denned

end                               fend

friend                            lend

mend                              penned

send                              spend

tend                              trend

<
## Dictionary | Thesaurus

**Browse Nearby Words**

blench    **blend**    blende

See All Nearby Words >

## Articles Related to *blend*

**100 Years Old: New Words of the 1920s**
A collection of words turning 100 this decade

**'Portmanteau' vs. 'Blend'**
They're both about smashing words together to make new ones

**Famous by Design: 'Starchitect'**
"A famous architect"

## Cite this Entry

Style    MLA



## Share

 

## Kids Definition

# blend   1 of 2   verb

ˈblend 🔊

**1** : to mix thoroughly so that the things mixed cannot be recognized

**2** : to shade into each other : **MERGE**

**3** : **HARMONIZE sense 2**

> furniture that *blends* with the draperies

# blend   2 of 2   noun

**1** : a thorough mixture

**2** : a product (as coffee) prepared by blending

## More from Merriam-Webster on *blend*

Case 2:25-cv-00096-RJS-DBP    Document 57-1    Filed 05/09/25    PageID.1340    Page 10 of 13



## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

---

## More from Merriam-Webster



Can you solve 4 words at once?



### WORD OF THE DAY

## convoluted 🔊

[See Definitions and Examples](#) »

Get Word of the Day daily email!

| Your email addre | **SUBSCRIBE** |



## Popular

**Words You Always Have to Look Up**

**8 Words with Fascinating Histories**

## Games & Quizzes





Dictionary    Thesaurus

© 2025 Merriam-Webster, Incorporated