**EXHIBIT 2**

| | |
|---|---|
| Document title: | BlendJet® Portable Blender | The Next-Gen Blender® |
| Capture URL: | https://blendjet.com/ |
| Page loaded at (UTC): | Wed, 07 May 2025 13:16:23 GMT |
| Capture timestamp (UTC): | Wed, 07 May 2025 13:18:25 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 7 |
| Capture ID: | gMKasJqWeFstY5uXe9tzat |
| Display Name: | tenaye.henok |

```
PDF REFERENCE #:    f83k1siXzAHgGAJ4mEKwwF
```













# jetpack

★★★★★ (459)

**THE MOST CONVENIENT WAY TO BLEND**

"Bought several of these flavors. Makes it so easy to get up and go!"




    

## SHOP INGREDIENTS

Take your blends to new heights with our curated selection of blendable ingredients. From protein powders to frozen fruit, we've got just about anything you could possibly blend, ensuring your path to wellness is as delicious as it is nutritious.

SHOP ALL



**Frozen Fruit** — Enjoy the divine flavor and nutritional benefits of superfruits. SHOP NOW



**Plant-Based Milks** — Stock up so you'll always be ready for your next blend. SHOP NOW



**Protein Powders** — Let the gains begin! Enjoy these protein powders. SHOP NOW



**Meal Replacements** — You wont be short on nutrition with these meal replacements. SHOP NOW



**Nut Butters** — Less fat and fewer calories than traditional peanut butter with all the flavor… SHOP NOW



**Superfoods** — Add a pop of color and a lot of nutrients to your blends with these. SHOP NOW



## OUR STORY



FREE EXPRESS SHIPPING

BLENDJET 2   ACCESSORIES   INSTANT BEVERAGES   SHOP INGREDIENTS   RECIPES   SUPPORT

PASTA SAUCE
TOPPINGS
DESSERTS
SMOOTHIES
SHAKES
COCKTAILS
DIPS
MOUSSE



BLEND ENDLESSLY

EXPLORE RECIPES

@blendjet

751K FOLLOWERS ON INSTAGRAM

Get inspired with recipes, tips, and tricks from fellow BlendJetters.
#blendeverywhere

FOLLOW US

WHAT OUR CUSTOMERS THINK OF OUR PORTABLE BLENDER

"With two little ones, increased workload, and trying to keep a healthy diet the BlendJet is an amazing solution for me. I love being able to throw in all the ingredients, blend, and go when needed!"

-STEVEN SPENCER ELLIOTT

