**EXHIBIT 3**

| | |
|---|---|
| **From:** | Wheatley, Lucy Jewett |
| **To:** | Kapaloski, Tammy |
| **Cc:** | Foster, Brett; Miller, Mark; Freedlander, Mark E. |
| **Subject:** | RE: Blendtec v. MavorCo |
| **Date:** | Thursday, March 6, 2025 12:47:56 PM |
| **Attachments:** | image001.png |

**EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.**

Dear Tammy,

For purposes of this request for an extension, McGuireWoods is representing all of the Mavorco entities (Holdings, Operations and IP). We may or may not ultimately enter an appearance on behalf of the Mavorco entities in the litigation – we expect that local counsel in Utah will file for the extension.

==We agree that in the event Blendtec files a motion for a preliminary injunction, the Mavorco entities will not raise the 30-day extension as a basis for denying the injunction motion.==

Please confirm if you agree to the 30-day extension.

Regards,

Lucy

**Lucy Jewett Wheatley**
Partner
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 4320
M: +1 410 804 2509
F:  +1 804 698 2017
lwheatley@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com



**From:** kapaloski.tammy@dorsey.com <kapaloski.tammy@dorsey.com>
**Sent:** Thursday, March 6, 2025 2:06 PM
**To:** Wheatley, Lucy Jewett <LWheatley@mcguirewoods.com>
**Cc:** foster.brett@dorsey.com; miller.mark@dorsey.com; Freedlander, Mark E. <MFreedlander@mcguirewoods.com>
**Subject:** RE: Blendtec v. MavorCo

> **\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Dear Counsel,

Thank you for your email. Can you please clarify precisely who you represent in the 2025 lawsuit? Your email below states that McGuireWoods represents Mavorco Holdings, but there are three other defendants in the 2025 action in addition to Mavorco Holdings (i.e., Blendjet Inc., Mavorco IP, LLC, and Mavorco Operations, LLC). With respect to your request for an extension, we will agree to a 30 day extension of Mavorco Holdings' time to respond to the complaint on the condition that Mavorco Holdings does not raise the extension in any manner in any preliminary injunction motion that Blendtec files, in the 2025 Action or in the 2021 lawsuit should the cases be consolidated.

If McGuireWoods represents the other three defendants in the action, we will agree to the same extension as to those defendants on the same condition as above. If McGuireWoods does not represent those defendants, we are unable to grant an extension, since we do not believe that McGuireWoods would be authorized to seek that extension on those defendants' behalf or make the representations needed relating to the extension.

Please let us know which defendants you represent and if those defendants will agree to the condition stated above.

Thank you,
Tammy

**Tammy Kapaloski**
Senior Attorney



DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111
P:801.933.7360

**From:** Wheatley, Lucy Jewett <LWheatley@mcguirewoods.com>
**Sent:** Thursday, March 6, 2025 8:00 AM
**To:** Foster, Brett <foster.brett@dorsey.com>; Miller, Mark <miller.mark@dorsey.com>; Kapaloski, Tammy <kapaloski.tammy@dorsey.com>
**Cc:** Freedlander, Mark E. <MFreedlander@mcguirewoods.com>
**Subject:** Blendtec v. MavorCo

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Counsel,

McGuireWoods is assisting Mavorco Holdings with various matters related to Blendjet. We understand that currently Mavorco and Blendtec are negotiating directly regarding a possible business resolution to the lawsuit. In light of this, will you consent to a thirty-day extension of the answer deadline for all parties in Case No. 2:25-cv-00096-DBP?

Regards,

Lucy

**Lucy Jewett Wheatley**
Partner
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 4320
M: +1 410 804 2509
F:  +1 804 698 2017
lwheatley@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com



*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*