**EXHIBIT C**

Case 2:25-cv-00096-RJS-DBP   Document 58-3   Filed 05/09/25   PageID.1383   Page 1 of 6



# Commercial Beverage Blender Market by End-user, Control Type, Container Material, and Geography - Forecast and Analysis 2021-2025



## 12.1 Vendors covered

Vendors are included in the report based on their offerings for the global commercial beverage blender market. They are identified based on their revenues, market dominance, geographical presence, product portfolio, and financials. Twenty important vendors in the global commercial beverage blender market have been covered in this report. The importance of the revenue from the global commercial beverage blender market to the overall business of a vendor is analyzed via the Influence Index. For all the twenty vendors, the revenue from the global commercial beverage blender market contributes to the overall revenue of the vendor but is not a key component of the vendor's revenue and hence all vendors have been classified as Contributing on the Influence Index.

Exhibit 43: Vendors covered

| Vendor names | Structure | Company revenue 2019 ($ Million) | Headquarters | Influence index |
| --- | --- | --- | --- | --- |
| bianco di puro GmbH & Co. KG | Private | Not Disclosed | Germany | Contributing |
| Blendtec Inc. | Private | Not Disclosed | US | Contributing |
| Breville USA Inc. | Private | Not Disclosed | US | Contributing |
| Ceado Srl | Private | Not Disclosed | Italy | Contributing |
| Conair Corp. | Private | Not Disclosed | US | Contributing |
| Conlins Coffee World Inc. | Private | Not Disclosed | The Philippines | Contributing |
| Hamilton Beach Brands Holding Co. | Public | 612.84 | US | Contributing |
| Koninklijke Philips NV | Public | 21,810.10 | The Netherlands | Contributing |
| KRONES AG | Public | 4,412.81 | Germany | Contributing |
| Newell Brands Inc. | Public | 9,714.90 | US | Contributing |
| Omcan Inc. | Private | Not Disclosed | US | Contributing |

This document has been licensed for use by bkaufman.mba@gmail.com, of MarketStar. License will not distribute, sell, or sublicense to any third party.

Report downloaded by bkaufman.mba@gmail.com,Single User, MarketStar. Copyright © 2020 Infiniti Research Limited. All rights reserved. Reproduction, redistribution, or dissemination of this document without written permission is completely forbidden

| Vendor names | Structure | Company revenue 2019 ($ Million) | Headquarters | Influence index |
|---|---|---|---|---|
| Optimum Appliances | Private | Not Disclosed | Taiwan | Contributing |
| Sammic SL | Private | Not Disclosed | Spain | Contributing |
| SANTOS SAS | Private | Not Disclosed | France | Contributing |
| Skyfood Equipment LLC | Private | Not Disclosed | US | Contributing |
| Stanley Black & Decker Inc. | Public | 14,442.20 | US | Contributing |
| Stoelting Foodservice Equipment | Private | Not Disclosed | US | Contributing |
| Tetra Laval International SA | Public | 15,656.21 | Switzerland | Contributing |
| Vita-Mix Corp. | Private | Not Disclosed | US | Contributing |
| Whirlpool Corp. | Public | 20,419.00 | US | Contributing |

Note: All revenues of vendors have been obtained from the latest available annual reports.

This document has been licensed for use by bkaufman.mba@gmail.com, of MarketStar. License will not distribute, sell, or sublicense to any third party.

Report downloaded by bkaufman.mba@gmail.com, Single User, MarketStar. Copyright © 2020 Infiniti Research Limited. All rights reserved. Reproduction, redistribution, or dissemination of this document without written permission is completely forbidden

## 12.3 Blendtec Inc.

Blendtec Inc. is a privately held company that is headquartered in the US. It is a global company and information regarding its financials is limited. Its revenue from the global commercial beverage blender market contributes to its overall revenues, along with its other offerings, but is not a key revenue stream for the company.

Exhibit 45:  Blendtec Inc. - Overview



Exhibit 46:  Blendtec Inc. - Product and service

| Segment Name | Description |
| --- | --- |
| Residential | The company offers blenders and blender accessories under the categories, classic series, designer series, pro series, jars, accessories, refurbished, mills & mixers, and blendfresh. |
| Commercial | The company offers blenders, blender accessories, and dispensers and self serve machines. |

Exhibit 47:  Blendtec Inc.- Key news

| News type | Description |
| --- | --- |

This document has been licensed for use by bkaufman.mba@gmail.com, of MarketStar. License will not distribute, sell, or sublicense to any third party.

Report downloaded by bkaufman.mba@gmail.com,Single User, MarketStar. Copyright © 2020 Infiniti Research Limited. All rights reserved. Reproduction, redistribution, or dissemination of this document without written permission is completely forbidden

| Awards and recognitions | • In April 2019, the company announced that its Designer 725 blender was voted the best blender of 2019 by Gadget Review. |

Exhibit 48: Blendtec Inc. - Key offerings

| Offering | Description |
| --- | --- |
| Commercial beverage blender | The company offers a wide range of commercial beverage blender products such as Stealth Nitro, Stealth, Connoisseur 825, Connoisseur 825 Spacesaver, EZ 600 Black, and Chef 600. |

This document has been licensed for use by bkaufman.mba@gmail.com, of MarketStar. License will not distribute, sell, or sublicense to any third party.

Report downloaded by bkaufman.mba@gmail.com,Single User, MarketStar. Copyright © 2020 Infiniti Research Limited.
All rights reserved. Reproduction, redistribution, or dissemination of this document without written permission is completely forbidden