Brett L. Foster (#6089)
Mark Miller (#9563)
Tamara L. Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC, INC**., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC**., a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>Defendants. | **SECOND DECLARATION OF DAVID FRANKLIN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Civil Case No. 2:25-cv-00096-RJS-DBP<br>Judge Robert J. Shelby<br>Judge Dustin B. Pead |

I, DAVID FRANKLIN, hereby declare as follows:

1.      I am a professor of intellectual property at Arizona State University and a director for the Thomas McCarthy Institute for IP and Technology Law. I have been retained by Blendtec Inc. ("Blendtec") in *Blendtec Inc. v. Blendjet Inc*., Case No. 2:21-cv-00668-TC-DBP, pending in

the United States District Court for the District of Utah (the "2021 Action") to provide expert opinions regarding a likelihood of confusion between the parties' respective "BLENDTEC" and "BLENDJET" and Swirl Design Marks in the 2021 Action. I am fully familiar with the facts set forth in this declaration from personal knowledge or from documents that I have reviewed. If called as a witness, I could and would testify competently under oath to the facts contained herein.

2. I conducted a survey regarding the likelihood of confusion (the "Franklyn Survey") and submitted my opinions in an expert report and declaration dated March 24, 2025. I understand my expert report was filed in connection with Blendtec's Motion for Preliminary Injunction. I have further been requested to provide a supplemental report to address the criticisms of my survey presented in Defendant MaverCo's Brief in Opposition to Plaintiff's Motion for Preliminary Injunction. I summarized my opinions to date in a supplemental expert report (attached hereto as **Exhibit 1**). I hereby adopt the opinions and statements in the attached supplemental report as my testimony herein under penalty of perjury.

DATED this 9th day of May, 2025

_____
David J. Franklyn

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2025, a true and correct copy of the foregoing document was served on counsel of record via the Court's CM/ECF System which sent notice to the following counsel of record:

George B. Hofman, IV: ghofmann@cohnekinghorn.com
Kathryn Tunacik: ktunacik@ck.law
Lucy Jewett Wheatley: lwheatley@mcguirewoods.com
Kyle Steven Smith: ksmith@mcguirewoods.com
Jessica Seiders Maupin: jmaupin@mcguirewoods.com

*/s/ Tamara L. Kapaloski*