Brett Foster (#6089)
Mark Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, Delaware limited liability company,<br><br>Defendants. | **PLAINTIFF'S NOTICE OF ORDER GRANTING UNOPPOSED MOTION REGARDING DISCOVERY IN RELATED CASE**<br><br>Civil No. 2:25-cv-00096-DBP<br><br>Judge Dustin B. Pead |

Plaintiff Blendtec, Inc. ("Plaintiff" or "Blendtec"), by and through its counsel, hereby notifies the Court of an Order entered on May 29, 2025, in *Blendtec Inc. v. Blendjet Inc.*, Case No. 2:21-cv-00668-TC-DBP (the "2021 Action"), ECF No. 215, a copy of which is attached hereto as **Exhibit A**. Pursuant to the Order, "all discovery from the 2021 Action shall be made available to

1

the parties in [this action] as if produced []herein. The confidentiality designations (Confidential Information and Confidential Information – Attorneys' Eyes Only) made by the parties in the 2021 Action pursuant to the Court's Standard Protective [Order] will be governed by the Court's Standard Protective Order in the 2025 Action." Exh. A.

DATED this 29th day of May, 2025.

Dorsey & Whitney LLP

By: /s/ *Tamara L. Kapaloski*
Brett L. Foster (#6089)
Mark Miller (#9563)
Tamara Kapaloski (#13471)
DORSEY & WHITNEY LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of May, 2025, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification to counsel of record.

                                                                                                            */s/ Tamara L. Kapaloski*