George Hofmann (10005)
Kathryn Tunacik (13363)
**Cohne Kinghorn, P.C.**
111 E Broadway 11th Fl
Salt Lake City, UT 84111
Tel: (801) 363-4300
Fax: (801) 363-4378
ghofmann@ck.law
ktunacik@ck.Law

Lucy Jewett Wheatley (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4320
Fax: (804) 698-2130
Email:  lwheatley@mcguirewoods.com

Kyle S. Smith (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
501 Fayetteville St., Ste. 500
Raleigh, NC 27601
Tel: 919-835-5966
Fax: 919-755-6607
Email: ksmith@mcguirewoods.com

Jessica S. Maupin (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
2601 Olive Street, Suite 2100
Dallas, TX 75201
Tel: (214) 932.6400
Fax:  (214) 932.6499
Email: jmaupin@mcguirewoods.com

*Attorneys for Defendants
MavorCo Holdings, LLC; MavorCo IP,
LLC; and MavorCo Operations, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC., a Utah Corporation**<br><br>*Plaintiff*,<br><br>v.<br><br>**BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,**<br><br>*Defendants*. | Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

**[PROPOSED] ORDER CONTINUING HEARING**

Pursuant to Federal Rule of Civil Procedure 6(b), and Plaintiff, Blendtec Inc. ("Plaintiff" or "Blendtec") and Defendants Mavorco Holdings, LLC, Mavorco IP, LLC, and Mavorco Operations, LLC (collectively "Defendants" or "MavorCo," and together with Blendtec, the "Parties") Stipulated Motion to continue the hearing on Blendtec's Motion for a Preliminary Injunction (Dkt. 25), MavorCo's Motion to Dismiss Blendtec's Claims for Successor Liability (Dkt. 43), and Blendtec's Motion to Strike MavorCo's Thirteenth Affirmative Defense (Dkt. 51), and for good cause shown, it is hereby ORDERED that the hearing that is currently scheduled for August 7, 2025 at 1:30 pm, is rescheduled for _____ at \_\_\_\_\_:_____.

The Court will address the Parties' dispute relating to the hearing being an evidentiary hearing and related issues in a separate order.

BY THE COURT:

_____
Robert J. Shelby
United States Judge