**EXHIBITS 1-62**

**FILED UNDER SEAL**