**EXHIBIT 65**



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 19, 2023

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND
CONTENTS OF:

TRADEMARK SERIAL: *88/125,709*
FILING DATE: *September 20, 2018*
REGISTRATION NUMBER: *5,750,510*
REGISTRATION DATE: *May 14, 2019*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Rodney Glover
Certifying Officer

JET00048169

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 88125709**
**Filing Date: 09/20/2018**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | BlendJet |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | BlendJet |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Miramore Inc. |
| *STREET | 1320 Harbor Bay Parkway, Suite 180 |
| *CITY | Alameda |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 94502 |
| PHONE | 844-588-1555 |
| EMAIL ADDRESS | XXXX |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| WEBSITE ADDRESS | http://blendjet.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 007 |

JET00048170

| | |
|---|---|
| *IDENTIFICATION | Electric food processors; Food processors, electric; Electric mixers; Electric food blenders; Electric food blenders; Electric hand-held mixers for household purposes; Hand-held electric-powered food processors |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 10/12/2017 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/02/2018 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\881\257\88125709\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | Photo of BlendJet box. |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Miramore Inc. |
| FIRM NAME | Miramore Inc. |
| *STREET | 1320 Harbor Bay Parkway, Suite 180 |
| *CITY | Alameda |
| *STATE (Required for U.S. addresses) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 94502 |
| PHONE | 844-588-1555 |
| *EMAIL ADDRESS | ryan@blendjet.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Ryan Pamplin/ |
| * SIGNATORY'S NAME | Ryan Pamplin |
| * SIGNATORY'S POSITION | CEO |
| SIGNATORY'S PHONE NUMBER | 646-221-6685 |

| * DATE SIGNED | 09/20/2018 |

JET00048172

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

Serial Number: 88125709
Filing Date: 09/20/2018

## To the Commissioner for Trademarks:

**MARK:** BlendJet (Standard Characters, see mark)
The mark in your application is BlendJet.

The applicant, Miramore Inc., a corporation of Delaware, having an address of
   1320 Harbor Bay Parkway, Suite 180
   Alameda, California 94502
   United States
   844-588-1555(phone)
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 007: Electric food processors; Food processors, electric; Electric mixers; Electric food blenders; Electric food blenders; Electric hand-held mixers for household purposes; Hand-held electric-powered food processors

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 007, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 10/12/2017, and first used in commerce at least as early as 06/02/2018, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photo of BlendJet box..
Specimen File1

For informational purposes only, applicant's website address is: http://blendjet.com
The applicant's current Correspondence Information:
   Miramore Inc.
   Miramore Inc.
   1320 Harbor Bay Parkway, Suite 180
   Alameda, California 94502
   844-588-1555(phone)
   ryan@blendjet.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**AND/OR**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Ryan Pamplin/   Date: 09/20/2018
Signatory's Name: Ryan Pamplin
Signatory's Position: CEO
Signatory's Phone Number: 646-221-6685
Payment Sale Number: 88125709
Payment Accounting Date: 09/21/2018

Serial Number: 88125709
Internet Transmission Date: Thu Sep 20 16:57:34 EDT 2018
TEAS Stamp: USPTO/FTK-XXX.X.XX.XX-201809201657341019
37-88125709-610cb63acf5abbd375c12dbc52b5
98dd2b7dd186fc588efcd3d43ce7a1bb6f9d53-C
C-4596-20180920161901136161

