**EXHIBIT 66**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

February 13, 2023

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND CONTENTS OF:

TRADEMARK SERIAL: *88/480,647*
FILING DATE: *June 19, 2019*
REGISTRATION NUMBER: *5,950,040*
REGISTRATION DATE: *December 31, 2019*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Rodney Glover
Certifying Officer

JET00048198

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

Serial Number: 88480647
Filing Date: 06/19/2019

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT 17\884\806\88480647\xml1\ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of The mark consists of a swirl that originates from the left of the center, that is thinner on both ends of the mark and thicker in the middle, and moves counterclockwise in a circular motion, forming two rings that conclude with a sharp point in the top left. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 900 x 900 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Miramore Inc. |
| DBA/AKA/TA/FORMERLY | DBA BlendJet |
| INTERNAL ADDRESS | 5153 Commercial Circle |
| *STREET | Suite B |
| *CITY | Concord |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 94520 |
| PHONE | 844-588-1555 |

JET00048199

| EMAIL ADDRESS | XXXX |
|---|---|
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| WEBSITE ADDRESS | http://blendjet.com |

## LEGAL ENTITY INFORMATION

| *TYPE | CORPORATION |
|---|---|
| * STATE/COUNTRY OF INCORPORATION | Delaware |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 007 |
|---|---|
| *IDENTIFICATION | Electric food processors; Electric mixers; Electric mixers for household purposes; Electric hand-held mixers for household purposes; Food processors, electric; Hand-held electric-powered food processors |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 05/23/2019 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/03/2019 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\884\806\88480647\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | The package for the BlendJet portable blender. |

## ADDITIONAL STATEMENTS SECTION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## CORRESPONDENCE INFORMATION

| *NAME | Miramore Inc. |
|---|---|
| FIRM NAME | Miramore Inc. |
| INTERNAL ADDRESS | 5153 Commercial Circle |
| *STREET | Suite B |
| *CITY | Concord |
| *STATE (Required for U.S. addresses) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 94520 |
| PHONE | 844-588-1555 |
| *EMAIL ADDRESS | legal@blendjet.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Ryan Pamplin/ |
| * SIGNATORY'S NAME | Ryan Pamplin |
| * SIGNATORY'S POSITION | CEO |
| SIGNATORY'S PHONE NUMBER | 646-221-6685 |
| * DATE SIGNED | 06/19/2019 |

JET00048201

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 14/8 (Rev 09/2008)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 88480647**
**Filing Date: 06/19/2019**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of The mark consists of a swirl that originates from the left of the center, that is thinner on both ends of the mark and thicker in the middle, and moves counterclockwise in a circular motion, forming two rings that conclude with a sharp point in the top left.
The applicant, Miramore Inc., DBA BlendJet, a corporation of Delaware, having an address of
  5153 Commercial Circle
  Suite B
  Concord, California 94520
  United States
  844-588-1555(phone)
  XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
  International Class 007:  Electric food processors; Electric mixers; Electric mixers for household purposes; Electric hand-held mixers for household purposes; Food processors, electric; Hand-held electric-powered food processors

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 007, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 05/23/2019, and first used in commerce at least as early as 06/03/2019, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) The package for the BlendJet portable blender..
Specimen File1

For informational purposes only, applicant's website address is: http://blendjet.com
The applicant's current Correspondence Information:
  Miramore Inc.
  Miramore Inc.
  5153 Commercial Circle
  Suite B
  Concord, California 94520
  844-588-1555(phone)
  legal@blendjet.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

## Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**AND/OR**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Ryan Pamplin/   Date: 06/19/2019
Signatory's Name: Ryan Pamplin
Signatory's Position: CEO
Signatory's Phone Number: 646-221-6685
Payment Sale Number: 88480647
Payment Accounting Date: 06/20/2019

Serial Number: 88480647
Internet Transmission Date: Wed Jun 19 19:41:16 EDT 2019
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XXX-2019061919411636
8328-88480647-620fa49ffd92baa50a46defbe9
df39089ac5241e5f7d739dbcb7ab5cdf8a24dab0
-CC-5684-20190619190129417769



JET00048204



JET00048205

| From: | TMDesignCodeComments |
|---|---|
| Sent: | Tuesday, July 2, 2019 00:27 AM |
| To: | legal@blendjet.com |
| Subject: | Official USPTO Notice of Design Search Code: U.S. Trademark SN: 88480647: Miscellaneous Design |

Docket/Reference Number:

The USPTO has assigned design search codes to your application (U.S. serial number: 88480647).

