**EXHIBITS 67-74**

**FILED UNDER SEAL**