**EXHIBIT 75**



United States
CONSUMER PRODUCT
SAFETY COMMISSION

# Blend Jet Recalls 4.8 Million Blend Jet 2 Portable Blenders Due to Fire and Laceration Hazards



Recalled BlendJet 2 Portable Blender

    

### Name of Product:

BlendJet 2 Portable Blenders

### Hazard:

The recalled blenders can overheat or catch fire and the blender blades can break off, posing fire and laceration hazards to consumers.

### Remedy:

Replace

### Recall Date:

December 28, 2023

### Units:

About 4.8 million (in addition, about 117,000 were sold in Canada)

## Consumer Contact

BLENDTEC744187

12/20/23, 10:41 AM	BlendJet Recalls 4.8 Million BlendJet 2 Portable Blenders Due to Fire and Laceration Hazards | CPSC.gov

Case 2:25-cv-00096-RJS-DBP   Document 70-7   Filed 06/23/25   PageID.1545   Page 4 of 7

BlendJet toll-free at 844-334-0562 from 8 a.m. to 10 p.m. ET Monday through Friday, or online at www.blendjet.com/safetyandrecall or www.blendjet.com and click on "Recall Information" at the top of the page for more information.

BLENDTEC744188

12/20/23, 10:41 AM	BlendJet Recalls 4.8 Million BlendJet 2 Portable Blenders Due to Fire and Laceration Hazards | CPSC.gov

Case 2:25-cv-00096-RJS-DBP   Document 70-7   Filed 06/23/25   PageID.1546   Page
5 of 7

# Recall Details

## In Conjunction With:



## Description:

This recall involves BlendJet 2 Portable Blenders sold in a variety of colors and designs. Serial numbers are printed on the bottom of the base along with "blendjet2" and "The Original Portable Blender." The blenders measure approximately 9.5 inches in height and 3 inches wide and weigh approximately 1.5 pounds. Units where the first 4 digits of the serial number are between 5201-5542 and are subject to the recall must be identified through the use of the "Is my BlendJet 2 Recalled?" tool located at [www.blendjet.com/safetyandrecall](www.blendjet.com/safetyandrecall).

## Remedy:

Consumers should immediately stop using the recalled blenders and contact BlendJet for a free replacement of the BlendJet 2 base unit. Consumers will need to remove and cut the rubber seal from the base of their recalled blender into three or more pieces and upload or email a photo showing the serial number on the bottom of the unit and its rubber seal in pieces to BlendJet at [www.blendjet.com/safetyandrecall](www.blendjet.com/safetyandrecall) or [safety@blendjet.com](safety@blendjet.com) to receive a free replacement base.  Consumers can identify whether they have a recalled unit by entering the serial number of their unit into the

12/20/23, 10:41 AM BlendJet Recalls 4.8 Million BlendJet 2 Portable Blenders Due to Fire and Laceration Hazards | CPSC.gov

Case 2:25-cv-00096-RJS-DBP   Document 70-7   Filed 06/23/25   PageID.1547   Page 6 of 7

"Is my BlendJet 2 Recalled?" tool located at [www.blendjet.com/safetyandrecall](www.blendjet.com/safetyandrecall), or by calling BlendJet toll-free number at 844-334-0562.

### Incidents/Injuries:

The firm has received approximately 329 reports of the blades breaking while in use, and an additional 17 reports of overheating or fires resulting in property damage claims of approximately $150,000. The firm has received about 49 reports of minor burns and one report of a laceration injury.

### Sold At:

Costco, Walmart, Target and other stores nationwide and online at BlendJet.com from October 2020 through November 2023 for between $50 and $75.

### Manufacturer(s):

BlendJet Inc., of Benicia, California

### Manufactured In:

China

### Recall number:

24-069

BLENDTEC744190

Case 2:25-cv-00096-RJS-DBP    Document 70-7    Filed 06/23/25    PageID.1548    Page 7 of 7

Note: Individual Commissioners may have statements related to this topic. Please visit www.cpsc.gov/commissioners to search for statements related to this or other topics.

**Recall Complaint**

If you are experiencing issues with a recall remedy or believe a company is being non-responsive to your remedy request, please use this form and explain the situation to CPSC.

BLENDTEC744191