**EXHIBITS 76-81**

**FILED UNDER SEAL**