# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>    Defendants. | **ORDER GRANTING BLENDTEC'S MOTION FOR LEAVE TO FILE UNDER SEAL BLENDTEC'S SUPPLEMENTAL BRIEF**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Chief Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

Based on the Motion for Leave to File Under Seal Blendtec's Supplemental Brief and Exhibits 1-62, 64, 67-74, and 76-81, and for good cause shown, the Court GRANTS the Motion and the items may be filed under seal.[1]

DATED this 24 June 2025.

_____
Dustin B. Pead
United States Magistrate Judge

---

[1] Under DUCivR 5-3(b)(2)(C)(i), if Defendants seek to have the documents remain under seal, they must file a motion for leave to file under seal within seven days of service of the motion. If they do not file such a motion within seven days, "the original motion may be denied, and the Document may be unsealed without further notice."

1