Brett Foster (#6089)
Mark A. Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>　　　　Defendants. | **[PROPOSED] ORDER DIRECTING THE UNSEALING OF DOCUMENTS FILED UNDER SEAL**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Based on the Request to Submit Related to Its Motion for Leave to File Under Seal Blendtec's Supplemental Brief and Select Exhibits, and for good cause shown, the Court hereby ORDERS that the unredacted versions of the following documents filed under seal be UNSEALED: Dkt. Nos. 72 and 72-1 through 72-77 (unredacted versions of Blendtec's

1

Supplemental Brief in Support of its Preliminary Injunction Motion and Exhibits 1-62, 64, 67-74, and 76-81 thereto.)

DATED this ____ day of July, 2025.

BY THE COURT:

_____
Magistrate Judge Dustin B. Pead