George Hofmann (10005)
Kathryn Tunacik (13363)
**Cohne Kinghorn, P.C.**
111 E Broadway 11th Fl
Salt Lake City, UT 84111
Tel: (801) 363-4300
Fax: (801) 363-4378
ghofmann@ck.law
ktunacik@ck.Law

Lucy Jewett Wheatley (*Pro Hac Vice*)
Claire Hagan Eller (*Pro Hac Vice*)
**McGuireWoods LLP**
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4320
Fax: (804) 698-2130
Email: lwheatley@mcguirewoods.com
Email: celler@mcguirewoods.com

Kyle S. Smith (*Pro Hac Vice*)
**McGuireWoods LLP**
501 Fayetteville St., Ste. 500
Raleigh, NC 27601
Tel: 919-835-5966
Fax: 919-755-6607
Email: ksmith@mcguirewoods.com

Jessica S. Maupin (*Pro Hac Vice*)
**McGuireWoods LLP**
2601 Olive Street, Suite 2100
Dallas, TX 75201
Tel: (214) 932.6400
Fax: (214) 932.6499
Email: jmaupin@mcguirewoods.com

*Attorneys for Defendants*
*MavorCo Holdings, LLC; MavorCo IP, LLC; and MavorCo Operations, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC., a Utah Corporation**<br><br>*Plaintiff*,<br><br>v.<br><br>**BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,**<br><br>*Defendants*. | **DECLARATION OF LUCY J. WHEATLEY IN SUPPORT OF MAVORCO'S REPLY IN SUPPORT OF ITS MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR LEAVE TO MAINTAIN DOCUMENTS UNDER SEAL**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

1

I, Lucy J. Wheatley, declare as follows:

1.      I am over the age of twenty-one (21), under no legal disability, and have never been convicted of a felony or a crime involving moral turpitude. I am fully competent to make this declaration. The statements set forth herein are based on my personal knowledge and are true and correct.

2.      I am an attorney licensed to practice law in the Commonwealth of Virginia, and I am an attorney at the law firm of McGuireWoods LLP, Gateway Plaza, 800 East Canal Street, Richmond, VA 23219. I represent Defendants MavorCo Holding, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC (collectively "MavorCo") in this matter.

3.      I submit this declaration in support of MavorCo's Reply in Support of Its Motion for Extension of Time to File a Motion for Leave to Maintain Documents Under Seal.

4.      Attached hereto as ***Exhibit A*** is a true and correct copy of an email that was sent by Ryan Pamplin, the Chief Executive Officer of Defendant BlendJet Inc., to all counsel of record via email on July 14, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: 14th day of July, 2025.

*/s/ Lucy Jewett Wheatley*
Lucy Jewett Wheatley