George Hofmann (10005)
Kathryn Tunacik (13363)
**Cohne Kinghorn, P.C.**
111 E Broadway 11th Fl
Salt Lake City, UT 84111
Tel: (801) 363-4300
Fax: (801) 363-4378
ghofmann@ck.law
ktunacik@ck.Law

Lucy Jewett Wheatley (*Pro Hac Vice*)
Claire Hagan Eller (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4320
Fax: (804) 698-2130
Email: lwheatley@mcguirewoods.com
Email: celler@mcguirewoods.com

Kyle S. Smith (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
501 Fayetteville St., Ste. 500
Raleigh, NC 27601
Tel: 919-835-5966
Fax: 919-755-6607
Email: ksmith@mcguirewoods.com

Jessica S. Maupin (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
2601 Olive Street, Suite 2100
Dallas, TX 75201
Tel: (214) 932.6400
Fax: (214) 932.6499
Email: jmaupin@mcguirewoods.com

*Attorneys for Defendants*
*MavorCo Holdings, LLC; MavorCo IP, LLC; and MavorCo Operations, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC., a Utah Corporation**<br><br>*Plaintiff*,<br><br>v.<br><br>**BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,**<br><br>*Defendants.* | **MAVORCO'S MOTION FOR LEAVE TO FILE UNDER SEAL MAVORCO'S UNREDACTED REPLY BRIEF IN SUPPORT OF ITS MOTION FOR EXTENSION OF TIME**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 5-3, Defendants MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC (collectively "Defendants" or "MavorCo"), by and through counsel, hereby respectfully move this Court to maintain permanently under seal MavorCo's Reply Brief in Support of its Motion for Extension of Time to File a Motion for Leave to Maintain Documents Under Seal (the "Reply Brief").

The common-law right of access to judicial records is not absolute. The "'presumption of access . . . can be rebutted if countervailing interests heavily outweigh the public interests in access.'" *Dovbysh v. Mutual of Enumclaw Insurance Co.*, No. 2:21-cv-690-HCN-DBP, 2022 WL 17128816, at *2 (D. Utah Nov. 22, 2022). A party may overcome the presumption of public access where, for example, the records contain "business information that might harm a litigant's competitive standing," *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); *see also Braun v. Medtronic Sofamor Danek, Inc.*, 719 F. App'x 782, 801 n.8 (10th Cir. 2017) ("Even a cursory review of the documents in question confirms that they do contain sensitive, proprietary information concerning Medtronic's business practices and potentially sensitive technical and financial data…. For most of the documents in question, we see no reason why they should not be sealed."). "Confidential financial information is often sealed where its disclosure could cause competitive harm." *AH Aero Service, LLC v. Heber City*, 2020 WL 5135819 at *5 (D. Utah Oct. 19, 2020).

MavorCo submits that good cause exists to maintain the unredacted version of the Reply Brief under seal. First, the redacted portions of the Reply Brief describe documents that contain privileged and/or confidential information. In order to explain in that Reply Brief why the Court should maintain certain documents under seal, MavorCo had to describe the content of those documents. Those descriptions of sensitive, proprietary, and competitive information should be

maintained under seal because, as explained in the Reply Brief, MavorCo faces competitive injury if this information becomes public.

Further, the public interest in accessing the unredacted version of the Reply Brief is relatively small. MavorCo has redacted only limited portions of the Reply Brief, meaning that the public will have access to the majority of the Reply Brief and will not be deprived of access to this judicial record. *See Dovbysh*, 2022 WL 17128816, at *2. The relief sought is narrowly tailored under the circumstances because MavorCo is requesting to seal only the portions of the Reply Brief necessary to protect its substantial commercial interests. *See* DUCivR 5-3(a)(2) (requiring counsel to implement redactions in order to avoid the over designation of judicial records).

With these redactions in place, the balance of interests at hand weighs in favor of maintaining the unredacted version of the Reply Brief under seal. *See, e.g.*, *Eagle View Techs., Inc. v. Nearmap US, Inc.*, No. 2:21-CV-00283, 2024 WL 4135344, at *2 (D. Utah Sept. 10, 2024) ("The public's interest in access to the more detailed information contained in the opposition is minimal at this stage, and it is outweighed by Nearmap's competitive business interests. Therefore, the unredacted version of the opposition shall remain sealed until otherwise ordered.").

\*   \*   \*

For the foregoing reasons, MavorCo respectfully requests that the Court enter an Order restricting public access to and/or sealing the unredacted version of MavorCo's Reply Brief.

Respectfully submitted, this 14th day of July, 2025.

>/s/ Lucy Jewett Wheatley
> George B. Hofmann, IV (10005)
> Kathryn Tunacik (13363)
> **COHNE KINGHORN, P.C.**
> 111 E Broadway 11th Fl

Salt Lake City, UT 84111
Tel: (801) 363-4300
Fax: (801) 363-4378
Ghofmann@cohnekinghorn.Com
Ktunacik@ck.Law

Lucy Jewett Wheatley (*Pro Hac Vice*)
Claire Hagan Eller (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4320
Fax: (804) 698-2130
Email: lwheatley@mcguirewoods.com
Email: celler@mcguirewoods.com

Kyle S. Smith (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
501 Fayetteville St., Ste. 500
Raleigh, NC 27601
Tel: 919-835-5966
Fax: 919-755-6607
Email: ksmith@mcguirewoods.com

Jessica S. Maupin (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
2601 Olive Street, Suite 2100
Dallas, TX 75201
Tel: (214) 932.6400
Fax: (214) 932.6499
Email: jmaupin@mcguirewoods.com

*Attorneys for Defendants*
*MavorCo Holdings, LLC; MavorCo IP, LLC; and*
*MavorCo Operations, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 14, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for all parties to this action registered with the CM/ECF system.

Brett Foster (#6089)

Mark Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

　　　　　　　　　　　　　　　　　　　　*/s/ Lucy Jewett Wheatley*
　　　　　　　　　　　　　　　　　　　　Lucy Jewett Wheatley