THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| BLENDTEC INC., a Utah Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,<br><br>      Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MAVORCO'S MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR LEAVE TO MAINTAIN DOCUMENTS UNDER SEAL<br><br>Case No. 2:25-cv-00096-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Defendants Mavorco Holdigns, LLC, Mavorco IP, LLC and Mavorco Operations LLC, (Defendants or Mavorco), move the court for an extension of time to file a motion for leave to maintain documents under seal.[1] Plaintiff Blendtec Inc. opposes the motion. As set forth herein the court will grant the motion.

In concerning the filing of documents under seal, the Local Rules provide that

If the sole basis for proposing that the Document be sealed is that another party designated it as confidential or for attorneys' eyes only, then so state that reason in the motion. If the designating party seeks to have the Document remain under seal, the designating party must file a Motion for Leave to File Under Seal in accordance with DUCivR 5-3(b)(2) within 7 days of service of the motion. If the designating party does not file a motion within 7 days, the original motion may be denied, and the Document may be unsealed without further notice.[2]

---

[1] ECF No. 76.

[2] DUCivR 5-3(b)(2)(C)(i) (2024).

On June 23, 2025, Blendtec filed a Motion for Leave to file a sealed supplemental brief regarding its motion for preliminary injunction.[3] The basis for filing the documents under seal was Defendant Blendjet's designation of the documents as confidential or for attorneys' eyes only. The court granted Blendtec's motion the following day.[4] On July 1, 2025, Blendtec requested the court unseal the "unredacted versions of Blendtec's Supplemental Brief and Exhibits 1-62, 64, 67-74, and 76-81 (filed as Dkt. Nos. 72 and 72-1 through 72-77)."[5] In support of its request, Blendtec argued Defendants failed to file a motion to maintain the documents under seal within the seven-day deadline as set forth in the Local Rules.[6]

The following day, July 2, 2025, Defendants filed the instant motion requesting an extension of time to file a motion to maintain the documents under seal. Defendants argue good cause for the request arises from the circumstances in this case. Mavorco was not a party to the prior litigation between Blendtec and Blendjet and Mavorco acquired certain Blendjet assets after production of discovery in that suit. This necessitated "significant time" to "receive and process the 2021 Action Discovery."[7] In addition, Defendants admit to inadvertently missing the deadline to file a motion to maintain the documents under seal.

The Federal Rules provide that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect."[8] Here, the deadline to file a motion to maintain the documents under seal was June 30, 2025. Defendants missed that

---

[3] ECF No. 71.

[4] ECF No. 73.

[5] Blendtec's Request to Submit at 1, ECF No. 74.

[6] *See id.*

[7] Mavorco's Reply at 3, ECF No. 85.

[8] Fed. R. Civ. P .6(b).

deadline and sought an extension two days later on July 2, 2025. Such a minimal delay undermines Blendtec's argument that Mavorco's Motion is a "pretext for delay."[9] Moreover, the unique circumstances of this case, with Mavorco acquiring certain Blendjet assets after discovery in the other matter, and Blendjet being the party that designated the documents as confidential or for attorneys' eyes only, further supports the minimal extension. Accordingly, the Motion is GRANTED. Mavorco may file a motion to maintain the documents under seal and following briefing from the parties, the court will consider the motion.[10]

IT IS SO ORDERED.


DATED this 15 July 2025.


_____
Dustin B. Pead
United States Magistrate Judge

---

[9] Blendtec's Response at 1, ECF No. 81.

[10] Defendants are to file their motion on or before July 18, 2025. Plaintiff may file an opposition on or before July 25, 2025, and Defendants may file a reply on or before August 1, 2025. All briefing is to comply with the length requirements set forth in Local Rule 7-1(4)(D)(i).