# EXHIBIT A

| | |
|---|---|
| **From:** | Ryan Pamplin <ryan@blendjet.com> |
| **Sent:** | Monday, July 14, 2025 2:58 PM |
| **To:** | Eller, Claire Hagan |
| **Cc:** | Perez, Alejandra P.; foster.brett@dorsey.com; ghofmann@cohnekinghorn.com; kapaloski.tammy@dorsey.com; ktunacik@ck.law; Wheatley, Lucy Jewett; miller.mark@dorsey.com; stucki.sherri@dorsey.com; Maupin, Jessica S.; Powell, Jillian Michelle; Smith, Kyle S. |
| **Subject:** | Re: Documents Produced by BlendJet in Blendtec Inc. v. BlendJet Inc., 2:21-cv-00668 (D. Utah) |

**EXTERNAL EMAIL; use caution with links and attachments**

Hi Lucy,

I am surprised to hear that Blendtec filed BlendJet documents containing information that may be protected by the attorney-client privilege, common interest privilege, and/or the work product doctrine. The exhibits attached to your letter do appear to be privileged, and I would like the parties to withdraw these and any similar documents in their possession while I take steps to confer with my attorneys about whether they are subject to any privilege.

Thank you.



**Ryan Pamplin**
Co-Founder

646-221-6685

Sent via Superhuman

On Wed, Jul 09, 2025 at 7:10 PM, Claire Hagan Eller <CEller@mcguirewoods.com> wrote:

> Mr. Pamplin,
>
> Please find attached correspondence from Lucy Jewett Wheatley.
>
> The attachments to this letter are being sent via ShareFile due to their size, and are available at the link below.  Please let us know if you have any trouble accessing those documents.

Link: https://mcguirewoods.sharefile.com/d-se8e075e070bd4fbcb9883737aad9d617

Regards,

Claire Eller

**Claire Hagan Eller**
Counsel
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 1368
M: +1 412 584 5886
F:  +1 804 698 2130
celler@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

McGuireWoods

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*