**EXHIBIT 4**

       

Home | My Network | Jobs | Messaging (5) | Notifications (20) | Me ▾ | For Business ▾ | Retry Premium for $0

Promoted

Mens Cashmere Sweaters
Luxury and Warm Fabric for Professional Looks at Affordable Price

**Ryan Pamplin** ✪

StoreLocators

San Francisco Bay Area · Contact info
5,105 followers · 500+ connections

[+ Follow]  [Message]  [More]

Connect if you know each other    [👤+ Connect]

## About

Inventor of the original portable blender, exited Silicon Valley entrepreneur, Red Dot Design Award winner, Super Bowl and EMMY nominated ad maker, creative and technologist with a track record of success in startups, hardware, brand building, product design, advertising, and disruptive technology development. Focused on…

## Featured

Post
☑ I wanted to invest in YouTube as a channel t…

204 ·
46 comments

Post
I spoke to The Wall Street Journal about ou…

Facebook's E-Commerce Bet Stumbles as Meta…
wsj.com
83 · 9 comments

Link
Freak Accident to #1 Blender
YouTube
Do you know the story of BlendJet? Our CEO Ryan Pamplin and the Founding Team members share how they turned a tragic accident into the

## Activity
5,105 followers

[+ Follow]

**Posts**   Comments

Ryan Pamplin ✪ · 3rd+
Inventor. Founder. Creator.
2mo · 🌐

When I talk to CEO's of omni-channel brands who ask me what's working for me and others I know, my first

Ryan Pamplin ✪
Inventor. Founder.
7mo · 🌐

😅 Well, thanks a lot, Sto… beans on my secret weap…



Show all posts →

## Experience

**Chairman**
StoreLocators
Jan 2025 - Present · 7 mos

Automatically track retail stores with zero setup. Showcase live inventory on maps and product pages....

**BlendJet®**
7 yrs 6 mos

- **Co-Founder & Advisor**
  Contract
  Jan 2025 - May 2025 · 5 mos

- **Co-Founder & CEO**
  Full-time
  Dec 2017 - Feb 2025 · 7 yrs 3 mos
  Benicia, California

  BlendJet is the #1 selling brand of blenders direct-to-consumer with millions of customers around the world, and is in over 30,000 retail doors and...

  ◆ Marketing, Video and +3 skills

**VP, Evangelist**
Meta Co.
Jan 2016 - Dec 2017 · 2 yrs
Redwood City, CA

We brought my childhood dreams of holographic computers to life. At Meta we raised $100M+ to create the first holographic computer which enabled...

◆ Marketing and Video

**VP, Digital Evangelist**
Extreme Reach

May 2014 - Jan 2016 · 1 yr 9 mos
San Francisco Bay Area

I joined Extreme Reach after they acquired my company, BrandAds. As the VP, Digital Evangelist, I shared my vision for the future of video advertising…

◆ Marketing and Video



(acquired by Extreme Reach)

Co-Founded BrandAds, the first software for measuring video ads on the internet. Our ground-breaking platform featured a beautiful dashboard th…

◆ Marketing and Video



Show all 7 experiences →

## Education

**Flagler College**
Business, Advertising, Law

**Harvard University**

## Projects

**BrandAds Bridge (now Extreme Reach Digital)**
Jan 2011 - Jan 2014
  Associated with BrandAds (acquired by Extreme Reach)

Bridge is a major breakthrough in digital video ad measurement. Top brands and ad agencies use Bridge to measure the ROI of video ads across screens. The beautiful…

**Other contributors**

 6

## Skills

**Vision**
◉ Co-Founder & CEO at BlendJet®

👥 1 endorsement

**Teamwork**
◉ Co-Founder & CEO at BlendJet®

Show all 20 skills →

## Recommendations

**Received**   Given

**Anchor Soong** · 3rd
E-commerce | Operations | Global Thinker
July 3, 2023, Ryan was Anchor's client

rld, and you seldom hear it describing
any that reflects who he is and
ook for in a business, a partner, and a

t makes you wonder if he ever sleeps.
is mastery of sales and networking, Ryan
lief in you, for his brand, new ideas an…

iates, PC

Ryan is a multi-talented CEO, inventor, and all-around technologist of the highest order. It's almost unbelievable what he has built in *just* a few years. He's a joy to work with, and I can't wait to see what he does next.

Show all 28 received →

## Patents

**Lid Of A Battery-Powered Portable Blender**
D973,437 · Issued Dec 27, 2022

See patent

The ornamental design for a lid of a battery-powered portable blender.

**One Button Interface Of A Blender**
11,531,403 · Issued Dec 20, 2022

See patent

The control interface includes a button configured to be pushed by the user, which controls transitions between the different blending modes of operation and a ready…

Show all 21 patents →

## Honors & awards

**America's Fastest Growing Online Shops 2022**
Issued by Newsweek · Jun 2022

 Associated with BlendJet®

Newsweek awarded BlendJet with the title of one of America's Fastest Growing Online Shops 2022.…

**YouTube Works Award 2022**
Issued by YouTube · May 2022

 Associated with BlendJet®

BlendJet was one of only six brands to be honored with a YouTube Works Award for our Oddly Satisfying Blends (ASMR) campaign. The 2022 Grand Jury included Gary…

Show all 7 honors & awards →

## Interests

**Top Voices**   Companies   Schools

**Jimmy Donaldson** 🔗
Founder of MrBeast & Feastables
299,793 followers



+ Follow

**Jeff Weiner** 🔗 · 3rd
Executive Chairman at LinkedIn / Founding Partner Next Play Ventures
10,405,231 followers

Voices →

More profiles for you

**Micah Winkelspecht** 🛡 · 3rd
Post-Exit Founder, Advisor, Investor
+ Connect

**Kathryn Grace O'Malley** · 3rd
Founding Team & SVP of Brand Experience
+ Connect

**Jeff Davies, P.E.** 🛡 · 3rd+
Mechanical Engineering Leader | PE, PMP | 20+ Years Leading Product Innovation, Team Management & Mass Production in Consumer Goods
+ Connect

**Cara R.** 🛡 · 3rd+
Logistics Manager | Supply Chain Expert | Customer Service Champion | Efficiency Enthusiast | Social Media Engagement Specialist | Growing Brand…
+ Connect

**Dmitriy Golodriga** 🔗 · 3rd
Insurance Wiz & Founder @ Broad Spectrum Insurance Services | Tailored Insurance Solutions for Real Estate, Hospitality, Human Services and…
+ Connect

Show all

**People you may know**
From Ryan's industry

**Alexandria B.**
Paralegal

⌾+ Connect



...ner of Copper Key Decor

Associate General Counsel at Trove Brands, LLC

⌾+ Connect

Show all

**You might like**
Pages for you

**American Bar Association**
Legal Services
323,062 followers

1 connection follows this page

+ Follow

**Justice Connection**
Non-profit Organizations
1,897 followers

+ Follow

Show all