THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **BLENDTEC INC.**, a Utah Corporation<br><br>*Plaintiff*,<br><br>v.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, Delaware limited liability company,<br><br>*Defendants.* | **ORDER GRANTING MAVORCO'S MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTION TO MAINTAIN UNDER SEAL PLAINTIFF'S UNREDACTED SUPPLEMENTAL BRIEF IN SUPPORT OF ITS PRELIMINARY INJUNCTION MOTION AND CERTAIN EXHIBITS THERETO**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Having considered the motion filed by Defendants MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC (collectively "Defendants" or "MavorCo"), for Leave to File Under Seal it's Motion to Maintain Under Seal Plaintiff's Unredacted Supplemental Brief in Support of its Preliminary Injunction Motion and Certain Exhibits Thereto (ECF No. 89), along with Exhibit 2 to the Motion, pursuant to DUCivR 5-3, and for good cause shown, the Court hereby GRANTS the Motion and orders it may be filed under seal.

IT IS SO ORDERED.

DATE: July 21, 2025

_____
Dustin B. Pead
United States Magistrate Judge