# EXHIBIT 10



# Blendtec

## BYU Marketing Lab



# Agenda

Project Purpose

Executive Summary

Brand Audit

Deep Dive





# Project purpose

**Business goal**: rebrand Blendtec to delight current and new customers

**Research goals**:

- How does Blendtec stand with customers?

- Where does Blendtec fit within the competitive landscape?

# Executive summary



# Blendtec's position today is a mixed bag

Functional: A superior blending experience

Imagination and creation



Nurturing





# Finding a new brand strategy



**"The smartest people buy Blendtec"**

# Blendtec is the smartest choice on the market

## Positioning

The Sage

Show Blendtec is the *smart* choice across many situations

Position Blendtec as the category expert

## Understand how Blendtec delivers

Present Blendtec as a no-brainer choice by emphasizing top 5 desired product attributes

Transition from a product attribute focus to functional benefit focus

BYU MARKETING LAB  |7

# Blendtec can own new space

Despite some weaknesses, Blendtec has the opportunity and reputation to grow into and own new space in the category as the smartest choice on the market



# Brand Audit



# Need to increase brand recognition

**10** respondents mentioned "Blendtec" in the unaided recall

**Only 9.5%** (97/1022) of respondents recognized Blendtec in a list of blender brands

Of those…

◢ 28 previously owned a Blendtec

◢ 23 currently own a Blendtec



*Q22: "Including any you just typed, which of the following blender brands have you heard of? [Select all that apply]"*
*N = 1,022*

# Blendtec wins Net Promoter Score

Despite low recognition and adoption, Blendtec's NPS is top among those who own the brand



*Net Promoter Score is calculated as the percentage of promoters (those who rated a brand between 9-10) minus the percentage of detractors (those who rated a brand between 0-6)*

# People interested in Blendtec use their blender much more often



How often people use their blender

Lean into high usage

"If you're the kind of person that will use a blender several times a week, Blendtec is the smartest choice for you."

BYU MARKETING LAB |12

*N = 1,024. Q15: "How often do you use your traditional blender?"*

# Blendtec does not own whitespace now

Perceptual map based on
surveyed brand attributes

NINJA

• Stylish

• Blending Capabilities

Good Gift

blendtec.

Hamilton Beach.

KitchenAid®

• Expensiveness

Vitamix

BLACK+DECKER

• Durability

# Positioning



# How do consumers perceive a Blendtec blender?

All respondents were shown this photo and asked a series of questions to gage their perception of the product and brand.



# Blendtec's design leans masculine



*N = 1,024. Q40: "Would you say this design is more masculine or feminine?" &
Q41: "Would you say this design appears to be more for home kitchen use or commercial
kitchen use?"*

# Blendtec is resourceful and innovative



Emotions

- Resourceful
- Innovative
- Empowered
- Tech Savvy
- Fancy
- Technologically impaired
- Artistic
- Unimaginative
- Lazy



*Q44:* "Which emotions best describe how you would feel using *this* type of blender? [Select up to 3]"
N = 1,022

# Blendtec can play the Sage

"Tech" is smart, and it's already in the name

It's in the reputation: "Will it Blend?"

It's a tone that differentiates Blendtec from others





Explorer
Creative
Nurturer ("vita"
= life)

**NINJA**

Outlaw
Magician

*Everyone else*

**Hamilton Beach.**



Every-guy



# "Intelligent" provides creative room

Serious ———————— Witty ————————————— Playful

    

   

BYU MARKETING LAB  |19

# Find Blendtec's voice

Whatever tone you choose, be a consistent, smart, engaging character





# Blendtec Delivery



# Blendtec matches desired attributes



Show Blendtec as…

▸ Powerful

▸ Multi-purpose

▸ Reliable

▸ Simple

▸ Easy to clean

*N = 1,024. Q37: "Select 3 of the following attributes you would associate with a perfect blender?" &*
*Q39: "Select 3 of the following attributes you would associate with this Blendtec blender?"*

# How does Blendtec stack up?



Blendtec overdelivers on customers' lower priority attributes, but customers fail to recognize their power and reliability

There is some variance in responses between those who *recognize* Blendtec as a brand and those who *own* a Blendtec themselves

BYU MARKETING LAB  |23

# The Blendtec difference

Blendtec website shows "five key differentiators"

1. Easy clean jar

2. Durable safety blade

3. Simple touch interface

4. Durable drive socket

5. Ultra high-speed motor








# Emphasize functional benefits that lead to emotional benefits

| Product Attributes | Functional benefit | Emotional benefits |
|---|---|---|
| Easy clean jar | Powerful | Smart investment |
| Durable safety blade | Multi-purpose | Superior decision making |
| Simple touch interface | Reliable | Pride in brand |
| Durable drive socket | Simple | Satisfaction with purchase |
| Ultra high-speed motor | Easy to clean | |

# 1. Blendtec delivers **power**

Consumers want a powerful blender

Move from talking about powerful features (300mph blade spin) to Blendtec being the smartest option because of how powerful it is





# 2. Become multi-purpose

A Blendtec can do the job of several kitchen appliances in preparing meals for yourself, or anyone around you. It's not just for smoothies, either. That's a smarter investment.









# 3. Embody simplicity

"Simplicity is the ultimate sophistication."

– Leonardo da Vinci

Some blenders have too many settings, and many kitchen appliances have a learning curve too steep they never get used again after Christmas. A simple, intuitive blender is a smarter investment.

BYU MARKETING LAB  |29



# 4. Promote Reliability

It's worth paying a premium. It doesn't make sense to buy a new blender every year. Get a Blendtec and you won't need to replace it. That's a smarter investment.

A Blendtec is also a smarter investment than a daily stop by Jamba Juice, etc.

