# EXHIBIT 13



OWNER'S MANUAL

blendtec
EURO

BLENDTEC000646

# ATTENTION:
# IMPORTANT INFORMATION

**SMELL SOMETHING BURNING? DON'T WORRY – WE THOROUGHLY TEST EACH OF OUR MOTORS. A SLIGHT BURNING SMELL IS NORMAL AND IS JUST THE NEW MOTOR BREAKING IN.**

Let us help. Give us a call and save yourself a trip to the store. If you have questions or are experiencing issues with the product, please visit our frequently asked questions page (https://www.blendtec.com/faq) or call 1-800-748-5400. Our Customer Care team would love to help.

If outside of the United States, please contact our international partners for assistance: www.blendtec.com/international-dealers

For RoHS chemical test information, please visit www.blendtec.com/compliance/rohs

## WARRANTY INFORMATION

Please visit Blendtec.com/products/registration to register the product and activate the warranty.

For warranty information on your product visit: www.blendtec.com/warranty

NOTICE TO AUSTRALIA CUSTOMERS: Our goods come with guarantees that cannot be excluded under the Australian Consumer Law. You are entitled to a replacement or refund for a major failure and for compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure.

Case 2:25-cv-00096-RJS-DBP   Document 96-13   Filed 07/23/25   PageID.2314   Page 4 of 19

# CONTENTS

Important Safeguards ........................................................................................................................... 4

### BLENDER BASICS
Versatility ............................................................................................................................................. 7
Loading The Jar .................................................................................................................................... 8
Cleaning The Jar ................................................................................................................................... 9

### PRODUCTS
Blenders & Accessories ....................................................................................................................... 10

### QUICKSTART, FAQs & TROUBLESHOOTING
Quickstart - Touchpad Icons ............................................................................................................... 12
FAQs and Troubleshooting .................................................................................................................. 13

### RECIPES
Tomato-Basil Soup ............................................................................................................................... 15
Berry Red Smoothie ............................................................................................................................. 16
Lemon Frozen Yogurt ........................................................................................................................... 17

**This blender is intended for home use only! Any use of this blender for commercial purposes voids all warranties.**

BLENDTEC000648

# IMPORTANT SAFEGUARDS

Read all instructions carefully before using the Blendtec® blender. Following these instructions will help prevent injuries and damage to the machine which will ensure that you have the best possible experience with the blender.

**Avoid contact with moving parts.**

- ALWAYS keep fingers, hands, hair and clothing away from all moving parts.
- ALWAYS keep all utensils away from the drive socket and blender jar blade during operation as utensils may damage the blade or the blender jar.
- NEVER put hands into the blender jar or add substances by hand when the blender jar is on the motor base.
- NEVER touch the blade with your fingers whether it is on or off the motor base.
- NEVER place jar into drive socket if blender motor is operating.
- DO NOT rock or remove the blender jar during operation.

**These precautions will help prevent personal injury and/or damage to the blender.**

**Never operate the blender if it appears damaged.**

If the blender malfunctions, call an authorized Blendtec service agent immediately. If it is dropped or damaged in any way, return the blender to a Blendtec service agent immediately for examination, repair, electrical or mechanical adjustment, or possible replacement.

**Never operate blender in liquid.**

To protect against the risk of electrical shock, do not put the motor base in water or other liquid. Do not use the blender outdoors where it may get wet. This will void the warranty.

**Never put non-food items into jar.**

Utensils, rocks, glass and other non-food items are dangerous if placed in the jar. Damage caused by such foreign objects will void the warranty. Keep hands and utensils out of the jar while blending to reduce the risk of severe injury to persons or damage to the blender. Utensils may only be used when the blender is not running.

**Never operate the blender without the lid in place.**

**This product should NOT be used for more than 5 continuous minutes.**

**Never operate the blender using attachments not sold by Blendtec.**

Use of any unauthorized attachments may cause fire, electric shock, and/or injury and will void the warranty.

**Blender jar must be properly in place while appliance is operating.**

**Warning, do not blend hot liquids or other hot ingredients.**

Starting blend cycles with boiling or very hot liquids may result in burns or cause the lid to blow off.

**Use caution when blending on the hot/soup cycle.**

When blending on the Hot Soup cycle, friction of the blade will heat the contents. The vented lid will allow pressure relief. Be careful not to come in contact with any steam coming from the clear center lid.

**Power cord precautions**

- NEVER operate with a damaged cord or plug. If the supply cord is damaged it must be replaced by the manufacturer or authorized service agent to avoid a hazard.
- DO NOT permit the cord to hang over the edge of the work surface.
- NEVER use an extension cord with the unit.
- Unplug the blender motor when not in use, before changing blender locations, or cleaning.

