# EXHIBIT 14



Commercial Catalog
2022



# THE BLENDTEC DIFFERENCE





**Durable, NSF Certified Jar**
Lightweight, stackable jars feature an innovative design that increases blending efficiency and reduces overall blending time.



**Blunt Safety Blade**
Built to last, our blunt blade technology is stronger than traditional blades and without any sharp edges.





**Hardened Metal Drive Socket**
Unlike other brands with plastic drive sockets that break easily, our steel drive sockets are virtually indestructible





**High-Speed Commercial Motor**
A durable, high-speed motor, designed for hundreds of blends a day brings power to high-volume commercial kitchens.





**Easy-Clean Interface**
User-friendly interface offers one-touch blending for easy clean-up and consistent results.



# BLENDTEC
# BLENDERS




# STEALTH™ NITRO X

CQB3 STEALTH NITRO X







# STEALTH NITRO X™



## ALL NEW TITAN X MOTOR

Introducing the new Titan X motor from Blendtec - built to be quieter, run cooler, and with a longer life than any motor before it. Internal motor brushes have been replaced with electronics to increase the lifetime of the motor, give more output and torque to make drinks quicker, and use less power. The Dynamic Breaking system stops the blender jar blade instantly, allowing you to remove the blender jar quickly. Take advantage of less downtime by cutting out the need to replace machines and make more drinks without overheating – the blender even cools itself without running!

## NBS RINGS

Every unit comes with four standard rings that fit 12 oz., 16 oz., 24 oz., and 32 oz. SOLO cups. Engineered to create a vacuum seal, each ring fits perfectly with its designated cup. Don't use SOLO cups for your business? No problem. The Blendtec team is standing by, ready to make custom rings that fit almost any plastic, paper or metal cup from 12-32oz.



*"SOLO" is a trademark of the "SOLO Cup Operating Corporation"

| | |
|---|---|
| **MOTOR** | 1800 Watt, 120V / 240V available |
| **INTERFACE** | Illuminated OLED display with tactile keypad |
| **WEIGHT** | 15.8 lbs (7.2 kg) |
| **SOUND ENCLOSURE** | Fully enclosed, easy-to-clean blending station. Advanced sound enclosure helps blender operate at the sound level of normal conversation. |
| **USAGE** | Recommended daily blends: 200 |
| **PROGRAM CYCLES** | 42 Preprogrammed blend cycles, including 2 for the NBS attachment. Create custom or update included blend cycles via Blendtec's Blend WizardTM online tool. |
| **DIMENSIONS** | H: 17.3" (43.9 cm)<br>D: 9.0" (22.9 cm)<br>W: 8.6" (21.8 cm) |
| **CERTIFICATIONS** | Conforms to applicable UL and CSA safety standards as well as NSF sanitation standards. |



### CREATE A CONVERSATION-FRIENDLY ATMOSPHERE

The Stealth Nitro X includes a sleek sound enclosure and proprietary airflow innovations that enable operation at the sound level of a normal conversation.

### JARLESS BLENDING, THE FOREFRONT OF INNOVATION

Why waste ingredients when you can have amazingly proportioned drinks and smoothies blended right in the cup you give your customer? The Nitro Blending System minimizes waste, saves time, and increases your profit margin. Each Stealth Nitro X comes with two micronizers and two cup stands.



*For international warranty and certification details please see your in-country distributor.







CQB3 STEALTH NITRO X

# STEALTH™NITRO

CQB2 STEALTH 895 NBS






COMMERCIAL

# STEALTHNITRO™





## STEALTH TECHNOLOGY HELPS CREATE A CONVERSATION-FRIENDLY ATMOSPHERE

The Stealth Nitro includes a sleek sound enclosure and proprietary airflow innovations that enable operation at the sound level of a normal conversation.

## NBS RINGS

Every unit comes with four standard rings that fit 12 oz., 16 oz., 24 oz., and 32 oz. SOLO cups. Engineered to create a vacuum seal, each ring fits perfectly with its designated cup. Don't use SOLO cups for your business? No problem. The Blendtec team is standing by, ready to make custom rings that fit almost any plastic, paper or metal cup from 12-32oz.

"SOLO" is a trademark of the "SOLO Cup Operating Corporation"



## BUILT TO SAVE TIME AND MONEY

All Blendtec blenders are built to meet the unique needs of the commercial customer. Each feature - from top to bottom - delivers simple operation and is designed to reduce overall cost.

