# EXHIBIT 18

enlisted | **blendtec**®

R1.5 | Brand Identity

October 5, 2022

# today's objectives

- Review feedback and design strategy for evolution of logomark and logotype

- Review creative exploration, development, and directions for refreshed logomark and logotype.



# agenda

1. Strategy & Design Recap
2. Creative Exploration & Development
3. Creative Directions
4. Summary
5. Discussion & Next Steps



# visual design recap



All content is confidential and the property of Enlisted Design

**Strategic Foundation** | Design Objective








Design Objective:

# The Aspirational Kitchen

which wants to experience the joy of...

**Capability**          **Accomplishment**          **Confidence**

from a brand that is...

**Authentic**          **Engineered**          **Proven**

**Recap** | Vision Board Summary



CONCEPT 1



CONCEPT 2



CONCEPT 3

Concept 1



Concept 2

**Blendtec**

Concept 3





**Recap** | Round 1 Summary

Concept 1



Concept 2



Concept 3





All content is confidential and the property of Enlisted Design 8

# feedback & objectives



All content is confidential and the property of Enlisted Design

Case 2:25-cv-00096-RJS-DBP     Document 96-18     Filed 07/23/25     PageID.2396     Page 11 of 56

# what we heard

*Blendtec's marks collectively and independently have established goodwill and value in the marketplace.*

*We want to leverage the strength and goodwill of the two existing marks – while open to exploring changes in form, font type, size, and color, we must stay true to the equity we have built, and we do not want to move away from the swirl.*



**Feedback & Objectives** | Logo Evolution



















**minimal refinement**

- Minimal, subtle simplification of mark
- Easily recognized by the brand loyalists

**graphic simplification**

- Modernized, bolder logotype
- Simplification and re-arrangement of existing mark

**retaining iconic elements**

- Simplified, modernized typeface
- Cleaner, more pleasing character arrangement
- Retains overall color placement/ hierarchy

**acknowledging equity**

- Primary holding shape retained
- Color palette either maintained or evolved
- Modernized logotype

**Feedback & Objectives** | Logo Evolution



















**minimal refinement**

- Subtle refinements to logotype
- Easily recognized by the brand loyalists

**graphic simplification**

- Modernization of typeface and illustration
- Simplification of existing mark - still recognizable
- Color palette reduced, primary brand color retained

**retaining iconic elements**

- Overall shape is maintained
- Graphic/icon re-interpreted
- Simplification of color palette
- New typeface but retains hierarchy and placement

**acknowledging equity**

- Simplified color palette
- Retains angled logotype and primary color
- Modernized typeface still conveys playful/fresh

**total revolution**

- Full departure from previous logotype



Blendtec | Phase 02 | Brand Identity | 2022 October 5

All content is confidential and the property of Enlisted Design

**Feedback & Objectives** | Logo Evolution





### current equity

Swirl:

- recognized by brand loyalists
- communicates blending in an abstract, pictorial manner
- geometry hints at product design
- original four-cornered holding shape has been removed

Logotype:

- original serif logotype replaced by geometric, Bauhaus-style typeface

### observations

Swirl:

- soft, fully rounded edges and base
- geometrically imperfect and symmetrically irregular
- hand drawn quality, somewhat playful

Logotype:

- typeface may no longer feel innovative or modern
- font style based on very rounded and soft geometry
- circular radius of characters not shared with mark

### opportunities

Swirl:

- explore a refined sense of geometry and stronger symmetry to better communicate  precision and engineering
- explore revisions to/ or removal of holding shape (base, corners, etc)
- explore ways to simplify and modernize to be more harmonious with product design

Logotype:

- explore letterforms and characters that convey a stronger sense of confidence and accomplishment
- ensure the visual language between the mark and type is connected and intentional



All content is confidential and the property of Enlisted Design

# creative exploration & process


All content is confidential and the property of Enlisted Design

    
       
       
       
       
       
       

All content is confidential and the property of Enlisted Design

**Creative Exploration**| Process

       

       

       

       

       

       

       

# direction 1



All content is confidential and the property of Enlisted Design







All content is confidential and the property of Enlisted Design





A.

B.

C.





Current



New

     





**Current Mark**



A. Geometric Evolution



B. Geometric Evolution With Corner



C. Straight Geometry



D. Filled in Center



E. Wispy Center



F. Tighter Spiral



G. Two Swirls

All content is confidential and the property of Enlisted Design



Direction 1





blendtec




















# direction 2



All content is confidential and the property of Enlisted Design

Case 2:25-cv-00096-RJS-DBP    Document 96-18    Filed 07/23/25    PageID.2415    Page 30 of 56



All content is confidential and the property of Enlisted Design

Case 2:25-cv-00096-RJS-DBP    Document 96-18    Filed 07/23/25    PageID.2416    Page 31 of 56





Case 2:25-cv-00096-RJS-DBP    Document 96-18    Filed 07/23/25    PageID.2417    Page 32 of 56







A.

B.

C.

D.

E.





Current



New

     





**Current
Mark**



A. Geometric
Evolution



B. Rotated
Orientation



C. Filled-in
Center



D. More
Segments



E. Corner
Base



F. Corner
Base



G. Rotated w/
Base

All content is confidential and the property of Enlisted Design     34



Direction 2



36



blendtec




















# summary



All content is confidential and the property of Enlisted Design

1.

2.



Direction 1

Direction 2



Case 2:25-cv-00096-RJS-DBP    Document 96-18    Filed 07/23/25    PageID.2428    Page 43 of 56

**⊙blendtec**®

---

1A.  **⊙ blendtec**

1B.  **⊙ blendtec**

1C.  **⊙ BLENDTEC**

2A.  **⊙ blendtec**

2B.  **⊙ Blendtec**

2C.  **⊙ BLENDTEC**

# next steps



All content is confidential and the property of Enlisted Design

# next steps

Please provide feedback no later than date indicated below:

**10/10:**
- Blendtec to share consolidated feedback

**10/24** (*date tbc*)
Round 2: Visual Identity Refinement presentation

- Refinement and extension of selected logo option(s) including exploration of:
  - brand color palette,
  - supporting typefaces,
  - photography
  - application concepts for
  - landing page, trade show display, and commercial catalog



**enlisted**  Blendtec | Phase 02 | Brand Identity | 2022 October 5

**Visual Design Timeline**

- Concept Development
- Concept Refinement
- Deliverable execution

| Jul | Aug | Sept | Oct | Nov | Dec |
|-----|-----|------|-----|-----|-----|

Vision Boards Concepts

**R1** Visual Identity Concepts

*Client requested pause*

**R1.5** Logo mark/type explorations

**R2** Logo mark/type refinements, color palette, applications

**R3** Final Refinements

Final Deliverables execution: Brand Guidelines, Asset Toolkit

*Enlisted studios holiday closure 12/18/22 - 01/02/23*

enlisted    Blendtec | Phase 02 | Brand Identity | 2022 October 5

# appendix



All content is confidential and the property of Enlisted Design

Case 2:25-cv-00096-RJS-DBP    Document 96-18    Filed 07/23/25    PageID.2433    Page 48 of 56



All content is confidential and the property of Enlisted Design    47

Case 2:25-cv-00096-RJS-DBP    Document 96-18    Filed 07/23/25    PageID.2434    Page 49 of 56







Blendtec | Phase 02 | Brand Identity  | 2022 October 5

All content is confidential and the property of Enlisted Design

49





Direction 2 - revised





Direction 1

Direction 2
Revised






















All content is confidential and the property of Enlisted Design    54

enlisted

Thank you.