# EXHIBIT 19

Blendtec

Phase One Strategic Definition & Analysis

30 June 2022

# Agenda

01.   Project Overview
02.   Research Summary
03.   Audiences
04.   Brand Positioning
05.   Brand Attributes
06.   Opportunities & Recommendations
07.   Next Steps

enlisted



01 | **Project Overview**



# Overview

As Blendtec **innovates its product portfolio** and **bolsters its product lineup,** we are creating a **renewed brand** and **cohesive design language** that appeals across **consumer** and **commercial** segments and reflects the **innovation and commitment to quality** inherent in Brand Blendtec.



All content is confidential and the property of Enlisted Design

# Products




**Residential
Countertop**

$200–$300



**Residential
Immersion Blender**

$150



**Commercial
Back-of-House**

$400–$500



**Commercial
Large Capacity**

$1600

All content is confidential and the property of Enlisted Design    5

# Goals

——

Gain a thorough understanding of our **current and future users** in order to design a brand and products they believe in.

In understanding users' behavior around **why, when, and how they use their blenders** as well as their **level of satisfaction** with their blenders, we will **uncover opportunities for the brand and its products**, and ensure our visual and industrial design solutions represent the appropriate innovation.



"Has anyone found a way to **reduce the super loud noise** of a Vitamix or Blendtec?

There is an enclosure for Blendtec but it's huge."

—**Reddit user jeremyjava** (smoothies)

# Objectives

—————

**What today is:**

- A look into the **addressable audiences** for Brand Blendtec

- **Brand Pyramid:** reasons to believe, functional and emotional benefits, position, brand essence; the drivers and checkpoints for the design process

- **Brand Attributes:** qualities that are real and true to inspire the design process

**What today isn't:**

- VD and ID design presentations

- Full platform for Brand Blendtec

- Messaging strategy

- Brand portfolio and extension strategy



All content is confidential and the property of Enlisted Design  8

02 | **Research Summary**



All content is confidential and the property of Enlisted Design

# Learning objectives

**Discovery path:** What did they look for in their last blender purchase? How did they find it?

**Use case scenarios:** How do they use their blender? How often? What do they make?

**Pain points:** Where does their blender lets them down? Why does it frustrates them?

**Wish list:** What do they wish their blender would do for them?

All content is confidential and the property of Enlisted Design

"I chose Vitamix because all of the restaurants I've worked in previously had Vitamix.
I know they never break.

**I like how I can repair them myself**."

—**Mario, commercial user** (salsas)






All content is confidential and the property of Enlisted Design

# BYU
# survey data

## Redefining an audience to hone in on specific participants.

Exclusion criteria:

- seeks "low price" in choosing a blender

- cites "low price" as a reason to purchase a new blender

- income under $50k

- uses their blender monthly or less

## 26% of the sample remains

n=1024; 266 participants

**Regular users who aren't price sensitive:**

They're **young, affluent families** who often pursue "the best" out of personal taste or the pursuit of cultural cachet.

They're active and **prioritize their health.**

They're independent and curious and they **value the input of experts.**

"People often ask what blenders we use and we just respond **'Blendtec.'**"

—**Kambri, commercial Blendtec user** (smoothies)



All content is confidential and the property of Enlisted Design

**Regular users who aren't price sensitive:**

They **love the experience of food**—exploring variety and enjoying **the challenge of the creative process**.

They're **skilled in the kitchen** and they don't mind making a mess for the greater good.



**Regular users who aren't price sensitive:**

They want to **do more with their blender** and to **do it better**.

Attributes they're most looking for in a blender are **get-the-job-done table stakes** (power, versatility, reliability) combined with a feeling of **smart, modern elegance**.



"A lot of blenders have that same look from the fifties or sixties, like something you might see on the Jetsons.

Even though they're brand new,
**they look like they're from a different era.**"

—**Mark, residential user** (juices, sauces, crushed ice)

03 | **Audiences**



All content is confidential and the property of Enlisted Design

# What we want to solve

## In a world where...

...after two years of Covid restrictions, **consumer appetites are robust** despite goods shortages, overbooked airplanes, and skyrocketing oil prices that drive up the cost of everyday life.[1]

...54% of all consumers, and 63% of those 50+, **care more about the healthfulness of their food and beverage choices** in 2020 than did in 2010.[2]

...people spend around **12% of their lives in the kitchen** (2.8 hours daily).[3]

...28% of Americans eat **more proteins from plant sources** vs. 2019; 24% eat more plant-based dairy.[4]

...**health seekers see food-centered objectives** in weight management (62%), energy (57%), digestive health (46%), heart health (44%), and immune function (40%).[5]

...2022 restaurant food sales-to-date are 7% higher than 2019 (pre-pandemic) and 34% higher than 2021, but **restaurant profitability isn't rebounding due to inflation**.[4]

...restaurant operators are striving to **increase efficiency, decrease costs, and optimize profitability** in the wake of the pandemic.

...the blender market is flooded with **parity and near-parity lookalike products**.



# What we want people to think

Blendtec **has a solid track record of designing and engineering quality blenders**. Its reputation is focused and proven.

Blendtec is **driven by quality engineering**. Its legacy is in incredibly well-built products.

Blendtec is **designed, engineered, and manufactured principally in the U.S.** —among the only blender makers to do so.

Blendtec **lineage includes rugged, high-intensity blenders** that thrive in demanding commercial environments. It's a brand known for helping service industry experts do their jobs, well.

Blendtec's **advances in blending technology**—like its blunt blade and WildSide+ jar—improve blending outcomes for residential and commercial users alike. Others copy, Blendtec innovates.

Blendtec is **an investment**—it's a product built to last and built to perform. It doesn't have a value-priced line of products. We stand behind our products.

"The gasket had an issue and Blendtec sent new jars. My jars broke at one point but Blendtec sent replacements.

**Customer service made me a lifelong fan**."

—**Cynthia, residential user** (pancake batter, salsas, hummus, and smoothies)

All content is confidential and the property of Enlisted Design

# Home cooking trends

———

Post-pandemic, **92% of families plan to continue eating together at home** at least as often as — or more often than — they do now.[1]

Of full-time working Americans in 2020, **58% eat and cook at home 3–5 days each week**.[2]

The average price of cooking at home is **79% less expensive than eating out**.[3]

**77% of Americans say that they are more confident in their cooking abilities** than prior to the pandemic.[4]

All content is confidential and the property of Enlisted Design



Domestic luxury continues to gain steam.





People use lifestyle add-ons
to signal **living well** and **self-care**.



All content is confidential and the property of Enlisted Design





All content is confidential and the property of Enlisted Design



There's still room to showcase **objects of desire** in commercial spaces.



# Key Audiences



All content is confidential and the property of Enlisted Design

Case 2:25-cv-00096-RJS-DBP    Document 96-19    Filed 07/23/25    PageID.2471    Page 30 of 144

# Design objective

In designing a brand, we look for a common denominator across multiple personas that would have larger appeal.



# The Nurturer

In the kitchen for the love of <u>nourishing</u> self and others

**PRIMARY**

COMMERCIAL

RESIDENTIAL



Prepares meals for multiple people, multiple days, or both

Enjoys hosting large meals

Confident with go-to recipes and skilled at experimenting

Relies on a set of quality tools that make cooking more efficient, gratifying, and enjoyable.

**Our product enhances their ability to prepare satisfying meals**


All content is confidential and the property of Enlisted Design

# The Experimenter
In the kitchen for the thrill and <u>challenge</u> of culinary creativity

**PRIMARY**

COMMERCIAL

RESIDENTIAL



Sees the kitchen as a blank canvas for creativity

Enjoys discovering new recipes from cooking shows and magazines

Enjoys entertaining and sharing stories over food

Leans into mess-making

Trusts the process and wants quality tools that enhance success

**Our product enhances their kitchen capabilities**



# The Purchaser

Not in the kitchen, but specifies equipment for those who are

**PRIMARY**

<span style="background-color:teal;color:white">COMMERCIAL</span>



Focused on the bottom line and razor-thin service industry margins: durability, reliability, and efficiency matter.

Recognizes the importance of arming the kitchen team with the right tools to do their job: versatility and ease-of-use matter.

