| | |
|---|---|
| George Hofmann (10005) | Kyle S. Smith (*Pro Hac Vice*) |
| Kathryn Tunacik (13363) | **McGuireWoods LLP** |
| **Cohne Kinghorn, P.C.** | 501 Fayetteville St., Ste. 500 |
| 111 E Broadway 11th Fl | Raleigh, NC 27601 |
| Salt Lake City, UT 84111 | Tel: 919-835-5966 |
| Tel: (801) 363-4300 | Fax: 919-755-6607 |
| Fax: (801) 363-4378 | Email: ksmith@mcguirewoods.com |
| ghofmann@ck.law | |
| ktunacik@ck.Law | Jessica S. Maupin (*Pro Hac Vice*) |
| | **McGuireWoods LLP** |
| Lucy Jewett Wheatley (*Pro Hac Vice*) | 2601 Olive Street, Suite 2100 |
| Claire Hagan Eller (*Pro Hac Vice*) | Dallas, TX 75201 |
| **McGuireWoods LLP** | Tel: (214) 932.6400 |
| 800 East Canal Street | Fax: (214) 932.6499 |
| Richmond, VA 23219 | Email: jmaupin@mcguirewoods.com |
| Tel: (804) 775-4320 | |
| Fax: (804) 698-2130 | *Attorneys for Defendants* |
| Email: lwheatley@mcguirewoods.com | *MavorCo Holdings, LLC; MavorCo IP,* |
| Email: celler@mcguirewoods.com | *LLC; and MavorCo Operations, LLC* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah Corporation<br><br>*Plaintiff*,<br><br>v.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, Delaware limited liability company,<br><br>*Defendants.* | **MAVORCO'S MOTION FOR LEAVE TO FILE UNDER SEAL ITS UNREDACTED SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND CERTAIN EXHIBITS THERETO**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 5-3(b)(2), and the Standard Protective Order that applies in all civil cases in the U.S. District Court for the District of Utah (the "Standard Protective Order"), Defendants MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC (collectively "Defendants" or "MavorCo"), by and through counsel, hereby respectfully move this Court to file under seal the unredacted version of MavorCo's Supplemental Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction (the "Supplemental Brief"), along with Exhibits 1–9, 11, 12, 15–17, and 20–22 to the Supplemental Brief.

MavorCo files its Supplemental Brief pursuant to this Court's Order of June 11, 2025 (D.I. 66). The Supplemental Brief and above-identified exhibits pertain to discovery that was produced in the case *Blendtec Inc., v. BlendJet Inc.*, No. 2:21-cv-00668, in the U.S. District Court for the District of Utah (the "2021 Action") pursuant to the Standard Protective Order, and which were designated as Confidential Information—Attorneys' Eyes Only by Blendtec and third-party Brigham Young University. MavorCo moves this Court for leave to file under seal the Exhibits 1–9, 11, 12, 15–17, and 20–22 to the Supplemental Brief and the portions of its Supplemental Brief that either quote and/or describe these exhibits, as these documents contain material that has been designated as Confidential Information – Attorneys' Eyes Only by Blendtec and third-party Brigham Young University in the 2021 Action, pursuant to the Standard Protective Order. MavorCo is filing publicly a redacted version of this Supplemental Brief. Pursuant to DUCivR 5-3(b)(2)(C)(i), if Blendtec and/or Brigham Young University seek to have these documents remain under seal, they must file a motion for leave to file under seal within 7 days of service of this notice.

\*   \*   \*

For the foregoing reasons, MavorCo respectfully requests that the Court enter an Order restricting public access to and/or sealing the above-identified unredacted portions of MavorCo's

2

Supplemental Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction and Exhibits 1–9, 11, 12, 15–17, and 20–22 thereto.

Respectfully submitted, this 23rd day of July, 2025.

/s/ Lucy Jewett Wheatley
George B. Hofmann, IV (10005)
Kathryn Tunacik (13363)
**COHNE KINGHORN, P.C.**
111 E Broadway 11th Fl
Salt Lake City, UT 84111
Tel: (801) 363-4300
Fax: (801) 363-4378
Ghofmann@cohnekinghorn.Com
Ktunacik@ck.Law

Lucy Jewett Wheatley (*Pro Hac Vice*)
Claire Hagan Eller (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4320
Fax: (804) 698-2130
Email: lwheatley@mcguirewoods.com
Email: celler@mcguirewoods.com

Kyle S. Smith (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
501 Fayetteville St., Ste. 500
Raleigh, NC 27601
Tel: 919-835-5966
Fax: 919-755-6607
Email: ksmith@mcguirewoods.com

Jessica S. Maupin (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
2601 Olive Street, Suite 2100
Dallas, TX 75201
Tel: (214) 932.6400
Fax: (214) 932.6499
Email: jmaupin@mcguirewoods.com

*Attorneys for Defendants*
*MavorCo Holdings, LLC; MavorCo IP, LLC; and*
*MavorCo Operations, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for all parties to this action registered with the CM/ECF system.

Brett Foster (#6089)
Mark Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

**Attorneys for Plaintiff Blendtec Inc.**

/s/ Lucy Jewett Wheatley
Lucy Jewett Wheatley