IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah Corporation<br><br>*Plaintiff,*<br><br>v.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, Delaware limited liability company,<br><br>*Defendants.* | **[PROPOSED] ORDER GRANTING MAVORCO'S MOTION FOR LEAVE TO FILE UNDER SEAL ITS UNREDACTED SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Having considered the motion filed by Defendants MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC (collectively "Defendants" or "MavorCo"), for Leave to File Under Seal MavorCo's Unredacted Supplemental Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction (the "Supplemental Brief"), along with Exhibits 1–9, 11, 12, 15–17, and 20–22 to the Supplemental Brief, pursuant to DUCivR 5-3, the Court hereby GRANTS the Motion. The documents may be filed under seal.[1]

IT IS SO ORDERED.

DATE:

_____<br>
Dustin B. Pead<br>
United States Magistrate Judge

---

[1] Under DUCiv R5-3(b)(2)(C)(i), if Blendtec or Brigham Young University seek to have the unredacted version of its Supplemental Brief and Exhibits 1–9, 11, 12, 15–17, and 20–22 to that brief remain under seal, they must file a motion for leave to file under seal within seven days of service of BlendJet's Supplemental Brief. Failing to do so may result in BlendJet's unredacted Supplemental Brief and Exhibits 1–9, 11, 12, 15–17, and 20–22 to the Supplemental Brief being unsealed without further notice.