IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah Corporation<br><br>*Plaintiff,*<br><br>v.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, Delaware limited liability company,<br><br>*Defendants.* | **[PROPOSED] ORDER GRANTING MAVORCO'S MOTION FOR LEAVE TO MAINTAIN UNDER SEAL THE UNREDACTED VERSION OF BLENDTEC'S FRCP 26(b)(5)(B) MOTION AND EXHIBIT 5 THERETO**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Having considered the motion filed by Defendants MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC (collectively "Defendants" or "MavorCo"), for leave to maintain permanently under seal the unredacted version of Blendtec's FRCP 26(b)(5)(B) Motion (D.I. 93), along with Exhibit 5 attached thereto, and pursuant to DUCivR 5-3, the Court hereby GRANTS the motion. The documents may be filed under seal.

IT IS SO ORDERED.

DATE:

_____
Dustin B. Pead
United States Magistrate Judge