IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah Corporation<br><br>*Plaintiff,*<br><br>v.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, Delaware limited liability company,<br><br>*Defendants.* | **[PROPOSED] ORDER GRANTING MAVORCO'S MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM OPPOSING PLAINTIFF'S FRCP 26(b)(5)(B) MOTION**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Having considered the motion filed by Defendants MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC (collectively "Defendants" or "MavorCo"), for a 14-day extension of time to file a memorandum in opposition to Plaintiff Blendtec Inc.'s ("Plaintiff" or "Blendtec") FRCP 26(b)(5)(B) Motion (Dkt. 91), and for good cause shown, the Court hereby GRANTS the motion. It is hereby ORDERED that the time within which all Defendants named in this action must respond to Blendtec's FRCP 26(b)(5)(B) Motion is extended through and including **August 18, 2025.**

DATED this _____ August 2025.

_____
Dustin B. Pead
United States Magistrate Judge