**<u>EXHIBIT 1</u>**

# Kapaloski, Tammy

| | |
|---|---|
| **From:** | utd_enotice@utd.uscourts.gov |
| **Sent:** | Monday, August 4, 2025 8:31 PM |
| **To:** | ecf_notice@utd.uscourts.gov |
| **Subject:** | Activity in Case 2:25-cv-00096-RJS-DBP Blendtec v. Blendjet et al Motion for Extension of Time |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including unrepresented parties) who receive notice by email to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. Access to the one free electronic copy expires as designated by PACER. To avoid incurring charges later, download and save a copy of the document during the first access. However, if the referenced document is a transcript, the free download restrictions and 30-page limit do not apply.

***NOTICE REGARDING MAILING COPIES OF NEFS AND DOCUMENTS*** The court will mail a copy of the NEF and associated document of court-generated documents (e.g., reports and recommendations, orders, and notices of hearings) to parties who are not registered to receive electronic notice, as indicated under "Notice has been delivered by other means to. . . ". The court will not mail NEFs and documents of party-generated filings to any party (including the filing party) even if the "Notice has been delivered by other means to. . . " states otherwise. The filing party is responsible for serving a copy of the NEF or document on parties who do not receive electronic notice.

## US District Court Electronic Case Filing System

## District of Utah

## Notice of Electronic Filing

The following transaction was entered by Wheatley, Lucy on 8/4/2025 at 8:30 PM MDT and filed on 8/4/2025

| | |
|---|---|
| **Case Name:** | Blendtec v. Blendjet et al |
| **Case Number:** | 2:25-cv-00096-RJS-DBP |
| **Filer:** | Mavorco Holdings |
| | Mavorco IP |
| | Mavorco Operations |
| **Document Number:** | 102 |

**Docket Text:**
**MOTION for Extension of Time to File Memorandum Opposing Plaintiff's FRCP 26(b)(5)(B) Motion *(Doc. 91)* filed by Defendants Mavorco Holdings, Mavorco IP, Mavorco Operations.**

**(Attachments: # (1) Text of Proposed Order) Motions referred to Dustin B. Pead.(Wheatley, Lucy)**

**2:25-cv-00096-RJS-DBP Notice has been electronically mailed to:**

Brett L. Foster    foster.brett@dorsey.com, brett-foster-2631@ecf.pacerpro.com, davis.trudi@dorsey.com, stucki.sherri@dorsey.com

Claire Hagan Eller    celler@mcguirewoods.com

George B. Hofmann , IV    ghofmann@cohnekinghorn.com, enilson@ck.law, mparks@ck.law

Jessica Seiders Maupin    jmaupin@mcguirewoods.com, jpowell@mcguirewoods.com, nmontoya@mcguirewoods.com, USDocket@mcguirewoods.com

Kathryn Tunacik    ktunacik@ck.law, enilson@ck.law

Kyle Steven Smith    ksmith@mcguirewoods.com

Lucy Jewett Wheatley    lwheatley@mcguirewoods.com

Mark A. Miller    miller.mark@dorsey.com, hales.elliot@dorsey.com, stucki.sherri@dorsey.com, thompson.vanessa@dorsey.com

Tamara L. Kapaloski    kapaloski.tammy@dorsey.com, davis.trudi@dorsey.com, stucki.sherri@dorsey.com, tamara-kapaloski-7290@ecf.pacerpro.com

**2:25-cv-00096-RJS-DBP Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=8/4/2025] [FileNumber=6234456-0]
[0d81d245264a4f52cf2e8a895c7feece126f4dd82655377bf2c024a8445a46ff4245
ea6c7b97bc9d512deb49ec1e9a8b95002caac34409498dc373da135bb3e4]]
**Document description:** Text of Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=8/4/2025] [FileNumber=6234456-1]
[850fe99396d71e2606e0a709acf641db8cc930fd6a636954e82f703e73fb5bff8db1
a4802c35348f5246e673ef0b7d97436d14c6ad1f588b9300fb0ee28b62e5]]