Brett Foster (#6089)
Mark A. Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART MAVORCO'S MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM OPPOSING BLENDTEC'S RULE 26(b)(5)(B) MOTION**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Based on MavorCo's Motion for Extension of Time to File Memorandum Opposing Plaintiff's FRCP 26(b)(5)(B) Motion and Blendtec's Opposition thereto, and for good cause shown, the Court GRANTS IN PART and DENIES IN PART MavorCo's Motion for Extension of Time. The Court hereby ORDERS that Defendants' response to the FRCP 26(b)(5)(B) Motion shall be filed on or by August 8, 2025, and that Blendtec's reply to the FRCP 26(b)(5)(B) Motion

1

2

shall be filed on or by August 14, 2025.

    DATED this \_\_\_\_ day of August, 2025.

                              BY THE COURT:

                              _____
                              Dustin B. Pead
                              United States Magistrate Judge