THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>Plaintiff,<br>v.<br><br>BLENDJET INC., a Delaware corporation,<br>MAVORCO HOLDINGS, LLC, a<br>Delaware limited liability company,<br>MAVORCO IP, LLC, a Delaware limited<br>liability company, and<br>MAVORCO OPERATIONS, LL,<br><br>Defendants. | MEMORANDUM DECISION AND<br>ORDER GRANTING IN PART MOTION<br>FOR EXTENSION OF TIME<br><br>Case No. 2:25-cv-00096-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Defendants MavorCo Holding, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC (MavorCo), move the court for a 14-day extension of time to file a memorandum opposing Plaintiff's Federal Rule 26(b)(5)(b) motion.[1] Plaintiff Blendtec opposes the Motion because the extension would preclude Blendtec's motion from being fully briefed before the August 21, 1015, preliminary injunction hearing where the documents at issue may be used.

Having considered the parties' briefing, the court agrees with Blendtec. There is value in having the underlying motion fully briefed before the August 21 hearing. The court therefore DENIES MavorCo's request for a 14-day extension. The court will permit a modest extension as follows:

Defendants' response to the Rule 26(b)(5)(B) Motino is due on August 8, 2025.

Blendtec's reply is due on August 13, 2025.

---

[1] ECF No. 102.

Thus, Defendants' Motion is GRANTED IN PART.

IT IS SO ORDERED.

DATED this 6 August 2025.

_____
Dustin B. Pead
United States Magistrate Judge