IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLENDJET INC., a Delaware corporation; MAVORCO HOLDINGS, LLC, a Delaware limited liability company; MAVORCO IP, LLC, a Delaware limited liability company; and MAVORCO OPERATIONS, LLC, a Delaware limited liability company,<br><br>Defendants. | **INSTRUCTIONS FOR ORAL ARGUMENT**<br><br>Case No. 2:25-cv-00096-RJS-DPB<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dusting B. Pead |

The court set several Motions[1] for oral argument in this case for August 21, 2025.[2] In an effort to direct counsel to the most significant issues affecting the court's resolution of the Motions, the court is providing the parties with a sealed, draft copy of its Tentative Memorandum Decision and Order (the Order), which will potentially resolve all outstanding Motions in this case. Counsel are instructed to review the Order and come to oral argument prepared to discuss any potential deficiencies in the Order. As the Order may reference and incorporate confidential information that has or may be sealed, counsel are directed further to submit a single, jointly proposed, redacted version of the Order no later than August 20, 2025 for

---

[1] Dkt. 43, *MavorCo's Motion to Dismiss Plaintiff's Claims for Successor Liability*; Dkt. 51, *Blendtec's Motion to Strike MavorCo's Thirteenth Affirmative Defense*; Dkt. 25, *Plaintiff's Motion for Preliminary Injunction and Memorandum in Support*.

[2] Dkt. 69, *Amended Corrected Notice of Hearing on Motion*.

review by the court.  By submitting the proposed redactions, neither party waives any objections or arguments regarding the propriety of the Order.

    SO ORDERED this 7th day of August 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge
