RAFAEL A. SEMINARIO [10250]
STEVEN H. BERGMAN [13641]
RICHARDS BRANDT MILLER NELSON
111 East Broadway, Suite 400
Salt Lake City, Utah 84111
Rafael-Seminario@rbmn.com
Steven-Bergman@rbmn.com
Telephone: (801) 531-2000
Fax: (801) 532-5506
*Attorneys for Defendant Blendjet, Inc.*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BLENDTEC, INC., a Utah Corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>BLENDJET, INC., a Delaware Corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,<br><br>     Defendant. | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT BLENDJET, INC.**<br><br>Case No. 2:25-cv-00096-RJS-DBP<br><br>Judge Robert J. Shelby |

Comes now Steven H. Bergman of and for the law firm of RICHARDS BRANDT MILLER NELSON and hereby enters his appearance as counsel on behalf of Defendant Blendjet, Inc. ("Defendant"), in the above captioned matter. All pleadings, notices, and other papers in this case should be sent to counsel at the addresses listed above.

DATED this 8th day of August, 2025.

RICHARDS BRANDT MILLER NELSON

*/s/ Steven H. Bergman*
Steven H. Bergman
*Attorneys for Defendant Blendjet, Inc*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2025, I served the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT BLENDJET, INC.** on the persons identified below as indicated:

| | | | |
|---|---|---|---|
| Brett L. Foster | ☐ | U.S. Mail – Postage Prepaid |
| Mark A. Miller | ☐ | Hand Delivery |
| Tamara L. Kapaloski | ☑ | Electronic Filing |
| DORSEY &WHITNEY LLP | ☐ | Email |

foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com
*Attorneys for Plaintiff*

| | | | |
|---|---|---|---|
| George B. Hofmann, IV | ☐ | U.S. Mail – Postage Prepaid |
| Kathryn Tunacik | ☐ | Hand Delivery |
| COHNE KINGHORN, P.C. | ☑ | Electronic Filing |
| | ☐ | Email |

Ghofmann@cohnekinghorn.com
Ktunacik@ck.Law
*Attorneys for Defendants MavorCo Holdings, LLC; MavorCo IP, LLC; and MavorCo Operations, LLC*

| | | | |
|---|---|---|---|
| Lucy Jewett Wheatley (Pro Hac Vice) | ☐ | U.S. Mail – Postage Prepaid |
| Claire Hagan Eller (Pro Hac Vice) | ☐ | Hand Delivery |
| Jessica S. Maupin (*Pro Hac Vice*) | ☑ | Electronic Filing |
| Kyle S. Smith (*Pro Hac Vice*) | ☐ | Email |
| MCGUIREWOODS LLP | | |

lwheatley@mcguirewoods.com
celler@mcguirewoods.com
jmaupin@mcguirewoods.com
ksmith@mcguirewoods.com
*Attorneys for Defendants MavorCo Holdings, LLC; MavorCo IP, LLC; and MavorCo Operations, LLC*

_/s/  Ashli Gallegos_