# EXHIBIT A



Delaware.gov    Governor | General Assembly | Courts | Elected Officials | State Agencies

Logout

**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

### Entity Details

**THIS IS NOT AN OFFICAL CERTIFICATE OF STATUS**

**Status Retrieved:** 08/08/2025 at 2:13 AM EST    [Email Status]

| | | | |
|---|---|---|---|
| File Number: | 6651385 | Incorporation Date / Formation Date: | 12/7/2017 (mm/dd/yyyy) |
| Entity Name: | BLENDJET INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | AR Delinquent, Tax Due | Status as of: | 3/2/2025 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2023 | Tax Due: | $ 129928.05 |
| Annual Tax Assessment: | $ 85165 | Total Authorized Shares: | 10000000 |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | HARVARD BUSINESS SERVICES, INC. |
| Address: | 16192 COASTAL HWY |
| City: | LEWES |
| County: | Sussex |
| State: | DE |
| Postal Code: | 19958 |
| Phone: | 302-645-7400 |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Renewal for Void | 1 | 10/11/2021 | 2:46 PM | 10/11/2021 |
| 2 | Amendment Name MIRAMORE INC. | 1 | 1/13/2020 | 5:39 PM | 1/13/2020 |
| 3 | Stock Corporation | 1 | 12/7/2017 | 1:20 PM | 12/7/2017 |

[Back to Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov