THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| BLENDTEC INC., a Utah Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>BLENDJET INC., a Delaware corporation, MAVORCO HOLDINGS, LLC, a Delaware limited liability company, MAVORCO IP, LLC, a Delaware limited liability company, and MAVORCO OPERATIONS, LLC, Delaware limited liability company,<br><br>*Defendants*. | **ORDER GRANTING BLENDJET INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court is Defendant BlendJet, Inc's Motion for Leave to File Under Seal BlendJet's Opposition to Plaintiff's Motion pursuant to FRCP 26(b)(5). ECF No. 111.

Pursuant to the Standard Protective Order entered by this Court *Blendtec v. BlendJet*, No. 21-668 (D. Utah) and the representation of BlendJet that portions of its Opposition to Blendtec's Motion pursuant to FRCP 26(b)(5) discuss privileged information, that good cause exists to permit Defendant BlendJet to file its Opposition to Plaintiff's Motion pursuant to FRCP 26(b)(5) under seal.

THEREFORE, IT IS ORDERED that Defendant BlendJets' Motion for Leave to File Under Seal BlendJet's Opposition to Plaintiff's Motion pursuant FRCP 26(b)(5) is GRANTED.

DATED this 11 August 2025.

_____
Dustin B. Pead
United States Magistrate Judge