**EXHIBIT 1**

 



## Jordan Carlson ✅ She/Her · 3rd
Actor @ SAG-AFTRA | Intellectual Property Specialist

- Top Priority Group
- Miami University

Los Angeles, California, United States · Contact info

IMDb ↗

364 followers · 354 connections

**+ Follow**  **Message**  **More**

Open to volunteer for these causes
Arts and Culture, Education, Health - General and Rehabilitative
Show details

## About

As an actress, voice actor, and screenwriter, I have built a dynamic career in film,
theater, and commercial work, collaborating with high-profile brands and bringing
compelling stories to life. A SAG-AFTRA member since 2020, I have worked across
multiple mediums, including stage and screen, and am currently an actress in an
upcoming feature film and a company member of Playground-LA.

Beyond performance, I have extensive experience in project management, research,
and intellectual property management. During my time at BlendJet, I played a key
role in brand protection, enforcing intellectual property rights, and safeguarding
creative assets across digital platforms. This background allows me to navigate both
creative and strategic spaces effectively.

Whether on-screen, behind the mic, or behind the scenes, I am passionate about
storytelling and protecting creative works, shaping a multifaceted professional
journey.



💎 **Top skills**
Research • Film • Acting • Theatre • Intellectual Property   →

## Activity
364 followers

**+ Follow**

Jordan hasn't posted yet
Recent posts Jordan shares will be displayed here.

Show all activity →

## Experience



**Professional Actor**
BRITMO, INC. · Full-time
Aug 2024 - Present · 1 yr 1 mo

---



**Professional Actor**
Top Priority Group · Full-time
Jun 2024 - Present · 1 yr 3 mos

---



**SAG-AFTRA**
9 yrs
Greater Los Angeles Area

- **Actor**
  Self-employed
  Dec 2020 - Present · 4 yrs 9 mos

  🗇 Analytical Skills, Acting and +8 skills

- **Actor**
  Freelance
  Sep 2016 - Present · 9 yrs

  SAG-AFTRA member since 2020
  Professionally trained at Miami University & Beverly Hills Playhouse
  Commercial credits include multimillion-dollar companies like The Pill Club and Lamps Plus
  A company member at the Playground Los Angeles
  Boxing & Fitness enthusiast

  🗇 Document Review

  

  **Jordan Carlson Theatrical Reel**
  For demo and casting use only - not for broadcast. This reel is for demo use only, and all content is copyrighted...

---



**BlendJet®**
5 yrs 11 mos
Los Angeles, California, United States

- **Intellectual Property Specialist**
  Full-time
  Aug 2020 - Apr 2025 · 4 yrs 9 mos

  Create and Cultivate brand and intellectual property protection through various marketplace platforms
  Communicate regularly with brand protection partners, registrars, registrants, and domain holders to negotiate the removal of infringing content
  Monitor multiple social media, marketplace, and web shopping-based platforms for infringing content
  Knowledge of Trademark and copyright regulations domestically and internationally

  🗇 Document Review, Intellectual Property and +8 skills

- **Customer Service Representative**
  Contract
  Jun 2019 - Aug 2020 · 1 yr 3 mos

  Responded to customer issues and complaints in a timely fashion through Zendesk, phone, and email
  Coordinated with the customer support team to resolve customer issues and answer questions
  Monitored social media for customer and fan responses and questions

  🗇 Document Review, Oral Communication and +3 skills

---



**Front Desk Coordinator**
BLANKSPACES
Sep 2016 - Oct 2018 · 2 yrs 2 mos

Scheduled, organized, and oversaw programming to ensure community engagement

Managed large scale bookings for companies such as Script Anatomy and Fame & Partners

Upsold workspaces and offices via phone, email, social media, and in-person tours

Maintained the office spaces through regular cleaning, restocking supplies, and maintenance requests

▽ Sales, Document Review and +7 skills

Show all 14 experiences →

## Education



**Miami University**
Bachelor of Arts (B.A.), Mass Communication/Media Studies and Theatre
2010 - 2014

▽ Theatrical Production, Directing and +3 skills



**Calbright College**
Certification, Project Management
Nov 2024 - Apr 2025

▽ Project Management, Agile Methodologies and +3 skills

Show all 4 educations →

## Licenses & certifications



**Future Gazing: 5 Challenges Facing Brand Professionals in the Next 5 Years—and How to Overcome Them**
BrightTALK
Issued Oct 2024

▽ Trademarks, Analytical Skills and +1 skill



5 Challenges Facing Brand Professionals in the Next Five Years and How to Overcome Them
Exploring how AI transforms the IP landscape provides practical insights for staying ahead.



**Generative AI: Business and Legal Concerns for Creatives**
LinkedIn
Issued Oct 2024

Show credential ⧉

▽ Responsible AI and Generative AI Tools

Show all 3 licenses & certifications →

## Skills

**Agile Methodologies**

⋮ Calbright College

**Project Planning**

⋮ Calbright College

Show all 71 skills →

## Languages



**Chinese**
Elementary proficiency

**French**
Limited working proficiency

## Interests

**Companies**    Groups    Newsletters    Schools

**The Walt Disney Company**
6,052,525 followers
+ Follow

**Disney Entertainment**
495,643 followers
+ Follow

Show all companies →

Promoted •••

Capital Group

Sherri L., follow us for investment insights

Updates from one of the most experienced active investment managers

Follow

**More profiles for you**

**Kasi Minniear** · 3rd+
Experienced Customer Service Representative | Skilled in Communication & Conflict Resolution
Connect

**Hunter Doebereiner** · 3rd+
Actor | Marketer
Connect

**Alexandra Sedlak** · 3rd+
Actor at McCray Agency I Co-founder at GOLDFOX I Singer/Songwriter
Connect

**Jana DeRinzo** · 3rd+
Customer Service Representative at BlendJet®
Connect

**Glenna S.** · 3rd
Customer Service Manager
Connect

Show all

Explore Premium profiles

Clayton Jones 🔗 · 2nd
Chief Legal Officer
○ Connect

Marlene S. Garvis, JD, MSN 🔗 · 2nd
Lawyer and Nurse Representing Health Care Professionals and Providers and
Employment Clients
○ Connect

Jennifer Mendoza Flores 🔗 · 3rd
County Counsel @ County of Tulare | California State Bar License |Risk
Management
○ Connect

Benjamin Jacobs 🔗 · 3rd
Associate Attorney at Gatton & Associates, P.C.
○ Connect

People you may know

Trudi Davis ⊘
Executive Legal Assistant at Dorsey & Whitney LLP
○ Connect

Rachel Fuller ⊘
Patent Transfer Specialist
○ Connect

Kari Anderson ⊘
Paralegal at Holland & Hart LLP
○ Connect

Molly Frost ⊘
Paralegal
○ Connect

Ashley Price ⊘
Senior Paralegal at Dorsey & Whitney LLP
○ Connect

Show all



See who's hiring on LinkedIn.

Jordan Carlson | LinkedIn

About                    Accessibility              Talent Solutions              Questions?
                                                                                 Visit our Help Center.
Professional Community Policies   Careers             Marketing Solutions
Privacy & Terms ▾        Mobile                        Advertising                 Manage your account and privacy
                                                                                  Go to your Settings.
Sales Solutions                                        Small Business
                                                                                  Recommendation transparency
Safety Center                                                                     Learn more about Recommended Content.

LinkedIn Corporation © 2025

Select Language

English (English)                                          ▼