Brett Foster (#6089)
Mark A. Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>  Defendants. | **BLENDTEC'S MOTION FOR LEAVE TO FILE UNDER SEAL BLENDTEC'S RESPONSE TO BLENDJET'S OPPOSITION TO FRCP 26(b)(5)(B) MOTION**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Pursuant to Local Rule 5-3(b)(2), and the Standard Protective Order governing this case, Plaintiff Blendtec Inc. ("Plaintiff" or "Blendtec") hereby moves this Court for leave to file under seal an unredacted version of Blendtec's Response to BlendJet's Opposition to FRCP 26(b)(5)(B) Motion.

Blendtec is filing this document under seal solely because Defendant Blendjet Inc.

("Blendjet") designated text being quoted in the document as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" (hereafter "AEO") pursuant to the Standard Protective Order governing the 2021 Action. Blendtec has agreed that the documents may remain under seal on the ground that the documents contain MavorCo's confidential and proprietary information. *See* ECF 99 at 4.

DATED this 13th day of August, 2025.

                                       DORSEY & WHITNEY LLP

                                       /s/ *Tamara L. Kapaloski*
                                       Brett Foster (#6089)
                                       Mark A. Miller (#9563)
                                       Tamara L. Kapaloski (#13471)
                                       *Attorneys for Plaintiff Blendtec Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification to counsel of record.

                                                                                 */s/ Tamara L. Kapaloski*