Brett Foster (#6089)
Mark A. Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING BLENDTEC'S MOTION TO MAINTAIN UNDER SEAL BLENDTEC'S UNREDACTED RESPONSE TO BLENDJET'S OPPOSITION TO FRCP 26(b)(5)(B) MOTION**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Based on Plaintiff Blendtec Inc.'s Motion for Leave to File Under Seal Blendtec's Response to BlendJet's Opposition to FRCP 26(b)(5)(B) Motion, and for good cause shown, the Court GRANTS the Motion and the document may be filed under seal.

DATED this _____ day of August, 2025.

1

2

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge