Brett Foster (#6089)
Mark A. Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>Defendants. | **BLENDTEC'S RESPONSE TO MAVORCO'S OPPOSITION TO BLENDTEC'S FRCP 26(b)(5)(B) MOTION**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Blendtec Inc. ("Blendtec") hereby respectfully submits this Response to MavorCo's Opposition to Blendtec's Rule 26(b)(5)(B) Motion.

MavorCo's Opposition argues only that it has the right to assert the privilege over Blendjet's documents at some time in the future. *See* ECF 113 (Mavorco's Opposition). MavorCo has not invoked the privilege with respect to the documents at issue in Blendtec's Rule 26(b)(5)(B)

Motion, however. *See id*. at 1 (stating only that "<u>BlendJet is now asserting they are privileged</u>, a claim that MavorCo supports") (emphasis added); *id*. at 2 (stating MavorCo's ability to argue that the Exhibits are privileged is not foreclosed, "should the need arise"); *id*. at 3 ("MavorCo does not waive the right to assert the privilege on its own behalf over the Exhibits once fact discovery commences in this action."). Thus, MavorCo's arguments in its Opposition are not ripe for review. If MavorCo does assert its own claim to privilege over Blendjet documents in the future, Blendtec reserves the right to respond accordingly at that time. Further, although Blendtec disagrees with many of the characterizations in MavorCo's Opposition, those issues are not determinative for purposes of Blendtec's Rule 26(b)(5)(B) Motion.[1] For the reasons set forth in Blendtec's Reply to Blendjet's Opposition to FRCP 26(b)(5)(B) Motion, which is incorporated in full herein, Blendtec's Rule 26 Motion should be granted.

DATED this 13th day of August, 2025.

DORSEY & WHITNEY LLP

/s/ *Tamara L. Kapaloski*
Brett Foster (#6089)
Mark A. Miller (#9563)
Tamara L. Kapaloski (#13471)
*Attorneys for Plaintiff Blendtec Inc.*

---

[1] For example, MavorCo states that the 2021 Action "was dismissed <u>with prejudice</u> on June 30, 2025. ECF 113 (MavorCo's Opposition) at 2 (emphasis added). That is inaccurate. The 2021 Action was expressly "dismissed <u>without prejudice</u>." *See* 2021 Action at ECF 219-2 (Judgment) (emphasis added).

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification to counsel of record.

/s/ Tamara L. Kapaloski