# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>　　　Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>　　　Defendants. | **ORDER GRANTING BLENDTEC'S MOTION TO FOR LEAVE TO FILE UNDER SEAL ITS RESPONSE**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Chief District Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

Based on Plaintiff Blendtec Inc.'s Motion for Leave to File Under Seal Blendtec's Response to BlendJet's Opposition to FRCP 26(b)(5)(B) Motion, (ECF No. 118) and for good cause shown, the Court GRANTS the Motion. The document may be filed under seal.

　　DATED this 13 August 2025.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Dustin B. Pead
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge