THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **BLENDTEC INC.**, a Utah Corporation<br><br>*Plaintiff*,<br><br>v.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, Delaware limited liability company,<br><br>*Defendants*. | **ORDER GRANTING MAVORCO'S MOTION FOR LEAVE TO FILE UNDER SEAL ITS UNREDACTED SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Having considered the motion filed by Defendants MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC (collectively "Defendants" or "MavorCo"), for Leave to File Under Seal MavorCo's Unredacted Supplemental Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 97), along with Exhibits 1–9, 11, 12, 15–17, and 20–22 to the Supplemental Brief, pursuant to DUCivR 5-3, the Court hereby GRANTS the Motion. The documents may be filed under seal.

IT IS SO ORDERED.

DATE: August 15, 2025

_____
Dustin B. Pead
United States Magistrate Judge