Brett Foster (#6089)
Mark A. Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>Defendants. | **JOINT NOTICE REGARDING TENTATIVE MEMORANDUM DECISION AND ORDER**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Pursuant to the Court's Instructions for Oral Argument, Plaintiff Blendtec Inc. ("Blendtec"), Defendants MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC (collectively the "MavorCo Defendants"), and Defendant Blendjet Inc. ("Blendjet") hereby respectfully submit this Joint Notice Regarding Tentative Memorandum Decision and Order.

In its August 7, 2025, Instructions for Oral Argument, the Court instructed the parties as

follows:

> "As the Order may reference and incorporate confidential information that has or may be sealed, counsel are directed further to submit a single, jointly proposed, redacted version of the Order no later than August 20, 2025 for review by the Court."

ECF 106 at 1-2.

The parties conferred on this issue via email. Blendjet advised that it does not believe any portion of the Tentative Order requires redaction to protect Blendjet's confidential information. MavorCo similarly advised that it did not believe that the Tentative Order discloses any of MavorCo's confidential information needing redaction. Blendtec also submits that nothing in the Tentative Order needs to be redacted to protect Blendtec's confidential information.

DATED this 20th day of August, 2025.

| **MCGUIREWOODS LLP** | **DORSEY & WHITNEY LLP** |
|---|---|
| */s/ Lucy Jewett Wheatley* <br> Lucy Jewett Wheatley (*Pro Hac Vice*) <br> **MCGUIREWOODS LLP** <br> 800 East Canal Street <br> Richmond, VA 23219 <br> Tel: (804) 775-4320 <br> Fax: (804) 698-2130 <br> Email: lwheatley@mcguirewoods.com <br><br> Kyle S. Smith (*Pro Hac Vice*) <br> **MCGUIREWOODS LLP** <br> 501 Fayetteville St., Ste. 500 <br> Raleigh, NC 27601 <br> Tel: 919-835-5966 <br> Fax: 919-755-6607 <br> Email: ksmith@mcguirewoods.com <br><br> Jessica S. Maupin (*Pro Hac Vice*) <br> **MCGUIREWOODS LLP** | /s/ *Tamara L. Kapaloski* <br> Brett Foster (#6089) <br> Mark A. Miller (#9563) <br> Tamara L. Kapaloski (#13471) <br> 111 S. Main Street, Suite 2100 <br> Salt Lake City, UT 84111 <br> Telephone: (801) 933-7360 <br> Facsimile: (801) 933-7373 <br> foster.brett@dorsey.com <br> miller.mark@dorsey.com <br> kapaloski.tammy@dorsey.com <br><br> ***Attorneys for Plaintiff Blendtec Inc.*** |

2

2601 Olive Street, Suite 2100
Dallas, TX 75201
Tel: (214) 932.6400
Fax:  (214) 932.6499
Email: jmaupin@mcguirewoods.com

George B. Hofmann, IV (10005)
Kathryn Tunacik (13363)
**COHNE KINGHORN, P.C.**
111 E Broadway 11th Fl
Salt Lake City, UT 84111
Tel: (801) 363-4300
Fax: (801) 363-4378
Ghofmann@cohnekinghorn.Com
Ktunacik@ck.Law

*Attorneys for Defendants*
*MavorCo Holdings, LLC; MavorCo IP, LLC;*
*and MavorCo Operations, LLC*


**RICHARDS BRANDT MILLER NELSON**

*/s/ Steven H. Bergman*
Rafael A. Seminario (#10250)
Steven H. Bergman (#13641)
111 East Broadway, Suite 400
Salt Lake City, UT 84111
Tel: (801) 531-2000
Fax: (801) 532-5506
Email: rafael-seminario@rbmn.com
Email: steven-bergman@rbmn.com


*Attorneys for Defendant Blendjet Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification to counsel of record.

<em>/s/ Tamara L. Kapaloski</em>