Brett Foster (#6089)
Mark A. Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>　　　Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>　　　Defendants. | **JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO PROPOSE ATTORNEY PLANNING MEETING REPORT AND TO HOLD RULE 26(f) CONFERENCE AND FOR MAVORCO'S RESPONSIVE PLEADING**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

　　　Plaintiff Blendtec Inc. and Defendants MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC ("MavorCo" and together with Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully move the Court pursuant to Federal Rule of Civil Procedure 6(b) to extend the deadline for Plaintiff to propose an Attorney Planning Meeting Report and for the Parties to conduct the Rule 26(f) conference, and for MavorCo to file its responsive pleading

to Blendtec's Complaint. In support of this Motion, the Parties state as follows:

1. Pursuant to the Court's Order to Propose Schedule, the current deadline for Plaintiff to propose a schedule to Defendants in the form of a draft Attorney Planning Meeting Report and for the Parties to conduct their planning conference under Fed. R. Civ. P. 26(f) is October 1, 2025. *See* ECF No. 18 at ¶8(a).

2. Pursuant to Fed. R. Civ. P. 12(a)(4), MavorCo's deadline to file its responsive pleading is October 1, 2025.

3. Good cause exists for an extension of these deadlines as the Parties are engaged in settlement discussions.

4. To evaluate the possibility of resolving this dispute without the need to expend further resources, the Parties jointly request that the deadline for Plaintiff to propose a schedule to Defendants through the Attorney Planning Meeting Report and for the Parties to conduct the Rule 26(f) conference be extended by three weeks, up to and including October 22, 2025.

5. The Parties further jointly request that the deadline for MavorCo to file its responsive pleading be extended by two weeks, up to and including October 15, 2025.

6. Granting these extensions will not prejudice any party and may serve the interests of judicial and party economy.

7. For the foregoing reasons, the Parties respectfully request that the Court enter an Order extending the deadline for Plaintiff to propose the Attorney Planning Meeting Report to Defendants and for the Parties to conduct the Rule 26(f) conference to October 22, 2025, and extending the deadline for MavorCo's responsive pleading to October 15, 2025. A Proposed Order is attached hereto.

Respectfully submitted, this 30th day of September, 2025.

**MCGUIREWOODS LLP**

/s/ *Lucy Jewett Wheatley*
Lucy Jewett Wheatley (*Pro Hac Vice*)
Claire Hagan Eller (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4320
Fax: (804) 698-2130
Email: lwheatley@mcguirewoods.com
Email: celler@mcguirewoods.com

Kyle S. Smith (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
501 Fayetteville St., Ste. 500
Raleigh, NC 27601
Tel: 919-835-5966
Fax: 919-755-6607
Email: ksmith@mcguirewoods.com

Jessica S. Maupin (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
2601 Olive Street, Suite 2100
Dallas, TX 75201
Tel: (214) 932.6400
Fax: (214) 932.6499
Email: jmaupin@mcguirewoods.com

George B. Hofmann, IV (10005)
Kathryn Tunacik (13363)
**COHNE KINGHORN, P.C.**
111 E Broadway 11th Fl
Salt Lake City, UT 84111
Tel: (801) 363-4300
Fax: (801) 363-4378
Ghofmann@cohnekinghorn.Com
Ktunacik@ck.Law

*Attorneys for Defendants*

**DORSEY & WHITNEY LLP**

/s/ *Tamara L. Kapaloski*
Brett Foster (#6089)
Mark A. Miller (#9563)
Tamara L. Kapaloski (#13471)
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

3

*MavorCo Holdings, LLC; MavorCo IP, LLC; and MavorCo Operations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September 2025, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification to counsel of record.

/s/ Tamara L. Kapaloski