# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>    Defendants. | **ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO PROPOSE ATTORNEY PLANNING MEETING REPORT AND TO HOLD RULE 26(f) CONFERENCE AND FOR MAVORCO'S RESPONSIVE PLEADING**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Chief Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

    Having reviewed the Parties' Joint Stipulated Motion for Extension of Time to Propose Attorney Planning Meeting Report and to Hold Rule 26(f) Conference and for MavorCo's Responsive Pleading, and for good cause shown, the Court GRANTS the Motion. The deadline for Plaintiff to propose a schedule to Defendants in the form of a draft Attorney Planning Meeting Report and for the Parties to conduct their planning conference under Fed. R. Civ. P. 26(f) is

1

extended to October 22, 2025. The deadline for MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC ("MavorCo") to file their responsive pleading pursuant to Fed. R. Civ. P. 12(a)(4)(A) is extended to October 15, 2025.

DATED this 2nd day of October, 2025.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge