Brett Foster (#6089)
Mark A. Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>Defendants. | **JOINT STIPULATED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Under DUCivR 16-2, Plaintiff Blendtec Inc. and Defendants MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC (collectively, the "Parties") by and through their respective counsel, hereby stipulate and move for a Judicial Settlement Conference. The Court recently ruled on several pending motions, including two motions to dismiss and a motion for preliminary injunction. The parties have not yet conducted the Attorneys' Planning Meeting or

4925-1370-1743\1

submitted a proposed Schedule. Thus, the timing for a Judicial Settlement Conference is optimal, and the parties jointly request a Judicial Settlement Conference at the Court's earliest convenience.

Respectfully submitted, this 6th day of October, 2025.

| **McGuireWoods LLP** | **Dorsey & Whitney LLP** |
|---|---|
| /s/ *Lucy Jewett Wheatley* (with permission)<br>Lucy Jewett Wheatley (*Pro Hac Vice*)<br>**McGuireWoods LLP**<br>800 East Canal Street<br>Richmond, VA 23219<br>lwheatley@mcguirewoods.com<br><br>Kyle S. Smith (*Pro Hac Vice*)<br>**McGuireWoods LLP**<br>501 Fayetteville St., Ste. 500<br>Raleigh, NC 27601<br>ksmith@mcguirewoods.com<br><br>Jessica S. Maupin (*Pro Hac Vice*)<br>**McGuireWoods LLP**<br>2601 Olive Street, Suite 2100<br>Dallas, TX 75201<br>jmaupin@mcguirewoods.com<br><br>George B. Hofmann, IV<br>Kathryn Tunacik<br>**Cohne Kinghorn, P.C.**<br>111 E Broadway 11th Fl<br>Salt Lake City, UT 84111<br>Ghofmann@cohnekinghorn.com<br>Ktunacik@cohnekinghorn.com<br><br>*Attorneys for Defendants*<br>*MavorCo Holdings, LLC; MavorCo IP, LLC; and MavorCo Operations, LLC* | /s/ *Brett L. Foster*<br>Brett Foster<br>Mark A. Miller<br>Tamara L. Kapaloski<br>111 S. Main Street, Suite 2100<br>Salt Lake City, UT 84111<br>foster.brett@dorsey.com<br>miller.mark@dorsey.com<br>kapaloski.tammy@dorsey.com<br><br>*Attorneys for Plaintiff Blendtec Inc.* |

4925-1370-1743\1