## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br>**MAVORCO HOLDINGS, LLC**, a<br>Delaware limited liability company,<br>**MAVORCO IP, LLC**, a Delaware limited<br>liability company, and<br>**MAVORCO OPERATIONS, LLC**, a<br>Delaware limited liability company,<br><br>    Defendants. | **ORDER GRANTING JOINT STIPULATED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

Having reviewed the parties' Joint Stipulated Motion for Judicial Settlement Conference, and for good cause shown, the Court GRANTS the Motion[1]. A referral to a Magistrate Judge for a judicial Settlement Conference and the details concerning the Judicial Settlement Conference will be entered separately by the Court.

DATED this 7 October 2025.

_____
Dustin B. Pead
United States Magistrate Judge

---

[1] Joint Motion for Judicial Settlement Conference, ECF No. 137.