Brett Foster (#6089)
Mark A. Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>Defendants. | **STIPULATED MOTION FOR SCHEDULING ORDER**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Pursuant to paragraph 3(a) of the Order to Propose Schedule (Dkt. 18), Plaintiff Blendtec

Inc. and Defendants MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC

(collectively, "Parties") have conferred and hereby jointly file this Stipulated Motion for

Scheduling Order. A copy of the Attorney Planning Meeting Report, jointly signed by the Parties,

is attached hereto. Plaintiff will email a copy of the proposed scheduling order in an editable format

to the chambers of Judge Pead.

Respectfully submitted this 22nd day of October 2025.

**McGuireWoods LLP**

/s/ *Lucy Jewett Wheatley*
Lucy Jewett Wheatley (*Pro Hac Vice*)
**McGuireWoods LLP**
800 East Canal Street
Richmond, VA 23219
lwheatley@mcguirewoods.com

Kyle S. Smith (*Pro Hac Vice*)
**McGuireWoods LLP**
501 Fayetteville St., Ste. 500
Raleigh, NC 27601
ksmith@mcguirewoods.com

Jessica S. Maupin (*Pro Hac Vice*)
**McGuireWoods LLP**
2601 Olive Street, Suite 2100
Dallas, TX 75201
jmaupin@mcguirewoods.com

George B. Hofmann, IV
Kathryn Tunacik
**Cohne Kinghorn, P.C.**
111 E Broadway 11th Fl
Salt Lake City, UT 84111
Ghofmann@cohnekinghorn.com
Ktunacik@cohnekinghorn.com

*Attorneys for Defendants*
*MavorCo Holdings, LLC; MavorCo IP, LLC;*
*and MavorCo Operations, LLC*

**DORSEY & WHITNEY LLP**

/s/ *Tamara L. Kapaloski*
Brett Foster
Mark A. Miller
Tamara L. Kapaloski
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October 2025, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification to counsel of record.

*/s/ Tamara L. Kapaloski*