Brett Foster (#6089)
Mark A. Miller (#9563)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>    Defendants. | **JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR BLENDTEC TO FILE ITS RESPONSE TO MAVORCO'S AMENDED PLEADING**<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Plaintiff Blendtec Inc. and Defendants MavorCo Holdings, LLC, MavorCo IP, LLC, and MavorCo Operations, LLC ("MavorCo" and together with Blendtec, the "Parties"), by and through their undersigned counsel, respectfully move the Court pursuant to Federal Rule of Civil Procedure 6(b) to extend the deadline for Plaintiff to file its response to MavorCo's amended pleading filed as Dkt. No. 140.  In support of this Motion, the Parties state as follows:

1.      MavorCo served its pleading titled "MavorCo's Amended Answer to Plaintiff's Complaint and Counterclaims for Trademark Cancellation and False Advertising" on October 15, 2025. *See* ECF No. 140 (the "Amended Pleading").

2.      Pursuant to Fed. R. Civ. P. 12, Blendtec's deadline to file its response to MavorCo's Amended Pleading is November 5, 2025.

3.      Due to conflicts with case deadlines, among other things, Blendtec requested a two-week extension of its time to file its response such that its response will be due on November 19, 2025. MavorCo agreed to the requested extension.

4.      Good cause exists for an extension of this deadline and neither party will be prejudiced thereby.

5.      For the foregoing reasons, the Parties respectfully request that the Court enter an Order extending the deadline for Blendtec to file its response to MavorCo's Amended Pleading to November 19, 2025. A Proposed Order is attached hereto.

Respectfully submitted, this 30th day of October, 2025.

| McGuireWoods LLP | Dorsey & Whitney LLP |
|---|---|
| */s/ Lucy Jewett Wheatley*<br>Lucy Jewett Wheatley (*Pro Hac Vice*)<br>Claire Hagan Eller (*Pro Hac Vice*)<br>**McGuireWoods LLP**<br>800 East Canal Street<br>Richmond, VA 23219<br>Tel: (804) 775-4320<br>Fax: (804) 698-2130<br>Email: lwheatley@mcguirewoods.com<br>Email: celler@mcguirewoods.com<br><br>Kyle S. Smith (*Pro Hac Vice*)<br>**McGuireWoods LLP**<br>501 Fayetteville St., Ste. 500 | /s/ *Tamara L. Kapaloski*<br>Brett Foster (#6089)<br>Mark A. Miller (#9563)<br>Tamara L. Kapaloski (#13471)<br>111 S. Main Street, Suite 2100<br>Salt Lake City, UT 84111<br>Telephone: (801) 933-7360<br>Facsimile: (801) 933-7373<br>foster.brett@dorsey.com<br>miller.mark@dorsey.com<br>kapaloski.tammy@dorsey.com |

|  |  |
|---|---|
| Raleigh, NC 27601<br>Tel: 919-835-5966<br>Fax: 919-755-6607<br>Email: ksmith@mcguirewoods.com | *Attorneys for Plaintiff Blendtec Inc.* |

Jessica S. Maupin (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
2601 Olive Street, Suite 2100
Dallas, TX 75201
Tel: (214) 932.6400
Fax: (214) 932.6499
Email: jmaupin@mcguirewoods.com

George B. Hofmann, IV (10005)
Kathryn Tunacik (13363)
**COHNE KINGHORN, P.C.**
111 E Broadway 11th Fl
Salt Lake City, UT 84111
Tel: (801) 363-4300
Fax: (801) 363-4378
Ghofmann@cohnekinghorn.Com
Ktunacik@ck.Law

*Attorneys for Defendants*
*MavorCo Holdings, LLC; MavorCo IP, LLC;*
*and MavorCo Operations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October 2025, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification to counsel of record.

*/s/ Tamara L. Kapaloski*
