# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation, **MAVORCO HOLDINGS, LLC**, a Delaware limited liability company, **MAVORCO IP, LLC**, a Delaware limited liability company, and **MAVORCO OPERATIONS, LLC**, a Delaware limited liability company,<br><br>    Defendants. | ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR BLENDTEC TO FILE ITS RESPONSE TO MAVORCO'S AMENDED PLEADING<br><br>Civil No. 2:25-cv-00096-RJS-DBP<br>Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

Having reviewed the Parties' Joint Stipulated Motion for Extension of Time for Blendtec to File its Response to MavorCo's Amended Pleading, and for good cause shown, the Court GRANTS the Motion. The deadline for Blendtec to file its response to MavorCo's amended pleading is extended to November 19, 2025.

DATED this 31 October 2025.

_____
Dustin B. Pead
United States Magistrate Judge