JET00048174



JET00048175

# BlendJet

JET00048176

*** User:jmcnamara ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | "Miramore"[ow] |
| 02 | 2541 | N/A | 0 | 0 | 0:01 | *b["l"1:2]c{"n"1:2]d*[bi,ti] not dead[ld] |
| 03 | 16106 | N/A | 27 | 27 | 0:02 | *["jg"1:2]et*[bi,ti] not dead[ld] |
| 04 | 7 | 0 | 7 | 7 | 0:01 | 2 and 3 |
| 05 | 318 | 0 | 318 | 292 | 0:02 | 2 and "007"[cc] |
| 06 | 5573 | N/A | 0 | 0 | 0:02 | 3 and "007"[cc] |
| 07 | 1338 | N/A | 0 | 0 | 0:02 | 3 and ("007" "008" "011" "012" A, B, 200)[ic] |
| 08 | 767 | N/A | 0 | 0 | 0:02 | 3 and ("007" "008" A, B, 200)[ic] |
| 09 | 682 | N/A | 0 | 0 | 0:01 | 3 and ("007" A, B, 200)[ic] |
| 10 | 3212 | N/A | 0 | 0 | 0:01 | *["j"1:2]et*[bi,ti] not dead[ld] |
| 11 | 1438 | N/A | 0 | 0 | 0:02 | 10 and "007"[cc] |
| 12 | 929 | N/A | 0 | 0 | 0:01 | 10 and ("007" "008" "011" "012" A, B, 200)[ic] |
| 13 | 583 | N/A | 0 | 0 | 0:02 | 10 and ("007" "008" A, B, 200)[ic] |
| 14 | 564 | N/A | 0 | 0 | 0:01 | 10 and ("007" A, B, 200)[ic] |
| 15 | 3212 | N/A | 0 | 0 | 0:02 | *jet*[bi,ti] not dead[ld] |
| 16 | 2645 | N/A | 0 | 0 | 0:01 | *jet[bi,ti] not dead[ld] |
| 17 | 1270 | N/A | 0 | 0 | 0:02 | 16 and "007"[cc] |
| 18 | 856 | N/A | 0 | 0 | 0:01 | 16 and ("007" "008" "011" "012" A, B, 200)[ic] |
| 19 | 542 | N/A | 0 | 0 | 0:01 | 16 and ("007" "008" A, B, 200)[ic] |
| 20 | 524 | N/A | 0 | 0 | 0:02 | 16 and ("007" A, B, 200)[ic] |
| 21 | 2319 | N/A | 0 | 0 | 0:02 | jet[bi,ti] not dead[ld] |
| 22 | 1110 | N/A | 0 | 0 | 0:01 | 21 and "007"[cc] |
| 23 | 740 | N/A | 0 | 0 | 0:01 | 21 and ("007" "008" "011" "012" A, B, 200)[ic] |
| 24 | 460 | N/A | 0 | 0 | 0:02 | 21 and ("007" "008" A, B, 200)[ic] |
| 25 | 443 | 0 | 443 | 387 | 0:01 | 21 and ("007" A, B, 200)[ic] |

Session started 1/2/2019 1:03:40 PM
Session finished 1/2/2019 1:28:40 PM
Total search duration 0 minutes 36 seconds
Session duration 25 minutes 0 seconds
Defaut NEAR limit=1 ADJ limit=1

Sent to TICRS as Serial Number: 88125709

JET00048177

| To: | Miramore Inc. (ryan@blendjet.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 88125709 - BLENDJET - N/A |
| Sent: | 1/4/2019 9:32:15 AM |
| Sent As: | ECOM127@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **1/4/2019** FOR U.S. APPLICATION SERIAL NO.88125709

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov/, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

# NOTE TO THE FILE

SERIAL NUMBER:       88125709

DATE:                01/04/2019

NAME:                jmcnamara

NOTE:

**Searched:**
___ Google
___ Lexis/Nexis
___ OneLook
___ Wikipedia
___ Acronym Finder         ___ Protest evidence reviewed
___ Other:

**Checked:**
___ Geographic significance
___ Surname
___ Translation
___ ID with ID/CLASS mailbox

___ Checked list of approved Canadian attorneys and agents

**Discussed file with**
**Attorney/Applicant via:**
    ___ phone                ___ Left message with
    ___ email                    Attorney/Applicant

___ Requested Law Library search    ___ Issued Examiner's Amendment
    for:                             and entered changes in TRADEUPS

___ **PRINT** ___ **DO NOT PRINT**    ___ Added design code in TRADEUPS
___ Description of the mark
___ Translation statement            ___ Re-imaged standard character
                                         drawing
___ Negative translation statement
___ Consent of living individual     ___ Contacted TM MADRID ID/CLASS
                                         about misclassified definite ID
_X_ Changed TRADEUPS to: Deleted duplicative ID entry.