**Design search codes assigned to your application:**

26.01.26 - Coils
26.01.26 - Spirals
26.01.26 - Swirls

If you would like to request that we add or delete a design search code, please email TMDesignCodeComments@USPTO.GOV. Include your name, application serial number, a list of design search codes you would like to add or delete, and a brief justification. We will process your request within two business days. If we approve your request, the updated list of design search codes will appear in our Trademark Status and Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/, under the "Mark Information" tab.

Design search codes are numerical codes we assign to the prominent features of your mark's design. We call these features "design elements." A design element can be any component of your mark that is not a word, such as a depiction of a star or a flower. Assigning design search codes to your mark helps us more effectively search our database for marks that may conflict with yours. Design search codes have no legal significance and will not appear on the registration certificate.

For more information about design search codes, including why and how we use them and information on adding or deleting design search codes from your application, please visit our design search code webpage at http://www.uspto.gov/DesignSearchCodes. For a list of design search codes, see the design search code manual at http://tess2.uspto.gov/tmdb/dscm/index.htm.

For questions, please call 1-800-786-9199 (option 1) to speak to a Customer Service representative in the Trademark Assistance Center. Please visit http://www.uspto.gov/TrademarkAssistance for additional information about the Trademark Assistance Center.

This notice will be available in TSDR in one business day.

| To: | Miramore Inc. (legal@blendjet.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 88480647 - N/A |
| **Sent:** | September 10, 2019 04:53:51 PM |
| **Sent As:** | ecom122@uspto.gov |
| **Attachments:** | |

### United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE_

Office Action (Official Letter) has issued
on **September 10, 2019** for
**U.S. Trademark Application Serial No. 88480647**

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter. Please follow the steps below.

(1) **Read the official letter.** No response is necessary.

(2) **Direct questions** about the contents of the Office action to the assigned attorney below.

/Obieze Mmeje/
Examining Attorney
Law Office 122
(571) 272-7694
Obieze.Mmeje@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

## GENERAL GUIDANCE
- **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

- **Beware of misleading notices sent by private companies about your application.** Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

JET00048207

\*\*\* User:ommeje \*\*\*

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 7 | 0 | 7 | 7 | 0:01 | (Miramore and Inc)[on] |
| 02 | 10352 | N/A | 0 | 0 | 0:02 | (260126 spirals)[dc] not dead[ld] |
| 03 | 3318 | N/A | 0 | 0 | 0:01 | 2 and "007"[cc] |
| 04 | 449 | 0 | 6 | 449 | 0:01 | 2 and ("007" a b 200)[ic] |
| 05 | 1551 | N/A | 0 | 0 | 0:02 | 2 and ("035" a b 200)[ic] |
| 06 | 24177 | N/A | 0 | 0 | 0:02 | (mixer$1 processor$1)[gs] not dead[ld] |
| 07 | 18 | 0 | 1 | 18 | 0:01 | 5 and 6 |
| 08 | 60 | 0 | 3 | 60 | 0:02 | 5 and ("008" a b 200)[ic] |
| 09 | 75 | 0 | 3 | 75 | 0:01 | 5 and ("011" a b 200)[ic] |

Session started 9/10/2019 4:32:26 PM
Session finished 9/10/2019 4:41:39 PM
Total search duration 0 minutes 13 seconds
Session duration 9 minutes 13 seconds
Defaut NEAR limit=1 ADJ limit=1

Sent to TICRS as Serial Number: 88480647

JET00048208

| To: | Miramore Inc. (legal@blendjet.com) |
|-----|-----|
| Subject: | U.S. Trademark Application Serial No. 88480647 - N/A |
| Sent: | September 10, 2019 04:53:50 PM |
| Sent As: | ecom122@uspto.gov |
| Attachments: | |

### United States Patent and Trademark Office (USPTO)
#### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application
Serial No.
88480647**

**Mark:**

**Correspondence
Address:**
    MIRAMORE
INC.
    MIRAMORE
INC.
    5153
COMMERCIAL
CIRCLE
    SUITE B
    CONCORD,
CA 94520
**Applicant:**
Miramore Inc.