BYU MARKETING LAB  |30

# 5. Emphasize ease of **cleaning**

Which of the following attributes would be the most likely to get you to **switch from your current blender brand?**

What is the **most annoying** thing about using a blender?

First answer:
## Easier to clean
(36.7%)

Second answer:
## Difficulty to clean up
(58.1%)



*Appendix*

# Blendtec is smart for life

There's more than one way to be a "smart" appliance.

It doesn't always mean Bluetooth and a touch screen. **Sometimes it's just being the best option.**

Blendtec is made by smart people, for smart people. People who recognize a high-quality product, a worthwhile investment, and a no-brainer decision.



# Appendix



# Emphasize ease of cleaning

### Switching Factors

| Factor | Value |
|---|---|
| Easier to clean | ~375 |
| Better quality | ~360 |
| Lower price | ~320 |
| Greater durability | ~305 |
| Higher power | ~300 |
| Quieter operation | ~295 |
| Sharper blades | ~165 |
| More speed settings | ~150 |
| More attractive design | ~100 |
| I would not consider switching | ~100 |
| Digital display | ~90 |
| Bigger size | ~65 |
| Smaller size | ~20 |

### Blender Complaints

| Complaint | Value |
|---|---|
| Noise level of the blender | ~620 |
| Difficulty to clean up | ~600 |
| Uneven blending of ingredients | ~320 |
| Inability to blend all you would like | ~250 |
| Fear that the blender is breaking | ~190 |
| Difficulty to poor contents out of the blender | ~180 |

Blendtec is uniquely positioned to address this pain point with their patented, dishwasher-safe, five-sided jar design and durable safety blade.



# Ad Responses

Even with a poor photoshop job and text inconsistencies, the ad that depicted the diverse range of food you could prepare was favored the most.



# People who owned Blendtec in the past currently own KitchenAid



# Blendtec is perceived to be slightly more masculine



Gender Association

Completely feminine

Completely masculine

# 62.7%

of those who have owned or currently owned a Blendtec are

# Male

# Cleaning + noise lead concerns



### Blendtec Concerns



# Become "the meal prep" blender



How people consider themselves

Legend: ■ Interested in Blendtec ■ General populaton

*N = 1,024. Q5: "Which of the following do you most consider yourself to be?"*

# Walmart and Amazon are good channels of distribution



Where people buy kitchen appliances

- Interested in Blendtec
- General population

 BYU MARKETING LAB |40

*N = 1,024. Q9: "Where do you normally shop for kitchen appliances?"*

# People that are interested in Blendtec are using Google for kitchen appliances



**Where people learn about kitchen appliances**

N = 1,024. Q10: "Where do you normally learn about new kitchen appliances?"

# People interested in Blendtec value variety and time



Reasons for eating out

- I like being able to eat a variety of different foods
- I like not having to clean up after preparing a meal
- I'm in a hurry and don't have time to cook
- I like to socialize

Legend: Interested in Blendtec, General Population



*N = 1,024. Q4: "What would you say are your leading reasons for eating out?"*

# People interested in Blendtec use their blenders for drinks, breakfast, + lunch



What people use their blender for

N = 1,024. Q5: "Which of the following meals do you use your blender to prepare for?"

# People make smoothies and protein shakes with their blenders



What people make with their blenders

*N = 1,024. Q5: "Which of the specific foods below do you use your blender for the most?"*

 BYU MARKETING LAB |44

# People want a powerful, multi-purpose, and reliable blender



Attributes associated with a "perfect blender"

(Bar chart comparing "Interested in Blendtec" and "General population" for attributes: Powerful, Multi-purpose, Reliable, Simple, Clean)

Legend: ■ Interested in Blendtec  ■ General population



BYU MARKETING LAB  |45

*N = 1,024. Q37: "Select three of the following attributes you would associate with a perfect blender"*

# You're pretty on track with what people want



What attributes people associate with Blendtec

Multi-purpose
Powerful
Simple
Reliable
Clean

15%  20%  25%  30%  35%  40%  45%  50%  55%  60%

■ Interested in Blendtec  ■ General population

*N = 1,024. Q39: "Select three of the following attributes you would associate with this Blendtec blender"*

# More power, cleaning, and variety



What people prioritize when purchasing a blender

Interested in Blendtec  General population

*N = 1,024. Q31: "Which features do you prioritize when purchasing a blender?"*

# People worry you're hard to clean and noisy



Biggest concerns with Blendtec

*N = 1,024. Q5: "What would be your biggest concern using this type of blender?"*

# Show off being easier to clean to appeal to greater audience



What would get people to switch from their current blender brand

N = 1,024. Q30: "Which of the following attributes would be most likely to get you to switch from your current blender brand??"

 BYU MARKETING LAB  |49

# Noise level and clean up top list of blender complaints



Most annoying things about blenders

- Noise level of the blender
- Difficulty to clean up
- Uneven blending of ingredients
- Inability to blend all you would like
- Fear that the blender is breaking
- Difficulty to poor contents out of the blender

■ Interested in Blendtec  ■ General population



BYU MARKETING LAB |50

*N = 1,024. Q20: "What is the most annoying thing about using a blender?"*

# Emphasize blending power, durability, and easiness to clean



What people value most in a blender

*Interested in Blendtec* · *General population*

*N = 1,024. Q19: "What do you value most in a blender?"*

# What "job" does a Blendtec accomplish?

"People do not want a quarter-inch drill, they want a quarter inch hole."

- Theodore Levitt

**People do not buy a blender to *blend things*,
they buy a blender to *make things*.**

(Mostly smoothies + protein shakes, but sometimes other things too!)

# Show people what they can make












*Images and ideas from Taste of Home's "[30 Recipes to Make Using a Blender](#)"*

BYU MARKETING LAB  |53