*Save these instructions for future reference.*

**Never attempt to repair the blender base.**

Never remove the blender motor cover. The blender motor does not contain self-adjustable or serviceable parts. A qualified service agent must make all service adjustments. Removing the cover or attempting to service the blender will void the warranty.

**Power off machine when not in use.**

The power switch on all Classic blenders and the Pro750 is located on the back of the blender motor cover. The off button for all Designer Series and Professional 800 blenders is found in the top right corner of the touchpad.

**Avoid touching the blender drive socket or jar shaft after use!**

The blender drive socket and jar shaft may become very hot after blend cycles.

**Special safety instructions regarding the Blendtec Go accessory.**

- NEVER operate the Blendtec GO accessory unless the cup is securely attached to the micronizer.
- NEVER use soup cycle or operate the blender for more than 60 seconds with the GO accessory attached.

**Safety**

This appliance is not intended for use by persons (including children) with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they have been given supervision or instruction concerning use of the appliance by a person responsible for their safety. Children should be supervised to ensure that they do not play with the appliance.

**Above Counter Installation**

- Select a location that is near an electrical outlet. Also consider proximity to ingredients, as well as available counter space.
- Place the blender on the counter in a spot where the air intake vents on the sides and exhaust on the back of the blender are unobstructed.
- Ensure there is enough room above and around the unit to allow for unhampered movement of the sound enclosure, if applicable.
- Plug the unit into an outlet with appropriate electrical protection.
- For Pro 750 In-Counter installation instructions, please see online user manual: https://www.blendtec.com/support/guides

**This blender is intended for home use only! Any use of this blender for commercial purposes voids all warranties.**

**Never operate the blender with more than the marked capacity of the jar.**

ENGLISH



BLENDTEC000651

# VERSATILITY

Blendtec is more than a blender— it can be used for a number of other applications in the kitchen as well, including:

### Blending

This basic function can be used to make smoothies, batters, mixed drinks, whip cream and salad dressings.

For basic blending, select desired speed and run until preferred consistency is reached.

### Wet Grinding

The blender acts as a wet grinder when grinding foods that contain moisture, such as soaked grains and raw meat.

Use the pulse feature to grind to desired consistency.

Be sure to clean the blender thoroughly after grinding raw meat to avoid cross-contamination.

### Dry Grinding

Crack or grind legumes or whole grains for use in hot cereals, baked goods, and breads.

To grind grains, pulse to the desired degree of fineness or use the manual speed controls, blending longer for finer grains.

Dry grinding is also used to make bread crumbs or crush graham crackers. Pulse until desired consistency is reached.

### Juicing Whole Foods

Whole food juice delivers all the health benefits of both the juice and the fiber found in the fruit or vegetable.

To create whole juices, blend on high for 50 seconds.

### Wet Chopping

Wet chopping is an easy way to chop ingredients such as carrots and celery. Simply add water in with the food item you want to chop to help the ingredients circulate in the jar. After you finish chopping, strain out your chopped ingredients. You can also use the leftover liquid for smoothies, sauces, and soups .

For wet chopping, Pulse 8–12 times or until desired consistency is reached.

### Dry Chopping

The blender can chop nuts, hard cheeses, coconut, and other hard ingredients easily, quickly, and with less mess to clean up.

When dry chopping, use the pulse feature or blend at a medium-high speed. For best results, chop ingredients in small batches.

### Making Frozen Treats

The blender can make soft-serve ice cream, sorbet, frozen yogurt, and more. For frozen recipes, blend on low for 15 seconds, then blend on medium to high until desired consistency is reached.

### Batters

After grinding grains, the same jar can be used to combine flour and wet ingredients into batters.

ENGLISH

For more information, please visit www.blendtec.com.

BLENDTEC000652

# LOADING THE JAR

For best results, always load the ingredients to the jar in this order:

1. Liquids (e.g., water, juices, milk)
2. Soft solids (e.g., peanut butter, bananas and other soft fruits, powders)
3. Hard, dense, or frozen items (e.g., carrots, frozen strawberries, ice)

Loading the jar properly helps reduce cavitation. For more information on cavitation, please refer to the Troubleshooting section.

**Note:** When using the Blendtec GO accessory, reverse the loading order, adding ice and hard ingredients to the jar first, then soft ingredients and liquids.



8

# CLEANING THE JAR

Before using the jar for the first time (and each time after blending), follow these easy cleaning tips:

1. Add a cup (240 ml) of water and drop of dish soap to the jar.
2. Place the jar on the blender; press Clean cycle or pulse for 10 seconds.
3. Remove and rinse with warm water.