## JARLESS BLENDING, THE FOREFRONT OF INNOVATION

Why waste ingredients when you can have amazingly proportioned drinks and smoothies blended right in the cup you give your customer? The Nitro Blending System minimizes waste, saves time, and increases your profit margin. Each Stealth Nitro X comes with two micronizers and two cup stands.



| | |
|---|---|
| **MOTOR** | 1800 Watt, 120V / 240V available |
| **INTERFACE** | Illuminated OLED display with tactile keypad |
| **WEIGHT** | 15.8 lbs (7.2 kg) |
| **SOUND ENCLOSURE** | Fully enclosed, easy-to-clean blending station. Advanced sound enclosure helps blender operate at the sound level of normal conversation. |
| **USAGE** | Recommended daily blends: 200 |
| **PROGRAM CYCLES** | 42 Preprogrammed blend cycles, including 2 for the NBS attachment. Create custom or update included blend cycles via Blendtec's Blend Wizard™ online tool. |
| **DIMENSIONS** | H: 17.3" (43.9 cm) D: 9.0" (22.9 cm) W: 8.6" (21.8 cm) |
| **CERTIFICATIONS** | Conforms to applicable UL and CSA safety standards as well as NSF sanitation standards. |







*For international warranty and certification details please see your in-country distributor.
WWW.BLENDTEC.COM/COMMERCIAL | 1-800-BLENDTEC
SPS-051 A06, Spec Sheet, Stealth 895, US ENG, JAN 2022

CQB2 STEALTH 985 NBS

# STEALTH X™

CQB3 STEALTH X







## STEALTHX™

### ALL NEW TITAN X MOTOR

Introducing the new Titan X motor from Blendtec - built to be quieter, run cooler, and with a longer life than any motor before it. Internal motor brushes have been replaced with electronics to increase the lifetime of the motor, give more output and torque to make drinks quicker, and use less power. The Titan X is also equipped with dynamic braking, allowing the operator to remove the jar without waiting for the blade to stop spinning. Take advantage of less downtime by cutting out the need to replace machines and make more drinks without overheating – the blender even cools itself without running!

### STEALTH TECHNOLOGY HELPS CREATE A CONVERSATION-FRIENDLY ATMOSPHERE

The Stealth X includes a sleek sound enclosure and proprietary airflow innovations that enable operation at the sound level of a normal conversation.

### CUSTOMIZABLE CYCLES PROVIDE CONSISTENT RESULTS

In addition to 42 preprogrammed cycles, users can create custom blends with the online Blend Wizard™, then store up to 14 on the blender for one-touch operation.

| | |
|---|---|
| **MOTOR** | 1800 Watt, 120V / 240V available |
| **INTERFACE** | Illuminated OLED display with tactile keypad |
| **WEIGHT** | 18.1 lbs (8.21 kg) |
| **SOUND ENCLOSURE** | Fully enclosed, easy-to-clean blending station. Advanced sound enclosure helps blender operate at the sound level of normal conversation. |
| **USAGE** | Recommended daily blends: 200 |
| **PROGRAM CYCLES** | 42 Preprogrammed blend cycles. Create custom or update included blend cycles via Blendtec's Blend Wizard™ online tool. |
| **DIMENSIONS** | H: 17.3" (43.9 cm) D: 9.0" (22.9 cm) W: 8.6" (21.8 cm) |
| **CERTIFICATIONS** | Conforms to applicable UL and CSA safety standards as well as NSF sanitation standards. |
| **OPTIONS** | In-counter version available |





NSF APPROVED WILDSIDE+ JAR
## 14 SECONDS
TO AN AMAZING BLENDED DRINK



BLUNT BLADE TECHNOLOGY
## STRONGER
THAN TRADITIONAL BLADES

COUNTER-TOP AND IN-COUNTER
## OPTIONS
CUSTOM FOR YOUR BUSINESS







CQB3 STEALTH X

# STEALTH™

CQB1 STEALTH 885







## STEALTH

### BUILT TO SAVE TIME AND MONEY

All Blendtec blenders are built to meet the unique needs of the commercial customer. Each feature - from top to bottom - delivers simple operation and is designed to reduce overall cost.

### STEALTH TECHNOLOGY HELPS CREATE A CONVERSATION-FRIENDLY ATMOSPHERE

The Stealth includes a sleek sound enclosure and proprietary airflow innovations that enable operation at the sound level of a normal conversation.

### CUSTOMIZABLE CYCLES PROVIDE CONSISTENT RESULTS

In addition to 42 preprogrammed cycles, users can create custom blends with the online Blend Wizard™, then store up to 14 on the blender for one-touch operation.

| | |
|---|---|
| **MOTOR** | 1800 Watt, 120V / 240V available |
| **INTERFACE** | Illuminated OLED display with tactile keypad |
| **WEIGHT** | 18.1 lbs (8.21 kg) |
| **SOUND ENCLOSURE** | Fully enclosed, easy-to-clean blending station. Advanced sound enclosure helps blender operate at the sound level of normal conversation. |
| **USAGE** | Recommended daily blends: 200 |
| **PROGRAM CYCLES** | 42 Preprogrammed blend cycles. Create custom or update included blend cycles via Blendtec's Blend WizardTM online tool. |
| **DIMENSIONS** | H: 17.3" (43.9 cm) D: 9.0" (22.9 cm) W: 8.6" (21.8 cm) |
| **CERTIFICATIONS** | Conforms to applicable UL and CSA safety standards as well as NSF sanitation standards. |
| **OPTIONS** | In-counter version available |