**Our product enhances their profitability and efficiency**

All content is confidential and the property of Enlisted Design    32

# The Nutritionist
In the kitchen to ritualistically optimize health and wellness

**SECONDARY**



COMMERCIAL

RESIDENTIAL



Often prepares and stores several days' meals at a time.

Obsessed with ingredients, portion size, nutritional value.

Heavy user of small appliances; has different types of blenders for specific uses.

Wants to always have the right tool for the project.

**Our product enhances their efforts to eat healthy**

# The Hastemaker

In the kitchen as efficiently as <u>possible</u> and gets on with the day

**TERTIARY**

COMMERCIAL
RESIDENTIAL



Lives a fast-paced, active lifestyle while still prioritizing their health

Prepares meals for multiple people, multiple days, or both

Looking for quick, nutritious solutions; cooks on repeat

Wants efficient tools, especially when it comes to cleanup.

**Our product enhances multitasking**



# The Aesthete

Rarely in the kitchen; uses it as a space to impress friends.

**TERTIARY**

RESIDENTIAL



Often eats out or has meals delivered

Designed their kitchen on Pinterest

Expresses love for kitchen gadgets and has drawers and cabinets full of them

Hates the mess of cooking because it ruins kitchen aesthetics

**Our product enhances their cultural cachet**

All content is confidential and the property of Enlisted Design     35

**Strategic Definition & Analysis** | Key Audiences

     

## Design Objective:

# The Aspirational Kitchen

| PRIMARY | PRIMARY | PRIMARY | SECONDARY | TERTIARY | TERTIARY |
|---|---|---|---|---|---|
| **Nurturer** | **Experimenter** | **Purchaser** | **Nutritionist** | **Hastemaker** | **Aesthete** |
| In the kitchen for the love of nourishing self and others | In the kitchen for the thrill and challenge of culinary creativity | Not in the kitchen, but specifies equipment for those who are | In the kitchen to ritualistically optimize health and wellness | In the kitchen as efficiently as possible and gets on with the day | In the kitchen rarely; uses it as a space to impress friends |
| **Our product enhances their ability to prepare satisfying meals** | **Our product enhances their kitchen capabilities** | **Our product enhances their profitability and efficiency** | **Our product enhances their efforts to eat healthy** | **Our product enhances their multitasking** | **Our product enhances their cultural cachet** |

 Blendtec | Research & Brand Strategy | 30 June 2022

All content is confidential and the property of Enlisted Design

Case 2:25-cv-00096-RJS-DBP     Document 96-19     Filed 07/23/25     PageID.2479     Page 38 of 144

Design Objective:

# The Aspirational Kitchen

wants to experience the joy of…

| Getting it done,<br>just like experts:<br>**Capability** | Doing more,<br>and doing it well:<br>**Accomplishment** | Achieving culinary<br>(or business) goals:<br>**Confidence** |

04 | **Why Choose Blendtec**



All content is confidential and the property of Enlisted Design

# Brand pyramid

**Brand Essence**
Central idea for why your brand exists

**Brand Positioning**
Your unique stance in the market

**Emotional Benefits**
The connection and feeling your brand creates for its customers

**Functional Benefits**
The tangible effects customers experience when using your product

**Reasons to Believe**
Key aspects of your product that make it perform

All content is confidential and the property of Enlisted Design

# Brand pyramid

**Brand Essence**
Central idea for why your brand exists

**Brand Positioning**
Your unique stance in the market

**Emotional Benefits**
The connection and feeling your brand creates for its customers

**Functional Benefits**
The tangible effects customers experience when using your product

**Reasons to Believe**
Key aspects of your product that make it perform

# Reasons to believe

Key aspects of your product that make it perform













### Patented Jar Physics

Our "WildSide+" jar pulls ingredients back toward the blade.

### Unique Blunt Blade

80% thicker and 10x stronger than others, our blade spins at 300 mph so it doesn't need to be sharp.

### Metal Drive Socket

The drive socket that spins our blades never needs to be replaced.

### Ultra High-Speed Motor

We have a track record of making top-quality blenders. Our motors are the most powerful in the industry.

### Simple "Walk Away" Blending

Our simple interface creates the perfect blend with a single touch.

### Commercial Tested

Our lineage includes rugged, high-intensity blenders proven in demanding commercial environments.



All content is confidential and the property of Enlisted Design

# Brand pyramid

**Brand Essence**
Central idea for why your brand exists

**Brand Positioning**
Your unique stance in the market

**Emotional Benefits**
The connection and feeling your brand creates for its customers

**Functional Benefits**
The tangible effects customers experience when using your product

**Reasons to Believe**
Key aspects of your product that make it perform



All content is confidential and the property of Enlisted Design 42

# Functional benefits

The tangible effects your customers experience when using your product

| Patented Jar Physics | Unique Blunt Blade | Metal Drive Socket | Ultra High-Speed Motor | Simple "Walk Away" Blending | Commercial Quality |
|---|---|---|---|---|---|

### Smoother Blending

Our jars are designed to let you create consistently smooth preparations, every time.

### Safe & Incredibly Effective

Our blade gets the job done perfectly, without sharp edges that are dangerous to clean.

### Never Needs Replacement

Our drive socket is made of hardened steel and has no plastic parts to break under stress.

### Pulverizes Anything

Consistency is job one for a blender, and our powerful motors get the job done.

### Multi-tasking

Our one-touch interface lets you take on more while your blender does the work.

### Outlasts Consumer Grade

Our blenders are used in tough, uncompromising, professional environments — their engineering is proven day in, day out.

# Brand pyramid

**Brand Essence**
Central idea for why your brand exists

**Brand Positioning**
Your unique stance in the market

**Emotional Benefits**
The connection and feeling your brand creates for its customers

**Functional Benefits**
The tangible effects customers experience when using your product

**Reasons to Believe**
Key aspects of your product that make it perform



# Emotional benefits
The connection and feeling your brand creates for its customers

| Patented Jar Physics | Unique Blunt Blade | Metal Drive Socket | Ultra High-Speed Motor | Simple "Walk Away" Blending | Commercial Quality |
|---|---|---|---|---|---|
| Smoother Blending | Safe & Incredibly Effective | Never Needs Replacement | Pulverizes Anything | Multi-tasking | Outlasts Consumer Grade |

### Creative
I use this product to **take on challenges** in the culinary arts.

### Accomplished
I use this product to **get the job done**—well.

### Confident
I know this product is **best in class**—which comes with cultural cachet.

### Capable
I use this product to **explore the variety and experience** of food.

### Motivated
I use this product to more efficiently **pursue my culinary goals**.

### Connected
I use this product to **align myself with other experts**.

# The Aspirational Kitchen

Enjoying the experience of food; striving to do more, better; often pursuing "the best"



# Brand pyramid

**Brand Essence**
Central idea for why your brand exists

**Brand Positioning**
Your unique stance in the market

**Emotional Benefits**
The connection and feeling your brand creates for its customers

**Functional Benefits**
The tangible effects customers experience when using your product

**Reasons to Believe**
Key aspects of your product that make it perform



All content is confidential and the property of Enlisted Design 46

**Complex**
Physical controls like buttons, dials, screens. Visual noise.



**Industrial**
Sharp
Engineered
Durable

**Lifestyle**
Soft
Approachable
Seamless

**Simple**
Clean
Minimal

Case 2.25-cv-00096-RJS-DBP    Document 96-19    Filed 07/23/25    PageID.2490    Page 49 of 144

**Complex**
Physical controls like buttons, dials, screens. Visual noise.




**Industrial**
Sharp
Engineered
Durable

**Lifestyle**
Soft
Approachable
Seamless

**Simple**
Clean
Minimal





|  | **Biggest overall market share (20%)**[1] | **Biggest Amazon seller**[2] | **Beloved legacy brand** |
|---|---|---|---|
| **How we're alike** | We both have **roots in professional kitchens**. We both emphasize **engineering** over design. We both play **exclusively in the blender space** (today). Our products carry a **premium price**. We both have similar brand language and architecture. | We both have **similar industrial design language**, control panels, and colors. We both have similar "**everyone**" residential messaging. Neither of us offer an immersion blender (yet). | Our products carry a **premium price**. |
| **How we're different** | Our jars are **interchangeable**, theirs are model-specific. We don't sell at **club stores** (Costco). We don't have the same degree of everyday **household name familiarity**. | Our **premium pricing** is indicative of our quality. We focus on **quality** over ubiquity. We have a long track record of quality engineering. We have an **established commercial line**. | Our blenders are meant to be **workhorses**—not museum pieces. We're focused and thoughtful in our products. |



# Brand positioning
Your unique stance in the market



**Target Audience**

**Main Category**

**Emotional & Functional Benefits**

Blendtec is the small kitchen appliance maker that provides the aspirational kitchen with capability, simplicity, and efficacy through our **track record** as an innovative brand, commercial **lineage**, and premium **quality**, which sets us apart from our competitors' mass-market[1] blenders .