___ OTHER:

| To: | Miramore Inc. (ryan@blendjet.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 88125709 - BLENDJET - N/A |
| Sent: | 1/4/2019 9:32:13 AM |
| Sent As: | ECOM127@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION
SERIAL NO.** 88125709

**MARK: BLENDJET**     *88125709*

**CORRESPONDENT
ADDRESS:**
MIRAMORE INC.          **GENERAL TRADEMARK
                        INFORMATION:**
MIRAMORE INC.          http://www.uspto.gov/trademarks/index.jsp

1320 HARBOR BAY
PARKWAY, SUITE 180
ALAMEDA, CA            VIEW YOUR APPLICATION FILE
94502

**APPLICANT:** Miramore
Inc.

**CORRESPONDENT'S
REFERENCE/DOCKET
NO:**
N/A

**CORRESPONDENT E-
MAIL ADDRESS:**
ryan@blendjet.com

## EXAMINER'S AMENDMENT

**ISSUE/MAILING DATE: 1/4/2019**

**DATABASE SEARCH:** The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

**APPLICATION HAS BEEN AMENDED:** The trademark examining attorney is amending the application as follows. No prior approval or authorization from applicant or applicant's attorney is required. TMEP §707.02.

**IDENTIFICATION OF GOODS**

JET00048180

The identification of goods is amended to delete the duplicate identification of "electric food blenders". As amended, the identification of goods of record is as follows:

Class 7: Electric food processors; Food processors, electric; Electric mixers; Electric food blenders; Electric hand-held mixers for household purposes; Hand-held electric-powered food processors

*See* TMEP §§1402.01, 1402.01(e).

**WHAT HAPPENS NEXT AFTER EXAMINER'S AMENDMENT:**

After the trademark examining attorney issues the examiner's amendment, applicant will not receive a registration on the Principal Register for the applied-for mark until the mark makes it through the publication process and opposition period. The publication process starts once the trademark examining attorney issues the examiner's amendment and the mark is approved for publication in the USPTO's *Trademark Official Gazette*, a weekly online publication. The USPTO will then send a "Notice of Publication" to the applicant specifying the date its mark will publish in this publication.

The USPTO publishes applicant's mark in the *Trademark Official Gazette* to provide third parties who believe they may be damaged by registration of applicant's mark an opportunity to oppose registration of that mark within thirty (30) days from the publication date. An "opposition" is similar to a federal court proceeding, but this proceeding is held before the Trademark Trial and Appeal Board, a USPTO administrative tribunal of administrative judges who issue decisions on these matters. If a third party opposes registration of applicant's mark by instituting an opposition proceeding, the USPTO will send applicant notice of this opposition. When this occurs, an applicant may wish to hire an attorney due to the complexity of these proceedings.

If no one opposes registration of the mark, and the mark was published based upon an applicant's actual use of the mark in commerce or on a foreign registration, the USPTO generally registers the mark and issues a registration certificate within approximately twelve (12) weeks after the publication date.

If no one opposes registration of the mark, and the mark was published based upon an applicant's bona fide intention to use the mark in commerce, the USPTO generally issues a "Notice of Allowance" within approximately eight (8) weeks after the publication date. Applicant then has six (6) months from the date of the Notice of Allowance to timely file a "Statement of Use" or to file a request for a six-month "Extension of Time to file a Statement of Use" (extension request). Extension requests are granted in six-month increments and a maximum of five extension requests can be filed after the issuance of the Notice of Allowance. If a Statement of Use is not filed within the six months after the Notice of Allowance issued, a Statement of Use must be filed within the time period of a previously granted extension request. The USPTO will only issue a registration certificate after the trademark examining attorney approves a Statement of Use.

For an overview of the time frames for when an applicant should file and the USPTO will issue documents related to a trademark application, see Trademark Application and Post-Registration Process Timelines. Forms for Statements of Use and extension requests, and additional requirements for intent to use applications, are available online at Intent to Use (ITU) Forms.