**Reference/Docket
No. N/A**

**Correspondence
Email Address:**

legal@blendjet.com

## EXAMINER'S AMENDMENT

**Issue date: September 10, 2019**

**USPTO database searched; no conflicting marks found.** The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

The trademark examining attorney is amending the application as follows. No prior approval or authorization from applicant or applicant's attorney is required. TMEP §707.02.

## MARK DESCRIPTION AMENDED

The redundant wording "The mark consists of" has been deleted from the mark description. Therefore, the following description of the mark replaces the current description of record:

The mark consists of a swirl that originates from the left of the center, that is thinner on both ends of the mark and thicker in the middle,

and moves counterclockwise in a circular motion, forming two rings that conclude with a sharp point in the top left.

*See* 37 C.F.R. §§2.37, 2.72; TMEP §§808 *et seq.*

/Obieze Mmeje/
Examining Attorney
Law Office 122
(571) 272-7694
Obieze.Mmeje@uspto.gov

JET00048210

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Wednesday, September 25, 2019 04:19 AM |
| To: | legal@blendjet.com |
| Subject: | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 88480647: Miscellaneous Design |

NOTIFICATION OF "NOTICE OF PUBLICATION"

Your trademark application (U.S. Serial No. 88480647) is scheduled to publish in the *Official Gazette* on Oct 15, 2019.  To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/search.action?sn=88480647.  If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at TrademarkAssistanceCenter@uspto.gov or by telephone at 800-786-9199.

PLEASE NOTE:
1.   The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2.   You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at https://teas.uspto.gov/ccr/cca.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Tuesday, October 15, 2019 02:12 AM |
| To: | legal@blendjet.com |
| Subject: | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 88480647: Miscellaneous Design |

### *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 88480647
**Mark:** Miscellaneous Design
**International Class(es):** 007
**Owner:** Miramore Inc.
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Oct 15, 2019.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2019-10-15&serialNumber=88480647

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

* Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=88480647&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=88480647&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

JET00048212

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

### OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.** 88480647
**Mark:** Miscellaneous Design
**International Class(es):** 007
**Owner:** Miramore Inc.
**Docket/Reference No.**

**Issue Date:** September 25, 2019

Your mark is scheduled to publish in the *Trademark Official Gazette* (TMOG) on **October 15, 2019.**

**Your mark appears to be entitled to register** on the Principal Register, subject to any claims of concurrent use.

**What happens when your mark publishes.** Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board. If no objection is filed, we will issue a registration.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.** If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**. For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark.**

**Direct questions** about this notice to the Trademark Assistance Center (TAC) at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov.**

Email Address(es):

legal@blendjet.com

JET00048213

PTO- 2308
Approved for use through 11/30/2020. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 88480647 |
| REGISTRATION NUMBER | 5950040 |
| LAW OFFICE ASSIGNED | LAW OFFICE 122 |
| **MARK SECTION** | |
| MARK | (Design only, see https://tmng-al.uspto.gov /resting2/api/img/88480647/large) |
| **OWNER SECTION(current)** | |
| NAME | BLENDJET INC. |
| MAILING ADDRESS | 5153 COMMERCIAL CIRCLE, SUITE B |
| CITY | CONCORD |
| STATE | California |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94520 |
| **OWNER SECTION(proposed)** | |
| STATEMENT TEXT | By submission of this request, the undersigned requests that the following be made of record for the owner/holder: |
| NAME | BLENDJET INC. |
| MAILING ADDRESS | 5159 COMMERCIAL CIRCLE, SUITE B |
| CITY | CONCORD |
| STATE | California |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94520 |
| EMAIL | XXXX |
| **ATTORNEY SECTION (proposed)** | |
| STATEMENT TEXT | By submission of this request, the undersigned appoints the following new attorney, is newly appearing as the attorney, or updates the information of an existing attorney of record: |
| NAME | R. Scott Keller |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |

JET00048214

| FIRM NAME | Warner Norcross + Judd LLP |
|---|---|
| OTHER APPOINTED ATTORNEY(S) | Amber Underhill and all other attorneys at Warner, Norcross + Judd LLP |
| STREET | 150 Ottawa Avenue NW, Suite 1500 |
| CITY | Grand Rapids |
| STATE | Michigan |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| POSTAL/ZIP CODE | 49503 |
| PHONE | 6167522479 |
| FAX | 6167522500 |
| EMAIL | trademarks@wnj.com |

## CORRESPONDENCE SECTION(current)

| NAME | MIRAMORE INC. |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | legal@blendjet.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |

## CORRESPONDENCE SECTION (proposed)

| NAME | R. Scott Keller |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks@wnj.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | skeller@wnj.com |

## SIGNATURE SECTION

| SIGNATURE | /rsk/ |
|---|---|
| SIGNATORY NAME | R. Scott Keller |
| SIGNATORY DATE | 03/11/2021 |
| SIGNATORY POSITION | attorney, MI bar |
| SIGNATORY PHONE NUMBER | 6167522479 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Signed directly within the form |

## FILING INFORMATION SECTION

| SUBMIT DATE | Thu Mar 11 15:46:22 ET 2021 |
|---|---|
| TEAS STAMP | USPTO/CAR-XX.XXX.XX.XXX-2 0210311154622250385-88389 156-770ae37821c6b19f334b4 fe4a2efe74d05f97f0af3a75a cad1809fcbf19cabf3-N/A-N/ A-20210311153512808027 |

JET00048215

PTO- 2300
Approved for use through 11/30/2020. OMB 0651-0051
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** Design only, see https://tmng-al.uspto.gov/resting2/api/img/88480647/large)
**SERIAL NUMBER:** 88480647
**REGISTRATION NUMBER:** 5950040

**Owner Section (Current) :**
BLENDJET INC.
5153 COMMERCIAL CIRCLE, SUITE B
CONCORD, California 94520
United States

By submission of this request, the undersigned requests that the following be made of record for the owner/holder:

**Owner Section (proposed):**
BLENDJET INC.
5159 COMMERCIAL CIRCLE, SUITE B
CONCORD, California 94520
United States
XXXX

By submission of this request, the undersigned appoints the following new attorney, is newly appearing as the attorney, or updates the
information of an existing attorney of record:

**Attorney Section (proposed):**
R. Scott Keller of Warner Norcross + Judd LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, Michigan 49503
United States
6167522479
6167522500
trademarks@wnj.com
Other Appointed Attorney(s): Amber Underhill and all other attorneys at Warner, Norcross + Judd LLP

R. Scott Keller submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of
a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Section (Current):**
MIRAMORE INC.
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: legal@blendjet.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Section (proposed):**
R. Scott Keller
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: trademarks@wnj.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): skeller@wnj.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the

owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

Signature: /rsk/     Date: 03/11/2021
Signatory's Name: R. Scott Keller
Signatory's Position: attorney, MI bar
Signatory's Phone Number: 6167522479
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 88480647
Internet Transmission Date: Thu Mar 11 15:46:22 ET 2021
TEAS Stamp: USPTO/CAR-XX.XXX.XX.XXX-2021031115462225
0385-88389156-770ae37821c6b19f334b4fe4a2
efe74d05f97f0af3a75acad1809fcbf19cabf3-N
/A-N/A-20210311153512808027

JET00048217

PTO- 2300
Approved for use through 07/31/2024. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88480647 |
| **REGISTRATION NUMBER** | 5950040 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 122 |
| **MARK SECTION** | |
| MARK | (Design only, see https://tmng-al.uspto.gov /resting2/api/img/88480647/large) |
| **OWNER SECTION(current)** | |
| NAME | BLENDJET INC. |
| MAILING ADDRESS | 5159 COMMERCIAL CIRCLE, SUITE B |
| CITY | CONCORD |
| STATE | California |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94520 |
| EMAIL | XXXX |
| **OWNER SECTION(proposed)** | |
| STATEMENT TEXT | By submission of this request, the undersigned requests that the following be made of record for the owner/holder: |
| NAME | BLENDJET INC. |
| MAILING ADDRESS | 535 Getty Court Suite A |
| CITY | Benicia |
| STATE | California |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94510 |
| EMAIL | XXXX |
| **ATTORNEY SECTION(current)** | |
| NAME | R. Scott Keller |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Warner Norcross + Judd LLP |
| STREET | 150 Ottawa Avenue NW, Suite 1500 |