To clean the motor base, simply wipe with water or mild dish soap. Using other chemicals may cause cosmetic damage to the blender base. When using the Blendtec GO accessory, be sure to remove the gasket from the micronizer and clean both thoroughly after each use.

ENGLISH



For more information, please visit www.blendtec.com.

9

# BLENDERS & ACCESSORIES

Each of our jars and accessories are engineered to make life easier in the kitchen. Our products not only provide smooth blends, but are also designed to provide safe operation and easy cleaning.



### Classic
Commercial grade power and incredible versatility combine to bring you the Classic, the ultimate all-in-one appliance.
- Classic motor base
- BPA-free jar with vented lid



### Designer
The Designer offers advanced blending technology and a wide range of easy-to-use features.
- Designer motor base
- BPA-free jar with vented lid



### Professional
Bring the absolute best commercial blender into your kitchen.
- Professional motor base
- BPA-free jar with vented lid



### FourSide™ Jar
The FourSide is perfect for average-sized blends of smoothies and drinks. It's also ideal for:
- Ice cream
- Grinding grains
- Soups
- Dips and batters

Product images are not to scale

ENGLISH



### Twister™ Jar

The Twister jar blends even the thickest recipes with ease! Perfect for:

- Bread & cookie crumbs
- Nut butters
- Hummus
- Baby food



### Blendtec Go™

The Blendtec Go allows you to blend in a disposable cup or in the convenient portable container. Ideal for:

- Smoothies
- Dips
- Protein Shakes



### Wildside+™ Jar

The WildSide+ jar features two vertical ridges on the interior walls to disrupt the blending pattern even further and accelerate the blend.

- High-volume recipes
- Smoothies
- Dips and Batters
- Whole Juice



### Mini Wildside™ Jar

The Mini Wildside is a smaller version of the Wildside + Jar. Small but mighty, it's perfect for:

- Smoothies
- Protein shakes
- Juices
- Batters

For more information, please visit www.blendtec.com.

BLENDTEC000656

# QUICKSTART - TOUCHPAD ICONS

Blend cycles are timed cycles designed for specific types of blends. These one-touch cycles speed up, slow down and shut off automatically for ease of use. Blenders may feature some of the following pre-programmed cycles and settings to accommodate a wide range of recipes and functions.

 **Dips**
Dressings, dips, sauces, batters

 **Whole Juice**
Juices, green drinks

 **Smoothies**
Fruit smoothies, green smoothies

 **Mixed Drinks**
Mixed drinks, milkshakes

 **Hot Soup**
Soups, hot chocolate, syrups, fondues

 **Batters**
Sauces, dips, dressings, batters

 **Ice Cream**
Ice cream, frozen yogurt, sorbets

 **Clean**
Automatic cleaning cycle

 **Mode**
Switch between manual touch to preprogrammed blend cycles

 **Speed Up**
Manually increase the speed of the blend

 **Speed Down**
Manually decrease the speed of the blend

 **Stop**
Used to manually stop blend cycle

 **Incremental Speed**
Cycles that blend at Lo, Med-Lo, Med, Med-Hi and Hi speeds

 **Pulse**
Used to quickly stir, chop mince at a high speed

 **Timed Cycles**
Hot soups, batters

 **+10**
Adds 10 seconds to the cycle

## Capacitive Touch Sliders

The capacitive touch slider allows you to fine-tune the speed of the blender. Simply slide your finger to the right to increase the blender's speed or the left to decrease speed.

         

12

# FAQS AND TROUBLESHOOTING

### Louder Than Normal Grinding Noise (Jar or Motorbase)

Remove the jar from the base and run a normal smoothie cycle. This will allow you to listen to the motor alone and identify any abnormal sounds. If no abnormal sounds are identified, the jar may be the issue. Please refer to the section on troubleshooting the jar.

### "E-02 Overload" Error

If the blender shows an "E-02" or "Overload" error, let it rest unplugged for five minutes and then run it without the jar. If the motor runs normally without the jar, add one cup of water to the jar and replace on the blender. Run the smoothie cycle. If problem persists call Customer Care.

### No Power

Check main power switch on the machine. Be sure it is in the on position. If the problem persists, plug the unit into a different outlet. If there is still no power, contact Customer Care.

### "Overtemp" Error

Unplug the blender and let it rest for 5-10 minutes. Run the blender on the smoothie cycle. If the problem persists, contact Customer Care.

### Smoking or Burning Smell

A smoking or burning smell may occur on occasion. If you have questions, please contact Customer Care.