NSF APPROVED WILDSIDE+ JAR
## 14 SECONDS
TO AN AMAZING BLENDED DRINK



BLUNT BLADE TECHNOLOGY
## STRONGER
THAN TRADITIONAL BLADES



COUNTER-TOP AND IN-COUNTER
## OPTIONS
CUSTOM FOR YOUR BUSINESS





*For international warranty and certification details please see your in-country distributor.
WWW.BLENDTEC.COM/COMMERCIAL | 1-800-BLENDTEC
SPS-050 A07, Spec Sheet, Stealth 885, US ENG, JAN 2022

CQB1 STEALTH 885

# CONNOISSEUR825™

ICB5 CONNOISSEUR 825





# CONNOISSEUR 825™





## COUNTER-TOP AND IN-COUNTER
# OPTIONS
CUSTOM FOR YOUR BUSINESS

**BUILT TO SAVE TIME AND MONEY**
All Blendtec blenders are built to meet the unique needs of the commercial customer. Each feature - from top to bottom - delivers simple operation and is designed to reduce overall cost.

**CUSTOMIZABLE PREPROGRAMMED CYCLES FOR CONSISTENT RESULTS**
42 preprogrammed cycles blend your most popular recipes with amazing consistency, and our downloadable tool allows you to create an unlimited number of customized recipes.

**SOUND ENCLOSURE REDUCES BLENDING NOISE**
For shops where noise is a consideration, the sound enclosure minimizes blender noise, helping create a more conversation-friendly atmosphere.

| | |
|---|---|
| **MOTOR** | 1800 Watt, 120V / 240V available |
| **INTERFACE** | LCD display, push-button controls |
| **WEIGHT** | 18.4 lbs (8.34 kg) |
| **SOUND ENCLOSURE** | Fully enclosed, easy-to-clean blending station. Advanced sound enclosure helps reduce noise for quieter blending. |
| **USAGE** | Recommended daily blends: 150 |
| **PROGRAM CYCLES** | 42 Preprogrammed blend cycles. Create custom or update included blend cycles via Blendtec's Blend Wizard™ online tool. |
| **DIMENSIONS** | H: 18.7" (47.5 cm)<br>D: 9.0" (22.9 cm)<br>W: 9.0" (22.9 cm) |
| **CERTIFICATIONS** | Conforms to applicable UL and CSA safety standards as well as NSF sanitation standards. |
| **OPTIONS** | In-counter version available |



NSF APPROVED WILDSIDE+ JAR
# 14 SECONDS
TO AN AMAZING BLENDED DRINK



BLUNT BLADE TECHNOLOGY
# STRONGER
THAN TRADITIONAL BLADES







ICB5 CONNOISSEUR 825

# CONNOISSEUR825 SS®

ICB5 CONNOISSEUR 825 SPACESAVER





# CONNOISSEUR 825® SPACESAVER





COUNTER-TOP AND IN-COUNTER
## OPTIONS
CUSTOM FOR YOUR BUSINESS

| | |
|---|---|
| **MOTOR** | 1800 Watt, 120V / 240V available |
| **INTERFACE** | LCD display, push-button controls |
| **WEIGHT** | 13.1 lbs (5.94 kg) |
| **PROGRAM CYCLES** | 42 Preprogrammed blend cycles. Create custom or update included blend cycles via Blendtec's Blend WizardTM online tool. |
| **USAGE** | Recommended daily blends: 150 |
| **DIMENSIONS** | H: 16.25" (41.275 cm) D: 8.25" (20.96 cm) W: 6.25" (15.88 cm) |
| **CERTIFICATIONS** | Conforms to applicable UL and CSA safety standards as well as NSF sanitation standards. |
| **OPTIONS** | In-counter version available |

## BUILT TO SAVE TIME AND MONEY
All Blendtec blenders are built to meet the unique needs of the commercial customer. Each feature - from top to bottom - delivers simple operation and is designed to reduce overall cost.

## CUSTOMIZABLE PREPROGRAMMED CYCLES FOR CONSISTENT RESULTS
42 preprogrammed cycles blend your most popular reci pes with amazing consistency, and our downloadable tool allows you to create an unlimited number of customized recipes.

## POWERFUL, ULTRA HIGH-SPEED MOTOR
The Connoisseur 825 Spacesaver boasts one of the largest, most powerful motors in the industry. This commercial-grade motor is built to last and has the power needed to handle the job.



NSF APPROVED WILDSIDE+ JAR
## 14 SECONDS
TO AN AMAZING BLENDED DRINK



BLUNT BLADE TECHNOLOGY
## STRONGER
THAN TRADITIONAL BLADES

*For international warranty and certification details please see your in-country distributor.
WWW.BLENDTEC.COM/COMMERCIAL | 1-800-BLENDTEC
SPS-052 A06, Spec Sheet, Connoisseur 825 SpaceSaver, US ENG, JAN 2022







ICB5 CONNOISSEUR 825 SPACESAVER



# BLENDTEC
# JARS





# **ERGO**JAR™

40-546









# ERGOJAR™

### BALANCED AND ERGONOMIC
Blendtec continually makes innovating strides to meet the needs of the industry. Designed with your employees in mind, our Ergo Jar is no exception. The morning smoothie rush will fly by with ease as the lower handle provides improved balance and operator ease of use.