**Reasons to Believe**

**Competitive Differentiation**



# Brand pyramid

**Brand Essence**
Central idea for why your brand exists

**Brand Positioning**
Your unique stance in the market

**Emotional Benefits**
The connection and feeling your brand creates for its customers

**Functional Benefits**
The tangible effects customers experience when using your product

**Reasons to Believe**
Key aspects of your product that make it perform













Brand Essence Direction 01:

# The Standard for Culinary RPMs.

**The gauge by which to measure all others.**

**The art and craft of the kitchen (more than just cooking).**

**Engineering of anything that spins.**



Strategic Definition & Analysis | Competitive Landscape

Brand Essence Direction 02:

# The Benchmark of Culinary Possibilities.



**The gauge by which to measure all others.**

**The art and craft of the kitchen (more than just cooking).**

**The aspirational kitchen that seeks to do more.**



Brand Essence Direction 03:

# The Standard for Culinary Empowerment.

**The gauge by which to measure all others.**

**The art and craft of the kitchen (more than just cooking).**

**Tools to equip the aspirational kitchen.**



# The Aspirational Kitchen

**Capability · Accomplishment · Confidence**

Brand Essence

**The Standard for Culinary RPMs**       **The Benchmark of Culinary Possibilities**       **The Standard for Culinary Empowerment**

Brand Positioning

**Quality & Efficacy that Enhance My Skills
from a Brand that Knows its Craft**

Emotional Benefits

**Capable & Creative · Accomplished & Motivated · Confident & Connected**

Functional Benefits

**Smoother Blending**   **Safe & Incredibly Effective**   **Never Needs Replacement**   **Pulverizes Anything**   **Multi-tasking**   **Outlasts Consumer Grade**

Reasons to Believe

**Jar Physics**   **Unique Blunt Blade**   **Metal Drive Shaft**   **Ultra High-Speed Motor**   **Simple "Walk Away Blending**   **Commercial Quality**

All content is confidential and the property of Enlisted Design    56

05 | **Brand Attributes**



All content is confidential and the property of Enlisted Design

# Key traits of our expression

**Definition:**

Guiding characteristics for how our brand **experientially shows up in the world** (graphics, product, interactions, activations).

**Purpose:**

Inspires design. Keeps the brand **feel consistent and in alignment** so all outputs feel united under the master brand.



Brand Attribute 1:
# Authentic

————

**What it means:**

We're the real deal. We have lineage. **We're honest.**

**Why it's right:**

We started with a wheat mill because there wasn't a good way to mill grains at home. That led to commercial blenders that global franchises serving blended beverages came to rely upon. **We have a track record of being original and innovative.**



"I saw the whole Vitamix vs. Blendtec thing with the lawsuit and Vitamix copying Blendtec. I wanted to kind of root for the little guy."

—**Xifar_**, r/Blendtec member



Brand Attribute 2:
# Engineered

———

**What it means:**

We're made to last. We're reliable. **We're tested.**

**Why it's right:**

Since 1975, Blendtec has built products that stand up to rigorous standards. We've innovated and been copied. **Our deep bench of product engineers are passionate about the physics of blending:** motor RPMs, blade thickness and strength, pitcher vortex, etc.



"I like the dull blades because I'm a super klutz and would have probably lost a finger on the Vmix."

**—angelwild327**, r/Blendtec member



Brand Attribute 3:
# Resilient

**What it means:**

Our products are substantial and **survive the most punishing commercial environments.** We're uncompromising about quality.

**Why it's right:**

We don't make cheap, mass-market products. **Our products work like you expect them to, when you expect them to.** We've outlasted kitchen trends for nearly five decades.



"I like that I can bang [my Blendtec jar] on the counter without feeling like it will break."

—**Kambri, commercial user** (smoothies)



Core brand attributes for

# The Aspirational Kitchen

which wants to experience the joy of

## Capability

## Accomplishment

## Confidence

We're the real deal.
We have lineage.
We're honest.

## Authentic

We're made to last.
We're reliable.
We're tested.

## Engineered

Our products are substantial and
survive the most punishing
commercial environments

## Resilient

All content is confidential and the property of Enlisted Design    65

06 | **Opportunities & Recommendations**



All content is confidential and the property of Enlisted Design

**Opportunity**

# Refine

———

**Recommendation**

# Leverage the gap in sharp, engineered, clean, minimal design and user experience.

Presets seem un- or under-used. Attachments add to the cleanup mess. Clunky bases, surplus buttons, and confusing controls delay the gratification of getting things done.

Think artistry, excellence, and intuition over superfluous add-ons.



**Opportunity**

# Consider the controls

———

**Recommendation**

# Balance cleanability with tactile feedback.

It may be time to leave touchscreens to the smartphones and give users controls that are more physical.

Consider how touch contributes to the user experience.



**Opportunity**

# Noise is a common complaint

----

**Recommendation**

# Consider acoustics.

Acoustics are oft-cited user concerns. Consider how design and technical advances may continue helping us win.



**Opportunity**
# Consider the jar

**Recommendation**
# …but keep them interchangeable

The patented jar is a valuable equity, but its aesthetic may be dated (especially for residential).

Consider opportunities to reimagine its appearance, its grip position, its size (personal?), pourability, etc.—but don't lose the asset of interchangeability.



**Opportunity**

# Buy-it-for-life is a growing trend[1]

**Recommendation**

# Consider the value of longevity.

"Buy It For Life" focuses on buying only the very longest-lasting product available in a given category.

Methodical, well-researched consumers seek brands that care about their products long after the sale.

Right-to-repair is an increasing interest: consider repairability and modular parts that can be replaced separately.

Think about giftable heritage.



"…one ad on the Buy It For Life subreddit
can garner over 300,000 average daily impressions."

—**Zach Brooke**, American Marketing Association



All content is confidential and the property of Enlisted Design

Opportunity

# Consider
# the presentation

———

Recommendation

# Design for display.

Capitalize on and expand your reputation for fitting under cabinets.

Make an object of desire that residential owners don't want to put away, and one that they use to signal their taste and cultural cachet.

For commercial, make the product a billboard that showcases Brand Blendtec—and shows that brand and design do matter in the commercial space.


All content is confidential and the property of Enlisted Design 73

Case 2:25-cv-00096-RJS-DBP     Document 96-19     Filed 07/23/25     PageID.2516     Page 75 of 144

**Opportunity**

# Consider alignment

——

**Recommendation**

# Align residential and commercial

Underpin your commercial authenticity and elevate your commercial cachet.

Residential users seek association with the experts and "the best."



Opportunity

# Emphasize community

————

Recommendation

# Leverage the collective dimension of consumer behavior—it's more powerful than any individual

People who don't know each other are still drawn together by horizontal bonds of affinities, beliefs, interests, and attitudes.

People are social and susceptible to social pressures and influences—we all want to signal our enlightenment, belonging, cachet, etc.

Our personal concepts of "cool" and "iconic" are created in our own taste communities.











All content is confidential and the property of Enlisted Design   76

**Opportunity**

# Don't miss the babies in the bathwater

___

**Recommendation**

# Consider both evolution and revolution

Appraise brand equities carefully. Expel the liabilities. Expand the assets.



# Nine takeaways

**Refine**
Think artistry, excellence, and intuition over
superfluous add-ons.

**Balance cleanability with tacticity**
Consider how touch contributes to the user experience.

**Consider acoustics**
Acoustics are oft-cited user concerns. Consider how design and
technical advances may help us win.