/James McNamara/

Trademark Examining Attorney

Law Office 127

James.McNamara@uspto.gov

571-272-0923

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the

Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the Trademark Electronic Application System (TEAS) form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

JET00048182

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Feb 6, 2019

## NOTICE OF PUBLICATION

1. Serial No.:
   88-125,709

2. Mark:
   BLENDJET
   (STANDARD CHARACTER MARK)

3. International Class(es):
   7

4. Publication Date:
   Feb 26, 2019

5. Applicant:
   Miramore Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

**Email Address(es):**

ryan@blendjet.com

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Wednesday, February 6, 2019 04:29 AM |
| To: | ryan@blendjet.com |
| Subject: | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 88125709: BLENDJET |

NOTIFICATION OF "NOTICE OF PUBLICATION"

Your trademark application (U.S. Serial No. 88125709) is scheduled to publish in the *Official Gazette* on Feb 26, 2019. To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/search.action?sn=88125709. If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at TrademarkAssistanceCenter@uspto.gov or by telephone at 800-786-9199.

**PLEASE NOTE:**
1. The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at https://teas.uspto.gov/ccr/cca.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.

JET00048184

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Tuesday, February 26, 2019 01:02 AM |
| To: | ryan@blendjet.com |
| Subject: | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 88125709: BLENDJET |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 88125709
**Mark:** BLENDJET
**International Class(es):** 007
**Owner:** Miramore Inc.
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Feb 26, 2019.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2019-02-26&serialNumber=88125709

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

* Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=88125709&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=88125709&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

# Change Of Correspondence Address

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88125709 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 127 |
| **MARK SECTION** | |
| MARK | BLENDJET (see, https://tmng-al.uspto.gov/resting2/api/img/88125709/large) |
| **CORRESPONDENCE SECTION (current)** | |
| ORIGINAL ADDRESS | MIRAMORE INC.<br>MIRAMORE INC.<br>1320 HARBOR BAY PARKWAY, SUITE 180<br>ALAMEDA California 94502<br>US<br>844-588-1555<br>ryan@blendjet.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| NEW ADDRESS | MIRAMORE INC. DBA BLENDJET<br>MIRAMORE INC. DBA BLENDJET<br>Suite B<br>5153 Commercial Circle<br>Concord<br>California<br>United States<br>94520<br>844-588-1555<br>legal@blendjet.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| INDIVIDUAL ATTORNEY DOCKET/REFERENCE NUMBER | |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Ryan Pamplin/ |
| SIGNATORY NAME | Ryan Pamplin |
| SIGNATORY DATE | 05/07/2019 |
| SIGNATORY POSITION | CEO |
| SIGNATORY PHONE NUMBER | 646-221-6685 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue May 07 20:10:03 EDT 2019 |
| TEAS STAMP | USPTO/CCA-XX.XXX.XX.XXX-2<br>019050720100314954 1-88295<br>231-620dd77df97d10fc4ecbd<br>b79a2b186458f5f294c24a571<br>0eaf6d8674b7ba875b-N/A-N/ |

A-20190507200524397528

JET00048187

PTO-2300
Approved for use through 11/30/2020, OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88125709 |
| **REGISTRATION NUMBER** | 5750510 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 127 |
| **MARK SECTION** | |
| MARK | BLENDJET (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/88125709/large) |
| **OWNER SECTION(current)** | |
| NAME | BLENDJET INC. |
| MAILING ADDRESS | 5153 COMMERCIAL CIRCLE, SUITE B |
| CITY | CONCORD |
| STATE | California |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94520 |
| **OWNER SECTION(proposed)** | |
| STATEMENT TEXT | By submission of this request, the undersigned requests that the following be made of record for the owner/holder: |
| NAME | BLENDJET INC. |
| MAILING ADDRESS | 5159 COMMERCIAL CIRCLE, SUITE B |
| CITY | CONCORD |
| STATE | California |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94520 |
| EMAIL | XXXX |
| **ATTORNEY SECTION (proposed)** | |
| STATEMENT TEXT | By submission of this request, the undersigned appoints the following new attorney, is newly appearing as the attorney, or updates the information of an existing attorney of record: |
| NAME | R. Scott Keller |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |

JET00048188

| FIRM NAME | Warner Norcross + Judd LLP |
|---|---|
| OTHER APPOINTED ATTORNEY(S) | Amber Underhill and all other attorneys at Warner, Norcross + Judd LLP |
| STREET | 150 Ottawa Avenue NW, Suite 1500 |
| CITY | Grand Rapids |
| STATE | Michigan |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| POSTAL/ZIP CODE | 49503 |
| PHONE | 6167522479 |
| FAX | 6167522500 |
| EMAIL | trademarks@wnj.com |