| CITY | Grand Rapids |
|---|---|
| STATE | Michigan |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| POSTAL/ZIP CODE | 49503 |
| PHONE | 6167522479 |
| FAX | 6167522500 |
| EMAIL | trademarks@wnj.com |
| **ATTORNEY SECTION (proposed)** | |
| STATEMENT TEXT | By submission of this request, the undersigned appoints the following new attorney, is newly appearing as the attorney, or updates the information of an existing attorney of record: |
| NAME | R. Scott Keller |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Warner Norcross + Judd LLP |
| OTHER APPOINTED ATTORNEY(S) | Amber Underhill and all other attorneys at Warner, Norcross + Judd LLP |
| STREET | 150 Ottawa Avenue NW, Suite 1500 |
| CITY | Grand Rapids |
| STATE | Michigan |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| POSTAL/ZIP CODE | 49503 |
| PHONE | 6167522479 |
| FAX | 6167522500 |
| EMAIL | trademarks@wnj.com |
| **CORRESPONDENCE SECTION(current)** | |
| NAME | R. Scott Keller |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks@wnj.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | skeller@wnj.com |
| **CORRESPONDENCE SECTION (proposed)** | |
| NAME | R. Scott Keller |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks@wnj.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | skeller@wnj.com |
| **SIGNATURE SECTION** | |
| SIGNATURE | /rsk/ |
| SIGNATORY NAME | |

| SIGNATORY NAME | R. Scott Keller |
| --- | --- |
| SIGNATORY DATE | 11/19/2021 |
| SIGNATORY POSITION | attorney, MI bar |
| SIGNATORY PHONE NUMBER | 6167522479 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Fri Nov 19 15:06:39 ET 2021 |
| TEAS STAMP | USPTO/CAR-XX.XX.X.XX-2021 1119150639278423-88505021 -781344b481f30878bfc1e536 066968c5a99ad963b69862fe3 7012cd70cd5118c90-N/A-N/A -20211119145933311404 |

PTO-2300
Approved for use through 07/31/2024. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** Design only, see https://tmng-al.uspto.gov/resting2/api/img/88480647/large)
**SERIAL NUMBER:** 88480647
**REGISTRATION NUMBER:** 5950040

**Owner Section (Current) :**
BLENDJET INC.
5159 COMMERCIAL CIRCLE, SUITE B
CONCORD, California 94520
United States
XXXX

By submission of this request, the undersigned requests that the following be made of record for the owner/holder:

**Owner Section (proposed):**
BLENDJET INC.
535 Getty Court Suite A
Benicia, California 94510
United States
XXXX

**Attorney Section (Current):**
R. Scott Keller of Warner Norcross + Judd LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, Michigan 49503
United States
6167522479
6167522500
Email Address: trademarks@wnj.com

By submission of this request, the undersigned appoints the following new attorney, is newly appearing as the attorney, or updates the information of an existing attorney of record:

**Attorney Section (proposed):**
R. Scott Keller of Warner Norcross + Judd LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, Michigan 49503
United States
6167522479
6167522500
trademarks@wnj.com
Other Appointed Attorney(s): Amber Underhill and all other attorneys at Warner, Norcross + Judd LLP

R. Scott Keller submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Section (Current):**

JET00048221

R. Scott Keller
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: trademarks@wnj.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): skeller@wnj.com

**Correspondence Section (proposed):**
R. Scott Keller
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: trademarks@wnj.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): skeller@wnj.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

Signature: /rsk/     Date: 11/19/2021
Signatory's Name: R. Scott Keller
Signatory's Position: attorney, MI bar
Signatory's Phone Number: 6167522479
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 88480647
Internet Transmission Date: Fri Nov 19 15:06:39 ET 2021
TEAS Stamp: USPTO/CAR-XX.XX.X.XX-2021111915063927842
3-88505021-781344b481f30878bfc1e53606696
8c5a99ad963b69862fe37012cd70cd5118c90-N/
A-N/A-20211119145933311404

JET00048222



JET00048223