### Troubleshooting the Jar

After ensuring that the shaft has had time to cool (minimum three minutes), grip the metal shaft at the bottom of the jar with your fingers and twist. The shaft should make one smooth, silent revolution with little resistance. If you experience a different result, please refer to the FAQ section on our website (www.blendtec.com/faq) or contact Customer Care.

### ⚠ Touch Error

Wipe the touch pad with a dry, non-abrasive cloth and then try pressing the button again. Make sure firm fingertip contact is made with the intended selection. If error persists, unplug the unit and allow it to sit for 20 minutes. If the issue continues, contact Customer Care.

### Blending Problems

If it appears that the blend isn't moving and the blade is spinning, a bubble of air may have formed within the blend. This is commonly called cavitation. If this happens, follow these steps: (1) stop the blend cycle, (2) remove the jar from the blender base, (3) scrape the inside walls of the jar with a spoon or add a little warm water to the blend, (4) remove the spoon, replace the jar, and resume the blend. The blender works best with a 1:3 liquid to solid ratio. If you are experiencing frequent cavitation, try blending the liquids with the most fibrous or dense items first (e.g., almond milk and dates) to make the base or paste. Add the remaining ingredients to finish the blend.

**If these troubleshooting steps do not resolve the issue, please contact Customer Care. Contact information can be found at www.blendtec.com/company/contact**

13

BLENDTEC000658



# TOMATO-BASIL SOUP

Accompany this simple, satisfying soup with crusty whole grain bread for a light meal.

### Servings: 6 · Serving Size: 1 cup (60 ml)

| | |
|---|---|
| 2 tbsp | butter |
| 1 cup | chicken broth |
| 3 cup | tomato juice |
| 4 cup | tomatoes |
| 10 | fresh basil leaves |
| 1/2 cup | half-and-half, warmed |

### Directions

Heat butter in large saucepan, stirring continuously until butter begins to brown. Stir in broth and 2 cups tomato juice.

To WildSide+ jar, add remaining tomato juice, diced tomatoes, and basil leaves. Blend on a Medium to Medium-High speed for 60 seconds or desired temperature is reached.

Pour tomato-basil blend into saucepan, and simmer for 15–20 minutes. Remove from heat and cool slightly. Add half-and-half to sauce pan and stir.

Garnish with basil and cracked pepper.

### Nutrition Facts

| | | |
|---|---|---|
| Calories 140 | Cholesterol 20 mg | Fiber 4 g |
| Fat 7 g | Sodium 590 mg | Sugar 4 g |
| Saturated Fat 4 g | Carbohydrates 18 g | Protein 5 g |



ENGLISH

BLENDTEC000660

## BERRY RED SMOOTHIE

Sip for sip, berries offer a higher concentration of antioxidants than most other foods.

### Servings: 2 · Serving Size: 14 fl oz (420 ml)

| | |
|---|---|
| 1 1/4 cups / 300 ml | apple juice |
| 1 | banana |
| 1 cup / 240 g | frozen raspberries |
| 1 cup / 240 g | frozen strawberries |

### Directions

Add ingredients to jar in order listed. Secure lid and select "Smoothie."

**Note:** If the blender does not have a "Smoothie" cycle, blend on Medium until desired consistency is reached.

### Nutrition Facts

| | | |
|---|---|---|
| Calories 230 | Cholesterol 0 mg | Fiber 12 g |
| Fat 1.5 g | Sodium 10 mg | Sugar 33 g |
| Saturated Fat 0 g | Carbohydrates 56 g | Protein 3 g |

BLENDTEC000661

Case 2:25-cv-00096-RJS-DBP    Document 96-13    Filed 07/23/25    PageID.2328    Page 18 of 19



## LEMON FROZEN YOGURT

Serve this refreshing and guilt-free frozen treat with your favorite summer berries.

### Servings: 8 · Serving Size: 1/2 cup (120 ml)

| | |
|---|---|
| 1/3 cup / 80 ml | fresh lemon juice |
| 1 1/2 cup / 360 ml | vanilla whole-fat yogurt |
| 2 tbsp / 30 ml | agave nectar |
| 1/2 | banana |
| 4 cups / 960 g | ice |

### Directions

Add ingredients to jar in order listed and secure lid. Blend at low speed for 15 seconds, then blend at high speed until desired consistency is reached. Serve with your favorite berries or frozen yogurt toppings.

### Nutrition Facts

| | | |
|---|---|---|
| Calories 72 | Cholesterol 6 mg | Fiber 1 g |
| Fat 1.5 g | Sodium 25 mg | Sugar 11 g |
| Saturated Fat 1 g | Carbohydrates 13.5 g | Protein 1.5 g |

BLENDTEC000662



BLENDTEC000663