### LOWERED CENTER OF GRAVITY
The placement of the Ergo Jar handle reduces stress and strain on the operator's wrist, while the added thumb rest provides a great grip.

---

**CUSTOMIZE** — Custom jar graphics, label your jars, add your logo.

**SAFE AND STRONG** — Made from durable Tritan™. These jars were built to last.

**VERSATILITY** — Blend smoothies, soups, frozen drinks, etc. Keeps your menu offering fresh.



NSF APPROVED WILDSIDE+ JAR
## 14 SECONDS
TO AN AMAZING BLENDED DRINK



BLUNT BLADE TECHNOLOGY
## STRONGER
THAN TRADITIONAL BLADES



REDESIGNED HANDLE PLACEMENT
## ERGONOMIC DESIGN
REDUCES STRESS AND STRAIN



**LATCHING LID**
Preferred for non-sound enclosure models



**FLAT (HARD & SOFT)**
For sound enclosure models only





*For international warranty and certification details please see your in-country distributor.
WWW.BLENDTEC.COM/COMMERCIAL | 1-800-BLENDTEC
SPS-057 A05, Spec Sheet, Ergo Jar, US ENG, JAN 2022

40-546

# WILDSIDE+™ JAR

40-545







# WILDSIDE+ JAR™



## A FIVE-SIDED REVOLUTION

An exclusive, patented square design with a fifth side and large capacity produces thicker, faster blending and shorter customer wait times. It's extra-wide base, along with a more aggressive blade nearly 4 inches long, has helped the WildSide+ jar to raise the bar in the commercial blending category.

**CUSTOMIZE**  Custom jar graphics, label your jars, add your logo.

**SAFE AND STRONG**  Made from durable Tritan™. These jars were built to last.

**VERSATILITY**  Blend smoothies, soups, frozen drinks, etc. Keeps your menu offering fresh.



NSF APPROVED WILDSIDE+ JAR
## 14 SECONDS
TO AN AMAZING BLENDED DRINK



BLUNT BLADE TECHNOLOGY
## STRONGER
THAN TRADITIONAL BLADES



**LATCHING LID**
Preferred for non-sound enclosure models



**FLAT (HARD & SOFT)**
For sound enclosure models only





*For international warranty and certification details please see your in-country distributor.
WWW.BLENDTEC.COM/COMMERCIAL | 1-800-BLENDTEC
SPS-045 A06, Spec Sheet, Wildside+ Jar, US ENG, JAN 2022

# WILDSIDE+ COLORED JAR™

40-545







# WILDSIDE+ COLOREDJAR™





## SAFER FOR YOUR CUSTOMERS
## EASIER FOR YOUR EMPLOYEES

Keep everyone safe by avoiding cross-contamination of allergens. For example, use the red jar and lid for soy products and the yellow jar and lid for non-dairy. These jars and lids are NSF certified.

**CUSTOMIZE**   Custom jar graphics, label your jars, add your logo

**SAFE AND STRONG**   Reduce risk of allergen exposure by using separate color-coded containers.

**VERSATILITY**   Lids can also be color-coded and labeled (hard lids only)

## FASTER AND EASIER TO USE

Colored jars and lids make it easier for your employees to know which jar to use for specific blends. Prevent cross-contamination and focus on meeting individual customer needs.

## USE YOUR OWN BRANDING OR DESIGN

Make any of our clear or colored jars your own with custom logos or markings. Using Blendtec's colored jars and lids adds a splash of color to draw attention to your blend or brand.



REDUCE RISK
### COLOR-CODED
FOR EASY REFERENCE



EXTREMELY DURABLE
### EASTMAN TRITAN™
MAKES THESE JARS LAST



PROTECT YOU AND YOUR CUSTOMERS
### BPA-FREE JARS
KEEPS YOUR KITCHEN ORGANIZED



LATCHING LID

Preferred for non-sound enclosure models



FLAT (HARD & SOFT)

For sound enclosure models only





40-545

# **FOURSIDE**JAR ™

40-541







## FOURSIDE JAR™



**THE TRUSTED ORIGINAL**

The FourSide Jar's square shape and patented single-prong wingtip blade create a better blending vortex to micronize ingredients. This smaller jar is perfect for eateries that sell lower volumes of blended product.

**CUSTOMIZE**     Custom jar graphics, label your jars, add your logo.

**SAFE AND STRONG**     Made from durable Tritan™. These jars were built to last.

**VERSATILITY**     Blend smoothies, soups, frozen drinks, etc. Keeps your menu offering fresh.



NSF APPROVED WILDSIDE+ JAR
**14 SECONDS**
TO AN AMAZING BLENDED DRINK



BLUNT BLADE TECHNOLOGY
**STRONGER**
THAN TRADITIONAL BLADES




**LATCHING LID**
Preferred for non-sound enclosure models

**FLAT (HARD & SOFT)**
For sound enclosure models only





*For international warranty and certification details please see your in-country distributor.
WWW.BLENDTEC.COM/COMMERCIAL | 1-800-BLENDTEC
SPS-053 A05, Spec Sheet, FOURSIDE JAR, US ENG, JAN 2022

40-541

# FOURSIDE COLORED JAR™

40-541







# FOURSIDE COLORED JAR™





**SAFER FOR YOUR CUSTOMERS**
**EASIER FOR YOUR EMPLOYEES**
Keep everyone safe by avoiding cross-contamination of allergens. For example, use the red jar and lid for soy products and the yellow jar and lid for non-dairy. These jars and lids are NSF certified.