**Consider the jar**
Consider opportunities to reimagine the jar's appearance—but don't
lose the asset of interchangeability.

**Consider the value of longevity**
"Buy It For Life" and right-to-repair movements are seeking brands
that care about their products long after the sale.

**Design for display**
Make an object of desire that residential owners don't want to put away.
Consider the commercial product a billboard.

**Align residential and commercial**
Residential users seek association with the experts
and "the best."

**Build community**
Users want to signal enlightenment, belonging, cachet, etc.

**Consider both evolution**
***and* revolution**
Appraise brand equities carefully.
Expel the liabilities. Expand the assets.



All content is confidential and the property of Enlisted Design

07 | **Next Steps**



All content is confidential and the property of Enlisted Design

# *In situ:* digital and retail shelves



**Blendtec**
Residential
Countertop
**$200–$300**



**Breville**
the Fresh & Furious™
50oz | 1100w | **$250**



**Cuisinart**
Hurricane™ Velocity
2.25 Peak Hp Blender
60oz | 1120w | **$200**



**Kitchenaid**
K400 Variable Speed
Blender
56oz | 1200w | **$290**



**Smeg**
Smeg Blender
48oz | 600w | **$300**



**Vitamix**
Vitamix One
32oz | 840w | **$250**

All content is confidential and the property of Enlisted Design

# *In situ:* commercial and residential kitchens









# Next Steps

- w/o July 11th (*date tbc*)
  - Feedback regroup
  - Visual Design kickoff
- **7/27 VD Vision Boards (*date tbc*)**
- **8/02 ID concept workshop (date tbc)**

*Please note, Enlisted office will be closed 7/4-7/11 in observance of the 4th of July holiday*

enlisted

**enlisted**

we create.

All content is confidential and the property of Enlisted Design

# Appendix



# Process

| **Plan** | **Research** | **Recruit** | **Interview** | **Analyze** |
|---|---|---|---|---|
| - Learning objectives | - Client materials (product strategy, marketing, historical materials, etc.) | - Residential blender owners who are regular users and aren't price sensitive | - Onsite and Zoom interviews | - Readout for internal teams |
| - Participant profiles and screener | - Intake BYU data | - Commercial blender owners who regularly use either Blendtec or a competitor | - Transcribe recordings and summarize notes | - Re-interpret BYU data through lens of learning objectives, profiles, and screener |
| - Outline secondary research opportunities | - Competitive audit | | | - Assess findings coupled with competitive and secondary research |
| - Research hypothesis | - Pattern data | | | |

**Gongos** | User Research Methodology

# Defining a Target

- When reviewing the data, we homed in on survey participants who did not meet any of the following exclusion criteria:

  - ○ Q19 What do you value most in a blender? = Low Price

  - ○ Q30 Which of the following would make you most likely to switch? = Lower Price

  - ○ Q52 Income = Less than $50K

  - ○ Q15_1 & _4 How often do you use your traditional blender? immersion blender? = Own + Use monthly or less often for both, or own just one and use less often

- After these, 26% of the sample is remaining.  On the next slides, we cover off on this remaining 'target' audience (e.g., "selected"), and how their survey responses compare to the others "not selected".

# Summary

While there's much that could be dissected and discussed in detail, our review of the overall data, and of the prioritized target group, suggests the possibility of a fairly unique and distinct profile.

Think young affluent families - often dads, perhaps with a bit of an ego - who often pursue 'the best' either because it's a matter of taste, or a pursuit of cultural cachet. They're independent and curious, and value the input of experts. They live fast-paced, active lives, and prioritize their health.

They love the experience of food: exploring variety, and enjoying the thrill and challenge of the creative process: they're often really good and curious in the kitchen. (They might also be a little show-offy.) They don't mind making a mess, because they understand that you can't create something worthwhile without getting a little dirty. (That's not to say they enjoy cleaning up, of course.)

When it comes to blenders, they're frequent users, and their skill in the kitchen means that they have a good sense of what they want. Sure, they prioritize standard attributes like quality and reliability; but what makes them unique is their desire to be able to do more with their blender, to do it better, and with a machine that's smart, elegant, and modern. They're less likely to care about cleaning and simplicity than your everyday user, given their goals; but that's not to say they don't care at all.

# Who they are

- Demographics

- Lifestyle

- Ownership

# Basic demos

The target group is a roughly equal mix of men and women, unlike others, who skew to the latter:

| | | Selected (A) | Not Selected (B) |
|---|---|---|---|
| Female | Count | 124 | 433 A |
| | Column N % | 47.3% | 57.0% |
| Male | Count | 135 B | 316 |
| | Column N % | 51.5% | 41.6% |

They skew a bit younger; 45% are ages 25 to 44, vs. 32% of others:

| | | Selected (A) | Not Selected (B) |
|---|---|---|---|
| 18-24 years old | Count | 13 | 61 A |
| | Column N % | 5.0% | 8.0% |
| 25-34 years old | Count | 58 B | 124 |
| | Column N % | 22.1% | 16.3% |
| 35-44 years old | Count | 59 B | 118 |
| | Column N % | 22.5% | 15.5% |
| 45-54 years old | Count | 46 | 126 |
| | Column N % | 17.6% | 16.6% |
| 55-64 years old | Count | 35 | 137 A |
| | Column N % | 13.4% | 18.0% |

HH income is solidly in the $50K-$99K range, with a substantial proportion falling above $100K:

| | | Selected (A) | Not Selected (B) |
|---|---|---|---|
| $50,000-$99,999 | Count | 175 B | 303 |
| | Column N % | 66.8% | 39.9% |
| $100,000-$199,999 | Count | 70 B | 87 |
| | Column N % | 26.7% | 11.4% |
| More than $200,000 | Count | 17 B | 17 |
| | Column N % | 6.5% | 2.2% |

They're more likely to have kids, usually 1 or 2:



| | | Selected (A) | Not Selected (B) |
|---|---|---|---|
| Q50 How many children under the age of 18 are in your household? 0 | Count | 143 | 529 A |
| | Column N % | 54.6% | 69.6% |
| 1 | Count | 51 B | 105 |
| | Column N % | 19.5% | 13.8% |
| 2 | Count | 44 B | 75 |
| | Column N % | 16.8% | 9.9% |

# Lifestyle

They're busy, active; their days get off to a fast start. 45% eat breakfast out at least once a

| Q3_1code On average, how often do you go out to eat each week? - Breakfast | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| 1 1-3 times per week | | Count | 73 B | 155 |
| | | Column N % | 27.9% | 20.4% |
| 2 4-6 times per week | | Count | 18 | 38 |
| | | Column N % | 6.9% | 5.0% |
| 3 7 or more times per week | | Count | 25 B | 28 |
| | | Column N % | 9.5% | 3.7% |
| 4 Less than once per week | | Count | 146 | 539 A |
| | | Column N % | 55.7% | 70.9% |

But eating out isn't just about convenience; it's also about the pleasure of variety:

| Q4MM - What would you say are your leading reasons for eating out? | Q4Code4 I like being able to eat a variety of different foods | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| | | Count | 129 B | 288 |
| | | Column N % | 49.2% | 37.9% |

Exercise is a big part of their lifestyle; almost 4 out of 5 do it at least a few times a week, vs. 3 out of 5 of others:

| Q7 How often do you exercise? | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| More than once a day | | Count | 15 | 27 |
| | | Column N % | 5.7% | 3.6% |
| Daily | | Count | 79 B | 171 |
| | | Column N % | 30.2% | 22.5% |
| A few times a week | | Count | 112 B | 262 |
| | | Column N % | 42.7% | 34.5% |

# Food

They're experienced and confident in the kitchen, whether as preppers or chefs:

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| Q5 Which of the following do you most consider yourself to be? | A meal prepper | Count | 118 B | 291 |
| | | Column N % | 45.0% | 38.3% |
| | An expert chef | Count | 64 B | 127 |
| | | Column N % | 24.4% | 16.7% |

They enjoy sharing their cooking skills (and maybe showing off a bit?) by cooking for kids and significant others:

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| Q6MM - Which of the following people do you prepare meals for? | Q6Code2 Children | Count | 118 B | 262 |
| | | Column N % | 45.0% | 34.5% |
| | Q6Code5 Spouse or significant other | Count | 187 B | 441 |
| | | Column N % | 71.4% | 58.0% |

They love to experiment and play in the kitchen, and are frequently trying out new recipes:

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| Q12 How often do you try new recipes? | Often. I'm frequently trying new recipes. (A few times a week or more) | Count | 93 B | 173 |
| | | Column N % | 35.5% | 22.8% |

This exploratory, proactive spirit carries over to how they find recipes – they search openly more often than going to standard, "packaged" sources of inspiration:

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| Q13MM - Where do you typically find new recipes? | Q13Code4 Google | Count | 131 B | 286 |
| | | Column N % | 57.2% | 47.6% |
| | Q13Code8 Recipe websites | Count | 116 | 307 |
| | | Column N % | 50.7% | 51.1% |
| | Q13Code2 Cookbooks | Count | 103 | 247 |
| | | Column N % | 45.0% | 41.1% |

# Food shopping

They're much more likely than others to do their food shopping at stores with an air of exclusivity:

- Membership/fee-based clubs
- Stores with cultural cachet
- Stores with a natural focus (and higher costs)

| Q8MM -Where do you normally go grocery shopping? | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| Q8Code8 Costco/Sam's Club | Count | | 110 B | 239 |
| | Column N % | | 42.0% | 31.4% |
| Q8Code17 Target | Count | | 91 B | 158 |
| | Column N % | | 34.7% | 20.8% |
| Q8Code18 Trader Joe's | Count | | 72 B | 105 |
| | Column N % | | 27.5% | 13.8% |
| Q8Code2 Sprouts | Count | | 72 B | 105 |
| | Column N % | | 27.5% | 13.8% |
| Q8Code3 Whole Foods | Count | | 72 B | 105 |
| | Column N % | | 27.5% | 13.8% |
| Q8Code16 Safeway/Albertson's | Count | | 45 B | 90 |
| | Column N % | | 17.2% | 11.8% |

# Discovery

- What did they look for in their last blender purchase?

- How did they find it?

# Appliances

They learn about appliances from a mix of sources, but there's a pattern that reflects their confidence as consumers and cooks (as well as their affluence). They do a lot of their own research, and are curious about what experts are using and saying:

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| $Q10MM -Where do you normally learn about new kitchen appliances? | Q10Code6 Google search | Count | 125 B | 260 |
| | | Column N % | 47.7% | 34.2% |
| | Q10Code2 Advertising | Count | 111 | 297 |
| | | Column N % | 42.4% | 39.1% |
| | Q10Code12 Social Media | Count | 84 | 204 |
| | | Column N % | 32.1% | 26.8% |
| | Q10Code3 Cooking shows | Count | 71 B | 152 |
| | | Column N % | 27.1% | 20.0% |
| | Q10Code10 Online on brand websites | Count | 80 B | 167 |
| | | Column N % | 30.5% | 22.0% |
| | Q10Code13 YouTube | Count | 65 B | 142 |
| | | Column N % | 24.8% | 18.7% |

# Appliance shopping

While they're not adverse to buying appliances at Walmart, their shopping suggests a more affluent lifestyle that's driven by convenience and an emphasis on style and design:

| $Q9MM - Where do you normally shop for kitchen appliances? | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| | Q9Code19 Walmart | Count | 155 | 456 |
| | | Column N % | 59.2% | 60.0% |
| | Q9Code5 Amazon | Count | 152 B | 337 |
| | | Column N % | 58.0% | 44.3% |
| | Q9Code17 Target | Count | 89 B | 191 |
| | | Column N % | 34.0% | 25.1% |
| | Q9Code6 Best Buy | Count | 74 B | 128 |
| | | Column N % | 28.2% | 16.8% |
| | Q9Code7 Club Store | Count | 58 B | 125 |
| | | Column N % | 22.1% | 16.4% |
| | Q9Code12 IKEA | Count | 41 B | 68 |
| | | Column N % | 15.6% | 8.9% |

When it comes to buying a blender, though, they're far less likely than others to purchase at Walmart than Amazon or Best Buy (what does this tell us about their expectations?):

| 34code Where did you urchase your last blender? - elected Choice | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| | 10 Walmart | Count | 70 | 329 A |
| | | Column N % | 26.7% | 43.3% |
| | 1 Amazon | Count | 66 B | 106 |
| | | Column N % | 25.2% | 13.9% |
| | 2 Best Buy | Count | 22 B | 40 |
| | | Column N % | 8.4% | 5.3% |

One-half replace their blender every 2 years or less, vs. one-third of others:

| 33code How often do you urchase a new blender? | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| | 1 Every six months or less | Count | 22 B | 27 |
| | | Column N % | 8.4% | 3.6% |
| | 4 Every year | Count | 39 B | 83 |
| | | Column N % | 14.9% | 10.9% |
| | 3 Every two years | Count | 66 B | 149 |
| | | Column N % | 25.2% | 19.6% |

# Use scenarios

- How do they use their blender?

- How often?

- What do they make?

# Blender usage

Their blender usage is fairly frequent relative to
others; almost half of traditional blender owners use
it at least weekly, for instance:

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| Q15_1code How frequently do you use your...? - Traditional Blender | 5 Several times a week | Count | 53 B | 52 |
| | | Column N % | 20.2% | 6.8% |
| | 6 Weekly | Count | 68 B | 113 |
| | | Column N % | 26.0% | 14.9% |

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| Q15_3code How frequently do you use your...? - KitchenAid/Mixer | 5 Several times a week | Count | 40 B | 43 |
| | | Column N % | 15.3% | 5.7% |
| | 6 Weekly | Count | 40 B | 77 |
| | | Column N % | 15.3% | 10.1% |

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| Q15_2code How frequently do you use your...? - Food Processor | 5 Several times a week | Count | 35 B | 31 |
| | | Column N % | 13.4% | 4.1% |
| | 6 Weekly | Count | 31 B | 50 |
| | | Column N % | 11.8% | 6.6% |

| Use Appliance at Least Weekly | | |
|---|---|---|
| | Targets | Others |
| Traditional blender | 46% | 22% |
| Kitchen Aid/Mixer | 31% | 16% |
| Food processor | 25% | 11% |
| Bullet/personal size | 23% | 13% |
| Immersion blender | 13% | 4% |

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| 15_5code How frequently do you use your...? - Bullet or personal Size Blender | 5 Several times a week | Count | 30 B | 40 |
| | | Column N % | 11.5% | 5.3% |
| | 6 Weekly | Count | 31 B | 55 |
| | | Column N % | 11.8% | 7.2% |

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| Q15_4code How frequently do you use your...? - Immersion Blender | 5 Several times a week | Count | 10 | 16 |
| | | Column N % | 3.8% | 2.1% |
| | 6 Weekly | Count | 23 B | 15 |
| | | Column N % | 8.8% | 2.0% |

# Pain Points/ Wish List

- What they wish their blender would do for them

- Where their blender lets them down or frustrates them

# Blender ownership

Current ownership patterns are similar across the two groups; Kitchen Aid and Ninja are most popular at present (though 73% of Targets own these brands now vs. 55% of others).

Both groups seem to have moved away from Hamilton Beach and Black & Decker in substantial numbers.

| | Targets | | Others | |
|---|---|---|---|---|
| **Currently or Previously Owned** | | | | |
| | Currently own | Owned in the past | Currently own | Owned in the past |
| Kitchen Aid | 37% | 27% | 30% | 19% |
| Ninja | 36% | 12% | 25% | 12% |
| Hamilton Beach | 20% | 37% | 19% | 40% |
| Black & Decker | 16% | 29% | 12% | 33% |
| Vitamix | 12% | 5% | 6% | 4% |
| Blendtec | 3% | 5% | 2% | 2% |

Both groups would be willing to switch their brand for better table-stakes attributes like quality, power, durability, and cleaning.