### CORRESPONDENCE SECTION(current)

| NAME | MIRAMORE INC. DBA BLENDJET |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | legal@blendjet.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |

### CORRESPONDENCE SECTION (proposed)

| NAME | R. Scott Keller |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks@wnj.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | skeller@wnj.com |

### SIGNATURE SECTION

| SIGNATURE | /rsk/ |
|---|---|
| SIGNATORY NAME | R. Scott Keller |
| SIGNATORY DATE | 03/11/2021 |
| SIGNATORY POSITION | attorney, MI bar |
| SIGNATORY PHONE NUMBER | 6167522479 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Signed directly within the form |

### FILING INFORMATION SECTION

| SUBMIT DATE | Thu Mar 11 15:46:22 ET 2021 |
|---|---|
| TEAS STAMP | USPTO/CAR-XX.XXX.XX.XXX-2 0210311154622250385-88389 156-770ae37821c6b19f334b4 fe4a2efe74d05f97f0af3a75a cad1809fcbf19cabf3-N/A-N/ A-20210311153512808027 |

PTO- 2200
Approved for use through 11/30/2020. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** BLENDJET (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/88125709/large)
**SERIAL NUMBER:** 88125709
**REGISTRATION NUMBER:** 5750510

**Owner Section (Current) :**
BLENDJET INC.
5153 COMMERCIAL CIRCLE, SUITE B
CONCORD, California 94520
United States

By submission of this request, the undersigned requests that the following be made of record for the owner/holder:

**Owner Section (proposed):**
BLENDJET INC.
5159 COMMERCIAL CIRCLE, SUITE B
CONCORD, California 94520
United States
XXXX

By submission of this request, the undersigned appoints the following new attorney, is newly appearing as the attorney, or updates the
information of an existing attorney of record:

**Attorney Section (proposed):**
R. Scott Keller of Warner Norcross + Judd LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, Michigan 49503
United States
6167522479
6167522500
trademarks@wnj.com
Other Appointed Attorney(s): Amber Underhill and all other attorneys at Warner, Norcross + Judd LLP

R. Scott Keller submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of
a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Section (Current):**
MIRAMORE INC. DBA BLENDJET
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: legal@blendjet.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Section (proposed):**
R. Scott Keller
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: trademarks@wnj.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): skeller@wnj.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the

JET00048190

owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic
Application System (TEAS).

Signature: /rsk/    Date: 03/11/2021
Signatory's Name: R. Scott Keller
Signatory's Position: attorney, MI bar
Signatory's Phone Number: 6167522479
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a
U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or
an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated
with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a
signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder
has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of
attorney appointing him/her as an associate attorney in this matter.

Serial Number: 88125709
Internet Transmission Date: Thu Mar 11 15:46:22 ET 2021
TEAS Stamp: USPTO/CAR-XX.XXX.XX.XXX-2021031115462225
0385-88389156-770ae37821c6b19f334b4fe4a2
cfe74d05f97f0af3a75acad1809fcbf19cabf3-N
/A-N/A-20210311153512808027

JET00048191

PTO-2300
Approved for use through 07/31/2024. OMB 0651-0051
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Change Address or Representation Form

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88125709 |
| **REGISTRATION NUMBER** | 5750510 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 127 |
| **MARK SECTION** | |
| MARK | BLENDJET (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/88125709/large) |
| **OWNER SECTION(current)** | |
| NAME | BLENDJET INC. |
| MAILING ADDRESS | 5159 COMMERCIAL CIRCLE, SUITE B |
| CITY | CONCORD |
| STATE | California |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94520 |
| EMAIL | XXXX |
| **OWNER SECTION(proposed)** | |
| STATEMENT TEXT | By submission of this request, the undersigned requests that the following be made of record for the owner/holder: |
| NAME | BLENDJET INC. |
| MAILING ADDRESS | 535 Getty Court Suite A |
| CITY | Benicia |
| STATE | California |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94510 |
| EMAIL | XXXX |
| **ATTORNEY SECTION(current)** | |
| NAME | R. Scott Keller |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Warner Norcross + Judd LLP |
| STREET | 150 Ottawa Avenue NW, Suite 1500 |