**FASTER AND EASIER TO USE**
Colored jars and lids make it easier for your employees to know which jar to use for specific blends. Prevent cross-contamination and focus on meeting individual customer needs.

**USE YOUR OWN BRANDING OR DESIGN**
Make any of our clear or colored jars your own with custom logos or markings. Using Blendtec's colored jars and lids adds a splash of color to draw attention to your blend or brand.

| | |
|---|---|
| **CUSTOMIZE** | Custom jar graphics, label your jars, add your logo |
| **SAFE AND STRONG** | Reduce risk of allergen exposure by using separate color-coded containers. |
| **VERSATILITY** | Lids can also be color-coded and labeled (hard lids only) |



REDUCE RISK
## COLOR-CODED
FOR EASY REFERENCE



EXTREMELY DURABLE
## EASTMAN TRITAN™
MAKES THESE JARS LAST



BPA FREE

PROTECT YOU AND YOUR CUSTOMERS
## BPA-FREE JARS
KEEPS YOUR KITCHEN ORGANIZED



LATCHING LID

Preferred for non-sound enclosure models



FLAT (HARD & SOFT)

For sound enclosure models only

*For international warranty and certification details please see your in-country distributor.
WWW.BLENDTEC.COM/COMMERCIAL | 1-800-BLENDTEC
SPS-054 A05, Spec Sheet, Color FourSide Jar, US ENG, JAN 2022





40-541

# **TWISTER**JAR™

40-543







# TWISTERJAR



**EVERY LAST MORSEL**

The Twister jar effortlessly blends your thickest recipes in seconds. The unique twister lid uses special scrapers to pull dense, thick ingredients away from the wall of the jar and back into the blade. Simply add ingredients and twist the lid while blending.

**SMALLER BLENDS**

Meant for smaller and tougher blends, the Twister Jar is ideal for recipes that call for more stubborn ingredients, such as acai breakfast bowls, thick milkshakes, nut butters, hummus – even bread & cookie crumbs.

---

**WEIGHT**       1.3 lbs (0.59 kg)

**VERSATILITY**  Blend nut butters, hummus, sor bets, etc. Keeps your menu offering fresh.

**DIMENSIONS**   H: 7.5" (22.86 cm)
D: 5.7" (14.02 cm)

**SAFE AND STRONG**  Made from durable Tritan™. These jars were built to last.



NSF APPROVED WILDSIDE+ JAR
## 14 SECONDS
TO AN AMAZING BLENDED DRINK



BLUNT BLADE TECHNOLOGY
## STRONGER
THAN TRADITIONAL BLADES



**PATENTED TWISTER LID**


**MINI GRIPPER LID**


**SPECTACULA**





*For international warranty and certification details please see your in-country distributor.
WWW.BLENDTEC.COM/COMMERCIAL | 1-800-BLENDTEC
SPS-045 A06, Spec Sheet, Twister Jar, US ENG, JAN 2022

40-543

# **FROTHING** JAR™

40-541







# FROTHING JAR™



## ROOM TO BREATHE

2 quarts of total volume provides a huge capacity for producing frothed liquids and foam. Instead of repeatedly creating single servings, you can now produce in batches and serve several customers at once.

## WAVE OF THE FUTURE

Our stainless steel blade features a "wave" blend which enhances the frothing capability - easily doubling the volume of many liquids. The blade works great for cold foam coffee, non-dairy milks, whipping cream, hot chocolate, syrup and more!

**USAGE**    Quick and effective way to froth or aerate liquids

**BLADE**    2-7/8 diameter 300 series stainless steel blade with "wave" blend

**VOLUME**    Total Volume = 2 Quarts
Starting liquid volume = 32 ounces



**VIEW FROM THE TOP**
Blendtec's innovative frothing blade



**LATCHING LID**
Preferred for non-sound enclosure models



**FLAT (HARD & SOFT)**
For sound enclosure models only





*For international warranty and certification details please see your in-country distributor.
WWW.BLENDTEC.COM/COMMERCIAL | 1-800-BLENDTEC
SPS-064 A06, Spec Sheet, Frothing Jar, US ENG, JAN 2022

40-541

# **RAPID** RINSER ™

JRE-513







# RAPID RINSER™



### EASY AND VERSATILE
Use the Rapid Rinse Station to rinse any container with a diameter of 8" or less. Pitchers, blender jars, measuring devices - anything! A gentle push on the platform is all it takes to activate the spray.

### DURABLE CONSTRUCTION
The Rapid Rinse Station is made of chemical-resistant plastic. A stainless steel spray nozzle ensures long-lasting operation.