But for the target group, it's the get-the-job-done attributes of power and durability that matter much more compared to others.

| SQ30MM - What would get you to switch from your current blender rand? | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| | Q30_code2 Better quality | Count | 105 | 259 |
| | | Column N % | 40.1% | 35.0% |
| | Q30_code7 Higher power | Count | 100 B | 201 |
| | | Column N % | 38.2% | 27.2% |
| | Q30_code6 Greater durability | Count | 95 B | 209 |
| | | Column N % | 36.3% | 28.2% |
| | Q30_code5 Easier to clean | Count | 94 | 281 |
| | | Column N % | 35.9% | 38.0% |

# Appliances

Their preferred look is a mix of functionality and modern, though they're somewhat more likely than others to choose the latter:

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| Q11code How would you describe your ideal style/look for kitchen products? | 3 Functional and "gets the job done" | Count | 79 | 239 |
| | | Column N % | 30.2% | 31.4% |
| | 6 Sleek and modern | Count | 67 B | 153 |
| | | Column N % | 25.6% | 20.1% |

# Blender attributes

What they value in a blender is a combination of table stakes like functionality, along with some more 'elite' features that let them do more and provide peace of mind

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| $Q19MM - What do you value most in a blender? | Q19_code3 Blending power | Count | 174 B | 411 |
| | | Column N % | 66.4% | 54.1% |
| | Q19_code5 Durability | Count | 150 | 429 |
| | | Column N % | 57.3% | 56.4% |
| | Q19_code6 Easiness to clean | Count | 109 | 371 A |
| | | Column N % | 41.6% | 48.8% |
| | Q19_code10 Speed settings | Count | 102 B | 244 |
| | | Column N % | 38.9% | 32.1% |
| | Q19_code2 Blade variety | Count | 57 B | 83 |
| | | Column N % | 21.8% | 10.9% |
| | Q19_code11 Warranty | Count | 43 B | 82 |
| | | Column N % | 16.4% | 10.8% |

Within these results, though, there's some nuance. For instance, compared to others they're more likely to value power, speed settings, and blade variety – i.e., the ability to do more.

They're less likely than others to prioritize ease of cleaning – suggesting the type of experienced cook who understands that part of the process (and fun) of creating something great is making a mess. (That's not to say they love cleaning up when the job is done; but rather, they take it in stride, understanding that that's part of the deal of using the tool.)

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| Q20MM - What is the most annoying thing about using a blender? | Q20_code2 Difficulty to clean up | Count | 156 | 438 |
| | | Column N % | 59.5% | 57.6% |

They're also more likely to care about warranties – they work their machines hard, and a good warranty is a mark of a quality brand.

# Blender attributes

What they're looking for in a blender is a combination of get-the-job-done table stakes like power and versatility, with a feeling of 'smart' or elegant; they're less attracted to simplicity than others:

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| $Q37MM - Select three of the following attributes that you would associate with a perfect blender. | Q37_code7 Powerful | Count | 174 | 489 |
| | | Column N % | 66.4% | 64.3% |
| | Q37_code6 Multi-purpose | Count | 158 | 455 |
| | | Column N % | 60.3% | 59.9% |
| | Q37_code8 Reliable | Count | 147 | 440 |
| | | Column N % | 56.1% | 57.9% |
| | Q37_code9 Simple | Count | 55 | 242 A |
| | | Column N % | 21.0% | 31.8% |
| | Q37_code10 Smart | Count | 39 B | 79 |
| | | Column N % | 14.9% | 10.4% |
| | Q37_code3 Elegant | Count | 35 B | 50 |
| | | Column N % | 13.4% | 6.6% |

(When shown a Blendtec blender, though, they are seeing 'smart' and 'elegant' – as well as 'simple' – but they're not seeing power or reliability so much:)

| | | | Selected (A) | Not Selected (B) |
|---|---|---|---|---|
| Q39MM - Select three of the following attributes that you would associate with this Blendtec blender. | Q39_code7 Powerful | Count | 116 B | 284 |
| | | Column N % | 44.3% | 37.4% |
| | Q39_code6 Multi-purpose | Count | 153 | 434 |
| | | Column N % | 58.4% | 57.1% |
| | Q39_code8 Reliable | Count | 76 | 231 |
| | | Column N % | 29.0% | 30.4% |
| | Q39_code9 Simple | Count | 81 | 267 |
| | | Column N % | 30.9% | 35.1% |
| | Q39_code10 Smart | Count | 54 | 136 |
| | | Column N % | 20.6% | 17.9% |
| | Q39_code3 Elegant | Count | 40 | 105 |
| | | Column N % | 15.3% | 13.8% |

| | | | | |
|---|---|---|---|---|
| **blendtec** | **There's a Blendtec for Everyone**<br>INNOVATION - VERSATILITY | | **ZWILLING J.A.HENCKELS** | **Tradition of innovation**<br>INNOVATION - HERITAGE |
| **NINJA** | **Power to the Kitchen™**<br>VERSATILITY - INNOVATION | | **Joyoung** | **Enjoy Being Healthy**<br>CREATIVITY |
| **Vitamix** | **Built to Last**<br>DURABILITY - POWER | | **nutribullet** | **Nutrition, made simple.**<br>HEALTH - SIMPLICITY |
| **KitchenAid** | **Explore your best taste and texture**<br>VERSATILITY - CREATIVITY | | **smeg** | **High Performance, Superior Style**<br>VERSATILITY - STYLE |
| **Cuisinart** | **Start making kitchen magic**<br>VERSATILITY - POWER | | **BLACK+DECKER** | **Easy by Design™**<br>DURABILITY - SIMPLICITY |
| **Hamilton Beach** | **Powerful, attractive blenders for every kitchen.**<br>VERSATILITY | | **Breville** | **Color Me Healthy**<br>CREATIVITY - INNOVATION |
| **WOLF GOURMET** | **Predict Delicious**<br>PRECISION | | **BEAST.** | **The World's Most Beautiful Blender**<br>HEALTH - STYLE |



All content is confidential and the property of Enlisted Design    103



**Versatile. Reliable. Profitable.**
VERSATILITY - PARTNERSHIP

**No Difference. That's Our Difference.**
PRECISION - PREDICTABILITY

**Imagine, Invent, and Inspire®**
CREATIVITY - POWER

**At the forefront of innovation.**
INNOVATION - VERSATILITY

**Creating Perfect Results.**
PERFORMANCE

**Built Strong. Made to Last.**
DURABILITY - RELIABILITY



# Potential market

**Residential cooks**
people who prepare meals for themselves and their families

**Professional food service industry chefs and cooks**
people whose job is prepping and cooking meals rely on the tools of their trade and influence purchasing decisions

**Restaurant owners and managers**
purchasing decision makers

**Media and the small kitchen appliance industry**
people who write about and/or have a vested interest in our sector

**Employees, recruits, and shareholders**
the people who have a financial stake in Brand Blendtec



All content is confidential and the property of Enlisted Design



Belonging



# Potential

# Shelf: Immersion Blender



**Blendtec**
Immersion Blender
$150



**Smeg**
Hand Blender
700w | $190



**Vitamix**
Immersion Blender
625w | $150



**All Clad**
Immersion Blender
600w | $170



**Philips**
Immersion Blender
300w | $130



**Breville**
Immersion Blender
280w | $120

All content is confidential and the property of Enlisted Design

109

# Current Market: Commercial



**Blendtec**
Commercial Back-of-House
$400–$500



**Avamix**
Drink Blender
64oz | 3.5hp | $230



**Vitamix**
Drink Machine Advance
48oz | 2.3hp | $443



**Vitamix**
Vita-Prep 3
64oz | 2.2hp | $505



**Waring Commercial**
Medium Duty - TBB Line
48oz | 1492w | $303-$335



**Waring Commercial**
Heavy Duty - MX Line
64oz | 1560w | $430-$992

All content is confidential and the property of Enlisted Design     110

# Current Market: Commercial



**Blendtec**
Commercial Large
Capacity
$1600



**AvaMix**
BX1GRG
1gal | 3.75hp | $700



**AvaMix**
BX1GRGV
1gal | 3.75hp | $750



**Vitamix**
XL
1.5gal | 4.2hp | $1,600



**Waring**
Heavy Duty - CB15 Line
1gal | 1800w | $1,234 -$1,832

# Discovery path & use scenarios

**Frequent users who aren't price sensitive:**

- do their own research and **curious about what experts are using and saying**

- shopping suggests a **more affluent lifestyle** driven by convenience, style, and design