JET00048192

| CITY | Grand Rapids |
| STATE | Michigan |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| POSTAL/ZIP CODE | 49503 |
| PHONE | 6167522479 |
| FAX | 6167522500 |
| EMAIL | trademarks@wnj.com |

### ATTORNEY SECTION (proposed)

| | |
|---|---|
| STATEMENT TEXT | By submission of this request, the undersigned appoints the following new attorney, is newly appearing as the attorney, or updates the information of an existing attorney of record: |
| NAME | R. Scott Keller |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Warner Norcross + Judd LLP |
| OTHER APPOINTED ATTORNEY(S) | Amber Underhill and all other attorneys at Warner, Norcross + Judd LLP |
| STREET | 150 Ottawa Avenue NW, Suite 1500 |
| CITY | Grand Rapids |
| STATE | Michigan |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| POSTAL/ZIP CODE | 49503 |
| PHONE | 6167522479 |
| FAX | 6167522500 |
| EMAIL | trademarks@wnj.com |

### CORRESPONDENCE SECTION (current)

| | |
|---|---|
| NAME | R. Scott Keller |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks@wnj.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | skeller@wnj.com |

### CORRESPONDENCE SECTION (proposed)

| | |
|---|---|
| NAME | R. Scott Keller |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks@wnj.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | skeller@wnj.com |

### SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /rsk/ |
| SIGNATORY NAME | |

JET00048193

| | |
|---|---|
| **SIGNATORY NAME** | R. Scott Keller |
| **SIGNATORY DATE** | 11/19/2021 |
| **SIGNATORY POSITION** | attorney, MI bar |
| **SIGNATORY PHONE NUMBER** | 6167522479 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Fri Nov 19 15:06:39 ET 2021 |
| **TEAS STAMP** | USPTO/CAR-XX.XX.X.XX-2021 1119150639278423-88505021 -781344b481f30878bfc1e536 066968c5a99ad963b69862fe3 7012cd70cd5118e90-N/A-N/A -20211119145933311404 |

JET00048194

PTO- 2000
Approved for use through 07/31/2024. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** BLENDJET (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/88125709/large)
**SERIAL NUMBER:** 88125709
**REGISTRATION NUMBER:** 5750510

**Owner Section (Current) :**
BLENDJET INC.
5159 COMMERCIAL CIRCLE, SUITE B
CONCORD, California 94520
United States
XXXX

By submission of this request, the undersigned requests that the following be made of record for the owner/holder:

**Owner Section (proposed):**
BLENDJET INC.
535 Getty Court Suite A
Benicia, California 94510
United States
XXXX

**Attorney Section (Current):**
R. Scott Keller of Warner Norcross + Judd LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, Michigan 49503
United States
6167522479
6167522500
Email Address: trademarks@wnj.com

By submission of this request, the undersigned appoints the following new attorney, is newly appearing as the attorney, or updates the information of an existing attorney of record:

**Attorney Section (proposed):**
R. Scott Keller of Warner Norcross + Judd LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, Michigan 49503
United States
6167522479
6167522500
trademarks@wnj.com
Other Appointed Attorney(s): Amber Underhill and all other attorneys at Warner, Norcross + Judd LLP

R. Scott Keller submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Section (Current):**

JET00048195

R. Scott Keller
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: trademarks@wnj.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): skeller@wnj.com

**Correspondence Section (proposed):**
R. Scott Keller
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: trademarks@wnj.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): skeller@wnj.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

Signature: /rsk/     Date: 11/19/2021
Signatory's Name: R. Scott Keller
Signatory's Position: attorney, MI bar
Signatory's Phone Number: 6167522479
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 88125709
Internet Transmission Date: Fri Nov 19 15:06:39 ET 2021
TEAS Stamp: USPTO/CAR-XX.XX.X.XX-2021111915063927842
3-88505021-781344b481f30878bfc1e53606696
8c5a99ad963b69862fe37012cd70cd5118c90-N/
A-N/A-2021111914593331 1404

JET00048196



JET00048197