### SMART DESIGN
Compact and low-profile, the Rapid Rinse fits neatly next to your Blendtec blender or dispenser. It features a closed valve system that prevents water leakage when water pressure drops.



IN-SINK OPTION

| | |
|---|---|
| **EASY** | Simple to disassemble and clean |
| **CONTROL** | Easy one-push operation |
| **SAFE & STRONG** | Stainless steel nozzle for long-lasting operation |
| **VERSATILITY** | Effective for rinsing any container of 8" diameter or smaller |
| **WEIGHT** | 8.5 lbs (39 kg) |
| **DIMENSIONS** | H: 7.5" (19.1 cm)<br>D: 20.5" (52.1 cm)<br>W: 8.8" (22.2 cm) |
| **OPTIONS** | Rinser Only or Ergonomic Version with Quick Disconnect |
| **CERTIFICATIONS** | NSF, Model JRE |



EXPANDABLE COVERAGE
# 30% MORE COVERAGE
COMPARED TO OTHER RINSERS



EASY TO OPERATE FUNCTIONALITY
# 1 PUSH OPERATION
SIMPLE AND QUICK TO USE



STACKABLE DRYING RACK
# DRY AND STORE
KEEPS YOUR KITCHEN ORGANIZED





*For international warranty and certification details please see your in-country distributor.
WWW.BLENDTEC.COM/COMMERCIAL | 1-800-BLENDTEC
SPS-058 A06, Spec Sheet, Rapid Rinser, US ENG, JAN 2022

JRE-513



# DISPENSERS

  

# **REAL**SMOOTH®

S04







# REALSMOOTH



### INSTANT BLENDED SMOOTHIES

The RealSmooth delivers the best of instant frozen beverages and whole-food smoothies offering fresh, blended frozen drinks in seconds. RealSmooth is perfect for health-conscious customers.

### BETTER INGREDIENTS, BETTER TASTE, BETTER VERSATILITY

Refrigerated ingredients not only taste better, but they can actually deliver on the claim of good nutrition. This is the machine C-stores, QSRs, cafeterias, and hospitality businesses have been waiting for to reach health oriented individuals and families.

| | |
|---|---|
| **MOTOR** | 2x - 125VDC Motors |
| **CONTROLS** | Single-hand functionality with easy to press levers. |
| **WEIGHT** | 240lbs (108.9kg) |
| **DIMENSIONS** | H: 47.0" (119.4 cm)<br>D: 25.0" (63.5 cm)<br>W: 18.5" (47.0 cm) |
| **CERTIFICATIONS** | Conforms to applicable UL and CSA safety |
| **CAPACITY** | 6 gallon capacity |
| **PRODUCT** | Powdered product, diluted liquid concentrate, refrigerated product, shelf-stable syrups and juices |



ENTICE YOUR CUSTOMERS
## REAL FRUIT
PROVIDES A HEALTHY ALTERNATIVE



ATTRACT NEW CUSTOMERS
## HEALTH-CONSCIOUS
TARGETED MACHINE



SIMPLE ERGONOMIC DESIGN
## EASY TO CLEAN
FOR YOUR EMPLOYEES

S04







# BD8™

BD8-503











**BD8™**

### JUST ADD ICE
The BD8 combines water and up to eight different products through pumps that can handle anything from thick purees to alcohol. On-board electronics allow you to easily program recipes of up to 64 different menu items. Employees simply add ice to the jar, select the desired program and the BD8 does the rest.

### A GREAT SOLUTION FOR CONSISTENCY AT HIGH-VOLUME LOCATIONS
In a busy food service environment, speed and consistency are everything. We designed the super-high-powered BDI to deliver it all at the touch of a button. So employees can focus on serving customers while the BDI does all the work, blending two or more frozen drinks per minute, when making doubles or triples.

### ADD DOZENS OF HIGH-MARGIN MENU ITEMS
Dispensing up to eight different shelf stable, bag-in-the-box products at a time, the BDI is the all-in-one way to instantly expand your drink menu offering. Achieve a consistent mix of up to 64 different flavor combinations. There's sure to be a favorite for each and every customer!

---

| | |
|---|---|
| **BLENDER MOTOR** | 1800 Watt, 120V / 240V available |
| **CONTROLS** | Easy to clean tactile buttons allow for quick use |
| **WEIGHT** | 96.0lbs (43.54kg) |
| **SOUND ENCLOSURE** | Fully enclosed, easy-to-clean blending station. Advanced sound enclosure helps reduce noise for quieter blending. |
| **DRINK COMBINATIONS** | 64 different drink combinations |
| **CERTIFICATIONS** | ETL |
| **DIMENSIONS** | H: 32.0" (81.3 cm)<br>D: 21.0" (53.3 cm)<br>W: 12.0" (30.5 cm) |
| **PRODUCT** | Shelf-stable syrups and juices |

**64**

8 DISPENSING LINES
# 64 COMBINATIONS
EXPAND YOUR MENU OFFERING



BLUNT BLADE TECHNOLOGY
# STRONGER
THAN TRADITIONAL BLADES



ULTRA HIGH-SPEED MOTOR
# 1800 WATTS
BLENDS THE TOUGHEST INGREDIENTS

BD8-503







BDI-503











**BDI**™

## THE SMARTEST, SIMPLEST WAY TO CREATE FROZEN DRINKS

Forget the ice scoops and measuring cups. The BDI includes everything necessary for your complete blended drink program. With the touch of a few buttons, employees will quickly and consistently blend dozens of high-margin smoothies, coffee treats, and blended alcoholic beverages.