- more likely to purchase at Amazon or Best Buy than Walmart

- replace their blender about every 2 years

- use their blender at least weekly

appendix



# Pain points & wishes

**Frequent users who aren't price sensitive:**

- moving away from Hamilton Beach, B&D and toward KitchenAid, Ninja
- willing to switch brand for table-stakes attributes (quality, power, durability, cleanability)
- **get-the-job-done attributes** of power and durability matter most
- their preferred style is **functional and modern,** with a slight preference for modern.
- value power, speed settings, and blade variety —**ability to do more**
- less likely to prioritize cleanability—they understand **cleaning up is part of using the tool.**
- more likely to **care about warranties:** they work their machines hard and want quality they can trust.

appendix



All content is confidential and the property of Enlisted Design

# Demographics & lifestyle

**Frequent users who aren't price sensitive:**

- equal mix of male and female, skew younger, 1–2 kids, solid $50k–$100k+ income
- busy; exercise routinely, eat out for **pleasure and variety**
- experienced in the kitchen; enjoy **exploring recipes, experimenting, and sharing skills**
- shop at stores with an air of **exclusivity, cultural cachet, and higher cost**

appendix



# Staging Photos

   



# For people who rely on blenders, who would be interested in our brand?









PRIMARY
## Nurturer
In the kitchen for the love of nourishing self and others

**Our product helps them prepare satisfying meals**

PRIMARY
## Experimenter
In the kitchen for the thrill and challenge of culinary creativity

**Our product enhances their kitchen capabilities**

PRIMARY
## Purchaser
Not in the kitchen, but specifies equipment for those who are

**Our product enhances their profitability and efficiency**

SECONDARY
## Nutritionist
 In the kitchen to ritualistically optimize health and wellness

**Our product simplifies their efforts to eat healthy**

Design Objective

# The Aspirational Kitchen

Whether professional or amatuer, it's about enjoying the experience of food and striving to do more, better. It's about pride in culinary skill—and in the tools that enable the practice.

Because it takes curious exploration and leaning into mess-making in order to purse "the best."

# For people who rely on blenders, who would be interested in our brand?

     

| PRIMARY | PRIMARY | PRIMARY | SECONDARY | TERTIARY | TERTIARY |
|---|---|---|---|---|---|
| **Nurturer** | **Experimenter** | **Purchaser** | **Nutritionist** | **Hastemaker** | **Aesthete** |
| In the kitchen for the love of nourishing self and others | In the kitchen for the thrill and challenge of culinary creativity | Not in the kitchen, but specifies equipment for those who are | In the kitchen to ritualistically optimize health and wellness | In the kitchen as efficiently as possible and gets on with the day | In the kitchen rarely; uses it as a space to impress friends |
| Prepares meals for multiple people, multiple days, or both | Sees the kitchen as a blank canvas for creativity | Focused on the bottom line and razor-thin service industry margins: durability, reliability, and efficiency matter. | Often prepares and stores several days' meals at a time. | Lives a fast-paced, active lifestyle while still prioritizing their health | Often eats out or has meals delivered |
| Enjoys hosting large meals | Enjoys discovering new recipes from cooking shows and magazines | Recognizes the importance of arming the kitchen team with the right tools to do their job: versatility and ease-of-use matter. | Obsessed with ingredients, portion size, nutritional value. | Prepares meals for multiple people, multiple days, or both | Designed their kitchen on Pinterest |
| Has go-to recipes but is skilled at experimenting | Enjoys entertaining and sharing stories over food | | Heavy user of small appliances; has different types of blenders for specific uses. | Looking for quick, nutritious solutions; cooks on repeat | Expresses love for kitchen gadgets and has drawers and cabinets full of them |
| Relies on a set of quality tools that make cooking more efficient, gratifying, and enjoyable. | Leans into mess-making | | Wants to always have the right tool for the project. | Wants efficient tools, especially when it comes to cleanup. | Hates the mess of cooking because it ruins kitchen aesthetics |
| | Trusts the process and wants quality tools that enhance success | | | | |
| **Our product helps them prepare satisfying meals** | **Our product enhances their kitchen capabilities** | **Our product enhances their profitability and efficiency** | **Our product simplifies their efforts to eat healthy** | **Our product enables multitasking** | **Our product is a status symbol** |



All content is confidential and the property of Enlisted Design 117

# For people who rely on blenders, who would be interested in our brand?






PRIMARY
## Nurturer

**In the kitchen for the love of nourishing self and others**

Prepares meals for multiple people, multiple days, or both

Enjoys hosting large meals

Has go-to recipes but is skilled at experimenting

Relies on a set of quality tools that make cooking more efficient, gratifying, and enjoyable.

**Our product helps them prepare satisfying meals**

PRIMARY
## Experimenter

**In the kitchen for the thrill and challenge of culinary creativity**

Sees the kitchen as a blank canvas for creativity

Enjoys discovering new recipes from cooking shows and magazines

Enjoys entertaining and sharing stories over food

Leans into mess-making

Trusts the process and wants quality tools that enhance success

**Our product enhances their kitchen capabilities**

PRIMARY
## Purchaser

**Not in the kitchen, but specifies equipment for those who are**

Focused on the bottom line and razor-thin service industry margins: durability, reliability, and ease-of-use matter.

Recognizes the importance of arming the kitchen team with the right tools to do their job: versatility and ease-of-use matter.

**Our product enhances their profitability and efficiency**

SECONDARY
## Nutritionist

**In the kitchen to ritualistically optimize health and wellness**

Often prepares and stores several days' meals at a time.

Obsessed with ingredients, portion size, nutritional value.

Heavy user of small appliances; has different types of blenders for specific uses.

Wants to always have the right tool for the project.

**Our product simplifies their efforts to eat healthy**

## Design Objective

In designing a brand, we look for a <u>common denominator</u> across multiple personas that would have <u>larger appeal</u>.

For people who rely on blenders, who would be interested in our brand?

   

Design Target

# The Aspirational Kitchen

PRIMARY
## Nurturer

In the kitchen for the love of nourishing self and others

PRIMARY
## Experimenter

In the kitchen for the thrill and challenge of culinary creativity

PRIMARY
## Purchaser

Not in the kitchen, but specifies equipment for those who are

SECONDARY
## Nutritionist

In the kitchen to ritualistically optimize health and wellness

Whether professional or amatuer, it's about enjoying the experience of food and striving to do more, better. It's about pride in culinary skill—and in the tools that enable the practice.

Because it takes curious exploration and leaning into mess-making in order to purse "the best."

These audiences want to experience the joy of
**capability, accomplishment, and confidence**

**Our product helps them prepare satisfying meals**

**Our product enhances their kitchen capabilities**

**Our product enhances their profitability and efficiency**

**Our product simplifies their efforts to eat healthy**

Brand Essence

# The Standard of Culinary Empowerment

**If you...**

...expect more

...experiment more

...do more

...explore more

...challenge more

...pursue more

...want more

...sell more

**out of your kitchen, we're Blendtec. And we're here to make it happen**



All content is confidential and the property of Enlisted Design



Split residential and commercial?

Recap (Where BT is currently and Problem statement)

Research (Pattern Insights, ID insights?, Survey data, BYU data)

Competitive Audits (Maily Ninja, Nutribullet, Vitamix)

Audience (archetypes, customer journey, focus map?)