## A GREAT SOLUTION FOR CONSISTENCY AT HIGH-VOLUME LOCATIONS

In a busy food service environment, speed and consistency are everything. We designed the super-high-powered BDI to deliver it all at the touch of a button. So employees can focus on serving customers while the BDI does all the work, blending two or more frozen drinks per minute, when making doubles or triples.

## ADD DOZENS OF HIGH-MARGIN MENU ITEMS

Dispensing up to eight different shelf stable, bag-in-the-box products at a time, the BDI is the all-in-one way to instantly expand your drink menu offering. Achieve a consistent mix of up to 64 different flavor combinations. There's sure to be a favorite for each and every customer!

---

| | |
|---|---|
| **BLENDER MOTOR** | 1800 Watt, 120V / 240V available |
| **CONTROLS** | Easy to clean tactile buttons allow for quick use |
| **WEIGHT** | 96.0lbs (43.54kg) |
| **SOUND ENCLOSURE** | Fully enclosed, easy-to-clean blending station. Advanced sound enclosure helps reduce noise for quieter blending. |
| **DRINK COMBINATIONS** | 64 drink combinations |
| **CERTIFICATIONS** | ETL |
| **DIMENSIONS** | H: 32.0" (81.3 cm) D: 21.0" (53.3 cm) W: 12.0" (30.5 cm) |
| **PRODUCT** | Shelf-stable syrups and juices |

**64**

8 DISPENSING LINES
# 64 COMBINATIONS
EXPAND YOUR MENU OFFERING



BLUNT BLADE TECHNOLOGY
# STRONGER
THAN TRADITIONAL BLADES



ULTRA HIGH-SPEED MOTOR
# 1800 WATTS
BLENDS THE TOUGHEST INGREDIENTS

BDI-503







BI-503









**BI**™

### MAKING DELICIOUS DRINKS HAS NEVER BEEN EASIER

The versatile BI combines an ice dispenser, a water dispenser, and a powerful direct-drive Blendtec motor all in one machine. Just add your own product into the jar and place inside. Then with the touch of a few buttons, amazing drinks are created time after time.

### YOU SUPPLY THE PRODUCT, THE BI DOES THE REST

The BI will easily dispense cube and crescent ice, as well as water; just add product. The powerful 1800 watt motor eliminates the need to shave the ice before it goes into the jar. The programmed blend cycles create great drinks consistently time after time.

### ADD DOZENS OF HIGH-MARGIN MENU ITEMS

Programmable with up to 64 different drink recipes, you can quickly add dozens of profitable blended drinks to your menu while avoiding the trial and error of making consistent drinks.

---

| | |
|---|---|
| **BLENDER MOTOR** | 1800 Watt, 120V / 240V available |
| **CONTROLS** | Easy to clean tactile buttons allow for quick use |
| **WEIGHT** | 72.0 lbs (32.66kg) |
| **SOUND ENCLOSURE** | Fully enclosed, easy-to-clean blending station. Advanced sound enclosure helps reduce noise for quieter blending. |
| **DRINK COMBINATIONS** | 25lb insulated ice hopper |
| **CERTIFICATIONS** | ETL |
| **DIMENSIONS** | H: 32.0" (81.3 cm)<br>D: 21.0" (53.3 cm)<br>W: 12.0" (30.5 cm) |

**25** MAXIMUM ICE CAPACITY
## 25 LB ICE HOPPER
REDUCING ICE RELOAD TIME



BLUNT BLADE TECHNOLOGY
## STRONGER
THAN TRADITIONAL BLADES

ULTRA HIGH-SPEED MOTOR
## 1800 WATTS
BLENDS THE TOUGHEST INGREDIENTS

BI-503







D8











## MANAGE ALL YOUR FLAVORS AND PORTIONS WITH ONE MACHINE

The D8 accurately manages all your flavor options, giving you up to 64 different combinations for your menu. Easily dispense water, flavorings, syrups - even alcohol with our robust and durable machine.