Positioning (Action statements and throughlines)

**enlisted**    Blendtec Research | Brand Strategy | 30 June 2022
project | discipline | phase description or round | XXXX Month XX

All content is confidential and the property of Enlisted Design    121

Meeting in person at BT next-week

- Brent building an outline of points (migrating into deck)
- Percolating stuff
        - People who did interviews - pull out insights or key points from each interview added to the spreadsheet (between the lines)
        - think about trends, think about reliability... what are we seeing??
        - When do we need this by? (Have VD work through the deck as we start to build it out)
- Insights tracking workshop, pull out north stars (tactile controls but blendtec blades are better, variable speed, stepped speed is not as ideal (manual bump of speed), cracked jars on Blendtecs, gears on the bottom round out - BT makes you buy a new jar.
- Want to workshop prior to ideation sketching
- Broader research lend to insights/ screener survey/ Interviews
        - Phase one gives us rough guidelines? And then refining from there??
- Just intensity control
- Focus group?? Or do we want numbers?
        - one around controls, one around aesthetic, one around repairing
- Are we okay with ID showing vision boards during the phase end presentation? (thought starters)
- Don't forget your roots - people we are identifying are looking for professional level

Miles + Rachel Sync
- Are people purchasing BECAUSE of attachments, or in spite of???
- Thinking it's cool (attachments) but not a practical thing they use
- Majority of people are purchasing because of features and functions
- Where is the market who makes margaritas?
- Does the audience know what the features mean?
- What are they selling on?
- Most people get a blender as a wedding gift - Kitchen appliance you don't want to spend money on, but is useful to have - - - niche market

**Blendtec** - Today



All content is confidential and the property of Enlisted Design

**Research** Overview



## Pattern insights, initial research points and insights - Takeaways?

# **Competitive** Audit



All content is confidential and the property of Enlisted Design

**Discovery** | Introduction

Overview of what was audited, perhaps only the top five? Competitors in the low-tier bracket
Giant pink elephant in the room (Ninja)

**Audience** Positioning



Overview of user research, audience profiles (archetypes), customer journey, consumer mapping

# User research studies—

## Push Survey

To begin our user research, we drafted and executed a survey for residential and commercial blender users. In doing so we were able to pull quantitative data points on cadence of use, number of people in the home, and common brands.

## Extended Interviews

We conducted a total of five residential and five commercial interviews with target users. Our goal with these extended user interviews was to observe how users interact and store their blenders, we also gathered data points on purchasing decisions, pain points with the current blender/brand, and wish list items for blenders in the future.



All content is confidential and the property of Enlisted Design











### "The Parent"

**Motivation**
As a way to keep up with their young children, the parent focuses on healthy eating and regular exercise.

**Priorities**
- Smart technology
- Larger portion sizes (entertaining and family)
- Durability

### "The Hobbyist"

**Motivation**
The hobbyist is extremely experimental, and enjoys the art of cooking.

**Priorities**
- Features, versatility
- Technology
- Ease of use

### "The Nutritionist"

**Motivation**
The nutritionist focuses on health and wellness. They are also avid social media users and often on the go.

**Priorities**
- Aesthetics
- Durability - use daily
- Portion Size

### "The Nurturer"

**Motivation**
The nurturer is consistently entertaining their family, and cooking for large groups.

**Priorities**
- Ease of Cleanliness
- Large portion sizes
- Durability
- Cost Efficient

### "The Sprinter"

**Motivation**
The sprinter is always busy, and they struggle to maintain a healthy lifestyle.

**Priorities**
- Ease of use
- Ease of cleanliness
- Cost effective

Case 2:25-cv-00096-RJS-DBP    Document 96-19    Filed 07/23/25    PageID.2575    Page 134 of 144







## "The Parent"

**Motivation**
As a way to keep up with their young children, the parent focuses on healthy eating and regular exercise.

**Priorities**
- Smart technology
- Larger portion sizes (entertaining and family)
- Durability

## "The Nurturer"

**Motivation**
The nurturer is consistently entertaining their family, and cooking for large groups.

**Priorities**
- Ease of Cleanliness
- Large portion sizes
- Durability
- Cost Efficient

## "The Sprinter"

**Motivation**
The sprinter is always busy, and they struggle to maintain a healthy lifestyle.

**Priorities**
- Ease of use
- Ease of cleanliness
- Cost effective

## Throughline

Focus on family, durability and ease of use (technology / cleaning)

All content is confidential and the property of Enlisted Design    133







## "The Parent"

**Motivation**
As a way to keep up with their young children, the parent focuses on healthy eating and regular exercise.

**Priorities**
- Smart technology
- Larger portion sizes (entertaining and family)
- Durability

## "The Hobbyist"

**Motivation**
The hobbyist is extremely experimental, and enjoys the art of cooking.

**Priorities**
- Features, versatility
- Technology
- Ease of use

## "The Nurturer"

**Motivation**
The nurturer is consistently entertaining their family, and cooking for large groups.

**Priorities**
- Ease of Cleanliness
- Large portion sizes
- Durability
- Cost Efficient

## Throughline

Focus on experimentation, professional-level

All content is confidential and the property of Enlisted Design

**Discovery** | Audience Profiles

 

### "The Nutritionist"

**Motivation**
The nutritionist focuses on health and wellness. They are also avid social media users and often on the go.

**Priorities**
- Aesthetics
- Durability -  use daily
- Portion Size

### "The Sprinter"

**Motivation**
The sprinter is always busy, and they struggle to maintain a healthy lifestyle.

**Priorities**
- Ease of use
- Ease of cleanliness
- Cost effective

### Throughline

Focus on preparation and ease of use - prefer to have a few attachments (i.e. personal size, travel size and full size)

**Discovery** | Audience Profiles











## "The Parent"

**Motivation**
As a way to keep up with their young children, the parent focuses on healthy eating and regular exercise.

**Priorities**
- Smart technology
- Larger portion sizes (entertaining and family)
- Durability

## "The Hobbyist"

**Motivation**
The hobbyist is extremely experimental, and enjoys the art of cooking.

**Priorities**
- Features, versatility
- Technology
- Ease of use

## "The Nutritionist"

**Motivation**
The nutritionist focuses on health and wellness. They are also avid social media users and often on the go.

**Priorities**
- Aesthetics
- Durability - use daily
- Portion Size

## "The Nurturer"

**Motivation**
The nurturer is consistently entertaining their family, and cooking for large groups.

**Priorities**
- Ease of Cleanliness
- Large portion sizes
- Durability
- Cost Efficient

## "The Sprinter"

**Motivation**
The sprinter is always busy, and they struggle to maintain a healthy lifestyle.

**Priorities**
- Ease of use
- Ease of cleanliness
- Cost effective

All content is confidential and the property of Enlisted Design

**Discovery** | Audience Profiles

## "The Parent"

- 25-45, male
- 1-2 children under 18yo
- Health conscious - Exercise a few days per week
- Costco/Sam's Club member
- Did extensive research before purchasing last blender - Fan of "gadgets" and "smart"/"elegant" technology
- Uses blender weekly

## "The Nurturer"

- 35-55, female
- 1-2 children
- Enjoys entertaining - large family close by?
- Costco/Sam's Club member
- Uses blender weekly

**Mark -**
Gardener, pulls fresh ingredients from the garden, shops at higher end club stores (Costco)

**Priorities**
- Durability, Reliability
- "Trusted" brand

## "The Nutritionist"

- 20-35, male
- No children
- Heavy social media user
- Meal prepper
- Daily exercise
- Shops at Whole Foods/Sprouts/Trader Joe's - (natural focus)
- Purchased last blender based on social media
- Uses blender several days per week

## "The Hobbyist"

- 45-55, male
- Enjoys eating out and then duplicating recipes at home
- Shops at higher priced grocery options - "best ingredients"
- Purchased last blender from celebrity chef recommendation
- Uses blender several days per week

## "The Sprinter"

- 25-35, female
- 0-1 Children
- Working professional, office job
- Purchased last blender at Walmart/Target/Amazon, limited research
- Uses blender weekly, but would love to use it more

"They're less likely than others to prioritize ease of cleaning – suggesting the type of experienced cook who understands that part of the process (and fun) of creating something great is making a mess. (That's not to say they *love* cleaning up when the job is done; but rather, they take it in stride, understanding that that's part of the deal of using the tool.)"

**Blendtec** - Positioning



All content is confidential and the property of Enlisted Design

Ideas -

1. Professional Level Blender
2. Modern durability, Family Heirloom - Become a Blendtec Family, "Not your grandmother blender.."?
3. Countertop ready - A powerful machine and a work of art

Positioning based on insights. 3 position statements or vision boards??

Do we need to look at brand architecture??

**Blendtec** - Future



All content is confidential and the property of Enlisted Design

Next Steps

project | discipline | phase description or round | XXXX Month XX

All content is confidential and the property of Enlisted Design

# Next Steps

- First step here
  - Description
  - Description
- Second step here
- Third step
- Next steps

Layover image here