## SMALL BUT MIGHTY

Pressed for counter space? The D8 is designed to take up as little space as possible, letting you customize its placement with ease.

| | |
|---|---|
| **CAPACITY** | 8 dispensing lines offer 64 drink combinations |
| **WEIGHT** | 41.25 lbs (18.71kg) |
| **DIMENSIONS** | H: 22.0" (55.9 cm)<br>D: 17.75" (45.1 cm)<br>W: 9.25" (23.5 cm) |
| **INTERFACE** | Easy-to-use tactile interface |
| **PRODUCT** | Shelf-stable syrups and juices |



8 DISPENSING LINES
**64 COMBINATIONS**
EXPAND YOUR MENU OFFERING



SIMPLE, ERGONOMIC DESIGN
**EASY TO CLEAN**
REMOVABLE DRIP TRAY

D8







# 2022 COMMERCIAL BLENDERS

   

|  | STEALTH NITRO / NITRO X | STEALTH / X | CONNOISSEUR 825 | CONNOISSEUR 825 SPACE SAVER |
|---|---|---|---|---|
| **WATTAGE** | **1800** | **1800** | **1800** | **1800** |
| **RECOMMENDED BLENDS PER DAY** | 200 | 200 | 150 | 150 |
| **BEVERAGE BLENDING** | ✓ | ✓ | ✓ | ✓ |
| **FOOD PREP** | ✓ | ✓ | ✓ | ✓ |
| **INTERFACE** | EASY-CLEAN TACTILE INTERFACE | EASY-CLEAN TACTILE INTERFACE | EASY-CLEAN TACTILE INTERFACE | EASY-CLEAN TACTILE INTERFACE |
| **PROGRAMMABLE** | +BLEND WIZARD | +BLEND WIZARD | +BLEND WIZARD | +BLEND WIZARD |
| **SOUND ENCLOSURE** | ✓ +STEALTH TECHNOLOGY | ✓ +STEALTH TECHNOLOGY |  |  |
| **PROGRAMS + CYCLES** | 42 + PULSE | 42 + PULSE | 42 + PULSE | 42 + PULSE |
| **DIMENSIONS** | H: 17.3" (43.9cm) D: 9.0" (22.9cm) W: 8.6" (21.8cm) | H: 17.3" (43.9cm) D: 9.0" (22.9cm) W: 8.6" (21.8cm) | H: 18.7" (43.9cm) D: 9.0" (22.9 cm) W: 9.0" (22.9 cm) | H: 16.25" (41.28 cm) D: 8.25" (20.96 cm) W: 6.25" (15.88 cm) |
| **WEIGHT** | 15.8 LBS (7.2 kg) | 18.1 LBS (8.2 kg) | 18.4 LBS (8.3 kg) | 13.1 LBS (5.9 kg) |
| **WARRANTY** | **4 YEARS** | **3 YEARS** | **3 YEARS** | **3 YEARS** |



# 2022 COMMERCIAL DISPENSERS

    

|  | REAL SMOOTH | BD8 | BDI | BI | D8 |
|---|---|---|---|---|---|
| **WATTAGE** | **1800** | **1800** | **1800** | **1800** | **1800** |
| **DESCRIPTION** | Customer Facing Blender + Dispenser | Blender + Dispenser | Blender + Dispenser + Ice Dispenser | Blender + Ice Dispenser | Dispenser |
| **CONTROLS** | Single-Hand Functionality | Easy-to-Clean Tactile Touchpad | Easy-to-Clean Tactile Touchpad | Easy-to-Clean Tactile Touchpad | Easy-to-Clean Tactile Touchpad |
| **DRINK OPTIONS** | 2 | 64 | 64 | 64 | 64 |
| **PRODUCT OPTIONS** | CAN USE POWDERED PRODUCT, DILUTED LIQUID CONCENTRATE, OR PRE-MIXED PRODUCT REFRIGERATED OR SHELF STABLE | 8 DIFFERENT PUMPS FOR MOST SHELF-STABLE SYRUPS + JUICES | 8 DIFFERENT PUMPS FOR MOST SHELF-STABLE SYRUPS + JUICES | N/A | 8 DIFFERENT PUMPS FOR MOST SHELF-STABLE SYRUPS + JUICES |
| **ICE HOPPER** |  |  | ✔ | ✔ |  |
| **REFRIGERATED** | ✔ |  |  |  |  |
| **DIMENSIONS** | H: 47.0" (119.4 cm) D: 25.0" (63.5 cm) W: 18.5" (47 cm) | H: 32.0" (81.3 cm) D: 21.0" (53.3 cm) W: 12.0" (30.5 cm) | H: 32.0" (81.3 cm) D: 21.0" (53.3 cm) W: 12.0" (30.5 cm) | H: 32.0" (81.3 cm) D: 21.0" (53.3 cm) W: 12.0" (30.5 cm) | H: 22.0" (55.9 cm) D: 17.75" (45.1 cm) W: 9.25" (23.5 cm) |
| **WEIGHT** | 240.0 lbs (108.9 kg) | 76.0 lbs (34.47 kg) | 96.0 lbs (43.54 kg) | 72.0 lbs (32.66 kg) | 41.25 lbs (18.71 kg) |
| **WARRANTY** | 1 YEAR PARTS, LABOR, AND FREIGHT | 1 YEAR PARTS, LABOR, AND FREIGHT | 1 YEAR PARTS, LABOR, AND FREIGHT | 1 YEAR PARTS, LABOR, AND FREIGHT | 1 YEAR PARTS, LABOR, AND FREIGHT |







1206 South 1680 West
84058 Orem, Utah, USA
MKT-CD-250 A04 CATALOG, COMMERCIAL, US ENG, JAN 2022

www.blendtec.com

